# EXHIBIT A

### District 1

### Case Summary

### Case No. 2022CH10435

| | | |
|---|---|---|
| **Marcus Baker-vs-Match Group, Inc.,Match Group, LLC,Hinge, Inc.,Humor Rainbow, Inc.,People Media, Inc.,Affinity Apps, LLC** | § | Location |
| | § | **District 1** |
| | § | Judicial Officer |
| | § | **Calendar, 5** |
| | § | Filed on |
| | § | **10/21/2022** |
| | § | Cook County Attorney Number |
| | § | **62022** |

---

## Case Information

Case Type: Class Actions

Case Status: **10/21/2022 Pending**

---

## Assignment Information

**Current Case Assignment**

Case Number 2022CH10435
Court District 1
Date Assigned 10/21/2022
Judicial Officer Calendar, 5

---

## Party Information

*Lead Attorneys*

**Plaintiff** **Baker, Marcus** **Smith, Michael D.**
*Retained*

231 South LaSalle Street
Chicago, IL 60025

**Defendant** **Affinity Apps, LLC**

**Hinge, Inc.**

**Humor Rainbow, Inc.**

**Match Group, Inc.**

**Match Group, LLC**

**People Media, Inc.**

---

## Events and Orders of the Court

02/21/2023 **Case Management** (9:30 AM) (Judicial Officer: Cohen, Neil J)
Resource: Location CH2308 Court Room 2308
Resource: Location D1 Richard J Daley Center

12/02/2022
Notice Of Service Filed
*Notice and Acknowledgement of Receipt of Summons and Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022 New Case Filing

10/21/2022
Exhibits Filed
*Chancery Division Civil Cover Sheet*
Party: Plaintiff Baker, Marcus

10/21/2022
Exhibits Filed
*Exhibit K to Class Action Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022
Exhibits Filed
*Exhibit L to Class Action Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022
Exhibits Filed
*Exhibit M to Class Action Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022
Exhibits Filed
*Exhibit N to Class Action Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022
Exhibits Filed
*Exhibit O to Class Action Complaint*
Party: Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit P to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit Q to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit R to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit S to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit T to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit U to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit V to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit W to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Exhibits Filed
*Exhibit X to Class Action Complaint*
Party:   Plaintiff Baker, Marcus

10/21/2022

Class Action Complaint Filed (Jury Demand)
*CLASS ACTION COMPLAINT AND REQUEST FOR JURY TRIAL*
Party:   Plaintiff Baker, Marcus
Party 2:   Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit A to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit B to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit C to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit D to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit E to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit F to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit G to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed
      *Exhibit H to Class Action Complaint*
      Party:  Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed

      *Exhibit I to Class Action Complaint*
      Party:   Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

10/21/2022

      Exhibits Filed

      *Exhibit J to Class Action Complaint*
      Party:   Plaintiff Baker, Marcus
      Party 2:  Attorney Smith, Michael D.

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 5

FILED DATE: 10/21/2022 8:57 PM   2022CH10435

FILED
10/21/2022 8:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002089

**Chancery Division Civil Cover Sheet**
**General Chancery Section**                                   (12/01/20) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

Marcus Baker
_____
                                              Plaintiff

                    v.

Match Group, Inc. et al.
_____
                                              Defendant

Case No: _2022 CH 10435_

### CHANCERY DIVISION CIVIL COVER SHEET
### GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

**Only one (1) case type may be checked with this cover sheet.**

| | | | | | |
|---|---|---|---|---|---|
| 0005 | ☐ Administrative Review | | 0017 | ☐ Mandamus | |
| 0001 | ☑ Class Action | | 0018 | ☐ Ne Exeat | |
| 0002 | ☐ Declaratory Judgment | | 0019 | ☐ Partition | |
| 0004 | ☐ Injunction | | 0020 | ☐ Quiet Title | |
| | | | 0021 | ☐ Quo Warranto | |
| 0007 | ☐ General Chancery | | 0022 | ☐ Redemption Rights | |
| 0010 | ☐ Accounting | | 0023 | ☐ Reformation of a Contract | |
| 0011 | ☐ Arbitration | | 0024 | ☐ Rescission of a Contract | |
| 0012 | ☐ Certiorari | | 0025 | ☐ Specific Performance | |
| 0013 | ☐ Dissolution of Corporation | | 0026 | ☐ Trust Construction | |
| 0014 | ☐ Dissolution of Partnership | | 0050 | ☐ Internet Take Down Action (Compromising Images) | |
| 0015 | ☐ Equitable Lien | | | | |
| 0016 | ☐ Interpleader | | | ☐ Other (specify) _____ | |

● Atty. No.: _62022_          ○ Pro Se 99500

Atty Name: _Michael D. Smith_

Atty. for: _Plaintiff Marcus Baker_

Address: _231 South LaSalle Street, Suite 2100_

City: _Chicago_          State: _IL_

Zip: _60604_

Telephone: _(312) 546-6138_

Primary Email: _msmith@smithlawchicago.com_

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 8 of 1583 PageID #:17

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Jonathan Gardner (*pro hac vice* to be submitted)
Melissa H. Nafash (*pro hac vice* to be submitted)
Shannon K. Tully (*pro hac vice* to be submitted)
**LABATON SUCHAROW LLP**
140 Broadway, 34th Fl.
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
mnafash@labaton.com
stully@labaton.com

Christian Levis (*pro hac vice* to be submitted)
Margaret MacLean (*pro hac vice* to be submitted)
Amanda Fiorilla (*pro hac vice* to be submitted)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
mmaclean@lowey.com
afiorilla@lowey.com

Michael D. Smith (6210109)
**Law Office of Michael D. Smith, P.C.**
231 South LaSalle Street, Suite 2100
Chicago, IL 60604
Tel: (312) 546-6138

msmith@smithlawchicago.com

*Attorneys for Plaintiff and the Proposed Class*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| **MARCUS BAKER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- vs –<br><br>**MATCH GROUP, INC.** (individually, doing business as, and successor to Match Group LLC (f/k/a and d/b/a Match.com), s/i/i | **2022CH10435**<br><br>No. _____<br><br>**CLASS ACTION COMPLAINT AND REQUEST FOR JURY TRIAL** |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Tinder, Inc. (d/b/a Tinder), s/i/i Humor Rainbow, Inc., and d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, OurTime; BLK, and Chispa);

**MATCH GROUP, LLC** (individually, doing business as, and as successor to Tinder, Inc., Humor Rainbow, Inc., and Hinge, Inc., and d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, and OurTime);

**HINGE, INC.** (d/b/a Hinge);

**HUMOR RAINBOW, INC.** (individually and d/b/a OkCupid);

**PEOPLE MEDIA, INC.** (d/b/a OurTime and and s/i/i to SeniorPeopleMeet.com); and

**AFFINITY APPS, LLC** (a/k/a Affinity Apps, LTD, and d/b/a BLK and Chispa),

Defendants.

Plaintiff, Marcus Baker, individually and on behalf of persons similarly situated, brings this class action against Match Group, Inc. (individually, doing business as, and successor to Match Group LLC (f/k/a and d/b/a Match.com), s/i/i Tinder, Inc. (d/b/a Tinder), s/i/i Humor Rainbow, Inc., and d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, OurTime; BLK, and Chispa), Match Group, LLC (individually, doing business as, and as successor to Tinder, Inc., Humor Rainbow, Inc, and Hinge, Inc., and d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, and OurTime), Hinge, Inc. (d/b/a Hinge), Humor Rainbow, Inc. (individually and d/b/a OkCupid), People Media, Inc. (d/b/a OurTime and and s/i/i to SeniorPeopleMeet.com), and Affinity Apps, LLC (a/k/a Affinity Apps, LTD; d/b/a BLK and Chispa) (hereinafter collectively referred to as "Match Group" or "Defendants") to redress and put a stop to its surreptitious collection, use, storage, and disclosure of Plaintiff's sensitive biometric data in violation of Illinois' Biometric Information Privacy Act ("BIPA").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## NATURE OF THE ACTION

1.      Plaintiff brings this Class Action Complaint on behalf of himself and all individuals who had their biometric information and/or biometric identifiers collected, captured, received, otherwise obtained, or disclosed by Defendants while residing in Illinois during the applicable statutory period.

2.      Match Group operates the largest collection of mobile dating applications ("apps") and websites in the world.  Match Group claims its goal "is to spark meaningful connections for users around the world."[1]

3.      Because "[c]onsumers' dating preferences vary significantly" by "demographics, geography, cultural normal, religion, and intent," Match Group's online dating community is comprised of the top global dating websites and mobile apps, including, but not limited to, Affinity Apps, a mobile app developer and the operator of BLK and Chispa, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, and Tinder (collectively referred to as "Dating Sites").  It is estimated that Match Group has cornered approximately 60% of the dating app market through these offerings,[2] and consumers frequently use multiple Dating Sites at once.

4.      In 2014, Match Group reported approximately 56 million downloads across its Dating Sites.  In the first three quarters of 2020, Match Group's Dating Sites were installed 82 million times worldwide.[3] These apps and websites are so popular that approximately 60% of all relationships start on a dating website or app that is owned by Match Group and its subsidiaries.

---

[1] https://mtch.com/ourcompany

[2] https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1#the-road-to-attaining-what-is-essentially-a-monopoly-on-dating-hasnt-been-smooth-and-it-began-with-the-birth-of-tinder-5

[3] https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1#diller-acquired-some-of-the-hottest-online-dating-sites-in-the-years-following-his-decision-to-splinter-off-match-group-4

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

5.      Tinder, one of Match Group's most successful dating apps, consistently holds the #1 spot in most downloaded dating app and #1 grossing app overall worldwide.

6.      The purpose of Match Group's Dating Sites is to allow members to find a romantic relationship with another member who is part of the platform, based on specific criteria such as location, age, gender, and sexual orientation.  To use the Dating Sites, users must create an account with the specific site the individual seeks to join.  Upon creation, the user is required to provide certain personal information, which typically includes their name, date of birth, geographic location, weight, and height, and will be asked to answer certain questions, and upload a profile picture.  The Dating Sites store user information and data on Match Group's shared servers and make profiles visible to other members on Match Group's platforms and/or servers.

7.      Defendants encourage users to upload photos to use Match Group's dating apps and websites to increase their chances of finding a potential match and ***require*** users to upload a photo to complete their account and begin using the app.[4]

8.      Unbeknownst to users, Match Group and the Match Group Dating Sites collect, analyze, and use the unique biometric identifiers (i.e., graphical representations of facial features, also known as facial geometry) associated with people's faces in the photos uploaded to their apps and websites.  Match Group and the Match Group Dating Sites do not disclose their biometric data collection to their users, nor do they ask users to acknowledge, let alone consent to, these practices.

9.      Match Group and the Match Group Dating Sites promise users that they value users' privacy and only collect data that is clearly disclosed in their privacy policy. For instance, OkCupid's privacy policies all state that users' "privacy is a top priority" and contain the same message: "privacy is at the core of the way [it] design[s] and build[s] the services and products

---

[4] Users can only bypass this requirement if they create an account through Facebook.

[users] know and love, so that [users] can fully trust [its services] and focus on building meaningful connections."[5] But OkCupid fails to disclose that they collect and use biometric data.

10.     If Plaintiff had known that Match Group and the Match Group Dating Sites would collect and use their biometric data, they would not have used their dating apps and websites.

11.     Defendants' actions constitute an invasion of Plaintiff's and Class members' right to privacy and violate the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS §14/2 *et. seq.* Match Group and the Match Group Dating Sites violated BIPA because they did not:

- Properly inform Plaintiff or the Class in writing that their biometric identifiers (face geometry) were being generated, collected, or stored;

- Properly inform Plaintiff or the Class in writing of the specific purpose and length of time for which their biometric identifiers were being collected, stored, and used;

- Provide a publicly available retention schedule and guidelines for permanently destroying the biometric identifiers of Plaintiff and the Class; or

- Request or receive a written release from Plaintiff or the Class to collect, capture, or otherwise obtain their biometric identifiers.

## PARTIES

12.     Plaintiff, Marcus Baker, is a natural person who is a member of Tinder and OkCupid and has uploaded photographs of himself, including photographs of his face and other physical attributes while residing in the State of Illinois.  Plaintiff Marcus Baker filed his demand for arbitration before JAMS, but it closed upon Match Group's request for administrative closure and to have the case sent to small claims court.

13.     **Match Group, Inc.** (individually, doing business as, and successor to Match Group LLC (f/k/a and d/b/a Match.com), s/i/i Tinder, Inc. (d/b/a Tinder), s/i/i Humor Rainbow, Inc., and

---

[5] https://www.pof.com/privacypolicy#section3; https://www.OkCupid.com/legal/privacy#information-we-collect; https://hinge.co/privacy.html

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, OurTime; BLK, and Chispa) is a Delaware corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231. Match Group, Inc. is a publicly traded company (ticker: "MTCH") and the leading provider of dating products, operating the world's largest online dating community consisting of more than 21 million users in 24 countries. Match Group's online dating community is comprised of the top global dating websites and mobile apps, including Affinity Apps, LLC ("Affinity"), a mobile app developer and the operator of BLK, and Chispa mobile dating apps, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, and Tinder. Match Group owns approximately 60% of the online dating market share.[6] In 2014, Match Group reported more than 56 million downloads across its dating sites. By 2020, the number of downloads increased to 82 million.[7]

14. **Match Group, LLC** (individually, doing business as, and as successor to Tinder, Inc., Humor Rainbow, Inc, and Hinge, Inc., and d/b/a Match.com, OkCupid, Tinder, Hinge, PlentyOfFish, and OurTime) is a Delaware limited liability company with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231. Match Group, LLC (hereinafter "Match.com") operates Match Group Dating Sites Match.com, Tinder, and POF. Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[8] with millions of active users.[9] Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers. Tinder is famous for its

---

[6] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away,* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[7] *Id.*
[8] https://www.match.com/
[9] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

"Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby. If a user is interested in the person shown, the user swipes right. If not, the user swipes left. POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[10] POF is one of Match Group's largest dating sites with more than 150 million registered users.[11] Similar to Match.com, POF can receive algorithmic matches and search user profiles.[12]

15.    **Hinge, Inc.** (d/b/a Hinge) ("Hinge") is a Delaware corporation with its principal place of business at 508 LaGuardia Place, New York, New York 10012. Launched in 2013, Hinge markets itself as the dating app "designed to be deleted" and has more than 6 million active members per month and approximately 400,000 paying customers.[13] In 2018, Match Group purchased a 51% stake in Hinge and subsequently became the sole owner of Hinge in February 2019, when it purchased the remaining shares.

16.    **Humor Rainbow, Inc.** (individually and d/b/a OkCupid) (hereinafter "OkCupid") is a New York corporation with its principal place of business at 555 W. 18th St., New York, New York 10011.[14] Humor Rainbow, Inc. operates the online dating site OkCupid, acquired by Match

---

[10] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup,* WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[11] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[12] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

[13] *Hinge Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=hinge-statistics-facts-history; *Hinge Launches New Online Store Around Its Mascot Hingie* (Jan. 27, 2020) https://www.datingsitesreviews.com/article.php?story=hinge-launches-new-online-store-around-its-mascot-hingie

[14] https://www.okcupid.com/legal/terms

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Group in 2011 for $50 million.[15]  Since its launch in 2004, OkCupid has amassed more than 50 million members[16] and 5 million active members per month.[17]

17.   **People Media, Inc.** (d/b/a OurTime and OurTime.com, s/i/i SeniorPeopleMeet.com) (hereinafter "PeopleMedia" or "OurTime") is an Arizona corporation with its principal place of business in New York and is a subsidiary of Match Group.  People Media operates OurTime (d/b/a OurTime.com, s/i/i to SeniorPeopleMeet.com).  In 2011, OurTime was launched as the app and website specifically designed for members over 50 years of age.  The site boasts over one million users, with thousands joining weekly.  In July 2019, People Media, owned by Match Group, merged its two senior dating services, OurTime and SeniorPeopleMeet, into one. As a result, SeniorPeopleMeet's user database was transferred to OurTime, the surviving site and app.

18.   **Affinity Apps, LLC** (a/k/a Affinity Apps, LTD d/b/a BLK and Chispa) ("BLK" and "Chispa," respectively) (hereinafter collectively "Affinity Apps") is a Delaware limited liability company with its principal place of business in Dallas, Texas.  Affinity Apps operates Match Group Dating Sites BLK and Chispa.[18]  BLK, launched in August 2017,[19] is Match Group's

---

[15]Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid

[16]Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775

[17]*OkCupid Information, Statistics, Facts and History*,
 https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History

[18] *MATCH GROUP AND UNIVISION COMMUNICATIONS INC. LAUNCH NEW FREE DATING APP FOR LATINO SINGLES, CHISPA* (Dec. 19, 2017), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2017/Match-Group-and-Univision-Communications-Inc-Launch-New-Free-Dating-App-for-Latino-Singles-Chispa/default.aspx; *BLK, The Largest Dating App For Black Singles, Invites Black Community To 'Educate An Ally' Through New In-App Feature #BLKVoices, Inspiring Dialogue Through Online Social Movement* (Jun. 29, 2020), https://mtch.com/single-news/512

[19] *Match Group's BLK Sets Out to Reclaim "Once You Go BLK" and Celebrates the Unlimited Potential of Black Love* (Feb. 4, 2021), https://www.prnewswire.com/news-releases/match-groups-blk-sets-out-to-reclaim-once-you-go-blk-and-celebrates-the-unlimited-potential-of-black-love-301222306.html

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

largest dating app for Black singles with over 5 million downloads,[20] 40,000 members and 5,000 weekly active members.[21]  Chispa, launched in 2017 as part of Match Group's affinity brands,[22] was developed to enable Latinos to create connections with matches from similar backgrounds.[23] Chispa is currently the largest dating app for Latinx singles with more than 4 million downloads in the United States.[24]  Both BLK and Chispa look and function similar to Tinder, giving users the ability to swipe right to connect with potential matches and swipe left to skip individuals.[25]

## JURISDICTION AND VENUE

19.    This Court has jurisdiction over Defendants pursuant to 735 ILCS § 5/2-209 because Defendants have committed the statutory violations alleged herein in Cook County, Illinois.

## FACTUAL BACKGROUND

I.    **Defendants Waived Their Right to Arbitration by Electing to Proceed in Small Claims Court and Requesting Administrative Closure of All Arbitrations Filed with JAMS**

    A.    <u>**Relevant Procedural History**</u>

---

[20] *Match Group's BLK Launches Atlanta Takeover as Next Phase of "Once You Go BLK" Campaign* (Jun. 16, 2021), https://markets.businessinsider.com/news/stocks/match-group-s-blk-launches-atlanta-takeover-as-next-phase-of-once-you-go-blk-campaign-1030528637?op=1

[21] https://www.datingscout.com/blk/review

[22] *How Match Group CEO Mandy Ginsberg helps people find their person* (Feb. 14, 2019), https://www.fastcompany.com/90288670/how-match-group-ceo-mandy-ginsberg-helps-people-find-their-person

[23] *Match Group and Univision Communications Inc. Launch New Free Dating App for Latino Singles, Chispa* (Dec. 19, 2017), https://www.prnewswire.com/news-releases/match-group-and-univision-communications-inc-launch-new-free-dating-app-for-latino-singles-chispa-300573046.html

[24] *Leading Latinx Dating App Chispa Reaches 4MM Downloads & Partners with Tragos Party Card Game* (Mar. 31, 2021), https://www.findtuchispa.com/post/leading-latinx-dating-app-chispa-reaches-4mm-downloads-partners-with-tragos-party-card-game

[25] Carolina Moreno, *Latinos Can Now Look For A 'Chispa' In New Tinder-Style Dating App*, HUFFINGTON POST (Dec. 19, 2017), https://www.huffpost.com/entry/latinos-can-look-for-a-chispa-in-new-tinder-style-dating-app_n_5a394399e4b0fc99878f144d; Alondra Valle, *Chispa, the new dating app for Latino singles*, CHICAGO TRIBUNE (Jan. 11, 2018), https://www.chicagotribune.com/hoy/ct-hoy-chispa-the-new-dating-app-for-latino-singles-20180111-story.html

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

20.     Plaintiff is an Illinois resident and has been an active registered member of Match Group Dating Sites OkCupid and Tinder.  Plaintiff registered and created an account with OkCupid on approximately 2018 and Tinder on approximately 2016. To create an account with OkCupid and Tinder, Plaintiff, agreed to OkCupid's and Tinder's Terms of Service, both of which contained a madatory arbitration clause, and uploaded multiple pictures of his face to create his dating profiles.  A copy of OkCupid's Terms of Service in effect in 2018 is attached hereto as **Exhibit A**, and a copy of Tinder's Terms of Service in effect in 2016 date is attached hereto as  **Exhibit B**. Both OkCupid's and Tinder's Terms of Service included "Arbitration Procedures" instructing Claimant to engage in an informal dispute resolution process before initiating arbitration.  *Id*. Subsequently, in 2021, Plaintiff retained undersigned counsel atLabaton Sucharow LLP ("Labaton") to investigate and pursue claims against Match Group and the Match Group Dating Sites for violating his privacy by collecting biometric data from his dating profile without his knowledge or consent and in violation of BIPA.

21.     Match Group was on notice of these claims on or before June 7, 2021.  On June 7, 2021, counsel for Match Group contacted Plaintiff's counsel to discuss his anticipated claims against the Match Group Dating Sites for violating BIPA.  **Exhibit C**.

22.     After failing to persuade Plaintiff and its counsel to drop their claims against Match Group, the Match Group Dating Sites updated their Terms of Use less than two weeks later on June 21, 2021.  A copy of OkCupid's Terms of Service is attached hereto as **Exhibit D** and Tinder's Terms of Use last revised on June 21, 2021 is attached hereto as **Exhibit E**.

23.     On September 2, 2021, in accordance with OkCupid's and Tinder's Terms, Plaintiff, through counsel, served a Notice of Dispute on Match Group along with 5,078 other claimants also represented by undersigned counsel (hereinafter "Claimants").  A copy of the

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Notice of Dispute is attached hereto as **Exhibit F**. The Notice explained in great detail various claims that Plaintiff and the other Claimants intended to pursue against Match Group and the Match Group Dating Sites, including the various ways that Match Group and its Dating Sites violate BIPA. *Id.*

24.     Thereafter, on October 26, 2021, the parties executed a Tolling & Stand Down Agreement[26] and agreed to a mediation with JAMS on December 3, 2021. *See* Exhibit C. Over the course of the following weeks, Plaintiff's counsel timely responded and provided all requested case information to JAMS, the mediator, and Defendants' counsel to ensure efficiency and a productive mediation. *Id*.

25.     Following an unsucccessful mediation on December 3, 2021, Plaintiff's counsel continued to investigate Plaintiff's claims against the Match Group Dating Sites and provided Match Group and its counsel with a detailed analysis of all biometric related privacy claims Plaintiff intended to pursue, including claims based on newly discovered evidence that the Dating Sites also violated BIPA by collecting their users voiceprints and applying voice recognition technology without their uses' knowledge or consent. *Id*.

26.     After additional failed attempts to resolve Plaintiff's and the other Claimants' claims, Plaintiff indicated that he would move forward with his claims before JAMS. The parties participated in a required pre-filing conference call with JAMS on February 18, 2022. *Id*. During this conference call, Match Group's counsel requested various extensions to respond to the forthcoming demands and requested the issuance of separate invoices for each Claimant. *Id*.

---

[26] All claims were tolled from October 15, 2021, through December 31, 2021.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

27.     On February 28, 2022, ten (10) days after JAMS mandatory pre-filing conference call, Match Group revised the terms of service/use for all eight (8) Dating Sites (hereinafter collectively "Revised Terms").

28.     Unaware at that time of the changes to the arbitration provision, of which Match Group had not raised on the call with JAMS or to Plaintiff directly.  Plaintiff agreed on March 1st to suspend filing individual arbitrations to engage in limited discovery where his Claimants' expert would be given access to the algorithms and source code for the Match Group sites.  Upon learning of the changes to the arbitration provision, Plaintiff, through his counsel, sent an email to confirm that Match Group did not intend to apply its changes retroactively.  However, Match Group's counsel was adamant that it intended to apply its changes retroactively to Plaintiff and the other claimants.

29.     After more than ten (10) months of failed negotiations between Plaintiff's counsel and Defendants' counsel, Plaintiff's counsel filed individual demands for arbitration on behalf of 25 Claimants with JAMS on April 19, 2022, in accordance with the Terms applicable at the time Plaintiff's claims were tolled. *See* **Exhibit G**.

30.     On April 25, 2022, Plaintiff's counsel filed Plaintiff's individual demand with JAMS along with individual demands on behalf of 49 other Claimants.  *See* **Exhibit H**.  Plaintiff paid JAMS $250.00 as the filing fee for his individual claim.

31.     JAMS subsequently processed Plaintiff's arbitration demand and issued an invoice to Defendants' counsel on May 3, 2022 for their share of the filing fees.  *See* **Exhibit I**.

32.     On May 12, 2022, JAMS followed up with Defendants' counsel regarding payment of the filing fee.  *See* **Exhibit J**.

12

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

33.     Subsequently, on May 13, 2022, Defendants' counsel submitted a letter to JAMS requesting "administrative closure of *all* claims" brought by Plaintiff and the other 74 other Claimants represented by Labaton. *Id.*   In response, Defendants argued for the first time that closure was proper "because (1) certain Claimants d[id] not have agreements to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) certain Claimants have agreed to arbitrate claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"), not JAMS (because the claimants accepted the updated terms and conditions on the app); and (3) ***Respondents elect to proceed in small claims court with respect to all remaining claims asserted under valid arbitration agreements that specify JAMS as the arbitral forum***." *Id.* at p. 1 (emphasis added).   As acknowledged in Defendants' request, Defendants' Terms ***only*** permit the responding party to proceed in small claims court "***if the party's claim is within the jurisdiction of the small claims court . . .***"

The JAMS Tinder Terms contains an arbitration provision with an exception that either party may elect small-claims-court, but only if the dispute is within a small claims court's jurisdiction:

> The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, ***the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court***. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed . . . .

JAMS Tinder Terms 15(1) (emphasis added).

The JAMS OkCupid Terms have the same provision:

> The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, ***the***

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

> *responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court.* If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed . . . .

JAMS OkCupid Terms 15a(1) (emphasis added).

*Id.* at pp. 4-5 (emphasis added); *see also*, Exhibit D at p.15; Exhibit E at p. 13. Despite knowing that the claims brought by Plaintiff and the other 74 Claimants sought injunctive relief and monetary damages of at least $20,000, thereby far exceeding the jurisdictional limits of both Illinois and Texas small claims courts,[27] Defendants elected to proceed in small claims court and requested that JAMS administratively close all pending arbitrations. *See* Exhibit J at pp. 1, 4-6. Therefore, Defendants waived their right to arbitration in favor of having the claims proceed through the court system.

34.     On May 20, 2022, Plaintiff's counsel submitted a response to Defendants' request for administrative closure, requesting JAMS deny the request for all but two Claimants, because: (1) Plaintiff and the other Claimants have valid accounts, (2) Match Group's Revised Terms are not the terms applicable to Plaintiff or the other Claimants' claims, and (3) small claims court does not have jurisdiction over Plaintiff's or the other Claimants' claims.  *See* **Exhibit K**.

35.     On June 3, 2022, Defendants responded to Plaintiff's May 20th letter and in furtherance of their request for administrative closure emphasizing that Defendants "***have elected to litigate all remaining claims in a small claims court of competent jurisdiction***—and therefore JAMS lacks jurisdiction over such claims." *See* **Exhibit L** at p. 1 (emphasis added).  That is, Defendants again reinforced their election of the court system and waived their right to have the cases heard in an arbitral forum.

---

[27] As explained in Section I(B), Illinois and Texas small claims courts have jurisdiction over monetary claims less than $10,000 and cannot issue injunctive relief.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

36.     Subsequently, on June 13, 2022, Plaintiff's counsel responded to Defendants' June 3rd letter urging JAMS to deny Defendants' request and in furtherance of Plaintiff's position that: (1) Defendants' Revised Terms are illusory, unconscionable, and unenforceable, (2) the Revised Terms were implemented through improper and prohibited communications with Plaintiff and the other Claimants, and (3) small claims court is an improper venue to hear the claims because neither Illinois nor Texas small claims courts have jurisdiction over claims that exceed $10,000 and cannot award injunctive relief.   *See* **Exhibit M**.

37.     On June 27, 2022, Defendants responded to Plaintiff's June 13th letter and once again waived their right to arbitration by requesting for a third time, that all arbitrations be administratively closed because Defendants "***elected to proceed in small claims court for all claims governed by the JAMS Terms***."  *See* **Exhibit N** at p. 2 (emphasis added).

38.     Subsequently, on July 22, 2022, the JAMS National Arbitration Committee ruled that "[t]he right to proceed in small claims court is a contractual 'exception' to a JAMS arbitration" and therefore, "a small claims court must determine whether it has jurisdiction before JAMS may proceed." *See* **Exhibit O**.

**B.     The Amount in Controversy Exceeds the Jurisdictional Limits of Small Claims Courts in Illinois and Texas**

39.     In arbitration, Plaintiff, and each claimant, sought minimum damages of *at least* $20,000, plus attorneys' fees, and injunctive relief.

40.     Moreover, because Match Group's technology generates and collects biometric data each and every time Plaintiff uploads a photo or video to a Dating Site, Match Group and its subsidiaries capture and save multiple images and videos of their users on a regular basis.   Whether Plaintiff can recover separately each time his same biometric is taken was recently argued before the Illinois Supreme Court (*see Cothron v. White Castle Sys.*, 20 F.4th 1156 (7th Cir. 2021)).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

41.     Should the Illinois Supreme Court determine that a defendant violates BIPA every time an individual's biometric data is taken, Plaintiff intends to seek the full amount of damages allowable under the statute, in addition to reasonable attorneys' fees and costs (740 ILCS 14/20(3)), exposing Match Group to liability of ***more than $20,000 per Plaintiff***.  Because all Claimants seek damages exceeding $20,000, small claims court, on its face, is an improper and unavailable venue to hear their claims.

42.     More importantly, aside from monetary relief, all Claimants, including Plaintiff, seek injunctive relief, a remedy which is unavailable in small claims court.

43.     Neither Illinois nor Texas small claims court have jurisdiction over any claims asserted by the Plaintiff or the Class as all claims exceed the amount in controversy and seek injunctive relief, a remedy which is unavailable in small claims court.

44.     In Illinois, the state in which the conduct of this action arises, individuals cannot seek injunctive relief or pursue monetary claims in small claims court if the amount in controversy exceeds.  *See* Ill. Sup. Ct. R. 281 (limiting relief in small-claims court to monetary damages).  Moreover, even if small claims court was an appropriate venue and could issue injunctive relief, which it cannot, filing in small claims court would be counterintuitive and a waste of judicial resources because all the small claims court actions in Illinois are subject to mandatory arbitration.  *See* Cook Co. Cir. Ct. R. 18.3(b) (eff. Aug. 1, 2001) (all civil actions seeking monetary relief only and not in excess of $30,000 are subject to mandatory arbitration).

45.     Similarly, in Texas, the state where Defendants' principal place of business is located, small claims courts only have jurisdiction over monetary claims with an amount in controversy of less than $10,000 and cannot issue injunctive relief.  *See* TEX.R. CIV. P. 500.3 ("Small claims courts may entertain claims for 'no more than $10,000, excluding statutory interest

and court costs but including attorney fees.'"); *see also* TEX. GOV'T CODE ANN. §§ 27.060(a), 27.031(a)(1) (West Supp.2015) (providing that justice courts shall preside over small claims and limiting jurisdiction of justice courts to civil matters "in which the amount in controversy is not more than $10,000, exclusive of interest").

46.     The right to equitable relief, as requested here, is substantive.  The Supreme Court has made clear that an arbitration agreement may not waive a party's substantive rights under the law.  *Gilmer v. Interstate/Johnson Lane Corporation,* 500 U.S. 20, 26 (1991) (a party may not "forgo the substantive rights afforded by the statute; it only submits to their resolution in an arbitral, rather than a judicial, forum" (quoting *Mitsubishi Motors Corp. v. Soler Chrysler–Plymouth, Inc.,* 473 U.S. 614, 628 (1985)).

### C.     Defendants Waived Arbitration

47.     As demonstated by the facts above, since at least 2016, Defendants have repeatedly reaffirmed their intent to handle all disputes through individual arbitration.

48.     In accordance with Defendants terms, Defendants and Plaintiff's counsel spent more than nine months trying to resolve Plaintiff and the other Claimants disputes through informal dispute resolution before proceeding to formal arbitration proceedings with JAMS.

49.     Defendants actively participated in mediation and repeatedly reasserted their intention to defend all claims filed by Plaintiff and the other Claimants with JAMS.

50.     Defendants actively participated in the required pre-filing discussions with JAMS before and after the Revised Terms became effective.

51.     After Plaintiff and the other Claimants initiated formal arbitration proceedings with JAMS, Defendants refused to engage and requested that all claims be sent to small claims court.

52.     Defendants waived their right to arbitration when Defendants requested all claims be sent to small claims court.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

53.    In waiving its rights to arbitration, Defendants have agreed to proceed in a court with jurisdiction to award the damages sought and to provide injunctive relief.

**D.    This Court Has Jurisdiction Over Plaintiff's Claims and the Authority to Determine the Validity of Defendants' Terms**

54.    Defendants' Revised Terms expressly provide that the only exception for arbitration is the right to request that the dispute proceed in small claims court but only "***if the party's claim is within the jurisdiction of the small claims court***":

> The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. ***The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court***. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. ***Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding***.

*See, e.g.,* Exhibit E at p. 13 (emphasis added).  Yet, Defendants have elected to resolve Plaintiff's claims in a manner that violates the individual arbitration requirement and fundamentally interferes with the "attributes of arbitration" by creating "a scheme inconsistent with the FAA," *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333, 344, 346 (2011).  Neither Plaintiff nor Claimants ever agreed to resolve disputes in a manner that fundamentally bars them from pursuing their claims in any forum: state or federal court, individual arbitration, ***and*** small claims court.

55.    However, because Defendants' Terms and the Revised Terms provide identical provisions permitting federal or state courts to hear claims that cannot be properly brought in small claims court, by Defendants' own words and agreement, Plaintiff must be allowed to proceed with

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

their claims before this Court as Plaintiff's claims exceed the amount in controversy for small claims and seek injunctive relief. *See, e.g., id.* at p. 17 ("Except for claims that may be properly brought in a small claims court of competent jurisdiction, ***all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas***, *U.S.A*. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.") (emphasis added); *see also*, <u>Exhibit D</u> at p. 16 ("Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. ***In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas***. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.") (emphasis added).

56.    Despite the above provisions, Defendants will likely assert that their Terms and Revised Terms delegate all disputes arising out of their arbitration agreements to a neutral arbitrator.  Plaintiff's position is that both the Terms and Revised Terms contain ambiguities concerning proceedings outside of small claims court and arbitration.  Defendants' Terms and Revised Terms are unconscionable as they contain ambiguous and conflicting procedures for pursuing claims outside of small claims court.

57.    The Revised Terms also attempt to change the arbitral forum from JAMS to National Arbitration and Mediation ("NAM") and proceed under NAM's Comprehensive Dispute Resolution Rules and Procedures. *See* **<u>Exhibit P</u>** (OkCupid 2/28/22 Terms); **<u>Exhibit Q</u>** (Tinder

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

2/28/22 Terms); **Exhibit R** (Match.com 2/28/22 Terms); **Exhibit S** (Hinge 2/28/22 Terms); **Exhibit T** (POF 2/28/22 Terms); **Exhibit U** (OurTime 2/28/22 Terms); **Exhibit V** (BLK 2/28/22 Terms); **Exhibit W** (Chispa 2/28/22 Terms).

58.     Conspicuously missing from the Revised Terms is any mention of NAM's "Supplemental Rules for Mass Arbitration Filings" or indication of how the parties or NAM determine whether a consumer is part of a "Mass Filing."  A normal consumer is typically not sophisticated or familiar with arbitration rules or forums and cannot be expected to search through all the applicable rules and procedures on NAM's website and then make their own independent determination of whether certain rules apply.  Further, because the Revised Terms did not and do not provide for NAM's "Supplemental Rules for Mass Arbitration Filings," there was never a "meeting of the minds" that arbitrations could or would proceed in this manner.

59.     Therefore, because courts may not compel parties to arbitrate in any manner other than the manner provided for in the arbitration agreement, neither Plaintiff nor the Class can be compelled to file individual arbitration demands with NAM or proceed before small claims court.

        **E.     The Revised Terms are Unconscionable and Unenforceable**

60.     The Revised Terms attempt to impose egregious and unreasonably burdensome requirements on all users, including Plaintiff and the Claimants, that shock the consciousness and offend the spirit of arbitration.

61.     Specifically, the Revised Terms contain unconscionable provisions such as: (i) the revised terms give the defendant the right to modify the provider at will while the Plaintiff and other Claimants represented by Labaton were actively engaging with JAMS to file their individual arbitration demands; (ii) imposing burdensome prenotice requirements and condition precedents commanding each user send a ***personally signed*** notice with "information that enables" Defendants to "identify" their account including a "picture or screenshot" of the user's profile and

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

a "corresponding calculation" of their alleged damages, personal appearance and participation in a telephone conference with Defendants, if requested, regardless of whether the user is represented by counsel, and demanding that the above conditions be met before initiating arbitration;[28] (iii) waiver of a plaintiff's right to demand a jury trial in the event that arbitration is not compelled; (iv) limiting the scope of discovery; (v) preventing a consumer from filing a demand for arbitration if the consumer is also represented by counsel that represents more than 24 consumers with similar claims; (vi) and implementing unfair and one-sided "Mass Filing" provisions comprised of dilatory tactics to further delay and prevent Plaintiff from pursuing his claims. *Id.* Courts throughout the country have held similar provisions unconscionable and unenforceable.

62. Because the Revised Terms are permeated by unconscionability, Defendants' arbitration clause cannot be enforced.

## II.    Biometrics and Consumer Privacy

63. "Biometrics" refers to measurable characteristics or processes used for identification. As a characteristic, biometrics is defined as "a measurable biological (anatomical

---

[28] *See, e.g.,* <u>Exhibit Q</u> ("Notice must contain all of the following information: (1) your full name; (2) ***information that enables Tinder to identify your account, including a picture or screenshot of your profile***, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). ***You must personally sign this Notice for it to be effective…***As part of these good faith negotiations, ***if Tinder requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel***…However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Tinder may initiate an arbitration (subject to a Party's right to elect small claims court as provided below). Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Tinder engage in this informal dispute resolution process. Unless prohibited by applicable law, ***the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied***..." (emphasis added).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

and physiological) and behavioral characteristic that can be used for automated recognition."[29]  As a process, biometrics is defined as "automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[30]

64.    Biometrics are used to identify individuals based on unique, distinctive, and measurable characteristics or features known as "biometric identifiers." [31, 32]

65.    A biometric(s) can be either a characteristic or a process: it can be "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition" or an "automated method of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[33] "Measurable means that the characteristic or trait can be easily presented to a sensor and converted into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."[34]

---

[29] http://www.biometrics.gov/Documents/Glossary.pdf.  The term "biometrics" was developed and defined by the National Science & Technology Council's (NSTC) Subcommittee on Biometrics (2006), as updated.

[30] http://www.biometrics.gov/Documents/Glossary.pdf.

[31] "Biometrics: A general term used alternatively to describe a characteristic or a process: As a characteristic: A measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition. As a process: Automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics." *Biometrics Foundation Documents,* NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011),  ("A biometric is any measurable, robust, distinctive, physical characteristic or personal trait of an individual that can be used to identify, or verify the claimed identity of, that individual. Measurable means that the characteristic or trait can be easily presented to a sensor and converted into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."); Stephen Mayhew, *History of* Biometrics (Feb. 1,2018), https://www.biometricupdate.com/201802/history-of-biometrics-2; *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1094 (N.D. Ill. 2017) ("Biometrics" refers to "biology-based set[s] of measurements").

[32] Sushma Jaiswal, *et al*, *BIOMETRIC: CASE STUDY*, J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[33] Biometrics Foundation Documents, NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[34] Stephen Mayhew, *History of Biometrics*, BIOMETRICUPDATE (Feb. 1, 2018), https://www.biometricupdate.com/201802/history-of-biometrics-2.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

66.    "Biometric identifiers" are categorized by physiological and behavioral characteristics.  Examples include, but are not limited to, face or hand geometry, fingerprints, palm prints, irises, retinas, veins, and DNA sequences.   Behavioral based biometric identifiers "are apparent in a person's interaction with the environment, such as signatures, gaits, and keystroke,"[35] while "[v]oice/speech contains both behavioral features, such as accent, and physiological features, such as voice pitch."[36]

67.    Biometric technologies vary widely depending on the biometric identifier.  Modern era biometric processes include:

a)  Face recognition,

b)  Fingerprint recognition,

c)  Hand geometry,

d)  Retina scan,

e)  Iris scan,

f)  Voice recognition,

g)  Vascular or vein recognition,

h)  Skin texture,

i)  DNA,[37]

j)  Dynamic signature verification,[38]

k)  Keystroke dynamics, and

---

[35] *Id.*

[36] *Id.*

[37] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

[38] *Access Control Technologies Handbook*, HOMELAND SECURITY (Sept. 2015) https://www.dhs.gov/sites/default/files/publications/ACT-HB_0915-508.pdf at p. 47.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

l)   Gait analysis.

68.    One of the most prevalent uses of biometrics is in facial recognition technology, which records the "spatial geometry" or more commonly known as "facial geometry" of distinguishing features of the face.[39]  These distinguishing features include the nose, eyes, eyebrows, mouth, chin, and lips.[40]  The graphic in <u>Figure 1</u> below illustrates the way "face geometry" is commonly used to refer to the location and spatial relationships between the distinguishing features.



*Fig. 1*[41]

69.    Facial recognition technology works by: (1) scanning[42] a photograph and/or digital image to detect a human face, (2) extracting the distinguishing facial features, such as the nose, eyes, mouth, chin, ear, and their relative portions in the digital image that are based on specific details about the face geometry as determined by facial points and contours and their relative portions in the digital image, (3) generating a face "template," (or "faceprint"), and (4) comparing

---

[39] https://www.biometric-solutions.com/face-recognition.html

[40] Sushma Jaiswal, et al., *Biometric Case Study,* J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[41] Daniel Thomas, *Future airports could become hi-tech pleasure dome* BBC NEWS (Feb. 2, 2015), https://www.bbc.com/news/business-30830296

[42] A software program can be said to "scan" a digital image to detect a face by identifying key facial landmarks or features such as the nose, mouth, eyes and chin. *See* Belhumeur, *Localizing Parts of Faces Using a Consensus of Exemplars,* 2011 IEEE Conference on Computer Vision and Pattern Recognition (CPVR*)* (2011) ("Many fiducial point detectors include classifiers that are trained to respond to a specific fiducial (e.g., left corner of the left eye). These classifiers take as input raw pixel intensities over a window or the output of a bank of filters (e.g., wavelets, Gaussian Derivative filters, Gabor filters, or Haarlike features). These local detectors are scanned over a portion of the image and may return one or more candidate locations for the part or a "score" at each location.").

24

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

the resulting "face template" to the face templates stored in a "faceprint database" for identification.

70.     The recent sophistication of facial recognition software has generated many commercial applications of the technology but has also raised serious privacy concerns about its massive scale, scope, and surreptitiousness.[43]

71.     The use of biometric data presents unique risks. Biometric data is one of the most sensitive forms of personal information because—unlike other types of data such as account or ID numbers—biometric data cannot be changed if stolen or compromised. Once a person's unique and permanent biometric identifiers are exposed, she has no way to prevent identity theft and unauthorized tracking.

72.     Proprietary biometric data collected by companies—especially those who collect it unlawfully and without permission—can be leaked, hacked, exposed, or otherwise exploited, as demonstrated by the highly publicized breach of the Clearview AI scandal and the Facebook and Cambridge Analytica scandal. Unlike other identifiers such as Social Security or credit card numbers, which can be changed if compromised or stolen, biometric identifiers linked to a specific voice or face cannot. These unique and permanent biometric identifiers, once exposed, leave victims with no means to prevent identity theft and unauthorized tracking.

A.     **Facial Recognition Technology and Facial Processing Systems**

73.     Facial recognition technology is just one form of technology that processes faces.

74.     There are at least three main categories of facial processing technology: (1) facial detection; (2) facial analysis; and (3) facial recognition or identification.

---

[43] *What Facial Recognition Technology Means for Privacy and Civil Liberties: Hearing Before the Subcomm. on Privacy Tech & the Law of the S. Comm. on the Judiciary*, 112th Cong. 1 (2012) (statement of Jennifer Lynch, Staff Attorney, Electronic Frontier Foundation), available a*t* https://www.govinfo.gov/content/pkg/CHRG-112shrg86599/pdf/CHRG-112shrg86599.pdf

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

75.     Facial detection determines whether the image contains a face, and can also be used to determine whether any face is present and where the face is located.

76.     Facial analysis technology enables the detection of various facial characteristics, also known as landmark features.  Facial analysis enables facial recognition by comparing an individual's facial features to available images for verification or identification purposes.[44]

77.     Facial recognition technology ("FRT") confirms a photo matches a different photo of the same person in a facial template database.

78.     FRT is based on algorithms that learn how to recognize human faces and the hundreds of ways in which each one is unique.

79.     These algorithms create a unique "face template" or "faceprint" of a person's facial geometry by scanning, identifying, and measuring various facial landmarks, such as the location of the mouth, chin, nose, ears, eyes, and eyebrows.

80.     To automatically extract face templates from new images, a facial recognition algorithm must be "trained" to identify and measure the relevant facial landmarks.

81.     This is typically accomplished by the algorithm evaluating "triplet" sets of photographs—i.e., two images of the same person (known as the "anchor" and "positive sample"), and one of a completely different persons (known as the "negative sample").

82.     The algorithm reviews the measurements collected from each image, and then adjusts itself so that the measurements collected from the anchor sample are closer to those collected from the positive sample, and further apart from those collected from the negative sample.

_____

[44] Testimony provided on Feb. 6, 2020, by Dr. Charles H. Romine, Director, Information Technology Laboratory, NIST, United States Department of Commerce, to the Committee on Homeland Security, U.S. House of Representatives. https://homeland.house.gov/imo/media/doc/Testimony-Romine1.pdf

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

83.     After repeating this process a few times, the algorithm learns to reliably scan for and recognize a given face.

**B.    Deep-learning Facial Recognition and Processing Techniques**

84.     Biometric recognition methods utilize deep learning-based models to provide an end-to-end learning framework, which can jointly learn the feature representation while performing classification.  This is achieved through a multi-layer neural network, also known as Deep Neural Networks ("DNN"), to learn multiple levels of representations that correspond to different levels of abstraction, which is better suited to uncover underlying patterns of the data.

85.     Facial recognition is a biometric technology that identifies facial vectors and features and matches them to an individual pre-enrolled in a database.  In the mid-2000s, the technology based on digital signal processing techniques ("DSP") was restricted to frontal-facing images.  However, more recently, there has been a dramatic improvement in precision advancements of artificial technologies ("AI") based DNNs leading to the development of AI-based facial recognition engines.  AI based FRT leverages proprietary AI algorithms and mathematical equations to make its connections to individuals by measuring a number of facial variables, such as nose depth and width, forehead length, and eye shape, and saves the information as a template.  The template generated for an individual is used as a basis for comparison to confirm identity if there is a match with an existing template.

86.     The key features of a facial recognition engine are face detection, face feature extraction, and face recognition.  Face detection is the first step the technology takes to detect a face.  Face detection works by scanning the entire image, video, and/or scene to determine if the frame contains full or partial human faces.  Once a face is detected, the engine extracts a n-dimensional vector set creating a face template from the face image.  The face template that is extracted from the individual's face is used for matching or searching.  The newly extracted face

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

template is then matched to pre-existing templates in a database.  This is called a "1:N search", where one face template is matched against a database containing n-number faces to find the best match and confirm identity.

### C.     <u>Voice Recognition Technology</u>

87.     Voice recognition takes the acoustic signal of an individual's voice and converts it into a digital code, which can be stored in a database.

88.     A voiceprint is a digital model of the unique vocal characteristics of an individual. Voiceprints are created by specialized computer programs which process speech samples, typically in WAV format.  The creation of a voiceprint is often referred to as "enrollment" in a biometric system.  There are two general approaches to the creation and use of voiceprints.

89.     In traditional voice biometric systems, which use classical machine learning algorithms, a voiceprint is created by performing "feature extraction" on one or more speech samples.  This feature extraction process creates a "voiceprint," which is a personalized calculation or vector related to specific attributes that make the user's speech unique.  In these systems, feature extraction is also used to create a Universal Background Model ("UBM"), otherwise known as a voiceprint.  UBMs are created from many speech samples collected from many representative users of the system and stored in a database.  The newly extracted voiceprint is compared to UBM voiceprint templates to identify and verify individuals.

90.     In the last decade, biometric systems have implemented machine learning methods that have played a significant role in improving the performance of biometric systems.   Modern

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

voice recognition systems use deep neural networks ("DNN"), which are commonly referred to as "deep learning" approaches and allow both speaker verification and speaker identification.[45]

91.     These systems start by creating a composite DNN model, which is like a UBM conceptually.   This DNN model is derived from processing often hundreds of hours of representative speech samples.   To create an individual voiceprint, users provide one or more enrollment speech samples to the DNN model, then the DNN is fine-tuned to learn the individual's unique speech characteristics.   The DNN modeling process occurs directly against the speech samples and no feature extraction is needed.   To verify a user, a speech sample is evaluated against the fine-tuned DNN model to arrive to identify a match.

## III.    Illinois's Biometric Information Privacy Act

92.     The Illinois Legislature has found that "[b]iometrics are unlike other unique identifiers" such as social security numbers, which can be changed if compromised.   740 ILCS 14/5(c).   "Biometrics . . . are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions." *Id.*

93.     In 2008, to protect Illinois residents from the surreptitious collection and use of their biometric data, the Illinois Legislature enacted BIPA.[46]   Under BIPA:

---

[45] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

[46] In passing BIPA, the Illinois Legislature found that (1) "[b]iometrics are unlike other unique identifiers . . . [and] are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions" (740 ILCS 14/5(c)); (2) "[a]n overwhelming majority of members of the public are weary of the use of biometrics when such information is tied to finances and other personal information" (740 ILCS 14/5(d)); (3) "[t]he full ramifications of biometric technology are not fully known" (740 ILCS 14/5(f)); and (4) "[t]he public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information" ((740 ILCS 14/5(g)).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

(b) No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

> (1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

> (2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

> (3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.

> . . .

(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

> (1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

740 ILCS 14/15(b) and (d).

94.     BIPA applies to entities that interact with two forms of biometric data: "biometric identifiers"[47] and "biometric information." 740 ILCS 14/15(a)-(e).

95.     "Biometric identifiers" means "a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry." 740 ILCS 14/10.[48] However, BIPA only provides a non-exhaustive list of biometric identifiers, and the legislative intent behind BIPA was to protect its residents from irreputable harm by placing strict requirements on companies regarding the collection, usage,

---

[47] "Biometric identifiers" are categorized by physiological and behavioral characteristics. Examples include, but are not limited to, voiceprints, face or hand geometry, fingerprints, palm prints, iris patterns, retina patterns, veins, and DNA sequences.

[48] *See also*, *Sekura v. Krishna Schaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, appeal denied, 119 N.E.3d 1034 (Ill. 2019) ("A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time. Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen access code. The Act's goal is to prevent irretrievable harm from happening and to put in place a process and rules to reassure an otherwise skittish public.").

storage, retention, and destruction of unique and highly sensitive biometric identifiers and information.

96.    "A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time.  Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen access code.  The Act's goal is to prevent irretrievable harm from happening and to put in place a process and rules to reassure an otherwise skittish public." *Sekura v. Krishna Schaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, *appeal denied*, 119 N.E.3d 1034 (Ill. 2019).

97.    "Biometric information" consists of biometric identifiers used to identify an individual.  BIPA defines "biometric information" to include "any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used    to identify an individual." *Id*.

98.    BIPA imposes various requirements on private entities that collect or maintain biometric data and requires a company to develop a publicly available written policy establishing a retention schedule and guidelines for permanently destroying biometric data when the initial purpose for collecting such data has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first.  740 ILCS 14/15(a).

99.    Under BIPA, "[a] prevailing party may recover ***for each violation***: (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater; (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater; (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

expenses; and (4) other relief, including an injunction, as the State or federal court may deem appropriate." *Id.* (emphasis added).

100.    Each part of section 15 described above "imposes various duties upon which an aggrieved person may bring an action under section 20… as section 20 provides that a 'prevailing party may recover for each violation' (740 ILCS 14/20), a plaintiff who alleges and eventually proves violation of multiple duties could collect multiple recoveries of liquidated damages. *Id.* § 20(1), (2)." *Tims v. Black Horse Carriers, Inc.*, 2021 IL App (1st) 200563, ¶ 30, 2021 WL 4243310, at *5 (Ill.App. 1 Dist., 2021).

## IV.    Match Group and its Dating Sites Encourage Users to Upload Photographs with Unobstructed Views of Their Faces

101.    Match Group operates the largest global collection of online dating websites including, but not limited to, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, Tinder, BLK, and Chispa (collectively "Dating Sites").

102.    Match Group boast of a collective 21 million users across its platform[49] and owns approximately 60% of the online dating market share.[50]   As portrayed in <u>Figure 2</u>.  Match Group owns and operates the Dating Sites at issue.[51]

---

[49] *Match Group News & Events – Quarterly Results* (2017-2021), https://ir.mtch.com/news-and-events/quarterly-results/default.aspx (2017, 2018, 2019, 2020, and 2021 Results, Shareholder Letters, Presentations, SEC Filings, and Annual Reports)

[50] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1

[51] Match Group Our Company, https://mtch.com/ourcompany.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Fig. 2*

103.     The purpose of the Match Group's Dating Sites is to "spark meaningful connections for users around the world" and allow members to find a romantic connection with other members, based on specific criteria such as location, age, gender, and sexual orientation.[52]

104.     All Dating Sites require users to create an account and "personal profile"[53] that must include one or more photos of themselves[54] and may contain certain "personal characteristics"[55] about the user.[56] Personal profiles are added to the site's database,[57] become visible to other members and potential matches, and are shared with Match Group, its Dating Sites, and Defendants' "family of businesses."[58] Defendants encourage users to upload multiple photos

---

[52] *See* Match Group's Form 10-Q, For the Quarterly Period Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000008911032100014/mtch-20201231.htm (According to Match Group, its goal "is to spark meaningful connections for users around the world.").

[53] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal profile' is a collection of personal information that may include biographic information and that is made available to third parties over a network, such as the Internet.").

[54] *Id.* ("As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face").

[55] *Id.* ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.")

[56] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[57] *Id.*

[58] *See, e.g.,* https://www.match.com/registration/privacystatement.aspx ("Match is part of the Match Group family of businesses which, as of the date of this Privacy Policy, includes websites and apps such as Tinder, OkCupid, Plenty of Fish, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo. We share your information with other Match Group companies [...].").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

to increase their chances of finding a potential match. For instance, Match.com encourages users to upload up to 26 photographs,[59] Hinge requires users to upload up to 6 photographs, and OkCupid, POF, OurTime, BLK, Chispa and Tinder all require at least 1 photograph but encourage users to upload several photos to increase match potential.[60] Additionally, Match Group's Dating Sites provide "advice," articles, reviews, instructions, or tips that persuade users to upload or post photographs that include an unobstructed view of the user's face.[61] The reasoning behind this method is simple: the more photographs a user uploads and the clearer depiction of a user's face, the easier it is for Defendants to apply facial recognition technology to the user's photograph to extract, collect, store, and use the user's biometric information.

105.    In addition to uploading a profile picture, users are encouraged to upload several additional photos to their profile to improve their chances of matching with members. Notably, several of Match Group's Dating Sites offer advice about the type of images to upload and recommend users upload an unobstructed view of the user's face that is big enough for potential matches to see clearly.[62]

### A.    Match.com

106.    Match.com, launched in 1995, is one of the world's oldest and most popular dating sites consisting of millions of active users.[63]    To join Match.com, a free or subscription membership is required. The free membership permits users to create a profile, upload and post photographs, conduct searches, and communicate with matches and other members on both the

---

[59] *Guidelines for Posting a Photo*, MATCH.COM, https://www.match.com/dnws/help/#holder

[60] Users can only bypass this requirement if they create an account through Facebook and import their data, including their profile picture.

[61] *Id.*

[62] https://www.match.com/help/faq/7/135/

[63] https://www.match.com ("**Every year, hundreds of thousands of people find love on Match.com.** Match.com pioneered the Internet dating industry, launching in 1995 and today serves millions of singles in 24 countries.).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

desktop and mobile site.[64]  The subscription-based membership, in addition to providing access to the same features as free membership, grants members access to Match.com's "growing set of tools" such as removing members from the user's match list, and attend events with other members.[65]

107.    Regardless of the membership selected, to join Match.com, users must create a profile that requires the user to input various personal information including, but not limited to, their name, date of birth, zip code, height, body type, relationship status, and whether the user has children.  Users can also answer certain prompts to improve their changes of matching with members with the qualities they are seeking.  Once the user has completed the personal information section of their profile, the user can either upload a profile picture or begin conducting searches for potential matches.  However, Match.com requires users upload at least one primary profile picture to communicate with potential matches and other members.

108.    Match.com posts several guidelines for posting photographs, strongly encouraging users to upload up to 26 photographs to make the user's profile stand out, and requiring primary photos meet certain criteria such as including an unobstructed view of the user's face:[66]

> **Guidelines for Posting a Photo**
> Good photos can really make your profile stand out, so we strongly
> encourage you to post several of them. We do currently limit you to

---

[64] https://www.match.com/dnws/help/#holder

[65] https://www.match.com/dnws/help/#holder ("Subscribing to Match gives you access to a growing set of tools – on our desktop site, our mobile site, or any of our apps – that will help you find the relationship you want and deserve. As a subscriber, you can:
- Receive and reply to Messages from other Match subscribers.
- Send Messages to Match members you're interested in.
- See who has Viewed your profile.
- See who has Liked your profile.
- Remove members you're not interested in from your search results in order to make room for other possibilities.
- Attend Match Events to meet other Match members face-to-face."

[66] *See Guidelines for Posting a Photo* available at https://www.match.com/dnws/help/faq (last viewed on July 2, 2021).

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

26 photos total (including your Primary photo). If you already have 26 photos and you want to upload a new one, you'll need to remove one of your old photos first.

We have to reserve the right to crop or reject photos as needed to keep a clean, attractive, and appropriate atmosphere on the site. Once your photos are approved, they will appear on the site.

<div align="center">***</div>

Guidelines for Primary photos:

- Your Primary photo must include a good, unobstructed view of your face that's big enough for potential matches to see you clearly.
- There shouldn't be any other people in the photo.
- If a photo was taken from further away and shows more of your body, we'll make a thumbnail that just shows your face. Don't worry, the full-size photo is still available on your profile page.
- Even if a photo has a clear view of your face, it might still be too small to use as a Primary photo.
- Also keep in mind the following:
- You must appear in the Primary photo.
- Potentially offensive photos will not be posted.
- Image files must be received in an approved format (eg, jpg, bmp, gif) and should be larger than 100kB and less than 5MB. (Please note, we convert all images to jpg to be viewed by all browsers.)

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

109.   Match.com reviews and approves each photograph uploaded to the user's profile.[67]

110.   Photographs containing "red eye", or blurred images are rejected.   Additionally, Match.com will crop photographs "to keep a clean, attractive, and appropriate atmosphere on the site."[68]

111.   Match.com provides various "tips" for primary photographs:[69]

**Tips for Photos**
Whether you're a new member or simply want a fresh look, adding new photos can really help improve your experience on the site.

**Your Primary Photo**
- DO use a good headshot or a shot of your head and shoulders.
- DO smile!
- DO use a recent photo.
- DO make it a photo of just you.
- DON'T wear sunglasses or a hat.

112.   Match.com also provides sample pictures for members to view as a template:[70]

**Examples**
Here are some examples of great Primary photos:

---

[67] https://www.match.com/help/aboutus.aspx?lid=4 ("**How It Works**. At Match.com, we give singles the opportunity to express themselves through various free writing sections. Profiles may include up to 26 photos, as well as selected preferences regarding the person they're searching for. With the click of a mouse, members can instantly see photos and read about potential matches in their area. Match.com also understands the importance of privacy and integrity. All communication between members on Match.com happens through an "anonymous" email network. The names and contact information of all our members are kept confidential until the member personally decides to share the information with a potential match. And to help ensure the integrity of our community, every profile and photo is screened by our Customer Care team for appropriateness before it's posted to the site.")

[68] *See Guidelines for Posting a Photo* available at https://www.match.com/dnws/help/#holder  (last viewed on July 2, 2021).

[69] https://www.match.com/dnws/help/faq

[70] https://www.match.com/dnws/help/faq

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



113.    When performing searches, users can search and sort through members by selecting several options to narrow their search or by selecting a Match.com search algorithm.[71]

**B.    OkCupid**

114.    OkCupid was launched in 2004 with a focus on a Q&A approach to the dating category.[72] To join OkCupid, users are prompted to provide their name, gender, date of birth, location, the type of connections they are looking for, as well as the gender of their dating preference. Before continuing, users *must* upload at least one picture.

115.    OkCupid provides "photo rules" for users to follow emphasizing the importance of uploading photographs that clearly show the user's face.  *See* <u>Figures 3-5</u>.

---

[71] *See, e.g.,* <u>https://www.match.com/help/faq/8/164/#holder</u> ("Mutual Match is one of the best ways we have of pairing you up with other members we think you might be interested in.  This feature sifts through our impressive database of members (we are the largest dating site out there) to identify those who not only match your criteria, but whose criteria also look an awful lot like you!").

[72] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 10:28 AM   2022CH10435







| *Fig. 3* | *Fig. 4* | *Fig. 5* |

## C.    Hinge

116.     Hinge was launched in 2012 as a mobile-only experience[73] designed to connect members with friends of friends.  The Hinge community, as initially launched, required users to create a Hinge account by syncing their Facebook account to the app, which would collect and import the user's contact and friend lists, basic profile information, photographs, and geolocation to generate potential matches.

117.     In 2018, Hinge expanded its user base by allowing individuals to create an account through association with a mobile phone number rather than requiring users to have a Facebook account and sync the applicable Facebook data.

118.     To create an account, Hinge requires users to input basic and personal information including, their name, email address, date of birth, location, gender, dating preferences, height, ethnicity, family plans, job title, religious and political beliefs, and drinking and smoking preferences.   Users are then required to upload six self-images to "make [their] profile stand out

---

[73] *Id.*

39

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

even more" and provides users with "Photo Guide Tips" encouraging users to upload a variety of photographs with a clear view of their face.[74] *See* <u>Figures 6-8.</u>



*Fig. 6*



*Fig. 7*



*Fig. 8*

**D.    <u>POF</u>**

119.    POF was launched in 2003.  "Among its distinguishing features is the ability to both search profiles and receive algorithmic matches.  POF has grown in popularity over the years and relies on a freemium model.  POF has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.  In 2020, POF launched *Live!*™, a one-to-many live streaming video feature that allows users to engage with other users at POF in a new and different format from traditional dating profiles."[75]

---

[74] *Hinge Won't Let Me Update Pictures Or Connect To Instagram,* https://datingappworld.com/hinge-wont-let-me-update-pictures-or-connect-to-instagram/

[75]    Match Group's Form 10-K, For the Fiscal Year Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

120.    To join POF, users must create a username, enter an email, date of birth, gender, ethnicity, occupation, education, and income, as well as select the gender of their dating preference, what type of relationship they are looking for, their dating intent, and whether they will date smokers, people with kids, and people with a larger BMI, among other questions. POF also requests certain physical characteristics, including eye color, hair color, height, and body type.[76]

121.    To continue the sign-up process, users are required to enter a phone number to verify their account and upload at least one picture. *See* Figures 9-11.



*Fig. 9*



*Fig. 10*



*Fig. 11*

---

[76] Users are then required to answer a series of prompts, including their goals, hobbies, or favorite memory, their favorite topic of conversation, and interests.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

122.    POF posts several guidelines for posting photographs, strongly encouraging users to upload up to 8 photographs to make the user's profile stand out, and requiring primary photos meet certain criteria such as including an unobstructed view of the user's face:



*Fig. 12*[77]

### E.    **OurTime**

123.    OurTime is the largest community of singles over 50[78] available via website and mobile app.    To join OurTime, users must provide their name, location, date of birth, email address, and upload at least one photograph (while prompting users to upload at least three).    *See* Figure 12 and Figure 13.

---

[77] https://blog.pof.com/2017/11/7-tips-creating-stand-dating-profile-picture/
[78] Match Group, Inc. Form 10K For the Fiscal Year Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



*Fig. 13.*



*Fig. 14.*

124.    OurTime provides guidelines for making a photograph a primary photo. The guidelines explain that all photographs must be submitted for review and approval and that OurTime reserves the right to crop or reject submitted images.

43

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



**OurTime**

**PHOTO GUIDELINES: TIPS AND REJECTION REASONS**

Having great photos is an important part of helping you get noticed. Our research even shows that profiles with photos get 10 times more messages!
Part of maintaining a safe online dating environment means that all photos must meet our guidelines, and all photos are reviewed before they are posted – a process that may take a few hours. While we encourage you to post lots of pictures to help in your search for that special someone, we reserve the right to crop or even reject them.
Once approved, your photos will be visible to others on the site. If we can't approve an image, we'll notify you at your registered email address.

**A few basic rules:**

- **Your Primary Photo:** Has to be of you, and we insist that you be fully clothed. If more than one person is in the photo, you'll need to indicate which one you are. If a photo is of a pet, location, activity, etc. and isn't suited to be your main photo – we'll add it to your album.
- **Size:** Your picture must be smaller than **5 MB**, and at least **1200 x 1200 pixels.**
- **Format:** We accept the following digital file types: **JPG, PNG, TIF, BMP,** and **GIF.**

*Fig. 15*[79]

125.    According to OurTime's "7 Highly Effective Habits of Successful Online Dates" the most effective habit is "refreshing photos" as often as possible.[80] OurTime further encourages users to upload new photos after events, holidays, family visits, and other activities.[81]

### F.    **BLK and Chispa**

126.    In addition to the brands above, the Match Group portfolio includes dating apps, BLK and Chispa, both of which were modeled after Tinder and utilize Tinder's Swipe feature.[82]

127.    BLK was launched in 2017, to create an exclusive community for Black men and Black women. Members sign up for BLK, either by mobile number or through Facebook. If users sign up by mobile number, they need to provide their name, gender, dating preference, and birthday before they are required to upload a photo and provide their location. Users cannot access the app without providing this information. If using Facebook, the user must give consent for BLK to access basic information. If permitted, the user's profile photo, name, and birthday are

---

[79]  https://www.ourtime.com/v3/help/article/19

[80] https://www.ourtime.com/v3/articles?article=33&title=7-Highly-Effective-Habits-of-Successful-Online-Daters ("1. Refresh, Refresh, Refresh.    *Refresh your profile and photos. Keeping current is important. It says that you're active and serious about showing people who you are and what you have to offer. Did your family recently visit you during the holidays? Post the photos of you by the Christmas tree or Menorah, with your children or grandchildren. Leading a full life is attractive.*") (emphasis added).

[81] https://www.ourtime.com/v3/articles?article=33&title=7-Highly-Effective-Habits-of-Successful-Online-Daters

[82] Match Group's Form 10-K, For the Fiscal Year Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

automatically synced and appear on the user's public profile. Users' profiles consist 90% of photos and 10% of text information. Overall, users can upload up to six photos. Figure 15 illustrates the design of BLK.



*Fig. 16*[83]

128.    Users have two options to sign up for Chispa, either by mobile number or through Facebook. If users sign up by mobile number, Chispa asks users for their name, gender, date of birth, and national origin, before prompting users to upload a photo and provide location tracking before they can continue the account set-up process. If using Facebook, the user must give consent to Chispa and the Facebook app to access basic information. If permitted, the user's profile photo, name, and birthday are automatically synced and appear on the user's public profile. Users' profiles consist 90% of photos and 10% of text information. Overall, users can upload up to six photos. Figure 16 illustrates the design of Chispa.

---

[83] https://play.google.com/store/apps/details?id=com.affinityapps.blk&hl=en_US&gl=US

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

    

*Fig. 17*[84]

129.     The photo prompts of BLK, and Chispa are depicted in <u>Figure 18</u> and <u>Figure 19.</u>

  

*Fig. 18*                              *Fig. 19*

**G.     <u>Tinder</u>**

130.     Tinder requires users to enter their age, gender, sexual orientation, gender preferences, and passions to create an account. After providing this information, users are required

---

[84] https://play.google.com/store/apps/details?id=com.affinityapps.chispa

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

to upload at least two photos and provide location data to access the app. Tinder's photograph prompt is depicted in <u>Figure 20.</u>



*Fig. 20*

131.     In 2021, Tinder announced the public release of its new "ID Verification" which launched on August 16, 2021.[85]   Although Tinder issued its public statement in 2021, upon information and belief, Tinder was already using ID verification.

132.     Upon information and belief, Tinder marketed this feature to Tinder users as a "vectorization" process that allowed users to verify their identity.  Tinder did not notify users that vectorization is a feature-based representative model that scans facial geometry analyzes skin tone, pigment, and texture, and facial shape to identify and recognize individuals.[86]   In other words, upon information and belief, Tinder failed to inform users that vectorization is a type of facial

---

[85]https://www.tinderpressroom.com/2021-08-16-Tinder-Commits-to-ID-Verification-for-Members-Globally,-a-First-in-the-Dating-Category

[86] *See, e.g.,* David Beymer, *Vectorizing Face Images by Interleaving Share and Texture Computation* MIT ARTIFICIAL INTELLIGENCE LABORATORY (1995), available at:
https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.18.4910&rep=rep1&type=pdf

recognition technique and receive users' consent to apply facial recognition technology to their photographs.

133.    Presently, Tinder describes its "ID Verification" process as a part of its Photo Verification program that allows users to self-authenticate through a series of selfies, which are compared to existing profile pictures using facial recognition software.  Tinder's description and instructions for Photo Verification are depicted in Figure 21.



*Fig. 21*

134.    Photo Verification is not required to join or use Tinder's services.  Moreover, users are not provided notice of this feature upon account creation or during regular use.  However, for users who are aware of ID Verification, they can click the grey checkmark next to their name to

48

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

start the verification process.  Before submitting photos for verification, Tinder provides users with two notices: (1) Get Verified; and (2) How it Works, as depicted in <u>Figure 22</u> and <u>Figure 23</u> below.



*Fig. 22*



*Fig. 23*

135.    Visibly missing from Tinder's privacy policy is any mention of ID or Photo Verification, use of facial recognition technology, collection of facial geometry, face scans, biometric identifiers, or biometric data, or how and where Tinder stores user's biometric data. Nevertheless, even if there was a disclosure in the privacy policy about Photo Verification, the privacy policy would still be deficient and misleading because Tinder uses facial recognition technology to collect biometric data regardless of whether a user uses Photo Verification.

136.    Notably, on January 17, 2022, Tinder updated its privacy policy for the first time admitting that Tinder is and has collected biometric data of its users within the past year.[87] However, Tinder does not make this admission in the main text of its privacy policy, but instead, admits its collection of biometric information ***only*** in its notice to California users.[88] Illinois

---

[87] https://policies.tinder.com/privacy/intl/en/

[88] https://policies.tinder.com/ccpa-addendum/us/en/

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

residents, and more importantly, Plaintiff was never made aware of this collection of biometric information.  Moreover, an Illinois resident is not expected to review Tinder's "California Privacy Statement" to "learn about California privacy rights," which are listed in a separate link and on a separate page.

137.    As described above, all of Defendants' Dating Sites require (or at least prompt) users to upload photographs and advise users to upload more than one photo to improve their chances of meeting a potential match.  Moreover, all Match Group Dating Sites offer advice on the types of images to upload and recommend users to upload unobstructed, clear photos that are big enough for potential matches to see clearly (and for their algorithms to analyze and use for collecting biometric information).[89]

138.    Once a user completes the account registration process, answers the required prompts, and provides photographs, Defendants stores the information and data on its servers and makes it visible to other Dating Site members.

## V.    Defendants' Various Uses of Biometric Data

139.    Defendants use facial processing technology to detect, analyze, and recognize faces and voice recognition technology to detect, analyze, and recognize voices.  Upon information and belief, Plaintiff alleges that Match Group uses biometric data in the following ways:

a)    Match Group uses facial processing technology to prevent "bad actors" from getting back on its sites after being removed.  To accomplish this, it uses its facial processing technology on every photo a user uploads, generates a face

---

[89] *See, e.g., Guidelines for Posting a Photo*, https://www.match.com/help/faq/7/135/#holder; *7 Tips for Creating a Stand Out Dating Profile Picture* (Nov. 2, 2017), https://blog.pof.com/2017/11/7-tips-creating-stand-dating-profile-picture/; *How to choose great photos*, https://help.okcupid.com/article/57-how-to-choose-great-photos; *Creating a Great Dating Profile on OurTime.com*, https://www.ourtime.com/v3/articles?article=18&title=Creating-a-Great-Dating-Profile;  and https://www.chispa-app.com/en/frequently-asked-questions.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

scan, and then saves that face scan to its face scan database. Once a user is identified as a bad actor, he or she is removed from the dating site and his or her biometric data (face scan) is identified as being that of a bad actor. Upon signing up, a face scan of every new user is generated and compared against the bad actors' face scans to deny bad actors re-entry.

b) Match Group uses facial processing technology to verify a user. User verification can be done through a user taking a selfie in real-time. To verify a user, Match Group generates and collects a user's biometric data in the form of a face geometry and compares it against the photos already on file.

c) Match Group uses facial processing technology to create user-specific Avatars that can be used in its chats and live features.

d) Match Group uses facial processing technology to provide users with potential matches that fit their preference, e.g., certain shades of faces (skin tone).

e) Match Group employees can confirm whether any person is a user on its site simply by uploading a photograph and processing it through the site's backend.

f) Match Group uses voice recognition technology in its video chat features and voice notes.

**VI.  Defendants' Issued Patents Unequivocally Evidence Biometric Data Collection and Storage Practices That Violate BIPA**

140.  Defendants' use of facial recognition technology is irrefutable. Defendants' patents confirm the company's use of facial recognition technology and collection of biometric data. For over a decade, Defendants researched, developed, and implemented various proprietary facial

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

recognition techniques and mechanisms[90] to collect, share, and retain sensitive biometric data of all users without their knowledge or consent.

141.    Specifically, in October 2013, Yahoo! Inc. assigned six patents and five patent applications, including the "Face Search in Personals"[911] application, to Defendants.  All assigned patents  relate explicitly to online dating services and improves matches through the "face search" process by leveraging the data generated by members on the platform to create matches with the user's preferred physical characteristics.[92]   The "face search" technique sets forth the logical flow for reducing and extracting biometric data from user photographs utilizing the mathematical tool, principal component analysis ("PCA"), and conducting a personal profile search for specific facial features using the Eigenfaces facial recognition method,[93] one of the earliest facial recognition

---

[90] *See, e.g.,* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013).

[91] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Kin Man Lo, the Inventor, filed the patent application for "Face Search in Personals" on May 28, 2008, and immediately assigned all interest to Yahoo! Inc. Between 2008 and 2017, the United States Patent Office ("USPTO") rejected the application on 9 separate occasions. After nearly 10 years and thousands of dollars in filing fees, the USPTO approved and issued the patent on September 5, 2017. On September 8, 2020, Match Group paid $1,600 in patent maintenance fees extending its active status through September 30, 2021.  *See* USPTO Maintenance Fee Details and Maintenance Fee Statement for "FACE SEARCH IN PERSONALS" Patent# 9753948, Application# 12127577, Attorney Docket# 076533-0354 (Sept. 8, 2017)
https://fees.uspto.gov/MaintenanceFees/fees/details?patentNumber=9753948&applicationNumber=12127577&cares ActSelected= (confirming the active status of Patent No.: US 9,753, 948 B2: Face Search in Personals (Sept. 5, 2017) "Approved for use through 9/30/2021" and verifying Match Group's maintenance fee payment of $1,600 on September 8, 2017.) (last viewed Apr. 12, 2022); Patent No. US 9,753,948 BS: Face Search in Personals (Sept. 5, 2017) is currently used by Match Group and applies to all Match Group Dating Sites. *Id.*

[1] *Id.*

[92] *Id.*

[93] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("The present invention relates generally to enabling a personal search based on an image of a person in the context of on-line dating. More particularly, the invention integrates the ability to search personal profiles based on attributes or characteristics in conjunction with characteristics that are provided through a photograph or image … Eigenfaces have advantages over other techniques available, such as the systems speed and efficiency. Using eigen-10 faces is very fast, and able to functionally operate on lots of faces in very little time."); *see also*., Amendments to the Claims in Patent Application No.: 12/127,577, attached to the Request for Continued Examination or Response to Examiner's Action submitted on November 4, 2016:
"8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles

techniques developed in 1987,[94] and used by Matthew Turk and Alex Pentland in 1991.[95] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) is currently and actively used by Match Group and applies to all Match Group Dating Sites.

142. In November 2013, approximately one month after Match Group acquired multiple patents and patent applications from Yahoo!, Match Group filed an application with the United States Patent Office ("USPTO") to patent its matching services and third-party social network import feature.[96] This patent was subsequently approved by the USPTO and published on July 28, 2015. Notably, the drawings associated with Patent No. US 9,094,396 B2 contain images of both OkCupid's and Match.com's mobile app,[97] signify Match Group's control over OkCupid's technology and establish similarities between the two sites. Figure 24 and Figure 25 depict two images of a Match.com profile taken from FIG. 2A and FIG. 2B of Patent No. US 9,094,396 B2, and an OkCupid profile taken from FIG. 3 of the same patent.

---

includes an image having a corresponding reduced image data set comprising a face space, wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match."

[94] Michael Kirby; Larry Sirovich, *Application of the Karhunen-Loeve Procedure for the Characterization of Human Faces*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE 12 (1): 103–108 (1990).

[95] Matthew Turk and Alex P. Pentland, *Face Recognition Using Eigenfaces*, VISION AND MODELING GROUP, THE MEDIA LABORATORY MASSACHUSETTS INSTITUTE OF TECHNOLOGY (1991) available at: https://sites.cs.ucsb.edu/~mturk/Papers/mturk-CVPR91.pdf.

[96] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (Jul. 28, 2015).

[97] *See, e.g.*, *id.* at Figure 2D (displaying a Match.com drawing) and Figure 3 (displaying a drawing of OkCupid's login page).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



*Fig. 24*[98]

143.    Defendants' patents confirm that its Dating Sites have used the same facial recognition algorithm and processes for years.  For instance, Defendants' proprietary matching algorithm "Matching Process System and Method" has been amended and reissued by the USPTO on four separate occasions since its first issuance in 2013.[99]  This method, first developed by Todd M. Carrico, Kenneth B. Hoskins, and James C. Stone in 2007, and later patented on October 22, 2013, as Patent No. US 8,566,327 B2, confirms that Defendants' Dating Sites utilize the same matching system and take into consideration personal preferences.  Notably, on March 15, 2013,

---

[98] *Id.*

[99] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of application no. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); *see also* Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and application publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019) and prior publication: US 2018/029281 A1 (Oct. 11, 2018).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

prior to becoming part of the Match Group family, Tinder, Inc., filed an application to continue-in-part Patent No. US 8,566,327 B2 to include facial recognition.  Tinder's patent was later issued as Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. ***Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.***[100]

144.    Tinder subsequently filed an application continuing-in-part Patent No. US 9,733,811 BS in 2016, confirming the use of the same methodology and use of facial recognition technology.[101]

145.    In 2018, after acquiring Tinder, Match Group amended Tinder's facial recognition patents again, confirming that Tinder's facial recognition methodology is used in each Match Group Dating Sites.  Notably, this patent, in which Match Group is both the applicant and assignee, utilizes the same drawings of Tinder's profile to explain the patented technology and Defendants' algorithms.  <u>Figure 26</u> below shows Defendants' use of Tinder's profile to explain its technology, establishing control over Tinder's technology and use the same technology.

---

[100] Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on Dec. 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) (Inventor: Todd M. Carrico; Assignee: Match.com, LLC); Pub. No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016) ("Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*") (emphasis added).
[101] This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



146.    On July 21, 2020, Match Group filed an application with the World Intellectual Property Organization ("WIPO") entitled "System and Method for Recommending Users Based on Shared Digital Experiences,"[103] later approved by the WIPO on February 21, 2021, and published as International Publication Number: WO 2021/02588 A1[104] (hereinafter referred to as "International Patent").  Match Group's International Patent relates particularly to a system and method for recommending users based on shared digital experiences.  A recommendation for a potential match is accomplished through a tool that employs a machine-learning algorithm to

---

[102] Id.

[103] International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020).

[104] International Patent No.: W.O. 2021/025855 A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

generate ranked lists based on attributes, such as physical attributes and characteristics obtained from profiles, personality trait scores, and on additional attributes extracted through facial recognition technology and algorithms in the same or a similar manner as described in Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Match Group's primary facial recognition patent:

> As an example, in embodiments in which recommendation engine 160 employs a machine-learning algorithm trained to generate ranked lists of compatible users 110 based on attributes that include the users' personality trait scores, the machine-learning algorithm may operate on additional attributes obtained from profiles 135 in a manner similar to the systems described in, for example, **U.S. Patent No. 9,733,811, the entire disclosure of which, except for any definitions, disclaimers, disavowals, and inconsistencies, is incorporated herein by reference.**

147.    As previously discussed, Match Group employ its "matching process system and method"[105] and "face search in personals"[106] facial recognition methods to leverage the data generated by members on the platform and generate matches.[107] Moreover, like the International

---

[105] *See* Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), prior publication: US 2018/029281 Al (Oct. 11, 2018), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of Application No. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017);   Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent Application Publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019); International Patent No.: WO2021025855A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021); International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020); Patent No.: US 11,151,208 B2: System and Method for Recommending Users Based on Shared Experiences (Oct. 19, 2021); Patent Publication No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016); Prior Publication Data: US 2018/029281 Al (Oct. 11, 2018).
[106] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).
[107] *Id.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Patent, Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017)[108] conducts searches

based on personal characteristics:[109]

> As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face. The present invention permits a search of the pictures in the personal profiles to be included in the personals search. This allows a user to conduct a more exhaustive search.
>
> ***
>
> In one embodiment of the invention, a user may request a personal profile search that includes a search for a personal characteristic and a request to match a target image. ***A subset of reduced image data sets corresponding to personal profiles that contain the personal characteristic is retrieved and compared against the reduced image data set of the target image. The comparison is achieved by using distance calculation. When two points in the face space are close together, this is an indication that the two images look similar. The converse is also true. Where there is a large distance between two points in the face space, such images will not look similar***. The images that correspond to the personal profiles would then be sorted according to the distance from the target image in the face space. The personal profiles that are close enough can then be presented to the user.[110]

148.    Indeed, the alternative method described incorporates the "Face Search in

Personals" method, which, as confirmed by Defendants' counsel, unquestionably implicates the

---

[108] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017) ("face search" process leveraged the data generated by members on the platform to generate matches with the user's preferred physical characteristic)'. s*ee, e.g.,* 11/4/16 Amended Claim:

8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, the request including a personal characteristic and a target image, the target image depicting at least one desirable feature, and each of the plurality of different personal profiles includes an image having a corresponding reduced image data set comprising a face space, wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match;

[109] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.").

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

collection, use, and storage of Plaintiff's biometric data in the form of face scans. Moreover, like most facial recognition algorithms, the method described in the International Patent uses a machine-learning algorithm to learn how to recognize human faces, identify key facial landmarks such as eyes, nose, hair, ears, and eyebrows, and then use that data to extract and collect its users' facial geometry and related data.

149. Defendants' patents and investor relation documents confirm that Defendants place emphasis on the importance of considering physical characteristics and user preferences when developing new or improved matching techniques and algorithms. For instance, Patent Nos. US 9,158,821 B2, US 9,245,301 B2, and US 9,251,220 B2 explain:

> Using the web pages illustrated in FIGS. 2E-2G, system 10 collects a variety of information from an end user, including, but not limited to, basic information about the end user (FIG. 2E), as well as ***information about the type person the end user would be interested in dating, including information about a potential date's physical appearance*** (FIG. 2F) and background and values (FIG. 2G).[111]

150. Similarly, as depicted in <u>Figure 27</u> below, Match Group's letter to its shareholders discusses significant improvements with matching users after incorporating machine learning to identify user preferences based on their swiping history.

---

[111] *See, e.g.,* US 9,158,821 B2: System and method for optimizing interactions between users in a network environment (Oct. 13, 2015); US 9,245,301 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); Pub. No.: US 2016/0134713 Al: System and Method for Tracking and Illustrating User Activity in a Network Environment (May 12, 2016).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Fig. 27*

151.    Defendants' patents also confirm that all dating site data, including biometrics, is stored on the Defendants' database and visible to all Dating Site members regardless of the site.[112]

## VII.    The Match Group Dating Sites Operate and Function in Accordance with Match Group's Assigned Patents

### A.    Patent No.: US 9,753,948 B2

152.    In 2008, Yahoo! filed a provisional application (the "Yahoo! App") entitled "Face Search in Personals" with the USPTO disclosing two primary innovations: (1) enabling a personal search based on an image of a person in the context of online dating; and (2) integrating facial recognition technology to provide users with the ability to search personal profiles based on facial features, attributes, or characteristics provided through a photograph or image (hereinafter collectively referred to as the "Face Search in Personals").[113]    Yahoo!'s App was filed in connection with Yahoo! Personals, Yahoo!'s online dating site and major competitor of Match.com.[114]    While Yahoo!'s App discusses generally search methods for online dating, the

---

[112] International Patent No.: WO 2021/025855 A1:  System and method for recommending users based on shared digital experiences (Feb. 11, 2021).

[113] *See* Patent Application Publication No. US 2009/02999 61 AI: Face Search in Personals (Dec. 3, 2009), later granted as Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[114] *Id.*

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

primary focus of the proposed technology was to build upon and improve the "personal characteristic" search used by top online dating services Yahoo! Personals, Match.com, and AOL Personals.[115]   Match.com acquired AOL Personals in 2009 as part of its larger acquisition of People Media, the parent company of OurTime.[116]

153.    Subsequently, in May 2010, Match.com partnered with Yahoo! to merge Yahoo! Personals into a new co-branded site called "Match.com on Yahoo!"[117] According to Match.com, the new site, "Match.com on Yahoo!," offered "compelling features including mobile access, daily personalized matches and robust search tools" [that] fully replace the existing Yahoo! Personals experience at the end of the transition period."[118]   As a result of this partnership, Match.com became the exclusive online dating site on Yahoo!.[119]

---

[115] *Id.* (identifying Yahoo! Personals, Match.com, and AOL Personals as online dating services that allow users to provide a personal profile of themselves that contains a collection of personal information and characteristics.).

[116] *People Media Launches Six New Niche Online Dating Communities For AOL Personals, Enhances All Existing Specialty Sites With New Matching and Community Features* (Jun. 25, 2009), https://www.prweb.com/releases/2009/06/prweb2577154.htm

[117] https://www.datingnews.com/apps-and-sites/history-of-match/;

*see also*, https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("The long-term arrangement provides that Match.com will be the exclusive online dating provider and display advertiser on Yahoo!. Match.com will receive media placements on the site, as well as occupy the position served by the personals navigational link on the Yahoo! homepage."); https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; https://www.datingnews.com/apps-and-sites/history-of-match/

[118]    https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html

[119]*Id.*; *see also*, *IAC's Match.com Partners With Yahoo! to be the Exclusive Online Dating Service on Yahoo!* (May 24, 2010), https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; Match.com Partners With Yahoo! (May 24, 2010), https://www.onlinepersonalswatch.com/news/2010/05/matchcom-partners-with-yahoo.html; Leena Rao, *Yahoo Finds A New Love In Match.com, Dumps Personals, TechCrunch* (May 24, 2010), https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("Yahoo's current online dating site, Personals, will be folded into a new co-branded site called 'Match.com on Yahoo.' Match already powers Yahoo Personals in a number of European markets…Match.com on Yahoo will offer users mobile access, daily personalized matches and more advanced search tools. Match was rumored to be interested in acquiring Yahoo Personals, but this partnership makes sense considering Yahoo can retain part of the brand. And perhaps gain advertising dollars.").

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

154.    As depicted in <u>Figure 14</u> and <u>Figure 15</u>, the websites for Yahoo! Personals and Match.com are nearly identical.   Moreover, the sign-up process for Yahoo! Personals and Match.com contain a similar advertisement and identical sign-up process.



*Fig. 28[120]*



*Fig. 29[121]*

155.    After the launch of "Match.com on Yahoo!" in 2010, Yahoo! and Match.com merged their landing pages to include both company names while keeping the overall appearance and sign-up process the same.  <u>Figure 30</u> and <u>Figure 31</u> are example advertisements for Match.com on Yahoo!.

**Match.com on Yahoo!**

**Match.com on Yahoo!**



*Fig. 30[122]*

*Fig. 31[123]*

---

[120] *Match to Buy Yahoo Personals* (Mar. 3, 2009), https://lovesites.com/2009/03/03/match-to-buy-yahoo-personals/
[121] *Id.*
[122] https://www.c reepshield.com/yahoo-personals/
[123] Tiffany J. Sutton, *#1. YahooPersonals – Yahoo Personals Dating Service* (Aug. 31, 2019), https://searching-hearts.com/yahoopersonals.html

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

156.    Through the acquisition of Yahoo! Personals and AOL Personals, Match.com continued to flourish as one of the largest online dating platforms in the United States and worldwide.  Eventually, Match.com expanded to platforms beyond Yahoo! and merged Yahoo! Personals into Match.com.  Nonetheless, as shown in <u>Figures 32-39</u> below, Match.com continued to operate as an extension of Yahoo! Personals with nearly identical sign-up processes, account features and subscriptions, and services.

**Yahoo! Personals Sign Up**



*Fig. 32*

**Match.com Sign Up**



*Fig. 33*

**Yahoo! Personals Account**



*Fig. 34*

**Match.com Account**



*Fig. 35*

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

### Yahoo! Personals Subscriptions



*Fig. 36*

### Match.com Subscriptions



*Fig. 37*

### Yahoo! Personals Dating Tips



*Fig. 38*

### Match.com Dating Tips



*Fig. 39*

64

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

157.    As discussed in Section H, Yahoo!'s App was assigned to Match.com in 2013 and later issued as Patent No.: US 9,753,948 B2 ("Yahoo! Patent").[124]   During this timeframe, Match.com and the other Dating Sites utilized Yahoo!'s "Face Search in Personals" method continuing to explore and improve its use of facial recognition technology internally and through outside partnerships.  For example, the Yahoo! Patent provides a method for searching personal profiles for similar physical features to an ex-boyfriend or ex-girlfriend:

> [I]f a person is searching the personal profiles for a male between the ages of 30 and 40 that has similar facial features to an ex-boyfriend, then the personal characteristics would be 'male' with an age 'between 30 and 40.' The reduced image data sets that would be retrieved from the personal profiles would only come from those personal profiles meeting those two personal characteristics. The above steps can be performed in any order. As just one example, the search for personal profiles can be conducted before calculating the reduced image data set for the target image. A comparison is then performed between the reduced image data set F of the target image and the subset of reduced image data sets B that have the personal characteristic defined in the personal profile search. The goal is to find the distance between reduced image data sets within the face space of all the faces.[125]

Notably, in 2014, Match.com partnered with Los Angeles-based matchmaking service Three Day Rule to offer members the opportunity to find dates that "look[ed] like their ex."[126]

158.    The Yahoo! patent also describes various embodiments in which users could select a "target image" that has features that a user finds desirable or limit their search to a specific feature

---

[124] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[125] *Id.*

[126] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST, June 18, 2014, available at: https://www.washingtonpost.com/news/the-intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ (last visited on July 6, 2021) ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches"); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES, June 12, 2014 available at: https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ (last visited on July 6, 2021) ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.").

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

the user finds attractive.[127]   Match.com, OkCupid, OurTime, and POF offer users the ability to limit their search to specific physical characteristics.  Additionally, patents issued to Defendants discuss various embodiments and methods permitting users to limit searches to physical features that a user finds attractive.[128]   Based on the aforementioned and Defendants' issued patents, at least some, if not all, Dating Sites utilize the "Face Search in Personals" facial recognition technique.

**B.**   **Patent No.: US 9,733,811 B2**

159.   From its earliest days, the premise of Tinder has been fundamentally the same and consistent with numerous patents assigned to Defendants.  Tinder users are shown other users as potential matches based on certain parameters, including age range and geographic location. The user is shown a card with a photo of a potential match nearby.  The user is then given a choice to indicate interest by swiping right or lack thereof by swiping the card to the left."[129] If two users swipe right on each other, a match has been made, and the users are permitted to communicate with one another through the Tinder app.[130]

160.   Match Group was awarded utility patent, U.S. Patent No. 9,733,811 (hereinafter "Patent 811"), entitled "Matching Process System and Method," in connection with the function and innovations embodied in Tinder.  As depicted in Patent 811, Tinder users "swipe" left and right on cards containing user photos to indicate whether the user is interested in the person shown. Swiping left indicates a user is not interested in the person shown, while swiping right indicates

---

[127] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[128] *See, e.g.,* Patent No.: US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment.

[129] *See, e.g.,* Tinder-style Cards with NativeScript - Love At First Swipe, available at: https://nativescript.org/blog/tinder-style-cards-with-nativescript---love-at-first-swipe/.

[130] *See* Match Group, LLC's Original Complaint filed on March 16, 2018, in the matter of *Match Group, LLC v. Bumble Trading, Inc.*, Docket No.: 6:2018-cv-00080, filed in the United States District Court for the Western District of Texas Waco Division.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

that the user is interested in the person. *See* <u>Figure 26</u> and <u>Figure 27</u> below evidencing Tinder's "swipe" functionality.

<div align="center">

**<u>Tinder App "Swipe Right"</u>**     **<u>U.S. Patent No. 9,733,811</u>**



Fig. 40[131]     Fig. 41[132]

</div>

161.    As depicted in <u>Figure 42</u> below, Match.com, OkCupid, BLK, Chispa, OurTime, and POF use the same "swipe" feature as Tinder and as described in Patent 811.

<div align="center">

**<u>Match.com</u>**      **<u>OkCupid</u>**      **<u>BLK</u>**      **<u>Chispa</u>**

      

</div>

---

[131] *https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest* at p. 10.

[132] Patent No.: D798,314: Display screen or portion thereof with a graphical user interface of a mobile device (Sept. 26, 2017).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**OurTime**   **POF**   **Tinder**

  

*Fig. 42*

162.    As described in Patent 811 and displayed in <u>Figure 43</u> and <u>Figure 44</u> below, users cannot communicate over Tinder unless both indicate interest in one another by swiping right to create a "match."[133]

**Tinder –Mutual Interest**[134]   **U.S. Patent No. 9,733,811**

 

*Fig. 43*   *Fig. 44*

---

[133] *https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest*
[134] *Id.*

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

163.    Similarly, as depicted in <u>Figure 45</u> below, Match.com, OkCupid, Hinge, OurTime, Tinder, BLK, and Chispa cannot communicate unless both indicate interest in one another by swiping right to create a "match."    Match.com, BLK, Chispa, and Tinder have nearly identical "match" screens displaying Match Group's trademark phase "It's a Match!"

**Match.com**    **Hinge**    **OurTime**    **Tinder**

   

**BLK**    **Chispa**    **OkCupid**

  

*Fig. 45*

69

164.     As described in Patent 811, Tinder contains a "match queen" screen where users can find new matches and ongoing conversations with other matches.  As previously mentioned, a match is generated when both individuals swipe right on each other's profile, thereby indicating that they are interested in said individual.  The process of matching focuses on analyzing and using the photos of Tinder users.   As depicted in <u>Figure 46</u>, Tinder's "match queen" screen is identical to Patent 811 FIG 12C and FIG 12D, which are displayed below.  Additionally, as displayed in <u>Figure 47</u>, OkCupid contains a nearly identical screen.

| **Tinder** | **Patent 811 (FIG 12C)**[136] | **Patent 811 (FIG 12D)**[137] |
|:---:|:---:|:---:|
|  |  |  |
| *Fig. 46*[135] | | |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

---

[135] *Id.* at p. 12.
[136] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.
[137] *Id.* at FIG. 12D.

**OkCupid**     **Patent 811 (FIG 12C)**[138]     **Patent 811 (FIG 12D)**[139]

  

*Fig. 47*[140]

165.     As alleged above, there can be no dispute that the Dating Sites function and operate in accordance with Defendants' issued patents.  Moreover, Defendants emphasize the value and importance of its innovative technology including the claims described in Patent 811 throughout its long-winded patent infringement lawsuit with Bumble.  Specifically, Defendants described Patent 811 as follows:

> The inventions claim a specific computer method, system, and computer-readable medium of matchmaking where parties are not permitted to communicate until a match is made, user profiles are specifically "online-dating profiles" and those profiles must be "associated with a social networking platform," a type of platform that is itself computer specific. The claims further describe various actions of a graphical user interface that provide certain information at certain times in response to certain types of inputs.  This is not conventional post-solution activity in order to monopolize an abstract idea of matchmaking or even mutual opt-in matchmaking. Instead, these limitations recite a particularly advantageous computer embodiment of a matchmaking process that also solves computer-specific problems related to the ease of making fake accounts and profiles, the inconvenience of filling out profiles, and the problem of certain online dating users being inundated with messages.[141]

166.     It is indisputable that the Dating Sites function exactly as described in Patent 811.

[138] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.

[139] *Id.* at FIG. 12D.

[140] *10 Dating Apps To Lookout For In 2015*!, https://startupdope.com/10-dating-apps-lookout-2015/

[141] https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest at p. 30.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## VIII.   Defendants' Use of Facial Recognition Technology and Collection of Biometric Data

167.   Not only does Match Group apply facial recognition across its platform to all Dating Sites, the individual sites and apps also have a long history of collecting user's biometric information:

### A.   Match.com and OurTime

168.   In 2014, Match.com broadened its use of facial recognition technology by partnering with Los Angeles-based matchmaking service Three Day Rule.  Match.com offered members the opportunity to upgrade their monthly subscription to Three Day Rule's premium service, which used facial recognition technology to help users find dates that "look[ed] like their ex."[142]  Match.com members submitted photographs of their ex-girlfriends, boyfriends, partners and/or spouses that were scanned with facial recognition technology to pair users with Match.com members with a similar physical appearance and facial structure.[143]  Moreover, patents previously assigned to Match.com and now assigned to Defendants discuss and reference Match.com's use of facial recognition technology.[144]

---

[142] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST (Jun. 18, 2014), https://www.washingtonpost.com/news/the-intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches") (last visited Aug, 16, 2021); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES (Jun. 12, 2014), https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.") (last visited Aug. 17, 2021).

[143] Anita Hamilton, *For Just $5,000, Match.com Will Find You a Date Who Looks Just Like Your Ex,* TIME (Jun. 19, 2014), https://time.com/2900033/online-dating-facial-recognition-match-three-day-rule/ ("If you like one facial structure, you will probably like someone with a similar facial structure") (last visited July 6, 2021).

[144] *See* USPTO Patent Assignment 044621/0996, executed on Sept. 12, 2017, and recorded on Dec. 1, 2017, https://assignment.uspto.gov/patent/index.html#/patent/search/resultAssignment?searchInput=%22match%20group%22&id=44621-996 (Match.com, LLC's conveyance of the following patents to Match Group: (1) Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017; Patent Publication No.: US 2014/0074824 A1: Matching Process System and Method (Mar. 13, 2014); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); and Patent Publication No.: US 2016/0154569 A1:  Matching Process System and Method (Jun. 2, 2016)).

169.     OurTime operates and functions the same way as Match.com, purportedly using the same algorithms, software, and facial recognition technology.  In 2019, OurTime merged with SeniorPeopleMeet, with OurTime as the surviving entity and consolidated its user database, transferring all data, including user photographs, to Match Group; thus, adding to Match Group's already immense facescan database.[145]

## B.     OkCupid

170.     Beginning in 2014, OkCupid permitted Clarifai, an artificial intelligence start-up, to harvest OkCupid user's biometric identifiers, which Clarifai then used to build Clarifai's face database.  Clarifai continued to collect and obtain OkCupid user's biometric information through at least 2019.[146]  On July 13, 2019, Matt Zeiler, the founder and CEO of Clarifai, an A.I. start-up, admitted during an interview with The New York Times that his company had built a massive "face database" of OkCupid user profile pictures obtained from OkCupid's database.  "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected faces."[147]

---

[145] *OurTime.com, the Nation's Largest 50+ Dating Site, Reveals that Dating Never Gets Old*, https://match.mediaroom.com/2013-05-29-OurTime-com-the-Nations-Largest-50-Dating-Site-Reveals-that-Dating-Never-Gets-Old ("The flagship site, OurTime.com, was created by combining the membership of People Media's SeniorPeopleMeet.com and SeniorsMeet.com."); *SeniorPeopleMeet Has Been Merged with OurTim*e, DATINGSITEREVIEWS (Jul. 22, 2019),  https://www.datingsitereviews.com/article.php?story=seniorpeoplemeet-is-now-ourtime.

[146] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, NEW YORK TIMES (Jul. 13, 2019),     available     at:     https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (On July 13, 2019, Matt Zeiler, founder and CEO of Clarifai, admitted during an interview with The New York Times, that "his company had built a face database with images from OkCupid" beginning in 2014" and that "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected face."). (last viewed Apr. 12, 2022).

[147] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, New York times (July 13, 2019),     available     at:     https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (last accessed on July 7, 2021).

73

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

171.    According to Zeiler, Clarifai gained access to users' profile photographs through one of its investors, a Chicago-based venture capital group launched by OkCupid's founders.[148] According to an OkCupid spokeswoman, Clarifai contacted the company in 2014 to inquire about collaborating on artificial intelligence and facial recognition technology.

172.    Clarifai created the database which included both the photograph and underlying biometric data to develop and train the algorithms used in its facial recognition technology.  To that end, Clarifai created thousands of unique face templates by scanning the biometric information in each photograph contained in the database and extracting the unique geometry of each face detected therein.  To make matters worse, Zeiler has publicly stated that Clarifai would sell its facial recognition technology to foreign governments.[149]

173.    In direct violation of BIPA, OkCupid never disclosed Clarifai's access or harvesting of OkCupid users' biometric data, use of facial recognition technology or storage of users' biometric data on Defendants' shared servers and platforms. OkCupid also violated its statutory obligation to inform those individuals about the purpose and length of the term for which their biometric identifiers would be collected, stored, and used.[150]

---

[148] *Id.* ("Matt Zeiler, founder and chief executive of Clarifai, the A.I. start-up, said his company had built a face database with images from OkCupid, a dating site. He said Clarifai had access to OkCupid's photos because some of the dating site's founders invested in his company.")

[149] https://int.nyt.com/data/documenthelper/639-clarifai-letter/3cd943d873d78c7cdcdc/optimized/full.pdf#page=1 (open letter); https://www.nytimes.com/2019/03/01/business/ethics-artificial-intelligence.html ("[T]he last questions we have relate our philosophy on data collection. Because the way we treat consumer data is an important part of our ethical framework. It demonstrates how far we are willing to go in the interest of profit, at the expense of privacy and consent. And just this month, we've been asked to download data from cameras whose owners haven't given consent at all (Insecam), and a few other sources that may walk a legal line but are sketchy at best. There are even rumors going around that the photos in the dataset used to build the general model were stolen from a stock photo site.")

[150] 740 ILCS 14/5(2).

174. Moreover, in 2017, OkCupid published an article describing its use of perceptual hash facial recognition technology (hereinafter "2017 Article").[151]

175. Moreover, in 2017, OkCupid published an article describing its use of perceptual hash functions (hereinafter "2017 Article").[152]

176. Specifically, OkCupid's 2017 Article describes the company's study and evaluation of four common perceptual hash functions: (1) difference hash, (2) average hash, (3) perceptual DCT hash, and (4) wavelet hash.[153] OkCupid's study describes processes in which it compared images' (i) rotation; (ii) crop; (iii) gamma correction; (iv) border; and (v) salt and pepper ("S&P") noise and applied the Hamming distance to compare the hash function measurements. Ultimately, OkCupid's study concluded that the hashes behaved in similar manners and could be used to "determine which algorithm's hash distances can be trusted for a given image pair."[154]

177. Perceptual hash ("pHash") algorithms are implemented in facial recognition systems and used for enhanced security to perform automated verification of the identify of users.[155] The pHash algorithm can be implemented into the Discrete cosine transfer ("DCT") face recognition technique, which is used in different ways to compare images. Facial processing and recognition techniques that implement pHash typically are based on the concept of extracting landmark facial features, such as the eyes, nose, mouth, and chin. DCT is applied to each of these

---

[151] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017). After publication, OkCupid removed the post from its blog rendering it inaccessible to the public. However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as **Exhibit X**.

[152] *Id.*

[153] *Id.* at p. 8.

[154] *Id.* at pp. 8-25.

[155] *See, e.g.*, Zeba Khanam, Mohammed Najeeb Ahsan, *Implementation of pHash algorithm for face recognition in secured remote online examination system*, INT'L J. ADVANCES IN SCIENTIFIC RESEARCH AND ENGINEERING (Nov. 2018), available at:
https://www.academia.edu/37993513/Implementation_of_the_pHash_algorithm_for_face_recognition_in_a_secured_remote_online_examination_system.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

features and calculates the degrees of recognition.[156]  More specifically, this algorithm reduces the size and color of an image.  Next, DCT is employed to compute calculations of the images.  The mean value of the DCT is computed and reduced further.  Finally, the pHash value is calculated by converting the DCT measurements back to the original hash image.  The pHash values are compared using the Hamming distance algorithm for similarities and to generate matches.  Notably, a 2018 study implementing pHash into a DCT FRT to recognize individuals during remote online proctoring exams revealed that this algorithm has a 98% recognition rate.[157]

178.    OkCupid's 2017 Article describes, compares, and evaluates pHash functions, specifically targeting "perceptual DCT hash," which the study concluded had a "(relatively) high precision" rate.[158]

179.    Upon information and belief, OkCupid uses the pHash function and/or data from this algorithm as part of its facial processing system in which OkCupid reduces images, identifies and extracts key landmark features, computes DCT measurements and calculations, and then determines the pHash values by applying the Hammering distance algorithm.

180.    Upon information and belief, OkCupid stores these measurements, calculations, and values on Match Group's servers.

181.    Additionally, regardless of whether OkCupid implemented or uses a pHash in a facial recognition system, at minimum, OkCupid's pHash functions extract calculations of unique facial features that can be used to identify an individual that constitutes "biometric information."[159] The collection of biometric information without user consent directly violates BIPA.

---

[156] *Id.*

[157] *Id.*

[158] *See* Exhibit X at p. 15.

[159] 740 ILCS 14/15(b) ("No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first obtains consent"); 740 ILCS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

C.    **Tinder and Hinge, BLK, and Chispa**

182.    Tinder, now owned by Match Group, has used facial recognition technology since at least 2017.[160]  Notably, Tinder's facial recognition algorithm, as outlined in Tinder's "Matching Process System and Method" patents, is based, at least in part, on Match.com's "Matching Process System and Method."[161]

183.    In fact, a comparison of Match.com's 2008 patent to Tinder's 2017, 2018, and 2019 patents, clearly depicts images of a Match.com user profile and Tinder user profile.  These patents once again signify the control that Defendants have, and always had, over all Dating Sites.  A close review of Patent Nos.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), US 9,959,023 B2: Matching Process System and Method (May 1, 2018), and US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019) indisputably confirms the use of facial recognition technology.[162]

---

14/10 ("biometric information means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used    to identify an individual."); *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act also bans the non-consensual collection and storage of *information…that is 'based on' those biometric identifiers*.") (emphasis added)..."); *see also, Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute."); *Vance v. Int'l Bus. Machines Corp.*, No. 20 C 577, 2020 WL 5530134, at *5 (N.D. Ill. Sept. 15, 2020) ("Plaintiffs allege that IBM extracted biometric information from photographs to create their DIF Dataset. The DIF Dataset includes biometric measurements that can be used to identify Plaintiffs. Thus, IBM's alleged actions implicate BIPA ... what's important is the potential intrusion on privacy posed by the unrestricted gathering of biometric in formation.")

[160] *See* Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017).

[161] *Compare* Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) to Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019).

[162] *See, e.g.*, Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) ("Implicit signals may also include *facial recognition* algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest.") (emphasis added).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

184.    Moreover, for years, both Tinder and Hinge have held a close relationship with Amazon and acknowledge using Amazon Web Services' ("AWS") deep learning "Rekognition" ("Amazon Rekognition") object and facial recognition services:[163]



*Figure 1[164]*

185.    Amazon Rekognition uses deep learning-based image and video analysis to detect faces in images and videos, facial landmarks such as the position of the eyes, detect emotions, and detect objects and scenes within images and videos[165]  Amazon Rekogition also uses machine vision and algorithmic classification techniques to scan and map facial geometry and analyze the result to determine whether two faces match: "You can also compare a face in an image with a face detected in another image.  When you provide an image that contains a face, Amazon

---

[163]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at p. 7. (last viewed Apr. 12, 2022).
[164] *Id.* (emphasis added).
[165]*Amazon Rekognition Developer Guide*, https://docs.aws.amazon.com/rekognition/latest/dg/rekognition-dg.pdf#what-is at pp. 2, 142.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Rekognition detects the face in the image, analyzes the facial attributes of the face, and then returns a percent confidence score for the face and the facial attributes that are detected in the image."[166]

186.     AWS boasts that Amazon Rekognition can also detect objects, people, and scenes in all images and videos, which means that at minimum, Amazon Rekognition is scanning every single image and video uploaded by Tinder and Hinge and collecting facial geometry and facial landmarks to determine whether a person is in the frame. Amazon Rekognition compares faces and objects returning a confidence index and description of its analysis, which for example, may include that an individual was detected and is smiling and/or wearing sunglasses in the image. Figures 48-53 depicted below are screenshots from AWS's Amazon Rekognition marketing materials and Tinder's PowerPoint.

---

[166] *Id.* ("You can use storage operations to save facial metadata for faces detected in an image. Later you can search for stored faces in both images and videos. For example, this enables searching for a specific person in a video. For more information.").

79

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

For example, if you choose the following sample image as input, Amazon Rekognition detects it as a face and returns confidence scores for the face and the facial attributes detected.



*Fig. 48[167]*



*Fig. 49[168]*



Fig. 50[169]



---

[167] *Id.* at pp. 21-22.

[168] *Id.*

[169] *Id.* at pp. 23-5

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Fig. 51*



*Fig. 52[170]*



*Fig. 53*

187.    Using Amazon Rekognition, Tinder and Hinge can run commands within the Amazon Application Programing Interface, otherwise known as an "API" interface called "index-faces" on all images it wishes to analyze and/or compare.  The index-faces command instructs Amazon Rekognition to detect and scan faces in images.  Amazon Rekognition then accesses the images stored in MATCH GROUP's databases, applies its machine vision algorithm to scan, identify, and extract facial landmarks and the facial geometry of the detected faces of the individuals' pictures into a feature vector.   Said feature vectors include precise coordinates describing the essential facial landmarks including the nose, corners of the mouth, eyes, pupils, jawline, and chin. The feature vectors of facial geometry, as well other details such as the persons emotions, whether a person is smiling, or sad, is wearing eyeglasses or sunglasses, are then stored in an AWS backend

---

[170] AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 27:43-28:58.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

database called a Rekognition "collection." *See* <u>Figure 54</u> below, showing a screenshot of the Rekognition collection.

```
"Faces": [
    {
        "FaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
        "BoundingBox": {
            "Width": 0.5080749988555908,
            "Height": 0.4542959928512573,
            "Left": 0.2404070049524307,
            "Top": 0.22210200130939484
        },
        "ImageId": "74947044-80e8-36e5-9138-55ac21c5c2a2",
        "ExternalImageId": "Shawn",
        "Confidence": 99.99500274658203
    }
],
"FaceModelVersion": "5.0"
}
```

*Fig. 54*

188.    Next, Defendants use Amazon Rekognition to run a face matching API command. Said face matching command searches for a matching "FaceId" to determine whether an individual is already in the database.  If a match is found, the unique FaceId is returned along with a "Similarity" score, which is a confidence measure indicating the similarity rate between the two matches.

```
{
    "SearchedFaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
    "FaceMatches": [
        {
            "Similarity": 99.99944305419922,
            "Face": {
                "FaceId": "5da9b088-5109-49d7-be85-001d2610417c",
                "BoundingBox": {
                    "Width": 0.18031999468803406,
                    "Height": 0.2648650109767914,
                    "Left": 0.27408599853515625,
                    "Top": 0.12426400184631348
                },
                "ImageId": "01fc3c24-dbde-3538-acee-2df042ca10a3",
                "ExternalImageId": "Shawn2",
                "Confidence": 99.99250030517578
            }
        }
    ],
    "FaceModelVersion": "5.0"
}
```

*Fig. 55*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

189.    Speaking during AWS re:Invent in December 2018, Tom Jacques, VP of Technology at Tinder discussed how the company uses the strong learning-powered Amazon Rekognition provider to identify user's key traits by mining the 10 billion photos they upload daily:[171]

> The challenges we face are in understanding who members want to see, who they match with, who will chat, what content can we show you and how do we best present it to you.
>
> ***
>
> …[Tinder] extracts all of this information and feed[s] it into our features store, which is a unified service that allows us to manage online, streaming and batch processing. We take this information and feed into our tagging system to work out what we highlight for each profile.

*Id.*  Premium users of Tinder also get access to a "Top Picks" feature.  Launched in September, this feature provides Tinder Gold subscribers with a curated feed of "personalized high quality potential matches"[172]  All Tinder users receive one free "Top Pick" a day, but Tinder Gold subscribers can tap a diamond icon at any time for a set of Top Picks, which is refreshed daily.[173] According to Jacques, "when it comes to serving this when a member wants their Top Picks we query our recommendation cluster, the same underlying technology that powers our core recognitions, but looking at the outcomes users are trying to achieve and to provide really personalized, high quality matches."[174] Figures 56 and Figure 57 below is a diagram presenting an example in which Amazon Rekognition extracts features from a photograph uploaded to Tinder

---

[171] Scott Harvey, *VP of Engineering on Tinder's Use of Image Recognition Technology* GLOBAL DATING INSIGHTS (Dec. 7, 2018); *see also*, AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 9:55-11:30. ("Tinder faces many, many challenges serving recommendations relevant to achieve these outcomes at scale and data is essential to do this. [Tinder] ingest[s] over 40 terabytes of data every day that feed into our analytics and machine learning systems.").

[172] *Id.* at 12:22-17:24.

[173] Sarah Perez, *Tinder launches its curated 'Top Picks' feature worldwide* TECHCRUNCH (Sept. 11, 2018), https://techcrunch.com/2018/09/11/tinder-launches-its-curated-top-picks-feature-worldwide/

[174] *Id.* at 12:22-17:24.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

and feeds the labeled data into AWS' tagging system to produce a tag applied to profile, and later recognized and matched as a "Top Pick" to another user.[175]  Figure 58 displays a Tinder Gold subscriber's daily "Top Picks." [176]



*Fig. 56*



*Fig. 57*



*Fig. 58*

190.    Tinder uses AWS's image recognition software to create tags associated with that user's profile.    Tinder's issued patent, Patent No.: US 9,715,532 B1, explains that a tag encapsulates various features a user likes, including photographs and behavioral data, and is

---

[175]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at pp. 27-28. (last viewed Apr. 12, 2022).

[176] *Id.* at p. 23; AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 12:22-17:24.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

configured with the feature recognition engine, which can identify a particular person (e.g., the associated object user or other individuals), voices, and groups of persons.[177]

191.    BLK and Chispa also use the same technology and facial recognition software as Tinder. Additionally, both BLK and Chispa were built with the intention to function like Tinder by utilizing Tinder's proprietary swipe functionality.

### D.    POF

192.    In 2019, POF began implementing a total ban of face filters and "commit[ed] to an audit of 70 million images" and removal of "face-filtering imagery" from POF user photographs.[178] POF, like the other Match Group Dating Sites, automatically scans user photographs and "profiles for red flag language and images; [conducts] manual reviews of suspicious profiles, activity, and user generated reports; freez[es] suspicious accounts pending review; and block[s] email addresses[es], phone numbers, and other identifiers."[179] To remove face-filtering imagery, POF must employ artificial intelligence and facial recognition techniques to: 1) scan the user's photographs to detect whether a face is present in the image; 2) scan the facial geometry of the detected face to identify key facial landmarks such as the eyes, eyebrows, nose, and chin; and 3) compare models to training sets or databases to determine whether a mask or filter is present.[180]

---

[177] Patent No.: US 9,715,532 B1: Systems and Methods for Content Object Optimization (Jul. 25, 2017).

[178] *New Plenty of Fish Initiatives Under CEO Malgosia Green (*May 25, 2020), https://www.datingsitesreviews.com/article.php?story=new-plenty-of-fish-initiatives-under-ceo-malgosia-green last viewed Aug. 3, 2021).

[179] *See* https://mtch.com/privacy ("Match Group invests millions of dollars annually in its network of sophisticated tools, systems, and processes to prevent, detect, and remove people who engage in inappropriate behavior from our apps. This includes automatic scans of profiles for red-flag language and images; manual reviews of suspicious profiles, activity, and user generated reports; freezing suspicious accounts pending review; and blocking email addresses, phone numbers, and other identifiers.").

[180] *See, e.g.*, https://mtch.com/safety ("Video and AI Technology Match Group brands are integrating varying features such as video chat, automated photo review, and photo verification, all of which aid our efforts to help our users ensure that every match is who they say they are.").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

IX. **Defendants' Recent Acts Prove It Intends to Delve Further into Biometric Data Collection as evidenced in its Acquisition of Hyperconnect, Inc.**

193.    In February 2021, Match Group acquired Hyperconnect, Inc. ("Hyperconnect"), a South Korean social-media company "***that has won recognition at artificial intelligence conferences for its facial recognition technology***,"[181] for $1.725 billion.[182]

194.    On February 9, 2021, CEO Shar Dubey and CFO/COO Gary Swidler hosted an investor call describing Hyperconnect's advanced proprietary video and artificial intelligence ("AI") tech infrastructure[183] created by Sam Ahn, Co-founder, CEO, and CPO of Hyperconnect[184] emphasizing the strategic reason for the acquisition, which included leveraging the "scalable video technology"[185] across the Match Group brands.

---

[181]    https://www.zdnet.com/article/dating-maven-match-spends-1-7-billion-on-south-korea-social-chat-app-maker-hyperconnect/ (emphasis added).

[182]Match Group Investor Presentation, https://s22.q4cdn.com/279430125/files/doc_presentations/2021/Match-Group-Acquisition-of-Hyperconnect.pdf (Describing Hyperconnect as a "South Korea-based app developer driving social connections with proprietary video and AI technology") ; *see also*, https://www.wsj.com/articles/match-group-buys-korean-social-media-company-for-1-725-billion-11612904483 ("Hyperconnect, based in Seoul, has developed two video apps that focus on helping people interact one-on-one and with new communities. Hyperconnect's first app, Azar, offers live video and audio chat and can instantly translate voice and text for users that speak different languages. Hyperconnect's other app, Hakuna Live, is a social live-streaming app that provides group video and audio broadcasts. The apps broaden Dallas-based Match Group's software offerings to include linking casual friends. Match operates several dating apps, including Tinder, Hinge and OkCupid, as well as its namesake brand… The company has been looking to expand beyond its core market of online dating services. The company, in a letter to shareholders this month, said it planned to add to its portfolio to capture nondating uses for social apps. It already provides some of that broader functionality, including through its Ablo live-video chat app that allows users to make friends around the world. Hyperconnect's features include broadcasting and watching messages on low-quality mobile phones without a lag. ***Match Group expects to apply some of this technology to its own suite of apps that have introduced more video-dating options since the pandemic started making it more challenging to meet people in person, a company spokeswoman said***.").

[183]    Match Group Investor Presentation (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.

[184]Sam Ahn currently serves on the Board of Directors of Match Group. *See* https://mtch.com/leadership/#Sam%20Ahn (Match Group's leadership profile for Sam Ahn).

[185] *Id.* at p. 7.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Fig. 59[186]*



*Fig. 60[187]*

195.    On June 17, 2021, Match Group announced its plan to deploy Hyperconnect's

technology across its portfolio:

> "Hyperconnect's forward-looking technology has already forged new ways for the
> next generation to make friends and engage with new people, regardless of borders
> and language barriers," said Shar Dubey, CEO of Match Group. "Our immediate

---

[186] *Match Group Investor Presentation* (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.
[187] *Id.* at p. 7.

goal is to accelerate Hyperconnect's growth, while deploying their technology across our portfolio, helping to ensure people around the world have access to the best products to meet new people, and create joyful connections."

Based in South Korea, Hyperconnect employs more than 400 people, of which approximately half are top-tier engineers, and operates two social discovery apps: Azar® and Hakuna Live™. Azar® offers 1:1 live video and voice chat with a strong presence across Asia and growing in Europe. Hakuna Live™, which launched in 2019, provides one to many or group live video, audio, and avatar-based streaming with a highly engaged user base in South Korea, Japan and other markets across Asia.

"We're thrilled to start capturing the huge synergy potential between Hyperconnect and Match Group's portfolio of world-class brands," said Sam Ahn, CEO of Hyperconnect. "We see clear pathways to turbocharge Hyperconnect's growth while adding value to Match Group through our unique technology.'" [188]

196. Following the acquisition of Hyperconnect, Match.com,[189] Hinge,[190] OurTime,[191] and Tinder[192] have launched newly improved video chat functions and video features including a live chat option. *See* Figures 61-64.

---

[188] *MATCH GROUP CLOSES ACQUISITION OF HYPERCONNECT* (Jun. 17, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Closes-Acquisition-of-Hyperconnect/default.aspx

[189] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also*, Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMag (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid

[190] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-

[191] https://www.ourtime.com/v3/help/article/172

[192] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Match.com**




*Fig. 61[193]*

**OurTime**



*Fig. 62[194]*

**Hinge**



*Fig. 63[195]*

**Tinder**



*Fig. 64[196]*

---

[193] https://www.youtube.com/watch?v=avMVX_9biyM
[194] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[195] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat
[196] https://www.ourtime.com/v3/help/article/172

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

197.    Hyperconnect's issued patents confirm the use of facial recognition technology and the collection and capture of biometric information and identifiers.  Patent No.: US 10,728,498 B2, granted on June 28, 2020, states:

> The communication method includes performing, by a first terminal, consecutive video call with at least one or more second terminal; selecting, by the first terminal, at least one or more representative frame from among a plurality of frames of an image being photographed during each video call; detecting, by the first terminal, a face from the at least one or more representative frame; generating, by the first terminal, a ***face recognition*** result that includes information on a number of the faces detected from the at least one or more representative frame; outputting, by the first terminal, the ***face recognition*** result to a server; and upon completion of the video call with the at least one or more second terminal, performing, by the first terminal, video call with a third terminal selected based on the ***face recognition*** result from the server.[197]

Similarly, Patent Nos.: US 10,972,700 B2, granted on April 6, 2021, and US 10,602,090 B2, granted on March 24, 2020, state:

> According to some embodiments, the selecting, by the server, the terminal to be matched with the first terminal based on the received ***face recognition*** result, in response to the second matching request may include, in response to the number of the faces detected being plural, and in response to the ***face recognition*** result received from the first terminal from among the at least one or more terminal including information on the number of the faces that is two or more, selecting, by the server, a terminal that provided two or more ***face recognition*** results from among the at least one or more terminal as the terminal to be matched with the first terminal.[198]

---

[197] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)

[198] Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021) (emphasis added); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020) (emphasis added).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

198.    Hyperconnect's patents further confirm that facial recognition is achieved using a deep learning algorithm[199] to detect the user's face in images and video frames[200] and then extract

---

[199] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The processor 350 may train the machine learning model by using a deep learning algorithm. The machine learning model may include at least one or more of Deep Neural Network (DNN), Convolutional Neural Network (CNN), Recurrent Neural Network (RNN), Region-based Convolutional Neural Networks (R-CNN), Restricted Boltzmann Machine (RBM), Deep Belief Network (DBN), or Deep Q-Networks. Moreover, the machine learning model may include Convolutional Neural Network (CNN), AlexNet, ZFNet, GoogLeNet, VGGNet, ResNet, Inception-ResNet, Inception-v2, Inception-v3, or Inception-v4.").

[200] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)  ("For example, the face detection module 131b may detect the face from the first frame FR1 selected using a well-known face detecting algorithm… the face detection module 131b may detect characteristics of a face within the representative frame such as eye, nose and mouth, etc., and detect the faces of the persons within the representative frame based on the detected characteristics.") ("FIGS. 2 and 3 disclose an embodiment where the first terminal 100 *extracts a face from an image* (IMG). In another embodiment of the present disclosure, the first terminal 100 may transmit the image (IMG) photographed through the inputter 110 to the server 500. Further, the server 500 may select at least one or more representative frame from among the plurality of frames FR1 to FRn included in the image (IMG), and *extract* a face or facial region from the at least one or more representative frame.") ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

the user's face and/or facial features[201, 202] to obtain a feature vector used for classification and matching.[203]

199.    Hyperconnect's issued patents also confirm the use of voice recognition technology and collection of biometric data.  Patent No.: US 10,643,036 B2, granted on May 5, 2020, states:

> A method of providing real-time translation for video chat is provided. The method includes: continuously receiving first-language voice data and at least one second-language word from a first terminal; continuously displaying the at least one second-language word at the same time as reproduction of the voice data; acquiring a second-language translation of an ended sentence included in a *voice recognition*

---

[201] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The image analysis device 340 may analyze the face image of each of users to obtain feature point distribution information. In particular, the image analysis device 340 may **extract** coordinates associated with at least one or more specific points of the face of each of users to generate the feature point distribution information. […] Herein, the feature point distribution information may mean information defining the distribution form of feature points corresponding to predetermined parts (e.g., eyes, nose, mouth, eyebrows, cheekbones, and the like) of the user's face. Moreover, the image analysis device 340 may analyze the similarity between the image of the first user and the stored image of each of users.") ("The server 200 may **extract** the facial feature points of the user included in the video stream by combining one or more of scale invariant feature transform (SIFT), histogram of oriented gradient (HOG), Haar feature, Ferns, local binary pattern (LBP), and modified census transform (MCT), or may **extract** the facial feature points by using another method.").

[202] Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021) ("Referring to 910 of FIG. 9A, the server 200 may receive a video or a video stream of the face of a user from each of a plurality of terminals. Also, the server 200 may receive gender information corresponding to distribution information of facial feature points of the user from each of the plurality of terminals. The gender information is information indicating whether the user is a man or a woman. The server 200 may obtain distribution information of facial feature points of a plurality of users based on the received video or video stream. The server 200 may store the distribution information of the facial feature points of the plurality of users and gender information corresponding to the distribution information of the facial feature points of the plurality of users in the storage 230 of the server 200… Alternatively, the server 200 may store the distribution information of the facial feature points of each of the plurality of users, gender information input when each of the plurality of users subscribes or logs into the application, and actual gender information of each of the plurality of users. […] The distribution information of the facial feature points of each of the plurality of users may be paired with the gender information input when each of the plurality of users subscribes or logs into the application and the actual gender information of each of the plurality of users and may be stored. Referring to 920 of FIG. 9A, the server 200 may learn a correlation between the distribution information of the facial feature points of the plurality of users and the gender information corresponding to the distribution information of the facial feature points of the plurality of users by calculating information stored in the storage 230 through an artificial neural network. In detail, the server 200 may learn a correlation between distribution information of facial feature points of a k.sup.th user and gender information of the k.sup.th user (k=1, 2, 3, 4, 5, . . . , n). That is, the server 200 may calculate, through a plurality of layers, input distribution information of facial feature points and gender information corresponding to the input distribution information of the facial feature points and may perform learning based on values obtained as a calculation result.")

[203] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

result for the voice data; and substituting at least one word, which corresponds to the ended sentence in the displayed at least one second-language word, with the acquired translation. The at least one second-language word corresponds to respective words included in the *voice recognition* result for the voice data.

\*\*\*

The third server 400 may be a *voice recognition* server. The third server 400 may provide a *voice recognition* service. The third server 400 may receive an encoded voice from the first terminal 100 or the second terminal 150. The third server 400 may perform *voice recognition* using the encoded voice. The third server 400 may convert the encoded voice into a text as the *voice recognition* result. The third server 400 may transmit the converted text to the first terminal 100 or the second terminal 150.

\*\*\*

In operation S120, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice. The controller 102 of the first terminal 100 may continuously perform *voice recognition* using the encoded voice. The controller 102 may continuously convert the encoded voice into a first-language text as the *voice recognition* result. According to another embodiment, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice from the third server 400. The first terminal 100 may continuously transmit the encoded voice to the third server 400. The third server 400 may be a server that provides a *voice recognition* service. While the voice is being received, the communication interface 104 of the first terminal 100 may continuously transmit at least a part of the voice encoded till now to the third server 400.[204]

Similarly, Patent No.: US 10,430,523, granted on October 1, 2019, states:

FIG. 5 is a flowchart of operation S200 of acquiring the greeting by the first terminal 100, according to an embodiment. Referring to FIG. 5, in operation S210, the kind of the first language may be identified. The first terminal 100 may identify the kind of the first language. The controller 102 of the first terminal 100 may identify the kind of the first language using the voice of the first user recorded by the input interface 101 of the first terminal 100. The controller 102 may perform *voice recognition* using the recorded voice. The controller 102 may detect the kind of the first language as a result of the *voice recognition*. For example, the controller 102 may extract at least one feature from the recorded voice. The controller 102 may calculate a probability distribution of the kind of the language corresponding to the extracted feature using machine learning. For example, the controller 102 may calculate the probability distribution using Bayesian multinomial logistic regression. The controller 102 may select the kind of the language corresponding

---

[204] Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

to the highest probability in the calculated probability distribution. According to another embodiment, the controller 102 may identify the kind of the first language using language setting set to the first terminal 100. Information about the kind of the language preferred by the first user may be preset to the first terminal 100. The information may be stored in the storage 103 of the first terminal 100. The controller 102 may define the kind of the language corresponding to the information as the kind of the first language.

***

Referring to FIG. 5 again, in operation S220, the kind of the second language may be identified. The first terminal 100 may identify the kind of the second language using the *voice* of the second user recorded by the second terminal 150. The communication interface 104 of the first terminal 100 may receive the *voice* of the second user recorded by the second terminal 150 from the second terminal 150. The controller 102 of the first terminal 100 may perform *voice* recognition using the received *voice* of the second user. The controller 102 may detect the kind of the second language as a result of the *voice* recognition.[205]

*Id.*

200.    Hyperconnect developed and operates two popular live-streaming and video chat apps, Azar and Hakuna Live.[206] Match Group's acquisition of Hyperconnect allow Defendants to leverage Hyperconnect's video and audio technology, which integrate facial and voice recognition

---

[205] Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019).

[206] *Id., Azar,*, https://azarlive.com/ (operated by Hyperconnect, Inc); Hakuna, https://hakuna.live/en (operated by MOVEFAST Company, K.K., a subsidiary of Hyperconnect, Inc.); https://ir.mtch.com/financials/sec-filings/default.aspx.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

functions,[207] across its Dating Sites to enhance members video and live chat experiences.[208] Both

Azar and Hakuna use Apple's TrueDepth camera and API technology to recognize faces and track

facial movements of their users:[209]

> Facial information: Facial marks and any additional facial information from Apple's TrueDepth API technologies. We will use Apple's TrueDepth API technologies to recognize user faces in camera experiences based on your consent or if permitted. We may track the movement of your eyes, mouth and face and use this facial information, where this is necessary to deliver the Service you have requested.

---

[207] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020); Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020); Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019); Patent Application Publication No.: US 2021/0142440 AI (May 13, 2021); *see* Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* Hyperconnect, https://hyperconnect.github.io/MarioNETte/; Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* ASSOCIATION FOR THE ADVANCEMENT OF ARTIFICIAL INTELLIGENCE (Nov. 19, 2020), https://arxiv.org/abs/1911.08139; Shurain, *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* YouTube (Nov. 20, 2019), https://www.youtube.com/watch?v=Y6HE1DtdJHg.

[208] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also*, Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMAG (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-; https://www.ourtime.com/v3/help/article/172; https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat; https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat ; https://www.youtube.com/watch?v=avMVX_9biyM; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-.

[209] *See* https://azarlive.com/home/privacy-policy.html; https://hakuna.live/en/privacy-policy.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

201. Match Group's public SEC filings confirm that Match Group has integrated Hyperconnect's technology into several of its dating sites including OkCupid, [210] Match.com, Hinge, and POF.[211]



*Fig. 65*[212]

202. Upon information and believe, Match Group uses the same or similar video feature technology in Match Group's Dating Sites including Tinder and OkCupid.

## X.    Plaintiff's Experience

203. Plaintiff Marcus Baker is an Illinois resident and has been an active register member of Match Group Dating Sites OkCupid and Tinder. Plaintiff registered and created an account with OkCupid in approximately 2018 and Tinder on approximately 2016. To create an account with OkCupid and Tinder, Plaintiff agreed to OkCupid's and Tinder's Terms of Service, both of

---

[210] *Match Group, Inc. Form 8-K,* SEC (Feb. 1, 2022), available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000891103/658f00ff-e679-4318-bda9-18ea203df0c0.pdf at p. 9 ("Both Match and Meetic continue to optimize their monetization models, and both are incorporating audio and video further info their apps, powered by Hyperconnect technology. OkCupid continues to expand in select international markets and began testing live-streaming video in late 2021.").

[211] *Id.* at p. 8.

[212] *Id.*

which contained a madatory arbitration clause, and uploaded multiple pictures of his face to create his dating profiles.

204. Plaintiff has uploaded several photos to Defendants' platform including photos of Plaintiff.

205. Plaintiff was never notified of and has never consented to Defendants' use, collection, and storage of Plaintiff's biometric data.

206. Plaintiff did not request or give permission – written or otherwise – to Defendants to collect or store biometric identifiers, nor did Plaintiff receive or sign a written release allowing Defendants to collect or store biometric identifiers.

207. Defendants never even informed Plaintiff by written notice or otherwise that Plaintiff could prevent Defendants from collecting, storing, or using biometric identifiers.

208. Likewise, Defendants never provided Plaintiff with an opportunity to prohibit or prevent the collection, storage, use, or sharing of Plaintiff's face geometry or associated biometric information.

209. Defendants never advised Plaintiff in writing, or otherwise, of any policy to destroy the biometric identifiers that Defendants collected and stored of Plaintiff's face and/or voice.

210. Nevertheless, when Plaintiff uploaded photos. Defendants automatically detected and located Plaintiff's face, analyzed the geometric data relating to the unique contours of Plaintiff's face and the distances between Plaintiff's eyes, nose, and ears, and used that data to extract and collect Plaintiff's scan of face geometry and related data, such as gender, age, race, and location.

211. As a result of Defendants' unauthorized collection and use of Plaintiff's biometric identifiers, Plaintiff was deprived of their control over that valuable information.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**CLASS ALLEGATIONS**

212.    Pursuant to the Illinois Code of Civil Procedure, 735 ILCS § 5/2-801, Plaintiff brings claims on his own behalf and as a representative of all other similarly situated individuals pursuant to BIPA, 740 ILCS § 14/1, et seq., to recover statutory penalties, prejudgment interest, attorneys' fees and costs, and other damages owed.  As discussed supra, Section 14/15(b) of BIPA prohibits a company from, among other things, collecting, capturing, purchasing, receiving through trade, or otherwise obtaining a person's or a customer's biometric identifiers or biometric information, unless it first (1) informs the individual in writing that a biometric identifier or biometric information is being collected or stored; (2) informs the individual in writing of the specific purpose(s) and length of time for which a biometric identifier or biometric information is being collected, stored, and used; and (3) receives a written release executed by the subject of the biometric identifier or biometric information. 740 ILCS § 14/15. Additionally, Section 14/15(a), requires a company in possession of biometric identifiers or biometric information to develop a written policy establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of the individual's last interaction with the private entity, whichever occurs first.

213.    Plaintiff seeks class certification under the Illinois Code of Civil Procedure, 735 ILCS § 5/2-801, for the following class of similarly situated individuals under BIPA:

> All individuals who had their biometric information and/or biometric identifiers collected, captured, received, otherwise obtained, or disclosed by Defendants while residing in Illinois during the applicable statutory period.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

214.    The following people are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their immediate families; (2) Defendants, Defendants' parents, successors, predecessors, and any entity in which the Defendants or their parents have a controlling interest and its current or former officers and directors; (3) persons who properly submit a timely request for exclusion from the Class of which they are a member; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendants' counsel and members of their immediate families; and (6) the legal representatives, successors, and assigns of any such excluded persons.

215.    This action is properly maintained as a class action under 735 ILCS § 5/2-801 because:

        a)  The class is so numerous that joinder of all members is impracticable;

        b)  There are questions of law or fact that are common to the Class;

        c)  Plaintiff's claims are typical of the claims of the Class; and,

        d)  Plaintiff will fairly and adequately protect the interests of the Class.

### Numerosity

216.    The exact number of members of the Class is unknown to Plaintiff at this time, however, because Match Group's Dating Sites have been downloaded by more than 82 million individuals,[213] it is believed to amount to thousands of Illinois users.  It is therefore, impractical to join each member of the Class as a named Plaintiff.  Defendants have collected, captured, received, or otherwise obtained biometric identifiers from at least thousands (and potentially even millions) of individuals who fall into the definitions of the Class. Ultimately, members of the Class will be easily identified through Defendants' records, discovery, and other third-party sources.

---

[213] *Id.*

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Commonality**

217.    There is a well-defined commonality of interest in the substantial questions of law and fact concerning and affecting the Class in that Plaintiff and all members of the Class have been harmed by Defendants' failure to comply with BIPA.  The common questions of law and fact include, but are not limited to the following:

a)    Whether Defendants collected, captured, maintained, stored or otherwise obtained Plaintiff's and the Class's biometric identifiers or biometric information;

b)    Whether Defendants properly informed Plaintiff and the Class of their purposes for collecting, using, storing and disseminating their biometric identifiers or biometric information;

c)    Whether Defendants properly obtained a written release (as defined in 740 ILCS § 14/10) to collect, use, store and disseminate Plaintiff's and the Class's biometric identifiers or biometric information;

d)    Whether Defendants have disclosed or redisclosed Plaintiff's and the Class's biometric identifiers or biometric information;

e)    Whether Defendants developed a BIPA-compliant written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within three years of their last interaction with the individual, whichever occurs first;

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

f)  Whether Defendants complied with any such BIPA-compliant written policy (if one exists);

g)  Whether Defendants' violations of BIPA have raised a material risk that Plaintiff's and the putative Class's biometric data will be unlawfully accessed by third parties;

h)  Whether Defendants used Plaintiff's and the Class's facial geometry to identify them;

i)  Whether the violations of BIPA were committed negligently; and

j)  Whether the violations of BIPA were committed intentionally or recklessly.

218.   Plaintiff anticipates that Defendants will raise defense that are common to the class.

**Typicality**

219.   The claims asserted by Plaintiff are typical of the class members he seeks to represent.  Plaintiff has the same interests and suffers from the same unlawful practices as the class members.

220.   Upon information and belief, there are no other class members who have an interest individually controlling the prosecution of his or her individual claims.  However, if any such class member should become known, he or she can "opt out" of this action pursuant to 735 ILCS § 5/2-801.

**Adequacy**

221.   Plaintiff will fairly and adequately protect the interests of all members of the class, and there are no known conflicts of interest between Plaintiff and Class members.  Moreover, Plaintiff has retained experienced counsel who are competent in the prosecution of complex litigation and who have extensive experience acting as class counsel.  Moreover, Plaintiff's counsel

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

has conducted an extensive investigation regarding the specific claims at issue in this lawsuit prior to filing this complaint.

## Predominance and Superiority

222.    As described above, common issues of law or fact predominate over individual issues.  Resolution of those common issues in Plaintiff's case will also resolve them for the Class's claims.  In addition, a class action is superior to any other available means for the fair and efficient adjudication of this controversy and no unusual difficulties are likely to be encountered in the management of this class action.  The damages or other financial detriment suffered by Plaintiff and other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendants, so it would be impracticable for members of the Class to individually seek redress for Defendants' wrongful conduct.  Even if Class members could afford individual litigation, the court system could not.  Individualized litigation creates a potential for inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## COUNT I

**Violation of the Illinois Biometric Information Privacy Act**
**(Violation of 740 ILCS 14/15(a))**

223.    Plaintiff incorporates the foregoing allegations as if fully set forth herein.

224.    Section 15(a) of BIPA requires that any:

> private entity in possession of biometric identifiers . . . must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers . . . when the initial purpose for collecting or obtaining such identifiers . .

. has been satisfied or within 3 years of the individual's last interaction with the private entity, whichever occurs first.

740CS 14/15(a).

225.     Defendants do not publicly provide a retention schedule or guidelines for permanently destroying Plaintiff's or the Class's biometric identifiers as specified by BIPA. *See* 740 ILCS 14/15(a).

226.     Consequently, Defendants do not comply with any established retention schedule or destruction guidelines. *Id.*

227.     On behalf of himself and the Class, Plaintiff seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and the Class by requiring Defendants to establish and make publicly available a policy for the permanent destruction of biometric identifiers compliant with 740 ILCS 14/15(a); (ii) statutory damages of $5,000 for this intentional violation of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1); and (iii) reasonable attorneys' fees and costs and other expenses pursuant to 740 ILCS 14/20(2).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and the Class respectfully request that this Court enter an Order:

a)     Certifying this case as a class action on behalf of the Class defined above, appointing Plaintiff, as representative of the Class, and appointing their counsel as Class Counsel for the Class;

b)     Declaring that Defendants' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq.*

103

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

c)  Awarding statutory damages of $5,000 per intentional or reckless violation of BIPA pursuant to 740 ILCS 14/20(2) and statutory damages of $1,000 per negligent violation of BIPA pursuant to 740 ILCS 14/20(1);

d)  Awarding injunctive and other equitable relief as is necessary to protect the interests of Plaintiff, including, inter alia, an order requiring Defendants to collect, store, use, and share biometric identifiers or biometric information in compliance with BIPA, and permanently destroy the biometric identifiers and biometric information that Defendants have collected from Plaintiff and the Class;

e)  Awarding Plaintiff and the Class their reasonable litigation expenses and attorneys' fees pursuant to BIPA;

f)  Awarding Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

g)  Awarding such other and further relief as equity and justice may require.

## **COUNT II**

### **Violation of the Illinois Biometric Information Privacy Act**
### **(Violation of 740 ILCS 14/15(b))**

228.   Plaintiff incorporates the foregoing allegations as if fully set forth herein.

229.   BIPA makes it unlawful for any private entity to, among other things,

(b) collect, capture, purchase, receive through trade, or otherwise obtain a person's or a

customer's biometric identifier or biometric information, unless it first:

> (1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

(2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

(3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.

. . . .

(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

(1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

740CS 14/15(b) and (d).

230.    Defendants are Texas, New York, and Delaware corporations and thus qualify as a "private entity" under BIPA. *See* 740 ILCS 14/10.

231.    Defendants violated section (b) in three ways by: (1) generating, (2) collecting, and/or (3) storing Plaintiff's and the Class's biometric data and information without informed consent.

232.    As explained in detail in Sections III-IX above, Plaintiff's and the Class's faceprints, face geometry, and voiceprints are "biometric identifiers" pursuant to 740 ILCS 14/10. Additionally, any voice and facial features and/or data extracted from Plaintiff in a measurable and/or identifying form constitute "biometric information" pursuant to 740 ILCS 14/10.

233.    Defendants systematically and automatically collected, used, and stored Plaintiff's and the Class's biometric identifiers without first obtaining the specific written release required by 740 ILCS 14/15(b)(3) and (d).

234.    As explained above, Defendants did not properly inform Plaintiff or the Class in writing that Plaintiff's or the Class's biometric identifiers or biometric information were collected

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

and stored, nor did Defendants inform Plaintiff or the Class in writing of the specific purpose and length of term for which these biometric identifiers were being collected, stored, and used, as required by 740 ILCS 14/15(b)(1)– (2).

235.    By collecting, storing, using, and sharing Plaintiff's and the Class's biometric identifiers as described herein, Defendants violated Plaintiff's and the Class's right to privacy of these biometric identifiers and biometric information, as set forth in BIPA, 740 ILCS 14/1, *et seq*.

236.    On behalf of himself and the Class, Plaintiff seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and the Class by requiring Defendants to comply with BIPA's requirements for the collection, storage, and use of biometric identifiers; (ii) statutory damages of $5,000 for this intentional violation of 740 ILCS 14/15(b) of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1); and (iii) reasonable attorneys' fees and costs and other expenses pursuant to 740 ILCS 14/20(2).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and the Class respectfully request that this Court enter an Order:

   a)   Certifying this case as a class action on behalf of the Class defined above, appointing Plaintiff, as representative of the Class, and appointing their counsel as Class Counsel for the Class;

   b)   Declaring that Defendants' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

c)   Awarding statutory damages of $5,000 per intentional or reckless violation of BIPA pursuant to 740 ILCS 14/20(2) and statutory damages of $1,000 per negligent violation of BIPA pursuant to 740 ILCS 14/20(1);

d)   Awarding injunctive and other equitable relief as is necessary to protect the interests of Plaintiff, including, inter alia, an order requiring Defendants to collect, store, use, and share biometric identifiers or biometric information in compliance with BIPA, and permanently destroy the biometric identifiers and biometric information that Defendants have collected from Plaintiff and the Class;

e)   Awarding Plaintiff and the Class their reasonable litigation expenses and attorneys' fees pursuant to BIPA;

f)   Awarding Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

g)   Awarding such other and further relief as equity and justice may require.

## <u>COUNT III</u>

### Breach of Covenant of Good Faith & Fair Dealing

237.   Plaintiff incorporates the foregoing allegations as if fully set forth herein.

238.   Every contract contains a covenant of good faith and fair dealing that prohibits a contracting party from intentionally deprving the other contracting parties of the fruits of the contract ("Covenant").

239.   Through the conduct stated in this Complaint Defendants the Covenant between Defendants and Plaintiff and Class Members.

240.   Defendants, the Plaintiff, the Claimants, and the Class Members agreed to resolve all disputes pertaining to Defendants' Dating Sites through individual arbitration before JAMS.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

241.     Defendants, the Plaintiff, and the Claimants participated and engaged with JAMS to develop procedures and protocols for handling their claims through individual arbitration before JAMS (hereinafter "JAMS Negotiations").

242.     While participating in the JAMS Negotiations, Defendants enacted the Revised Terms and seeks to apply the Revised Terms retroactively.

243.     Defendants acts deprives Plaintiff and the Claimants from receiving the fruits of their original agreement to handle all disputes with JAMS.

244.     Defendants's breach of the Covenant proximately caused Plaintiff and the Claimants, who are now Class Members, to suffer harm and damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of himself and the Class respectfully request that this Court enter an Order:

a)   Certifying this case as a class action on behalf of the Class defined above, appointing Plaintiff, as representative of the Class, and appointing their counsel as Class Counsel for the Class;

b)   Declaring that Defendants' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq.*

c)   Awarding statutory damages of $5,000 per intentional or reckless violation of BIPA pursuant to 740 ILCS 14/20(2) and statutory damages of $1,000 per negligent violation of BIPA pursuant to 740 ILCS 14/20(1);

d)   Awarding injunctive and other equitable relief as is necessary to protect the interests of Plaintiff, including, inter alia, an order requiring Defendants to collect, store, use, and share biometric identifiers or biometric information

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

in compliance with BIPA, and permanently destroy the biometric identifiers and biometric information that Defendants have collected from Plaintiff and the Class;

e)   Awarding Plaintiff and the Class their reasonable litigation expenses and attorneys' fees pursuant to BIPA;

f)   Awarding Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

g)   Awarding such other and further relief as equity and justice may require.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## JURY TRIAL

Plaintiff demands a trial by jury for all issues so triable.

Dated:  October 21, 2022

                                             Respectfully submitted,

By: _____

Michael D. Smith (6210109)
**Law Office of Michael D. Smith, P.C.**
231 South LaSalle Street, Suite 2100
Chicago, IL 60604
Tel: (312) 546-6138
msmith@smithlawchicago.com

Jonathan Gardner (*pro hac vice* to be submitted)
Melissa H. Nafash (*pro hac vice* to be submitted)
Shannon K. Tully (*pro hac vice* to be submitted)
Labaton Sucharow LLP
140 Broadway, 34th Fl.
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
mnafash@labaton.com
stully@labaton.com

Christian Levis (*pro hac vice* to be submitted)
Margaret MacLean (*pro hac vice* to be submitted)
Amanda Fiorilla (*pro hac vice* to be submitted)
**Lowey Dannenberg, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
mmaclean@lowey.com
afiorilla@lowey.com

*Attorneys for Plaintiff and the Proposed Class*

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT A

1,918 captures
18 Feb 2011 – 12 Oct 2022
NOV DEC JAN
29
2017 2018 2019
About this capture
FILED DATE: 10/21/2022 10:28 AM 2022CH10435

# Legal Information

Terms & Conditions | Privacy | Cookies | Profiling | Arbitration | Safety Tips

*version 20180525*

Special notice to California users:

**You, the buyer, may cancel this agreement, without penalty or obligation, at any time prior to midnight of the third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, mail or deliver a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect, or you may email us at support@okcupid.com. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. For additional state specific information, please see the paragraph below on State Specific Terms.**

## Terms & Conditions

This website (the "Website") is operated by Humor Rainbow, Inc. in the case of users residing outside the European Union, and MTCH Technology Services Limited, in the case of users residing inside the European Union (together, "OkCupid"). The Terms of Use set forth below are binding on all users of this Website. By directing your browser to this Website or otherwise accessing the pages of this Website, you accept these Terms of Use. OkCupid may change the Terms of Use, or may modify or discontinue the Website or services offered thereon, at any time at its sole discretion. OkCupid reserves the right, at its sole discretion, to deny further or continuing access to the Website to any visitor, including, without limitation, any user that OkCupid determines has violated any aspect of these Terms of Use. OkCupid reserves the right, at its sole discretion, to seek and obtain any other remedies available to it pursuant to any applicable laws and regulations or at equity as a result of your breach of these Terms of Use or any other act or omission by you that gives rise to a claim by OkCupid.

## Adult users only

This Website is not intended for children under 18 years of age. If you are under 18, you are not authorized to use this Website and will not be afforded access to any features of this Website that allow for you to provide information to us or to share information with other users of this Website.

## Personal safety

OKCUPID STRONGLY ADVISES YOU TO USE EXTREME CAUTION BEFORE SHARING PERSONALLY IDENTIFIABLE INFORMATION WITH OTHER USERS OF THIS WEBSITE. OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON OR SCREENINGS OF ITS USERS. OKCUPID ALSO DOES NOT INQUIRE INTO THE BACKGROUNDS OF ITS MEMBERS OR ATTEMPT TO VERIFY THE STATEMENTS OF ITS MEMBERS BUT RESERVES THE RIGHT TO CONDUCT ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES), AT ANY TIME AND USING AVAILABLE PUBLIC RECORDS. YOU REPRESENT THAT YOU HAVE NEVER BEEN CONVICTED OF A FELONY AND THAT YOU ARE NOT REQUIRED TO REGISTER AS A SEX OFFENDER WITH ANY GOVERNMENT ENTITY.

Your safety and security are very important to us. The nature of this Website promotes the sharing of personal information by users with other users. OkCupid cannot and does not assure that it is safe for you to have direct contact with other users of this Website. Current technological developments make it possible for users of the Internet to obtain personal information about, and locate, other users, with very little other information. For example, it is possible to use certain widely available commercial Internet search engines to locate a person's home solely using that person's correct name. If you believe that any user of this Website is harassing you or is otherwise using personal information about you for unlawful purposes, we encourage you to first inform local law enforcement authorities and then to contact us via The Feedback Form so that we may take appropriate action to block further use of the Website by any user who is using this Website and information obtained from it for improper purposes.

IF YOU ARE UNDER 18 YEARS OF AGE BUT HAVE IMPROPERLY ACCESSED THIS WEBSITE BY PROVIDING FALSE INFORMATION TO US, NOT ONLY ARE YOU AN UNAUTHORIZED USER USING THIS WEBSITE IN VIOLATION OF THESE TERMS OF USE, BUT YOU MAY ALSO BE PUTTING YOURSELF AND OTHERS IN DANGER. YOU AGREE THAT OKCUPID IS NOT RESPONSIBLE FOR THE CONDUCT OF ANY USER OF THE WEBSITE AND IS NOT LIABLE (DIRECTLY OR INDIRECTLY) FOR ANY LOSSES OR DAMAGES WHATSOEVER ARISING OUT OF OR RELATING TO THE CONDUCT OF YOU OR ANYONE ELSE IN CONNECTION WITH THE USE OF THE WEBSITE.

By accessing this Website, you agree to use any personal information provided to you by other users of this Website in a lawful and responsible manner. You further agree that you will not use personal information about other users of this Website for any reason without the express prior consent of the user that has provided such information to you.

## A-List Membership and Other Paid Features

OkCupid is free, but if you would like to upgrade to an A-List membership or any other paid features (the "Service"), the following terms apply.

Billing and Payment. OkCupid bills you through an online account for use of the Service. You agree to pay OkCupid all charges you subscribe for on the Website using this online account. OkCupid may correct any billing errors or mistakes that it makes even if it has already requested or received payment. This paragraph includes any agreements you make on the Website when you purchase the Service. You agree to maintain current, complete and accurate information for your billing account at any time you have a subscription. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for you credit or debit card as provided by your credit or debit card issuer.

## Automatic Renewal

(1) Your subscription for the Service will continue indefinitely until cancelled by you. After your initial subscription period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. You agree that your account will be subject to this automatic renewal feature. If you do not wish your account to renew automatically, or if you want to change or terminate your subscription, please log in and go to the Change / Cancel Membership page. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term and your subscription will not be renewed thereafter. However, you won't be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period.

(2) By subscribing, you authorize OkCupid to charge your credit card, debit card or other payment method at such time and again at the beginning of any subsequent subscription period, including any sales or similar taxes imposed on your subscription payments. Upon the renewal of your subscription, if OkCupid does not receive payment, you agree that OkCupid may either terminate or suspend your subscription and continue to attempt to charge your payment method provider until payment is received (upon receipt of payment, your account will be activated and for purposes of automatic renewal, your new subscription commitment period will begin as of the day payment was received). If you do not terminate your subscription and/or if you continue to use the Service, you agree that OkCupid is authorized to charge the payment method in your online account. OkCupid may also seek payment directly from you. Your charges may be payable in advance, in arrears, per usage, or as otherwise described when you initially subscribed to the Service.

c. Promotions. Any free trial or other promotion that provides subscriber-level access to the Service must be used within the specified time of the trial. You must cancel your subscription before the end of the trial period in order to avoid being charged a subscription fee.

## Limited License

(1) When you purchase features on the Website for a fee, some purchases grant you an unlimited license to use a feature during a set time period. Other purchases may grant you a limited license to use a feature where the license is governed by the use of "tokens", "points" or similar terms ("License Triggers") during a set time period. Upon the expiration of the time period, any unused License Triggers expire. In some cases, we may redeem any unused License Triggers ourselves prior to termination and provide you the feature(s) related thereto so you have no unused License Triggers when the license period expired, although we are not obligated to do so. We may also give you a license to use features that use License Triggers for free or as part of a promotion. In all cases, any license to use any of our Services is subject to your compliance with these Terms & Conditions and a non-exclusive, non-transferable and revocable.

(2) You understand and agree that while License Triggers may be described as being "purchased", "bought", "redeemed" or "spent", the License Triggers themselves are not real world or virtual currency and do not refer to any credit balance of real currency or its equivalent. Rather, you receive a limited license to use certain features we offer and the License Triggers are for use only to organize how that license may be used. The purchase and sale of this limited license is a completed transaction upon receipt of your payment and is not refundable regardless of the extent to which you use the license. Your ability to use any License Triggers related a license is effective immediately once they are placed in your Account. If you choose to not use the license to its fullest extent, and let License Triggers expire or allow us to redeem them for you, if applicable, you may do so. Any License Trigger balance shown in your Account does not constitute a real-world balance or reflect any stored value, but instead only constitutes a measurement of the extent of your license. We may redeem any unused License Triggers for you promptly after their expiration date if we choose. If you delete your account, we are entitled to redeem all your unused License Triggers on the date of deletion.

(3) The terms of any purchase will be explained on the purchase page on our website, where you will provide your billing information and confirm the particulars of your purchase. If you purchase a license that uses License Triggers, your order will represent an offer to us to purchase a license for the relevant feature(s) which will be accepted by us when we make the License Triggers available in your Account or debit your credit card, whichever comes first, and you can then use the feature(s) immediately. Some purchases will automatically renew. If a purchase that automatically renews involves License Triggers, we will charge your payment method upon the expiration of the license you purchased and the number of License Triggers you originally purchased will be added to your Account to allow you to continue to use the licensed feature(s). Any additional terms of any purchase including an automatic renewal will be explained on the purchase page, which are incorporated herein.

## Privacy

You should appreciate that all information submitted on the Website might potentially be publicly accessible. Important and private information should be protected by you. We are not responsible for protecting, nor are we liable for failing to protect, the privacy of electronic mail or other information transferred through the Internet or any other network that you may utilize. See OkCupid's privacy policy for more information regarding privacy. The privacy policy is incorporated into and a part of these Terms of Use.

## Security

OkCupid uses industry standard efforts, such as firewalls, to safeguard the confidentiality of your personally identifiable information. However, *perfect security* does not exist on the internet; OkCupid cannot and does not guarantee that any personally identifiable information provided to us will not become public under any circumstances.

## Access and proprietary rights

So long as you comply with these Terms of Use, you are authorized to access, use and make a limited number of copies of information and materials available on this Website only for purposes of your personal use in order to learn more about OkCupid or its products and services, or to otherwise communicate with OkCupid or utilize its services. Any copies made by you must retain without modification any and all copyright notices and other proprietary marks. The pages and content on this Website may not be copied, distributed, modified, published, or transmitted in any other manner, including use for creative work or to sell or promote other products. Violation of this restriction may result in infringement of intellectual property and contractual rights of OkCupid or third parties which is prohibited by law and could result in substantial civil and criminal penalties.

Without limiting the foregoing, if you believe that your work has been copied and posted on the Website in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Website (and such description must be reasonably sufficient to enable OkCupid to find the alleged infringing material);
- your address, telephone number and email address;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notice of claims of copyright infringement should be provided to OkCupid's Copyright Agent at copyright@match.com or the following address:

OkCupid Humor Rainbow, Inc. Copyright Compliance Department 8750 N. Central Expressway, Suite 1400 Dallas, Texas 75231 (214) 576-3272

OkCupid will terminate the account of repeat infringers.

Humor Rainbow, OkCupid, OkCupid.com, and other identifying marks of OkCupid are proprietary to OkCupid. You may not use these marks for any purpose without the express prior written consent of OkCupid. Except as expressly set forth above, these Terms of Use do not grant to you any express, implied or other license or right under any patent, trademark or copyright of OkCupid or any third party.

In certain instances, OkCupid may agree to provide you with access to secure, password protected pages of the Website. Such access is restricted to authorized users only; any attempt by you to access these areas without authorization may subject you to criminal or civil liability.

## Links

This Website may contain links to other websites that are not operated or controlled by OkCupid. Use of these links to access other Internet sites is at your own risk. OkCupid is not responsible for the accuracy, reliability or quality of any information or services provided or products sold at these sites. OkCupid establishes links to other websites for the convenience of its users; however, such links are not intended to be an endorsement of the other website.

## Notices and disclaimers

THE CONTENTS OF THIS WEBSITE ARE PROTECTED BY COPYRIGHT AND MAY NOT BE COPIED OR OTHERWISE REPRODUCED WITHOUT OkCupid'S WRITTEN PERMISSION EXCEPT AS EXPRESSLY SET FORTH ABOVE. USERS MAY NOT PUBLISH OR CREATE DERIVATIVE WORKS FROM THE CONTENTS OF THIS WEBSITE FOR ANY PUBLIC OR COMMERCIAL PURPOSES.

The products and services mentioned or promoted on the Website, including password protected information relating thereto may be changed by OkCupid at any time without notice. Information about products or services offered by third parties are referred to on the Website for information purposes only. OkCupid's provision of any such information is not intended to constitute an endorsement or recommendation, by OkCupid, of such products or services.

USE OF THIS WEBSITE IS PROVIDED "AS IS, WHERE IS," AS AN ACCOMMODATION, AND WITHOUT WARRANTY OF ANY KIND, NOR DOES OKCUPID PROVIDE ANY WARRANTIES OF ANY KIND IN RESPECT OF ANY GOODS AND SERVICES PURCHASED OR PROVIDED VIA THIS WEBSITE (UNLESS OTHERWISE EXPRESSLY STATED IN WRITING IN THE RELEVANT TERMS AND CONDITIONS OF SALE) OR ANY LINKS TO THIS WEBSITE. OKCUPID EXPRESSLY EXCLUDES ANY EXPRESS OR IMPLIED WARRANTY OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT IN RESPECT OF THIS WEBSITE AND ANY GOODS OR SERVICES PURCHASED VIA THIS WEBSITE OR ANY LINKS TO THIS WEBSITE. IN NO EVENT SHALL OKCUPID BE LIABLE FOR DAMAGES OF ANY KIND INCURRED BY YOU AS A RESULT OF ANY INACCURACY OR ERROR IN THE INFORMATION PROVIDED ON THE WEBSITE, ANY DEFICIENCY, ERROR OR INTERRUPTION IN THE WEBSITE, OR ANY DEFICIENCY, DEFECT OR FAILURE OF ANY GOODS OR SERVICES PURCHASED OR PROVIDED VIA THIS WEBSITE OR ANY LINKS TO THIS WEBSITE. OKCUPID SHALL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, CONSEQUENTIAL, OR INCIDENTAL DAMAGES INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR REVENUES, COSTS OF REPLACEMENT GOODS, LOSS OR DAMAGE TO DATA OR EQUIPMENT ARISING OUT OF YOUR RELIANCE ON THE INFORMATION PROVIDED ON THIS WEBSITE, THE USE OR INABILITY TO USE THIS WEBSITE, OR ANY DEFICIENCY, DEFECT OR FAILURE OF ANY GOODS OR SERVICES PURCHASED OR PROVIDED VIA THIS WEBSITE OR ANY LINKS TO THIS WEBSITE, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOUR SOLE REMEDY IN THE EVENT OF ANY DEFICIENCY, DEFECT, FAILURE, ERROR OR INTERRUPTION SHALL BE TO REQUEST THAT OKCUPID CORRECT THE MATTER OR, IF OKCUPID FAILS TO DO SO, TO DISCONTINUE USE OF THE WEBSITE OR ANY RELEVANT GOODS OR SERVICES AT YOUR OPTION.

## Arbitration and Governing Law

The exclusive means of resolving any dispute or claim arising out of or relating to these Terms of Use (including any alleged breach thereof), the Service, or the Website shall be BINDING ARBITRATION administered by the American Arbitration Association under the Consumer Arbitration Rules. The one exception to the exclusivity of arbitration is that you have the right to bring an individual claim against the Company in a small-claims court of competent jurisdiction. But whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

b. By using the Website or the Service in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

c. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in New York County, New York. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

d. This Agreement, and any dispute between you and the Company, shall be governed by the laws of the state of New York without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.

Your use of this Website is governed by all applicable laws and regulations of the United States and any state and locality having jurisdiction. Information on this Website may be subject to U.S. export control restrictions. Your use of this Website may be subject to the laws of other countries if you are not located in the United States.

## Unique and bona fide profile

You agree to create only one unique profile. In addition, in order to maintain the integrity of the Website, by joining, you agree that your use of the Website shall be for bona fide relationship-seeking purposes (for example, you may not use the Website solely to compile a report of compatible singles in your area, or to write a school research paper). From time to time, we may create test profiles in order to monitor the operation of our services.

## Commercial use prohibited

The Website is for your personal use only and may not be used in connection with any commercial endeavors. Organizations, companies, and/or businesses may not join and use the Website for any purpose. Illegal and/or unauthorized uses of the Website, including collecting usernames and/or email addresses by electronic or other means for the purpose of sending unsolicited email or using personal identifying information for commercial purposes, linking to the Website, or unauthorized framing may be investigated and appropriate legal action will be taken, including without limitation, civil, criminal, and injunctive redress. Use of the Website is with our permission, which may be revoked at any time, for any reason, in our sole discretion. At our sole discretion, we may take reasonable steps, including limiting the numbers of emails you send or receive and electronically filtering or throttling or terminating your e-mail.

## Conduct

In your digital interactions with other users (including, but not limited to: site messages, instant messages, journal postings, and forum comments), you agree to conduct yourself civilly and respectfully. While using the website, you agree that you shall not under any circumstances harass or make mischief against any other user of the Website. OkCupid reserves the right to determine, at its sole discretion, what constitutes harassment or mischief, and where that has occurred; and may, also at its sole discretion, partially or completely deny service to any infringing party. As part of these efforts, OkCupid may enlist the help of its active users to moderate flagged messages, comments and other content to determine if a user's conduct is harmful to the community.

## Communications

You agree and consent to receive email messages from us. These emails may be transactional or relationship communications relating to the Website, such as administrative notices and service announcements or changes, or emails containing commercial offers, promotions or special offers from us or third party partners.

## Special State Terms

The following provisions are added to this Agreement for subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin:

You, the buyer, may cancel this agreement, without penalty or obligation, at any time prior to midnight of the third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, mail or deliver a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. This notice shall be sent to:

OkCupid
Attn: Cancellations
P.O. Box 25472
Dallas, Texas 75225, USA

(in addition, California and Ohio users may email us at support@okcupid.com or send a facsimile to 214-853-4309).

Please include your OkCupid username and email address in any correspondence or your refund may be delayed. If you cancel, OkCupid will return, within ten days of the date on which you give notice of cancellation, any payments you have made. If you send or deliver the notice to cancel your subscription agreement within such three day period, we will refund the full amount of your subscription.

In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of OkCupid) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice at the same address as listed above.

© OkCupid 2018

https://www.okcupid.com/legal/arbitration    Go

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 120 of 1583 PageID #:129

702 captures
2 Aug 2014 – 19 Jul 2022

AUG MAY JUL
2018 **2019** 2020

About this capture

**Join the best free dating site on Earth.**

Sign in    Sign up

# Legal Information

Terms & Conditions    Privacy    Cookies    Profiling    **Arbitration**    Safety Tips

*version 20190429*

1. **Overview.** Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution.** OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator.** The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules.** The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration.** To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees.** You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery.** Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator.** Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality.** Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. **Arbitration Hearing.** The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

11. **Arbitration Award.** The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.



2022CH10435

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT B

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

TERMS OF USE

Last revised on September 14, 2016

Welcome to Tinder, operated by Tinder, Inc. (the "Company" or "Tinder").

By creating a Tinder account or by using the Tinder iMessage app ("Tinder iMessage"), whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by these Terms of Use and our Privacy Policy, which is incorporated by reference into this Agreement and available in the Service (this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use the Service.

1. Acceptance of Terms of Use Agreement.

1. This Agreement is an electronic contract that establishes the legally binding terms you must accept to use the Service. This Agreement includes the Company's (i) Privacy Policy, (ii) our Safety Tips and (iii) terms disclosed and agreed to by you if you purchase or accept additional features, products or services we offer on the Service.
2. We may, at any time and for any reason make changes to this Agreement. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Services under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the version that applies. If the changes include material changes that affect your rights or obligations, we will notify you of the changes by reasonable means, which could include notification through the Services or via email. If you continue to use the Services after the changes become effective, then you shall be deemed to have accepted those changes. If you don't agree to these changes, you must end your relationship with us by ceasing to use the Services and leaving Tinder.

2. Eligibility. You must be at least 18 years of age to create an account on Tinder and use the Service. By creating and account and using the Service, you represent and warrant that you can form a binding contract with Tinder, you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction–meaning that you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition, and you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations. If you create an account, you represent and warrant that you have never been convicted of a felony and that you are not required to register as a sex offender with any state, federal or local sex offender registry.
3. Creating an Account on Tinder. In order to use Tinder, you must have or create a Facebook account and sign in using your Facebook login. If you do so, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile and information about Facebook friends you might share in common with other Tinder users. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.
4. Terms for Tinder iMessage. Tinder iMessage is an iMessage app that allows users to have a Tinder-like experience outside of Tinder. Through Tinder iMessage, you can select photos from your mobile device to create your own card stack to share with your contacts. Contacts who have Tinder iMessage will be able to vote on the photos by swiping right, swiping left or using the voting buttons, and you see the results of the vote. Tinder iMessage operates separately from the main Tinder experience, so when you use Tinder iMessage, you aren't creating an account, logging in with Facebook, sharing your Facebook details with us or creating a profile that will be shown on Tinder.
5. Term and Termination. This Agreement will remain in full force and effect while you use the Service and/or have a Tinder account. You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. The Company may terminate or suspend your account at any time without notice if the Company believes that you have breached this Agreement in its sole discretion. Upon such termination or suspension, you will not be entitled to any refund of unused fees for in app purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply: Section 5, Section 9, Section 10(e), Section 16, and Sections 17-20.
6. Non-commercial Use by Users. The Service is for personal use only. Users may not use the Service or any content contained in the Service (including, but not limited to, content of other users, designs, text, graphics, images, video, logos, software, and computer code) in connection with any commercial endeavors, such as advertising or soliciting any user to buy or sell any products or services not offered by the Company. Users of the Service may not use any information obtained from the Service to contact, advertise to, solicit, or sell to any other user without his or her prior explicit consent. Organizations, companies, and/or businesses may not use the Service for any purpose except with Tinder's express consent (such as for promoted profiles or other advertisements), which Tinder may provide or deny in its sole discretion. The Company may investigate and take any available legal action in response to illegal and/or unauthorized uses of the Service.
7. Account Security. You are responsible for maintaining the confidentiality of your Facebook login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. You agree to immediately notify the Company of any disclosure or unauthorized use of your login credentials at help@gotinder.com.
8. Your Interactions with Other Users.

1. YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. YOU UNDERSTAND THAT THE COMPANY CURRENTLY DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS USERS. THE COMPANY ALSO DOES NOT VERIFY THE STATEMENTS OF ITS USERS. THE COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OF USERS OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE USERS. THE COMPANY RESERVES THE RIGHT TO CONDUCT ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES), AT ANY TIME AND USING AVAILABLE PUBLIC RECORDS.
2. The Company is not responsible for the conduct of any user. As noted in and without limiting Sections 16 and 18 below, in no event shall the Company, its affiliates or its partners be liable (directly or indirectly) for any losses or damages whatsoever, whether direct, indirect, general, special, compensatory, consequential, and/or incidental, arising out of or relating to the conduct of you or anyone else in connection with the use of the Service including, without limitation, death, bodily injury, emotional distress, and/or any other damages resulting from communications or meetings with other users or persons you meet through the Service. You agree to take all necessary precautions in all interactions with other users, particularly if you decide to communicate off the Service or meet in person, or if you decide to send money to another user. In addition, you agree to review and follow the Company's Safety Tips, located in the Service, prior to using the Service. You should not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money, to other users.

9. Proprietary Rights. The Company owns and retains all proprietary rights in the Service, and in all content, trademarks, trade names, service marks and other intellectual property rights related thereto. The Service contains the copyrighted material, trademarks, and other proprietary information of the Company and its licensors. You agree to not copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, trademarks, trade names, service marks, or other intellectual property or proprietary information accessible through the Service, without first obtaining the prior written consent of the Company or, if such property is not owned by the Company, the owner of such intellectual property or proprietary rights. You agree to not remove, obscure or otherwise alter any proprietary notices appearing on any content, including copyright, trademark and other intellectual property notices.
10. Content Posted by You in the Service.

1. You are solely responsible for the content and information that you post, upload, publish, link to, transmit, record, display or otherwise make available (collectively, "post") on the Service or transmit to other users, including text messages, chat, videos, photographs, or profile text, whether publicly posted or privately transmitted (collectively, "Content"). You may not post as part of the Service, or transmit to the Company or any other user (either on or off the Service), any offensive, inaccurate, incomplete, abusive, obscene, profane, threatening, intimidating, harassing, racially offensive, or illegal material, or any material that infringes or violates another person's rights (including intellectual property rights, and rights of privacy and publicity). You represent and warrant that (i) all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and that you will promptly update any information provided by you that subsequently becomes inaccurate, incomplete, misleading or false and (ii) you have the right to post the Content on the Service and grant the licenses set forth below.
2. You understand and agree that the Company may, but is not obligated to, monitor or review any Content you post as part of a Service. The Company may delete any Content, in whole or in part, that in the sole judgment of the Company violates this Agreement or may harm the reputation of the Service or the Company.
3. By posting Content as part of the Service, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute the Content. This license is for the limited purpose of operating, developing, providing, promoting, and improving the Service and researching and developing new ones.
4. In addition to the types of Content described in Section 10(a) above, the following is a partial list of the kind of Content that is prohibited in the Service. You may not post, upload, display or otherwise make available Content that:

- promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;
- advocates harassment or intimidation of another person;
- requests money from, or is intended to defraud, other users of the Service;
- spams or solicits Tinder's users;
- promotes information that is false or misleading, or promotes illegal activities or conduct that is defamatory, libelous or otherwise objectionable;
- promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs, images, audio or video files or links to them;
- contains video, audio photographs, or images of another person without his or her permission (or in the case of a minor, the minor's legal guardian);
- contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);
- provides material that exploits people in a sexual, violent or other illegal manner, or solicits personal information from anyone under the age of 18;
- provides instructional information about illegal activities such as making or buying illegal weapons or drugs, violating someone's privacy, or providing, disseminating or creating computer viruses;
- contains viruses, time bombs, trojan horses, cancelbots, worms or other harmful, or disruptive codes, components or devices;
- impersonates, or otherwise misrepresents affiliation, connection or association with, any person or entity;
- provides information or data you do not have a right to make available under law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information);
- disrupts the normal flow of dialogue, causes a screen to "scroll" faster than other users are able to type, or otherwise negatively affects other users' ability to engage in real time exchanges; and
- solicits passwords or personal identifying information for commercial or unlawful purposes from other users or disseminates another person's personal information without his or her permission.

The Company reserves the right, in its sole discretion, to investigate and take any legal action against anyone who violates this provision, including removing the offending communication from the Service and terminating or suspending the account of such violators.

5. Your use of the Service, including all Content you post through the Service, must comply with all applicable laws and regulations. You agree that the Company may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service or allow you to use the Service in the future; or (v) protect the rights, property or personal safety of the Company or any other person.
6. You agree that any Content you place on the Service may be viewed by other users and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder users).

11. Prohibited Activities. The Company reserves the right to investigate, suspend and/or terminate your account if you have misused the Service or behaved in a way the Company regards as inappropriate or unlawful, including actions or communications the occur off the Service but involve users you meet through the Service. The following is a partial list of the type of actions that you may not engage in with respect to the Service. You will not:

- impersonate any person or entity.
- solicit money from any users.
- post any Content that is prohibited by Section 10.
- "stalk" or otherwise harass any person.
- express or imply that any statements you make are endorsed by the Company without our specific prior written consent.
- use the Service in an illegal manner or to commit an illegal act.
- access the Service in a jurisdiction in which it is illegal or unauthorized.
- use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine", or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- collect usernames and/or email addresses of users by electronic or other means for the purpose of sending unsolicited email or unauthorized framing of or linking to the Service.
- interfere with or disrupt the Service or the servers or networks connected to the Service.
- transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service (either directly or indirectly through use of third party software).
- "frame" or "mirror" any part of the Service, without the Company's prior written authorization.
- use meta tags or code or other devices containing any reference to the Company or the Service (or any trademark, trade name, service mark, logo or slogan of the Company) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service any software used on or for the Service, or cause others to do so.
- post, use, transmit or distribute, directly or indirectly, (e.g. screen scrape) in any manner or media any content or information obtained from the Service other than solely in connection with your use of the Service in accordance with this Agreement.

12. Customer Service. The Company provides assistance and guidance through its customer care representatives. When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening or offensive, we reserve the right to immediately terminate your account.
13. In App Purchases.

1. Generally. From time to time, Tinder may offer additional products and services for purchase ("in app purchases") through the App Store ℠, Google Play or other application platforms authorized by Tinder (each, a "Software Store"). If you choose to make an in app purchase, you will be prompted to enter details for your account with the mobile platform you are using (e.g., Apple, Android, etc.) ("your IAP Account"), and your IAP Account will be charged for the in app purchase in accordance with the terms disclosed to you at the time of purchase as well as the general terms for in app purchases that apply to your IAP Account. Some Software Stores may charge you sales tax, depending on where you live. If you purchase an auto-recurring periodic subscription through an in app purchase, your IAP Account will be billed continuously for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to log in to your IAP account and follow instructions to cancel your subscription. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term; your subscription will not be renewed after your then-current term expires. However, you won't be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period. Please refer to the terms of your application platform which apply to your in app purchases.
2. Super Likes and Other Virtual Items. From time to time, you may be able to purchase, with "real world" money, a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," including but not limited to Super Likes (collectively, "Virtual Items"). You are only allowed to purchase Virtual Items from us or our authorized partners through the Service and not in any other way. Purchase and use of Virtual Items through a Software Store is subject to such Software Store's governing documents, including but not limited to its terms of service and privacy policy. Regardless of the terminology used, Virtual Items represent a limited license right governed by this Agreement. Except as otherwise prohibited by applicable law, Virtual Items obtained by you are licensed to you, and you acknowledge that no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items. Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service or your Account is otherwise terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any third party in the event that Tinder exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through the Service. ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH THE SERVICE ARE FINAL AND NON-REFUNDABLE. The provision of Virtual Items for use in the Service is a service provided by Tinder that commences immediately upon the acceptance of your purchase of such Virtual Items. You agree to pay all fees and applicable taxes incurred by you or anyone using your Tinder account. Tinder may revise the pricing for the goods and services offered through the Service at any time. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

14. Modifications to Service. The Company reserves the right at any time to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. You agree that the Company shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service. To protect the integrity of the Service, the Company reserves the right at any time in its sole discretion to block users from certain IP addresses from accessing the Service.
15. Copyright Policy; Notice and Procedure for Making Claims of Copyright Infringement. You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable the Company to find the alleged infringing material, such as a url);
- your address, telephone number and email address;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notice of claims of copyright infringement should be provided to the Company's Copyright Agent at copyright@match.com or the following address:

Copyright Agent
c/o Tinder Legal
P.O. Box 25458
Dallas, Texas 75225

The Company will terminate the accounts of repeat infringers.

16. Disclaimers.

3. You acknowledge and agree that neither the Company nor its affiliates and third party partners are responsible for and shall not have any liability, directly or indirectly, for any loss or damage, including personal injury or death, as a result of or alleged to be the result of (i) any incorrect or inaccurate Content posted in the Service, whether caused by users or any of the equipment or programming associated with or utilized in the Service; (ii) the timeliness, deletion or removal, incorrect delivery or failure to store any Content or communications; (iii) the conduct, whether online or offline, of any user; (iv) any error, omission or defect in, interruption, deletion, alteration, delay in operation or transmission, theft or destruction of, or unauthorized access to, any user or user communications; or (v) any problems, failure or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any website or combination thereof, including injury or damage to users or to any other person's computer or device related to or resulting from participating or downloading materials in connection with the Internet and/or in connection with the Service. TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, THE COMPANY PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. THE COMPANY DOES NOT REPRESENT OR WARRANT THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR FREE, SECURE OR THAT ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED.
4. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR AND HEREBY WAIVE ANY AND ALL CLAIMS AND CAUSES OF ACTION WITH RESPECT TO ANY DAMAGE TO YOUR DEVICE, COMPUTER SYSTEM, INTERNET ACCESS, DOWNLOAD OR DISPLAY DEVICE, OR LOSS OR CORRUPTION OF DATA THAT RESULTS OR MAY RESULT FROM THE DOWNLOAD OF ANY SUCH MATERIAL. IF YOU DO NOT ACCEPT THIS LIMITATION OF LIABILITY, YOU ARE NOT AUTHORIZED TO DOWNLOAD OR OBTAIN ANY MATERIAL THROUGH THE SERVICE.
5. From time to time, the Company may make third party opinions, advice, statements, offers, or other third party information or content available through the Service. All third party content is the responsibility of the respective authors of such content. THE COMPANY DOES NOT: (I) GUARANTEE THE ACCURACY, COMPLETENESS, OR USEFULNESS OF ANY THIRD PARTY CONTENT PROVIDED THROUGH THE SERVICE, OR (II) ADOPT, ENDORSE OR ACCEPT RESPONSIBILITY FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE, OR STATEMENT MADE BY ANY PARTY THAT APPEARS IN THE SERVICE. UNDER NO CIRCUMSTANCES WILL THE COMPANY OR ITS AFFILIATES BE RESPONSIBLE OR LIABLE FOR ANY LOSS OR DAMAGE RESULTING FROM YOUR RELIANCE ON INFORMATION OR OTHER CONTENT POSTED IN THE SERVICE, OR TRANSMITTED TO OR BY ANY USERS.

17. Links. The Service may contain, and the Service or third parties may provide, advertisements and promotions offered by third parties and links to other web sites or resources. You acknowledge and agree that the Company is not responsible for the availability of such external websites or resources, and does not endorse and is not responsible or liable for any content, information, statements, advertising, goods or services, or other materials on or available from such websites or resources. Your correspondence or business dealings with, or participation in promotions of, third parties found in or through the Service are solely between you and such third party. You further acknowledge and agree that the Company shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of, or reliance upon, any such content, information, statements, advertising, goods or services or other materials available on or through any such website or resource.
18. Limitation on Liability. TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, IN NO EVENT WILL THE COMPANY, ITS AFFILIATES, BUSINESS PARTNERS, LICENSORS OR SERVICE PROVIDERS BE LIABLE TO YOU OR ANY THIRD PERSON FOR ANY INDIRECT, RELIANCE, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, LOSS OF GOODWILL, DAMAGES FOR LOSS, CORRUPTION OR BREACHES OF DATA OR PROGRAMS, SERVICE INTERRUPTIONS AND PROCUREMENT OF SUBSTITUTE SERVICES, EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, THE COMPANY'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER, AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO THE COMPANY FOR THE SERVICE WHILE YOU HAVE AN ACCOUNT.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

19. Arbitration and Governing Law.

6. Except for users residing within the European Union, Norway and elsewhere where prohibited by applicable law:

- The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or the Service shall be BINDING ARBITRATION administered by the American Arbitration Association. The one exception to the exclusivity of arbitration is that you have the right to bring an individual claim against the Company in a small-claims court of competent jurisdiction. But whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.
- By using the Service in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.
- Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.
- This Agreement, and any dispute between you and the Company, shall be governed by the laws of the state of Texas without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.

7. For users residing in the European Union, Norway or elsewhere where this arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or the Services. All claims arising out of or relating to this Agreement or the Services will be litigated exclusively in the federal or state courts of Dallas County, Texas, USA, and you and Tinder consent to personal jurisdiction in those courts.

20. Indemnity by You. You agree to indemnify and hold the Company, its subsidiaries, and affiliates, and its and their officers, agents, partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your breach of or failure to comply with this Agreement (including any breach of your representations and warranties contained herein), any postings or Content you post in the Service, and the violation of any law or regulation by you. The Company reserves the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with the Company in connection therewith.
21. Notice. The Company may provide you with notices, including those regarding changes to this Agreement, using any reasonable means, which may include email, SMS, MMS, text message or postings in the Service. Such notices may not be received if you violate this Agreement by accessing the Service in an unauthorized manner. You agree that you are deemed to have received any and all notices that would have been delivered had you accessed the Service in an authorized manner.
22. Entire Agreement; Other. This Agreement, with the Privacy Policy and any specific guidelines or rules that are separately posted for particular services or offers in the Service, contains the entire agreement between you and the Company regarding the use of the Service. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your profile or contents within your Tinder account terminate upon your death. No agency, partnership, joint venture or employment is created as a result of this Agreement and you may not make any representations or bind the Company in any manner.
23. Special State Terms. The following provisions are added to this Agreement for Tinder Plus subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin:

You, the buyer, may cancel this Agreement, without penalty or obligation, at any time prior to midnight of the third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, please follow these instructions:

If you subscribed to Tinder Plus using your Apple ID:

To request a refund, go to iTunes, click on your Apple ID, select "View Apple ID," sign in if requested, select "Purchase History," find the transaction, and tap "Report Problem." You can also submit a request at https://getsupport.apple.com/ContactInfo.action.

If you subscribed to Tinder Plus using your Google Play Store Account:

Please tap the "Contact Us" button at the bottom of the "Need Help" Section on the Tinder app and provide us with the order number. You can find the order number in the order confirmation email from the Google Play Store.

In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice at the same address as listed above.

https://www.gotinder.com/     Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 123 of 1583 PageID #:132     Go

3,637 captures
2 Sep 2012 – 13 Oct 2022

Arbitration Procedures

1. <u>Overview.</u> Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. <u>Pre-Arbitration Dispute Resolution.</u> Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. <u>Administrator.</u> The administrator for the arbitration is the American Arbitration Association ("AAA"), a non-profit organization that is not affiliated with Tinder. The AAA facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the AAA's roster of neutral arbitrators. For information on the AAA, please visit its website, http://www.adr.org. Information about the AAA's rules and fees for consumer disputes can be found at the AAA's consumer arbitration page, http://www.adr.org/ consumer_arbitration.

4. <u>Applicable Rules.</u> The arbitration will be governed by the AAA's Consumer Arbitration Rules (the "AAA Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the AAA Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the AAA Rules.

5. <u>Commencing an Arbitration.</u> To commence an arbitration against Tinder, you must complete a short form, submit it to the AAA, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, see the AAA's claim filing page, http://www.adr.org/fileacase. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. <u>Fees.</u> You are responsible for paying your portion of the fees set forth in the AAA's fee schedule for consumer disputes. Tinder will pay all remaining fees. If your claim against Tinder is for less than $1,000, we will pay all fees. If you believe you cannot afford the AAA's fee, you may apply to the AAA for a fee waiver.

7. <u>Selection of the Arbitrator.</u> The parties, using the AAA's standard procedures, will select a single arbitrator from a roster of neutrals prepared by the AAA.

8. <u>Discovery.</u> Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such discovery requests must be served on the other party within 10 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

9. <u>Communications with the Arbitrator.</u> Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

10. <u>Confidentiality.</u> Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

11. <u>Arbitration Award.</u> The arbitrator will render a written decision within 14 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

2022CH10435

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

# EXHIBIT C

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



Jonathan Gardner
Partner

212 907 0839 direct
212 907 0700 main
212 883 7063 fax
jgardner@labaton.com

New York Office
140 Broadway
New York, NY 10005

April 19, 2022

**VIA EMAIL**
Stephen Broome, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
stephenbroome@quinnemanuel.com

**Confidential Communication Pursuant to Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

       Re:    Discussion Regarding Claimants' BIPA Claims

Dear Stephen,

We write in response to your April 6, 2022 correspondence.

Over the course of the last ten months, we have attempted in good faith to informally resolve our clients' claims against Match Group, Inc., Match Group, LLC, Hinge, Inc., Humor Rainbow, Inc., People Media, Inc., and Affinity Apps, LLC (collectively "Match Group")[1] in accordance with the informal dispute period prescribed by each of Match Group's dating sites[2]. Unfortunately, our good faith attempts were met with baseless accusations and attacks on our firm, delay tactics cloaked in mediation and several meet and confers regarding potential neutral expert review of the dating sites' source code and algorithms, and now egregious amendments and revisions to the terms of Match Group's dating sites to impose burdensome notice and procedural requirements with an attempt to have them applied to our clients retroactively.

---

[1] Match Group LLC's (d/b/a/ "Tinder" and "Match.com") ("Tinder" and "Match," respectively), Hinge, Inc.'s (d/b/a "Hinge"), Humor Rainbow, Inc.'s (d/b/a OkCupid) ("OkCupid"), People Media, Inc.'s (d/b/a "OurTime") ("OurTime"), Plentyoffish Media ULC's (f/k/a Plentyoffish Media, LLC, d/b/a/ "Plenty of Fish") ("POF"), and Affinity Apps, LLC's (a/k/a Affinity Apps, LTD d/b/a www.blk-app.com/en and www.chispa-app.com/en) ("BLK" and "Chispa") (collectively referred to as "Match Group Dating Sites")

[2] "Match Group dating sites" refers to Tinder, Match.com, Hinge, OkCupid, OurTime, PlentyofFish, BLK, and Chispa.

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

April 19, 2022
Page 2

Match Group's dilatory conduct not only violates general litigation principles but it offends the spirit of arbitration.[3]   For these reasons and those set forth below, we will be pursuing individual arbitrations on behalf of 7,234 Claimants before JAMS.

We have been engaging with Match Group since June 7, 2021, when Samuel Kitchens, General Counsel for Match Group, contacted Labaton to schedule a call to discuss our Firm's anticipated claims against Match Group for violating Illinois' Biometric Information Privacy Act ("BIPA"). After a zoom call that was followed by a few email exchanges, we formally noticed Match Group of our clients' claims on September 2, 2021.

Since September 2021, we have received many empty promises.  Our September 2, 2021 notice explained that we would begin filing claims in thirty (30) days if we did not hear back from Match Group.  We did not hear back from Match Group until October 1, 2021, when we were told that Match Group had been working diligently to assess our claims and expected "to have a comprehensive response to [our] letter soon and would hope to thereafter discuss a resolution for [our] cases."   We responded that we could provide additional time but would begin filing arbitrations if we did not receive Match Group's response by October 15th.  We never received that "comprehensive response," just outreach by you, outside counsel.

Our initial zoom calls were seemingly productive.  On October 26, 2021, we executed a Tolling & Stand Down Agreement[4] and agreed to mediation with Robert Meyer at California's JAMS Century City office.  We then spent the next few weeks providing JAMS and Mr. Meyer with all requested case information, agreed to submit and exchange mediation statements, and participated in conference calls to ensure efficiency and a productive mediation on December 3, 2021.

---

[3] The benefits of arbitration (*e.g.,* lower costs, greater efficiency, and speed) are well-recognized.  However, these laudable objectives may be frustrated if an arbitration provision is exploited as a tool for gamesmanship or evasion. *See, e.g., In re Grupo Unidos Por El Canal, S.A.*, No. 14-mc-00226-MSK-KMT, 2015 WL 1810135, at *5 (D. Colo. Apr. 17, 2015) (citing *AT& T Mobility LLC v. Concepcion*, 131 S.Ct. 1740, 1751 (2011)). The Tenth Circuit has acknowledged that "arbitration laws are passed to expedite and facilitate the settlement of disputes and avoid the delay caused by litigation. It was never intended that these laws should be used as a means of furthering and extending delays." *In re Cox Enterprises, Inc.,* 790 F.3d at 1118 (quoting *Radiator Specialty Co. v. Cannon Mills*, 97 F.2d 318, 319 (4th Cir. 1938)). *Cf. Menorah Ins. Co., Ltd. v. INX Reinsurance Corp*., 72 F.3d 218, 222-23 (1st Cir. 1995) ("Arbitration clauses were not meant to be another weapon in the arsenal for imposing delay and costs in the dispute resolution process."); *Sucrest Corp. v. Chimo Shipping Ltd.*, 236 F. Supp. 229, 230 (S.D.N.Y. 1964) (holding that "[d]ilatory conduct or delay, in the face of a known duty to act," can be construed as "conduct inconsistent with an intention to arbitrate"). *In re Tyco Int'l Ltd. Secs. Litig.*, 422 F.3d, 41, 46 (1st Cir. 2005). ("[e]ven as justice delayed may amount to justice denied, so it is with arbitration." […] "[A] party should not be allowed purposefully and unjustifiably to manipulate the exercise of its arbitral rights simply to gain an unfair tactical advantage over the opposing party.")

[4] All claims were tolled from October 15, 2021, through December 31, 2021.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

April 19, 2022
Page 3

Before mediation, Match Group expressed difficulty assessing our clients' claims and asked for a supplemental notice letter that included citations and a list of evidence gathered by Claimants' counsel to date that we intended to rely on at mediation and/or when commencing arbitration. We agreed to produce a list and did so on November 5, 2021, despite Match Group having all information readily available and in its possession. In response, Match Group complained that we had provided too much information and too many references/citations for their counsel to review and requested that we "identify the 5-10 sources [Labaton] believe[ed] best evidence Match Group's alleged BIPA violations." Despite being in pre-discovery and having only the benefit of publicly available information, we provided Match Group with the six (6) categories of documents that we believed produced our strongest evidence *before* conducting discovery. Said categories included versions of the dating sites, patents, SEC filings, investor presentations, news articles, and prior and/or pending lawsuits against Match Group, including lawsuits involving patent infringement and the sharing of biometric data. Nevertheless, Match Group was once again not satisfied with our response and used multiple pages of its mediation statement to complain about it.

On November 26, 2021, the parties exchanged their mediation statements. Claimants submitted a 25-page mediation statement outlining in detail their claims, the evidence relied upon thus far, and even went as far as to attach a draft of our arbitration demand that we intended to file with JAMS should our claims not resolve during mediation. Claimants' demand consisted of more than 80-pages of information that provided a well-established foundational basis for their claims. On the other hand, Match Group submitted a mediation statement declaring that neither Match Group nor its dating sites violated BIPA without a single citation or shred of supporting evidence. Worse, Match Group refused to participate in meaningful discussions during the December 3rd mediation or provide any evidence supporting its positions. Instead, Match Group, who insisted that we attend the mediation in person, appeared with only the intent to convince the mediator that the Claimants had no valid claims and that we should abandon our efforts. The mediation lasted less than two (2) hours. It remains unclear why Match Group engaged in mediation and insisted, amidst a continuing global pandemic, that everyone fly to the west coast to be present.

In January, we continued to investigate our claims against Match Group and learned from former employees of the Match Group dating sites some of the reasons for which biometric data is being collected and how it is being used. In response, Match Group requested we sign an NDA, promising to share pertinent information about what we had learned. We agreed to execute an NDA but indicated that the tolling agreement was expired, and we planned to move forward. We began engaging with JAMS to begin filing arbitrations and notified Match Group of the same.

Leading up to and during our February 18, 2021 pre-filing conference call with JAMS, Match Group made several allegations that a "high number" of our clients never had accounts with a Match Group dating site. We sent Match Group a list of the first 200 Claimants for whom we

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

April 19, 2022
Page 4

planned to file.  Match Group responded days later concerning the first 100 Claimants and confirmed that 92% of the Claimants we sent over had at least one account – a far cry from a "high number" of claimants without accounts.

Even more disingenuous, ten (10) days later, on February 28, 2021, Match Group changed the terms of service for all dating sites imposing egregious requirements on all users and changing the arbitration provider from JAMS to National Arbitration and Mediation ("NAM").  Unaware at that time of the changes to the arbitration provision, of which Match Group was silent about during our calls, we continued to engage with Match Group to resolve our clients' claims; and on March 1, 2021 agreed to suspend filing individual arbitrations to engage in limited discovery where our expert would receive access to the algorithms and source code for the Match Group sites.  Once we learned of the changes to the arbitration provision, we sent multiple emails objecting to the changes both with respect to claims for which Match Group was already on notice and as against public policy.  Match Group backed the changes and was adamant that it intended to apply its changes retroactively to our clients' claims.

Following a letter-writing campaign regarding expert access, the parties conducted a conference call on March 18, 2021 to discuss the process further.  During the call, Match Group agreed to give a neutral expert access to its source code and algorithms with few limitations. Match Group also requested that we send a list of allegations as to the type of biometric data Claimants contend Match Group collects and how Claimants contend it is used.  Though we had sent this information several times, we agreed and provided said information on March 22, 2021.  In response, Match Group complained that Claimants "added new and even more vague theories" and refused to design an expert review process for any theories other than Claimants' "bad actors" theory, which is only one of many theories of how the data is used – yet another promise turned empty.

Enough is enough.  We are not willing to delay filing any longer.  We were hopeful to amicably resolve our clients' claims but not to the point of preventing them from having their cases heard. We will begin filing immediately.

Regards,

Jonathan Gardner

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# **EXHIBIT D**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 130 of 1583 PageID #:139

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



## Terms & Conditions   Privacy   Cookies   Profiling   Arbitration   Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**
- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.


# 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

# 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

# 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

**OkCupid owns all other content on our Services.**

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

**OkCupid does not tolerate inappropriate content or behavior on our Services.**

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

**Privacy is important to us. We have a separate policy about it that you should read.**

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 136 of 1583 PageID #:145

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

***OkCupid grants you the right to use and enjoy our Services, subject to these Terms.***

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

# 7. RIGHTS YOU GRANT OKCUPID

***You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

**To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 139 of 1583 PageID #:148

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 140 of 1583 PageID #:149

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 142 of 1583 PageID #:151

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

1/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin***

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 148 of 1583 PageID #:157

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English  ›

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



COMPANY                                                    +

CONDITIONS                                                 +

CONTACT                                                    +

FOLLOW                                                     +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

OkCupid: Legal Information - Arbitration Information

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

11. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 

**JOIN OKCUPID**

**LANGUAGE**    English >

OkCupid: Legal Information – Arbitration Information                                                    1/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



COMPANY                                                                    +

CONDITIONS                                                                 +

CONTACT                                                                    +

FOLLOW                                                                     +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# **EXHIBIT E**

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 154 of 1583 PageID #:163

7/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

# 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

# 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 157 of 1583 PageID #:166

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating. 1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our [Community Guidelines](), as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via [our contact form.]()

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 10:28 AM     2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form <u>here</u>.

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 165 of 1583 PageID #:174

7/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER
MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE.
ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF
THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR
ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and
links to other web sites or resources. Tinder is not responsible for the availability (or lack
of availability) of such external websites or resources. If you choose to interact with the
third parties made available through our Service, such party's terms will govern their
relationship with you. Tinder is not responsible or liable for such third parties' terms or
actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL
TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE
FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE,
OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS,
WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE,
GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO
OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR
CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING
USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF
YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE
POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO
EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS
ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE
AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH
PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT,
ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

9/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

4. The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

**NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.**

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support.

Should you not opt out of the retroactive application of this Arbitration Agreement within

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 170 of 1583 PageID #:179

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

This Agreement, which includes the [Privacy Policy](), [Cookie Policy](), [Safety Tips](), [Community Guidelines](), and [Arbitration Procedures](), and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT F

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# Labaton Sucharow

**Jonathan Gardner**
Partner
212 907 0839 direct
212 907 0700 main
212 883 7063 fax
jgardner@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

September 2, 2021

**VIA EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Samuel C. Kitchens, Esq.
Match Legal
8750 N. Central Expressway, Ste. 1400
P.O. Box 25458
Dallas, TX 75231
samuel.kitchens@match.com

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

Re:    Notice of Claims – Match Group's Violations of Illinois' Biometric Information Privacy Act

Counsel:

Pursuant to Match Group LLC (d/b/a/ "Tinder" and "Match") ("Tinder" and "Match," respectively), Hinge, Inc. (d/b/a "Hinge") ("Hinge"), Humor Rainbow, Inc. (d/b/a OkCupid) ("OkCupid"), People Media, Inc. (d/b/a "Outime") ("OurTime"), Plentyoffish Media ULC (f/k/a Plentyoffish Media, LLC, d/b/a/ "Plenty of Fish") ("Plenty of Fish"),  and Affinity Apps, LLC (a/k/a Affinity Apps, LTD d/b/a www.blk-app.com/en and www.chispa-app.com/en) ("BLK" and "Chispa") (collectively referred to as "Match Group Dating Sites") Terms of Use, this letter notifies Match Group, Inc. ("Match Group") and Match Group Dating Sites that certain Illinois users are pursuing claims against them as a result of Match Group's and Match Group Dating Sites' violations of Illinois' Biometric Information Privacy Act ("BIPA").

This firm is counsel to the 5,079 Match Group Dating Site users listed on <u>Exhibit A</u>, each of whom have suffered harm to their privacy because of Match Group's violations of law.

<u>Background of Claims</u>

Match Group operates the largest global collection of online dating websites ("dating sites") and mobile applications ("mobile apps"), including, but not limited to, Match, OkCupid, Hinge, Plenty of Fish, OurTime, Tinder, BLK, and Chispa. Match Group boasts of a collective 21 million users across its platform.  To access the Match Group platform, individuals are required to create an account with a Match Group Dating Site. Match Group Dating Sites encourage or require users to upload

**Labaton Sucharow**

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 2

photographs. For instance, Match encourages users to upload up to 26 photographs[1] to their profiles, while Hinge requires users to upload up to 6 photographs. The Match Group Dating Sites often provide "advice," articles, reviews, instructions, or tips that persuade users to upload or post photographs that include an unobstructed view of the user's face.[2] The reasoning behind this method is simple: the more photographs a user uploads and the clearer depiction of a user's face, the easier it is for Match Group to apply facial recognition technology to the user's photograph and obtain the user's biometric information in the form of a face scan. However, neither Match Group nor the Match Group Dating Sites notify users of Match Group's use of proprietary facial recognition software nor do they obtain a written release from users to collect, capture, retain, or share biometric identifiers.

To facilitate finding a compatible match, the Match Group Dating Sites employ Match Group's "face search in personals"[3] and "matching process system and method"[4] technology to leverage the data generated by members on the platform and generate matches.[5] The patents protecting this technology thoroughly explain how the Match Group Dating Sites capture, categorize, measure, and reduce facial geometry measurements to a formula that allows searches to identify similar features and individuals. The patents further confirm uniform matching processes and social network procedures across the Match Group Dating Sites and cross-platform data sharing.[6]

<u>Match Group's and Match Group Dating Sites' Use of Facial Recognition Technology</u>

---

[1] *Guidelines for Posting a Photo*, MATCH.COM, https://www.match.com/dnws/help/#holder ("Good photos can really make your profile stand out, so we strongly encourage you to post several of them. We do currently limit you to 26 photos total (including your Primary photo). If you already have 26 photos and you want to upload a new one, you'll need to remove one of your old photos first.") (last visited on Aug. 30, 2021).

[2] *Id.*

[3] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[4] *See* Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019), prior publication: US 2018/029281 Al (Oct. 11, 2018), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of Application No. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); *see also* Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and application publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019).

[5] *Id.*

[6] *See, e.g.* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (July 28, 2015) (utilizing images of OkCupid's mobile app and website); *see also*, Patent No.: US 10,203,854 B2: Matching Process System and Method (February 12, 2019) (images of Tinder's app are used to demonstrate how the matching process works); *see also*, Patent No.: WO2021025855A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Labaton**
**Sucharow**

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 3

Match Group's use of facial recognition technology is irrefutable. Match Group's patents confirm the company's use of facial recognition technology and collection of biometric data.[7]  For nearly ten years, Match Group and the Match Group Dating Sites researched, developed, and implemented various proprietary facial recognition techniques and mechanisms[8] to collect, share, and retain sensitive biometric data of all users without their knowledge or consent.  Specifically, in October 2013, Yahoo! Inc. assigned six patents and five patent applications,[9] including the "Face Search in Personals"[10] application, to Match Group. All assigned property relates explicitly to online dating services and improves matches through the "face search" process by leveraging the data generated by members on the platform to create matches with the user's preferred physical characteristics.[11]  The "face search" technique sets forth the logical flow for reducing and extracting biometric data from user photographs utilizing the mathematical tool, principal component analysis, and conducting a personal profile search for specific facial features using the Eigenfaces facial recognition method,[12]

---

[7] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit B ("For the third one [Patent No. 9,753,948 – Face Search in Personals], **we agree that it does implicate Biometric data**…") (emphasis added).

[8] *See, e.g.,* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017); Patent No.: US 10,203,854 B2: Face Search in Personals (February 12, 2019); Patent No.: US 9,733,811 BS: Matching Process System and Method (October 21, 2013).

[9] *See* Patent Assignment 031370/0424 recorded on October 9, 2013, available at: https://legacy-assignments.uspto.gov/assignments/assignment-pat-31370-424.pdf (last accessed on July 26, 2021) (Yahoo! Inc.'s conveyance of 6 patents and 5 patent applications to Match.com, LLC).

[10] Kin Man Lo, the Inventor, filed the patent application for "Face Search in Personals" on May 28, 2008, and immediately assigned all interest to Yahoo! Inc. Between 2008 and 2017, the USPTO rejected the application on 9 separate occasions.[10]  After nearly 10 years and thousands of dollars in filing fees, the USPTO approved and issued the patent on September 5, 2017. On September 8, 2020, Match Group paid $1,600 in patent maintenance fees extending its active status through September 30, 2021.  See Maintenance Fee Details (indicating "Approved for use through 9/30/2021. OMB 0651-0016"); *see also*, USPTO Maintenance Fee Schedule for Patent # 9753948, Application # 12127577.  Patent No. US 9,754,948 BS: Face Search in Personals (September 5, 2017) is currently used by Match Group and applies to all Match Group Dating Sites.

[10] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[11] *Id.*

[12] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017) ("The present invention relates generally to enabling a personal search based on an image of a person in the context of on-line dating. More particularly, the invention integrates the ability to search personal profiles based on attributes or characteristics in conjunction with characteristics that are provided through a photograph or image." "Eigenfaces have advantages over other techniques available, such as the systems speed and efficiency. Using eigen-10 faces is very fast, and able to functionally operate on lots of faces in very little time."). *See also*., 11/4/16 Amended Claim:

8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles includes an

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**LABATON
SUCHAROW**

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of
Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 4

one of the earliest facial recognition techniques developed in 1987.[13] Notably, Patent No.: US
9,753,948 B2: Face Search in Personals (September 5, 2017) is currently and actively used by Match
Group and applies to all Match Group Dating Sites.

In November 2013, approximately one month after Match Group acquired multiple patents and
patent applications from Yahoo!, Match Group filed an application with the United States Patent
Office ("USPTO") to patent its matching services and third-party social network import feature.[14]
This patent was subsequently approved by the USPTO and published on July 28, 2015.  Notably, the
drawings associated with Patent No. US 9,094,396 B2 contain images of both OkCupid's and Match's
mobile app,[15] signifying Match Group's control over OkCupid's technology and establishing
similarities between the two sites.  Additionally, while this patent relates to third-party social networks,
it once again solidifies Match Group's use of facial recognition technology and collection of biometric
data through all Match Group Dating Sites.

Not only does Match Group apply facial recognition across its platform to all Match Group Dating
Sites, the individual sites and apps also have a long history of collecting user's biometric information:

- **Match and OurTime**:  In 2014, Match broadened its use of facial recognition technology by
partnering with Los Angeles-based matchmaking service Three Day Rule.   Match offered
members the opportunity to upgrade their monthly subscription to Three Day Rule's premium
service, which used facial recognition technology to help users find dates that "look[ed] like
their ex."[16]   Match members submitted photographs of their ex-girlfriends, boyfriends,

---

image having a corresponding reduced image data set comprising a face space, <u>wherein the request comprises a personal
characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal
profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the
device associated with the personal profile, selection of the target image, the target image depicting at least one feature
that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image
comprises eyes or body type of the potential match;</u>

[12] *See* Match.com Public Par Report (last accessed on July 25, 2021).

[12] *See* USPTO Maintenance Fee Schedule for Patent No. 9,753,948, Application No.: 12/127577.

[13] M. Kirby; L. Sirovich, *Application of the Karhunen-Loeve Procedure for the Characterization of Human Faces*, IEEE
TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE 12 (1): 103–108 (1990).

[14] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (July 28, 2015).

[15] *See, e.g., id.* at Figure 2D (displaying a Match drawing) and Figure 3 (displaying a drawing of OkCupid's login page).

[16] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE
WASHINGTON POST, June 18, 2014, available at: https://www.washingtonpost.com/news/the-
intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-
look-like-your-exes/ (last visited on July 6, 2021) ("The software essentially does three things: It identifies the hair color,
face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# Labaton Sucharow

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 5

partners and/or spouses that were scanned with facial recognition technology to pair users with Match members with a similar physical appearance and facial structure.[17]  Moreover, patents previously assigned to Match and now assigned to Match Group discuss and reference Match's use of facial recognition technology.  OurTime operates and functions the same way as Match., purportedly using the same algorithms, software, and facial recognition technology. In 2019, OurTime merged with SeniorPeopleMeet, with OurTime as the surviving entity and consolidated its user database, transferring all data, including user photographs, to Match Group; thus, adding to Match Group's already immense face scan database.

- **OkCupid**: Beginning in 2014, OkCupid permitted Clarifai, an artificial intelligence start-up, to harvest OkCupid user's biometric identifiers, which Clarifai then used to build Clarifai's face database.  Clarifai continued to collect and obtain OkCupid user's biometric information through at least 2019.[18]  Moreover, in 2017, OkCupid published an article describing its use of perceptual hash facial recognition technology. [19]

- **Tinder, Hinge, BLK, and Chispa**:  Tinder, now owned by Match Group, has used facial recognition technology since at least 2017.[20]  Notably, Tinder's facial recognition algorithm, as outlined in Tinder's "Matching Process System and Method" patents, is based, at least in part, on Match's "Matching Process System and Method."[21] In fact, a comparison of Match's

---

photos that have been similarly tagged; and it spits out a collection of approximate matches"); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES, June 12, 2014 available at: https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ (last visited on July 6, 2021) ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.").

[17] Anita Hamilton, *For Just $5,000, Match.com Will Find You a Date Who Looks Just Like Your Ex,* TIME, June 19, 2014, available at: https://time.com/2900033/online-dating-facial-recognition-match-three-day-rule/ (last visited on July 6, 2021) ("If you like one facial structure, you will probably like someone with a similar facial structure").

[18] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, New York times (July 13, 2019), available at: https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (last accessed on July 7, 2021) (On July 13, 2019, Matt Zeiler, founder and CEO of Clarifai, admitted during an interview with The New York Times, that "his company had built a face database with images from OkCupid" beginning in 2014" and that "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected face.").

[19] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as <u>Exhibit C</u>.

[20] *See* Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017).

[21] *Compare* Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) to Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Patent No.: US 9,959,023 B2: Matching Process

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**LABATON**
**SUCHAROW**

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 6

> 2008 patent to Tinder's 2017, 2018, and 2019 patents, clearly depicts images of a Match user profile and Tinder user profile. These patents once again signify the control that Match Group has, and always had, over all Match Group Dating Sites. A close review of Patent Nos.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), US 9,959,023 B2: Matching Process System and Method (May 1, 2018), and US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019) indisputably confirms the use of facial recognition technology.[22] Moreover, for years, both Tinder and Hinge have held a close relationship with Amazon and acknowledge using Amazon Web Services' deep learning "Rekognition" object and facial recognition services.[23] BLK and Chispa also use the same technology and facial recognition software as Tinder. Additionally, both BLK and Chispa were built with the intention to function like Tinder by utilizing Tinder's proprietary swipe functionality.

- **POF**: In 2014, before merging into Match Group, POF partnered with OkCupid and Match, to work with FacialNetwork.com to permit the scanning of profile photos and use of facial recognition technology.[24] Subsequently, in 2019, POF began implementing a total ban of face filters and "commit[ed] to an audit of 70 million images" and removal of "face-filtering imagery" from POF user photographs.[25] Removing face-filtering imagery requires a detailed analysis of the user's face to determine whether a filter is present and is typically accomplished through use of facial recognition technology and techniques.

---

System and Method (May 1, 2018) and Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019).

[22] *See, e.g.*, Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) ("Implicit signals may also include **facial recognition** algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest.") (emphasis added).

[23] IS TINDER USING IMAGE RECOGNITION SOFTWARE? YES (AWS), BUT MAYBE NOT IN THE WAY YOU THOUGHT, https://www.swipehelper.com/2019/03/24/tinder-using-amazon-aws-image-recognition-not-the-way-you-thought/ (last viewed on Aug. 10, 2021). *See also* Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 (last viewed on Aug. 10, 2021).

[24] Lisa Vaas, *Stalker-friendly app, NameTag, uses facial recognition to look you up online,* SOPHOS, January 9, 2014, available at: https://nakedsecurity.sophos.com/2014/01/09/stalker-friendly-app-nametag-uses-facial-recognition-to-look-you-up-online/ (last viewed on Aug. 3, 2021).; *see also,* Woodrow Hartzog and Evan Selinger, *I See You: The Database That Facial-Recognition Apps Need to Survive,* THE ATLANTIC, January 23, 2014 , available at: https://www.theatlantic.com/technology/archive/2014/01/i-see-you-the-databases-that-facial-recognition-apps-need-to-survive/283294/ (last viewed on Aug. 3, 2021).

[25] *New Plenty of Fish Initiatives Under CEO Malgosia Green,* May 25, 2020, https://www.datingsitesreviews.com/article.php?story=new-plenty-of-fish-initiatives-under-ceo-malgosia-green (last viewed on Aug. 3, 2021).

**Labaton Sucharow**

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 7

<u>Match Group's and the Match Group Dating Sites' Violation of BIPA</u>

Our clients include Illinois residents who have uploaded photographs of themselves to one or more of the Match Group Dating Sites. Match Group and the Match Group Dating Sites violate BIPA because they (1) use Match Group's proprietary facial recognition technology to collect users' biometric data without consent, and (2) do not have, nor do they follow, a publicly available guideline for the retention and destruction of that data. Specifically, Match Group and the Match Group Dating Sites violated and continue to violate BIPA because they did not:

- Properly inform our clients in writing that their biometric identifiers (face geometry) were being generated, collected, stored, and disclosed;

- Properly inform our clients in writing of the specific purpose and length of time for which their biometric identifiers were being collected, stored, used, and/or disclosed;

- Provide and follow a publicly available retention schedule and guidelines for permanently destroying our clients' biometric identifiers; and

- Receive a written release from our clients to collect, capture, or otherwise obtain their biometric identifiers.

The above acts and practices constitute multiple violations of BIPA. As a result of these violations, our clients demand the following:

1. Match Group and the Match Group Dating Sites collect, store, and use biometric identifiers or biometric information in compliance with BIPA;

2. Match Group and the Match Group Dating Sites immediately destroy the faceprints of each of our clients; and

3. Match Group and the Match Group Dating Sites pay compensation for its intentional and reckless violations of BIPA. BIPA provides for statutory damages for either $5,000.00 for each intentional or reckless violation pursuant to 740 ILCS 14/20(2), or alternatively, statutory damages of $1,000.00 for each negligent violation pursuant to 740 ILCS 14/20(1). Upon information and belief, Match Group's and the Match Group Dating Sites' violations of BIPA were intentional or, at the very least, reckless.

Our clients welcome the opportunity to resolve these matters amicably prior to initiating individual arbitration. If we cannot resolve these matters within 30 days of receipt of this letter, our clients will

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

# Labaton Sucharow

**Confidential Communication Pursuant to Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

September 2, 2021
Page 8

exercise their individual rights in accordance with the Match Group Dating Sites' terms and conditions.

We appreciate your immediate attention and cooperation in these important matters.

Sincerely yours,

Jonathan Gardner

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT A

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1 | Andrew | Sima | andrew.d.sima@gmail.com | Tinder |
| 2 | Don | Duwelius | azduwelius@gmail.com | Hinge, Tinder, Match |
| 3 | Tyrell | Compton | fanaticuss@gmail.com | OkCupid, Tinder |
| 4 | Jarrett | Reeves | reeves.379@buckeyemail.osu.edu | Tinder |
| 5 | Keith | Lawler | kml616@gmail.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 6 | Asher | Stuhlman | asherstuhlman@gmail.com | OkCupid, Hinge, Tinder |
| 7 | Nadia | Sabri | nsabri.depaul@gmail.com | Hinge |
| 8 | Ashley | Witry | comiskey87@protonmail.com | Tinder, Plenty of Fish |
| 9 | Mikhail | Glikin | endlesswonder30@gmail.com | Tinder |
| 10 | Mary | Kowalkowski | mkowalkowski421@gmail.com | Hinge, Tinder |
| 11 | Cyndel | Hasler | cyndel.h@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 12 | Matthew | Waldoch | matt.waldoch@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 13 | Paul | Rettig | paulrettig@gmail.com | Tinder |
| 14 | Kyle | Klendworth | theklendy@gmail.com | Tinder |
| 15 | Colin | Hope | cjxhope@gmail.com | OkCupid, Match |
| 16 | JaNitta | Matthews | mspromise@yahoo.com | Tinder, Plenty of Fish, BLK |
| 17 | Carla | Damron | ca1810@aol.com | Plenty of Fish |
| 18 | Luke | Coleman | n4m3l0c@gmail.com | Tinder |
| 19 | Jason | Trisna | jason.trisna@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 20 | Brandon | Coakley | b53coakley@gmail.com | Tinder, Match |
| 21 | Jim | Bryant | jimbryant34@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 22 | Shauna | Zmuda | zmudasa@gmail.com | Hinge |
| 23 | Thomas | Poole | tpoole2@illinois.edu | Hinge, Tinder |
| 24 | Wendy | Reinart | gordy0507@yahoo.com | Hinge |
| 25 | Leonard | Reinart | leonardreinart@yahoo.com | Hinge, Tinder, Chispa |
| 26 | Ally | Gawrys | allygawrys@gmail.com | Tinder |
| 27 | Chris | Ralphs | cralphs90@aol.com | OkCupid, Tinder |
| 28 | Haley | Whelan | haleywhelan94@gmail.com | Hinge, Tinder |
| 29 | Chloe | Madison | madisonchloe9@aol.com | Hinge, Tinder |
| 30 | Andrew | Orlando | andrewjordanorlando@gmail.com | Tinder |
| 31 | Kaylyn | Curran | currankc15@gmail.com | Hinge |
| 32 | Michael | Hilb | mikehilb@gmail.com | Tinder, Plenty of Fish |
| 33 | Yashas | Vaidya | yashasv.personal@gmail.com | OkCupid, Hinge |
| 34 | Bryan | West | bmwest483@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 35 | Victoria | Mastej | mastej.v01@mymail.sxu.edu | OkCupid, Tinder |
| 36 | Randell | Hammonds | r123hammonds@gmail.com | Plenty of Fish |
| 37 | Amy | Bieganski | amybieganski@gmail.com | OkCupid, Plenty of Fish |
| 38 | Hayley | Gonsowski | h.gonsowski3@yahoo.com | Tinder |
| 39 | Abigail | Kunze | abigail@ckant.org | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 40 | Megan | Stirling | meganstirling@gmail.com | Tinder |
| 41 | Crystal | Kwit | crystalkwit@gmail.com | OkCupid, Plenty of Fish |
| 42 | Grant | Parsons | grant_parsons@yahoo.com | Hinge, Tinder, Match |
| 43 | Max | Whitaker | localhjay@gmail.com | Tinder |
| 44 | Victoria | Secrier | secriervictoria@gmail.com | Hinge, Tinder |
| 45 | Esteban | Gavilanez | estebangavilanez@gmail.com | Hinge, Tinder |
| 46 | Jake | Reaves | jakeazoid@gmail.com | Hinge, Tinder |
| 47 | Theodore | Zalesiak | tjzalesiak@yahoo.com | Tinder |
| 48 | Mark | Lunt | malunt43@gmail.com | OkCupid, Hinge, Tinder |
| 49 | William | Worley | michaelworley70@gmail.com | Tinder |
| 50 | Elise | Morgan | ekmprints@gmail.com | Hinge |
| 51 | Alexander | Christine | alexander.j.christine@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 52 | Matthew | Rodgers | mj.rodgersthefirst@gmail.com | Hinge, Tinder |
| 53 | Serena | Jordan | serenaclairejordan@gmail.com | Tinder |
| 54 | Raymond | Kang | ray.kang@gmail.com | OkCupid, Hinge, Tinder |
| 55 | Karol | Styrczula | karolstyrczula@gmail.com | Tinder |
| 56 | Marcus | Sampson | marcusgg11@yahoo.com | Hinge, Tinder |
| 57 | Matthew | Mcdonald | matmcd456@gmail.com | Hinge, Tinder |
| 58 | Noah | Schnepper | nschnepp34@gmail.com | Hinge, Tinder |
| 59 | Jesse | Vicary | vicaryjesse2@gmail.com | Tinder |
| 60 | Jacob | Luebbert | accolade83@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 61 | Connor | Olson | connorolson111@gmail.com | Hinge, Tinder |
| 62 | Hannah | Enstrom | hre.enstrom@gmail.com | OkCupid, Hinge, Tinder |
| 63 | Taryn Harper | Wright | tarynwright@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 64 | Schuyler | Mckinley | schuylermckinley@gmail.com | Hinge, Tinder |
| 65 | Taira | Haney | thaney2012@gmail.com | Tinder, Match, Plenty of Fish |
| 66 | Ali | Ruyan | aliruyan@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 67 | Lilis | Conroy | liliagconroy89@gmail.com | OkCupid, Hinge |
| 68 | Heather | Penzkofer | hparker@gmail.com | OkCupid, Match |
| 69 | Magee | Clegg | mclegg@cleartail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 70 | Anne | Gatesy | michelle.gatesy@hotmail.com | Hinge, Tinder |
| 71 | Kyle | Bauman | kbaum44@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 72 | Justyna | Kaczmarzyk | jkczmrzyk@gmail.com | OkCupid, Tinder |
| 73 | Tommy | West | tom.k.west@gmail.com | Hinge, Tinder |
| 74 | Courtney | Byerhof | rosesandboots@gmail.com | Tinder, Plenty of Fish |
| 75 | Mitchell | Tasker | mitchtasker22@gmail.com | OkCupid, Tinder, Match |
| 76 | Juan | Ramirez | jr60618@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 77 | Harrison | Park | harrisonpark99@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 78 | Lawrence | Rybowiak | lrybospam@gmail.com | OkCupid, Tinder, Match |
| 79 | Tom | Stachowiak | tstachowiak101@gmail.com | Tinder |
| 80 | Aaron | Madrid | aaronmadrid42@gmail.com | OkCupid, Tinder |
| 81 | Kevin | Connors | kevinconnors87@yahoo.com | Tinder |
| 82 | Zachary | Schnepper | zachschnepper@gmail.com | Hinge, Tinder |
| 83 | Ysanna | Gonzalez | yggonzalez98@gmail.com | Tinder |
| 84 | Colette | Saindon | colettesaindon@gmail.com | OkCupid, Hinge |
| 85 | Sunil | D'Souza | dsouzas@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 86 | Marcello | Moore | bigbadmoore@gmail.com | Tinder, Plenty of Fish |
| 87 | Allen | Spencer | novacorps629@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 88 | Toby | Kaplan | toby.kaplan@gmail.com | Hinge, Tinder |
| 89 | Elynne | Whaley | elynne.k@gmail.com | Match |
| 90 | Demetrious | Shaw | shaw60477@gmail.com | Tinder, Plenty of Fish, BLK |
| 91 | May | Sakwa | mayjoysakwa@gmail.com | Tinder |
| 92 | Matthew | Keene | mtkeene21@gmail.com | Hinge, Tinder |
| 93 | James | Lekas | lekasj4@gmail.com | Hinge, Plenty of Fish |
| 94 | Ashley | Greig | ashleygreig612@gmail.com | Hinge |
| 95 | Will | Buterbaugh | buterbaughw@gmail.com | Tinder |
| 96 | Amanda | Keffer | amandakeffer@me.com | Hinge, Tinder |
| 97 | Demi | Angelakos | dangelakos29@gmail.com | Hinge, Tinder |
| 98 | Andrew | Howard | adh8589@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 99 | Seth | Hardwick | hardwise05@yahoo.com | OkCupid |
| 100 | John | Ozier | johnozier@gmail.com | OkCupid |
| 101 | Patrick | Mcclanahan | pmcclanahan820@gmail.com | Tinder |
| 102 | Taylor | Brewer | tbrewer1990@gmail.com | Hinge |
| 103 | Hillary | Wolff | hillarybethwolff@gmail.com | Hinge, Tinder |
| 104 | Selena | Krider | selenakrider@yahoo.com | OkCupid, Plenty of Fish |
| 105 | Nicholas | Young | nickyoungnick@gmail.com | Hinge, Tinder |
| 106 | Harbor | Miles | harbormiles@gmail.com | Tinder, Match, Plenty of Fish |
| 107 | Diane | Johnston | cecerdog@yahoo.com | Match |
| 108 | Jose | Perez | gold_jose@protonmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 109 | James | Durkin | j.p.durkin987@gmail.com | Tinder |
| 110 | Max | Milone | maybemilone@gmail.com | Hinge, Tinder |
| 111 | Ashish | Pabba | ashishpabbatrial@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 112 | Mary | Eades | marykay.eades@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 113 | Caitlyn | Orr | caitlynaorr@icloud.com | Hinge, Tinder, Plenty of Fish |
| 114 | Caleb | Grove | calebgrove1@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 115 | Nick | Schnepper | nickschnepper11@gmail.com | Hinge, Tinder |
| 116 | Kyler | Fox | kylerfox4@yahoo.com | Tinder |
| 117 | Matthew | Chesser | sikeonaut@gmail.com | Hinge, Tinder, Plenty of Fish |
| 118 | Kyrsten | Grimm | kyraelle@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 119 | Zachary | Stearns | kabloonuk@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 120 | Eric | Yankee | ericyankee@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 121 | Ashish | Pabba | ashish.pabba@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 122 | Jim | Spallina | jspallina2@gmail.com | Hinge, Tinder, Match |
| 123 | Peyton | Eitel | captainameriderp@live.com | OkCupid, Tinder, Plenty of Fish |
| 124 | Dyan | Camodeca | d_on1844@ameritech.net | OkCupid, Tinder, Match |
| 125 | Melissa | Wangall | mewangall@yahoo.com | Tinder |
| 126 | Steven | Senise | stevensenise@gmail.com | Hinge, Tinder |
| 127 | Carl | Ramos | carlmichaelramos@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 128 | Bridie | Baucum | lylacrayn@yahoo.com | OkCupid, Match, Plenty of Fish |
| 129 | Michelle | Oliver | micholiver18@gmail.com | OkCupid, Hinge, Tinder |
| 130 | Mohammed | Rashad | torashad99@gmail.com | OkCupid, Hinge, Tinder |
| 131 | Joel | Crevier | joelcrevier@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 132 | Rajee | Aerie | raj51784@gmail.com | Hinge, Tinder, Match |
| 133 | Zachary | Downing | nachoboy33@gmail.com | OkCupid, Hinge, Tinder |
| 134 | Alex | Cler | alexjcler@gmail.com | OkCupid, Hinge, Tinder |
| 135 | Amaan | Siddiqui | amaansiddiqui570@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 136 | Melissa | Watson | melissamariewatson2020@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 137 | Jefry | Campbell | soupy750@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 138 | Nina | Dunn | ninadunn30@gmail.com | Tinder |
| 139 | Christina | Hoye | hoyechristina@yahoo.com | Plenty of Fish |
| 140 | Aidan | Robinson | aidan2641@hotmail.com | Tinder |
| 141 | Joshua | Allen | allenjoshua26@gmail.com | Tinder |
| 142 | Brian | Tresenriter | briant4201@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 143 | Nicholas | Saad | nicholaswsaad@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 144 | Crystal | Byrd | cryssy20@outlook.com | Tinder |
| 145 | Rachael | Ramirez | rachaelanneramirez@yahoo.com | Plenty of Fish |
| 146 | John | Campbell | jackccamp@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 147 | Stanton | Roseman | stantonroseman@gmail.com | OkCupid |
| 148 | Mackenzie | Kustes | mackenziekustes1237@gmail.com | Tinder |
| 149 | Lisa | Wilson | lili.w0328@gmail.com | Match, Plenty of Fish |
| 150 | Paige | Roeber | paige.roeber@gmail.com | OkCupid, Hinge, Tinder, Match |
| 151 | Nicole | Shaw | nicci111@hotmail.com | Tinder, Match, Plenty of Fish |
| 152 | Raeanna | Barnhill | raeanna.barnhill@yahoo.com | Tinder, Match |
| 153 | Shaun | Michel | michelshaun12@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa |
| 154 | Brandan | York | utada456@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 155 | Chase | Kleebauer | chasekleebauer@hotmail.com | Tinder |
| 156 | Gia | Mcmanus | gianina.siwek@gmail.com | Match |
| 157 | Jane | Mak | orangel.mak@gmail.com | Tinder |
| 158 | Lindsay | Karson | lindsay.karson@my.rfums.org | OkCupid |
| 159 | Christi | Allison | bang.life@yahoo.com | OkCupid, Tinder, Match |
| 160 | Kathy | Martz | bsbll05m@yahoo.com | Plenty of Fish |
| 161 | Corey | Martinez | outcast72288@gmail.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 162 | Carmen | Anderson | tyetye72@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 163 | Terribin | Mitchell | mterribin@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 164 | Maya | Rucker | mairuck96@gmail.com | OkCupid, Hinge |
| 165 | Lashanta | Davis | lashantadvs@gmail.com | Tinder, Match, Plenty of Fish |
| 166 | James | Burke | jamesburke007@live.com | Tinder |
| 167 | Timothy | Armour | armour88@gmail.com | OkCupid, Match, Plenty of Fish, BLK |
| 168 | Tiffany | Campbell | tiffany881212@yahoo.com | Plenty of Fish |
| 169 | Amaris | Garcia | marimilangarcia99@gmail.com | OkCupid, Tinder |
| 170 | Robbie | Kudelka | chevymuscle218@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 171 | Marc | Marraccini | mlmarraccini@gmail.com | OkCupid |
| 172 | Terica | King | kingterica2@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 173 | Avery | Brown | averyebrown16@gmail.com | Tinder |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 174 | Sarkhan | Nabiyev | snabiyev0711@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 175 | Joanna | Eyles | jeyles@gmail.com | OkCupid, Tinder |
| 176 | Elizabeth | Meyer | elmtree24@gmail.com | Tinder |
| 177 | Kathryn | Kresse | katiekresse721@gmail.com | Hinge, Tinder |
| 178 | Alexandra | Hoffman | alhoffman7@gmail.com | Hinge |
| 179 | Kermitt | Collins | kermitt.e.collins@gmail.com | Tinder |
| 180 | Cyntra | Walker | cyntrawalker@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 181 | Jayde | Sparks | jaydesparks@gmail.com | Tinder |
| 182 | Misti | Neisius | raisinggingers3@gmail.com | Tinder, Plenty of Fish |
| 183 | Jennifer | Mudroch | jmb9600@sbcglobal.net | Match |
| 184 | Marcus | Moore | mrsmms24@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 185 | Joseph | Marsaglia | joemar2024@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 186 | Emily | Matthews | matthewsemily650@gmail.com | Tinder |
| 187 | Victoria | Garlisch | victoriagarlisch@att.net | Tinder |
| 188 | Tanner | Thomas-Webb | tanner.thomaswebb@siu.edu | Tinder |
| 189 | Reese | Rooney | reeserooney11@gmail.com | Tinder |
| 190 | Melinda | Trobaugh | mindella24@yahoo.com | Match |
| 191 | Nicolle | Nordman | joenic30@aol.com | Tinder, Plenty of Fish |
| 192 | Dorian | Harkins | ebaywith@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 193 | Tracy | Crawley | crawleyt123@gmail.com | Match, Plenty of Fish |
| 194 | Mike | Ortiz | mortiz0610@yahoo.com | OkCupid, Tinder |
| 195 | Emily | Williams | emilywill67@yahoo.com | Plenty of Fish |
| 196 | Sean | Murphy | smurphy10@hawk.iit.edu | OkCupid, Tinder |
| 197 | Alan | Williams | smith_wesson_mp45@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 198 | Lakesha | Todd | lakeshatodd@icloud.com | Tinder, Match, Plenty of Fish, BLK |
| 199 | Elena | Kneeland | ekneeland83@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 200 | Sharyn | Thornton | thorntonsharyn@gmail.com | Tinder |
| 201 | Hailey | Wilcox | haileywilcox0@gmail.com | Tinder |
| 202 | Ryan | Fishman | rfishman41@gmail.com | Tinder, Plenty of Fish |
| 203 | Rebecca | Salgado | soche923@yahoo.com | OkCupid, Match, Plenty of Fish |
| 204 | Michael | Daeschler | daeschlermichael@gmail.com | OkCupid, Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 205 | Erin | Durham | edurham93@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 206 | Ricardo | Alvarado | ricardoalvarado@mac.com | Hinge |
| 207 | Paul | Cho | yungpcho@gmail.com | Hinge, Tinder |
| 208 | Jaimie | King | jai.lynne530@gmail.com | OkCupid |
| 209 | Ebenezer | Ng | theebenezerng@gmail.com | Hinge, Tinder |
| 210 | Donald | O'Conner | edoneric@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 211 | Mimi | Schlee | mlschlee211@gmail.com | Tinder |
| 212 | Emilie | Mcconnachie | emilie.mcconnachie@gmail.com | Hinge, Tinder |
| 213 | Michelle | Queen | queen_michelle99@yahoo.com | Tinder |
| 214 | Terra | Jones | terrajoneswork@gmail.com | OkCupid, Plenty of Fish |
| 215 | Janell | Blanco | blancojanell@gmail.com | Match, Plenty of Fish |
| 216 | Milica | Kovacevic | mkatarina718@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 217 | Colleen | Odwyer | colleen.c.odwyer@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 218 | Misty | Rendel | mecarter91@gmail.com | Hinge, Tinder |
| 219 | Claude | Brantley | claudebrantley29@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 220 | Jacob | Wescott | jacobrwescott@gmail.com | OkCupid, Hinge, Tinder |
| 221 | Angel | Serrano | angel.serrano62@yahoo.com | Tinder, Plenty of Fish |
| 222 | James | May | jbmay72@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 223 | Alison | Tews | alison.tews@gmail.com | OkCupid, Plenty of Fish |
| 224 | Ryan | Allen | rdallen86@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 225 | Ismenia | Reyes Morales | ismenia_reyes@yahoo.com | Tinder |
| 226 | Christopher | Miller | cmillag@siue.edu | Hinge, Tinder |
| 227 | Elizabeth | Lindberg | lizlindberg@yahoo.com | Tinder |
| 228 | Susan | Moomey | susanmoomey@gmail.com | Plenty of Fish |
| 229 | Mary | Alexander | maryalexander2464@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 230 | Tina | Lopez | t.sroka@hotmail.com | Match, Plenty of Fish |
| 231 | George | Karabelas | karabelasgeorge19@gmail.com | Hinge, Tinder |
| 232 | Alessandro | Limone | alessandrolimone27@gmail.com | Tinder |
| 233 | Elizabeth | Marshall | libbymarshallwriter@gmail.com | Hinge, Tinder |
| 234 | Anna | Metzger | ametzger4@gmail.com | Hinge, Tinder |
| 235 | Amanda | Lojko | lojkoalynn@gmail.com | Hinge, Tinder |
| 236 | Michael | Dobyns | mdobbs973@gmail.com | Tinder, Plenty of Fish |
| 237 | Samuel | Mason | samuelamason.8@gmail.com | Tinder |
| 238 | Anthony | Mason | tony.18.mason@gmail.com | Tinder |
| 239 | Brooke | Anderson | hockeybrooke23@gmail.com | Tinder |
| 240 | Sarah | Halpin | sbhalpin1228@gmail.com | OkCupid, Tinder, Match |
| 241 | Sergio | Murillo | serch6909@gmail.com | OkCupid, Hinge |
| 242 | Jordan | Flaws | jflaws23@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 243 | Bradley | Gabriel | brad.gabriel@gmail.com | OkCupid, Hinge, Tinder |
| 244 | Stephanie | Schwartz | steph.schwartz07@gmail.com | Match |
| 245 | Peter | Radakovic | pilotpete84@gmail.com | Plenty of Fish |
| 246 | Matthew | Dumais | dumaismr@gmail.com | Tinder, Match, Plenty of Fish |
| 247 | Caitlin | Hassett | caithassett@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 248 | Gregory | Mason | mason.gregory94@gmail.com | Tinder |
| 249 | Alex | Domiano | asdomiano@gmail.com | Hinge, Tinder |
| 250 | Lisa | Conant | moviempress@hotmail.com | OkCupid |
| 251 | Vicki | Elder | vickiarleen@gmail.com | Plenty of Fish |
| 252 | Amy | Fishman | afishman06@gmail.com | Hinge, Tinder, Match |
| 253 | Christine | Reece | semperfihurrah21@gmail.com | Match, Plenty of Fish, OurTime |
| 254 | Antonio | Desario | antonio.desario8@gmail.com | OkCupid, Hinge, Tinder |
| 255 | Gabriella | Frost | info@ellafrostphotography.com | Hinge, Tinder |
| 256 | Austin | Tipton | austintipton1@gmail.com | Tinder |
| 257 | Megan | Everett | megsyev@gmail.com | Hinge, Tinder |
| 258 | Jacob | Cohen | jacobcohenm@gmail.com | OkCupid, Hinge |
| 259 | Peyton | Treacy | ptreacy0716@gmail.com | Tinder |
| 260 | Michele | Maeder | michelemaeder@hotmail.com | Match |
| 261 | Andrea | Barats | andreabarats@gmail.com | Hinge |
| 262 | Kaitlyn | Remian | kremian96@gmail.com | Hinge, Tinder |
| 263 | Jillian | Torkelsen | jbarton52692@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 264 | Nicholas | Pratscher | prat2kajs@gmail.com | Tinder |
| 265 | Zachary | Schoenrock | zacschoenrock@gmail.com | Hinge, Tinder |
| 266 | Sara | Shotsberger | moonbeamberger@gmail.com | OkCupid, Tinder |
| 267 | Janet | Dukeman | nursejanet2010@yahoo.com | Match, Plenty of Fish, OurTime |
| 268 | Jeremy | Jones | mrjones8896@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 269 | Sharon | Brown | myshar12@yahoo.com | Match, Plenty of Fish, OurTime, BLK |
| 270 | Nicholas | Niznik | n.m.niznik@gmail.com | Hinge, Tinder |
| 271 | Vincent | Chee | vince_chee@yahoo.com | Tinder |
| 272 | Sue | Kennedy | suzejewelz@gmail.com | Match, Plenty of Fish, OurTime |
| 273 | Gerald | Budzisz | gerald.budzisz@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 274 | Sarah | Dhue | geist101@gmail.com | OkCupid, Hinge |
| 275 | Jamie | Kiefer | bbydol_me@yahoo.com | OkCupid, Match |
| 276 | Peter | Kosmal | behindthelines@gmail.com | Hinge, Tinder |
| 277 | Brandon | Romani | bmromani@gmail.com | Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 278 | Michael | Kubberness | freewinsforall@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 279 | Tomisue | Stokes | tomisues@gmail.com | Tinder, Match, Plenty of Fish |
| 280 | Hailey | Dote | mitzygirl123@gmail.com | Tinder |
| 281 | Michael | Lam | back2fnm@gmail.com | OkCupid, Tinder, Match |
| 282 | Erin | Burke | dentalchic18@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 283 | Jessica | Ratner | jessicadratner@gmail.com | OkCupid, Hinge, Tinder |
| 284 | Tenisha | Johnson | tenishamcdowell78@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 285 | Charles | Thomas | laborer2480@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 286 | Ellen | Porter | ellenkporter@gmail.com | Hinge, Tinder |
| 287 | Josh | Marks | joshdmarks@gmail.com | Tinder |
| 288 | Elina | Feldman | elina.feldman@yahoo.com | Hinge, Tinder |
| 289 | Brian | Longee | brian.longee@gmail.com | Tinder |
| 290 | Teairra | Jones | trice3443@yahoo.com | Tinder, Plenty of Fish, BLK |
| 291 | Yavonne | Johnson | ysjohnson1989@yahoo.com | Match, Plenty of Fish |
| 292 | Lillian | Hohenwater | lilyhohenwater@aol.com | Tinder |
| 293 | Cayla | Mullins | cmm1289@aol.com | OkCupid, Tinder, Plenty of Fish |
| 294 | Lindsay | Miller | lrmiller95@yahoo.com | Tinder |
| 295 | Kathryn | Roth | katroth21@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 296 | Ryan | Merendino | rmerendino18@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 297 | Stefan | Agustsson | stefanagustsson@me.com | Tinder, Match |
| 298 | Kayla | Harrington | kaylamharrington2@gmail.com | Hinge, Tinder |
| 299 | Marissa | Mach | marissabernardy@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 300 | Christy | Savellano | csavellano32@gmail.com | Tinder |
| 301 | Rebecca | Riggan | missrebeccafrances@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 302 | Richard | Riggan | codyriggan@hotmail.com | Tinder |
| 303 | Boyan | Kirby | boyankirby@gmail.com | Hinge, Tinder, Match |
| 304 | Adam | Legraff | adacus88@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 305 | Jonathan | Cannizzo | jcannizzo18@yahoo.com | Match |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 306 | Jennifer | Cherep | kerrysgirl34@yahoo.com | OkCupid, Plenty of Fish |
| 307 | Mitchell | Domanski | mitchdomanski90@gmail.com | Tinder |
| 308 | Kealy | Fitzsimmons | kkfitz@hotmail.com | Hinge |
| 309 | Susan | Dolk | bsdolk@aol.com | Match |
| 310 | Zannoah | Kinsman | zannoahkinsman@yahoo.com | Plenty of Fish |
| 311 | Kathleen | Mullins | kathmullins09@gmail.com | Hinge, Tinder, Match |
| 312 | Elizabeth | Rogowski | xelzbieta02@yahoo.com | Plenty of Fish |
| 313 | Zach | Martin | zacharyseamusmartin@gmail.com | OkCupid, Hinge, Tinder |
| 314 | Nicole | Davis | nicoleelizabethdavis@gmail.com | Tinder |
| 315 | Nicole | Gore | ngore83@gmail.com | Plenty of Fish |
| 316 | Agata | Jagielski | ajjpl@yahoo.com | Plenty of Fish |
| 317 | Khafra | Powell | krev90@gmail.com | Tinder, Plenty of Fish |
| 318 | Kelly | Colonero | kellycolonero@gmail.com | Match, Plenty of Fish |
| 319 | Armon | Allen | armonanthony@gmail.com | Tinder |
| 320 | Michael | Lopez | mlopez992@gmail.com | OkCupid |
| 321 | Michael | Rodriguez | i_charus@msn.com | Hinge, Tinder |
| 322 | Adam | Nooncaster | anooncaster@gmail.com | Tinder |
| 323 | Cody | Conner | xconnerx.cc@gmail.com | Plenty of Fish |
| 324 | Cara | Mccurdy | carajmccurdy@gmail.com | Hinge, Tinder |
| 325 | Samantha | Granrath | sgranrath@gmail.com | Tinder |
| 326 | Ashley | King | ak081589@ymail.com | OkCupid, Hinge, Plenty of Fish |
| 327 | Matthew | Drought | norain991@gmail.com | Tinder |
| 328 | Sarah | Murphy | sarahm11990@yahoo.com | Plenty of Fish |
| 329 | Amanda | Guss | amanda.guss@gmail.com | Hinge, Tinder |
| 330 | Maggie | Miller | maggie.erika.miller@gmail.com | OkCupid, Tinder |
| 331 | Felicia | Castiglione | fefelaroux@gmail.com | Hinge, Match, Plenty of Fish |
| 332 | Kayla | Hutch | jacksavage35@outlook.com | Tinder |
| 333 | Mariah | White | mariahawhite@yahoo.com | Plenty of Fish |
| 334 | Jordan | Jones | jayy_beee08@yahoo.com | Tinder |
| 335 | Christopher | Narvaez | chris_narvaezjr@hotmail.com | Tinder |
| 336 | Gayle | Farmer | gaylefarmer@gmail.com | Match |
| 337 | Ashley | Ray | ray.ashley5@gmail.com | Tinder |
| 338 | Katherine | Simpson | katherinemelaniesimpson@gmail.com | Tinder |
| 339 | Alexis | Lockett | lockett.alexis@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 340 | Leslie | Bailey | designleslie@yahoo.com | Tinder, Plenty of Fish |
| 341 | Charlette | Williams | charlette27@hotmail.com | Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, BLK |
| 342 | Melissa | Maas | melissa_maas@unc.edu | Hinge, Tinder |
| 343 | Nichole | Gomez | custom00gt@aol.com | Match, Plenty of Fish |
| 344 | Margaret | Clolinger | mpclolinger@yahoo.com | Tinder |
| 345 | Olivia | Gifford | ogifford572@gmail.com | Tinder |
| 346 | Ryan | Casey | ryan.casey472@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 347 | Devonte | Lemons | devontelemons14@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 348 | Carol | Georgou | carolgeorgou@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 349 | Tierra | Daniels | tierradaniels125@yahoo.com | Hinge |
| 350 | Helen | Fong | helenlee78@gmail.com | Match |
| 351 | Lauren | Cooper | lmcooper22@yahoo.com | Tinder |
| 352 | Edward | Binion | edwardbinion69@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 353 | Christopher | Ponce | poncechristopher@hotmail.com | Tinder |
| 354 | Lewis | Donley | lewisdonley2@gmail.com | Tinder, Plenty of Fish |
| 355 | Sarah | Bennett | sarahistok@gmail.com | Match |
| 356 | Michelle | Cosatino | micgold121@yahoo.com | OkCupid, Plenty of Fish |
| 357 | Jessica | Bandera | wriver1997@yahoo.com | Match |
| 358 | Victoria | Scott | vscott84@gmail.com | OkCupid, Hinge, Tinder, Match |
| 359 | Jada | Garrett | jgarrett0130@gmail.com | Plenty of Fish, BLK |
| 360 | Joel | Perkins | joelperkins@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 361 | Kayla | Kelly | kelly.kayla26@gmail.com | Hinge, Tinder |
| 362 | Shelby | Winston | shelbywinston18@gmail.com | OkCupid, Hinge, Plenty of Fish, BLK |
| 363 | Francesco | Belviso | francesco.belviso@gmail.com | OkCupid, Hinge, Tinder, Match |
| 364 | Byron | Herbert | unookeith21@gmail.com | Tinder, Plenty of Fish, BLK |
| 365 | Charles | Atwood | charlesmatwood@gmail.com | OkCupid, Tinder |
| 366 | James | Isom | isomshorewood@gmail.com | Tinder, Match, OurTime |
| 367 | Ignacio | Gonzalez | ignaciogonzalez3342557@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 368 | Derrick | Manoly | 25manoly@gmail.com | Tinder |
| 369 | Claire | Oleary | claireoleary123@gmail.com | Tinder |
| 370 | Kris | Cassidy | thecassidyclan@gmail.com | OurTime |
| 371 | Towanna | Griggs | tpdiamond@msn.com | Match |
| 372 | Paul | Desai | hicecto@yahoo.com | OkCupid, Tinder, Match |
| 373 | Kristina | Tendilla | kristina.tendilla@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 374 | Mansi | Kathuria | mansi.kathuria8@gmail.com | OkCupid, Hinge, Tinder |
| 375 | Sarah | Fedele | iteach419@gmail.com | Tinder |
| 376 | Shannon | Miller | shannomiller7@gmail.com | Match, Plenty of Fish |
| 377 | Pearl | Chapman | pearlmchapman@gmail.com | Tinder |
| 378 | Devin | Snell | apostrophe.gotflow@gmail.com | Plenty of Fish |
| 379 | Di | Pineda | di.pineda551@gmail.com | OkCupid, Hinge, Tinder, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 380 | Alex | Ptak | aptak97@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 381 | Melissa | Kester | cookerlooker.melissa@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 382 | Andrea | Di Cola | andrea.dicola@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 383 | Shannon | Price | pshannon79.sp@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 384 | Jacklyn | Jasek | jdjasek@gmail.com | Hinge, Tinder |
| 385 | Lisa | Harris | lisalynnharris@icloud.com | Match, OurTime |
| 386 | Ashwathy | John | ashjohn92@gmail.com | Hinge |
| 387 | Megan | Sullivan | megan8532@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 388 | Heather | Ramsey | dreamsbyheatheranne@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 389 | Emma | Fowler | emmaskyefowler@yahoo.com | Tinder |
| 390 | Vince | Cicero | vince.a.cicero@gmail.com | OkCupid, Hinge, Tinder |
| 391 | Madeline | Wilke | madelinewilke@hotmail.com | Match |
| 392 | Erin | Mccauley | erin.mccauley.em@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 393 | Jessica | Wright | jessicahennebry@gmail.com | Match, Plenty of Fish |
| 394 | Emily | Diaz | emilydiazasc@gmail.com | Hinge, Tinder |
| 395 | Jeni | Pandey | illiyssia@icloud.com | OkCupid, Hinge, Tinder, Plenty of Fish, OurTime |
| 396 | Faysal | Alharbi | faysal.alharbi@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 397 | Jamie | Galen | jamiegalen7@gmail.com | Hinge, Tinder |
| 398 | Tim | Geroulis | timgeroulis@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 399 | Natalia | Kowalkowski | natalianicole11@aol.com | Tinder |
| 400 | Whitney | Counts | counts.whitney@gmail.com | Hinge |
| 401 | Jennifer | Kaufrinder | jtjovellanos@gmail.com | Plenty of Fish |
| 402 | Natasha | Wadlington | lilgumba@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 403 | Ashley | Coleman | a_coleman18@yahoo.com | Tinder |
| 404 | Tenisha | Covens | tenishacovens@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 405 | Valerie | Wilk | valwilk@yahoo.com | Match, Plenty of Fish, OurTime |
| 406 | Cara | Keplar | ckeplar@mail.bradley.edu | Hinge, Tinder, Match |
| 407 | Rena | Baldwin | bold.embrace@gmail.com | Tinder |
| 408 | Jessica | Steele | ms.jessica.steele@gmail.com | Match, BLK |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 409 | Nick | Prehn | nickgprehn@comcast.net | OkCupid, Hinge, Tinder, Plenty of Fish |
| 410 | Hector | Lopez | jrlop99@gmail.com | Tinder, Match, Chispa |
| 411 | Maya | Weaver | mayacanders@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 412 | Charles | Carlson | chuck.carl2000@gmail.com | OkCupid, Hinge, Tinder, Match, OurTime |
| 413 | Stacie | Cowan | scowan648@gmail.com | Plenty of Fish |
| 414 | Conrad | Wight | cnrdwight@gmail.com | Hinge, Tinder |
| 415 | Brittany | Battaglia | lpbabee88@aol.com | OkCupid, Hinge, Tinder |
| 416 | Joana | Lepuri | lepurij@gmail.com | Tinder |
| 417 | Clarence | Mccoy | mccoy773@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 418 | Kathleen | Walter | k.t.e.walter@gmail.com | OkCupid, Tinder |
| 419 | Marina | Lentskevich | marlexa95@gmail.com | Hinge, Tinder |
| 420 | Michael | Gomez | appleofyoureyevintage@gmail.com | OkCupid, Hinge, Tinder, Match |
| 421 | Kevin | Absher | absherk03@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 422 | Lisa | Maubach | lisamaubach@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 423 | Breanna | Baker | breannabaker8926@yahoo.com | OkCupid, Match, Plenty of Fish |
| 424 | Andrea | Alberti | triple.a.alberti@gmail.com | OkCupid, Hinge, Tinder, Match |
| 425 | Ranulfo | Fernandez | betterhothancold@gmail.com | OkCupid, Match, Plenty of Fish |
| 426 | Keely | Haag | keeler_90@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 427 | Mason | Maguire | masonjmaguire@gmail.com | Hinge, Tinder |
| 428 | Chase | Corbin | crumpetscat@gmail.com | Hinge, Tinder |
| 429 | Jeni | Greiner | jenithom01@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 430 | Lisa | Daloise | lisadalo@gmail.com | OkCupid, Hinge, Tinder |
| 431 | Robin | Olaughlin | burgandyrobin4@gmail.com | Match, Plenty of Fish, OurTime |
| 432 | Megan | Gedris | megan.gedris@gmail.com | OkCupid, Hinge, Tinder |
| 433 | Christina | Glenn | glennchristina35@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 434 | Robert | Matijevich | r.matijevich@yahoo.com | Match |
| 435 | Melissa | Manning | melissamanning773@gmail.com | OkCupid, Plenty of Fish, BLK |
| 436 | Erika | Mikkalo | erikamikkalo@gmail.com | OkCupid, Tinder |
| 437 | Matthew | Hartz | mj0204@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 438 | Caitlin | Ginter | caitlin2489@hotmail.com | Tinder |
| 439 | Connor | Trebac | ctrebac12@yahoo.com | Tinder |
| 440 | Beuloria | Williams | beuloriawilliams@yahoo.com | Tinder |
| 441 | Amberly | Stimson | amberly.stimson@gmail.com | Hinge, Tinder |
| 442 | Brett | Byron | brettbyron91@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 443 | Allyson | Galloway | poahanks@gmail.com | Match, Plenty of Fish, OurTime |
| 444 | Cliff | Scott | cliff.scott.03@comcast.net | OkCupid, Tinder |
| 445 | Michael | Vilker | mvilker99@gmail.com | Tinder |
| 446 | Sirreon | Goodson | sirreon12@gmail.com | Tinder, Plenty of Fish, BLK |
| 447 | Shannon | Stewart | invidtrooper@gmail.com | OkCupid, Hinge, Tinder, Match |
| 448 | Brittany | Madsen | brittmad92@gmail.com | Hinge, Tinder |
| 449 | Krystle | Sykes | krystyle0502@yahoo.com | Match, Plenty of Fish |
| 450 | Stephenie | Phillips | easwimmer1982@gmail.com | Match |
| 451 | Adia | Brantley | adiaabrantley@gmail.com | Hinge |
| 452 | Timothy | Castleton | foxbodyfreak710@gmail.com | Tinder, Plenty of Fish |
| 453 | Lucas | Jackson | ljax34@gmail.com | Hinge, Tinder |
| 454 | Kevin | Hill | kl_hill@hotmail.com | OkCupid |
| 455 | Tyler | Stephens | tmstep3107@gmail.com | Hinge, Tinder |
| 456 | Anette | Niebrzydowski | anettenieb@yahoo.com | Hinge, Tinder |
| 457 | Don | O'Conner | edoneric@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 458 | Jessica | Tekielak | jj286726@gmail.com | Hinge, Tinder |
| 459 | Carolyn | Rembert | rembertcarolyn@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 460 | Kevis | Kinnebrew | carolynkinnebrew@gmail.com | Tinder |
| 461 | Gianni | Giuliano | ggiuliano950@gmail.com | Tinder, Plenty of Fish |
| 462 | Lisa | Hayden | lisa.hayden09@gmail.com | Hinge, Tinder, BLK |
| 463 | Susan | Nowinski | susannowinski@gmail.com | Match |
| 464 | Chad | Dupree | killinius@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 465 | Benjamin | Salley | bensal03@gmail.com | Hinge |
| 466 | Chantel | Anthony | chantel.anthony@yahoo.com | OkCupid |
| 467 | Maksim | Voloshin | mv1985mv@yahoo.com | Tinder |
| 468 | Shona | Holman | shonaholman@hotmail.com | Match |
| 469 | Thomas | Koberczky | t.koberczky88@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 470 | Robert | Johnson | johnsonrobbie167@gmail.com | Match |
| 471 | Anthony | Mcgowan | amcgowan1983@gmail.com | Tinder, Plenty of Fish |
| 472 | Jovan | Robertson | jovanrobertson80@gmail.com | Plenty of Fish |
| 473 | Ellie | Spitz | elliespitz@gmail.com | OkCupid, Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 474 | Jennifer | Garcia | garcia.jen12.24.1996@gmail.com | Tinder |
| 475 | Eric | Braasch | braasch72@hotmail.com | Match |
| 476 | Gabriel | Salceda | salcedag@gmail.com | Tinder |
| 477 | Danny | Corrigan | dmancorrigan36@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 478 | Kevin | Maloney | kevin.maloney@snc.edu | Hinge, Tinder |
| 479 | Laura | Jarvis | lalarn1288@gmail.com | OkCupid, Hinge, Tinder, Match |
| 480 | Aaron | Price | priceaaron13@hotmail.com | Tinder |
| 481 | Acacia | Way | away@saic.edu | OkCupid, Tinder |
| 482 | Esteban | Bernal | eb.jr.media@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 483 | Jessica | Anderson | arrogantjess@gmail.com | Hinge, Tinder |
| 484 | Turquoise | Tatum | turquoise_tatum@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa, BLK |
| 485 | Marko | Radosavljevic | mradosavljevic@uwalumni.com | Hinge, Tinder |
| 486 | Reid | Hanneman | rmhanneman@hotmail.com | OkCupid, Tinder |
| 487 | Dennise | Curet | dcuret87@gmail.com | OkCupid, Match |
| 488 | Jessica | Labree | delivereddental@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 489 | Grace | Manning | gracebluemanning@gmail.com | Hinge, Tinder |
| 490 | Stephen | Abrahms | stevince.abrahms@gmail.com | Hinge, Tinder, Plenty of Fish |
| 491 | Robbie | Tubbs | ilbass22@hotmail.com | Match, Plenty of Fish |
| 492 | William | Farmer | wef9261@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 493 | Lyneth | Canlas | lecinteriors@icloud.com | Tinder |
| 494 | Jared | Gosney | jared_gosney@hotmail.com | Tinder, Plenty of Fish |
| 495 | Jenifer | Burwinkel | cjbur95@gmail.com | Match |
| 496 | Kimberly | Ponce De Leon | yroibeth08@gmail.com | Tinder |
| 497 | Lisa | Wilson | lili.w328@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 498 | Stephanie | Dumais | ssdumais@gmail.com | Match |
| 499 | Arianna | Schafer | ariannaschafer@gmail.com | Tinder |
| 500 | Lelandra | Randle | leeleerandle1@gmail.com | Hinge, Tinder |
| 501 | Sarah | Rosecrans | sarahrosecrans@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 502 | Miriam | Gitlin | miriam.gitlin@gmail.com | OkCupid |
| 503 | Tyler | Bergeron | tylerprosperity@gmail.com | Tinder, Chispa |
| 504 | Kelly | Cronin | kelly.cronin@msn.com | OkCupid, Hinge, Tinder |
| 505 | Derek | Weisman | derek_weisman@yahoo.com | Hinge |
| 506 | Dan | Shearer | dansshearer@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 507 | Paul | Kresin | paulkresin123@gmail.com | Tinder |
| 508 | Julia | Lacher | lacherj@gmail.com | Tinder |
| 509 | Bridget | Davenport | bdavenport1017@gmail.com | Match, OurTime |
| 510 | David | Wilcox | wilcoxdavid3@outlook.com | OkCupid, Plenty of Fish |
| 511 | Cesar | Delgado | emerson.delgado13@gmail.com | Hinge, Tinder |
| 512 | Daphnie | Rivera | daphnie.rivera@yahoo.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 513 | Debra | Guerra | scandal62170@gmail.com | Plenty of Fish |
| 514 | Michael | Hesselberth | michael.hesselberth@yahoo.com | Tinder, Plenty of Fish |
| 515 | Felicia | Harris | niakel77@gmail.com | Hinge, Plenty of Fish |
| 516 | Jamie | Selby | jamieselby33@gmail.com | Hinge, Tinder |
| 517 | Alex | Philiotis | alexander.philiotis@gmail.com | Tinder |
| 518 | Ryan | Suggs | livefast.23@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 519 | Daniel | Hamman | dan92@sbcglobal.net | OkCupid, Hinge, Tinder, Plenty of Fish |
| 520 | Erica | Frick | efrick86@gmail.com | Tinder, Match, Plenty of Fish |
| 521 | Dina | Gussie | dinagussie3@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 522 | Sarah | Villafuerte | sarah.hoover86@outlook.com | Tinder, Match |
| 523 | Kyle | Spencer | papermonkey595@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 524 | Karen | Cassidy | mobilespaservices@gmail.com | Match, Plenty of Fish, OurTime |
| 525 | Chris | Bennett | phatman316815@gmail.com | OkCupid, Match, Plenty of Fish |
| 526 | Bass | Ellen | ellenmbass63@gmail.com | Match |
| 527 | Thomas | Janas | janastw@gmail.com | Tinder |
| 528 | Cassandra | Warren | clpace_84@yahoo.com | Plenty of Fish |
| 529 | Parth | Bhansali | parthrbhansali@gmail.com | OkCupid, Tinder |
| 530 | Jennifer | Turner | withmybrush@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 531 | Kelly | Miller | gracie0723@msn.com | Plenty of Fish, OurTime |
| 532 | Valerie | Seehafer | vlseehafer1996@outlook.com | Hinge, Tinder |
| 533 | John | Bender | john.richard.bender@gmail.com | Tinder, Match, Plenty of Fish |
| 534 | Rachel | Fuschi | rmfuschi@gmail.com | OkCupid, Tinder |
| 535 | Kamila | Gryczko | kamilagryczko@gmail.com | Tinder |
| 536 | Justin | Specter | justinspecter77@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 537 | Ramona | Borostowski | moner73@gmail.com | Tinder, Match, Plenty of Fish |
| 538 | Mario | Cortese | dmsec2009@gmail.com | Hinge |
| 539 | Cassie | Tatum | cassietatum@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 540 | Tabitha | Chatmon | ytabitha8@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 541 | Sarah | Ahlquist-Kasten | smaquist1986@att.net | Tinder, Match |
| 542 | Patrick | Mckenna | pmckenna1982@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 543 | Alan | Meddows | jfk2694u@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 544 | Jeff | Kuhn | jeffkuhn098@gmail.com | Match, Plenty of Fish, OurTime |
| 545 | Wendie | Bloxsom | wendiebloxsom@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 546 | Julie | Siegel | jules104@aol.com | OkCupid |
| 547 | Murillo | Pinheiro | cariocaredneck@gmail.com | Hinge, Tinder |
| 548 | Molly | Garay | garaymolly@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 549 | Joseph | Deamer | darkside.jlr@gmail.com | Tinder, Plenty of Fish, BLK |
| 550 | Michelle | Deamicis | michelle124d@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 551 | Alexis | Izquierdo | asancalsa@gmail.com | OkCupid, Tinder |
| 552 | Kirk | Mosier | kitkmosier9@gmail.com | Tinder, Match, Plenty of Fish |
| 553 | Austin | Childers | austin.childers00@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 554 | Brian | Zatarski | ixtraumaxl@gmail.com | Tinder |
| 555 | Florentina | Villanueva | tinavillanueva53@gmail.com | Chispa |
| 556 | Connor | Sturdy | connorsturdy@gmail.com | OkCupid, Tinder, Match |
| 557 | Zach | Silvia | zachattak@live.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 558 | John | Jones | jonj1@comcast.net | OkCupid, Match, Plenty of Fish, OurTime |
| 559 | Jonathan | Berrong | jon.berrong@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 560 | Kevin | Guzman | kevin110128@gmail.com | Hinge, Tinder, Plenty of Fish |
| 561 | Mackenzie | Grey | mackenziegrey2@icloud.com | Hinge |
| 562 | Tamara | Rushovich | tamara.rushovich@gmail.com | OkCupid, Hinge |
| 563 | Alexa | Lichty | alexalichty@gmail.com | OkCupid, Tinder |
| 564 | Karissa | Haberkamp | karihaber77@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 565 | Andrew | Mayhall | andrewmayhall@gmail.com | Tinder, Match, Plenty of Fish |
| 566 | Taryn | Butler | butlertaryn888@gmail.com | Hinge, Tinder, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 567 | Alvin | Loh | alvinl1401@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 568 | Mckenzie | Jordan | mjordan_98@yahoo.com | OkCupid, Hinge, Tinder |
| 569 | Jennifer | Estevez | jenestevez94@gmail.com | Tinder, Match, Plenty of Fish |
| 570 | Jacob | Hopes | jacobjhopes@gmail.com | OkCupid, Tinder |
| 571 | Thomas | Lilly | tlilly9@hotmail.com | Tinder, Plenty of Fish |
| 572 | Herman | Champion | ccjuncker165@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 573 | Noah | Sebek | noahrsebek@gmail.com | OkCupid, Tinder |
| 574 | Steve | Pitak | stevepitak@gmail.com | Tinder, Match, Plenty of Fish |
| 575 | Justin | Manns | mannsj11@yahoo.com | Hinge, Tinder, BLK |
| 576 | Erika | Pellinghelli | honeymommy9799@yahoo.com | Hinge, Tinder |
| 577 | Cynthia | Stromquist | clsquist@comcast.net | Tinder, Match, Plenty of Fish |
| 578 | Michael | Smith | mikalito1961@gmail.com | Tinder, Match, Plenty of Fish |
| 579 | Stephenie | Phillips | easwimmer@aol.com | Match |
| 580 | Agustin | Tapia | fatboytapia@gmail.com | OkCupid, Hinge, Tinder |
| 581 | Michael | Green | mgreen799@gmail.com | Tinder, Match, BLK |
| 582 | Clyde | Stansbury | cstansbury23@gmail.com | OkCupid, Hinge, Tinder |
| 583 | James | Hwang | xsemajxp@gmail.com | OkCupid, Tinder |
| 584 | Julia | Brewer | brewerjulid@gmail.com | OkCupid, Plenty of Fish |
| 585 | Dana | Horton | danahorton19@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 586 | Yaseen | Jeber | yaseenj96@gmail.com | Hinge, Tinder |
| 587 | Zachary | Robins | zacharyrrobins@gmail.com | Hinge, Tinder |
| 588 | Ruth | Tinkham | elbarrio2@aol.com | Match, Plenty of Fish, OurTime |
| 589 | Vicki | Drake | vdrake0617@aol.com | Match, Plenty of Fish, OurTime |
| 590 | Brenda | Lorenzana | b.lorenzana@hotmail.com | Tinder |
| 591 | Juliana | Knot | jjknot322@gmail.com | Hinge, Tinder |
| 592 | Lauryn | Craine | lcraine99@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 593 | Monica | Baier | monicabaier29@gmail.com | Hinge, Tinder |
| 594 | Jennifer | Thomas Parker | jenngersnao@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 595 | Danielle | Franzese | dafranzese@att.net | OkCupid, Tinder, Match, Plenty of Fish |
| 596 | Filip | Herbst | filip_herbst@yahoo.com | OkCupid, Hinge |
| 597 | Peter | Leung | peter2961@gmail.com | Hinge, Tinder |
| 598 | Nicole | Roush | nicoleroush11@gmail.com | Tinder, BLK |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 599 | Jennifer | Hardney | sundaymorning87@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 600 | Nayda | Santiago | santiago.nayda@gmail.com | OkCupid, Hinge, Tinder, Match |
| 601 | Kris | Johnson | krisjohnson22@msn.com | OkCupid, Tinder, Match, Plenty of Fish |
| 602 | Tegan | Lovekamp | tegan42@yahoo.com | Tinder, Match |
| 603 | Roxann | Wilson | roxannstores@gmail.com | Match |
| 604 | Lela | Dotson-Snell | lelasmusic@gmail.com | Match |
| 605 | David | Santo | dmsanto1025@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 606 | Coty | Kern | cotykern4@gmail.com | Plenty of Fish |
| 607 | Cathleen | Lewandowski | cmueller5545@gmail.com | OkCupid, Plenty of Fish |
| 608 | Bola | Habib | bolahabib@gmail.com | Tinder, Match |
| 609 | Jamal | Jones | flashynips83@gmail.com | Tinder |
| 610 | Daryl | Dilworth | dd9247@yahoo.com | Match, Plenty of Fish |
| 611 | Abigail Elizabeth | Wood | abigail.e.wood@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 612 | Alessandro | Bondi | ale.bondi@hotmail.it | Tinder |
| 613 | Matthew | Campus | mateocmpos406@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 614 | Lawrence | Gaydos | larzgaydos@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 615 | Ann | Grubnich | aegmedia@gmail.com | Hinge, Tinder |
| 616 | Andrew | Bolduc | asbolduc@gmail.com | OkCupid, Hinge, Tinder |
| 617 | Michael | Virgilio | virgiliomichaela@gmail.com | OkCupid, Hinge, Tinder, Match |
| 618 | Kathryn | Galvin | katgal1111@gmail.com | Hinge, Tinder, Match, Chispa |
| 619 | Graham | Harwood | grahamdharwood@gmail.com | Hinge, Tinder |
| 620 | Jessica | Reimer | jessicareimer6@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 621 | Michele | Williams | michelewms41@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 622 | Alexander | Deleon | alexdeleon997@yahoo.com | Hinge, Tinder |
| 623 | Diane | Grunwald | dmimperato@gmail.com | Tinder |
| 624 | Candi | Mcintyre | blkbutterfli23@gmail.com | Hinge, Plenty of Fish, BLK |
| 625 | Amanda | Jett | ajett79@yahoo.com | Plenty of Fish |
| 626 | Dale | Jackson | dal28361@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, Chispa, BLK |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 627 | Seth | Shaw | aisermyth83@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 628 | Glenn | Davis | cyclonetrain@gmail.com | Hinge, Tinder |
| 629 | Amanda | Shanahan | shanahanamanda@ymail.com | OkCupid, Plenty of Fish |
| 630 | Robert | Thomas | rlclthomas40@gmail.com | Match |
| 631 | Albert | Harmon | lilal36j@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 632 | Jonathan | Van Winkle | svtjon87@gmail.com | OkCupid, Tinder |
| 633 | Amita | Gupta | mm3chicago@yahoo.com | OkCupid, Hinge, Match |
| 634 | Robby | Gantenbein | rx7heaven91@yahoo.com | Tinder, Match, Plenty of Fish |
| 635 | Gregory | Kimura | gskimura@gmail.com | OkCupid, Tinder |
| 636 | Alison | Marcotte | alisonmarcotte@gmail.com | OkCupid, Hinge, Tinder, Match |
| 637 | Sarah | Childers Terry | sarahachilders@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 638 | Justin | Joseph | justinjoseph1236@gmail.com | Hinge, Tinder |
| 639 | Kyle | Jasik | jasik2@illinois.edu | Hinge |
| 640 | Rachel | Kimura | rachelnami@gmail.com | OkCupid, Tinder |
| 641 | Brian-Austin | Cupp | austin.cupp@gmail.com | OkCupid, Hinge, Tinder, Match |
| 642 | Jessica | Haberny | haberny.jess@gmail.com | Hinge, Tinder |
| 643 | Brittney | Kelly | brittneykelly14@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 644 | Matthew | Faucher | mf428cj@hotmail.com | Match |
| 645 | Jonathan | Catron | xbootcamperfromdixonsprings@yahoo.com | Tinder, Match, Plenty of Fish |
| 646 | Jack | Crawford | j.craw22@yahoo.com | Tinder, Plenty of Fish |
| 647 | Angela | Ralph | angelaralph9@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 648 | Michael | Blossom | blossom@florodora.com | OkCupid, Tinder, Match |
| 649 | Nicholas | Garcia | ngarcia1982@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 650 | Jonathan | Levy | jonathan@levysplace.us | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 651 | Jesus | Hernandez | chisox99jesus@gmail.com | OkCupid, Plenty of Fish |
| 652 | Jennifer | Ulloa | jaylo252001@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 653 | Nathan | Tucker | thisisnatetucker@gmail.com | OkCupid, Tinder |
| 654 | Darrin | Malone | ixbigdxi@gmail.com | Hinge, Tinder |
| 655 | Loren | Vanderbilt | pushtheghost@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 656 | Cindy | Tanski | cinder9970@aol.com | OkCupid, Tinder, Plenty of Fish |
| 657 | Danielle | Clay | missladyd82@gmail.com | Plenty of Fish |
| 658 | Danielle | Clay | missladyd82@live.com | Plenty of Fish |
| 659 | Ginsey | Auhoon | chloesclyde@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 660 | Mark | Schusteff | markshoe69@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 661 | Janitta | Matthews | bowzgrl@yahoo.com | Hinge, Tinder, Plenty of Fish, Chispa, BLK |
| 662 | Stephanie | Hedquist | stephanie.hedquist@gmail.com | Hinge, Tinder, Match |
| 663 | April | Huston | as-huston@wiu.edu | Match |
| 664 | Tyler | Reyes | rcpyrodude32@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 665 | Lisa | Anderson | likaander@gmail.com | Plenty of Fish |
| 666 | Danny | Pham | dannynpham11@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 667 | Natalie | Oberfell | noberfell@hotmail.com | Match |
| 668 | Dushan | Radakovic | radakovic.dushan@gmail.com | Match, Plenty of Fish |
| 669 | Joseph | Harmer | jharme01@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 670 | Noel | Batres | noel.batres@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 671 | William | Mccullum | lynxhoops@hotmail.com | Match, Plenty of Fish |
| 672 | Vaughn | Coney | vaughn.coney77@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 673 | Janie | Mcconnell | jmcc1960@yahoo.com | OurTime |
| 674 | Mark | Tietz | marktietz1964@gmail.com | OkCupid, Match, Plenty of Fish |
| 675 | Olivia | Traversa | brutusiswellloved@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 676 | Robert | Braschko | braschkor@yahoo.com | Plenty of Fish |
| 677 | Christina | Mark | changosmommy01@gmail.com | Tinder, Plenty of Fish |
| 678 | Moudi | Hubeishy | mkhubeis@buffalo.edu | Hinge, Tinder |
| 679 | Shekinah | Yniguez | singingducksareodd@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 680 | Rachael | Ferrill | rhaynes1700@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 681 | Lashawnette | Nixon | lnixon89@yahoo.com | Tinder, Plenty of Fish |
| 682 | Sarah | Hohmann | hohmann.sarah@gmail.com | Tinder |
| 683 | Simone | Knox | simoneknox90@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 684 | Timothy | Akers | teo1022@yahoo.com | OkCupid, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 685 | Hiram | Aviles | hiramjraviles@yahoo.com | Hinge, Tinder |
| 686 | Jacqueline | Kalipeni | jacqueline@thekalipenifoundation.org | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 687 | Matthew | Dibbern | matthew.dibbern@outlook.com | Hinge, Tinder |
| 688 | Patricia | Lenckus | plenckuse65@gmail.com | Plenty of Fish, OurTime |
| 689 | John | Govia | goviaradio@gmail.com | Plenty of Fish |
| 690 | Brooke | Deboer | brookedeboer1983@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 691 | Todd | Claxon | toddclaxonsurvey@gmail.com | Tinder |
| 692 | Michael | Brookins | deontebrookins@ymail.com | Tinder, Match, Plenty of Fish, BLK |
| 693 | Erica | Cundiff | ercundiff1@yahoo.com | OkCupid |
| 694 | David | Bailey | dtbailey55@gmail.com | Match |
| 695 | Stephanie | Meyers | stephaniemeyers27@gmail.com | Tinder, Plenty of Fish |
| 696 | Michelle | Cruz | jnm60172@gmail.com | OkCupid, Match, Plenty of Fish |
| 697 | Kelly | Bareis | ugotklb@yahoo.com | Match |
| 698 | Meghan | Patton | patton07@vt.edu | Match, Plenty of Fish |
| 699 | Nya | Bolarinwa | nyadon3@gmail.com | OkCupid, Hinge, BLK |
| 700 | Neville Michael | Travillion | jr3th3truth900@gmail.com | Tinder, Match |
| 701 | Brittany | Cohen | britcohen1@gmail.com | Hinge, Tinder |
| 702 | Amy | Trittschuh | trittschuh3177@gmail.com | Tinder, Match, Plenty of Fish |
| 703 | Heather | Cluck | artchic1984@yahoo.com | Tinder, Match, Plenty of Fish |
| 704 | Katie | Allen | katiecallen1@gmail.com | Hinge, Tinder, Match |
| 705 | Rakim | Stroman | rakim35@gmail.com | OkCupid, Plenty of Fish, BLK |
| 706 | Andre | Shephard | shephardandre6@gmail.com | Plenty of Fish |
| 707 | Jacquie | Floyd | jacquiefloyd@gmail.com | Hinge |
| 708 | Eric | Carlson | erok23@gmail.com | OkCupid |
| 709 | Kathleen | Mchugh | km921@sbcglobal.net | Match, Plenty of Fish |
| 710 | Paul | Kelly | paulkelly333@yahoo.com | Tinder, Match |
| 711 | Marcie | Berthelsen | msolberg21@yahoo.com | Plenty of Fish |
| 712 | Stephanie | Chancellor | sachancellor@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 713 | Liz | Durham | lizwdurham@gmail.com | OkCupid |
| 714 | Caitlin | Hanson | caitlinphanson@gmail.com | OkCupid, Tinder |
| 715 | Samantha | Coleman | samanthacoleman22@mail.com | Tinder, Match, Plenty of Fish |
| 716 | Samreen | Khan | samreenfatima@gmail.com | Tinder |
| 717 | Jennifer | Gilbert | jennifergilbert333@gmail.com | Match |
| 718 | Courtney | Rivenburg | courtney.rivenburg@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 719 | Jennifer | Hill | jemhill2122@gmail.com | OkCupid, Match, Plenty of Fish, BLK |
| 720 | Nick | Ervin | nick.erv@gmail.com | Tinder, Plenty of Fish |
| 721 | Emma | Reeves | lemmasaurus@gmail.com | OkCupid |
| 722 | Denitria | Lewis | dnlewis@gmail.com | OkCupid, Hinge, Tinder |
| 723 | Tim | Mussman | timmussman@gmail.com | Tinder |
| 724 | Sherrie | Rickmon | slr123159@gmail.com | Plenty of Fish |
| 725 | Robert | Tedesco | bobbytedesco1@gmail.com | Tinder |
| 726 | Morgan | Gill | morganagill17@gmail.com | Tinder, Match, Plenty of Fish |
| 727 | Aubrey | Dahlem | aubreydahlem@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 728 | Cathy | Willis | cawillis55@yahoo.com | Match, OurTime |
| 729 | Jack | Cunningham | jackcunningham929@yahoo.com | Tinder |
| 730 | Liesbeth | Jozefzoon | lies28@gmail.com | Tinder, Match, Plenty of Fish |
| 731 | Matt | Drizner | matt.drizner@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 732 | Lauren | Chrzanowski | lauren.chrzanowski@yahoo.com | OkCupid |
| 733 | Jill | Broersma Olson | jillolson01@yahoo.com | Match |
| 734 | Jake | Quais | michael.quaid@yahoo.com | Hinge, Tinder |
| 735 | Oscar | Rodriguez | deircr3@yahoo.com | Hinge |
| 736 | Elizabeth | Revis | elizabeth.revis@trnty.edu | Tinder, Plenty of Fish |
| 737 | Brian | Stack | midwesttuck@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 738 | Jill | Stack | jillstack4@gmail.com | OkCupid, Hinge, Tinder, Match |
| 739 | David | Barry | dkbarry18@outlook.com | Hinge, Tinder |
| 740 | Yamilett | Villegas | yville08@gmail.com | Hinge |
| 741 | Samantha | Osorio | s.osorio06@gmail.com | OkCupid, Tinder, Match |
| 742 | Heidi | Kuntarich | hfeiler14@gmail.com | OkCupid, Match, Plenty of Fish |
| 743 | Melissa | Carroll | carrollm9@gmail.com | OkCupid, Hinge, Tinder, Match |
| 744 | Steven | Fiumefreddo | sfiumefreddo0220@gmail.com | Tinder, Match, Plenty of Fish |
| 745 | Ana | Serna | anaxserna@gmail.com | Tinder |
| 746 | Noah | Weidemann | noahw2011@yahoo.com | Tinder |
| 747 | Elizabeth | Madison | enmadison@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 748 | Jan | Garcia | 123987jan@gmail.com | Match |
| 749 | Jessica | Silva | jessielou23@yahoo.com | Plenty of Fish |
| 750 | Stephanie | Hughes | stephaniejhughes@hotmail.com | OkCupid, Hinge, Tinder, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 751 | Jeremy | Sarno | jasarno@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 752 | Nicholas | Teasdale | nicholasteasdale1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 753 | Rebecca | Hastings | hastings.ra@gmail.com | Tinder |
| 754 | Anthony | Gale | agale212@gmail.com | OkCupid, Tinder |
| 755 | Keith | Wilcoxon | wilcoxonenterprises@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 756 | Atef | Morrar | atefmorrar329@gmail.com | Tinder, Plenty of Fish |
| 757 | Julia | Gorzynski | gorzynskifamily2015@gmail.com | OkCupid, Plenty of Fish |
| 758 | Marcus | Thompson | marcusthompson197645@gmail.com | Tinder, Match, Plenty of Fish |
| 759 | Amanda | Leo | themusicalpanda@gmail.com | OkCupid, Hinge, Tinder |
| 760 | Julie | Catena | billsforjuliec@gmail.com | OkCupid, Match |
| 761 | Lisa | Conard | lisa.lu.lc@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 762 | Rugby | Walsh | rugbyw6@gmail.com | Tinder |
| 763 | Jill | Boysen | jillycakes72@gmail.com | Hinge, Tinder |
| 764 | Fran | Pomerance | narf222@aol.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 765 | Sebren | Gregory | sebren199@hotmail.com | Hinge, Tinder |
| 766 | Chloe | Williams | chloe27w@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 767 | Julie | Noyes-Krummel | noyesjulie0@gmail.com | Match, Plenty of Fish |
| 768 | Ryan | Carty | carty.ryan@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 769 | Jake | Martin | jake.r.martin@pm.me | OkCupid, Hinge, Tinder |
| 770 | Ryan | Wellington | rwellington56@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 771 | Susan | Pacyga | sudan_burian@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa |
| 772 | Kerri | Leo | k_leo@me.com | Match |
| 773 | Sanjay | Mohindroo | sanjaymohindroo@gmail.com | Hinge, Tinder |
| 774 | Nupur | Patel | nupur1121@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 775 | Samantha | Corn | samantha.corn@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 776 | Patty | Hart | pmaljbj2666@comcast.net | Match, Plenty of Fish, OurTime |
| 777 | Breanne | Hall | brehall72@yahoo.com | OkCupid, Match |
| 778 | Robert | Peters | rmword@gmail.com | OkCupid, Tinder |
| 779 | Christopher | Curran | c3mind@gmail.com | Tinder |
| 780 | Caitlin | Fortin | caitraine@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 781 | Mallory | Julen | malsy830@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 782 | Leoh | Zarate | leohzarate@gmail.com | Tinder, Match, Plenty of Fish |
| 783 | Lisa | Daubney | lddaubney@gmail.com | OkCupid |
| 784 | Heather | Riniker | heatherhoxie1982@gmail.com | Tinder, Match, Plenty of Fish |
| 785 | Vanessa | Cloud | vanessacloud2020@gmail.com | Hinge, Tinder |
| 786 | Ashley | Mikita | amikita1324@gmail.com | Hinge, Match |
| 787 | Megan | Rux | ruxmegan@gmail.com | Hinge |
| 788 | Taylor | Heppner | theppner12@gmail.com | Hinge, Tinder |
| 789 | Rebecca | Green | rebecca.green1991@gmail.com | Tinder, Match, Plenty of Fish |
| 790 | Tracy | Platt | tlp3673@gmail.com | Match, Plenty of Fish |
| 791 | Dimitrios | Poulakis | slsspecialist@gmail.com | Match |
| 792 | Anna | Tujo | akelton66@gmail.com | Match |
| 793 | Samuel | Smith | cadillacgang16@gmail.com | Tinder, Plenty of Fish |
| 794 | Jennifer | Goldman | jennifergoldman8675@gmail.com | Match, Plenty of Fish |
| 795 | Ryan | Lambert | ryan.jeffrey.lambert@gmail.com | OkCupid |
| 796 | Katherine | Alpuche | katiealpuche12@gmail.com | Tinder, Match, Plenty of Fish |
| 797 | Jareline | Acevedo | jareacvd@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 798 | Amanda | Riley | hoosiermandy@gmail.com | OkCupid, Hinge, Tinder, Match |
| 799 | Ross | Fryman | frymanr@outlook.com | Hinge, Tinder, Plenty of Fish, Chispa |
| 800 | Gustavo | Molina Quebrado | gmolina0214@gmail.com | Tinder |
| 801 | Sharonda | Clay | sharondaclay3374@gmail.com | OkCupid, Hinge, Tinder, BLK |
| 802 | Stephanie | Clayton | steppie84@gmail.com | Plenty of Fish |
| 803 | Yitian | Mao | yitian92@aol.com | Hinge |
| 804 | Felice | Sommerfield | felice61@comcast.net | Match |
| 805 | Margaret | Santos | 2maggieotoole@gmail.com | Hinge |
| 806 | Brian | Kallis | briankallis300@gmail.com | Plenty of Fish |
| 807 | William | Riszko | bill.riszko@gmail.com | Hinge, Tinder |
| 808 | Amanda | Bettenhausen | arbettenhausen@gmail.com | Hinge, Tinder |
| 809 | Jalissa | Murray | jalissam18@yahoo.com | Hinge, Tinder, Match, Plenty of Fish, OurTime, BLK |
| 810 | Risa | Weiss | risa@risaweiss.com | OkCupid, Tinder, Match, Plenty of Fish |
| 811 | Jill | Gunnarsson | jvgunnarsson@gmail.com | OkCupid, Match, Plenty of Fish |
| 812 | Hunter | Mabrey | huntermabrey52@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 813 | Regina | Williams | rnwilliams1908@gmail.com | Hinge, Tinder, Match |
| 814 | Elizabeth | Terpstra | terp12382@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 815 | Madison | Kunkel | madisonreneekunkel34@gmail.com | Hinge, Tinder |
| 816 | Caitlynn | Mcwhorter | caitlynnmm@gmail.com | OkCupid, Hinge, Tinder |
| 817 | Austin | Pontious | austinpontious@mail.com | Tinder, Match, Plenty of Fish |
| 818 | Roman | Lys | knockoutconstruction1@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 819 | Kim | Kries | bennycub7@yahoo.com | Match |
| 820 | Aimee | Rozell | aimlynn90@gmail.com | Tinder |
| 821 | John | Pontious | john_pontious80@outlook.com | Tinder, Match, Plenty of Fish, OurTime |
| 822 | Carla | James | grvbuggy@msn.com | Match |
| 823 | Heather | Birdsell | heather9577@gmail.com | Match, Plenty of Fish |
| 824 | Laura | Hawbaker | laura.hawbaker@gmail.com | Hinge, Tinder, Match |
| 825 | Jennifer | Kenney | sojustme82@aim.com | Match |
| 826 | Melissa | Hawkins | melissaalycefosshawkins@yahoo.com | Tinder |
| 827 | Amanda | Larsen | amandalarsen77@yahoo.com | Plenty of Fish |
| 828 | Smriti Simi | Wagle | alo2dtw@yahoo.com | OkCupid |
| 829 | Brian | Uddin | brianuddin@yahoo.com | Hinge, Tinder |
| 830 | Janet | Sanchez | jansanchez13@gmail.com | OkCupid, Hinge, Tinder |
| 831 | Janet | Casalina | jac7711@aol.com | OkCupid, Match, Plenty of Fish |
| 832 | Theresa | Mallet | tra6967@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 833 | Alex | La Palme | adlapalme@gmail.com | Hinge, Tinder |
| 834 | Marisol | Lopez | chol78@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 835 | Queenasia | Wray | yannapoo718@gmail.com | OkCupid, Tinder, Match, OurTime, BLK |
| 836 | Jacqueline | Jubeck | jacqueline.jubeck@gmail.com | Match, Plenty of Fish |
| 837 | Caroline | Krause | crimefighter0519@gmail.com | Match, Plenty of Fish |
| 838 | Bruce | Richter | bcrazydog1@yahoo.com | Plenty of Fish |
| 839 | Byron | Powell | powellmisc@gmail.com | Plenty of Fish |
| 840 | Samuel | Kagan | samuelkagan1@gmail.com | Hinge, Tinder |
| 841 | Jonathan | Oliva | cubbs1969@yahoo.com | Tinder |
| 842 | Cassandra | Ledezma | ismayo@comcast.net | Match |
| 843 | Jordan | Brown | brownjordan1118@gmail.com | Hinge |
| 844 | Peggy | Davis | pdavis985@yahoo.com | Match |
| 845 | Ashlee | Parisi | ashleeparisi28@gmail.com | Tinder, Match, Plenty of Fish |
| 846 | Natosha | Richardson | galiablue1468@gmail.com | Tinder, Match, Plenty of Fish |
| 847 | Courtney | Christian | courtneychristian983@gmail.com | Tinder, Plenty of Fish |
| 848 | Nicolle | Nordman | itsnicolle8@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 849 | Meaghan | Carberry | kayanow88@gmail.com | Hinge, Tinder, Plenty of Fish |
| 850 | Erica | Hinman | ericahin07@aol.com | Plenty of Fish |
| 851 | Jessica | Carlisle | carlisle656@gmail.com | Tinder, Plenty of Fish |
| 852 | Samuel | Gubbins | sgubbins20@gmail.com | Hinge, Tinder |
| 853 | Jami | Klenzman | jklenzman@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 854 | Fernando | Barrientos | fbarrientos86@hotmail.com | Tinder, Match |
| 855 | Anisha | Davenport | anishadvs@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 856 | Jennifer | Mendoza | jennifer@hairandmakeupbyjenn.com | Hinge, Match |
| 857 | Linda | Muzquiz | lmuzquiz74@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 858 | Carissa | Wilkinson | c78wilkinson@hotmail.com | Tinder, Plenty of Fish |
| 859 | Lucas | Nicholson | lucas.m.nicholson@gmail.com | Hinge, Tinder |
| 860 | Ranie | Wilburn | raniedayz@gmail.com | Plenty of Fish |
| 861 | Brittany | Lawson | brittanyring90@gmail.com | Tinder |
| 862 | Lauren | Baker | lmariebaker@gmail.com | Hinge |
| 863 | Gregory | Swanson | gswanso3@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 864 | Brian | Gutierrez | bngutierrez82@gmail.com | Tinder, Chispa |
| 865 | Melissa | Footlick | mfootlick@gmail.com | Tinder |
| 866 | Nicole | Garcia | nikkieg8881@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 867 | Jake | Lipp | jake@jakelipp.com | Hinge, Tinder |
| 868 | Tina | Pham | pham.tina0124@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 869 | Vanessa | Szymanski | v_szymanski@yahoo.com | OkCupid, Plenty of Fish |
| 870 | Amy | Jahr | amy.jahr@gmail.com | OkCupid, Match |
| 871 | Elana | Miller | lanamonkey87@aol.com | Tinder, Plenty of Fish |
| 872 | Melanie | Hoffman | melanie.n.hoffman@gmail.com | Hinge, Tinder |
| 873 | Margaret | Hilliard | maggiepowell06@gmail.com | Match |
| 874 | Shawn | Hackett | shawn.hackett09@gmail.com | Hinge, Match, Plenty of Fish |
| 875 | Paulette | Freeman | pfree0114@gmail.com | Tinder, Plenty of Fish, BLK |
| 876 | Dino | Pezzato III | boomerspammail@gmail.com | OkCupid, Match, Plenty of Fish |
| 877 | Fathima | Kolonda | fathiz@gmail.com | Hinge |
| 878 | Jonathan | Heiser | jonathanheiser@mail.com | Hinge, Match, Plenty of Fish, OurTime |
| 879 | Avni | Bavishi | avnibavishi1@gmail.com | Hinge, Tinder |
| 880 | Samantha | Padiak | samantha.padiak@gmail.com | Hinge, Tinder |
| 881 | Erik | Berry | eb3320@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 882 | Whitney | Minor | whitneyndaisy@icloud.com | Plenty of Fish |
| 883 | Bertha | Castaneda | bcastaneda82@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 884 | Kelly | O'Leary | kellylanae26@gmail.com | OkCupid, Match, Plenty of Fish |
| 885 | Teresa | Farnham | tessilu2000@gmail.com | Match |
| 886 | Jill | Wahlers | jillgoldberg23@gmail.com | OkCupid |
| 887 | Sheena | Barrera | sheena.barrera@gmail.com | Hinge, Match |
| 888 | Steve | Eckard | steve99u@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 889 | Aija | Nemer-Aanerud | aija.nemeraanerud@gmail.com | OkCupid |
| 890 | Grace | Pai | gracekpai@gmail.com | OkCupid, Hinge |
| 891 | Gerri | Hood | gerrihood@gmail.com | Plenty of Fish |
| 892 | Stephen | Fortt | stevesbrick@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 893 | Brandi | Couture | brandi.bmct@yahoo.com | Plenty of Fish |
| 894 | Grace | Todd | toddegrace@gmail.com | Hinge |
| 895 | Dustin | Ellis | cubsfan37@hotmail.com | Tinder |
| 896 | Nadezhda | Petrova | nadejdabg@abv.bg | Match |
| 897 | Steven | Tite | bugaloomom2@aol.com | Match, Plenty of Fish |
| 898 | Natalie | Horsman | nhorsman97@gmail.com | Hinge, Tinder, Match |
| 899 | Serena | Geraci | serenaageraci@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 900 | Catherine | Seider | cathieseider@gmail.com | Plenty of Fish |
| 901 | Zachary | Ward | navigatorbass@gmail.com | OkCupid, Hinge, Tinder |
| 902 | Guinevere | Chapin | guineverechapin@gmail.com | OkCupid, Tinder |
| 903 | Beth | Johnson | pbnme2004@comcast.net | OkCupid, Tinder, Match, Plenty of Fish |
| 904 | Caraline | Resnick | cara.resnick@gmail.com | Hinge, Tinder |
| 905 | Tenisha | Brewer | tenishabrewer@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 906 | Joel | Miller | joeldmiller73@gmail.com | Tinder |
| 907 | Anthony | Adams | adams0809@gmail.com | Tinder |
| 908 | Yalanda | Hughes | yalandah33@gmail.com | Plenty of Fish |
| 909 | Bianca | Ruiz | binkimnd@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 910 | Melissa | Bonnett | melissa.bonnett@gmail.com | Hinge, Tinder |
| 911 | Debi | Lafaire | imax216@gmail.com | Plenty of Fish |
| 912 | Kayla | Harrington | kaylamharrington2@biltmore-cc.com | Hinge, Tinder |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 913 | Eileen | Cullen | dover7_99@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 914 | Joseph | Holkan | maxholkan@gmail.com | Hinge, Tinder |
| 915 | Dionne | Monroe | dionnemonroe86@gmail.com | Tinder, Plenty of Fish |
| 916 | Danessa | Rauster | djrauster@gmail.com | OkCupid, Plenty of Fish |
| 917 | Tamara | Mckean | beeber1966@yahoo.com | OkCupid, Plenty of Fish |
| 918 | Silvia | Testa | silviaatesta@gmail.com | Hinge, Match, Plenty of Fish, OurTime |
| 919 | Jennifere | Lux | jennifere.lux@gmail.com | Hinge |
| 920 | Luann | Kleemeyer | bluesgal1127@yahoo.com | Match, Plenty of Fish |
| 921 | Brittany | Grabau | brittanygrabau@msn.com | Tinder |
| 922 | Natalie | Hicks | nhicks2@gmail.com | Hinge, Tinder, Match |
| 923 | Sarah | Meyer | sare622@gmail.com | Match, Plenty of Fish |
| 924 | Daniel | Eaton | daneaton76@mac.com | Match |
| 925 | Boris | Strelchin | boris.strelchin@gmail.com | OkCupid, Tinder |
| 926 | Teresa | Hollenback | jthorses2002@gmail.com | Tinder |
| 927 | Carrie | Schindler | c.schindler2379@gmail.com | Tinder |
| 928 | Tiffany | Mariani | tmariani4@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 929 | Kaitlyn | Gibbs | gibbskait@gmail.com | Tinder |
| 930 | Stephanie | Loup | stephanieloup@att.net | Hinge, Tinder, Match, Plenty of Fish |
| 931 | Bridget | Burke | bridget100779@gmail.com | Tinder, Plenty of Fish |
| 932 | Tonya | Romin | tonyaromin@gmail.com | Hinge, Match |
| 933 | Mary | Oglesby | maryoglesby74@gmail.com | OkCupid |
| 934 | Jazmin | Molden | jazminamolden@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 935 | Umang | Talati | udtalati@gmail.com | Match |
| 936 | Elizabeth | Rogers | elizabeth.rogers04@gmail.com | Hinge, Tinder |
| 937 | Rachel | Walcher | rachelwalcher@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 938 | Jeannine | Gilleran | itsjeannine@yahoo.com | Match |
| 939 | Kolton | Durment | kdurment32@gmail.com | Tinder |
| 940 | Rachel | Hall | shoelifer1@hotmail.com | OkCupid, Plenty of Fish |
| 941 | Michelle | Dotson | angelbabyluv28@yahoo.com | Tinder, Match, Plenty of Fish |
| 942 | Charity | Miller | charity.miller@gtchurch.com | Tinder |
| 943 | Kiana | Fleming | knoelle86@gmail.com | OkCupid, Hinge, Tinder |
| 944 | Rene | Cruz III | renecruz93@gmail.com | Tinder |
| 945 | Catherine | Head | catherinemhead@icloud.com | Hinge, Tinder, Match |
| 946 | Erin | Willis | blueyes1284@aol.com | Match |
| 947 | Holly | Stangland | hollystangland@yahoo.com | OkCupid |
| 948 | Karen | Ruiz | kareneruiz@yahoo.com | OkCupid, Tinder |
| 949 | Madeline | Poole | maddiepoole123@gmail.com | Tinder |
| 950 | Diane | Webb | imprincesgirl@yahoo.com | Match |
| 951 | Kassie | Mathre | kmathre@atown276.net | OkCupid, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 952 | Amy | Koerble | amy_koerble@sbcglobal.net | OkCupid, Tinder, Match, Plenty of Fish |
| 953 | Kiernen | Dardeen | kiekie181022@gmail.com | Tinder |
| 954 | Ben | Koerble | benkoerble@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 955 | Catherine | Creamer | catherinebxr@comcast.net | OurTime |
| 956 | Chrissy | Beres | cberes83@gmail.com | Plenty of Fish |
| 957 | Amy | Wilson | amysdailyemails@gmail.com | Plenty of Fish |
| 958 | Roxanne | Helgeson | roxannelynn6@comcast.net | OkCupid, Hinge, Tinder, Chispa |
| 959 | Andrew | Tresslar | drewtresslar@yahoo.com | Hinge, Tinder |
| 960 | Jeanette | Lozada | jeanettelozada@yahoo.com | OkCupid, Hinge, Match, Plenty of Fish |
| 961 | Richard | Waller | richardwaller95@yahoo.com | Tinder |
| 962 | Gena | Dillon | madtygr@gmail.com | Tinder, Match, Plenty of Fish, OurTime |
| 963 | Kathleen | Harwood | kh60610@gmail.com | Match, OurTime |
| 964 | Michael | Abrams | michaeldabrams@gmail.com | Hinge, Tinder |
| 965 | Kelly | Filip | kellyfilip@gmail.com | OkCupid, Match, Plenty of Fish |
| 966 | Samantha | Dobrin | connie.dobrin@yahoo.com | Hinge |
| 967 | Bettie | Nathoo | bjnathoo@yahoo.com | OkCupid, Hinge, Match, OurTime, BLK |
| 968 | James | Montgomery | fanboy95@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 969 | Tiffany | Freeman | tmfreeman@richland.edu | Plenty of Fish |
| 970 | Al | Seele | aws1212@msn.com | Tinder, Plenty of Fish |
| 971 | Elizabeth | Isaacs | efisaacs@hotmail.com | Match |
| 972 | Anthony | Acerra | acerraaj@gmail.com | Hinge, Tinder |
| 973 | Martha | Downey | martha547@comcast.net | OurTime |
| 974 | Sharyn | Thornton | sthornton4673@gmail.com | Tinder |
| 975 | Tricia | Epperhart | tepperhart@yahoo.com | OkCupid, Match, Plenty of Fish |
| 976 | Jonathon | Dible | j.ian.dible@gmail.com | Hinge, Tinder |
| 977 | Artem | Konotopskiy | art.konotopskiy@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 978 | Bailey | Iwinski | schmidbailey@gmail.com | Tinder |
| 979 | Henry | Toney | henry.toney64@gmail.com | Hinge, Tinder |
| 980 | Jacob | Orseno | jacob.orseno@aol.com | OkCupid, Hinge, Tinder |
| 981 | Thomas | Trapp | tomxtrapp81@yahoo.com | OkCupid, Tinder, Match |
| 982 | Cassidy | Kapson | itsworkinginyourblood@gmail.com | OkCupid, Tinder |
| 983 | Pam | Spiezio | pspiezio@gmail.com | Plenty of Fish |
| 984 | Kyle | Stanton | kylestanton35@gmail.com | Tinder |
| 985 | Elena | King | elena.sking@gmail.com | Hinge |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 986 | Dennis | Ramsook | dramsook@gmail.com | Tinder |
| 987 | Sydney | Griffin | sydneygriffin07@gmail.com | Tinder |
| 988 | Steve | Anderson | mistical@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 989 | Julie | Anderson | cahilljulie86@gmail.com | OkCupid, Match |
| 990 | Linda | Martinez | pindam3@aol.com | Match, Plenty of Fish |
| 991 | Jaime | Garcia | jsgpacheco.626@gmail.com | OkCupid, Tinder, Match |
| 992 | Michael | Lowe | mike.lowe110316@gmail.com | Tinder |
| 993 | Lauren | Adams | lpadams27@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 994 | Connor | Mcnerney | cpmcnerney44@gmail.com | Hinge, Tinder |
| 995 | David | Rodriguez | davea.rdgz@gmail.com | Tinder |
| 996 | Kylie | Gember | kyliegember@gmail.com | Hinge, Tinder |
| 997 | Laura | Swanson | lauramclark1@gmail.com | Tinder, Match |
| 998 | Travis | Lores | tjlores1996@gmail.com | Hinge, Tinder |
| 999 | Dior | Knox | diork92@gmail.com | Tinder |
| 1000 | Antoni | Bukowski | dylope07@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1001 | Jesse | Seals | moonlightfishing1985@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1002 | Mandy | Mccool | mandyihmccool@gmail.com | OkCupid, Match |
| 1003 | Ann | Bresnen | abreshome@gmail.com | Match, Plenty of Fish, OurTime |
| 1004 | Deanna | Trejo | deanna.trejo@gmail.com | OkCupid |
| 1005 | Angela | Selvaggio | angelaselvaggio@yahoo.com | Match |
| 1006 | Michelle | Andrews | michelleandrews001@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1007 | Taylor | Dulgar | dulgar98@yahoo.com | Tinder |
| 1008 | Monique | Fernback | mofernback@gmail.com | Hinge |
| 1009 | Amy | Stene | afstene@gmail.com | OkCupid, Tinder |
| 1010 | Brianna | Lee | briannalee1000@gmail.com | Tinder |
| 1011 | Rebecca | Laudati | rmlaudati@gmail.com | Tinder, Plenty of Fish |
| 1012 | Patrice | Murphy | patricemurphy84@gmail.com | Match |
| 1013 | Corinne | Fombelle | corinne.fom@gmail.com | Tinder |
| 1014 | Erica | Ash | lily_ivy_drew@yahoo.com | Plenty of Fish |
| 1015 | Kelly | Dubois | kellyjdubois@gmail.com | Match, Plenty of Fish |
| 1016 | Rosie | Stulman | rosieebud8@aol.com | Match, Plenty of Fish |
| 1017 | Maria | Davis | mimi_mld@yahoo.com | Hinge, Tinder, Chispa |
| 1018 | Antonia | Ruane | ruanea8@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1019 | Angela | Sanks | angela.sanks@gmail.com | Tinder |
| 1020 | Marquianna | Griffin | mqgriffi@gmail.com | Tinder, Match, Plenty of Fish |
| 1021 | Dena | Osterberg | dena.osterberg@yahoo.com | Match |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1022 | Dorothy | Grant | deemari99@gmail.com | Tinder, Match |
| 1023 | Michael | Blaul | acegolfer@ameritech.net | Plenty of Fish |
| 1024 | Kelly | Vonnahme | vonnahmekelly@gmail.com | Tinder |
| 1025 | Benna | Kessler | benna.kessler@gmail.com | OkCupid |
| 1026 | Chris | Alexander | missychrissie6544@yahoo.com | Match |
| 1027 | Lindsey | Ludwig | lnludwig2@gmail.com | Hinge, Tinder, Match |
| 1028 | Uyshica | Brown | uyshica@gmail.com | OkCupid, Tinder |
| 1029 | Sarah | Kehl | sak.lcsw@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1030 | Kyle | Barry | kkb42098@gmail.com | Tinder |
| 1031 | Stephanie | Pinkerton | s.d.pinkerton91@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1032 | Shannon | Manzo | rockafellermanzo@gmail.com | OkCupid, Plenty of Fish |
| 1033 | Samantha | Santoyo | s.santoyo27@gmail.com | Tinder |
| 1034 | Jeff | Matthews | jjmatt604@yahoo.com | Match |
| 1035 | Leslie | Russell | sweet51698@aol.com | Tinder, Match, Plenty of Fish |
| 1036 | Debbie | Siegmeier | debm930@yahoo.com | Match, Plenty of Fish |
| 1037 | Maureen | Hatfield | maureenthatfield@gmail.com | OkCupid, Match, Plenty of Fish |
| 1038 | Kimberly | Southammavong | kimmysou85@gmail.com | Hinge, Tinder |
| 1039 | Autumn | Smith | smithautumn35@gmail.com | Tinder |
| 1040 | Kate | Valentine | katev03@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1041 | Jennifer | Brower | jenbro744@gmail.com | OkCupid, Match, Plenty of Fish |
| 1042 | Brittney | Bock | bbock19@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1043 | Jeremy | Kufer | jeremykufer460@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1044 | Brian | Considine | bpconsi@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1045 | Amber | Ferguson | amberf1979@yahoo.com | Tinder, Match, Plenty of Fish |
| 1046 | Lydia | Nowak | nopin15@hotmail.com | Match |
| 1047 | Jamie | Brown | jamie.e.b1027@gmail.com | Hinge, Tinder |
| 1048 | Jenna | Windt | jlwindt@gmail.com | Hinge |
| 1049 | Stephanie | Chaidez | s.chaidez6@gmail.com | OkCupid, Hinge, Tinder |
| 1050 | Stephanie | Hardy | stephhardy2009@hotmail.com | Match |
| 1051 | Neslihan | Gacek | neslicota@gmail.com | OkCupid, Match |
| 1052 | Kerri | Stokes | kerr1978@yahoo.com | Match |
| 1053 | Ann | Vaughan | alvaughan7@gmail.com | Match, Plenty of Fish |
| 1054 | Aishly | Padron Bravo | aishlyapb@gmail.com | Tinder |
| 1055 | Dahlia | Dyson | dadyson16@gmail.com | Tinder |
| 1056 | Cierra | Amos | cierra.amos@gmail.com | Tinder |
| 1057 | Ashley | France | ashey_thomas15@yahoo.com | Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1058 | Shaundra | Ceaser | shaunshan19@gmail.com | OkCupid, Match, Plenty of Fish, BLK |
| 1059 | Rosario | Maldonado | roromaldonado12@gmail.com | Tinder, Chispa |
| 1060 | Marina | Blough | 16mblough@gmail.com | Hinge, Tinder |
| 1061 | Ron | Mutton | ronles06@yahoo.com | Match |
| 1062 | Caitlin | Barnes | caitlinmbarnes1@gmail.com | Hinge, Tinder, Match |
| 1063 | Lisa | Cambridge | ldulgar@yahoo.com | Match, Plenty of Fish |
| 1064 | Darrell | Mason | dad42069@gmail.com | Match, Plenty of Fish |
| 1065 | Rachel | Cooke | rcooke04@gmail.com | OkCupid, Plenty of Fish |
| 1066 | Linda | Hale | queenl1@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1067 | Maria | Bottino | mariabottino511@gmail.com | Tinder |
| 1068 | Quiana | Odom | qmo42@yahoo.com | Match |
| 1069 | Kort | Mcclellan | mcclellan1000@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1070 | Nichole | Phillips | nicholephillips91@gmail.com | OkCupid, Match |
| 1071 | Susan | Recchia | susan1030@comcast.net | Match |
| 1072 | Sarah | Ambrosia | segambrosia@yahoo.com | Tinder, Plenty of Fish |
| 1073 | James | Lutz | lutzjamesp@gmail.com | Hinge, Tinder, Match |
| 1074 | Laura | Knight | knight24@illinois.edu | Hinge |
| 1075 | Kristy | Iversen | kristy.iversen@gmail.com | Tinder |
| 1076 | Olivia | Kamysz | okamysz@gmail.com | OkCupid, Hinge, Tinder |
| 1077 | Matt | Daniels | daniels_matt@comcast.net | Hinge, Tinder, Plenty of Fish |
| 1078 | Scott | Haenel | mrhaenel@hotmail.com | Match, Plenty of Fish |
| 1079 | Lucille | Streets | lucylovette45@gmail.com | Tinder, Match, Plenty of Fish |
| 1080 | Miranda | Doris | mjdoris1995@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1081 | Christa | Magnuson | chrittab@yahoo.com | Match, Plenty of Fish |
| 1082 | Ieva | Kijewski | linksmuteeve@gmail.com | OkCupid, Match, Plenty of Fish |
| 1083 | Sarah | Bohanan | sarahbohanan39@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1084 | Jessica | Dardeen | chowela@icloud.com | Tinder, Plenty of Fish |
| 1085 | Mitchell | Alvarez | mitchalvarez22@gmail.com | Tinder, Chispa |
| 1086 | Joan | Naumovich | jnaumovich@gmail.com | Match |
| 1087 | Kyle | Battistoni | kylebattistoni@yahoo.com | Tinder, Match |
| 1088 | Matthew | Gray | mattgray04@gmail.com | Tinder, Match, Plenty of Fish |
| 1089 | Adrianne | Rodriguez | aandi00@gmail.com | OkCupid, Plenty of Fish, Chispa |
| 1090 | Sadie | Brooks | sadiebro13@gmail.com | Match, Plenty of Fish |
| 1091 | Regena | Toney | rtoney@gmail.com | Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1092 | Kimberly | Riley | kkrile05@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1093 | Olivia | Kamysz | olivia.kamysz@gmail.com | OkCupid, Hinge, Tinder |
| 1094 | Cody | Tracy | cody.tr4@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1095 | Sarah | Taylor | s.taylor5444@outlook.com | Hinge |
| 1096 | Ashlie | Thatcher | ashliethatcher@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1097 | Tessa | Caudill | fukclove93@gmail.com | Tinder |
| 1098 | Cindy | Walsh | cwalsh393@gmail.com | OkCupid, Match |
| 1099 | Katie | King | katiestolinski@yahoo.com | Tinder, Match, Plenty of Fish |
| 1100 | Christine | Thomas | christinethomas72@comcast.net | Match |
| 1101 | Anitha | Mckendall | nair.anithac@gmail.com | OkCupid, Tinder |
| 1102 | Erica | Davis-Johnson | ericadavisholder@yahoo.com | Match |
| 1103 | Amanda | Humphries | myleeb16@hotmail.com | Hinge, Tinder |
| 1104 | Mike | Charvat | siddithers02@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1105 | Elizabeth | Davis | eldavis83@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 1106 | Samantha | Sahlin | samanthasahlin8615@gmail.com | Hinge, Tinder |
| 1107 | Erich | Theiss | erich.theiss@gmail.com | OkCupid, Match |
| 1108 | Courtney | Schrader Bozich | chicajazz7@sbcglobal.net | Match |
| 1109 | Cindy | White | cindywhiteabc1973@gmail.com | Plenty of Fish |
| 1110 | Amanda | Winegarner | amanda-83@att.net | Match |
| 1111 | Rebecca | Zavala | zavala_rebecca@yahoo.com | Match |
| 1112 | Nicole | Dineen | nikkixdineen@aol.com | Plenty of Fish |
| 1113 | Ariel | Gonzalez | ariel_g93@yahoo.com | Hinge, Tinder, Chispa |
| 1114 | Samantha | Morris | smeyers@carthage.edu | Tinder |
| 1115 | Tania | Gibson | taniajoygibson@gmail.com | Match, Plenty of Fish |
| 1116 | Nicholas | Bowron | nickbowron@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1117 | Kaylan | Howard | kaylanhoward@gmail.com | OkCupid, Match |
| 1118 | Caitlin | Shock | cmshock1992@gmail.com | Tinder |
| 1119 | Roshni | Shah | rshah1227@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1120 | Pam | Rodriguez | prod85@gmail.com | Hinge, Tinder, Match |
| 1121 | Whitney | Niccoli | whitneyniccoli@gmail.com | Tinder |
| 1122 | Kailyn | Shirrell | kailynshirrell@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1123 | Kate | Koval | kateirenekoval@gmail.com | Match |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1124 | Monika | Krzeczkowska | monika_przybylski@yahoo.com | OkCupid, Match |
| 1125 | Karen | Robinson | mommak44@icloud.com | OkCupid, Plenty of Fish |
| 1126 | Monika | Krzeczkowska-Przybylski | monica_201106@yahoo.com | OkCupid, Match |
| 1127 | Kiley | Fuchs | bakerstreetregular@gmail.com | Tinder, Plenty of Fish |
| 1128 | Rebekah | Langford | langford.rebekah@gmail.com | Tinder |
| 1129 | Nicole | Rea | nicolemrea@gmail.com | OkCupid, Hinge, Tinder |
| 1130 | Steven | Gray | sdot60621@gmail.com | Tinder, Plenty of Fish |
| 1131 | Rebekah | Snoddy | rmsnoddy18@gmail.com | Tinder, Match, Plenty of Fish |
| 1132 | Alexandria | Lucas | alliemnt@gmail.com | Chispa |
| 1133 | Quinton | Keith | quekeith@gmail.com | Plenty of Fish, BLK |
| 1134 | Tyler | Trumpy | shinobiguyu@gmail.com | Tinder, Plenty of Fish |
| 1135 | Deborah | Wadas | dwadas@att.net | Match |
| 1136 | Amanda | Trumpy | pasta4lyfe16@gmail.com | Plenty of Fish |
| 1137 | Lindsay | Kuhns | lindz822@hotmail.com | Match |
| 1138 | Edgar | Garcia | garcia.edgar@gmail.com | Plenty of Fish |
| 1139 | Steven | Golden | specific@gmail.com | OkCupid, Match, Plenty of Fish |
| 1140 | Patrick | Mccoy | pjmccoy86@gmail.com | Plenty of Fish |
| 1141 | Michael | Hawking | mikehawking@gmail.com | Hinge |
| 1142 | Kristina | Trabucco | ktrabucco@gmail.com | Tinder, Match, Plenty of Fish |
| 1143 | Randy | Stine | randychicago2002@yahoo.com | Tinder, Match |
| 1144 | Lindsey | Waelde | lindseyraewaelde@gmail.com | OkCupid, Hinge, Tinder |
| 1145 | Justin | Pultar | jpultar060@yahoo.com | Plenty of Fish |
| 1146 | Chris | Dagley | cdagley13@gmail.com | OkCupid, Hinge, Tinder |
| 1147 | Kelly | Bareis | ugotkle@msn.com | Match, Plenty of Fish |
| 1148 | Alexandra | Alvarez | axalvarez07@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 1149 | Carly | Garner | carlynicoleg@gmail.com | Hinge, Tinder |
| 1150 | Lindsey | Cragg | pinvest32@hotmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1151 | Nora | Shea | nshea78@gmail.com | OkCupid, Hinge |
| 1152 | Austin | Smith | asutin56@yahoo.com | Match |
| 1153 | Patricia | Higgins | pjhiggi@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1154 | Hester | Washington | hlwfarr01@yahoo.com | OkCupid, Tinder, OurTime, BLK |
| 1155 | Kevin | Shannon | kshannonscraps@gmail.com | Tinder |
| 1156 | Jessica | Rudovich | jrudovich@gmail.com | Hinge, Tinder |
| 1157 | Ashley | Neuber | aneuber1990@gmail.com | Tinder, Plenty of Fish |
| 1158 | E. Vanessa | Alvarez | evalvarez77@yahoo.com | OkCupid, Hinge, Match, Plenty of Fish, Chispa |
| 1159 | Brenda | Folk | xqzame1@gmail.com | Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1160 | Erin | Wagner | ewagner1984@comcast.net | Hinge, Match, Plenty of Fish |
| 1161 | Malvi | Shah | mshah1116@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1162 | Erin | Piasecki | erin1088@hotmail.com | Hinge, Tinder, Match |
| 1163 | Kelly | Spatafora | knwilson432@gmail.com | Match |
| 1164 | Alena | Troia | alenatroia@yahoo.com | Tinder |
| 1165 | Karen | Montoya | karmont223@gmail.com | Plenty of Fish |
| 1166 | Magali | Garcia Lopez | magalig1994@gmail.com | Tinder, Plenty of Fish |
| 1167 | Carly | Williams | carlyw2012@gmail.com | Tinder |
| 1168 | Mary | Rogerson | mary.mccabe82@gmail.com | OkCupid |
| 1169 | Kerry | Murphy | klmurph6@gmail.com | Match, Plenty of Fish |
| 1170 | Christy | Lococo | clococo1483@gmail.com | Match, Plenty of Fish |
| 1171 | Kristel | Voir | blueteefly@aol.com | Tinder, Match |
| 1172 | Alexandra | Hamelin | hamelin.ac@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1173 | Jason | Hobbs | jthobbs84@gmail.com | Match, Plenty of Fish |
| 1174 | Liz | Albarran | liznjazz@hotmail.com | Match |
| 1175 | Emmy | Kuhfuss | emmylouarchdale@gmail.com | Match |
| 1176 | Katie | Patton | katpatton11@gmail.com | Hinge, Tinder, Match |
| 1177 | Cara | Beauchamp | cara2119@gmail.com | OkCupid |
| 1178 | Sonja | Nelson | sonjalynnnelson@hotmail.com | OkCupid, Tinder, Match |
| 1179 | Mika | Beauchamp | baby_gurl4_ever@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1180 | Mike | Calabro | mike@urbancamper.com | Tinder |
| 1181 | Mika | Reed | mikajean2008@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1182 | Alyssa | Ginzburg | alyssaginzburg18@gmail.com | Hinge, Tinder |
| 1183 | James | Adam | jamesmontgomery00@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1184 | Brittney | Johnson | brittneyrjohnson705@gmail.com | OkCupid, Match, Plenty of Fish |
| 1185 | Devin | Blume | dblume98@gmail.com | Tinder |
| 1186 | Monica | Ratiu | moniratiu14@gmail.com | OkCupid, Match |
| 1187 | Barbara | Gannon | gannon123b@yahoo.com | OkCupid, Plenty of Fish |
| 1188 | Jacob | Ruttenberg | hijakeruttenberg@gmail.com | Hinge |
| 1189 | Madison | Chamberlain | madison.collier84@yahoo.com | Tinder |
| 1190 | Tammie | Cade | tammie@tammiemooreland.com | Match |
| 1191 | Brandon | Holder | bholder@protonmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1192 | Sarah | Teed | sarah3932@gmail.com | Hinge, Tinder |
| 1193 | Jacob | Schenk | schenkdesign@gmail.com | Tinder, Match |
| 1194 | Amanda | Wood | arae3257@gmail.com | Tinder, Plenty of Fish |
| 1195 | Alishba | Rehman | alishbarehman0@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1196 | Jessica | Ferguson | jessferg1011@gmail.com | Hinge, Tinder |
| 1197 | Ellie | Kang | elliekang@gmail.com | OkCupid, Match |
| 1198 | Kristen | Schutte | kristenmschutte@aol.com | OkCupid, Match, Plenty of Fish |
| 1199 | Nicole | Ottolino | nicole.ottolino@gmail.com | OkCupid, Hinge, Tinder |
| 1200 | Melanie | Unterfranz | melanieu321@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1201 | Danielle | Ellis | danielle81611@gmail.com | Tinder, Plenty of Fish |
| 1202 | Jenise | Keys | niselkeys@yahoo.com | Tinder |
| 1203 | Stephanie | Figura | figurastephanie1824@yahoo.com | Tinder, Match |
| 1204 | Amie | Mccoy | amiemccoy@icloud.com | Plenty of Fish |
| 1205 | Corbin | Schwable | ctschwable@eiu.edu | Tinder |
| 1206 | Nicole | Cannizzo | nicolecannizzo1@gmail.com | Match |
| 1207 | Julie | Crutcher | jules4mom@gmail.com | OkCupid, Match |
| 1208 | Jamie | Mantia | jamiemantia73@gmail.com | Plenty of Fish |
| 1209 | Bindiya | Shah | bbshah6166@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1210 | Dennis | Goodmann | dennis7905@aol.com | Match |
| 1211 | Kimberly | King | kimking111@gmail.com | Hinge, Tinder, Match |
| 1212 | Vickie | Englebright | purple_unicorn63@yahoo.com | Plenty of Fish |
| 1213 | Camille | Bundy | camille0611@sbcglobal.net | Hinge, BLK |
| 1214 | Emily | Groezinger | groezinger.emily@gmail.com | Tinder, Match |
| 1215 | Heather | Montroy | heathermontroy11@gmail.com | Tinder, Plenty of Fish |
| 1216 | Allison | Schweitzer | amw82@comcast.net | OkCupid, Plenty of Fish |
| 1217 | Greg | Conrad | gconrad@comcast.net | Match |
| 1218 | Alan | Barbosa | alanmiw28@gmail.com | OkCupid, Hinge, Tinder |
| 1219 | Baramee | Chindavong | justjoshin3334@msn.com | OkCupid, Hinge, Tinder |
| 1220 | Leah | Hall | leahtater@yahoo.com | Tinder |
| 1221 | Marcie | Ohm | marcie010109@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1222 | Brooke | Hartman | brooke.hartman@live.com | Tinder, Match, Plenty of Fish |
| 1223 | Davis | Murillo | dvsmurillo@gmail.com | Match |
| 1224 | Brittany | Granquist | bgranquist2@gmail.com | OkCupid, Hinge, Tinder |
| 1225 | Renee | Struwing | renee.struwing@gmail.com | Hinge |
| 1226 | Michael | Hoffman | americanhumvee@gmail.com | Tinder, Plenty of Fish |
| 1227 | Nichole | Whitaker | whitneywhitaker2007@gmail.com | Tinder, Plenty of Fish |
| 1228 | Ramona | Mccormick | ramonamc28@gmail.com | OkCupid, Tinder |
| 1229 | Christopher | Rihm | yinyang23@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1230 | Andrew | Moy | andrewmoy39@gmail.com | Tinder |
| 1231 | Charles | Durst | charlesdurst91@gmail.com | Hinge, Tinder |
| 1232 | Cristina | Chertes | cchertes@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime |
| 1233 | Meghan | Shelley | meghanshelley@gmail.com | OkCupid, Hinge, Tinder, Match |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1234 | Kristine | Trost | kristine.trost@sbcglobal.net | Match, OurTime |
| 1235 | Janelle | Engle | janelle.humann@yahoo.com | Tinder |
| 1236 | Christa | Heilman | christaheilman@gmail.com | Hinge |
| 1237 | Alexandra | Decker | alexandradecker4@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1238 | Marielle | Sarkan | mesarkan@gmail.com | Tinder |
| 1239 | Dmitry | Volovik | dimabvolovik@gmail.com | OkCupid, Tinder |
| 1240 | Eric | Ballen | ejdj729@gmail.com | OkCupid, Hinge, Tinder |
| 1241 | Carla | Alegros | ceejayalegros@gmail.com | Hinge, BLK |
| 1242 | Alieda | Delgado | aliedaviruet@gmail.com | Tinder |
| 1243 | Amanda | Shockency | ashockency@gmail.com | Match |
| 1244 | Karlie | Northcott | karlienorthcott@yahoo.com | OkCupid |
| 1245 | Roseanna | Gonzalez | rgonzalez110913@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1246 | Amina | Perazic | aminaperazic@gmail.com | Tinder |
| 1247 | Sheila | Perry | slperry54@sbcglobal.net | Match, Plenty of Fish, BLK |
| 1248 | Katy | Northcutt | katyjnorthcutt@gmail.com | Match, Plenty of Fish |
| 1249 | Nicole | Revis | nicolerevis94@gmail.com | Hinge, Tinder |
| 1250 | Shawn | Duster | dustershawnm@live.com | Tinder, Match |
| 1251 | Rebecca | Salgado | bsal923@yahoo.com | Plenty of Fish |
| 1252 | Candi | Mahnke | cmahnke2@gmail.com | Tinder, Plenty of Fish |
| 1253 | Julie | Wooley | jwooley97@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1254 | Samantha | Mayberry | monita89@live.com | Tinder, Plenty of Fish |
| 1255 | Edith | Reyes | machinunu80@gmail.com | Tinder, Match, Chispa |
| 1256 | Kate | Farrar | katefarrar06@gmail.com | Match |
| 1257 | Mandy | Overton Bialek | mandymichelle57@msn.com | OkCupid, Match |
| 1258 | Angela | Brown | angela481990@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1259 | Patricia | Davis | dianedewitt57@gmail.com | Tinder, Match, Plenty of Fish |
| 1260 | Julie | Adams | julieadams92@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1261 | Deirdre | Clark | deirdre.lynn.clark@gmail.com | Hinge, Tinder, BLK |
| 1262 | Gabriel | Blindauer | gabey260@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1263 | Matthew | Hollander | holrock54@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1264 | Susan | Parks | parks830@yahoo.com | Match |
| 1265 | Ashley | Stanton | ashley071388@gmail.com | Tinder |
| 1266 | Brittany | Brackney | chevelle724@yahoo.com | Tinder, Plenty of Fish |
| 1267 | Pierre | Baptiste | baptiste205@gmail.com | Tinder |
| 1268 | Michel | Rosenthal | michel328@gmail.com | Hinge, Match, OurTime |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1269 | Bonnie | Mcgee | bonniemcgee88@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 1270 | Jeanette | Mazur | jmmazur87@yahoo.com | Tinder |
| 1271 | Kelli | Mccoy | kellim88@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1272 | April | Nicol | bsbabe101@hotmail.com | Tinder, Plenty of Fish |
| 1273 | Demetrius | Nolan | demetriuslnolan@gmail.com | OkCupid, Hinge, Tinder, Chispa, BLK |
| 1274 | Lena | Runestad | lenarunestad@gmail.com | Tinder |
| 1275 | Paige | Brown | aliviapaige9@me.com | Tinder |
| 1276 | Starla | Howe | ohhstarlaaa@gmail.com | Tinder, Plenty of Fish |
| 1277 | Patrick | Priemer | priemerp@gmail.com | OkCupid, Hinge, Tinder |
| 1278 | Rick | Conner | texems619@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1279 | Nikuya | Brooks | princesskiya@aol.com | Hinge, Tinder, Match, Plenty of Fish |
| 1280 | Rafael | Sanchez | leafarzechnas620@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1281 | Brian | Cobb | sepd114@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1282 | Dan | Pazar | dan.pazar@gmail.com | Hinge, Tinder |
| 1283 | Nicole | Wong | nicoleewong@gmail.com | OkCupid, Hinge |
| 1284 | Meghan | Strange | msstrange89@gmail.com | OkCupid, Hinge |
| 1285 | Abbey | Sanchez | abbeydegrave@hotmail.com | Match, Plenty of Fish |
| 1286 | Elly | Goth | elly.goth11@gmail.com | Hinge, Tinder |
| 1287 | Brooke | Powell | american_paints_rule@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 1288 | Katelyn | Houlne | katelyn.houlne@gmail.com | Tinder |
| 1289 | Jessica | Dardeen | chowela@yahoo.com | Tinder, Plenty of Fish |
| 1290 | Charles | Mack | goku11366@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1291 | April | Christensen | thatfatbaby@gmail.com | OkCupid, Match, Plenty of Fish |
| 1292 | Marissa | Mach | mmach0688@icloud.com | OkCupid, Tinder, Plenty of Fish |
| 1293 | Amanda | Mccoy | amanda.m.mccoy@gmail.com | Hinge, Match |
| 1294 | Alisha | Wood | alisha_312@hotmail.com | Match |
| 1295 | Stephanie | Pruefer | spruef2@gmail.com | OkCupid, Tinder, Match |
| 1296 | Eula | Mcnulty | chasememories0609@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 1297 | Aaricka | Lapelusa | aarickal@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 1298 | Nikkilyn | Morrison | nimorrison@gmail.com | OkCupid |
| 1299 | Brianna | Uptagraw | buptagraw@gmail.com | Hinge, Tinder, Match |
| 1300 | Diana | Brown-Moore | mom.est2005@gmail.com | Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1301 | Vanessa | Matheny | vmatheny@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1302 | Brian | Craven | brianpcraven@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1303 | Molly | Osullivan | mcosulli@att.net | Hinge, Tinder, Match |
| 1304 | Christy | Richardson | christy22c@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1305 | Mary Emily | Chee | m.emily.chee@gmail.com | OkCupid |
| 1306 | Grace | Bologna | gracexmaya@gmail.com | Tinder |
| 1307 | Mandy | Guzman | brillmandy@hotmail.com | Hinge, Match |
| 1308 | Ashley | Beresid | ashleyberesid@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1309 | Raechel | Bill | babyrae80@aol.com | Match, Plenty of Fish |
| 1310 | Aliki | Marinos | hrhaliki@gmail.com | Match |
| 1311 | Kristine | Mayle | kamayle@gmail.com | OkCupid, Match |
| 1312 | Carrie | Stenerson | stenerson.c@gmail.com | OkCupid, Hinge, Tinder |
| 1313 | Jessica | Meland | jessicarmeland@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1314 | Randy | Stine | mikado95@aol.com | Tinder, Match |
| 1315 | Antoinette | Schrader | aschrader64@gmail.com | OkCupid, Match, Plenty of Fish |
| 1316 | Elizabeth | Wain | ekwain@gmail.com | OkCupid, Hinge, Tinder |
| 1317 | Danielle | Kelly | daniellekelly006@gmail.com | OkCupid, Tinder, Match |
| 1318 | Lacy | Morris | lacylmorris1@gmail.com | Tinder |
| 1319 | Jennifer | Spiller | imndkeys@hotmail.com | Match |
| 1320 | Racheal | Chiolero | femgurl@gmail.com | Tinder |
| 1321 | Jessica | Jenkins | jessica.andrews04@gmail.com | Tinder |
| 1322 | Tracy | Caswell | tracy.caswell@gmail.com | Match |
| 1323 | Lauren | Jones | lajones29@gmail.com | Hinge, Tinder, Match |
| 1324 | Maria | Martinez | mmartinez0024.mm@gmail.com | Match |
| 1325 | Lindsey | Criss | lindseyecriss@gmail.com | Hinge, Tinder |
| 1326 | Dara | Spitznass | dspitznass@ymail.com | OkCupid, Tinder, Match |
| 1327 | Steinar | Andersen | steinarandersen@ntcusa.net | OkCupid, OurTime |
| 1328 | Mario | Scruggs | mario.scruggs@gmail.com | OkCupid, Tinder, Match |
| 1329 | Rachel | Buggs | rachelbuggs2019@gmail.com | Plenty of Fish |
| 1330 | Robin | Humbert | realityrobin@gmail.com | Hinge, Tinder, Match |
| 1331 | Cecil | Hall | cecilhall@gmail.com | OkCupid, Hinge, Tinder |
| 1332 | Jacob | Stern | jcstern94@gmail.com | Hinge, Tinder |
| 1333 | Jordan | Gage | jordanrgage@gmail.com | Match |
| 1334 | Loretta | Hoffmann | hoffmann_l@msn.com | OkCupid, Match |
| 1335 | Kayla | Altman | k.altman@hotmail.com | Hinge, Tinder |
| 1336 | Carlyle | Costin | mcallie24@gmail.com | Tinder |
| 1337 | Lara | Cash | larafeary@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1338 | Erin | Busse | erin.okeefe2@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1339 | Melinda | Quantrell | melindagiese1105@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1340 | Zynia | Townsend | nia.baston@gmail.com | OkCupid, Tinder, Match |
| 1341 | Rebecca | Volovik | rebeccavolovik@gmail.com | Tinder, Plenty of Fish |
| 1342 | Angie | Leers | ang72374@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 1343 | Yalitza | Rodriguez | latina6668@gmail.com | Hinge, Tinder, Match, Chispa |
| 1344 | Chris | Munson | chricket3@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1345 | Terra | Clendenny | tclendenny@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 1346 | Stephanie | Masse | stephaniemasse97@gmail.com | Tinder |
| 1347 | Tiffany | Fitzpatrick | tfitz88@gmail.com | Tinder, Match, Plenty of Fish |
| 1348 | Susan | Palmer | palmersue@aol.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 1349 | Judith | Prinz | judyprinz@aol.com | Match, Plenty of Fish |
| 1350 | Allison | Flack | allisonhflack@gmail.com | Tinder |
| 1351 | Katie | Kelly | katie.kelly87@gmail.com | Hinge |
| 1352 | Leslie | Rosales | lrosale2@gmail.com | Tinder, Plenty of Fish |
| 1353 | Drew | Newell-Sansom | dsansom3454@gmail.com | OkCupid, Hinge, Tinder, BLK |
| 1354 | Miroslava | Cadena | mkadna@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1355 | Shannon | Otoole | shannonotoole.17@gmail.com | Hinge |
| 1356 | Kevin | Teichen | kevinteichen1@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1357 | Alisha | Tapia | alishatapia@hotmail.com | OkCupid, Hinge, Tinder |
| 1358 | Basil | Soper | basilvaughnsoper@gmail.com | Tinder |
| 1359 | Tammie | Karpinski | redbone4one@yahoo.com | Tinder, Plenty of Fish |
| 1360 | Thomas | Anderson | tandersonjr@me.com | Tinder, Match, Plenty of Fish |
| 1361 | Cassandra | Wurster | cwurster_49@yahoo.com | Plenty of Fish |
| 1362 | Angelica | Mireles | angelicamireles_91@yahoo.com | Hinge, Tinder, Match, Chispa |
| 1363 | Shanice | Johnson | johnson.shanice17@yahoo.com | Tinder, Plenty of Fish |
| 1364 | Erin | Wyman | erwyman85@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1365 | Sara | Mielke | saraemielke@gmail.com | OkCupid |
| 1366 | Ashley | Nering | ashleynering@ymail.com | Plenty of Fish |
| 1367 | Katherine | Shanahan | kshanahan41@gmail.com | OkCupid, Tinder, Match |
| 1368 | Carole | Buchanan | carole.buchanan@yahoo.com | Tinder, Match, Plenty of Fish, OurTime, BLK |
| 1369 | Tanya | Ford | cubbietanya@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 1370 | Laurie | Guilfoyle | laurag6886@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1371 | Stephanie | Mcdonough | sc0437311@otc.edu | Tinder, Match, Plenty of Fish |
| 1372 | Rachel | Artman | rrartman27@gmail.com | Tinder, Plenty of Fish |
| 1373 | April | Dugal | dugal.april@att.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1374 | Kari | Edwards | kariedwards95@aol.com | Tinder |
| 1375 | Delia | Goldrick | dgoldrick@gmail.com | Hinge, Tinder, Match |
| 1376 | Bart | Vighi | sprmario1985@gmail.com | OkCupid, Plenty of Fish |
| 1377 | Lisa | Wilcox | lbwilcox2@gmail.com | Hinge |
| 1378 | Lisa | Baxandale | lisa.catrambone@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1379 | Meagan | Moore | meaganmoore24@yahoo.com | Tinder, Plenty of Fish |
| 1380 | Danielle | Potenzo | daniellepotenzo@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1381 | Christiana | Weimeschkirch | duckytom1@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1382 | Amber | Randazzo | amrandazzo2@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1383 | Melanie | D'Souza | melaniedsouza@yahoo.com | Tinder |
| 1384 | Amanda | Reyes | amanda2435@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1385 | Joseph | Kelly | jpkbbq@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1386 | Melisa | Estrada | mestrada1420@gmail.com | Plenty of Fish |
| 1387 | Nick | Clark | minnowdesign@yahoo.com | OkCupid, Tinder |
| 1388 | Jon | Neumann | jonathan.owen.neumann@gmail.com | Tinder, Match, Plenty of Fish |
| 1389 | Meghan | Durst | meghandurst90@gmail.com | Plenty of Fish |
| 1390 | Libby | Starosta | ewhi04@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1391 | Claudio | Pandolfi | panda.c@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1392 | Jessica | Schubert | jschubert0623@gmail.com | Tinder, Match |
| 1393 | Serena | Willis | blkgrlscook@gmail.com | Tinder, Match |
| 1394 | Mary | Kolodzik | mtkolodzik1998@gmail.com | Tinder |
| 1395 | Christian | Klehm | christianklehm@yahoo.com | OkCupid, Tinder |
| 1396 | Rosann | Francis | rosann.francis@yahoo.com | Match, Plenty of Fish |
| 1397 | David | West | sirdvd4health@gmail.com | OkCupid |
| 1398 | Sally | Salifoski | sallyfoski2@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1399 | Ann | Etherton | mikell1989@outlook.com | Tinder, Plenty of Fish |
| 1400 | Paula | Hernandez | pjhdprincess@gmail.com | Match, OurTime |
| 1401 | April | Schermann | schermaa@unit5.org | Match |
| 1402 | Ava | Rapp | avarapp@gmail.com | OkCupid |
| 1403 | Danielle | Fox | dlfox92@gmail.com | Tinder, Plenty of Fish |
| 1404 | Derrick | Song | minsoosong@yahoo.com | Match |
| 1405 | Joseph | Musto | jpmusto@gmail.com | OkCupid, Match |
| 1406 | Ramonica | Rogan | ramonicarogan@gmail.com | OkCupid, Plenty of Fish |
| 1407 | Stephen | Hermann | cleanwhiteshirt@gmail.com | OkCupid, Tinder, Match |
| 1408 | Carly | Miller | millercarly@gmail.com | Hinge, Tinder |
| 1409 | Stephanie | Orloff | giggles0777@yahoo.com | Match |
| 1410 | Elizabeth | Aydelotte | liz.a929697@gmail.com | Tinder, Match, Plenty of Fish |
| 1411 | Ash | Luna | helloashluna@gmail.com | OkCupid |
| 1412 | Eileen | Brett | eileenbrett93@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1413 | Timothy | Garner | tlg619@gmail.com | Plenty of Fish |
| 1414 | Jakob | Hankins | jakobhankins@gmail.com | Hinge, Tinder |
| 1415 | Marykate | McCarthy | mcc.maryk8@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1416 | Joan | Whipple | joaniev2@sbcglobal.net | Plenty of Fish |
| 1417 | Erika | Aitken | erika.aitken@gmail.com | Hinge, Tinder, Match |
| 1418 | Brandi | Smith | smithb342@yahoo.com | Tinder |
| 1419 | Jennifer | Marcinek | marjen9@sbclobal.net | Tinder |
| 1420 | Dora | Gonzalez | todeg876@mail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1421 | Destini | Brown | destinibrown@gmail.com | Hinge, Tinder, BLK |
| 1422 | Edward | Aydelotte | eaydelotte2019@gmail.com | Tinder, Plenty of Fish |
| 1423 | Tracy | Lopez | traciba633@yahoo.com | OkCupid, Plenty of Fish |
| 1424 | Mitsa | Flanigan | mitsaflanigan@yahoo.com | Match |
| 1425 | Caroline | Faller | ceulczycki@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1426 | Jessica | Feldmann | and2morrow@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1427 | Rebecca | Robles | brobles202090@gmail.com | Plenty of Fish |
| 1428 | Ashanti | Bentley | pretty_phenomenal@yahoo.com | OkCupid, Tinder, BLK |
| 1429 | Lauren | Williams | williams31890@gmail.com | Tinder, Plenty of Fish |
| 1430 | Amanda | Harris | hillgirl9999@aol.com | Match, Plenty of Fish |
| 1431 | Samantha | Hampton | sam12585@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1432 | Ryan | Beckmann | ryanbeckmann@hotmail.com | Hinge, Tinder |
| 1433 | Amy | Kuhls | pugluva1022@gmail.com | Match |
| 1434 | Laverne | Graham | lty_grhm@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1435 | Donna | Rucker | druck96@gmail.com | Tinder, Match, Plenty of Fish |
| 1436 | Christopher | Costin | christophercostin@gmail.com | OkCupid, Tinder, Match |
| 1437 | Rhiannon | Haeffner | laeyla2008@gmail.com | Match, Plenty of Fish |
| 1438 | Nicole | Cavaliere | nicoledcavaliere@hotmail.com | OkCupid, Hinge, Plenty of Fish |
| 1439 | Joanna | Feret | joanna.a.feret@gmail.com | OkCupid |
| 1440 | Melissa | Sullivan | melissat.sullivan@gmail.com | Hinge, Tinder, Match |
| 1441 | Donald | Crews | donaldcrews@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1442 | Melanie | Bowden | bowden8182@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1443 | Emilie | Bowman | ebowman713@gmail.com | Tinder |
| 1444 | Ray | Padilla | frp0511@gmail.com | OkCupid, Tinder |
| 1445 | Eva | Poplawska | evapoplawska20@gmail.com | Tinder |
| 1446 | Michelle | Tompkins | shelleyt74@gmail.com | OkCupid, Plenty of Fish |
| 1447 | Ellen | Gradman | sparkyourart@yahoo.com | OkCupid, Match |
| 1448 | Shawn | Michalowski | shawn.michalowski@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1449 | Rebecca | Mormann | mormann0316@yahoo.com | OkCupid, Hinge, Tinder |
| 1450 | Laura | Garza | blueyedmexicana@yahoo.com | Match, Plenty of Fish |
| 1451 | Anna | Mccormack | amcmck@gmail.com | Hinge, Plenty of Fish |
| 1452 | May | Sandiego | maysan0205@gmail.com | Match, Plenty of Fish |
| 1453 | Lauren | Skurkis | skurkis@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1454 | Kim | Bradshaw | kim@kmjb.com | OkCupid, Hinge, Tinder, Match |
| 1455 | Alexandra | Carlson | alexandra.m.v.carlson@gmail.com | OkCupid |
| 1456 | Michael | Kinder | mtk414@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1457 | Deborah | Wittrig | chicaqo@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1458 | Kimberly | Sutherland | kimberlysutherland76@gmail.com | OkCupid, Tinder, Match |
| 1459 | Heather | Durheim | heatherdurheim17@gmail.com | Match, Plenty of Fish |
| 1460 | Tammy | Mueller | tammymueller51@gmail.com | Match, Plenty of Fish |
| 1461 | Kathryn | Hurst | kihurst@outlook.com | Tinder |
| 1462 | Rachel | Smith | abbey_80_98@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1463 | Nina | Lys | rnadlys@yahoo.com | Tinder, Match, Plenty of Fish |
| 1464 | Raoul | Atadero | anjatadero@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1465 | Samantha | Carl | gimmeyobike@gmail.com | Plenty of Fish |
| 1466 | Chrissy | Sipla | cmsipla@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1467 | Elizabeth | Milligan | itsme9514@gmail.com | Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1468 | Allison | Miller | miller.alli@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1469 | Alexandria | Zeigler | zeigler51@gmail.com | Tinder |
| 1470 | Jalisa | Johnson | jalisamoffett@gmail.com | Plenty of Fish |
| 1471 | Jamie | Meister | jkmeister15@gmail.com | Hinge, Tinder |
| 1472 | Beth | Briggs | bethbriggs1985@yahoo.com | Plenty of Fish |
| 1473 | Mercedes | Burt | m.alexisburt@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 1474 | Shayla | Flemming | 1golddiva@gmail.com | Tinder, Plenty of Fish |
| 1475 | Jaclyn | Gomez | jaclyng12280#@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1476 | Amy | Chatt | tryskydiving@yahoo.com | Hinge, Match |
| 1477 | Fanchon | Stults | fanchont@aol.com | Hinge, Tinder, Match |
| 1478 | Rebecca | Crawley | rdflamingo@aol.com | OurTime |
| 1479 | Samantha | Lopez | srlopez29@yahoo.com | Tinder, Match, Plenty of Fish |
| 1480 | Debra | Smith | debra.sue.smith@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1481 | Molly | Minx | minx82887@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1482 | Lauren | Leonhardt | lauren.leonhardt@gmail.com | Tinder, Match |
| 1483 | Megan | Hallen | meghals@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1484 | Chantel | Bruno | tellyjoncayden@gmail.com | Plenty of Fish |
| 1485 | Dimitra | Karioris | demi-karioris@hotmail.com | Tinder, Match |
| 1486 | Erin | Bauer | erinbauer91@gmail.com | Tinder, Match, Plenty of Fish |
| 1487 | Kristen | Davis | kcdvols@gmail.com | OkCupid, Match, Plenty of Fish |
| 1488 | Alexandra | Vastardis | alexandra.vastardis@gmail.com | Tinder |
| 1489 | Jacqueline | Korn | jacquelinemkorn@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1490 | Derrick | Harris | g.saree51.dh@gmail.com | Plenty of Fish |
| 1491 | Michelle | Bates | nurse_michelle@hotmail.com | Tinder, Match |
| 1492 | Tim | Shannon | tshan428@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1493 | Jennifer | Cortez | jenjaydon09@gmail.com | Tinder, Chispa, BLK |
| 1494 | Jessica | Cink | jess.cink@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1495 | Joyce | Lee | lillady723@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 1496 | Sarah | Wolters | swolters95@gmail.com | Tinder |
| 1497 | Veronica | Nevarez | nevarez.v07@mymail.sxu.edu | Hinge, Tinder, Match |
| 1498 | Jamie | Hoffman | jamie.hoffmann@gmail.com | OkCupid |
| 1499 | Michelle | Mudarth | michelle.mudarth@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1500 | Sharneka | Brooks | thescbrooks@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, BLK |
| 1501 | Lauren | Wallentin | wally2713@aol.com | Match, Plenty of Fish |
| 1502 | Nicole | Cosich | ncosich@gmail.com | Plenty of Fish |
| 1503 | Kendra | Fogarty | kpfogarty@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1504 | Stephanie | Young | stephanie_y@rocketmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1505 | Laura | Duffy | lduffy40@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 1506 | Christina | Ostien | christinaostien@gmail.com | OkCupid, Tinder, Match |
| 1507 | Jaclynn | Boley | jaclynnrose@gmail.com | Tinder |
| 1508 | Jennifer | Bullaro | jlbulla22@gmail.com | OkCupid, Plenty of Fish |
| 1509 | Catherine | Wallace | ctopha2@illinois.edu | Tinder |
| 1510 | Heather | Gude | carebearmomma05@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 1511 | Maggie | Harding | margaret.s.harding@gmail.com | Hinge, Tinder |
| 1512 | Irene | Ramirez | ramirezirene88@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1513 | Megan | Hurst | lenakaylie89@icloud.com | Match, Plenty of Fish |
| 1514 | Giovanni | Broughton | gmbroughton@aol.com | Tinder, Match, Plenty of Fish |
| 1515 | Amy | Silberstein | silberstein.amy@gmail.com | Hinge |
| 1516 | Timothy | King | timking92391@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa, BLK |
| 1517 | Jessica | Tapper | jessicaleetapper@gmail.com | OkCupid, Match |
| 1518 | Sasha | Villa | sashavilla@ymail.com | Hinge, Tinder |
| 1519 | Brandi | Calvert | branditherapy@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1520 | David | Benavides | db1059@comcast.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1521 | Emily | Doles | emilyedoles@gmail.com | Hinge, Match |
| 1522 | Dashae | Brown | dashae.brown@gmail.com | Plenty of Fish |
| 1523 | Elana | Harris | elanaharris1@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1524 | Danielle | Daly | danidaly03@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1525 | Leslie | Reams (formerly Collins) | lesliecollins@sbcglobal.net | Match |
| 1526 | Gita | Fotina | gitafotina@yahoo.com | Hinge, Tinder |
| 1527 | Kaitlin | Block | blockkaitlin@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1528 | Amanda | Tennell | artennell@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 1529 | Nicole | Perez | buttafly875@gmail.com | Plenty of Fish |
| 1530 | Jennifer | Krause | kenchuto@gmail.com | OkCupid, Match |
| 1531 | Stephanie | Stoffel | stephaniedstoffel@yahoo.com | OkCupid, Hinge, Tinder |
| 1532 | Jennie | Fronczak | jenfronz@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1533 | Jayne | Ingles | jayneingles@hotmail.com | Match |
| 1534 | Ashton | Kulavic | akulavic0614@gmail.com | Tinder |
| 1535 | Ashley | Quinton | a.quinton09@gmail.com | Tinder |
| 1536 | Kelly | Hof | hofkelly93@gmail.com | Hinge |
| 1537 | Consuelo | Aguilera | consuelo_a97@yahoo.com | Hinge, Tinder |
| 1538 | Cristina | Fabianovich | cristinaheer@yahoo.com | Tinder |
| 1539 | Tiffinie | Barnhart | cnatiffy82@gmail.com | Plenty of Fish |
| 1540 | Daniel | Matys | dmatys33@yahoo.com | Tinder |
| 1541 | Eva | Adams | evmadams@gmail.com | OkCupid, Tinder, Match |
| 1542 | Madeline | Delage | madeline.delage@gmail.com | Tinder |
| 1543 | Amanda | Craft | acraft@amfam.com | Tinder |
| 1544 | Christina | Davis | chris3davis02@gmail.com | |
| 1545 | Mackenzie | Owca | mackenzie.owca@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1546 | Ashley | Buster | ashleybuster48@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1547 | Christine | Metoyer | gonzalezchristine3@gmail.com | Plenty of Fish |
| 1548 | Courtney | Ratcliff | courtney.ratcliff@gmail.com | Match |
| 1549 | Lori | Sobolewski | loribethsob@gmail.com | Hinge, Tinder, Match |
| 1550 | Dawn | Martin | dawn14@hotmail.com | Hinge, Tinder, Plenty of Fish |
| 1551 | Kellie | Tonnesen | kshaw524@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1552 | Jennifer | Mcdowell | jamcdowell21@gmail.com | Tinder, Match, Plenty of Fish |
| 1553 | Jodie | Clark | jodie.clark@pnc.com | Tinder |
| 1554 | Rachael | Hastings | rachael.ann.hastings@gmail.com | Hinge, Tinder |
| 1555 | Stephen | Burroughs | stanggt03@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1556 | Nathan | Danner | nathandanner08@gmail.com | Tinder, Match |
| 1557 | Maureen | Solberg | mbowery@gmail.com | OkCupid, Match, Plenty of Fish |
| 1558 | Celeste | Hernandez | celeste.hernandez06@yahoo.com | OkCupid, Match |
| 1559 | Nicole | Lindroth | nikkilindroth@gmail.com | Hinge, Tinder |
| 1560 | Jennifer | Haines | jennifer.haines1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1561 | Nicholas | Lubek | lubeko97@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1562 | Lakeisha | Campbell | lakeisha.campbell@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 1563 | Erin | Bell | eebell@gmail.com | OkCupid, Match, Plenty of Fish |
| 1564 | Brian | Healy | colorthislife@gmail.com | Tinder, Plenty of Fish |
| 1565 | Natasha | Nekola | nanekola@gmail.com | Hinge |
| 1566 | Kelly | Jackson | kjackson8515@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1567 | Tina | Wright | antdasmom@yahoo.com | Plenty of Fish |
| 1568 | Beth | Bartony | bmkjp99@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1569 | Jen | Funk | jen.funk85@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1570 | Amy | Kennedy | ajk98@live.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1571 | Marlene | Nunez | marlenenunez200@gmail.com | Tinder |
| 1572 | Sunny | Chandler | chandler92sunny@gmail.com | Hinge, Tinder |
| 1573 | Olyvia | Jarmoszka | ojarmoszka@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1574 | Remi | Love | oneloveremi@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 1575 | Monique | Foland | moniquelfoland@gmail.com | Plenty of Fish |
| 1576 | Nicole | Correa | n.correa83@gmail.com | OkCupid, Tinder |
| 1577 | Anna | Tharp | annatharpchi@yahoo.com | Hinge |
| 1578 | Anthony | Salas | ace8151@gmail.com | OkCupid |
| 1579 | Ricardo | Galvan | rickyfgalvan@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 1580 | Stephanie | Fowler | sffowler411@gmail.com | Hinge, Tinder |
| 1581 | Melinda | Valentine | ehsfroggy08@gmail.com | Plenty of Fish |
| 1582 | Melissa | Maschmeier | 3andrews3@gmail.com | Match |
| 1583 | Kristin | Edwards | kristinnedwards@aol.com | Tinder, Plenty of Fish |
| 1584 | Sonja | Meisen | rsq1k9@yahoo.com | Tinder, Match |
| 1585 | Jon | Rohan | iam@jonrohan.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1586 | Kambri | Zielinski | khauserz21@gmail.com | Match |
| 1587 | Ann | Ball | ballswim@gmail.com | OkCupid, Match, OurTime |
| 1588 | Ashton | Cleer | ashton.cleer@gmail.com | Tinder |
| 1589 | Avielle | Siegel | avielle.siegel@gmail.com | Hinge |
| 1590 | John | Kouzoukas | john.kouzoukas@gmail.com | OkCupid, Match, Plenty of Fish |
| 1591 | Amy | Richards | amo456@aol.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1592 | Vanessa | Reinoehl | luckynesser@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1593 | Daniel | Borowski | dannyborowski2@yahoo.com | Tinder, Match |
| 1594 | Elva | Garcia | elvagarcia1@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1595 | Cheryl | Griffin | momjgmg@gmail.com | Match |
| 1596 | Robinett | Robinett | rhondarobinett@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1597 | Michelle | Wilson | mickeyfan314@yahoo.com | OkCupid, Plenty of Fish |
| 1598 | Devan | Wysocki | dawysocki@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1599 | Amanda | Rivera | newmom0410@gmail.com | OkCupid, Tinder, Match |
| 1600 | Jenn | Preston | jpreston@streatorunlimited.org | Match, Plenty of Fish |
| 1601 | Jasmine | Johnson | jazzi.gurl@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1602 | Riley | Yogore | monkey.riley@gmail.com | Plenty of Fish |
| 1603 | Coriann | Powell | powellcoriann@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1604 | Samantha | Rexroat | xoxahtnamas@gmail.com | Tinder, Plenty of Fish |
| 1605 | Emma | Punch | emmapunchonline@gmail.com | OkCupid, Hinge, Tinder |
| 1606 | Thaddeus | Urban | thaddeus.urban@gmail.com | OkCupid |
| 1607 | Rayden | Casella | vacasella@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1608 | Emily | Jagielo | emily.jagielo@yahoo.com | OkCupid, Hinge, Tinder |
| 1609 | Alexis | Klein | apaigeklein@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1610 | Kathryn | Kmiecik | katiekmiecik@yahoo.com | Match |
| 1611 | Carla | Gorman | cgorman0502@gmail.com | Hinge, Match |
| 1612 | Nikole | Potajac | nikolebennett@gmail.com | OkCupid, Tinder |
| 1613 | Mary | Prebys | mprebys@alumni.nd.edu | Hinge, Tinder |
| 1614 | Doug | Franklin | dougalanfranklin@gmail.com | Tinder |
| 1615 | Lori | Palfalvi | loriannepalfalvi@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1616 | Anthony | Lagambina | atony4688@comcast.net | Match |
| 1617 | Humera | Sheikh | hsheikh7986@gmail.com | OkCupid, Hinge, Tinder |
| 1618 | Jorden | Drought | jdrought0916@gmail.com | Tinder |
| 1619 | William | Smith | enemaniac1982@gmail.com | OkCupid, Plenty of Fish |
| 1620 | Tara | Losch | taylort4@aol.com | Hinge, Match, Plenty of Fish |
| 1621 | Kirsten | Jefferson | knjefferson87@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1622 | Katherine | Hess | khess82@comcast.net | Hinge, Match |
| 1623 | Michael | Clifton | funforus@charter.net | OkCupid, Tinder |
| 1624 | Patrick | Hughes | greenlantern9999@gmail.com | OkCupid |
| 1625 | Michael | Lamb | michael.lamb.1964@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 1626 | Erin | Joseph | erinmjoseph@yahoo.com | Tinder, Match |
| 1627 | Beth | Weiler | weilerbethann@gmail.com | Hinge, Tinder |
| 1628 | Nagena | Hibbler | nhibbler109@gmail.com | Tinder, Plenty of Fish |
| 1629 | Kristen | Mcgill | mcgill.kris10@gmail.com | Hinge, Tinder, Match |
| 1630 | Elizabeth | Boettner | elizabethjboettner@gmail.com | OkCupid, Tinder |
| 1631 | Amie | Byrne | softballamie@gmail.com | Tinder |
| 1632 | Christen | Carter | christencarter@ymail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1633 | Melanie | Greben | mgreben7487@gmail.com | OkCupid, Hinge, Tinder |
| 1634 | Christina | Peacock | cbpeacock2017@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1635 | Tierra | Daniels | nae622@gmail.com | Tinder |
| 1636 | Julia | Konotopskiy | julia.hinders7@gmail.com | Tinder |
| 1637 | Ryan | Malmstedt | malmstedt9220@gmail.com | Match, Plenty of Fish |
| 1638 | Katie | Rice | ricecate.rn@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1639 | Clayton | Juris | claytonhjuris@gmail.com | Hinge, Tinder |
| 1640 | Kimberly | Thomas | thatgirl69_2001@yahoo.com | Tinder, OurTime |
| 1641 | David | Aral | duzgun.aral@gmail.com | OkCupid |
| 1642 | Christine | Jonas | cjonas0101@gmail.com | Match, Plenty of Fish |
| 1643 | Jennifer | Moore | jmoore1203@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1644 | Phuong | Nguyen | p.nguyen763@gmail.com | OkCupid, Match, Plenty of Fish |
| 1645 | Staci | Gusewelle | metal.lover1@yahoo.com | Match, Plenty of Fish, OurTime |
| 1646 | Lyndenice | Camacho | onefacebylyn@gmail.com | Match, Plenty of Fish |
| 1647 | Amanda | Owens | amandaowens16@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1648 | Rakeda | Leaks | rakeda.leaks@gmail.com | BLK |
| 1649 | Jenna | Silver | jennamsilver@gmail.com | OkCupid, Hinge, Tinder |
| 1650 | John | Troxel | johnatroxel@gmail.com | Tinder |
| 1651 | Peggy | Bozich | noshoesnoproblem52@gmail.com | Match |
| 1652 | Savannah | Phillips | mckenna82796@gmail.com | Tinder |
| 1653 | Elizabeth | Cook | lizardisanerd@gmail.com | Tinder |
| 1654 | Hannah | Zenke | hiheyhellohannah@gmail.com | OkCupid, Tinder |
| 1655 | Melissa | Edwards | kimsbb080712@gmail.com | Plenty of Fish |
| 1656 | Roy | Macglashan | roy.macglashan@gmail.com | OkCupid |
| 1657 | Abbey | Knox | ams170.as@gmail.com | Match |
| 1658 | Joanna | Szewczuk | joszewczuk@gmail.com | Hinge, Tinder |
| 1659 | Kathryn | Malmstedt | kmalmstedtcpa@gmail.com | Match, Plenty of Fish |
| 1660 | Katey | Evans | katey.evans@gmail.com | Match |
| 1661 | Kristy | Cummerlander | kristydechirico@gmail.com | Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1662 | Kristen | Lijewski | lijewski_kristen2@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1663 | Abigail | Percifield | abigailpercifield@gmail.com | Hinge, Tinder |
| 1664 | Alexander | Weber | akweber84@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1665 | Liyuan | Cao | james.cao.3@gmail.com | OkCupid, Tinder, Match |
| 1666 | Staci | Tindle | s0330670@yahoo.com | Tinder, Plenty of Fish |
| 1667 | Phong | Tran | pqtranftw@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1668 | Kathryn | Sampson | kjsampson6@gmail.com | OkCupid, Tinder |
| 1669 | Miriam | Cuellar | miriamocuellar@gmail.com | OkCupid, Match, Plenty of Fish |
| 1670 | Ann | Mcgregor | ann.mcgregor@gmail.com | OkCupid, Tinder, OurTime |
| 1671 | Jillian | Abbinanti | jillierose@icloud.com | OkCupid, Hinge, Tinder |
| 1672 | Sarah | Ostler | sarah.ostler2@gmail.com | Tinder |
| 1673 | Alex | Esparza | amesparza2@gmail.com | Match |
| 1674 | Brandi | Durham | shorty23812002@yahoo.com | Tinder, Match, Plenty of Fish |
| 1675 | Serena | Maldonado | serena2638@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 1676 | Jared | Cohen | jared.cohen23@gmail.com | Hinge, Tinder |
| 1677 | Rebecca | Levin | rebecca.anne.levin@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1678 | Anne | Sierakowski | bananie923@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1679 | Marguerite | Crane | mcrane928@gmail.com | Match, OurTime |
| 1680 | Laura | Valiukenas | livaliukenas@gmail.com | OkCupid, Tinder |
| 1681 | Thomas | Koelzer | tjkoelzer@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1682 | Matthew | Henshaw | thebizzle76@yahoo.com | OkCupid, Plenty of Fish |
| 1683 | Jill | Hebner | jill1.6kris@gmail.com | Hinge, Tinder |
| 1684 | Gretchen | Cox | gretchen7821@gmail.com | Tinder, Match |
| 1685 | Mary | Petty | map762015@gmail.com | Match, Plenty of Fish |
| 1686 | Jamey | Brown | jmelee523@gmail.com | Tinder, Plenty of Fish |
| 1687 | Anna | Hauck | annajhauck@gmail.com | Hinge, Match |
| 1688 | Michelline | Smith | michellinesmith10@gmail.com | Tinder, Plenty of Fish |
| 1689 | Andy | Kish | agkish79@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1690 | Kaitlin | Lyngaas | kaitlin.lyngaas@gmail.com | OkCupid, Hinge, Tinder |
| 1691 | Jeffery | Wiseman | jeffery.wiseman@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1692 | Jennifer | Moe | jenimoe16@gmail.com | OkCupid, Hinge, Tinder, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1693 | Jillian | Loslo | jillian.loslo@gmail.com | Tinder |
| 1694 | Angela | Beal | nanshouse17c@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1695 | April | Ohst | aprilohst@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1696 | Raquel | Carter | recarter6@gmail.com | Tinder |
| 1697 | Chelsey | Lesniak | cklesniak@gmail.com | Match |
| 1698 | Christine | Lake | christinelake78@gmail.com | Tinder, Match |
| 1699 | Alika | Kabir | alikainaya587@gmail.com | Hinge, Tinder, Chispa, BLK |
| 1700 | Julia | Shoaf | juliashoaf22@gmail.com | Tinder |
| 1701 | Nav | Singh | navsingh12@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1702 | Andrea | Sterling | dreaz775@gmail.com | Tinder, Plenty of Fish |
| 1703 | Colin | Dunn | cj@commoncustom.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1704 | Joshua | Whitman | jewhitman47@gmail.com | OkCupid, Hinge, Tinder |
| 1705 | Libby | Eggert | libbeme02@gmail.com | Tinder |
| 1706 | Brandon | Rowe | b.rowe217@gmail.com | Plenty of Fish |
| 1707 | Dakota | Satterwhite | dsatterwhite13@gmail.com | Plenty of Fish |
| 1708 | Alexandria | Nicholas | alexandria.magdalene@gmail.com | OkCupid |
| 1709 | Elyse | Tuennerman | elysetuennerman@gmail.com | Hinge, Tinder |
| 1710 | Quinn | Dupree | quinndupree@yahoo.com | Tinder, Plenty of Fish |
| 1711 | Vince | Palumbo | vinnyc614@gmail.com | OkCupid, Plenty of Fish |
| 1712 | Nicole | Edmund | n.j.edmund@gmail.com | Tinder, Match, Plenty of Fish |
| 1713 | Jillianne | Martinez | jillianne.martinez@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1714 | Steve | Carey | scarey49@yahoo.com | Match |
| 1715 | David | Lawrence | david+labaton@davidaugust.com | OkCupid, Hinge, Tinder |
| 1716 | Briana | Redding | b.redding93@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 1717 | Joseph | Palmatier | jpalmatier97@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1718 | Vanessa | Roman | vroman2028@yahoo.com | Tinder |
| 1719 | Lesley | Webster | thatlesleychick@hotmail.com | Match |
| 1720 | Justus | Fischer | jmerkbzerk@outlook.com | OkCupid, Tinder, Plenty of Fish |
| 1721 | Tricia | Logsdon | triciaknous@gmail.com | Match, Plenty of Fish |
| 1722 | Carl | Ge | carlge97@gmail.com | Hinge, Tinder |
| 1723 | Matt | Baranowski | mttbaranowski@gmail.com | Hinge, Tinder |
| 1724 | Denise | Mikroulis | dion1179@hotmail.com | Match |
| 1725 | Alana | Carter | alanacarter33@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1726 | Andrea | Ripley | hammockdreams8@gmail.com | OkCupid, Tinder |
| 1727 | Cortney | Hanna | cortymarie92@gmail.com | Tinder, Plenty of Fish |
| 1728 | Tayler | Kopchik | taykopchik@gmail.com | Hinge, Tinder |
| 1729 | Noel | Sevilla | nsevilla84@yahoo.com | Tinder |
| 1730 | Katherine | Sommers | ksommers@umich.edu | Hinge, Tinder |
| 1731 | Brittany | Hudson | bhudson0910@gmail.com | OkCupid, Plenty of Fish |
| 1732 | Denise | Paradise | dparadise58@yahoo.com | OkCupid, Match, Plenty of Fish |
| 1733 | Leslie | Smith | leslie2120208@yahoo.com | Match |
| 1734 | Annalise | Pawlak | apawlak15@yahoo.com | Hinge, Plenty of Fish |
| 1735 | Marina | Paliev | marinapaliev@gmail.com | Match |
| 1736 | Julia | Thomas | julez1925@yahoo.com | Tinder, Plenty of Fish |
| 1737 | Nitesh | Thondapu | niteshchows@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1738 | Deserae | De La Cruz | deseraerenee24@icloud.com | Tinder, Plenty of Fish |
| 1739 | Erika | Nowak | erikanowak92@yahoo.com | Tinder |
| 1740 | Bailey | Smoot | baileyjean0995@gmail.com | Tinder |
| 1741 | Marc | Charrvet | bobbymagic88@yahoo.com | Match |
| 1742 | Coco | Glickman | cocoglickman10@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1743 | Ryan | Anderson | ryanaustinanderson@gmail.com | Tinder |
| 1744 | Tammy | Cusumano | tammycusumano@gmail.com | OkCupid, Plenty of Fish |
| 1745 | Charlene | Barrigher | nikki547@yahoo.com | Tinder, Match |
| 1746 | Jeff | Webb | jeffreywebb28@yahoo.com | Match, Plenty of Fish |
| 1747 | Elizabeth | Tarpley | etarpley1@aol.com | OkCupid, Tinder, Match |
| 1748 | Blake | Butkiewicz | blakebutkiewicz@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1749 | Jessica | Morris | jamorris1981@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1750 | Judy | Johannsen | judy.johannsen@gmail.com | OkCupid, Hinge, Tinder, Match, OurTime |
| 1751 | Melody | Felton | mellow.melody@att.net | Hinge, Tinder, Match |
| 1752 | Whitney | Leeper | leeperwhitney@gmail.com | Hinge, Tinder, Match |
| 1753 | Teagan | Webb | teagan.webb01@icloud.com | Tinder |
| 1754 | Sonia | Stall | onegreatgirl2@icloud.com | Match |
| 1755 | Corey | Buhs | coreybuhs1@gmail.com | Tinder, Plenty of Fish |
| 1756 | Robert | Hernandez | hernandez.robert115@gmail.com | Hinge, Tinder, Chispa |
| 1757 | Bradley | Marschke | bradmarschke@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1758 | Crystal | Sotelo | soteloguzmancrystal@gmail.com | Tinder |
| 1759 | Mikayla | Webb | mikayla.dawn99@gmail.com | Hinge, Tinder, BLK |
| 1760 | Sinobia | Aiden | saiden@asu.edu | Hinge, Tinder |
| 1761 | Kristen | Dyke | kristendyke1030@yahoo.com | OkCupid, Plenty of Fish |
| 1762 | Iris | Rodriguez | irisrodriguez5020@gmail.com | Tinder |
| 1763 | Laura | Frerking | lauramccomas62@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1764 | Silvia | Nalbono | sgazz@att.net | OkCupid, Tinder, Plenty of Fish |
| 1765 | Jeannie | Karlowski | j.m.karlowski3@gmail.com | Tinder, Match, Plenty of Fish |
| 1766 | Heather | Huynh | heatherahuynh@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1767 | Alexandra | Strahanoski | alexstrahanoski@gmail.com | Tinder |
| 1768 | Nicole | Schaffrin | shafwoman1@mtco.com | OkCupid, Match |
| 1769 | Gayle | Farmer | gfarmer@npd117.net | Match |
| 1770 | Anne | Pellettieri | apellettieri@gmail.com | Match |
| 1771 | Jennifer | Magnus | jennifer_magnus@ymail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1772 | Jesse | Gonzales | jessev.gonzalesii@gmail.com | OkCupid, Tinder |
| 1773 | Kathryn | Anderson | canders414@gmail.com | OkCupid, Tinder |
| 1774 | Tayln | Falcone | tayln.falcone@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1775 | Ari-Anne | Feldman | ari-annefeldman@comcast.net | Tinder, Match |
| 1776 | Piotr | Wojsiat | peterwojsiat@gmail.com | Hinge, Tinder |
| 1777 | Stacy | Meinen | mein0067@gmail.com | Tinder, Match, Plenty of Fish |
| 1778 | Diego | Cortes | diegocortes847@gmail.com | Tinder |
| 1779 | Nicole | Falcone | nicolefalcone9@gmail.com | Tinder, Match, Plenty of Fish |
| 1780 | Nadia | Lucio | nadialucio77@gmail.com | Tinder, Plenty of Fish |
| 1781 | Jenyfer | Charley | jenyfercharley@gmail.com | Tinder, Match, Plenty of Fish |
| 1782 | Amanda | Odell | odellkrumdick@gmail.com | Hinge, Tinder, Match |
| 1783 | Sara | Brown | sabrown0610@gmail.com | OkCupid, Hinge, Tinder |
| 1784 | Gabriella | Gutierrez | gabriellag30@icloud.com | OkCupid, Tinder |
| 1785 | Sheena | Tomsic | sheena.m.tomsic@gmail.com | Hinge, Match |
| 1786 | Mario | Flores | mariof89@icloud.com | Tinder, Plenty of Fish, Chispa |
| 1787 | Dominic | Giafagleone | dominic.giafagleone@gmail.com | OkCupid |
| 1788 | Devon | Harris | sirrahved@gmail.com | OkCupid |
| 1789 | Caroline | Ryan | carolinryan7@gmail.com | Tinder |
| 1790 | Rosa | Carter | iluvchocolate810@gmail.com | Tinder |
| 1791 | Jessica | Washburn | jessi.washburn@gmail.com | Hinge, Tinder |
| 1792 | Felicia | Gauwitz | feliciagauwitz@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1793 | Paula | Theriot | paulatheriot519@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1794 | Nicole | Cardona | niccardona22@gmail.com | Tinder |
| 1795 | Luke | Schreiner | lukess2001@yahoo.com | Tinder |
| 1796 | Karlisa | White | www.marinegirl04@yahoo.com | OkCupid, Match, BLK |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1797 | Irma | Figueroa | missyerma@aol.com | Match, BLK |
| 1798 | Matthew | Kruger | matthewkruger019@gmail.com | Tinder |
| 1799 | Nicole | Soludczyk | nikkilopez0621@gmail.com | OkCupid, Tinder, Match |
| 1800 | Elizabeth | Orrego | elyorregot@gmail.com | OkCupid, Hinge, Tinder |
| 1801 | Andre | Finney | drevic93@gmail.com | Tinder, Match, BLK |
| 1802 | Alex | Kuscsik | alex7351ds@gmail.com | Tinder |
| 1803 | Kreshanna | Lampley | krissybaby8787@gmail.com | Match, Plenty of Fish, BLK |
| 1804 | Drake | Henning | bbdbeatsbydrake@gmail.com | Hinge, Tinder |
| 1805 | Nicole | Bond | nbond46@gmail.com | Hinge, Tinder |
| 1806 | Taylor | Vander Jeugdt | tvanderjeugdt@gmail.com | Tinder |
| 1807 | Akiah | Washington | akiah90@gmail.com | Plenty of Fish |
| 1808 | Leslie | Nathan | kaden_sophia@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 1809 | Inman | Glass | inman51glass@gmail.com | Tinder |
| 1810 | Bridget | Stephenson | bridgetk727@yahoo.com | Match, Plenty of Fish |
| 1811 | Santiago | Currea | scurrea@umich.edu | Tinder |
| 1812 | Molly | Ryan | mollyryan89@yahoo.com | Hinge, Tinder |
| 1813 | Stacy | Berner | stacyberner1980@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1814 | Rachel | Seidenberg | rachel.seidenberg@gmail.com | Hinge, Tinder |
| 1815 | Maggie | Barnett | maggie_mae88@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1816 | Leo | Forney | forneyleo@gmail.com | Tinder |
| 1817 | Evan | Weightman | artaqua403@gmail.com | Tinder |
| 1818 | Emily | Spain-Lavender | eapainlavender@gmail.com | Tinder, Plenty of Fish |
| 1819 | Danielle | Pfeifer | dpfeifer@umich.edu | Hinge |
| 1820 | Stephanie | Battista | stephrxqt87@yahoo.com | OkCupid, Match, Plenty of Fish |
| 1821 | Dawn | Miller | millerdawn2@live.com | OkCupid |
| 1822 | Heather | Nance | hnance@rocketmail.com | Tinder |
| 1823 | Shanna | Dixon | shanna.melissa08@gmail.com | Tinder |
| 1824 | Derrick | Owens | owensderrick482@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1825 | Laurette | Williams | momonee4me@gmail.com | Match, Plenty of Fish, OurTime, BLK |
| 1826 | Robert | Wessel | robert.wessel14@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1827 | Robert | Jones | pimpmaster_robert@hotmail.com | Tinder |
| 1828 | Areij | Hasan | hasanareij@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1829 | Jennifer | Bryant | bluueyezz@icloud.com | Match |
| 1830 | Kristina | Bohannan | bohannan_kristina@yahoo.com | Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1831 | Taryn | Schaefer | tschaefer619@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1832 | Elizabeth | Mcclurg | elizabethlmcclurg@gmail.com | Hinge, Tinder |
| 1833 | Brittany | Irwin | brittany.irwin85@gmail.com | OkCupid, Plenty of Fish |
| 1834 | Leisa | Gibson | landy678@gmail.com | Tinder, Match, Plenty of Fish |
| 1835 | Samantha | Heiden | sdoh10954@gmail.com | Tinder |
| 1836 | Tracey | Kowalczyk | traceykowalczyk@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1837 | Daniel | Anderson III | danderson24iii@yahoo.com | Tinder |
| 1838 | Madison | Thompson | madd.dogg69@yahoo.com | Tinder, Plenty of Fish |
| 1839 | April | Sendelbach | mas03mom@gmail.com | Tinder, Plenty of Fish |
| 1840 | Connor | Jacobi | conjacobi001@gmail.com | Tinder |
| 1841 | Anesha | Hayward | aneshahayward@yahoo.com | Tinder |
| 1842 | Cole | Tanski | colertanski@gmail.com | Tinder |
| 1843 | Jillian | Nunez | retro1sole@gmail.com | OkCupid, Tinder |
| 1844 | Hillary | Randolph | randolphhillary@gmail.com | Tinder |
| 1845 | Jesus | Ruan | jesusjavruan@gmail.com | Tinder |
| 1846 | Gina | Filippo | gigs1345@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1847 | Kimberly | Morgan | kimmorgan86@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1848 | Sarah | Javaux | beautifulsadeyes80@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1849 | Noah | Baker | noah.baker152@gmail.com | Tinder, Match, Plenty of Fish |
| 1850 | Keesha | Jackson | goddesskeequeen@gmail.com | Tinder, Match |
| 1851 | Jake | Johnson | jjsnake21@gmail.com | Tinder |
| 1852 | Jacklyn | Hoppe | jackiechoppe@gmail.com | Tinder |
| 1853 | Deena | Lander | deenabenhart@gmail.com | OkCupid, Plenty of Fish |
| 1854 | Tyler | Pardun | tyler.pardun@gmail.com | Tinder |
| 1855 | Erin | Malcolm | erinmmalcolm@gmail.com | OkCupid, Tinder |
| 1856 | Brenda | Hull | brenda043065@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1857 | Gina | Argenbright | ginaburian@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1858 | Mikayla | Lingl | mikaykaylingl@gmail.com | Tinder |
| 1859 | Stacy | Propp | stacypropp@gmail.com | Hinge, Tinder, Match |
| 1860 | Annaleigh | Stone | annastone42@gmail.com | Hinge, Tinder |
| 1861 | Alisha | Mcgovern | mcgovernalisha@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1862 | Eva | Ramos | evamramos@msn.com | Hinge, Match |
| 1863 | Minnie | Kang | kangminnie@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 1864 | Mariah | White | mariahwhite313@gmail.com | Tinder, Match, Plenty of Fish |
| 1865 | Lisa | Carlino | lisaacarlino@gmail.com | OkCupid, Hinge, Tinder |
| 1866 | Marcia | Donahue | smiles6074@hotmail.com | Plenty of Fish |
| 1867 | Cheryl | Fulk | cfbaby77@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 1868 | Nicholas | Andrews | nandrews.professional@gmail.com | OkCupid, Hinge, Tinder |
| 1869 | Makaylah | Reed | reedmakaylah4@gmail.com | Tinder, BLK |
| 1870 | Steven | Gorski | gorski32289@yahoo.com | Tinder |
| 1871 | Anthony | Neumann | tony.gussie@gmail.com | Tinder, Match |
| 1872 | Elyse | Minhas | elysesimcock15@gmail.com | Hinge, Tinder, Match |
| 1873 | Iesha | Bennett | nieceypoohluv@gmail.com | Plenty of Fish |
| 1874 | Aaron | Cornwell | aaron.n.cornwell@gmail.com | Match, Plenty of Fish |
| 1875 | Mitsu | Dill | mitsu@thespecific.com | Hinge, Tinder |
| 1876 | Charles | Byrne | charles-byrne@rocketmail.com | OkCupid, Hinge, Tinder |
| 1877 | Richard | Sudaria | richardsud@aol.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1878 | Jerry | Vassalla | jerry.vassalla@gmail.com | Hinge, Tinder |
| 1879 | Jammie | Gold | jgold723@gmail.com | Hinge, Tinder |
| 1880 | Amanda | Sengphirom | asengphirom@gmail.com | Hinge, Tinder |
| 1881 | Kayla | Jones-Craan | kcraan74@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 1882 | Anthony | Klinebough | haylamae2017@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1883 | Stephanie | Berardi | smberardi2@gmail.com | Hinge, Tinder |
| 1884 | Cole | Mcclurg | colejmcclurg@gmail.com | Tinder |
| 1885 | Nicole | Lawson | nlawson773@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1886 | Rebecca | Isola | risola.lynn@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1887 | Laura | Reece | lereece11@gmail.com | Hinge, Match |
| 1888 | Lisa | Donovan | lisa.donovan15@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1889 | John | Jetton | jetton1284@gmail.com | Tinder, Plenty of Fish |
| 1890 | Madison | Peticolas | mjpeticolas3@gmail.com | Tinder |
| 1891 | Ryan | Galowich | ryangalowich@gmail.com | Hinge, Tinder |
| 1892 | Mary Kay | Eades | hayface@comcast.net | OkCupid, Tinder, Match, Plenty of Fish |
| 1893 | Izabella | Matczuk | imatczuk25@gmail.com | Hinge, Tinder |
| 1894 | Mary | Tobolski | mtobolski712@gmail.com | Tinder |
| 1895 | Vicki | Elder | vamorck616@gmail.com | Plenty of Fish |
| 1896 | Holly | Estabrook | hollyenelson47@yahoo.com | Match |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1897 | Marykay | Eades | marykayeades@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1898 | Elizabeth | Geerling | elizabeth.geerling@gmail.com | OkCupid, Hinge, Tinder, Match |
| 1899 | Vanessa | Knox-Harris | vanessaknoxwilliams@gmail.com | Match, OurTime |
| 1900 | Kristin | Eschrich | kcartereschrich@gmail.com | Tinder, Match |
| 1901 | Meghan | Richardson | moconnel0212@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1902 | Holly | Edwards | s12holly@yahoo.com | Match, Plenty of Fish |
| 1903 | Morgan | Ring | morganring17@gmail.com | Tinder |
| 1904 | Audrey | Erdenberger | aerdenberger1@gmail.com | Hinge, Tinder |
| 1905 | Meghan | Harshaw | meghanharshaw@gmail.com | Hinge, Tinder |
| 1906 | Jennah | Johnson | jennahjohnson@rocketmail.com | Tinder |
| 1907 | Jamie | Montoto | jamieleigh80@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1908 | Jennifer | Torres | trustingfate823@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1909 | Phillip | Esho | phillip.esho@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 1910 | Maiya | Austen | maiyaausten@gmail.com | Tinder |
| 1911 | Chris | Lenz | chris@project-11.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1912 | Tiesha | Taylor | harper.ty@gmail.com | Tinder |
| 1913 | Matt | Hufnus | mrh211@yahoo.com | OkCupid, Plenty of Fish |
| 1914 | Jose | Sanchez-Garcia | jlsanchezgarcia92@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 1915 | Margaret | Klinebough | hayla11072017@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 1916 | Jojo | Scanlon | jojo.scanlon@outlook.com | OkCupid, Hinge, Tinder, Match |
| 1917 | Crystal | Hull | nursenicholson9@gmail.com | Plenty of Fish |
| 1918 | Annabelle | Klepacki | annabelle_klepacki@yahoo.com | Tinder |
| 1919 | Tabitha | Graves | tgraves87@yahoo.com | Tinder, Match |
| 1920 | Maia | Robinson | maia.robinson@gmail.com | Hinge, Tinder |
| 1921 | Emma | Heims | emma.lin.heims@gmail.com | Hinge, Tinder |
| 1922 | Kaley | Lukancic | kaleylu@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 1923 | Maggie | Spanuello | mspanuello@gmail.com | Hinge |
| 1924 | Conor | Lannan | conor.lannan@gmail.com | Hinge, Tinder |
| 1925 | Jazhel | Navarro | jazhelnavarro@icloud.com | Tinder |
| 1926 | Crystal | Hull | crystalhull9@gmail.com | Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1927 | Sherry | Cruz | cruzsherry@comcast.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1928 | Bethany | Wyant | bethany.wyant@gmail.com | Tinder, Plenty of Fish |
| 1929 | Christine | Chen | itschristinee2@gmail.com | Tinder |
| 1930 | Faaieza | Khan | faaieza.khan@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 1931 | Aron | Ianchici | thediversevideos@gmail.com | Tinder |
| 1932 | Maya | Novak Herzog | herzog2014@gmail.com | Hinge, Tinder |
| 1933 | Christine | Nathan | can2teachm@yahoo.com | OurTime |
| 1934 | Ryan | Roseman | ryro_85@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 1935 | Michael | Dixon | micahldixon@gmail.com | Hinge, Tinder |
| 1936 | Heather | Hodge | heather.hodge31@gmail.com | OkCupid, Tinder, Match |
| 1937 | Viviana | Serrano | viviser19@gmail.com | OkCupid, Tinder |
| 1938 | Ashley | Heins | ashleytaylor57@gmail.com | Tinder |
| 1939 | Vanessa | Tedrick | nessalyn82@gmail.com | Match, Plenty of Fish |
| 1940 | Lauren | Ricker | laurenricker14@gmail.com | Tinder |
| 1941 | Nicholas | Davies | spiker4663@gmail.com | Hinge, Tinder |
| 1942 | Sanjana | Chunduri | sanjanac2001@gmail.com | Hinge, Tinder |
| 1943 | Teneisha | Smith | tena917@gmail.com | Tinder, Match, Plenty of Fish |
| 1944 | Rosa | Lopez | otaku.goddess@yahoo.com | OkCupid, Match, Plenty of Fish |
| 1945 | Katherine | Faron | katiejfaron@gmail.com | Tinder |
| 1946 | Benjamin | Berg-Einhorn | benberein@gmail.com | OkCupid, Hinge, Tinder |
| 1947 | Scott | Danielson | scott.danielson33@gmail.com | Hinge, Tinder |
| 1948 | Diana | Bernatek | dbernatek44@gmail.com | Tinder |
| 1949 | Angela | Karikari | angelakarikari13@gmail.com | Hinge, Tinder |
| 1950 | Lisa | Klein | lisaklein2018@gmail.com | Hinge, Tinder |
| 1951 | Brian | Adams | countryby3@gmail.com | Tinder, Plenty of Fish |
| 1952 | Philip | Fan | philip.z.fan@gmail.com | Hinge, Tinder |
| 1953 | Natalee | Roseboom | nataleesells@gmail.com | Match, Plenty of Fish |
| 1954 | Jeffrey | Sperling | sperlinglawfirm@gmail.com | Match |
| 1955 | Rachel | Becker | rachel.g.becker@gmail.com | Hinge, Tinder |
| 1956 | Alyssa | Fayman | amfayman@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 1957 | Maxwell | Minogue | minoguemax@gmail.com | Tinder |
| 1958 | Alexis | Nissen | alexisen92@icloud.com | OkCupid, Tinder, Plenty of Fish |
| 1959 | Brandon | Rosas | brandon.rosas32@gmail.com | OkCupid, Tinder |
| 1960 | Zubair | Ahmed | zahmed0808@gmail.com | Hinge, Tinder |
| 1961 | Kiela | Moreno | kiela.k.moreno@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 1962 | Paula | Bielnicka | paulabielnicka@gmail.com | Hinge, Tinder, Match |
| 1963 | Ali | Al-Qudsi | aliqudsi@gmail.com | Tinder |
| 1964 | Anastasia | Frolova | afrolova123@gmail.com | Hinge, Tinder |
| 1965 | Nisha | Spangler | nishaspangler@gmail.com | Tinder, Plenty of Fish |
| 1966 | Mirvat | Safady | markmirvat@gmail.com | Plenty of Fish |
| 1967 | Mark | Balcazar | markbalcazar@hotmail.com | OkCupid, Plenty of Fish |
| 1968 | Joseph | Izzo | joseph.izzo90@gmail.com | Hinge, Tinder, Plenty of Fish |
| 1969 | Carlton | Binion | fugoscott@gmail.com | Tinder |
| 1970 | Bonnie | Bradley | bkbt66@gmail.com | OkCupid, Plenty of Fish, OurTime |
| 1971 | Sarah | Hirsch | peachette128@yahoo.com | OkCupid |
| 1972 | Eric | Bushnell | ericb1983@gmail.com | OkCupid, Hinge, Tinder |
| 1973 | Laura | Conover | lcoonsconover@gmail.com | Match, Plenty of Fish |
| 1974 | Ryan | Wagner | shabolics@gmail.com | Tinder |
| 1975 | Don | Petersen | ptrsn1965@aol.com | Tinder, Match, Plenty of Fish |
| 1976 | Katie | Grundin | grundike@miamioh.edu | Hinge, Tinder |
| 1977 | Mallory | Woods | woods.mallory@gmail.com | Hinge, Tinder |
| 1978 | Andrew | Meyer | apmeyerchi@gmail.com | Tinder |
| 1979 | Daniel | Marten | dmarten@hawk.iit.edu | Tinder |
| 1980 | Halle | Burns | burnshalle@gmail.com | Hinge |
| 1981 | Leah | Dugan | leleduga@gmail.com | OkCupid, Hinge, Tinder |
| 1982 | Lori | Berrios | binkiebee@gmail.com | OkCupid, Hinge, Plenty of Fish, OurTime |
| 1983 | Jonathan | Hoffman | jfh535@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1984 | Christopher | Rice | chex.rice@gmail.com | Plenty of Fish |
| 1985 | Gregg | Valentine | greggval6@gmail.com | Tinder, Match |
| 1986 | Emilia | Saber | ecsaber2@gmail.com | OkCupid, Hinge, Tinder |
| 1987 | Sheila | Sidwell | ssidwell2000@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime |
| 1988 | Djavan | Wagner | dreadlocks1221@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1989 | Brian | Hassell | brianchgoil@sbcglobal.net | OkCupid, Match, OurTime |
| 1990 | Ivan | Mondragon | ivanmondragon42@gmail.com | Tinder, Chispa |
| 1991 | John | Miles | johnjjmilesman@gmail.com | Tinder, Match, Plenty of Fish |
| 1992 | Mickey | Wallace | opiedopey50@gmail.com | Tinder, Plenty of Fish |
| 1993 | Bettina | Hutchens | bettinahutchens@gmail.com | Plenty of Fish |
| 1994 | Nathan | Asner | batmanazrael@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 1995 | Rebecca | Sanders | sandersr0506@gmail.com | Plenty of Fish |
| 1996 | Leilanie | Mariur | leilak99@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 1997 | Fred | Collins | snyp423@gmail.com | OkCupid, Plenty of Fish |
| 1998 | Keshia | Hermanstyne | keshiah328@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 1999 | Michael | Cherney | kirbythywraith@gmail.com | Tinder, Plenty of Fish |
| 2000 | Evelyn | Hernandez | ms.evelynhernandez@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 2001 | Ashley | Murphy | asmurphy417@gmail.com | Hinge, Tinder |
| 2002 | Alyson | Lasley | alysonlasley@gmail.com | Tinder |
| 2003 | Jose | Colon Jr. | joecjr70@yahoo.com | Plenty of Fish |
| 2004 | Roberto | Maldonado | jrobmaldonado@gmail.com | OkCupid, Hinge, Match |
| 2005 | Christina | Woodworth | mswoodworth80@gmail.com | Plenty of Fish |
| 2006 | Taylor | Prince | princet7112@warriormail.rlc.edu | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2007 | Daniel | Gaspari | daniel.gaspari@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2008 | Jairo | Franco | stevenfranco28@gmail.com | Match, Plenty of Fish |
| 2009 | Andy | Velazquez | andy5183@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2010 | Yeyo | Rock | yeyo.sg@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2011 | Christine | Kenyon | christinekfilm@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2012 | Enok | Dragon | enokdragon7@gmail.com | Tinder |
| 2013 | Andre | Carr | andremcarr@gmail.com | Tinder, Plenty of Fish |
| 2014 | Aaron | Saul | sparkyams@gmail.com | OkCupid, Tinder |
| 2015 | Marie | Cervantes | marieacervantes@gmail.com | OkCupid, Match, Plenty of Fish |
| 2016 | Ransom | Baker | thewonthatgoturich@gmail.com | Tinder, Plenty of Fish |
| 2017 | Aakiyah | Smith | aakiyahneshea@gmail.com | Tinder |
| 2018 | Scott | Petersmarck | scottkpete7474@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2019 | Alex | Brodell | abrody1448@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 2020 | Elisandro | Cabada | ecabada@gmail.com | OkCupid, Hinge, Tinder |
| 2021 | Karleigh | Santry | karleighsantry@me.com | OkCupid, Hinge, Tinder |
| 2022 | Michael | Lamothe | ilpf10@aol.com | OkCupid, Tinder, Plenty of Fish |
| 2023 | Noelle | Priolo | noellepriolo@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 2024 | Paul | Zazzetti | pzazzetti@gmail.com | Hinge, Tinder |
| 2025 | Boyd | Bruner | boydo3434@gmail.com | Match, Plenty of Fish |
| 2026 | Lanetra | Banks-Dees | lanetra05@yahoo.com | Tinder |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 2027 | John | Butzow | j.butz.1114@gmail.com | OkCupid, Tinder, Match |
| 2028 | Savanah | Gayaldo | savanah.gayaldo@gmail.com | Tinder |
| 2029 | Taylor | Chisolm | taylorchisolm3@outlook.com | OkCupid, Hinge, Tinder |
| 2030 | Thomas | Kein | tjk2015@gmail.com | Tinder, Plenty of Fish |
| 2031 | Judith | Hicks | judithicks@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2032 | Alice | Howe | alicemariehowe@gmail.com | Tinder |
| 2033 | Kary | Batchelder | karymull@yahoo.com | Match |
| 2034 | Andrea | Anderson | andrea61111@gmail.com | Tinder, Match |
| 2035 | Aaron | Manton | mantoon@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2036 | Matthew | Felcaro | mfelcaro@gmail.com | Hinge, Tinder |
| 2037 | Sam | Boston | sam.boston9@icloud.com | Hinge, Tinder, Match |
| 2038 | Jeffrey | Johnson | goodshopdriver@gmail.com | Tinder, Plenty of Fish |
| 2039 | Patrick | Costello | pcostello2001@gmail.com | Match, Plenty of Fish |
| 2040 | Christin | Ketelsen | cketelsen315@yahoo.com | Tinder, Plenty of Fish |
| 2041 | Todd | Reising | t_reising@hotmail.com | Tinder, Match, Plenty of Fish |
| 2042 | Kelsey | Pisciotti | kpisciottiii@gmail.com | OkCupid, Hinge, Tinder |
| 2043 | Gregory | Boudreau | gregboudreau1@gmail.com | Tinder, Plenty of Fish |
| 2044 | Jessica | Hoyos | jhoyos925@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 2045 | Lee | Petri | leeannpetri@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2046 | Carol | Woods | coocoo428@gmail.com | Match, Plenty of Fish |
| 2047 | Alonzo | Romo | char650@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2048 | Ben | Graves | benmgraves@yahoo.com | OkCupid |
| 2049 | Michaela | Washington | tuc55042@gmail.com | Hinge |
| 2050 | Nathaniel | Wright | thenate9797@gmail.com | Tinder, Plenty of Fish |
| 2051 | Amanda | Villa | amandamvilla@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 2052 | Brian | Nguyen | nguyener59@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2053 | Thomas | Weber | stellacat67@gmail.com | Tinder, Match, Plenty of Fish, OurTime |
| 2054 | Chandler | Mick | chandlersmick34@gmail.com | Hinge, Tinder |
| 2055 | Kelsey | Parker | kelsparker22@gmail.com | Tinder |
| 2056 | Sterling | Oliver | smattoliver@gmail.com | Hinge, Tinder |
| 2057 | Deazail | Hayden | deazailhayden66@gmail.com | Match, Plenty of Fish, OurTime |
| 2058 | Margaret | Winter | maggiewinter3@gmail.com | Hinge, Tinder |
| 2059 | Michele | Houlihan | michelehoulihan@yahoo.com | Tinder, Match, Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2060 | Glen | Ward | tatersdad2000@gmail.com | Match |
| 2061 | Patrick | Mckeever | pwmckeever@gmail.com | OkCupid, Tinder, Match |
| 2062 | Brian | Sanford | brealmovers9@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 2063 | Rebecca | Von Bruchhaeuser | rebeccavon422@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2064 | Brennan | Lentz | b.a.lentz44@gmail.com | Tinder |
| 2065 | Heather | Phelps | middlephelps523@gmail.com | Hinge, Tinder |
| 2066 | Elizabeth | Mccoy | ermccoy67@gmail.com | Tinder, Plenty of Fish |
| 2067 | Priya | Ahluwalia | pahluwal@gmail.com | Hinge |
| 2068 | Jessica | Ross-Ryan | jaerae7@gmail.com | Hinge, Tinder |
| 2069 | Maya | Bose | mayabose@gmail.com | Hinge, Tinder |
| 2070 | Christopher | Klimkowski | chris_klimkowski@baylor.edu | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2071 | Carlos | Zamora | fpsamer1ca@yahoo.com | Tinder |
| 2072 | Marcia | Jenkins | mljenkins59@gmail.com | Match, Plenty of Fish, OurTime |
| 2073 | Annie | Kalfas | a.kalfas22@gmail.com | Hinge, Tinder |
| 2074 | Tina | Weinberg | grneyedgirl1975@gmail.com | Plenty of Fish |
| 2075 | Kyle | Kraft | kakscool23@gmail.com | Tinder |
| 2076 | Tim | Campbell | t64bqn@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2077 | Ron | Friedman | judah_soledad@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2078 | Rachel | Devadatta | rachel.devadatta96@gmail.com | Hinge, Tinder |
| 2079 | Nathan | Tish | irishfan2013.nt@gmail.com | Match |
| 2080 | Kirone | Johnson | kironej@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime, Chispa |
| 2081 | Michael | Nychay | m_nychay@yahoo.com | OkCupid, Match, Plenty of Fish |
| 2082 | Marla | Hartl | bwg271@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2083 | Mary | Buskohl | marybuskohl@yahoo.com | Match, Plenty of Fish |
| 2084 | Sergio | Rodriguez | serodrig4@gmail.com | OkCupid, Hinge, Tinder |
| 2085 | Joseph | Matyas | matyas.joe@gmail.com | Hinge, Tinder |
| 2086 | Rowena | Huser | rhuser1@gmail.com | Match, Plenty of Fish, OurTime |
| 2087 | Sarah | Lynch | sarah.lynch1333@gmail.com | Tinder, Match, Plenty of Fish |
| 2088 | Diane | Harrison | 7276tj@gmail.com | Plenty of Fish, OurTime |
| 2089 | Edwin | Alvarez | ed.win.it@gmail.com | OkCupid, Hinge, Tinder |
| 2090 | Wallace | Stepp | brickmason550@gmail.com | Tinder, Plenty of Fish |
| 2091 | Jason | Michalopoulos | jmichalopoulos@ymail.com | Tinder, Plenty of Fish |
| 2092 | Robert | Tomes | bltomes57@yahoo.com | OkCupid, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 2093 | Cary | Widel | cew3416@yahoo.com | Tinder, Match |
| 2094 | Judy | Burns | judyburns@hotmail.com | Plenty of Fish |
| 2095 | Patrick | Mikus | mikuspatrick98@gmail.com | Hinge, Tinder |
| 2096 | Tina | Lee | ttsimplycomplicatedass2@gmail.com | Tinder, Match, Plenty of Fish |
| 2097 | Marlinda | Birkner | killarneyred@juno.com | OurTime |
| 2098 | Steven | Stegmann | order.of.phixion@gmail.com | OkCupid, Plenty of Fish |
| 2099 | Anton | Whitman | jediton33@yahoo.com | OkCupid, Match |
| 2100 | Josh | May | may.joshua26@gmail.com | Hinge, Tinder, Match |
| 2101 | Joseph | Porter | mrxporterxsr@gmail.com | Tinder, Plenty of Fish |
| 2102 | Santiago | Bliss | santiagobliss1@hotmail.com | Hinge, Tinder, Chispa |
| 2103 | Marcos | Amador | marcosamador0@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2104 | Eureka | Gardner | eashagardner81@gmail.com | Match, Plenty of Fish, BLK |
| 2105 | Brittney | Young | brittneysyoung4@gmail.com | Tinder, BLK |
| 2106 | Margaret | Young | myoung218@gmail.com | OkCupid, Hinge, Tinder |
| 2107 | Monte | Little | mjl1802.ml@gmail.com | Tinder, Match |
| 2108 | Rachel | Goldberg | rgoldbergdmd@gmail.com | Hinge, Match |
| 2109 | Sarah | Goldberg | sarah_goldberg@comcast.net | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2110 | John | Hamer | jhh4412@yahoo.com | Tinder, Match, Plenty of Fish |
| 2111 | Jolene | Stecken | jolenestecken@gmail.com | Plenty of Fish |
| 2112 | Kristen | Northrop | northropkristen0830@gmail.com | OkCupid, Plenty of Fish |
| 2113 | Yolanda | Blanton | yolandablanton4@yahoo.com | Plenty of Fish |
| 2114 | Stokes | Pamela | pamelastokes40@gmail.com | Match, Plenty of Fish, BLK |
| 2115 | Myron | Walker | 12345familyofyah@gmail.com | Tinder, Plenty of Fish, BLK |
| 2116 | Pablo | Lopez | victorsword@comcast.net | OkCupid, Tinder, Match, Plenty of Fish |
| 2117 | Daniel | Barber | drbgolfnut@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 2118 | J. Paula | Roderick | fairjust5683@gmail.com | OkCupid |
| 2119 | Susan | Hubeli | shubeli63@gmail.com | Match, OurTime |
| 2120 | Patrick | Schie | pschie@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2121 | John | Quinn | abovethebarsvcs@gmail.com | OkCupid, Plenty of Fish, OurTime |
| 2122 | Jacqueline | Perez | jprz89@aol.com | OkCupid, Hinge, Match, Plenty of Fish |
| 2123 | Sarah | Masters | icedmarguerita@hotmail.com | Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2124 | Cyndi | Murray | mdc1971@yahoo.com | Plenty of Fish |
| 2125 | Maurice | Kirkman-Bey | ricoblue84@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2126 | Sean | Mcnamee | seanpatrickmcnamee@gmail.com | OkCupid, Hinge, Tinder |
| 2127 | Billie | Wyant | wyantb6@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2128 | Laura | Boehm | laurajboehm@gmail.com | Plenty of Fish, OurTime |
| 2129 | Brendt | Jimenez | brendt.jimenez@gmail.com | Hinge, Tinder |
| 2130 | Lester | Jordan | lcjson@msn.com | Match, Plenty of Fish |
| 2131 | Joseph | Sanchez | mudvayne48217@yahoo.com | Tinder |
| 2132 | Ryan | Tate | ryantate@gmx.com | Tinder, Plenty of Fish |
| 2133 | Curtiss | Hailey | curtiss.hailey618@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2134 | Stefan | Rebic | sirebic@gmail.com | Tinder |
| 2135 | Maximilian | Kruczek | maximiliankruczek@gmail.com | Plenty of Fish |
| 2136 | Won | Kim | won.c.kim1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2137 | Chad | Svastisalee | swasgrafx@ameritech.net | Hinge, Tinder, Match, Plenty of Fish |
| 2138 | Brandon | Jackson | brandon.lasalle.j@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2139 | Matthew | Engel | mengel3713@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2140 | John | Reed | 10jtr10@gmail.com | Tinder, Plenty of Fish |
| 2141 | Nish | John | nishcecelia@gmail.com | Hinge, Tinder |
| 2142 | Travis | Freeman | freeman.tk@gmail.com | Tinder, Match, Plenty of Fish |
| 2143 | Cathy | Johnson | cathyjohnsoncurne@yahoo.com | Match, Plenty of Fish, OurTime |
| 2144 | David | Carter | bldbluedc@gmail.com | Tinder, Plenty of Fish |
| 2145 | Kathryn | Bolgrien | kmbboots@hotmail.com | OkCupid |
| 2146 | Diana | Principato | dprinci17@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 2147 | Cheri | Engle | cheriengle521@gmail.com | Match, Plenty of Fish |
| 2148 | Kim | Lindgren | kim0134@sbcglobal.net | Hinge, Tinder, Match, Plenty of Fish |
| 2149 | Jennifer | Scott | jenniferscott8330@gmail.com | Hinge, Match, Plenty of Fish, OurTime, BLK |
| 2150 | Jennifer | Keippel | jlforsberg76@gmail.com | Match, Plenty of Fish |
| 2151 | Khevin | Jimenez | khevinator@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2152 | Denita | Dunning | dedegarza@yahoo.com | OkCupid, Plenty of Fish |
| 2153 | Connor | Caldwell | imboredru@bellsouth.net | OkCupid, Hinge, Tinder |
| 2154 | Ruth | Clauson | twicemema@aol.com | Match, OurTime |
| 2155 | Ashley | Deuble | iregisterstuff@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 2156 | Michelle | Carey | michellecarey78@yahoo.com | Tinder |
| 2157 | Thomas | Chimmy | chimmytom@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2158 | Robert | Houpt | houptrob80@gmail.com | Plenty of Fish |
| 2159 | Lorene | Duran | elleduran3773@yahoo.com | OkCupid, Plenty of Fish |
| 2160 | Mark | Ingraham | mark.ingrhm@gmail.com | Hinge, Tinder |
| 2161 | Brian | Gleason | anidiom@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2162 | Gabby | Schnieders | gabbyschnieders@gmail.com | OkCupid, Hinge, Tinder |
| 2163 | Tad | Douglas | whatcnido@gmail.com | Plenty of Fish |
| 2164 | Trystan | Overlin | teoverlin@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2165 | Christine | Haws | chris@christinehaws.com | OkCupid, Hinge, Tinder, Match |
| 2166 | Stacey | Peterson | petersonsjill@gmail.com | Match, Plenty of Fish, OurTime |
| 2167 | Izabela | Pogorzelska | sasami_84@yahoo.com | Match |
| 2168 | Julia | Trimble | juliasls@yahoo.com | Tinder, Match, Plenty of Fish |
| 2169 | Ashlie | Bazik | arasmussen08@yahoo.com | Tinder, Plenty of Fish |
| 2170 | Russell | Hastings | russ.eljefe@gmail.com | Match, OurTime |
| 2171 | Nadene | Johnson | nady12@hotmail.com | Match |
| 2172 | Alexa | Moffat | alexa.kipp@gmail.com | Tinder |
| 2173 | Moloatokollo | Moffat | tokmoffat@gmail.com | Tinder, Plenty of Fish |
| 2174 | Monique | Fernback | mofernback@icloud.com | Hinge |
| 2175 | Saphir | Gohar | saphirgohar@yahoo.fr | Tinder |
| 2176 | Michael | Hittenmiller | hittenmiller24@gmail.com | Plenty of Fish |
| 2177 | Alicia | Turner | alicia90347@yahoo.com | Tinder, Plenty of Fish |
| 2178 | Isaiah | Sarju | isaiahsarju@gmail.com | OkCupid, Tinder |
| 2179 | Joanna | Tess | joannatess7@gmail.com | OkCupid, Hinge, Tinder |
| 2180 | Cody | Bridges | codybridges28@gmail.com | OkCupid, Hinge, Tinder |
| 2181 | Michael | Mcintyre | mcintyrem1@live.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2182 | Ryan | Musch | r.musch16@gmail.com | OkCupid, Hinge, Tinder |
| 2183 | Lashonda | Tate | msshonda93@gmail.com | Tinder, Plenty of Fish |
| 2184 | Nancy | Hayes | flymom9921e@gmail.com | Match |
| 2185 | Collin | Mitchell | collinpat12@yahoo.com | Tinder |
| 2186 | Freda | Stewart | sexycna83@yahoo.com | Match, Plenty of Fish |
| 2187 | Rosalyn | Greene | rozigee66@yahoo.com | Match, OurTime |
| 2188 | Theresa | Copack | n91904@yahoo.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 2189 | Dakota | Tostado | djtostado1@gmail.com | Hinge, Tinder |
| 2190 | Tabitha | Cummings | tabithacummings30@gmail.com | Plenty of Fish |
| 2191 | Aaron | Walcott | aaronwalcott79@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2192 | Mary | Clements | clements.mary3116@comcast.net | Match, Plenty of Fish, OurTime |
| 2193 | Lisbeth | Blankenship | betsey12345@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2194 | Shawn | Emily | semily86@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2195 | Ryan | Davis | ryanedavis02@gmail.com | Tinder |
| 2196 | Antonio | Munoz | elgrande1284@gmail.com | Tinder, Plenty of Fish, Chispa |
| 2197 | Kimberly | Arbogast | kimber197151@gmail.com | Plenty of Fish |
| 2198 | Lauren | Miller | lauren.m1779@gmail.com | Hinge, Tinder |
| 2199 | William | Mathews | wtmathews1219@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2200 | Wydona | Milligan | tequilaw1962@yahoo.com | Tinder, Plenty of Fish |
| 2201 | Dylan | Andersen | dylan.a.andersen@gmail.com | OkCupid, Tinder |
| 2202 | Lynne | Arons | lynnearons1@gmail.com | OurTime |
| 2203 | Michael | Puckel | puckelmike@yahoo.com | Plenty of Fish |
| 2204 | Brandon | Medow | brandonlee023@gmail.com | Plenty of Fish |
| 2205 | Jacob | Schneider | schneiderjacob2@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2206 | Eddie | Barnhill | ecbc4567@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2207 | Justin | Jones | jdj6180@hotmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 2208 | Marcus | Booker | marcusbooker77@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 2209 | Tiffany | Wright | tiffanyalisonwright@gmail.com | Hinge, Tinder |
| 2210 | Jeff | Jordan | gm.meetup.jjj@gmail.com | Match |
| 2211 | Liam | Dilger | lmjdilger99@gmail.com | Hinge, Tinder |
| 2212 | Abby | Ferguson | akferguson7@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2213 | Michelle | Mcfarland | mrbravestar87@gmail.com | Match, Plenty of Fish |
| 2214 | Terence | Johnson | terence4365@gmail.com | Hinge, Tinder, BLK |
| 2215 | Tracy | Cassiday | rylea0330@gmail.com | Tinder, Match, Plenty of Fish |
| 2216 | Sean | Graf | graf.sean@gmail.com | Tinder |
| 2217 | Billy | Wilhite | bill@thewilhites.me | Tinder |
| 2218 | Michael | De Asis | mdkahuna@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2219 | Michael | Walton | mrbenzo36@gmail.com | Tinder, Match, Plenty of Fish |
| 2220 | Christine | Simokaitis | casimo7@gmail.com | OkCupid, Tinder, Match |
| 2221 | Quelbin | Amancio | quelbinamancio88@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 2222 | Mitchel | Hassim | mithas4268@yahoo.com | OkCupid, Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2223 | Gina | Skelton | ginaskelton2@hotmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2224 | Alejandro | Elizondo Perea | elizondoperea2@gmail.com | OkCupid, Hinge, Tinder |
| 2225 | Jack | Litland | jlitland10@gmail.com | Tinder |
| 2226 | Holden | Degrave | holdendegrave@gmail.com | Hinge, Tinder |
| 2227 | Erica | Abdnour | eabdnour@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2228 | James | Lonergan | jlonergan@gmail.com | OkCupid, Match, Plenty of Fish |
| 2229 | Madeline | Munoz | maddy.munoz13@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2230 | Christopher | Aleo | chraleo@yahoo.com | OkCupid, Tinder |
| 2231 | Patrick | Washington | bigp727@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2232 | Megan | Schafer | meganmschafer@yahoo.com | OkCupid, Hinge, Plenty of Fish |
| 2233 | Louis | Hoggatt | louishoggatt@hotmail.com | Tinder, Match, OurTime |
| 2234 | Remington | Hindman | marineyami1775@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2235 | Loren | Goldstein | glendds@aol.com | Match |
| 2236 | Ashley | James | bedeashley@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2237 | Cathy | Sierakowski | cathyspike21@gmail.com | Match, OurTime |
| 2238 | Hafeez | Oladipo | hfz011@gmail.com | Tinder |
| 2239 | Jeremy | Snyder | junkman1775@gmail.com | Tinder |
| 2240 | Maja | Sandstrom | majsands@gmail.com | Hinge, Tinder |
| 2241 | Vickie | Mcguire | vjmcguire65@gmail.com | OkCupid, Plenty of Fish, OurTime |
| 2242 | Margaret | Moore | evolvinglife@hotmail.com | OkCupid, Tinder, Match |
| 2243 | Peter | Pontius | pete.pontius@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2244 | Leeann | Revis | leeannrevis@gmail.com | OkCupid |
| 2245 | Carroll | Haze | carroll_haze@yahoo.com | Plenty of Fish |
| 2246 | Deyonna | Dunigan | deyonnadunigan@gmail.com | BLK |
| 2247 | Zachery | Salapatek | zsalapatek@hotmail.com | Tinder |
| 2248 | Miranda | Whitlatch | mirandajo711@gmail.com | OkCupid, Tinder, Match |
| 2249 | Monica | Bailey | baimon88@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2250 | Kyle | Fetzer | allreagray@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 2251 | Jeff | Stein | jstein00711@gmail.com | OkCupid, Match |
| 2252 | Leslie | Bartholomew | infantryjr31@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2253 | Teresa | Martinez | tmartinez0454@yahoo.com | Plenty of Fish |
| 2254 | Jaymie | Kaplan | scout_60304@yahoo.com | OkCupid, Tinder, Match |
| 2255 | Anthony | Greenhalgh | tsalano.48@gmail.com | Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2256 | Damian | Stackhouse | damianstackhouse1988420@gmail.com | Plenty of Fish |
| 2257 | Andrew | Kriegel | andrewkriegel@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2258 | Angelika | Hill | stainedupanddown@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2259 | Deborah | Martin | debi7955m@yahoo.com | Match, Plenty of Fish, OurTime |
| 2260 | Kevin | Davis | kevinson_78@hotmail.com | Match |
| 2261 | Teresa | Kane | terezakane85@gmail.com | Plenty of Fish |
| 2262 | April | Adkins | aadkins72@gmail.com | Match, Plenty of Fish |
| 2263 | Justice | Reed | justicefreed@gmail.com | Hinge, Tinder |
| 2264 | Kaj | Pedersen | kajpedersen88@gmail.com | Hinge, Tinder |
| 2265 | Marcia | Macias | maciasmarcia@gmail.com | Tinder |
| 2266 | Dana | Scott | dscottary@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2267 | Roberta | Avila | ceesgirl@yahoo.com | Tinder |
| 2268 | Isaiah | Poe | zayap18@gmail.com | Tinder |
| 2269 | Joanne | Jacquez | joannejacquez1@gmail.com | Tinder |
| 2270 | Frank | Alvarez | frankja6250@gmail.com | Tinder |
| 2271 | Alexander | Keene | keene.alexander@outlook.com | Hinge, Tinder |
| 2272 | Betty | Fitch | boopster552003@yahoo.com | OkCupid, Match, Plenty of Fish |
| 2273 | Dylan | Mays | dylanmays29@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2274 | Arnedia | Mcgee | arnediamcgee3@gmail.com | Tinder, Plenty of Fish |
| 2275 | Patrick | Donovan | patrickdonovan08@gmail.com | Hinge, Tinder |
| 2276 | Bradley | Miller | miller.bradstermiller.bradley@gmail.com | Tinder |
| 2277 | Charles | Black | cj@oscillas.com | Hinge, Tinder |
| 2278 | Zachary | Wand | z.wand19@gmail.com | Tinder |
| 2279 | Michael | Nilson | circsmonky@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2280 | Nik | Kuhnle | elcapitan1022@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2281 | Danielle | Reif | danielle_flags87@yahoo.com | Plenty of Fish |
| 2282 | Jocelyn | Hooper | braylee0924@gmail.com | Tinder, Plenty of Fish |
| 2283 | Kimberly | Anderson | anderson.kimberly01@gmail.com | OurTime |
| 2284 | Colton | Gabouer | cgabouer46@gmail.com | Tinder |
| 2285 | Alex | Michael | alexhmichael@gmail.com | Tinder |
| 2286 | Nicole | Shaffer | n_shaffer@rocketmail.com | Tinder, Plenty of Fish |
| 2287 | Kayla | Moore | kaylah1215@gmail.com | Tinder |
| 2288 | Lacie | Moses | nadolnygunner@gmail.com | Tinder, Match, Plenty of Fish |
| 2289 | Jatohn | Reado | jatohnreado@gmail.com | OkCupid, Tinder, BLK |
| 2290 | Carlin | Wright | wrigh300@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 2291 | Peter | Glick | peterg0823@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2292 | Peter | Glick | peter.g.glick@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2293 | Hannah | Arthur | arthurhannah3747@gmail.com | Tinder, Plenty of Fish |
| 2294 | Damian | Schiesser | britschitt@gmail.com | Tinder |
| 2295 | Baily | Furry | bailyjofurry@gmail.com | Tinder |
| 2296 | Chelsie | Pontious | pontious.1979@mail.com | Match |
| 2297 | Sara | Browning | sbrowning723@gmail.com | OkCupid, Match, Plenty of Fish |
| 2298 | Philip | Filipski | handsomelooksforty@yahoo.com | OkCupid, Plenty of Fish |
| 2299 | Chelsea | Arthur | chelseawatkins32@gmail.com | Tinder |
| 2300 | Krista | Phelps | bobtfish2@hotmail.com | OkCupid, Plenty of Fish |
| 2301 | Andrea | Enke | andreadawn485@gmail.com | OkCupid, Hinge, Tinder |
| 2302 | Michael | Espinosa | mespinosa587@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2303 | Nick | Plessas | mr_n_plessas@yahoo.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 2304 | Brian | Johnson | comedianbrian1983@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2305 | Betty | Anderson | bettyanderson360@gmail.com | OkCupid, Match, Plenty of Fish |
| 2306 | Lucas | Ohanian | lucasdohanian@gmail.com | Tinder |
| 2307 | Jacqui | Foster | jacqui_c_foster@yahoo.com | Tinder, Plenty of Fish, OurTime |
| 2308 | Roman | Gates | n01038@live.com | OkCupid, Tinder, Plenty of Fish |
| 2309 | Dennis | Casey | dencasey2@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2310 | Patrice | Sanfilippo | patricedrs@gmail.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 2311 | Eric | Geiser | ericgeiser@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2312 | Henry Wallace | Malone Jr. | henrymahone@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 2313 | Linda | Green | luvor31@gmail.com | Plenty of Fish |
| 2314 | Elizabeth | Boyd | ruby726@comcast.net | Hinge, Plenty of Fish |
| 2315 | Eric | Ramos | ejramos77@gmail.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 2316 | Grace | Barry | gracelbarry156@gmail.com | OkCupid, Tinder |
| 2317 | Nakita | Pork | nkitamae@yahoo.com | Tinder, Match |
| 2318 | Thess | Dixon | thesswd@gmail.com | Tinder |
| 2319 | Stuart | Wallenberg | stuline@aol.com | Tinder, Match, Plenty of Fish |
| 2320 | Ashleigh | Rios | rios.ashleigh@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 2321 | Mia | Ransome | mia.4u@hotmail.com | OkCupid, Plenty of Fish, BLK |
| 2322 | Mitchell | Albright | ohnomitch@gmail.com | Tinder |
| 2323 | Timothy | Carter | acemarianne_67@yahoo.com | Tinder, Match |
| 2324 | Erick | Resner | erickresner83@gmail.com | OkCupid, Plenty of Fish |
| 2325 | Kevin | Arlis | profjasper@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2326 | Roland | Mcintosh | rolandmcintoshabaco@gmail.com | Plenty of Fish |
| 2327 | Barbara | Woltanski | bwoltanski@gmail.com | Plenty of Fish, OurTime |
| 2328 | Cody | Morton | cody.morton77@yahoo.com | OkCupid, Hinge, Tinder |
| 2329 | Jacob | Orbell | jorbell@luc.edu | Tinder |
| 2330 | Autumn | Hrdlicka | awtum11@yahoo.com | Tinder |
| 2331 | Amy | Culver | amyculver74@comcast.net | Tinder, Match, Plenty of Fish |
| 2332 | Molly | Wintermute | littlemissshipper7@gmail.com | Tinder |
| 2333 | Bella | Jones | jonesbella1998@gmail.com | Hinge, Tinder |
| 2334 | Morgan | Spano | morganmspano@gmail.com | Tinder, Match |
| 2335 | Emmaline | Bateman | emmawoodstock@gmail.com | Hinge, Tinder |
| 2336 | Erika | Allen | erikarallen9@gmail.com | OkCupid, Tinder, Match |
| 2337 | Emma | Farquharson | efarquharson@hawk.iit.edu | OkCupid, Tinder |
| 2338 | Benjamin | Molitor | benthetumnus@gmail.com | Tinder |
| 2339 | Teni | Leggett | eriana06@gmail.com | Tinder, Plenty of Fish |
| 2340 | Jarod | Barrera | jarodbarrera@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2341 | Gina | Jordan | ginajordan517@gmail.com | Hinge, Tinder, Plenty of Fish, OurTime |
| 2342 | Taha | Cutchi | tcutchi@gmail.com | OkCupid, Hinge, Tinder |
| 2343 | Lance | Legrand | lal1025@aol.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2344 | Sasha | Hamende | sashahamende@yahoo.com | OkCupid |
| 2345 | Eileen | Mcguire | eileenmcg523@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2346 | Brendan | Mcwilliams | brenmac23@gmail.com | Hinge, Tinder |
| 2347 | Susan | Cardinale | lilsunshine1268@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2348 | Sarah | Randall | amethystbutterfly82@yahoo.com | Tinder, Chispa |
| 2349 | Carissa | Sherley | carissasherley@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 2350 | John | Wilkinson | jaw443@msn.com | OkCupid, Plenty of Fish |
| 2351 | Kimberly | Mcintyre | kimmac0223@gmail.com | Tinder, Match |
| 2352 | Jon | Tracey | jon.tracey4@gmail.com | OkCupid, Hinge, Tinder |
| 2353 | Aaron | Bryant | aaronbryant2111@gmail.com | Match, Plenty of Fish |
| 2354 | Tracie | Sanlin | tracilynn1984@yahoo.com | OkCupid, Tinder, Match |
| 2355 | Khagen | Sashankar | kagenster@yahoo.com | Match, Plenty of Fish |
| 2356 | Gabriela | Carrillo | d.s.carrillo@hotmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2357 | Tabetha | Adams | tabetha.adams92@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2358 | Connor | Burch | connorburch@aol.com | Hinge, Tinder |
| 2359 | Wajihuddin | Ovaice | wovaice@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 2360 | Christopher | Allen | callen12020@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa, BLK |
| 2361 | Charla | Ollie | mzcdmo@icloud.com | Match, Plenty of Fish |
| 2362 | Kristin | Shine | kshine8104@gmail.com | Tinder, Match, Plenty of Fish |
| 2363 | Daniel | Polonka | dpolonka@gmail.com | OkCupid, Hinge, Tinder |
| 2364 | Laura | Laura | lwlyngaas@att.net | Match, OurTime |
| 2365 | Peter | Campbell | petercampbellfilms@gmail.com | OkCupid, Hinge, Tinder |
| 2366 | Daniel | Zamudio | daniel.zamudio@ymail.com | Tinder |
| 2367 | Akeila | Matthews | akeilamatthews@icloud.com | Plenty of Fish |
| 2368 | Krystina | Seastrunk | kseastrunk@yahoo.com | Match |
| 2369 | Vameika | Collins | ms_vcollins@yahoo.com | OkCupid, Match |
| 2370 | Vatsal | Patel | vatsalpatelonone@gmail.com | Tinder |
| 2371 | Katania | Rowell | kataniarowell@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime, BLK |
| 2372 | Keith | Stewart | kmstewart11@gmail.com | Hinge, Tinder |
| 2373 | Christina | Morrison | christina.michelle.morrison@gmail.com | Hinge |
| 2374 | Mitch | Smaller | major452@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 2375 | Linda | Canty | cantylinda7@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2376 | Annah | Ellingson | annahellingson@gmail.com | Tinder |
| 2377 | Jeff | Yin | mr.jeff.yin@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2378 | Blake | Bramlett | blakebramlett@gmail.com | OkCupid, Tinder |
| 2379 | Oscar | Manjarrez | omanjarrez@gmail.com | OkCupid, Hinge, Tinder |
| 2380 | Samuel | Noel | s.noel405@gmail.com | Tinder |
| 2381 | Daniel | Navarro | navarrodaniel2616@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2382 | Collin | Brandli | collinbrandli366@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2383 | Diane | Hoffmann | obrn4@aol.com | Match, OurTime |
| 2384 | Japheth | Tan | japster28@live.com | Tinder |
| 2385 | Devon | Young | y.devon@rocketmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2386 | Maria | Cogar | cogarmaria@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2387 | Diane | Howard | dianehoward90@yahoo.com | Plenty of Fish |
| 2388 | Ashley | Boss | aboss.lynn@gmail.com | OkCupid, Hinge, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2389 | Heather | Jensky | hevsjensky@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2390 | Jacob | Morrow | morrow98j@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2391 | Nancy | Tolbert | nantolbert@live.com | Plenty of Fish |
| 2392 | Ashley | Whitefield | whitefield.ashley@gmail.com | Hinge, Tinder |
| 2393 | Justin | Stickler | stickler70@yahoo.com | OkCupid, Match, Plenty of Fish |
| 2394 | Stephanie | Hsu | toulon96@hotmail.com | OkCupid, Match, Plenty of Fish |
| 2395 | Sam | Latzzis | samlatzzis2@gmail.com | Tinder, Match, Plenty of Fish |
| 2396 | Areij | Hasan | roseophiehasan@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2397 | Mia | Fallara | miafalalalala@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2398 | Amy | Prater | amyprater461@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2399 | Madeleine | Polovick | maddiepolovick@gmail.com | OkCupid, Hinge, Tinder |
| 2400 | Brantley | Neal | brantley1997@gmail.com | Hinge, Tinder |
| 2401 | Jeanette | Kennedy | jenetter25@yahoo.com | OkCupid, Plenty of Fish |
| 2402 | Victoria | Jett | jett1953@sbcglobal.net | Match, OurTime |
| 2403 | Ashley | Gable | ashleyngable@gmail.com | Tinder, Match, Plenty of Fish |
| 2404 | Janiya | Owens | janiyaowens@gmail.com | Tinder, BLK |
| 2405 | Sherry | Cruz | tatalacruz@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 2406 | Dwight | Faber | faberadwight@gmail.com | Tinder |
| 2407 | Amit | Jacobs | tempusfugit.1995@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2408 | Rebecca | Titus | rmtv9511@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2409 | Emma | Hultgren | emmashultgren@gmail.com | Hinge, Tinder |
| 2410 | Lynda | Calderon | irisheyestoo@yahoo.com | Match, Plenty of Fish |
| 2411 | John | Gedwill | jgedwill@aol.com | Match |
| 2412 | Destry | Fields | djfields13@gmail.com | OkCupid, Hinge, Tinder |
| 2413 | Nehemiah | Kilgore | gamegeek81@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2414 | Nathan | Whitmore | nathanww@u.northwestern.edu | OkCupid, Hinge, Tinder |
| 2415 | Julie | Kallas | julie.kallas@gmail.com | OkCupid, Hinge, Match |
| 2416 | William | Seabert | wseabert1024@gmail.com | Hinge, Tinder |
| 2417 | Colin | Maki | cmaki2300@gmail.com | Hinge, Tinder |
| 2418 | Jacqueline | Taylor | justjacqlin@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2419 | Shane | Langenfeld | smlangenfeld@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2420 | Monica | Andrade | monica.andrade1188@gmail.com | OkCupid, Tinder |
| 2421 | Ryan | Wilcox | broncomania7@gmail.com | Hinge, Tinder |
| 2422 | Shayla | Dennis | shayladennis11@hotmail.com | Hinge, Tinder, Match, BLK |
| 2423 | Hanako | Maki | kiahannah_maki@yahoo.com | Hinge, Tinder |
| 2424 | Kayla | Geeseman | kaylachuck08@gmail.com | Hinge, Tinder |
| 2425 | Wanda | Patenoude | patewaxa0@yahoo.com | OurTime |
| 2426 | Monica | Detres | momoni83@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2427 | Josh | Klaus | j_klaus84@yahoo.com | Tinder, Match, Plenty of Fish |
| 2428 | Shontaa | Daniels | blue.blog411@gmail.com | Tinder, Match, BLK |
| 2429 | Elaina | Phillippe | elainaphillippe@gmail.com | OkCupid, Tinder |
| 2430 | Kathleen | Pinkas | kathypinkas@sbcglobal.net | Match, Plenty of Fish |
| 2431 | Rolland | Deline | rondeline7@gmail.com | OkCupid, Hinge, Tinder, Match, OurTime |
| 2432 | Donald | Montgomery | donm42570@yahoo.com | OkCupid, Tinder, Match |
| 2433 | Denise | Habdas | dhabdas@aol.com | Match |
| 2434 | Becky | Gibas | brgibas@gmail.com | Tinder |
| 2435 | Renwick | Miller | renwick.miller@protonmail.com | Tinder, Plenty of Fish |
| 2436 | Megan | Patrick | mpatrick909@gmail.com | OkCupid, Tinder |
| 2437 | Katie | Kuciver | k.kuciver5@gmail.com | Tinder |
| 2438 | Debbie | Kuciver | dmk0621@aol.com | Match, Plenty of Fish |
| 2439 | Nicholas | Lloyd | nchlsllyd@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 2440 | Kenneth | Scott | mr.kscot2212@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2441 | Ashley | Khumalo | shellyelizabethe@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2442 | Maxwell | Brown | maxwell.mbrown@gmail.com | OkCupid, Hinge, Tinder |
| 2443 | Patricia | Yost | chrissieyost@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 2444 | Sarah | Kneebone | sarah_kneebone@hotmail.com | OkCupid, Match, Plenty of Fish |
| 2445 | Melissa | Valadez | valadezmelissa@att.net | OkCupid, Plenty of Fish |
| 2446 | Danielle | Nicholson | danipage7@gmail.com | Hinge, Tinder |
| 2447 | Brianna | Wold | briannawold13@gmail.com | Hinge |
| 2448 | Daniel | Ayala | dani.esp444@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 2449 | Mike | Mccoy | mimcc76@gmail.com | Tinder, Plenty of Fish |
| 2450 | Colton | Seidman | coltseidman@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2451 | Amy | Heap | amy.m.smith19@gmail.com | OkCupid, Tinder, Match |
| 2452 | Rebecca | Johlie | rmjohlie@gmail.com | Hinge |
| 2453 | Elaina | Enselein | ellieenselein@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2454 | Amy | Bizzarri | amy.bizzarri@gmail.com | OkCupid, Tinder, Match |
| 2455 | Gideon | Miceli | gideonmiceli@gmail.com | Plenty of Fish |
| 2456 | Aline | Freitas | alineadefreitas@gmail.com | OkCupid, Tinder |
| 2457 | Anne | Church | annechurch1@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2458 | Adrain | Parker | adrainp@yahoo.com | Tinder, Match, Plenty of Fish |
| 2459 | Iris | Johnson | reneeiris723@yahoo.com | Tinder, Plenty of Fish |
| 2460 | Oliver | Pergams | oliver@pergams.com | Tinder, Match |
| 2461 | Gina | Groveau | ggroveau45@att.net | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2462 | Diana | Doty | dkd607@comcast.net | Plenty of Fish |
| 2463 | Angelia | Lightfoot | angelialightfoot763@gmail.com | OkCupid, Plenty of Fish, OurTime |
| 2464 | Angela | Martin | alaveita61@gmail.com | Plenty of Fish, OurTime |
| 2465 | Elizabeth | Moore | elizabethmoore195510@gmail.com | Match, OurTime |
| 2466 | Kimberly | Crocker | crocker.kimberly@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2467 | Kevin | Angle | kangle9614@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2468 | Kathleen | Fredendall | kfredend@yahoo.com | Match, OurTime |
| 2469 | Daniel | Song | im.dani.song@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2470 | Michele | Porter | michport66@gmail.com | OkCupid, Match, Plenty of Fish |
| 2471 | Jennifer | Borchek | jenniferborchek@gmail.com | OkCupid, Match, Plenty of Fish |
| 2472 | Rose Ann | Hettinger | roseannhettinger@sbcglobal.net | Match, Plenty of Fish, OurTime |
| 2473 | Olivia | Ajero | livamajero@gmail.com | Tinder |
| 2474 | Adam | Stojentin | adam.stojentin@gmail.com | OkCupid, Hinge, Tinder |
| 2475 | Rebecca | Wolf | becki.s@aol.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2476 | Natalie | Wilson | nnwilson-18-1996@hotmail.com | Tinder |
| 2477 | Leia | Cameron | themnemosyne@gmail.com | OkCupid |
| 2478 | Carlos | Casanova | carlosmariocc1@gmail.com | Tinder |
| 2479 | Christopher | Dingman | roborap@hotmail.com | OkCupid, Hinge, Tinder |
| 2480 | Karen | Grodzki | sewnk@aol.com | Match, Plenty of Fish, OurTime |
| 2481 | Vivian | Mcnaughton | mcnaughton.vivian@gmail.com | Tinder |
| 2482 | Valkyrie | Weather | valkyrieweather@gmail.com | OkCupid |
| 2483 | Brenda | Busken | classyoldgal1957@yahoo.com | Tinder, Match, Plenty of Fish, OurTime |
| 2484 | Kiley | Fitzgerald | kileyfitzgerald@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2485 | Flip | Alvarez | flipme51@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2486 | Georgiana | Mullinix | georgiana.mullinix@gmail.com | OkCupid |
| 2487 | Bryson | Ryan | brice.ryan@gmail.com | Tinder |
| 2488 | Theresa | Lappin | lappintheresa@yahoo.com | Plenty of Fish |
| 2489 | Erin | Dreger | erind1985@aol.com | Hinge, Tinder, Match, Plenty of Fish |
| 2490 | Sheri | Kyle | themom76@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 2491 | Michelle | Marin | michellemarin1996@yahoo.com | Hinge, Tinder |
| 2492 | Ashley | Orr | victoryajrmom1012@gmail.com | Plenty of Fish |
| 2493 | Philip | Des Jardins | philipdesjardins2015@gmail.com | Tinder |
| 2494 | Edward | Tang | tangedward96@gmail.com | Tinder |
| 2495 | Sharron | Kamphaus | kamphaussharron@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2496 | Avante | Henderson | tigerhenderson@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2497 | Benjamin | Dupont | benduism@gmail.com | Tinder |
| 2498 | Willam | Hendricks | wilbzer@gmail.com | Tinder |
| 2499 | Natasha | Jackson | nsanders67@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2500 | Lizandro | Nunez | lizandronunez@icloud.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 2501 | Justin | Evoundi | justinevoundi29@gmail.com | Tinder |
| 2502 | Kiersten | Johnson | kier.j93@gmail.com | OkCupid, Plenty of Fish |
| 2503 | Brian | Huther | bdhuther@gmail.com | OkCupid, Hinge, Tinder |
| 2504 | Jonathon | Burkhalter | drew.burkhalter@gmail.com | OkCupid, Hinge, Tinder |
| 2505 | Ashten | Fizer | ash10canbefound@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 2506 | Josh | Weckesser | j_weckesser@hotmail.com | OkCupid, Hinge, Tinder |
| 2507 | Tarrano | Murry | tarrano26@gmail.com | Tinder, Plenty of Fish |
| 2508 | Nicole | Survila | suvnicole@yahoo.com | Plenty of Fish |
| 2509 | Ariel | Harris | lovelyarielle23@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2510 | Cynthia | Tjelle | cind2late@aol.com | Tinder, Match, Plenty of Fish, OurTime |
| 2511 | Mary Ellen | Koncel | mkoncel1959@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2512 | Evan | Druce | drucee@gmail.com | OkCupid, Tinder |
| 2513 | Barbara | Khan | barbkhan5@gmail.com | Match |
| 2514 | Adam | Chrobak | chrobak36@gmail.com | Tinder |
| 2515 | Kevin | Zhou | kz7117@gmail.com | OkCupid, Hinge, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2516 | Kelly | Ratliff | kellyratliff08@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2517 | Ilsse | Bahena | ilssebahena94@gmail.com | Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 2518 | Alexandra | Fulton | averofulton@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2519 | Eileen | Hauer | eileen.a.hauer@gmail.com | Match, Plenty of Fish, OurTime |
| 2520 | Caryn | Hough | caryn.hough@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2521 | Lucas | Carrier | lucaslevonpiano@yahoo.com | Tinder |
| 2522 | Emily | Walker | emily.walker.93@gmail.com | Hinge, Tinder |
| 2523 | Patricia | Parks-Lee | pparkslee@hotmail.com | Match, Plenty of Fish |
| 2524 | John | Nesbitt | aristosiv@gmail.com | Tinder, Match, Plenty of Fish |
| 2525 | Ryan | Wurzbacher | wurzy1@gmail.com | Tinder |
| 2526 | Keirre | Purches | keirrepurches@gmail.com | Plenty of Fish |
| 2527 | Derick | Elkin | derickelkin@gmail.com | OkCupid, Tinder |
| 2528 | Megan | Harper | ruinous1979@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2529 | Julia | Duerig | juliaduerig21@gmail.com | OkCupid, Tinder, Match |
| 2530 | Anita | Echevarria | ame8566@icloud.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2531 | Joseph | Mathew | joseph.mathew379@gmail.com | Hinge, Tinder |
| 2532 | London | Mertl | llegrand24@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2533 | Krista | Raske | sixy33@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2534 | Paige | Stover | paigens@gmail.com | OkCupid, Hinge, Tinder |
| 2535 | Michael | Tarbill | mturbo630@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 2536 | Gloria | Avalos | glorscorreos@gmail.com | OkCupid, Hinge, Tinder |
| 2537 | Cory | Marshall | mantis0620@hotmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 2538 | Sammy | Abbasy | b1gsam83@aol.com | OkCupid, Tinder, Plenty of Fish |
| 2539 | Lloyd | Wright | thegorgeouslloyd@gmail.com | Tinder |
| 2540 | Logan | Jones | lbjones864@gmail.com | OkCupid, Tinder |
| 2541 | Tyonne | Anderson | biggyonn@hotmail.com | OkCupid, Hinge |
| 2542 | Sophia | Chen | chen.sophia92@gmail.com | Hinge, Tinder |
| 2543 | Jeffrey | Maybrun | j.a.maybrun@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2544 | Wayne | Warren | davey.the.sqwerl@gmail.com | OkCupid, Hinge, Tinder |
| 2545 | Christina | Haddad | chaddad86@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 2546 | Barbara | Weintraub | barbrn1@comcast.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 2547 | Jacob | Shuttleworth | shutts67@hotmail.com | Tinder |
| 2548 | Elise | Early | glamgirl2975@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, BLK |
| 2549 | Jermaine | Harrison | sanmarc710@gmail.com | OkCupid |
| 2550 | Kody | Rohan | kkathleen814@gmail.com | OkCupid |
| 2551 | Dorothea | Davis | dorotheadavis1024@gmail.com | Match, OurTime |
| 2552 | Henry | Samuel Jr | samueljrhenry05@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 2553 | Veronica | Brown | vsbrown17@gmail.com | OkCupid, Tinder |
| 2554 | Michael | Schmitt | schmitty2477@gmail.com | Tinder, Match, Plenty of Fish |
| 2555 | Kelli | Schuette | kellischuette@gmail.com | Hinge, Tinder |
| 2556 | Samantha | Wrightstone | wrightstonesamantha@gmail.com | Plenty of Fish |
| 2557 | Kari | Marx | marxmortgageone@aol.com | Match, Plenty of Fish, OurTime |
| 2558 | Sandra | Graves Pink | sondrapink58@yahoo.com | Match, BLK |
| 2559 | Tijuana | Harris | tijuanaharris76@yahoo.com | Plenty of Fish |
| 2560 | Cameron | Bracken | cbracken224@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2561 | Lisa | Young | lisayoung2274@gmail.com | OkCupid, Match, Plenty of Fish |
| 2562 | Damian | Lopez | d.lopez5733@gmail.com | Tinder |
| 2563 | Diana | Olivera | dolivera21@yahoo.com | Plenty of Fish |
| 2564 | Heather | Obryant | heatherob75@yahoo.com | Match, Plenty of Fish |
| 2565 | Katie | Bunyard | jaguarkat@hotmail.com | Tinder, Plenty of Fish |
| 2566 | Kenyon | Edmond | kedmond425@gmail.com | Tinder |
| 2567 | David | Rose | davidcrose89@gmail.com | OkCupid, Tinder |
| 2568 | Vatsala | Kumar | vatsala95@gmail.com | Tinder |
| 2569 | Susan | Thomas | thomassusan57@yahoo.com | Match, OurTime |
| 2570 | Alex | Merryman | merryman.alexander@gmail.com | Hinge, Tinder |
| 2571 | Regina | Debose | mvg4wd2@gmail.com | OkCupid, Match, Plenty of Fish |
| 2572 | Megan | Rohde | meganprohde@gmail.com | Hinge, Match, Plenty of Fish |
| 2573 | John | Powell | johnrpowell2020@gmail.com | Hinge, Tinder |
| 2574 | Dee | Buck | davondab1973@gmail.com | Plenty of Fish |
| 2575 | Steven | Maxwell | smaxworks@gmail.com | Tinder, Plenty of Fish |
| 2576 | Leilani | Wertens | wertens@gmail.com | OkCupid, Hinge, Tinder |
| 2577 | Noah | Jon | noahjon247@gmail.com | Hinge, Tinder, Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 2578 | Lori | Davis | loribush4@hotmail.com | OkCupid, Hinge, Plenty of Fish |
| 2579 | Donis | Orozco | piojodelaguerita7@gmail.com | Hinge, Tinder |
| 2580 | Oscar | Edmond | oscar.edmond@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 2581 | Robert | Neilly | acedanger777@gmail.com | Tinder, Plenty of Fish |
| 2582 | Steven | Bogseth | srbogseth@gmail.com | Tinder, Plenty of Fish |
| 2583 | Janice | Mccoy-Robertson | jncmccy@gmail.com | Plenty of Fish, OurTime |
| 2584 | Margaret | Mckenzie | bbbarbiedoll73@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2585 | Sara | Weber | shorty7530@gmail.com | Match, Plenty of Fish |
| 2586 | Matthew | Sparks | wolf60123@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2587 | Elizabeth | Kepsel | ekepsel@gmail.com | OkCupid, Hinge, Tinder |
| 2588 | Michelle | Ford | mford964@gmail.com | Match, Plenty of Fish |
| 2589 | Janet | Grant | jsw878996@yahoo.com | OkCupid, Plenty of Fish |
| 2590 | Kristopher | Docter | kristopher.docter@gmail.com | OkCupid, Hinge, Tinder |
| 2591 | Aaron | Graham | grahamguy16@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2592 | Karmen | Cravens | klcrave87@gmail.com | Plenty of Fish |
| 2593 | Sheila | Latona | latshe27@outlook.com | OkCupid, Hinge, Plenty of Fish, OurTime |
| 2594 | Jose | Mendez | mendezman1@ymail.com | OkCupid, Tinder |
| 2595 | Joshua | Lostaunau | joshualostaunau17@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2596 | Deborah | Childress | deborahchildress059@gmail.com | Match, Plenty of Fish, OurTime, BLK |
| 2597 | Michael | Brooks | nssmike@hotmail.com | OkCupid |
| 2598 | Steven | Terrazas | steventerrazas@gmail.com | OkCupid, Hinge, Tinder |
| 2599 | Kamil | Borowik | kamilonyx@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2600 | Darla | Mcwhirter | puzledmom@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2601 | James | Chang | kongming819@gmail.com | OkCupid, Hinge, Tinder |
| 2602 | Celeste | Odeh | odehceleste422@gmail.com | OkCupid, Tinder, Match |
| 2603 | Kayla | Michelotti | kaylamichelotti@gmail.com | Tinder |
| 2604 | Liz | Mcdonald | mcdonaldliz88@gmail.com | Tinder |
| 2605 | Samantha | Midolo | samantha.midolo@gmail.com | Hinge, Tinder |
| 2606 | Lilliana | Chaidez | chaidez2293@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2607 | Jessi | Edmiston | jl-edmiston@wiu.edu | OkCupid, Hinge, Tinder |
| 2608 | Joanne | Marcotte | quigley0803@hotmail.com | OurTime |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2609 | Elizabeth | Dunn | hulahoopin78@yahoo.com | Tinder |
| 2610 | Sean | Bayard | seanpatrickbayard@gmail.com | OkCupid, Hinge, Tinder |
| 2611 | Garrett | Majdic | gtm2y@virginia.edu | Hinge, Tinder |
| 2612 | Stephen | Wagner | kizzy319@stt.net | Match, Plenty of Fish, OurTime |
| 2613 | Jene | Webster | websterjene01@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2614 | Michelle | Ortac | mehashka1120@gmail.com | OkCupid, Match, Plenty of Fish |
| 2615 | Savon | Hagler | savonhagler@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2616 | Victoria | Jablonski | littlerose913@yahoo.com | Hinge, Tinder, Match |
| 2617 | Nancy | Rampson | nrampson@aol.com | OkCupid, Hinge |
| 2618 | Cora | Lackey | coralackey27@gmail.com | Match |
| 2619 | Thomas | Kelly | tomk8372@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2620 | Alexander | Gumport | alex.gumport@gmail.com | Hinge, Tinder |
| 2621 | Nicholas | Kreitman | mrsituationist@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2622 | Steven | Farwick | stevenfarwick@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2623 | Andrea | Gerson | asugidesign@gmail.com | OkCupid, Match |
| 2624 | Brandon | Alvarado | lilbbeats@gmail.com | OkCupid, Tinder, Match |
| 2625 | Elizabeth | Burford | elizaburf@gmail.com | Match |
| 2626 | Leslie | Mickow | leslieann12783@gmail.com | Tinder |
| 2627 | Eunice | Henderson | eunicehenderson42@gmail.com | Match, Plenty of Fish, OurTime |
| 2628 | Andrea | Vance | onenikegirl21@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2629 | Paul | Camacho | pcamacho265@gmail.com | OkCupid, Hinge, Tinder |
| 2630 | Tiesha | Flunder | cecefend288@gmail.com | Plenty of Fish |
| 2631 | David | Sweeney | davidbsweeney@gmail.com | OkCupid, Tinder |
| 2632 | Travis | Freeman | freeultravision@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2633 | Michael | Tracy | mtracy4296@gmail.com | Tinder, Plenty of Fish |
| 2634 | Timothy | Moore | tim23illj@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2635 | Nicole | White | nwhitern42@gmail.com | OkCupid |
| 2636 | Katherine | Berner | kab0612@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2637 | Katherine | Berner | kupkate31@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2638 | Nancy | Kunde | nkunde01@gmail.com | Match, Plenty of Fish |
| 2639 | Debbi | Drow | rubyprincess1967@aol.com | OkCupid, Plenty of Fish |
| 2640 | Teresa | Branda | mamatlb@aol.com | OurTime |
| 2641 | Brian | Richey | daddyn0822@gmail.com | Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2642 | Sabra | Thomas | sthomas2014@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2643 | Andrew | Green | acgreen56@gmail.com | OkCupid, Tinder |
| 2644 | Jorge | Alcantara | jorge60085@gmail.com | Tinder |
| 2645 | Sam | Bulleit | sambulleit@gmail.com | OkCupid, Hinge, Tinder |
| 2646 | Samuel | Wright | swingforthelighta@gmail.com | Hinge, Tinder |
| 2647 | Kristian | Sargeant | kristian.sargeant@yahoo.com | Match |
| 2648 | Kimberly | Reese | kimberlyreese74@yahoo.com | Plenty of Fish |
| 2649 | Aislinn | Bergsvik | nara.aurelion@gmail.com | OkCupid, Match |
| 2650 | Cara | Conway | conway.cara@gmail.com | Hinge, Tinder |
| 2651 | Michael | Joyce | swtskyline25@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 2652 | Melissa | Fultz | melissa.harris0721@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 2653 | Michael | Lambton | michaellambton@gmail.com | Tinder |
| 2654 | Kevin | Medansky | kevinmedansky@gmail.com | OkCupid, Hinge, Tinder |
| 2655 | Amy | Harris | amyharris5555@gmail.com | OkCupid, Hinge, Tinder, Match, OurTime |
| 2656 | Krista | Tuell | kristatuell@gmail.com | OkCupid, Plenty of Fish |
| 2657 | Cathy | Rohan | carefreemt@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2658 | Steve | Battista | stevenabattista@gmail.com | Tinder, Plenty of Fish |
| 2659 | Amanda | Hedberg | amanda.hedberg@gmail.com | Tinder |
| 2660 | Aishling | Martinez | aishling.martinez3@gmail.com | Hinge, Tinder |
| 2661 | Daniel | Bixler | danieljamesbixler@gmail.com | OkCupid, Tinder |
| 2662 | Tracie | Wilcox | tracw91@att.net | Tinder, Plenty of Fish |
| 2663 | Andrew | Tomaka | ajtomaka@hotmail.com | Tinder |
| 2664 | Sariah | Cicotte | sariahcapri@gmail.com | OkCupid, Tinder, Match |
| 2665 | Brianna | Keefe | bwonnakeefe@gmail.com | Hinge |
| 2666 | Troy | Martin | troymartinart@gmail.com | Tinder, Match, Plenty of Fish |
| 2667 | Alexandria | Nicholas | spreadthemetalword@gmail.com | OkCupid |
| 2668 | Jay | Sivam | js200489@gmail.com | Hinge, Tinder |
| 2669 | David | Orlikoff | davidorlikoff@gmail.com | OkCupid, Tinder |
| 2670 | Samantha | Wendling | third.gen.groomer@gmail.com | OkCupid, Match, Plenty of Fish |
| 2671 | Brittnay | Zielinski | britty3189@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2672 | Therese | Stecich | tsteci01@villanova.edu | Hinge, Tinder |
| 2673 | Meredith | Burton | meredithfburton@gmail.com | Hinge |
| 2674 | Jennifer | Anthony | jant76.ja@gmail.com | Hinge |
| 2675 | Timothy | Pinner | timothy.pinner95@gmail.com | Tinder |
| 2676 | Lisa | Goodrich | onesenough_1999@yahoo.com | Plenty of Fish |
| 2677 | Shunica | Robinson | srobinson227@outlook.com | OkCupid, Tinder, Plenty of Fish |
| 2678 | Kellie | Willis | kaewill24@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2679 | Allison | Marshall | amarshall110@gmail.com | OkCupid, Tinder |
| 2680 | Jamie | Weik | yipykyay@live.com | Match, Plenty of Fish |
| 2681 | Amanda | Woolum | amanda.woolum814@gmail.com | Tinder |
| 2682 | Benjamin | Ryan | bpryan99@gmail.com | Tinder |
| 2683 | Nika | Kosirati | kosiratiru@gmail.com | Tinder |
| 2684 | Stephanie | Teutli | s.teutli@yahoo.com | OkCupid, Plenty of Fish |
| 2685 | Kaila | Sweeney | monkey1385@sbcglobal.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2686 | Janet | Daniels | jan_daniels@comcast.net | Match, Plenty of Fish, OurTime |
| 2687 | Alexandra | Tibble | alexandrarbara@gmail.com | OkCupid, Tinder |
| 2688 | Dave | Habdas | habby09@yahoo.com | Tinder |
| 2689 | Zachary | Invergo | zinvergo@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2690 | Jill | Hendricks | jillhurley43@yahoo.com | Plenty of Fish, OurTime |
| 2691 | Silvia | Garcia | silviagb073@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2692 | Kimberly | Omelson | komelson@gmail.com | OurTime |
| 2693 | Claire | Smith | claire.lourdes326@gmail.com | OkCupid, Tinder |
| 2694 | Gizmot | Jaworski | glennjaworski@gmail.com | Match, Plenty of Fish |
| 2695 | Cameron | Knell | knellcameron@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2696 | Erin | Sauer | erinrachel5@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2697 | Cathy | Bulian | cathybulian@gmail.com | OkCupid, Plenty of Fish |
| 2698 | Jennie | Sutton | jenniebug1222@gmail.com | OkCupid, Match, Plenty of Fish |
| 2699 | Joseph | Sandy | ivancommajoseph@gmail.com | Tinder |
| 2700 | Nora | Burke | nbwizofoz@hotmail.com | Hinge, Tinder |
| 2701 | Nery | Reyna | neryreyna@yahoo.com | OkCupid, Tinder, Match, Chispa |
| 2702 | Dan | Valdez | danvaldez03@gmail.com | OkCupid, Tinder |
| 2703 | Sasha | Lanham | sasharene5555@gmail.com | Tinder, Match, Plenty of Fish |
| 2704 | Georgette | Kirkendall | gkirkendall88@aol.com | OkCupid, Tinder |
| 2705 | Marianne | Ajani | marianneajani@gmail.com | Tinder, Match, Plenty of Fish |
| 2706 | Michael | Craig | kingmichael172@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 2707 | Gail | Clewis | gclewis83@gmail.com | OkCupid, Match, Plenty of Fish |
| 2708 | Shayla | Carey | imshayla@yahoo.com | Tinder |
| 2709 | Riley | Dowdle | riley.dowdle@gmail.com | Hinge |
| 2710 | Victoria | Case | jossivikki@aim.com | OkCupid |
| 2711 | Silas | Potter | silas.potter14@gmail.com | OkCupid, Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2712 | Bridget | Burton | bnb810@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2713 | Anna | Schmitt | annabananaa023@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2714 | Rosalinda | Ibarra | therosaluna@gmail.com | Tinder |
| 2715 | William | Andresen | wandresen22@gmail.com | OkCupid, Hinge, Tinder |
| 2716 | Melissa | Andrusz | andrusz@att.net | OkCupid, Plenty of Fish |
| 2717 | Winny | Chiu | winnychiuu@gmail.com | Hinge |
| 2718 | Alison | Cooper | alison.kayley@yahoo.com | Hinge, Tinder |
| 2719 | Meghan | Wilda | meghanwilda@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2720 | Shawn | Bailey | rmaria2580@gmail.com | Match, Plenty of Fish, BLK |
| 2721 | Kelly | Touiri | rianzie3@gmail.com | Match, OurTime |
| 2722 | Jerry | Renken | duncan_sca@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2723 | Katelynn | Hohman | katiehohman35@gmail.com | Tinder |
| 2724 | Paul | Guizar | pjguizar20@gmail.com | Tinder, Match |
| 2725 | Hilary | Holmes | hilary.holmes88@gmail.com | OkCupid, Tinder, Match |
| 2726 | Octavia | Saffold | osaffold71@gmail.com | Match, Plenty of Fish, BLK |
| 2727 | Gerardo | Montemayor | gmontemayor96@gmail.com | Hinge, Tinder |
| 2728 | Chad | Martin | cnm4000@yahoo.com | Tinder, Match, Plenty of Fish |
| 2729 | Deanne | Weppler | sweetkiss1968@yahoo.com | Tinder, Match |
| 2730 | Jerry | Bunders | jerrybunders@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2731 | Joel | Falco | joelfalco1@gmail.com | Tinder, Match, Plenty of Fish |
| 2732 | Tim | Braun | musicman126@msn.com | Hinge, Tinder, Match, Plenty of Fish |
| 2733 | Susan | Warso | susan.warso@gmail.com | Tinder, Match, OurTime |
| 2734 | Pedro | Espinoza | shadowolfpe@gmail.com | Tinder |
| 2735 | Chase | Youngren | cyoungren@alaskapacific.edu | Hinge, Tinder |
| 2736 | Marlin | Sheppard | marlinjs@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2737 | Matt | Fee | mattmanmcfee36@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2738 | William | Jones | willjone@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2739 | Kristin | Ronne | kronne@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2740 | Victoria | Alongi | toriprince9@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2741 | Horacio | Chavez | horace.chavez.x@gmail.com | Tinder |
| 2742 | Robyn | Fricke | pyra27@gmail.com | Tinder, Match, Plenty of Fish, OurTime |
| 2743 | Quiana | Green | gquiana@gmail.com | Tinder, Match, BLK |
| 2744 | Naimah | Khatib | n.khatib998@gmail.com | Hinge, Tinder |
| 2745 | Christina | Henderson | chitowngrl85@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 2746 | Evelyn | No | jabw10@gmail.com | OkCupid, Tinder |
| 2747 | Sara | Sum | slsum@hotmail.com | Plenty of Fish |
| 2748 | Kayleigh | Young | kayleighyoung99@gmail.com | Hinge, Tinder |
| 2749 | Colleen | Obrien | colleenobrien7@hotmail.com | OkCupid, Tinder, Match |
| 2750 | Vaccarella | Vaccarella | zomaster@gmail.com | OkCupid |
| 2751 | Sean | Cota-Robles | junksmcr@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2752 | Mary | Drury | mdrury1124@gmail.com | Hinge, Plenty of Fish |
| 2753 | Maya | Petersen | mlarapetersen@gmail.com | Tinder |
| 2754 | Shaunna | Proper | shaunna.lynee@gmail.com | Hinge, Tinder |
| 2755 | Kimberly | Cornejo | kcornejo01@mail.roosevelt.edu | Hinge |
| 2756 | John | Hansen | johndhansen03@gmail.com | Hinge, Tinder |
| 2757 | Matthew | Birkett | schuperduuper@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2758 | Alexandra | Hansen | ahansen1717@gmail.com | Hinge |
| 2759 | America | Haileselassie | ahaileselassie7459@gmail.com | OkCupid, Tinder, Match |
| 2760 | Thomas | Mccarty | tommyplaystation93@gmail.com | OkCupid, Hinge, Tinder |
| 2761 | Andrea | Bastien | abastien93@gmail.com | Hinge, Tinder |
| 2762 | Eric | Gates | tybgeric@gmail.com | OkCupid, Hinge, Tinder |
| 2763 | Danielle | Dunmore | danilady36@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 2764 | Rickey | Mizeur | rickeymizeur203@gmail.com | Tinder, Match, Plenty of Fish |
| 2765 | Katie | Kelsey | kaitlyn.e.kelsey@gmail.com | Tinder |
| 2766 | Keith | Redmond | redmond81@gmail.com | OkCupid |
| 2767 | Chris | Baer | chriscollegedegree@gmail.com | Tinder |
| 2768 | Vicki | Berry | vickiberry3@att.net | Match, OurTime |
| 2769 | Tyler | Natof | tylernatof@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2770 | Damy | Ain | jojames321@yahoo.com | Tinder |
| 2771 | Melissa | Gonzalez | gmelissa787@yahoo.com | Tinder, Match |
| 2772 | Chris | Villarreal | chris26@zoho.com | OkCupid, Hinge, Tinder |
| 2773 | Patricia | Venziano | p-venziano@comcast.net | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2774 | Tiffany | Mcdowell | tiffany.mcdowell@yahoo.com | Hinge, Tinder, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2775 | Carol | Bell | cbell.60@comcast.net | Match, OurTime |
| 2776 | Whitney | Counts | lorenroo642@gmail.com | Hinge |
| 2777 | Keera | Taylor | keeramae.taylor@gmail.com | Hinge, Tinder |
| 2778 | Jonathan | Van Winkle | svtjon87@yahoo.com | OkCupid, Tinder |
| 2779 | Arleasia | Lee | leearleasia@gmail.com | Match, OurTime, BLK |
| 2780 | Meghan | Doyle | medoyle84@gmail.com | Plenty of Fish |
| 2781 | Tracy | Smith | tsmith0530@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2782 | Erica | Dunlap | eodee118@gmail.com | OkCupid |
| 2783 | Nick | Hogan | nickhogan1@gmail.com | Hinge, Tinder |
| 2784 | Philip | Esther | philipesther07@hotmail.com | Tinder, Plenty of Fish |
| 2785 | Lisa | Statland | lisastatland@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2786 | James | Bruno | jbruno1717@gmail.com | OkCupid, Plenty of Fish |
| 2787 | Julia | Sullivan | juliamegansullivan@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 2788 | Eboni | Rucker | rucker924@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 2789 | Nia | Moreno | niamoreno34@gmail.com | Tinder |
| 2790 | Carlie | Makler | carliemakler@gmail.com | Hinge, Tinder |
| 2791 | Zachary | Blevins | zacharydblevins@gmail.com | Tinder |
| 2792 | Maryann | Andes | andesmaryann@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2793 | Mary | Halm | maryhalmbass@gmail.com | OkCupid, Tinder |
| 2794 | Emily | York | emilyyorkexplores@gmail.com | Tinder |
| 2795 | Maura | Connors | connors.maura@yahoo.com | Hinge, Tinder |
| 2796 | Melissa | Ruff | ruffmelissa1@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2797 | Dalvin | Bond | dalvinbond@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 2798 | Randall | Johnson | 200hpltz@gmail.com | Tinder, Plenty of Fish |
| 2799 | Hannah | Mcdonald | hmcdonald100@gmail.com | Hinge, Tinder |
| 2800 | Alex | Fisher | 1alexfisher1@gmail.com | Hinge, Tinder |
| 2801 | Michelle | Malecha | michelle.malecha@gmail.com | Hinge, Tinder |
| 2802 | Helene | Hatch | layknee@ymail.com | Hinge, Tinder, Match, Plenty of Fish |
| 2803 | Justina | Johnson | justina631@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2804 | Casey | Tibbs | caseyrtibbs@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2805 | John | Denlinger | jdenlinger11@gmail.com | Tinder |
| 2806 | Sophia | Ochs | ochs.sophie@yahoo.com | Tinder |
| 2807 | Annie | Zambole | zambole17@yahoo.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2808 | Gustavo | Garcia Madrigal | madrigalpaint@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 2809 | Kelly | Timmons | kmatimmons@yahoo.com | Hinge |
| 2810 | Dawn | Timmons | dawnniet72@gmail.com | OkCupid, Tinder, Match |
| 2811 | John | Tsiaperas | liketexas@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2812 | Tammy | Green | tsg042@gmail.com | Match, Plenty of Fish, OurTime |
| 2813 | Beroski | Huguley | brockhuguley@gmail.com | Tinder |
| 2814 | Xante | Garmendia-Ugalde | xante.gu@gmail.com | Tinder, Match |
| 2815 | Natalie | Moon | freespirit92779@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2816 | Jay | Menendez | jayceemenendez@gmail.com | Tinder |
| 2817 | Nikia | Calvin | mrskiasanders@gmail.com | Tinder, Plenty of Fish, BLK |
| 2818 | Philip | Kane | pk4north@gmail.com | OkCupid, Tinder, Match |
| 2819 | Cassandra | Shapardanis | cashapardanis@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2820 | Tiffany | Stewart | bnmeuc@gmail.com | Match, Plenty of Fish |
| 2821 | Akila | Raoul | araoul@wesleyan.edu | Hinge, Tinder |
| 2822 | Dania | Moctezuma | pacheco.dania@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2823 | Dan | Hundrieser | danieljhundrieser@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2824 | Whitney | Fort | whitneifort@gmail.com | Tinder, Plenty of Fish |
| 2825 | Tracy | Nilson | ctygrlbrown@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2826 | Tiffany | Tapia | tifftapia@gmail.com | Tinder, Plenty of Fish, Chispa |
| 2827 | Annette | Thomas | annettethomas59@yahoo.com | Plenty of Fish |
| 2828 | Emily | Sanscrainte | bmpstspk1210@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2829 | Ryan | Collins | rpcollins1977@gmail.com | Tinder |
| 2830 | Katie | Young | kayoung7766@gmail.com | Hinge |
| 2831 | Michael | Littau | littaum828@gmail.com | Hinge, Tinder |
| 2832 | Imara | Mcmillan | fluffypurpleball@gmail.com | OkCupid, Hinge, Tinder |
| 2833 | Eric | Murphy | dollarbillg2007@yahoo.com | Tinder, Match, Plenty of Fish |
| 2834 | Tameka | Anderson | tamich50x50@aol.com | OkCupid, Plenty of Fish |
| 2835 | Heather | Winston | heather31811@yahoo.com | Tinder, Match, Plenty of Fish |
| 2836 | Marissa | Stewart | marissahstewart@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2837 | Gayle | Oquinn | oquinngayle@yahoo.com | Match, Plenty of Fish, OurTime |
| 2838 | Dustin | Goddard | dustingoddard80@gmail.com | OkCupid, Match |
| 2839 | Christopher | White | crwhite1227@gmail.com | Tinder |
| 2840 | Stephanie | Hale | shaleonikare@gmail.com | OkCupid, Tinder |
| 2841 | Amber | Landholt | rebma.ge1sha@gmail.com | Tinder, Plenty of Fish |
| 2842 | Bobby | Tamulewicz | rtamulewicz@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2843 | John | Matta | jmichaelmatta@gmail.com | Hinge, Tinder |
| 2844 | Katie | Hart | hart.katie@gmail.com | OkCupid, Hinge, Match |
| 2845 | Jennifer | Schroll | jenschroll@yahoo.com | Plenty of Fish |
| 2846 | Willam | Mcnelis | bmcnelis@gmail.com | OkCupid, Tinder |
| 2847 | Karen | Smith | kscavalcade@gmail.com | Plenty of Fish |
| 2848 | Nicole | Berns | nikki.r.berns@gmail.com | Tinder |
| 2849 | Matthew | Lutz | mattlutz762@gmail.com | Tinder |
| 2850 | Jennifer | Washington | jaelyn88@yahoo.com | Hinge, Match, Plenty of Fish |
| 2851 | Jennifer | Washington | jwashing@ymail.com | Hinge, Match, Plenty of Fish |
| 2852 | Priscilla | Cruz | priscillacruz4591@gmail.com | Tinder |
| 2853 | Michelle | Burton | micki.c.burton@gmail.com | OkCupid, Hinge, Tinder |
| 2854 | Phillip | Cobb | phillipacobb@gmail.com | Hinge, Tinder |
| 2855 | Rosalie | Woodfork | rosaliewoodfork@gmail.com | Match, Plenty of Fish, BLK |
| 2856 | Michelle | Lesch | mechee75@yahoo.com | OkCupid, Plenty of Fish |
| 2857 | Selva | Urzagaste | surzagaste21@gmail.com | Hinge, Tinder |
| 2858 | Sean | Kirby | skirby@mail.bradley.edu | Tinder |
| 2859 | Thomas | Ticheur | tticheur@gmail.com | Hinge, Tinder |
| 2860 | Noah | Miller | thenoahrmiller@gmail.com | Tinder |
| 2861 | Jordyn | Galarneau | jorgalarneau@gmail.com | Hinge |
| 2862 | Molly | Mensch | molly@moviebytes.com | OkCupid, Tinder |
| 2863 | Patti | Kohaus | patticake444@hotmail.com | Match, Plenty of Fish, OurTime |
| 2864 | Alison | Albelda | alison.albelda@gmail.com | Hinge, Tinder |
| 2865 | Kaela | West | macaroonwarren@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2866 | James | Perry | townofninjaz@gmail.com | Hinge, Match, Plenty of Fish |
| 2867 | Michelle | Stimac | michellestimac1@gmail.com | Tinder |
| 2868 | Deb | Swanson | fletcher1742@gmail.com | Plenty of Fish |
| 2869 | Sam | Sylvander | sam.sylvander@gmail.com | Hinge, Tinder |
| 2870 | Andrew | Vella | vella_andrew@yahoo.com | Hinge, Tinder, Match |
| 2871 | Lauren | Soeka | lsoeka@iu.edu | OkCupid, Hinge, Tinder |
| 2872 | Jacleen | Gianaris | jacleengianaris@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2873 | Breanna | Smith | unbr33lievable@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 2874 | Lori | Torres | lori2524@aol.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 2875 | Sammantha | Aubuchon | sammanthaaubuchon@gmail.com | OkCupid, Match |
| 2876 | Michael | Ostrowski | anendlesscold@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2877 | Heather | Schmid | heather_schmid@hotmail.com | Tinder, Plenty of Fish |
| 2878 | Michele | Kielbasa | dogmom24@hotmail.com | Plenty of Fish |
| 2879 | Edwana | Bowers | bowerslouise2@gmail.com | Match, BLK |
| 2880 | Nancy | Mcwilliams | nancymcwilliams145@yahoo.com | Plenty of Fish |
| 2881 | Terrence | Lee | terrencelee519@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2882 | James | Bellefeuille | jamesbellefeuille@gmail.com | OkCupid, Tinder |
| 2883 | Michelle | Schacht | michelleschacht0@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2884 | Paula | Caldwell | info@dioduettravel.net | OkCupid, Plenty of Fish |
| 2885 | Luke | Brightfield | lukebrightfield@comcast.net | Tinder |
| 2886 | Devin | Langham | devinlangham@gmail.com | OkCupid, Tinder |
| 2887 | Sumara | Khan | skhan9680@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 2888 | Brianna | Lilly | brililly2009@gmail.com | Tinder |
| 2889 | Jeffrey | Shelton | eupher_1@yahoo.com | Match, Plenty of Fish, OurTime |
| 2890 | Mallory | Ori | mrori7@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2891 | Deliah | Tavares | nalamfm@gmail.com | Tinder, Plenty of Fish, BLK |
| 2892 | Nannette | Murray | deneenstoudemire50@gmail.com | Match |
| 2893 | Gwen | Jones-Robinson | gwen.jonesrobinson@gmail.com | Hinge, Tinder, BLK |
| 2894 | Adam | Burshan | aburshan12@gmail.com | OkCupid, Hinge, Tinder |
| 2895 | Stephen | Wagner | kizzy319@att.net | OkCupid, Match, Plenty of Fish, OurTime |
| 2896 | Sabrina | Seaman | sabsmako@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 2897 | Amy | Hermalik | hermalik@gmail.com | Hinge |
| 2898 | Donna | Artist | uhadmefmhello1@aol.com | OkCupid, Match, Plenty of Fish |
| 2899 | Ryan | Warren | pipeslayer_77@yahoo.com | Tinder, Plenty of Fish |
| 2900 | Mike | Haseker | hasekergm@yahoo.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2901 | Lisa | Beckner | lisa_beckner@hotmail.com | Match, Plenty of Fish, OurTime |
| 2902 | Dean | Mangila | dmangila@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2903 | Shanice | Marbeth | s.marbeth88@gmail.com | Tinder, Plenty of Fish, BLK |
| 2904 | Emily | Hahn | ehahn481@gmail.com | Tinder |
| 2905 | Ashleigh | Coffman | ashleighcoffman55@gmail.com | Hinge, Tinder |
| 2906 | Kayla | Gawlik | gawlik.kayla2@gmail.com | OkCupid, Hinge, Tinder |
| 2907 | Nicholas | Boehm | nbowham33@gmail.com | Tinder |
| 2908 | Michele | Mccracken | writer9182@aol.com | Plenty of Fish, OurTime |
| 2909 | Melissa | Smrz | melissa-smrz@sbcglobal.net | OkCupid |
| 2910 | Christopher | Jeleniewski | jellin526@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2911 | Morgan | Miner | morganminer@ymail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2912 | Charles | Beers | charlie.beers@gmail.com | Hinge, Tinder |
| 2913 | Alex | Loschiavo | alexjloschiavo@gmail.com | Tinder |
| 2914 | Linda | Baumann | baumann.linda@gmail.com | OkCupid, Match |
| 2915 | Olivia | Benda | livbenda@gmail.com | Hinge, Tinder |
| 2916 | John | Hernandez | johnhernandez2017@gmail.com | Tinder |
| 2917 | Linda | Orr | llorr583@gmail.com | OkCupid, Tinder |
| 2918 | Elise | Bertucci | elisebertucci88@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2919 | Cameron | Mitchell | cameranarchy@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2920 | Brooke | Albert | brookea1612@gmail.com | Tinder |
| 2921 | Aliza | Rizvi | rizvi.aliza@gmail.com | Hinge, Tinder |
| 2922 | Elzbieta | Wypasek | ewypasek@gmail.com | Hinge, Tinder, Match |
| 2923 | Dina | Baron | baron.dina57@gmail.com | Tinder |
| 2924 | Eve | Anderson | eeanders12@gmail.com | Hinge, Tinder, Match |
| 2925 | Julianna | Mccorkle | juliannamccorkle@gmail.com | Hinge, Tinder |
| 2926 | Rebecca | Cullina | rebeccaj28@comcast.net | Hinge, Tinder, Plenty of Fish |
| 2927 | Joseph | Clinton | joeyclinton42@gmail.com | OkCupid, Hinge, Tinder |
| 2928 | Catriona | Hegarty | hegartycatriona27@gmail.com | Hinge, Tinder |
| 2929 | Kayla | Morgan | kjmorgan25@gmail.com | OkCupid, Hinge, Tinder |
| 2930 | Nancy | Goebel | ngoebel46@gmail.com | Match, OurTime |
| 2931 | Carolanda | Rollins | rllnscarol@yahoo.com | Plenty of Fish |
| 2932 | Laura | Foltz | lmfoltz@att.net | Hinge |
| 2933 | Sue | Bilek | sjb4724@yahoo.com | OkCupid, Plenty of Fish |
| 2934 | Evanna | Liewald | liewalde@gmail.com | Hinge, Tinder |
| 2935 | Julia | Kriechbaumer | julia.kriechbaumer@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2936 | Levi | Dematteo | lvdmtt618@gmail.com | Tinder |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 2937 | Lisa | Corder-Cupples | fionna1117@gmail.com | Match, Plenty of Fish |
| 2938 | Carli | Stroupe | luckycharmz8099@gmail.com | OkCupid, Plenty of Fish |
| 2939 | James | Roberts | jmrobertsjmr@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 2940 | Trevin | Cox | trevincox@gmail.com | OkCupid, Hinge, Tinder |
| 2941 | Darrin | Vaughn | vaughn_darrin@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 2942 | Nicholas | Brown | zennn777@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2943 | Saveen | Jones | chefslimsan2@gmail.com | OkCupid, Tinder |
| 2944 | Jason | Hedlund | jhedlund@hawk.iit.edu | OkCupid, Tinder |
| 2945 | Rachel | Weeks | rachelweeks@gmail.com | OkCupid, Match, Plenty of Fish |
| 2946 | Demerike | Palecek | dpalecek@arrivelogistics.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 2947 | Demi | Palecek | demi.palecek@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 2948 | Whitney | Leeper | whitney4822@yahoo.com | Hinge, Tinder |
| 2949 | Twon | Smith | twon_e@hotmail.com | Match, Plenty of Fish, OurTime |
| 2950 | Elizabeth | Kardas | elizk59@gmail.com | Hinge, Tinder |
| 2951 | Sydney | Symons | sydneysymons@gmail.com | Hinge, Tinder |
| 2952 | Katahnna | Owens | owenskitkat120@yahoo.com | BLK |
| 2953 | Deirdre | O'Connor | deemail16@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2954 | Rasheed | Evans | rmevans127@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 2955 | Emily | Schamber | elschamber94@gmail.com | Tinder |
| 2956 | Bryan | Girard | brygirard@gmail.com | Hinge, Tinder |
| 2957 | Sandra | Payan | spotlover57@yahoo.com | Match, Plenty of Fish |
| 2958 | Cassandra | Benford | cassondrabenford@yahoo.com | Match, Plenty of Fish, OurTime |
| 2959 | Kevin | Ragan | raganmatt76@gmail.com | OkCupid, Plenty of Fish |
| 2960 | Xander | Witte | xanderw142@gmail.com | Hinge, Tinder |
| 2961 | Patrick | Barrientos | patricknbarrientos@gmail.com | Hinge, Tinder, Match |
| 2962 | Shawntiqua | Cowan | s.monae0514@gmail.com | Tinder, Plenty of Fish |
| 2963 | Molly | Jacobsen | mollyjacobsen15@gmail.com | Hinge, Tinder, Plenty of Fish |
| 2964 | Lisa | Viti | lisaviti@yahoo.com | OurTime |
| 2965 | Kenneth | Leep-Sills | keicreatesart@gmail.com | OkCupid |
| 2966 | Kelsey | Cassaro | kelcass22@gmail.com | OkCupid, Hinge, Tinder |
| 2967 | Molly | Pachay | molly.pachay@gmail.com | OkCupid, Tinder |

Exhibit A to Confidential Communication Pursuant to

Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 2968 | Katherine | Bargiel | katbargiel@gmail.com | Match |
| 2969 | Marlene | Basaldua | marlenebasaldua96@gmail.com | OkCupid, Tinder |
| 2970 | Timothy | Carroll | tcarroll4151@gmail.com | Hinge, Tinder |
| 2971 | Molly | Mccoy | mollmc10@gmail.com | OkCupid, Hinge, Tinder |
| 2972 | Amy | Culver | amyculver74@hotmail.com | Tinder, Match, Plenty of Fish |
| 2973 | Jacque | Donahue | donahuejacque@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 2974 | Amanda | Royse | mandyrae67@yahoo.com | Hinge, Tinder |
| 2975 | Erik | Anderson | eander22@gmail.com | Tinder |
| 2976 | Ann | Terry | ann_terry5@yahoo.com | Tinder, Match, Plenty of Fish |
| 2977 | Verneal | Childress | vernealchildress@yahoo.com | Tinder, Plenty of Fish, BLK |
| 2978 | Maureen | Fogarty | maureenjfogarty@gmail.com | OkCupid, Hinge, Tinder, Match |
| 2979 | Eileen | Murphy-Corduan | eileennkatie@gmail.com | Plenty of Fish |
| 2980 | Marchyl | Jones | marchyljones@gmail.com | Hinge, Tinder |
| 2981 | Jennifer | Bendy | jlbendy@gmail.com | Hinge, Tinder |
| 2982 | Thereasa | Murphy | sco_chicago@yahoo.com | Plenty of Fish |
| 2983 | Sharon | Yurick | spennyhere@gmail.com | OkCupid, Plenty of Fish |
| 2984 | Kathleen | Foraker | kathleen002@yahoo.com | Tinder, Match, Plenty of Fish |
| 2985 | Cindy | Saracco | cnysrco@yahoo.com | Plenty of Fish |
| 2986 | Mal | Strong | mal@goldplaited.com | OkCupid, Hinge, Tinder |
| 2987 | Noah | Ollice | noah.ollice@gmail.com | Hinge, Tinder |
| 2988 | Pam | Robinson | pammypooh_44@yahoo.com | Match, Plenty of Fish, BLK |
| 2989 | Migeleonna | Price | migeleonna@gmail.com | Hinge, Tinder |
| 2990 | Ben | Correll | benjamin_befc@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 2991 | Madison | Wynes | madisonwynes@gmail.com | Tinder |
| 2992 | Henry | Martin | hjmartin95@gmail.com | Tinder |
| 2993 | Josh | Repetto | josh4rach@gmail.com | Plenty of Fish |
| 2994 | Manjesh | Baidya | memanjesh@gmail.com | Tinder, Match |
| 2995 | Erika | Rivera | ejasminer@hotmail.com | Tinder, Plenty of Fish |
| 2996 | Cailyn | Blaese | klyn2007@yahoo.com | OkCupid, Hinge, Tinder |
| 2997 | Cornelia | Baum | baum.cornelia@gmail.com | Tinder |
| 2998 | Amy | Harris | harrisink@sbcglobal.net | Match |
| 2999 | James | Crowe | crowe.james.a@gmail.com | Tinder, Match, Plenty of Fish |
| 3000 | Christian | Bechara | christian.a.bechara@gmail.com | Hinge |
| 3001 | James | Melnychuk | jamesmelnychuk@gmail.com | Match |
| 3002 | Tony | Ma | the.tony.ma@gmail.com | Hinge, Tinder |
| 3003 | Myles | Teague | mylesteague@gmail.com | OkCupid, Hinge, Tinder |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 3004 | Deondra | Harris | loving_legend1@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3005 | Maryjo | Barnes | maryjobarnes@sbcglobal.net | Match |
| 3006 | Christopher | Huene | huenechris@gmail.com | Hinge, Tinder |
| 3007 | Haylee | Ocrotty | junespectrum@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 3008 | Kiya | Morrison | mrskiyamalfoy@yahoo.com | Tinder |
| 3009 | Antonio | Fernandez | epiclinkster@gmail.com | Tinder |
| 3010 | Michara | Cramer | micharacramer@gmail.com | Hinge, Tinder |
| 3011 | Valencia | Bey | valenciabey@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 3012 | Juan | Barajas | johncards85@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3013 | Tonika | Belt | nikabelt@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3014 | James | Nowell | jnowell129@gmail.com | OkCupid, Tinder |
| 3015 | Jessica | Thompson | jessicat0307@gmail.com | Hinge, Tinder |
| 3016 | Cree | Harris | cree.harris1@gmail.com | Hinge, Tinder |
| 3017 | Sandra | Hellestrae | hellestraes@gmail.com | Plenty of Fish, OurTime |
| 3018 | Henrietta | Atkin | henriettaatkin@me.com | OkCupid |
| 3019 | Mary Ellen | Ball | maryellenball1@gmail.com | Tinder, Match |
| 3020 | Paul | Prasil | ppra214@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3021 | Rebecca | Petta | becky.dustbgone@gmail.com | OurTime |
| 3022 | Julian | Ozuna | juliancole000@gmail.com | Tinder |
| 3023 | Sandra | Rust | sandrarust@comcast.net | Match, Plenty of Fish, OurTime |
| 3024 | Lily | Smith-Riel | l.smithriel@gmail.com | Hinge, Tinder |
| 3025 | Herven | Barham | hervenbarham@gmail.com | Hinge, Tinder |
| 3026 | Claire | Graham | claire.anne.graham@gmail.com | OkCupid, Tinder |
| 3027 | Melissa | Gasca | melgasca@gmail.com | Hinge, Match |
| 3028 | Emily | Olson | olsonem93@gmail.com | Hinge |
| 3029 | Shari | Walsh | shariwalsh510@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3030 | Gerald | O'Malley | gmantissa@hotmail.com | Plenty of Fish |
| 3031 | Matthew | Storey | matt.storey73@gmail.com | Tinder |
| 3032 | Deana | Coleman | coleman.deana@gmail.com | Tinder, Plenty of Fish, BLK |
| 3033 | Melissa | Mosier | mmosier90@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3034 | Maggie | Hays | maggiem.hays@gmail.com | Hinge |
| 3035 | Sydney | Birmingham | kydney90@aol.com | Hinge, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3036 | Brooke | Shaul | brookeshaul@yahoo.com | Hinge, Tinder |
| 3037 | Alex | Fisher | alefish2@gmail.com | Hinge |
| 3038 | Jessica | Scott | jessica.scott0393@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, Chispa |
| 3039 | Angela | D'Ambrosio | dambrosioam8@gmail.com | OkCupid, Tinder |
| 3040 | Amy | Norris | anorris17@gmail.com | OkCupid, Tinder, Match |
| 3041 | Elizabeth | List | elizabeth.list@gmail.com | Tinder |
| 3042 | Angel | Hughes | angelmhughes@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3043 | Monic | Lindsey | moniclindsey@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 3044 | Karen | Lyles | karebear361@yahoo.com | Match, Plenty of Fish |
| 3045 | Alice | James | scgroupie@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 3046 | Kayla | Cline | kaylamcline@aol.com | Tinder, Match, Plenty of Fish |
| 3047 | Sharon | Thompson | mysweetangel08@gmail.com | Match |
| 3048 | Helena | Presswood | halo.kitty.94@gmail.com | Tinder |
| 3049 | Fiona | Dawson | fdawson13@hotmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 3050 | Tracy | Pate | tuffnavymom2@att.net | Match, Plenty of Fish, OurTime |
| 3051 | Patrick | Tobias | bigmoviefan1@aol.com | OkCupid |
| 3052 | Jamie Rae | Blakely | blakelyjamierae@gmail.com | Hinge, Tinder |
| 3053 | Janine | Pipkin | jpipkinhu@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 3054 | Laura | Myre | pockets832000@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 3055 | Zenas | White | zenasdot@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3056 | Janine | Pipkin | jpipkinhu@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 3057 | Tammy | Washington | tamtredee@yahoo.com | Tinder, Plenty of Fish |
| 3058 | Gary | Iverson | garyriverson@gmail.com | OkCupid, Tinder |
| 3059 | Chandra | Holmes | chandra.holmes84@gmail.com | Tinder |
| 3060 | Dan | Mercurio | dmerk2151@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3061 | Richard | Dellinger | rj.dellinger@yahoo.com | Hinge, Tinder |
| 3062 | Jozcelynn | Kendrick | jozcelynnk@yahoo.com | Plenty of Fish |
| 3063 | Sonda | Conley | chenee12004@gmail.com | Tinder, Plenty of Fish, BLK |
| 3064 | Samantha | Hoffman | kablamazoid@gmail.com | Tinder |
| 3065 | Destinee | Stepney | destinee.stepney@gmail.com | OkCupid, Hinge, Tinder, BLK |
| 3066 | Molly | Schmitt | mollyschmitt97@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3067 | Dillon | Woodward | dillonwoodward@gmail.com | Tinder |
| 3068 | Erik | Park | erikcpark@gmail.com | Hinge, Tinder |
| 3069 | Lizzy | Meidinger | llmeidinger@gmail.com | Hinge, Tinder |
| 3070 | Elizabeth | Sullivan | lizzisully97@gmail.com | Plenty of Fish |
| 3071 | Hannah | Lee | hannahlee2018@u.northwestern.edu | Tinder |
| 3072 | Megan | Moravec | meg.moravec1996@gmail.com | Hinge, Tinder |
| 3073 | Kelly | Heffernan | kellyheffernan.98@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3074 | Diego | Gomez | dieseb99@gmail.com | Hinge, Tinder |
| 3075 | Catherine | Lewellyn | cate.lewellyn@gmail.com | Tinder |
| 3076 | Karuna | Relwani | karunar108@gmail.com | Hinge |
| 3077 | James | Singleton | singletonjames74@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3078 | Tracy | Whittenhall | whittenhall@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3079 | Anne | Polkow | anne1031us@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3080 | Tracy | Haley | awakenedsoul20@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3081 | Maryann | Mcgovern | maryanntmcgovern@gmail.com | OkCupid, Hinge, Tinder |
| 3082 | Christopher | Miller | c.the.great12@gmail.com | Hinge, Tinder |
| 3083 | Adam | Brown | adam.brown3737@gmail.com | OkCupid, Tinder |
| 3084 | Jacinta | Latimore | jaz_ej@yahoo.com | Plenty of Fish |
| 3085 | Kelly | Wisneski | klwisneski@gmail.com | OkCupid, Hinge, Tinder |
| 3086 | Yolanda | Wingard | wingardfamilylove@gmail.com | Plenty of Fish |
| 3087 | Concetta | Syracuse | concetta.syracuse@icloud.com | Hinge, Tinder |
| 3088 | Marco | Mazzetta | mmazzetta@icloud.com | OkCupid, Hinge, Tinder |
| 3089 | Daniyal | Khan | dkhan3@hawk.iit.edu | Hinge, Tinder |
| 3090 | Olivia | Timmons | oliviatimmons619@gmail.com | Hinge, Tinder |
| 3091 | Mara | Evans | mara.evans.17@gmail.com | Hinge, Tinder |
| 3092 | Antonia | De Los Santos | tinaa14d@gmail.com | OkCupid |
| 3093 | Nicole | Berger | berger.nicole1993@gmail.com | OkCupid, Hinge, Match |
| 3094 | Andrew | Sweeney | andyfsweeney@gmail.com | Hinge, Tinder |
| 3095 | Steven | Santoro | ssantoro1995@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3096 | Soledad | Rivas | soledadrivas1@outlook.com | Hinge, Tinder, Match, Chispa |
| 3097 | Kamryn | Hinkle | kamryn.hinkle@gmail.com | Hinge, Tinder |
| 3098 | Raegan | Zelaya | repzemail@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 3099 | Erica | Gray | ericagraay@gmail.com | Hinge, Tinder |
| 3100 | Haily | Stephens | haily_stephens@yahoo.com | Hinge, Tinder |
| 3101 | Tim | Mccarthy | mccarthy@timmccarthylaw.com | Tinder, Match |
| 3102 | Eric | Siemann | ericsiemann@gmail.com | OkCupid, Tinder |
| 3103 | Rachel | Williams-Petit | rachellpetit@gmail.com | Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 3104 | Cameron | Crosson | cameroncrosson@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3105 | Cort | Chubko | cortchubby2010@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 3106 | Arielle | Van Deraa | ariellevanderaa@gmail.com | Tinder |
| 3107 | Poshak Saran | Guru Moorthy | danakaposhak@gmail.com | OkCupid, Hinge, Tinder |
| 3108 | Sam | Elkind | samelkind@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3109 | Emily | Marinac | emilymarinac@gmail.com | Hinge, Tinder |
| 3110 | Maria | Roa | maria.roa729@gmail.com | Hinge, Tinder |
| 3111 | Christopher | Honer | honerchris@yahoo.com | Hinge, Tinder |
| 3112 | Angela | Baker | achris2011@icloud.com | Tinder |
| 3113 | Jerrica | Sumner | alexandra1nonly@gmail.com | Tinder |
| 3114 | Stephanie | Caporusso | stephaniecaporusso@gmail.com | Tinder |
| 3115 | Harrison | Gilmore | harrisongilmore2019@u.northwestern.edu | Tinder |
| 3116 | Stephen | Karkos | sk.ione007@gmail.com | Tinder |
| 3117 | Marcus | Jones | goochie4210@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 3118 | Cody | Woodraska | woodraskacody@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3119 | Gloria | Esguerra | gloriaesguerra@msn.com | Hinge, Tinder |
| 3120 | Scott | Cummings | scottbcummings@hotmail.com | Match |
| 3121 | Jason | Kane | jasonckane1@gmail.com | Tinder, Plenty of Fish |
| 3122 | Francis | Reed | soulhawk1215@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3123 | Kristopher | Hanson | kristopherhanson78@gmail.com | Tinder, Plenty of Fish |
| 3124 | Robert | Gilbert | theeirikensian@gmail.com | OkCupid, Tinder |
| 3125 | Jackie | Sportsman | jackieinpink@yahoo.com | Tinder, Plenty of Fish |
| 3126 | Kelsey | Sandefur | kelseyyxmorganx3@aim.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3127 | Rachel | Bragg | rachelbraggx8@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3128 | Karim | Dhanji | kard16@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3129 | Lan | Tran | lptjunkmail@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3130 | Kyle | Dwyer | kdwyer1020@gmail.com | Hinge, Tinder |
| 3131 | Jonetta | Clark | jclark@siu.edu | Plenty of Fish, BLK |
| 3132 | Tyler | Pearson | tpearson317@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 3133 | Barrett | Haskins | barrett.haskins@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3134 | Karen | Rich | iamamessenger@comcast.net | OkCupid, Match, OurTime |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3135 | Chris | Youngblood | nascar488669@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3136 | Karen | Mccahey | mccaheyk@aol.com | Tinder, Plenty of Fish |
| 3137 | Jacob | Bontrager | negativecharisma.cast@gmail.com | OkCupid, Hinge, Tinder |
| 3138 | Kelley | Cote | kellcote@gmail.com | OkCupid, Tinder, Match |
| 3139 | Taylor | Sledz | tsledz622@gmail.com | Hinge |
| 3140 | Bryan | Lorenz | lorenz.bryan@gmail.com | OkCupid, Hinge, Tinder |
| 3141 | Jalen | Ross | jalenjjbr@gmail.com | Hinge, Tinder |
| 3142 | Megan | Gustafson | megan.gus15@gmail.com | Tinder |
| 3143 | Heather | Bendl | hbendl@comcast.net | OkCupid |
| 3144 | Marjorie | Flores | mpflores0206@gmail.com | Hinge, Tinder |
| 3145 | Vera | King | veralove05@gmail.com | OkCupid, Plenty of Fish |
| 3146 | Kyle | King | kleblueking@gmail.com | OkCupid, Plenty of Fish |
| 3147 | Vincent Alexander | Worden | wordenvince@icloud.com | OkCupid, Tinder |
| 3148 | Elise | Fernandez | elisenando26@gmail.com | OkCupid, Hinge, Tinder |
| 3149 | Sandra | Tobias | tobias.m.sandra@gmail.com | OkCupid |
| 3150 | Karen | Shumway | shumwayk@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3151 | Anthony | Aniedobe | onyedikaaa@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 3152 | Stacy | Fiore | smevans912@gmail.com | Tinder |
| 3153 | Jessika | Saenz | saenzjessika@ymail.com | OkCupid, Tinder, Plenty of Fish |
| 3154 | Zain | Nayani | znayani110@gmail.com | Hinge, Tinder |
| 3155 | Kevin | Anderson | kanderson4893@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3156 | Serena | Silguero | ssilguero.85@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 3157 | Keith | Planer | kwplaner3@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 3158 | Joel | Hufano | jyuhufano@gmail.com | Hinge, Tinder |
| 3159 | Temeka | Williams | temekawms@gmail.com | Hinge |
| 3160 | Angela | Juister | juist100@gmail.com | Hinge, Tinder |
| 3161 | Ryan | Mcqueen | ryanmcqueenn@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3162 | Tyler | Huang | tylerhuang99@gmail.com | Tinder |
| 3163 | Maura | Crowley | mauratheexplorer@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3164 | Christine | Giocomelli | christinegiocomelli@outlook.com | Match |
| 3165 | Joseph | Atkins | metagross2923@gmail.com | OkCupid, Hinge, Tinder |
| 3166 | Himani | Soni | himanisoni0120@gmail.com | Hinge, Tinder |
| 3167 | Christopher | Griffin | cgrif0276@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 3168 | Marcus | Baker | bakerma98@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3169 | Hannah | Zwick | hannah.k.zwick@gmail.com | Hinge, Tinder |
| 3170 | Pamela | Meredith | pjssmiley@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 3171 | Brandon | Stumbaugh | pinkshirtbadman@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3172 | Toni | Alvarez | sabbygirl141@yahoo.com | Plenty of Fish |
| 3173 | Michelle | Dalbec | michelledalbec@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3174 | Wendy | Levine | sdevon1@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 3175 | Ren-Jay | Wang | wrenj13@gmail.com | Hinge |
| 3176 | Alex | Wang | alexw6523@gmail.com | Hinge |
| 3177 | Dawn | Davis | dmdav71@gmail.com | Match, Plenty of Fish, OurTime |
| 3178 | Hannah | Blomberg | omgacupcake@gmail.com | Hinge, Tinder |
| 3179 | Katie | Cutler | mkcutler12@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3180 | Osiris | Garcia | janeeka49@gmail.com | Tinder |
| 3181 | Lisa | Holak | luv2cpn@yahoo.com | Tinder, Match, Plenty of Fish, OurTime |
| 3182 | Chelsea | Sherlock | chelseasherlock12@gmail.com | Hinge |
| 3183 | Philip | Nauman | philipnauman99@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3184 | Krystina | Haas | krystinavictoria@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3185 | Christianna | Niemiec | christiannaniemiec@gmail.com | Tinder |
| 3186 | Stephanie | Gallardo | stephanie.gallardo92@gmail.com | Hinge, Tinder, Chispa |
| 3187 | Kara | Hutson | magentaserling@gmail.com | OkCupid, Hinge, Tinder |
| 3188 | Dana | Banks | danabanks8@gmail.com | OkCupid, Hinge, Tinder |
| 3189 | Nick | Berns | nickbernzz@gmail.com | Tinder |
| 3190 | Lori | Mahone | cstlori@yahoo.com | Match, Plenty of Fish, OurTime |
| 3191 | Gabriela | De La Rosa | gdelarosa2205@gmail.com | Hinge, Tinder |
| 3192 | Ian | Feather | ian.feather97@gmail.com | OkCupid, Hinge, Tinder |
| 3193 | Adrianna | Parker | adriannanparker@gmail.com | Tinder, Plenty of Fish |
| 3194 | Michael | Toner | miketoner23@gmail.com | Hinge, Tinder |
| 3195 | Andre | Calloway | drecal85@gmail.com | OkCupid, Match, Plenty of Fish, Chispa, BLK |
| 3196 | Imani | Jackson | president__i.jackson@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3197 | Monika | Takahashi | mottakahashi@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3198 | Katie | Farrance | katika58@yahoo.com | Hinge, Tinder |
| 3199 | Cherita | Smith | shortstop0612.cj@gmail.com | Match, Plenty of Fish |
| 3200 | Creed | Tucker | cet627@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3201 | Scotty | Hendricks | scottyhendricks@outlook.com | OkCupid, Hinge, Tinder |
| 3202 | Jack | Gronenthal | jacksonlear@gmail.com | Hinge, Tinder |
| 3203 | Susan | Molinero | susan.molinero@gmail.com | Match, Plenty of Fish |
| 3204 | Karen | Dobbs | kdobbs20@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 3205 | Breanna | White | breannaw99@sbcglobal.net | Hinge |
| 3206 | Lindsay | Dovey | lindsaymariedovey@hotmail.com | Hinge, Tinder |
| 3207 | Luke | Johnson | tehbramlet@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3208 | Brad | Morgan | bamorga@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3209 | Kimberly | Greene | greenekimberly51@gmail.com | OkCupid, Plenty of Fish |
| 3210 | Jillian | Sakalares | jsakalares@outlook.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3211 | Jeff | Engel | grafixartz@comcast.net | OkCupid, Tinder, Match, Plenty of Fish |
| 3212 | Shannon | Wilson | gettingfreeinjc@gmail.com | Plenty of Fish, BLK |
| 3213 | John | Burns | jmburns3@yahoo.com | Hinge, Tinder |
| 3214 | Jacob | Lamplough | jakelamplough@gmail.com | Hinge, Tinder |
| 3215 | Brenda | Johnson | brendajohnson7825@gmail.com | Match, Plenty of Fish |
| 3216 | Darwin | Harris | ddh0021@mix.wvu.edu | Tinder, Plenty of Fish |
| 3217 | Ariel | Kirkland | thegrowingtree1977@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3218 | Curt | Sexton | csexton1966cs@gmail.com | OkCupid, Plenty of Fish |
| 3219 | John | Wethington | gotonull+classaction@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3220 | Brenda | Schroeter | mebree61@yahoo.com | Plenty of Fish |
| 3221 | Jamari | Parish | jamari.parish@gmail.com | Tinder, Match |
| 3222 | Jonathan | Moore | jonjon@berkeley.edu | Tinder |
| 3223 | Sonia | Jimenez | genjiaryyluna@gmail.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 3224 | Carroll | Evans | carrollzevans@aol.com | Match |
| 3225 | Kari | Gibson | kegibson94@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3226 | Sarah | Greenfield | skgree@gmail.com | Hinge, Tinder |
| 3227 | Julie | Nation | nation_julie@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 3228 | Lisa | Spengler | lcspeng@gmail.com | OkCupid |
| 3229 | Taylor | Hyslop | taylorjhyslop@gmail.com | Hinge, Tinder |
| 3230 | Sophie | Boczek | sophieaniela@gmail.com | Hinge, Tinder |
| 3231 | Nick | Agliata | nickagliata@icloud.com | Tinder |
| 3232 | Deborah | Rhomberg | grasad44@gmail.com | Match |
| 3233 | Brendan | Mcardle | bcsound33@gmail.com | OkCupid, Hinge, Tinder |
| 3234 | Madison | Delaney | mpd3@uic.edu | Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3235 | Anthony | Laskowsko | radreaper203@yahoo.com | Tinder |
| 3236 | Emily | Haynes | nell.haynes@gmail.com | Tinder |
| 3237 | Renie | Saenz | saenzrenie@gmail.com | Hinge, Tinder |
| 3238 | Delaney | Satchwell | laney.satchwell@gmail.com | Tinder |
| 3239 | Daisy | Aguilar | aguilarda92@icloud.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 3240 | Keith | Prokup | keith5774@sbcglobal.net | OkCupid, Hinge, Tinder |
| 3241 | Frank | Romano | bigfrankiv69@yahoo.com | Match, Plenty of Fish |
| 3242 | Michael | Peters | thawiggles@gmail.com | OkCupid, Tinder |
| 3243 | Lucille | Oshinski | lucydevuono@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3244 | Garry | Stoelk | garry@stoelks.com | Tinder |
| 3245 | Chad | Fredrick | cfredrick250@gmail.com | Hinge, Tinder |
| 3246 | Maximino | Godinez | maxgodinez.mg@gmail.com | Tinder, Match, Plenty of Fish, Chispa |
| 3247 | Anton | Zygadlo | elknik14@gmail.com | Tinder |
| 3248 | Lydia | Terry | lydiadawn28@gmail.com | OkCupid |
| 3249 | Katherine | Sanford | kvirgo47@gmail.com | Match, Plenty of Fish, OurTime |
| 3250 | Aaron | Toran | atoran53@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 3251 | Claire | Heshmat | cmheshmat@gmail.com | Hinge |
| 3252 | Claire | Martin | clairemlmartin@gmail.com | Hinge |
| 3253 | Suzanne | Przybylski | suzanneprzybylski@hotmail.com | Match, Plenty of Fish |
| 3254 | Bonita | Gregory | bmarie4keeps@yahoo.com | Match, Plenty of Fish, OurTime, BLK |
| 3255 | Lynn | Perryman | lynnperryman@msn.com | OkCupid, Plenty of Fish |
| 3256 | Amber | Daniels | twstdwayz@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 3257 | Giovannina | Castaldo | giovanninabusiness@gmail.com | Hinge, Tinder |
| 3258 | Shannon | King | shanscott75@gmail.com | OkCupid, Tinder, Plenty of Fish, OurTime |
| 3259 | Sandra | Harney | harney1@comcast.net | Match, Plenty of Fish |
| 3260 | Barbara | Guffey | barbaracooper_2001@yahoo.com | OkCupid, Match, Plenty of Fish |
| 3261 | Matthew | Mateiescu | matt.mateiescu@gmail.com | Hinge, Tinder |
| 3262 | Ben | Kordek | bjkorde@ilstu.edu | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3263 | Dee | Ramsey | deestifle@yahoo.com | Match, Plenty of Fish, OurTime |
| 3264 | Courtney | Chatterton | corty.chatt@gmail.com | OkCupid, Hinge, Tinder |
| 3265 | Benjamin | Montgomery | ben.montgomery89@gmail.com | OkCupid, Tinder |
| 3266 | Yvonna | Spencer | yvonne0587@yahoo.com | Match, Plenty of Fish |
| 3267 | Jennifer | Kane | jenniferakane77@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3268 | Maria | Nihells | maralyn1969@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3269 | Madeline | Parrott | madelineparrott15@gmail.com | Hinge, Tinder |
| 3270 | Michael | Nevell | nevellm@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3271 | Cyle | Traster | cyle.rex@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3272 | Matthew | Richardson | matthew.richardson.923@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3273 | Suquon | Samuels | suquon@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3274 | Rachael | Sanders | iamrachaelicious@yahoo.com | OkCupid, Hinge, Tinder |
| 3275 | Nicolas | Guth | nguth@kentlaw.iit.edu | Hinge, Tinder |
| 3276 | Patricia | Snider | pattysnider7@gmail.com | Match, Plenty of Fish, OurTime |
| 3277 | Eric | Campbell | ericcampbell200@gmail.com | OkCupid, Tinder |
| 3278 | Damian | Margarites | dmargarites@yahoo.com | Hinge |
| 3279 | Dawn | Sweeney | eire1957@aol.com | Plenty of Fish |
| 3280 | Chase | Baldwin | baldwinc@mail.gvsu.edu | Hinge, Tinder |
| 3281 | Timothy | Sherman | timsherman72@gmail.com | Hinge, Tinder |
| 3282 | Richard | Hartz | richardthartz@gmail.com | Hinge, Tinder |
| 3283 | Ayinde | Hill | ayindehill@gmail.com | OkCupid, Hinge, Tinder |
| 3284 | Jeremy | Bellman | bellmanjeremy57@gmail.com | Hinge, Tinder |
| 3285 | Patrick | Cunningham | pcunninghams@yahoo.com | OkCupid, Match, Plenty of Fish, BLK |
| 3286 | Angela | Ortiz | aortizjths@gmail.com | Tinder, Chispa |
| 3287 | Evan | Crose | evan.crose@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3288 | Lindsey | Houghton | lindseyehoughton@gmail.com | Tinder |
| 3289 | Louis | Silverman | louis.silverman@gmail.com | Hinge, Tinder |
| 3290 | Roberto | Chavez | hasumon@hotmail.com | Tinder, Plenty of Fish |
| 3291 | Ledio | Sinjari | lediosinjari@gmail.com | Hinge, Tinder |
| 3292 | David | Berman | berman.dave.3@gmail.com | OkCupid, Tinder |
| 3293 | Ambily | Jose | ambilyjjose@gmail.com | Hinge, Tinder |
| 3294 | Zachory | Swinford | zswinford96@gmail.com | Tinder |
| 3295 | Chandler | Wright | cewright2013@gmail.com | Hinge |
| 3296 | Bailey | Powell | bailey.cook.reptiles@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3297 | Amy | Freeman | freeamy96@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3298 | Lorne | Golman | lorne.golman@gmail.com | Tinder |
| 3299 | Malcolm | London | malcolmxlondon@gmail.com | Hinge, Tinder |
| 3300 | Samantha | Meade | meade.sammi@yahoo.com | OkCupid, Tinder |
| 3301 | Meredith | Cornwell | meredith.cornwell2018@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3302 | Mohammed Infas | Abdul Rahman | mohammedinfasabdulrahman@yahoo.com | Tinder |
| 3303 | Matthew | Nealon | matthewnealon2018@gmail.com | Tinder |
| 3304 | Ana | Luna | aqualunita8@yahoo.com | Hinge, Tinder, Chispa |
| 3305 | Merissa | White | merissawhite@icloud.com | Hinge, Tinder |
| 3306 | Aiden | Wynia | aiden.wynia@colorado.edu | Hinge |
| 3307 | Clayton | Johnson | fennrarr@gmail.com | Tinder |
| 3308 | Nicolas | Delgado | nicodelgado94@gmail.com | Hinge, Tinder |
| 3309 | Tim | Panega | timpanega10@augustana.edu | Tinder |
| 3310 | Jacob | Wilson | alextrebekthepirate@gmail.com | OkCupid, Hinge, Tinder |
| 3311 | Lisa | Waitley | lisawaitley@yahoo.com | Hinge, Tinder |
| 3312 | Michael | Neubauer | grimmly@msn.com | OkCupid, Tinder, Plenty of Fish |
| 3313 | Jill | Munson | sassenach65@hotmail.com | Plenty of Fish |
| 3314 | Linda | Ralston | ladyluck1965@yahoo.com | Match, Plenty of Fish |
| 3315 | Aaron | Swallers | aaronswallers@hotmail.com | Match, OurTime |
| 3316 | Francess | Dunbar | francessdunbar@gmail.com | Hinge, Tinder |
| 3317 | Keith | West | futurehndrxx23@hotmail.com | Hinge |
| 3318 | Alyssa | Brown | alyssabrown29@gmail.com | Hinge |
| 3319 | Anthony | Bunker | bunker0117@gmail.com | Tinder |
| 3320 | Michael | Boetel | michaelboetel@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3321 | Bre | Woods | breannawoods@hotmail.com | Tinder, Plenty of Fish |
| 3322 | Tricia | Anderson | crazybutttricia@gmail.com | Tinder, Match |
| 3323 | Linda | Guadarrama | rentoncanfly@gmail.com | Tinder |
| 3324 | Luke | Scalone | l.s.scalone@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3325 | Wanda | Bromley | wbromley3@gmail.com | OkCupid, Match, Plenty of Fish |
| 3326 | Thomas | Bailey | thomasgbailey77@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3327 | Jazmine | Reynolds | reynolds.jazmine@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 3328 | Katherine | Callaway | kcallaway89@gmail.com | Hinge, Tinder |
| 3329 | Francis | Cavanagh | frankhcavanagh@gmail.com | OkCupid |
| 3330 | Taylor | Hohn | taylorhohn13@gmail.com | Hinge, Tinder |
| 3331 | Wilson | He | wilsonhe92@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3332 | Rachel | Darter | racheldarter@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3333 | Paulette | Parra Sanchez | paulette.parra01@gmail.com | Hinge, Tinder, Chispa |
| 3334 | Myles | Gebert | myleswithawy@gmail.com | Tinder |
| 3335 | Markie | Striegel | mastriegel27@gmail.com | Hinge, Tinder |
| 3336 | Lori | Dyer | lorianndyer61@gmail.com | Tinder, Plenty of Fish |
| 3337 | Matthew | Kolodny | mattkolodny@aol.com | OkCupid, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3338 | David | Michaels | vwampage@gmail.com | OkCupid, Hinge, Tinder |
| 3339 | Carlos | Dubon | cfdubon17@yahoo.com | OkCupid, Tinder, Match, Chispa |
| 3340 | Cassandra | Salgado | csalgado0908@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3341 | Melissa | Loy | loymelissa@ymail.com | Tinder, Match, Plenty of Fish |
| 3342 | Carolyn | Jones | teacha30@aol.com | Match, Plenty of Fish |
| 3343 | Robert | Mccullough | bobbydoo78@aol.com | Tinder |
| 3344 | Rebecca | Phillips | becca.phillips@outlook.com | OkCupid, Hinge, Tinder |
| 3345 | Kyle | Fahey | kylefahey2015@u.northwestern.edu | Hinge, Tinder |
| 3346 | Kimberly | Sampson | kimsampson67@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 3347 | Alex | Fondaw | alexfondaw@gmail.com | Hinge, Tinder |
| 3348 | Luke | Basile | shinybender@icloud.com | Tinder |
| 3349 | Timothy | Barton | timbarton44@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3350 | Bridget | Laracuente | luckyb202002@yahoo.com | Tinder, Match, Plenty of Fish |
| 3351 | Katherine | Schnefke | kaschnefke@gmail.com | Match, Plenty of Fish |
| 3352 | Christina | Youkhana | christinayoukhana@gmail.com | OkCupid, Hinge, Tinder |
| 3353 | Mackenzie | Moulton | mmoulton1@icloud.com | Tinder |
| 3354 | Annica | Lao | annicalao@gmail.com | Hinge, Tinder |
| 3355 | Phillip | Vertin | pvertin01@icloud.com | Hinge, Tinder, Plenty of Fish |
| 3356 | Robyn | Grzetic | robyngrzetic@me.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 3357 | Gina | Jordan | glj70@outlook.com | Tinder, Plenty of Fish, OurTime |
| 3358 | Brandon | Sontag | sontag86@gmail.com | Hinge, Tinder |
| 3359 | Lauren | Attewell | attewelllauren@gmail.com | Tinder |
| 3360 | Kimberly | Stokes | kimberlystk@gmail.com | Match |
| 3361 | Cory | Lara | corlaronu@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3362 | Susan | Mueller | muellers_2660@yahoo.com | Match, Plenty of Fish |
| 3363 | Lauren | Kuhn | toesinthesand@gmail.com | Tinder |
| 3364 | Victor | Gonzalez | vmgonzalez31@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 3365 | Amanda | Rozmer | amandarozmer@gmail.com | Tinder |
| 3366 | Megan | Chaperon | meganchaperon@gmail.com | OkCupid, Hinge, Tinder |
| 3367 | Jensen | Flinn | jensenflinn@gmail.com | Tinder |
| 3368 | Travis | Ickes | mgoblueickes@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3369 | James | Griffin | jamgriffin7@gmail.com | OkCupid, Tinder |
| 3370 | Joshua | Nevers | joshnevers32@gmail.com | Hinge, Tinder |
| 3371 | Steven | Canter | dragonology95@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3372 | Nicole | Jones | nmjones717@gmail.com | Tinder |
| 3373 | Lizett | Carmona | ettliz@yahoo.com | OkCupid |
| 3374 | Aaron | Hollen | aaronlh75@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3375 | Amelia | Klamen | ameliaklamen@gmail.com | Tinder |
| 3376 | Mandy | Adams | mandysadams@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3377 | Sierra | Saulsberry | arreis454@gmail.com | Hinge, Tinder, BLK |
| 3378 | Scott | Sawitz | sjsawitz@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3379 | Lauren | Pollard | bowlingbabe14@yahoo.com | Hinge, Match, Plenty of Fish |
| 3380 | Avery | Baldwin | averyb1994@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3381 | Ishbir | Singh | ishbir@ishbir.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3382 | Donna | Cross | donnajanine1979@gmail.com | Match, Plenty of Fish |
| 3383 | Dawn | Followell | rdfdlf@comcast.net | OkCupid, Match, Plenty of Fish, OurTime |
| 3384 | Arlette | Johnson | arlettejohnson76@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 3385 | Derek | Au | dau@hawk.iit.edu | OkCupid, Hinge, Tinder |
| 3386 | Kaitlyn | Murphy | kaitlynmurphy891@gmail.com | Tinder |
| 3387 | Kat | Hinman | kathinman@icloud.com | Hinge, Tinder |
| 3388 | Joel | Pitzele | joelpitzele@gmail.com | Tinder, Plenty of Fish |
| 3389 | Jennifer | Grimmer | jgrimmer2@gmail.com | Hinge, Tinder |
| 3390 | Zachary | Belcher | okzacb@gmail.com | OkCupid, Tinder |
| 3391 | Mira | Beranek | miraberanek1974@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3392 | Shannon | Nolan | snnski19@gmail.com | Hinge, Tinder |
| 3393 | Roberto | Garcia | entity314@gmail.com | Tinder |
| 3394 | Emily | Marshall | meganmarshall5678@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 3395 | Saul | Abreu | sionsheevok@gmail.com | Tinder |
| 3396 | Jesus | Ruiz | ruizbulldogg22@yahoo.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 3397 | Daniel | Medina | danhmedina@gmail.com | OkCupid, Hinge, Tinder |
| 3398 | Dakota | Kisel | cody61998@gmail.com | Hinge, Tinder |
| 3399 | Kelvin | Ma | kelvin13ma@gmail.com | Tinder |
| 3400 | Kelsey | Spence | kelseya330@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3401 | Analisa | Rogers | analisa.rogers@gmail.com | OkCupid, Tinder |
| 3402 | Charlie | Killoran | ckillor@gmail.com | OkCupid, Hinge, Tinder |
| 3403 | Tiffany | Neukomm | t.neuk.42@gmail.com | Match, Plenty of Fish |
| 3404 | Evan | Soto | evan.soto22@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3405 | Jason | Koch | kochjason19@yahoo.com | OkCupid, Tinder |
| 3406 | Gary | Martin | gcmartin56@gmail.com | OkCupid |
| 3407 | Kurt Edward | Fernandez | kefernandez9@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3408 | Ellen | Wessel | missellenwessellmt@gmail.com | OkCupid, Hinge, Tinder |
| 3409 | Lisa | Szkatuski | lisa@faithfulnomad.com | OkCupid, Hinge, Tinder |
| 3410 | Tyler | Kozielec | tkozielec52@gmail.com | OkCupid, Tinder, Match |
| 3411 | Melissa | Pinkerton | melpink220@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3412 | Ariel | Pauly | rexpauly31@gmail.com | OkCupid, Tinder |
| 3413 | Alaina | Reese | alareese58@gmail.com | OkCupid, Plenty of Fish, BLK |
| 3414 | Stephanie | Griffin | stoofer15@yahoo.com | OkCupid, Tinder |
| 3415 | Bennett | Schwartz | bennett3623@gmail.com | Hinge, Tinder |
| 3416 | Jonathan | Rubin | jonathan.rubin@sbcglobal.net | Match |
| 3417 | Scott | Bernstein | sab4523@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3418 | Jean | Duy | janik.5@hotmail.com | Tinder, Match, Plenty of Fish |
| 3419 | Victoria | Donlin | victoriagraced@gmail.com | Hinge, Tinder |
| 3420 | Taylor | Cannon | taylorcannon3@gmail.com | Tinder |
| 3421 | Leah | Calderon | ladyvader99@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 3422 | Phillip | Nielsen | spamfil888@gmail.com | Hinge, Tinder |
| 3423 | Thomas | Moy | thomasmoy2021@u.northwestern.edu | Tinder |
| 3424 | Joy | Manchester | manchesterjoy99@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 3425 | Heather | Foraker | hmf-tls@att.net | Plenty of Fish |
| 3426 | Luisana | Regidor | lregidor23@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3427 | Alexa | Roberts | alexalynnroberts@gmail.com | Hinge |
| 3428 | Colin | Jebsen | c.jebsen101@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3429 | Mike | Ludtke | mikeludtke30@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3430 | Brenda | Smiley | brenda.tadlock@yahoo.com | Match, Plenty of Fish |
| 3431 | Nicole | Muffitt | ncmuffitt@gmail.com | OkCupid, Hinge, Tinder |
| 3432 | Nemanja | Kuzmanovic | nenokuzmo24@gmail.com | Hinge, Tinder |
| 3433 | Danielle | Holeman | danielleh9474@gmail.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 3434 | Kara | Pettyjohn | kara.pettyjohn@gmail.com | OkCupid, Tinder |
| 3435 | Judith | Murray | jam6860@hotmail.com | Match, Plenty of Fish |
| 3436 | Edward | Crotty | joec1994@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3437 | Griffin | Shaw | griffin.shaw@gmail.com | Tinder |
| 3438 | Grace | Ruark | graruark@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 3439 | Elizabeth | Escamilla | elizabethescamillam@gmail.com | OkCupid, Hinge, Tinder |
| 3440 | Katherine | Lo | klo9797@gmail.com | Hinge, Tinder |
| 3441 | Alec | Krilis | alecsportsguy@gmail.com | OkCupid, Tinder, Match |
| 3442 | Joshua | Schwartz | joshuadschwa341@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 3443 | Adrienne | Monzingo | adriennemonzingo@gmail.com | Tinder |
| 3444 | Jonathan | Caldwell | j.p.caldwell2@gmail.com | OkCupid, Hinge, Tinder |
| 3445 | Keith | Kappel | keith.kappel@gmail.com | Hinge, Tinder |
| 3446 | Alexa | Cotton | arc816@sbcglobal.net | Tinder |
| 3447 | Maureen | Anderson | starslpver90@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3448 | Frederick | Cooper | fcoop83@yahoo.com | Plenty of Fish |
| 3449 | Hari | Sundaram | hsunda6@gmail.com | Hinge, Tinder |
| 3450 | Caroline | Mosele | caroline.mosele@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3451 | Faith | Ramey | faithupnow@gmail.com | Plenty of Fish |
| 3452 | Meagan | Sinkovits | meagannd@gmail.com | Hinge, Tinder, Match |
| 3453 | Mark | Boeckenstedt | mboecke@gmail.com | OkCupid, Hinge, Tinder |
| 3454 | Scott | Qualkenbush | sloganq@gmail.com | OkCupid, Tinder, Match |
| 3455 | Mary | Grawe | mary.grawe@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3456 | Debrielle | De La Haye | debriellecd@gmail.com | OkCupid, Hinge, Tinder |
| 3457 | Andrew | Lee | andrew.elliot.lee@comcast.net | Hinge, Tinder |
| 3458 | Alex | Matkovic | alexander.j.matkovic@net.elmhurst.edu | OkCupid, Hinge, Tinder, Match |
| 3459 | Quinn | Corcoran | quinncorcoran@gmail.com | Tinder |
| 3460 | Yvonne | Martinez | m.yvonnemartinez@gmail.com | Tinder |
| 3461 | Dante | Zorzi | dantezorzi@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3462 | Chris | Considine | chrisconsidine24@gmail.com | Hinge, Tinder |
| 3463 | Rachel | Mlatawou | rachelmlat2@gmail.com | Tinder |
| 3464 | Jill | Connolly | jackmona@hotmail.com | OkCupid, Hinge, OurTime |
| 3465 | Ali | Hussain | aah0908@gmail.com | Tinder |
| 3466 | Elizabeth | Marshall | libbymarshall7@gmail.com | Hinge, Tinder |
| 3467 | Leanne | Valdes | leannevaldes@gmail.com | OkCupid, Hinge, Match |
| 3468 | Aurora | Obryan | agobryan@gmail.com | OkCupid, Hinge, Tinder |
| 3469 | Denise | Eltrevoog | grammaweezy@att.net | Match |
| 3470 | Anwar | Kinte | brandon83rd@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3471 | Kaleb | Drawbaugh | drawbaughkm@gmail.com | Hinge, Tinder |
| 3472 | Betty | Corbin | bettycorbin51@hotmail.com | Match, Plenty of Fish, OurTime |
| 3473 | Aaron | Akers | akersjaaron@gmail.com | OkCupid, Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3474 | Kyle | Ruffner | kyle.ruffner@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3475 | Jacob | Weinstein | golf3r4life@gmail.com | Tinder |
| 3476 | Danielle | Lashay | danielle.lashay4@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3477 | Lauren | Smith | laurensmth@yahoo.com | Hinge |
| 3478 | Lauryn | Ruppert | lruppert14@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3479 | Dmitriy | Rapoport | dmitriyrapoport@gmail.com | OkCupid, Tinder |
| 3480 | Myra | Hume | mjhmouse@earthlink.net | OkCupid, Match, Plenty of Fish |
| 3481 | Jorie | Koelling | cmkoelling@gmail.com | OkCupid, Hinge, Tinder |
| 3482 | Clara | Mccarty | clarammccarty@gmail.com | Hinge, Tinder |
| 3483 | Colin | Millin | cmillin1990@gmail.com | OkCupid, Tinder, Match |
| 3484 | Jay | Gilliland | jayjay123gill@msn.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3485 | James | Lewandowski | jamesmlewandowski@gmail.com | Hinge, Tinder |
| 3486 | Ryan | Hastings | ryanhastings@aol.com | Hinge, Tinder |
| 3487 | Mitchell | Mamon | mitchellmamon@gmail.com | Hinge, Tinder |
| 3488 | Jarrod | Lutz | jalutz910@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3489 | Tamara | Buss | buss.tamara@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3490 | Kurt | Wickboldt | wickboldt.kurt@gmail.com | Hinge, Tinder |
| 3491 | Veronica | Bryant | vfinley4986@yahoo.com | OkCupid, Match, Plenty of Fish |
| 3492 | Graham | Marcy | grahammarcy21@gmail.com | OkCupid, Hinge, Tinder |
| 3493 | Michael | Lewis | aquaman.mlw@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3494 | Matthew | Ventrelli | matthew.ventrelli@sbcglobal.net | Hinge, Tinder |
| 3495 | Kaitlyn | Stoll | stollkaitlyn@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3496 | Anthony | Martinez | amartinez1a2b8@gmail.com | OkCupid |
| 3497 | Stephanie | Estrada | anestamoby@gmail.com | Tinder, Match |
| 3498 | Trace | Hiyama | tracehiyama@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3499 | Matthew | Wischoeffer | mwischoeffer@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3500 | Grace | Helms | graceispeachy@gmail.com | Hinge, Tinder |
| 3501 | Christopher | Horan | choran24@hotmail.com | Tinder |
| 3502 | Ronald | Brown III | webite86@gmail.com | OkCupid, Tinder, Match |
| 3503 | Ryne | Moen | ryne.moen@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3504 | Joshua | Cruz | joshcruz428@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3505 | Lauren | Hill | lauremmaluc@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 3506 | Antonina | Lunetta | ninalunetta21@gmail.com | Hinge, Tinder, Match |
| 3507 | Kaitlyn | Kasper | kasper.kaity@gmail.com | Hinge, Tinder |
| 3508 | Amy | Black | amykblack@gmail.com | Tinder |
| 3509 | Nicola | Mccafferty | mccaffen@bc.edu | Tinder |
| 3510 | Tricia | Thrasher | triciathrasher93@gmail.com | Hinge, Tinder |
| 3511 | Shayne | Phillips | enyahs94@gmail.com | Hinge, Tinder |
| 3512 | Elizabeth | Ellis | elizabethellisarts@gmail.com | Match |
| 3513 | Martha | Deetjen | martha@iwantcandy.us | OkCupid, Tinder, Match, Plenty of Fish |
| 3514 | Nancy | Landrum | nelandrum@gmail.com | OkCupid |
| 3515 | Emily | Torrey | emilyktorrey@gmail.com | Hinge, Tinder |
| 3516 | Trevor | Sande | trevor.m.sande@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3517 | Alana | Peters | ahpeters@msn.com | OkCupid, Hinge, Tinder |
| 3518 | Allan | Lake | allanlake4@gmail.com | Hinge, Tinder |
| 3519 | Ari | Jacobson | thisoneis4spam@gmail.com | Hinge, Tinder |
| 3520 | Geoffrey | Sutherland | gsutherland8030@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3521 | Jennifer | Howe | jenniferphowe@gmail.com | Hinge, Tinder |
| 3522 | Joanna | Harper | joanna7933@comcast.net | Match, Plenty of Fish, OurTime |
| 3523 | Emma | Hruby | wavesgirl08@gmail.com | Hinge, Tinder |
| 3524 | Toya | Mitchell | toyamit@yahoo.com | OkCupid |
| 3525 | Gaurav | Surampudy | gsurampudy@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3526 | Gabriela | Roman | gabrom@umich.edu | Tinder |
| 3527 | Jordan | Saulsberry | jsaulsb@gmail.com | Tinder |
| 3528 | Jonathan | Diaz | jhdiaz1984@gmail.com | OkCupid, Tinder |
| 3529 | Victoria | Vargas | vicv92@yahoo.com | OkCupid, Hinge, Tinder |
| 3530 | Tali | Gleiser | tali.gleiser@gmail.com | Hinge, Tinder |
| 3531 | Felix | Deiss | fdeiss@gmail.com | Hinge, Tinder |
| 3532 | Malikah | Muhammad | malikahmuhammad530@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3533 | Sylvia | Sarver | sylviasarver@icloud.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3534 | Brett | Mcmahon | brett.mcmahon@snc.edu | Tinder |
| 3535 | Robert | Kelsey | rtkelsey13@gmail.com | Tinder |
| 3536 | Allyson | Zelinski | allysonz78@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3537 | David | Preston | david.ga.preston@gmail.com | Tinder |
| 3538 | Dylan | Derrickson | dderrickson@live.com | Hinge, Tinder, Plenty of Fish |
| 3539 | Matthew | Current | currentmatthew@gmail.com | Tinder |
| 3540 | Christie | Kay | ckaybella2@gmail.com | OkCupid, Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3541 | Veronica | Vasto | vvasto@gmail.com | Hinge, Tinder |
| 3542 | Krystal | Perez | krystalaperez@hotmail.com | Plenty of Fish |
| 3543 | Alicia | Mcneaney | roxidoll60552@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3544 | Jeremy | Nelson | jeremynelson1987@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3545 | Meredith | Hawley | merhawley8@gmail.com | Hinge, Tinder |
| 3546 | Michael | Pietruszynski | mikepetro18@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 3547 | Geoffrey | Glass | macglass19@gmail.com | Hinge, Tinder |
| 3548 | Kristen | Costello | kcostello41@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3549 | Andrew | Diz | diz.andrew@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3550 | Dylan | Diomede | dylandiomede@gmail.com | OkCupid, Tinder |
| 3551 | Carmen | Jurado | namesome787@gmail.com | Plenty of Fish |
| 3552 | Stephanie | Peters | stephmichelle0302@gmail.com | Hinge |
| 3553 | Carlee | Quagliano | kujie22@ymail.com | Hinge, Tinder |
| 3554 | Ryan | Gleeson | rgleeson4@gmail.com | Tinder |
| 3555 | Marsha | Stern | mksa19@comcast.net | OurTime |
| 3556 | Elizabeth | Rivera | lizmonique@icloud.com | Hinge, Tinder |
| 3557 | Cassandra | Manrique | cmanrique1221@gmail.com | Tinder |
| 3558 | Marley | Rosario | marley@mainstreet.one | Hinge, Tinder |
| 3559 | Elizabeth | Goldrick | goldrick1607@gmail.com | Hinge, Tinder, Match |
| 3560 | Monica | Arbetman | monicaarbetman@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3561 | Aubra | Ladd | aubraladd@yahoo.com | OkCupid, Hinge, Tinder |
| 3562 | Desmond | Rogers | eeoman@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3563 | Sam | Evans | patrick.star@uchicago.edu | OkCupid, Hinge, Tinder |
| 3564 | Lora | Benson | lora.benson@rocketmail.com | Plenty of Fish |
| 3565 | Vita | Reid | vita_reid@yahoo.com | Plenty of Fish |
| 3566 | Dovie | Fort | deviousdiva801@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3567 | Ian | Zapata | zapataib@yahoo.com | Tinder, Match |
| 3568 | Mark | Patron | mario7man@gmail.com | Tinder |
| 3569 | Dearryka | Williams | dearryka.williams@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3570 | Teagan | Probst | teprobs@gmail.com | Hinge, Tinder |
| 3571 | Roxie | Neubaum | roxanne.neubaum1@gmail.com | Tinder |
| 3572 | Dana | Ohm | ohm.dana@yahoo.com | Hinge |
| 3573 | Marvin | Lim | marvin.k.lim@gmail.com | Tinder |
| 3574 | Jacob | Greenberg | jacobgreenbergmusic@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3575 | Christopher | Hein | chein7606@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3576 | Megan | Chamerski | chamerskim@gmail.com | Tinder, Plenty of Fish |
| 3577 | Andrea | Tamboureas | andiet2@aol.com | OkCupid, Match, OurTime |
| 3578 | Kate | Stewart | knstewart92@gmail.com | Hinge, Tinder |
| 3579 | Katlynn | Carson | katlynnalblinger@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3580 | Ajapa | Sharma | ajapasharma@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3581 | Evan | Lian | evan.lian92@gmail.com | Hinge, Tinder |
| 3582 | Jeanelle | Sims | jeanelle.sims@gmail.com | OkCupid, Hinge, Tinder, BLK |
| 3583 | Ryan | Closser | ryanclosser@gmail.com | Hinge, Tinder |
| 3584 | Courtney | Hrejsa | chrejsa@gmail.com | OkCupid, Hinge |
| 3585 | Duohan | Dominiak | dominiak.duohan@gmail.com | Hinge, Tinder |
| 3586 | Teddy | Warner | teddy.warner3@gmail.com | Hinge, Match |
| 3587 | Thomas | Connolly | thomasconnolly123456789@gmail.com | Match |
| 3588 | Brianna | Holmes | bmh1994@sbcglobal.net | Hinge, Tinder |
| 3589 | Nelly | Rakowski | nelly.rakowski@gmail.com | Hinge |
| 3590 | Brianna | Mcnamee | bcmcnamee@gmail.com | Hinge |
| 3591 | Trishla | Shah | trishla.s2311@gmail.com | Tinder |
| 3592 | Ben | Macke | benjinmacke@gmail.com | Hinge, Tinder |
| 3593 | Amanda | Harris | awh0214@gmail.com | Match |
| 3594 | Benson | Cook | benson.cook@mail.mcgill.ca | Hinge, Tinder |
| 3595 | Eden | Connor | edencanpaint@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3596 | Craig | Miller | craigv.02@gmail.com | OkCupid, Hinge, Tinder, Match, BLK |
| 3597 | Natalie | Bauer | natjbauer@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3598 | Olivia | Kuncio | oliviakuncio@gmail.com | Hinge, Tinder |
| 3599 | Sydney | Layne | sydneylayne1120@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3600 | Melinda | Mcintire | melinda.mcintire@gmail.com | OkCupid, Hinge, Tinder |
| 3601 | Danielle | Grimes | danitgrimes@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3602 | Amanda | Mostacchio | amostacchio@gmail.com | Tinder |
| 3603 | Leslie | Beebe | madsweetness311@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3604 | Anthony | Bennett | gamemasterajb@gmail.com | OkCupid, Tinder |
| 3605 | Steffanie | Dupree | twoeffs@yahoo.com | Hinge, Tinder, Match |
| 3606 | Kyle | Clemente | kclemente11@me.com | Tinder |
| 3607 | Warren | D'Souza | warrendsouza2@gmail.com | Hinge |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 3608 | Veronica | Sallaz | vsallz@aol.com | OkCupid, Hinge, Tinder |
| 3609 | Fernando | Angelucci | fernando.o.angelucci@gmail.com | Hinge, Tinder |
| 3610 | Mathew | Balasa | mat.balasa230@yahoo.com | OkCupid, Tinder |
| 3611 | Jeremy | Hsueh | hsuehjeremy@gmail.com | Tinder |
| 3612 | Michael | Williams | mw727441@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime, Chispa, BLK |
| 3613 | Jacob | Lange | jlange499@gmail.com | Hinge, Tinder |
| 3614 | Jonathan | Vargas | jonvargas2022@gmail.com | OkCupid, Hinge, Tinder |
| 3615 | Claire | Feeney | claire.feeney@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3616 | Terry | Pasquale | tcpasquale@gmail.com | Hinge, Tinder |
| 3617 | Daniel | Reynolds | dcullenreynolds@gmail.com | Hinge, Tinder |
| 3618 | Faria | Morshed | aurpa92@gmail.com | Hinge, Tinder |
| 3619 | Sendrea | Penaflor | smae3097@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 3620 | Song | Gao | song.gao.103@gmail.com | OkCupid, Tinder, Match |
| 3621 | William | Best | wjcb07@gmail.com | OkCupid, Hinge, Tinder |
| 3622 | Ali | Barto | abarto195@gmail.com | Tinder, Plenty of Fish |
| 3623 | Steven | Chen | steven.aj.chen@gmail.com | Tinder |
| 3624 | Courtney | Robinson | courtchan1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3625 | Steven | Wear | wear.steven@gmail.com | Hinge, Tinder |
| 3626 | Pamela | Solares | pmsolares325@gmail.com | OkCupid, Hinge, Tinder |
| 3627 | Matthew | Mcgann | oddskinjob@gmail.com | OkCupid, Hinge, Tinder |
| 3628 | Sara | Stehlik | sara.stehlik@gmail.com | Hinge, Tinder |
| 3629 | Melis | Solaksubasi | melissolaksubasi@gmail.com | OkCupid, Hinge, Tinder |
| 3630 | Jim | Bochnowski | jjbochnow@gmail.com | OkCupid, Tinder |
| 3631 | Katherine | Knoepke | katherineforst@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3632 | Katie | Rossi | rossi.katie@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3633 | Miranda | Dalton | mirzilla@yahoo.com | OkCupid, Tinder |
| 3634 | Ashley | Miller | uxashleymiller@gmail.com | OkCupid |
| 3635 | Gigi | Gonzalez | gabrgonz8@gmail.com | Hinge, Tinder |
| 3636 | Katarina | Demartini | kat2493@gmail.com | Hinge, Tinder |
| 3637 | Dereck | Shi | shikid2@yahoo.com | Hinge, Tinder |
| 3638 | William | Connor | ryanconnor1234@gmail.com | Hinge, Tinder |
| 3639 | Sergio | Galvez | sergiogalvezd@yahoo.com | OkCupid, Hinge, Tinder, Chispa |
| 3640 | Lauren | Polito | laurenpolito12@gmail.com | Hinge, Tinder |
| 3641 | Jessica | Elliott | jessiek84@gmail.com | Tinder, Match, Plenty of Fish |
| 3642 | Carson | Cates | thecarsoncates@gmail.com | OkCupid, Hinge, Tinder |
| 3643 | Anya | Solotaire | a.solotaire@gmail.com | OkCupid, Hinge, Tinder |
| 3644 | Gwyneth | Forsythe | gwyneth.forsythe@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3645 | Briana | Mitchell | briana.mitchell789@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 3646 | Susana | Cardenas-Soto | susana.cardenassoto@gmail.com | OkCupid, Hinge, Tinder |
| 3647 | Zachary | Kammerer | zakam88@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3648 | Ashley | Raphael | ashraphael@outlook.com | OkCupid, Hinge, Tinder |
| 3649 | Katie | Arvia | katiearvia@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 3650 | Hilary | Sanford | mzhsanford@yahoo.com | Match |
| 3651 | Olivia | Ward | haiimliv@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3652 | Cedric | Casimier | pcasimier@yahoo.com | OkCupid, Hinge, Tinder |
| 3653 | Jonathan | Rockhill | rock610@gmail.com | Hinge, Tinder |
| 3654 | Leslie | Kane | justredleslie@gmail.com | OkCupid, Tinder |
| 3655 | Victoria | Deblase | vickiedeblase@aol.com | OkCupid |
| 3656 | Stacie | Spindler | stacieinnola@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 3657 | Samantha | Trotta | samanthatrotta@yahoo.com | OkCupid, Hinge |
| 3658 | Nicole | Wilson | njwilson79@gmail.com | OkCupid, Hinge, Tinder |
| 3659 | Kristian | Williams | ktwilliams9742@yahoo.com | OkCupid, Tinder |
| 3660 | Rachel | Gray | regray16@gmail.com | OkCupid, Tinder |
| 3661 | Julie | Fruciano | jfruci125@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3662 | Rachael | Nass | rachaelnass@gmail.com | Hinge, Tinder |
| 3663 | Patricia | Jakab | carlsonpatti3@gmail.com | OkCupid, Hinge, Tinder |
| 3664 | Chloe | Maguigad | chloe@maguigad.com | Hinge, Tinder |
| 3665 | Bianca | Taylor | sangochan114@yahoo.com | OkCupid, Hinge, Tinder |
| 3666 | Jon | Ray | jonray23@hotmail.com | OkCupid, Tinder, Match |
| 3667 | Eileen | Rohan | e.rohan13@gmail.com | Hinge, Tinder |
| 3668 | James | Papandria | jamespapandria@outlook.com | Tinder |
| 3669 | Lindsey | Johnson | lindsey.alyse@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 3670 | August | Hastings | augustchastings@gmail.com | OkCupid, Tinder |
| 3671 | Matthew | Keller | matthew.j.keller@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3672 | Debra | Coe | debcoe20@gmail.com | OkCupid, Tinder, Match, OurTime |
| 3673 | Joshua | Friedman | jfriedman0121@gmail.com | OkCupid, Hinge, Tinder |
| 3674 | Geoffrey | Coe | gcoe13@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3675 | Jordan | Coe | jscoe151@gmail.com | Tinder |
| 3676 | Kenny | Shaevel | kmshaevel@gmail.com | Tinder |
| 3677 | Corinne | Zollinger | corinne.michelle.zollinger@gmail.com | Tinder |
| 3678 | Elizabeth | Hamer | elizabethahamer@gmail.com | Hinge, Tinder |
| 3679 | Javier | Castro | jrcastrodesign@gmail.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 3680 | Emily | Nott | emznott@gmail.com | OkCupid, Tinder |
| 3681 | Gwendolyn | Hassan | gwenhassan@yahoo.com | OkCupid, Hinge, Match, OurTime |
| 3682 | John | Stewart | jdstewey@yahoo.com | OkCupid, Match |
| 3683 | Janessa | Fulghum | janessa_fulghum@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 3684 | Marie | Chesaniuk | mariechesaniuk@gmail.com | Tinder |
| 3685 | Pedro | Solis | pedro3035@gmail.com | Tinder, Match, Chispa |
| 3686 | Molly | Messner | mollmess@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3687 | Dominic | Rivera | domorivera7@gmail.com | Tinder, Plenty of Fish |
| 3688 | Milos | Milutinovic | milos986@yahoo.com | OkCupid, Tinder, Match |
| 3689 | Ellie | Grondwalski | elliegrondwalski@gmail.com | Hinge |
| 3690 | Grace | Okerson | grace_okerson@yahoo.com | Hinge, Tinder, BLK |
| 3691 | Debra | Schmall | dasi68@msn.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3692 | Laura | Elk-Weist | lauelk@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3693 | Karen | Rothstein Pineda | krn.rothstein@gmail.com | OkCupid, Hinge, Tinder |
| 3694 | Jolien | Connor | jolien.connor@gmail.com | Tinder, Plenty of Fish |
| 3695 | Paige | Matacchiera | pmatacchiera@gmail.com | Hinge, Tinder |
| 3696 | Carissa | Remitz | carissa@wagstaffmktg.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3697 | Sara | Schmidt | pizzawithsara@gmail.com | OkCupid, Hinge, Tinder |
| 3698 | Julie | Campbell | scheetz2000@yahoo.com | Match |
| 3699 | Saad | Khaleel | saadkhaleel@outlook.com | OkCupid, Hinge, Tinder, Chispa |
| 3700 | Richard | Patton | rmatthewpatton@gmail.com | Hinge, Tinder |
| 3701 | Kim | Olson | olsonkimm@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3702 | Karolina | Kozakiewicz | karolina_kozakiewicz@yahoo.com | OkCupid, Match, Plenty of Fish |
| 3703 | David | Zabriskie | dazabriskie@gmail.com | OkCupid, Tinder |
| 3704 | Wendy | Woodward | wwoodward@hotmail.com | Match |
| 3705 | Gerald | Farinas | gfarinas@gmail.com | OkCupid, Tinder |
| 3706 | Kevin | Kubik | kevinmkubik.kmk@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3707 | Suzanne | Donnelly | anditron@gmail.com | OkCupid, Hinge, Match |
| 3708 | Marlene | Chavez | marlene.chavez22@gmail.com | OkCupid, Tinder |
| 3709 | Gregory | Fitzpatrick | gregf5869@gmail.com | Tinder |
| 3710 | Shawna | Clay | lucascalvin87@gmail.com | OkCupid |
| 3711 | Irene | Krygowski | inkrygowski@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3712 | Octavio | Ocampo | beansmagee@yahoo.com | OkCupid, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3713 | Ashlee | Conner | conner.ashlee@ymail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 3714 | Blair | Himes | blhimes1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3715 | Stephanie | Saracco | stephaniesaracco@yahoo.com | Tinder, Plenty of Fish |
| 3716 | Kathleen | Cerrito | kmc5509@aol.com | Tinder, Plenty of Fish, OurTime |
| 3717 | Steven | Twitchell | s.twitchell1998@gmail.com | Tinder, Match, Plenty of Fish |
| 3718 | Robert | Liszeo | massager22@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3719 | Jessica | Chong | soohyun.raindancer@gmail.com | OkCupid, Hinge, Tinder |
| 3720 | Elizabeth | Miller | elizabeth_e_miller@hotmail.com | Match, Plenty of Fish, OurTime |
| 3721 | Michael | Gwede | mgwede7@gmail.com | Hinge, Tinder |
| 3722 | Jennifer | Schreiner | schreinerjenn@gmail.com | Hinge, Tinder |
| 3723 | Michael | Barnett | ironcurtain.mb@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3724 | Kerrian | Miller | kerrimiller.km@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3725 | Daniel | Lumbley | dlumbley90@gmail.com | Tinder |
| 3726 | Kortoney | Gaff | kortgaff@gmail.com | OkCupid, Tinder, Match |
| 3727 | Tracy | Fleshman | divinefoxhealing@gmail.com | OkCupid, Hinge, Tinder |
| 3728 | Andrew | Phillips | andrewphillips20@augustana.edu | OkCupid, Hinge, Tinder |
| 3729 | Amanda | Staley | staleyak@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3730 | Rebekah | Scher | rjscher55@gmail.com | OkCupid, Hinge, Tinder |
| 3731 | Christopher | Ransdell | ransdellc@gmail.com | Hinge, Tinder |
| 3732 | Emily | Parduhn | emp1724@gmail.com | Tinder |
| 3733 | Melissa | Medin | melissamedin77@gmail.com | Hinge, Tinder |
| 3734 | Michael | Hughes | bb_mayo@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3735 | John | Lerchen | jclerchen@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3736 | Terry | Howland | terry14k@hotmail.com | Tinder, Match, Plenty of Fish |
| 3737 | Courtney | Bandemer | courtney.bandemer@gmail.com | Hinge |
| 3738 | Connie | Brown | connieobrown@gmail.com | OkCupid, Match |
| 3739 | Doug | Mcgoldrick | doug@dougphoto.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3740 | Jill | Wilhite | jill.wilhite.baron@gmail.com | OkCupid, Hinge, Tinder |
| 3741 | Fei Hao | Luwis | fei.luwis@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3742 | Noah | Braver | noahbraver79@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3743 | Scott | Ablin | scott.ablin@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish, OurTime |
| 3744 | Dylan | Defabio | dylandefabio@gmail.com | OkCupid, Hinge, Tinder |
| 3745 | Kristen | Froese | kristenmayfroese@gmail.com | Hinge, Tinder |
| 3746 | Abigail | Southard | baxsouthard@gmail.com | OkCupid, Hinge, Tinder |
| 3747 | Peyton | Bergmann | bergmannpictures@gmail.com | Tinder |
| 3748 | Alex | Macmillan | oakparkalex@gmail.com | Hinge, Tinder |
| 3749 | Peta | Silva | petadsilva@gmail.com | Hinge, Tinder |
| 3750 | Marius | Berner | marberner@yahoo.com | Tinder |
| 3751 | Ashley | Blumenthal | dabps710@hotmail.com | Hinge, Tinder |
| 3752 | Chris | Heine | chris@ideaspluslogic.com | Hinge, Match, Plenty of Fish, OurTime |
| 3753 | Samantha | Dudek | samdudekschool@gmail.com | Hinge, Tinder |
| 3754 | Sara | Holland | sarajaneholland@yahoo.com | Hinge, Tinder |
| 3755 | Eve | Smith | eve.m.smith7@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3756 | Anna | Johnson | helloannaelizabeth@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3757 | John | Dubil | johndubil83@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3758 | Jessica | Rudolph | jessreanne@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3759 | Ivan | Almanza | ivanalmanza98@gmail.com | Hinge, Tinder |
| 3760 | Abisola | Alade | abisolaalade7@gmail.com | Hinge, Tinder |
| 3761 | Neal | Stevens-Jackson | nstevjack@gmail.com | Hinge, Tinder |
| 3762 | Justa | Zeno | jzeno78@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3763 | Kate | Jordan | kjn11308@gmail.com | Tinder, Plenty of Fish |
| 3764 | Monica | Patel | monica.patel917@gmail.com | OkCupid, Hinge, Tinder |
| 3765 | Bethany | Blanton | bblanton23@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 3766 | Robert | Miller | robertjmiller68@gmail.com | OkCupid, Match, Plenty of Fish |
| 3767 | Helen | Kash | helenmkash@aol.com | OkCupid, Hinge, Tinder |
| 3768 | Nathan | Sarver | goldendragon2013.12@gmail.com | Tinder |
| 3769 | Julia | Zuniga Alzamora | jlandon@iwu.edu | Tinder |
| 3770 | Shyam Sundar | Ramakrishnan | shyamsundar1010@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3771 | Vanessa | Hanstad | vanesshanstad@gmail.com | Match, Plenty of Fish, OurTime |
| 3772 | Eric | Broten | avcodfx0@gmail.com | OkCupid, Tinder, Match |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3773 | Renee | Hangartner | drrenee.hangartner@athansandassociates.net | Hinge, Tinder, Match |
| 3774 | Jennifer | Beaulieu | jennifer.r.beaulieu@gmail.com | Hinge, Tinder |
| 3775 | Laura | Jarosz | mad4damouse@gmail.com | OkCupid, Match |
| 3776 | Tolu | Oladini | tolu.oladini@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3777 | Ryan | Howington | rhowington31@yahoo.com | OkCupid, Hinge, Tinder |
| 3778 | Victoria | Hattaway | victoria.hattaway@gmail.com | Hinge, Tinder, Match |
| 3779 | Hannah | Tate | hetate@udel.edu | Hinge |
| 3780 | Erica | Svojse | esvojsecarrillo@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 3781 | Jacob | Boglio | jacobboglio@yahoo.com | Tinder |
| 3782 | Bridget | Gittemeier | blimegreen4me@gmail.com | Hinge, Tinder |
| 3783 | Thomas | Diehl | thomassdiehl@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3784 | Petraitis | Adam | adam.petraitis@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 3785 | Robin | Cole | rbcole223@gmail.com | OkCupid, Match, Plenty of Fish |
| 3786 | Jordan | Butler | jmb60411@gmail.com | OkCupid, Hinge, Tinder, BLK |
| 3787 | Tyler | Zimel | tyler.zimel@gmail.com | OkCupid, Hinge, Tinder |
| 3788 | Diane | Metzger | diane.metzger@comcast.net | Plenty of Fish, OurTime |
| 3789 | Anna | Schurr | annieschurr@gmail.com | Tinder |
| 3790 | Steve | Graham | stevecracker@gmail.com | Tinder |
| 3791 | Brittany | Bogdan | bbogdan311@gmail.com | Hinge, Tinder |
| 3792 | David | Gannon | gannond1@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3793 | Terra | Schultz | terradschultz@gmail.com | OkCupid, Tinder, Match |
| 3794 | Cozette | Otubusin | otubusincozette@gmail.com | OkCupid, Hinge, Tinder |
| 3795 | Jaron | Nordman | jaronmnordman@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3796 | Aletra | Nicholson | aletrad@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3797 | Kelli | Lynch | vinylgirl22@yahoo.com | OkCupid, Match |
| 3798 | Paula | Mcconnell | luvstar1204@gmail.com | Tinder, Match, BLK |
| 3799 | Dennis | Padua | dennis.padua@gmail.com | Hinge, Tinder |
| 3800 | Ethan | Jantz | ethan.jantz@gmail.com | Hinge, Tinder |
| 3801 | Heather | Mayes | heathermayes@comcast.net | Match, Plenty of Fish |
| 3802 | Ruth | Nelson | ashley@uwalumni.com | OkCupid, Hinge, Tinder, Match |
| 3803 | Jessica | Jenkot | jmj2468@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 3804 | Sonya | Gonzalez | sunni45us@yahoo.com | OkCupid, Hinge, Match, Plenty of Fish, BLK |
| 3805 | Heather | O'Brien | heatherlclarke93@gmail.com | Tinder |
| 3806 | Katelyn | Ferrelli | katelyndferrelli@outlook.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3807 | Hannah | Nelson | nelsonh6819@gmail.com | Hinge |
| 3808 | Kia | Benion | kia.benion@gmail.com | Hinge |
| 3809 | Emily | Guernsey | eguernsey13@gmail.com | Hinge, Tinder |
| 3810 | Reilly | Bennett | bennettreilly30@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3811 | Adam | Peoples | 94adamtp@gmail.com | OkCupid, Plenty of Fish |
| 3812 | Jen | Hurley | jenhurleyswa@gmail.com | Hinge, Tinder, Match |
| 3813 | Rachel | Maddox | rachel.maddox@gmail.com | Hinge, Tinder |
| 3814 | Briana | Utria | brianautria@gmail.com | Hinge, Tinder |
| 3815 | Sandra | Jackson-Opoku | jacksonopoku@gmail.com | Match, Plenty of Fish |
| 3816 | Fenua | Ibabao | fenua@fenuaibabao.com | Tinder |
| 3817 | Michael | Erickson | ericksonm648@gmail.com | Hinge |
| 3818 | Courtney | Firak | cfirak@gmail.com | OkCupid, Match |
| 3819 | Brianne | Gidcumb | brianne.marie10@gmail.com | OkCupid, Hinge, Tinder |
| 3820 | Mary | Zimmerman | zimms1948@aol.com | OkCupid, Match, Plenty of Fish |
| 3821 | Cory | Anderson | corya166@gmail.com | Hinge |
| 3822 | Dana | Wexler | dana@dnwluxehair.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3823 | Monica | Bates | nica3404@gmail.com | Tinder, Plenty of Fish |
| 3824 | Ariel | Allen | ari.allen0113@gmail.com | Hinge, Plenty of Fish |
| 3825 | Collin | Wilson | calvin89@gmail.com | Hinge, Tinder, Match |
| 3826 | Rachel | Thomas | leahpebbles@gmail.com | Tinder, Plenty of Fish |
| 3827 | Grace | Anderson | itchyrules@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 3828 | Kristen | Doss | scorpiella@yahoo.com | OkCupid, Tinder, Match |
| 3829 | Brice | Shatzer | brice.shatzer@gmail.com | OkCupid, Hinge, Tinder |
| 3830 | Douglas | Kondor | dougkondor@gmail.com | OkCupid, Plenty of Fish |
| 3831 | Princess | Malik | alshafiwellness@gmail.com | Plenty of Fish |
| 3832 | Jack | Saul | jns6397@gmail.com | Hinge, Tinder |
| 3833 | Jesse | Rubo | rubojesse@yahoo.com | Tinder |
| 3834 | Sara | Neitzke | neitzke2043@gmail.com | OkCupid, Tinder, Match |
| 3835 | Octavia | Smith | octaviac818@icloud.com | Plenty of Fish |
| 3836 | Thomas | Vaultonburg | vaultonburg@gmail.com | OkCupid |
| 3837 | Kristy | Butler | kristy.katize@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3838 | Ena | Carson | ena3000@me.com | OkCupid, Plenty of Fish |
| 3839 | Kelsey | Pugh | kelseydpugh@gmail.com | Hinge |
| 3840 | Jillian | Neyhart | jillianprice@hotmail.com | Plenty of Fish |
| 3841 | Dalton | Irwin | dmi0329@gmail.com | Tinder |
| 3842 | Melissa | Hayes | melissa.av.hayes@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3843 | Zaylana | Irwin | zaylabear@gmail.com | OkCupid, Tinder |
| 3844 | Clifton | Butler | cbutlerjths@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3845 | Savannah | Trischler | sltrischler@gmail.com | OkCupid, Hinge, Tinder |
| 3846 | Rodney | Taylor | rodtaylord@gmail.com | Hinge, Tinder |
| 3847 | Valdemar | Martinez | valdemar_ms12@yahoo.com | OkCupid, Tinder |
| 3848 | Dominique | Cole | domsimcole@gmail.com | Hinge, Tinder, BLK |
| 3849 | Margaret | Opoka | mopoka11@gmail.com | Hinge, Tinder |
| 3850 | Lois | Tuman | loistuman@gmail.com | OkCupid, Tinder |
| 3851 | Ethan | Kuruc | plszewno@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3852 | Rebecca | Novak | rebecca432@gmail.com | Tinder |
| 3853 | Christopher | Theilken | cwt6850@gmail.com | Tinder, Plenty of Fish |
| 3854 | Jennie | Macpherson | macpherson.jennie@gmail.com | Tinder |
| 3855 | Davis | Cox | thatnaysayer@gmail.com | OkCupid, Hinge, Tinder |
| 3856 | Dana | Jasper | djasper1984@gmail.com | OkCupid, Hinge, Tinder |
| 3857 | Stephanie | Frank | sfrank@colum.edu | OkCupid, Hinge |
| 3858 | Angela | Winfield | winfield.angela@yahoo.com | Tinder, Match, Plenty of Fish |
| 3859 | Sean | Abbott | seancabbott@gmail.com | Tinder |
| 3860 | Jessica | Leahy | jessleahy3@gmail.com | OkCupid, Tinder |
| 3861 | Maggie | Nielsen | maggienielsen3195@gmail.com | Hinge, Tinder |
| 3862 | Jordan | Blaskey | jordanblaskey@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3863 | Emily | Marder | ejmarder@gmail.com | OkCupid, Tinder |
| 3864 | Joseph | Straka | jjs3@icloud.com | Tinder, Match, Plenty of Fish, OurTime |
| 3865 | Emily | Sapp | emilylsapp@gmail.com | Hinge, Tinder |
| 3866 | Marcus | Prado | marcushprado@yahoo.com | Hinge, Tinder |
| 3867 | Brandon | Mixer | bisonlordgod@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3868 | Victoria | Jackson | vsjackson11@gmail.com | OkCupid, Tinder, Match |
| 3869 | Maribel | Salgado | bellasalgado00@gmail.com | Tinder, Match, Chispa |
| 3870 | Kevin | Olson | kevolso1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3871 | Brendan | Kim | sahnee1996@gmail.com | Hinge, Tinder |
| 3872 | Nina | Conner | cninaricci@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 3873 | Caitlin | Barrett | caitmbarrett@gmail.com | Hinge, Tinder |
| 3874 | Jessica | Romanowski | witchydrifts@gmail.com | Tinder |
| 3875 | Dana | Behnke | dana@dbdesignplus.com | OkCupid, Hinge, Tinder, Match |
| 3876 | Chris | Walker | killxbills@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 3877 | Wesley | Lynch | quickwit29@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3878 | Jordan | Kubitz | kubitzguy@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3879 | Bonnie Jean | Hale | bonniejeanxyz@gmail.com | Match, Plenty of Fish |
| 3880 | Michele | Beaulieux | michelewhite@ameritech.net | OkCupid |
| 3881 | James | Moberg | jamesmoberg6@gmail.com | Tinder |
| 3882 | Amber | Winborn | amberwxoxo@gmail.com | BLK |
| 3883 | Denise | Paradise | denise.paradise@yahoo.com | OkCupid, Plenty of Fish |
| 3884 | Mark | Myers | mmyers25@yahoo.com | OkCupid |
| 3885 | Tyler | Lange | howdoesonebecomeanicon@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3886 | Jessica | Bergmann | jlbergm@gmail.com | Hinge, Match |
| 3887 | Elizabeth | Flemke | lizflemke@gmail.com | OkCupid, Hinge, Tinder |
| 3888 | Gregory | Segal | gregoryqsegal@gmail.com | Hinge, Tinder |
| 3889 | Dakota | Hungerford | dakbrae2@yahoo.com | Tinder |
| 3890 | Monique | Chase | mo.chase@gmail.com | OkCupid, Hinge, Tinder |
| 3891 | Angelita | Rogers | angelitarogers@hotmail.com | Match, Plenty of Fish |
| 3892 | Samantha | James | jakobnmaddie@gmail.com | OkCupid, Hinge, Tinder |
| 3893 | Stephanie | Foster | sfoster8740@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 3894 | Andrea | Freeman | afreeman5566@gmail.com | OkCupid |
| 3895 | Robert | Craig Jr | rhcraig21@gmail.com | Tinder, Plenty of Fish |
| 3896 | Miquela | Cruz | miquela.a.cruz@gmail.com | OkCupid, Tinder |
| 3897 | Jaclyn | Baughman | jaclyn.brene@gmail.com | OkCupid, Hinge, Tinder |
| 3898 | Sage | Thomas | sagethomas98@gmail.com | Hinge, Tinder |
| 3899 | Tom | Small | tomsmall425@gmail.com | OkCupid, Hinge, Tinder |
| 3900 | Cameron | Pults | cameronmicahp@gmail.com | OkCupid |
| 3901 | Riley | Mcgee | rileymcgee17@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3902 | Katherine | Kuhns | katielkuhns@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3903 | Monika | Piotrowicz | hothoneystudio@gmail.com | Hinge, Tinder |
| 3904 | Kellie | Towers | kelliestowers@gmail.com | Tinder, Match, Plenty of Fish |
| 3905 | Christopher | Cole | ecobox@me.com | Hinge |
| 3906 | Victoria | Harmon | vjharmon09@gmail.com | OkCupid, Hinge, Tinder |
| 3907 | Marjorie | Mitilineos | juliandyma@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3908 | Jeremiah | Brown | jerryclay.b@gmail.com | Hinge, Tinder |
| 3909 | Erica | Kenney | ekenney94@gmail.com | Hinge, Tinder |
| 3910 | Jessa | Vargas | teethfriend15@gmail.com | OkCupid, Hinge, Tinder |
| 3911 | Lanaya | Rattler | lanaya991@gmail.com | Tinder, Plenty of Fish, BLK |
| 3912 | Rhoby | Vanderlip | rhobyanne@hotmail.com | Tinder, Match |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3913 | Bobby | Metzinger | bobby.metzinger.1@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3914 | Jamine | Anyasor | bossbabes101@aol.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 3915 | Tracy | Popp | tmpopp@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3916 | Angela | Ellis | angelaellislpn@icloud.com | OkCupid, Tinder, Plenty of Fish |
| 3917 | Mary | Morsovillo | gardnerm35@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 3918 | Patricia | Mackenzie | amrcn3@yahoo.com | Match |
| 3919 | Justin | Miller | jmillerer@gmail.com | OkCupid, Tinder |
| 3920 | Anna | Miller | anna11388@yahoo.com | OkCupid |
| 3921 | Sarah | Greer | greer.sarah.elizabeth@gmail.com | OkCupid, Hinge, Tinder |
| 3922 | Tracy | Smith | mstracysmith@yahoo.com | Tinder |
| 3923 | Latrisha | Peterson | lilchef_79@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, BLK |
| 3924 | Jeanna | Brown | jeanna-brown@hotmail.com | Match |
| 3925 | Jaidalyn | Rand | j_rand8986@msn.com | Tinder, Match, BLK |
| 3926 | Jasmine | Johnson | asher.ashton.annaliese@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3927 | Matthew | Russian | russian720@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 3928 | Eric | Lavender | ericrlavender@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3929 | Barbara | Skeens | brskeens@gmail.com | Match, Plenty of Fish, OurTime |
| 3930 | Daniel | Wojtasik | danwojo0426@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3931 | Sylvia | Johnson | sylviatj97@gmail.com | Tinder, BLK |
| 3932 | Daniel | Schulz | dan.adam.schulz@gmail.com | OkCupid, Tinder |
| 3933 | Anna | Mccrerey | annamccrerey@gmail.com | Hinge, Tinder, Plenty of Fish |
| 3934 | Lacey | Sudduth | laceysudduth@gmail.com | Tinder, Chispa |
| 3935 | David | Hunt | david.hunt86@gmail.com | OkCupid, Hinge, Tinder |
| 3936 | Naomi | Clark | clarknaomi7@gmail.com | Hinge, Tinder |
| 3937 | Kyle | Friestedt | kfriestedt@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3938 | Joy | Quezada | quezada4518@gmail.com | OkCupid, Match, Plenty of Fish, Chispa |
| 3939 | Andrea | Grabemeyer | agrabemeyer@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3940 | Laura | Schafer | lauraschafer@yahoo.com | Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 3941 | Karla | Buckrop | karlabuckrop@yahoo.com | Match, Plenty of Fish, OurTime |
| 3942 | Shannon | Obrien | shanno.obrien@gmail.com | Hinge, Tinder |
| 3943 | Be | Wade | bewade329@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3944 | Samuel | Gentner | jonblank35@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3945 | Cassilyn | Ostrander | cassilynjp@gmail.com | OkCupid, Hinge, Tinder |
| 3946 | Adam | Rubinberg | 1mathman@gmail.com | Hinge, Tinder |
| 3947 | Julian | Mccoy | mccoy.skye@gmail.com | Hinge, Tinder |
| 3948 | Alex | Arbit | bartbboy19@gmail.com | Hinge, Tinder |
| 3949 | Kerry | Gainer | gainerk24@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 3950 | Jenn | Onderisin | jonder1@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3951 | Stephanie | Fiero | stephanie.fiero@gmail.com | Hinge |
| 3952 | Moe | Salahuddin | moesaladin@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 3953 | Andrew | Perito | peritoandrewl@gmail.com | Hinge |
| 3954 | Richard | Rodarte | swrdfsh53@aol.com | Hinge, Match |
| 3955 | Nimish | Sarraf | nks_soccer@yahoo.com | Hinge, Tinder |
| 3956 | Jane | Riddle | jane2tarzen@yahoo.com | Plenty of Fish |
| 3957 | Kimberly | Touketto | kmbrlytktt@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 3958 | James | Weston | jamespweston0@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3959 | Andrea | Wilson | andrea.wilson71@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 3960 | Erik | Tomasic | erik.n.toma@gmail.com | Hinge, Tinder |
| 3961 | James | Karcz | jkarcz3@gmail.com | Tinder |
| 3962 | Connor | Selna | aquilius190@gmail.com | Hinge, Tinder |
| 3963 | Julian | Robledo | julianrobledo20@outlook.com | OkCupid, Plenty of Fish |
| 3964 | Rain | Garant | raingarant@gmail.com | Hinge, Tinder |
| 3965 | Blair | Fire | blaird.fire@gmail.com | Match |
| 3966 | Deb | Frederiksen | debf212@gmail.com | Match, OurTime |
| 3967 | Staci | Gusewelle | sagusewelle@yahoo.com | Match, OurTime |
| 3968 | Jacob | Watters | jakemwatters@gmail.com | Tinder |
| 3969 | Tony | Jones | icctjones@gmail.com | Tinder, Plenty of Fish |
| 3970 | Lisa | Maluchnik | lisam8291@gmail.com | OkCupid, Tinder |
| 3971 | Gerald | Williams | gwill07@comcast.net | OurTime |
| 3972 | Shane | Scott | pistonnail1@gmail.com | Tinder, Plenty of Fish |
| 3973 | Samantha | Belanger | belang77@msu.edu | Hinge, Tinder, Plenty of Fish |
| 3974 | Adaobi | Okoli | milkyselenite@gmail.com | Hinge |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 3975 | Angelika | Glogowski | angelika.sophi@gmail.com | OkCupid, Tinder |
| 3976 | Megan | Arntzen | arntzen.megan@gmail.com | Tinder |
| 3977 | Jack | Wu | fightmaster.23b@gmail.com | Tinder |
| 3978 | Randy | Martinez | randygm305@hotmail.com | Tinder |
| 3979 | Joshua | Lueders | jlueders@msn.com | Tinder, Match |
| 3980 | Trevor | Mcculloch | sirkian29@gmail.com | Tinder |
| 3981 | Tracy | Anderson | tracyannanderson@gmail.com | OkCupid, Match, Plenty of Fish |
| 3982 | Kevin | Mohsenzadeh | teleprovider@yahoo.com | Match, Plenty of Fish |
| 3983 | Usha | Adhikari | usha.adk@gmail.com | Hinge, Tinder |
| 3984 | Angela | Mcbyrd | mcbyrda@gmail.com | Hinge, Tinder, Match, Plenty of Fish, BLK |
| 3985 | Elyse | Wojnowski | elyse.anders@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3986 | Matt | Monaghan | matty.monaghan@yahoo.com | Hinge, Tinder, Match |
| 3987 | Meg | Collins | megcollins35@gmail.com | Tinder |
| 3988 | Katarina | Sibley | reena.sibley@gmail.com | OkCupid, Hinge |
| 3989 | Jennifer | Jones | jmjones9979@yahoo.com | Plenty of Fish |
| 3990 | Jasmine | Goble | jaspeterson2009@gmail.com | OkCupid, Plenty of Fish |
| 3991 | Erica | Baker | beccaxander@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 3992 | Donna | Machado | donnarose71.dm@gmail.com | OkCupid, Match, Plenty of Fish |
| 3993 | Christine | Kwak | kwakschristine@gmail.com | OkCupid, Tinder |
| 3994 | Justin | Frumm | justinfrumm@gmail.com | OkCupid, Hinge, Tinder, Match |
| 3995 | Kristie | Komperda | kristiekomperda@gmail.com | Tinder |
| 3996 | Erik | Anderson | erik14anderson@gmail.com | Tinder |
| 3997 | Talia | Miller | talia.miller@comcast.net | Hinge, Tinder |
| 3998 | Eli | Miller | eli.miller1@comcast.net | Tinder |
| 3999 | Justin | Ryba | kim.ryba@icloud.com | Hinge, Tinder, Plenty of Fish |
| 4000 | Stephanie | Sarris | stephanie@bellehaveninc.com | Hinge, Match |
| 4001 | Timothy | Lombard | tlombard75@hotmail.com | Tinder |
| 4002 | Celina | Atangana | celina.inquiries@gmail.com | Hinge, Tinder, BLK |
| 4003 | Courtney | Cheevers | courtneycheevers@gmail.com | Hinge |
| 4004 | Matt | Banwart | matturgent@yahoo.com | Hinge, Tinder |
| 4005 | Drusilla | Tibbetts | drusitibb1@gmail.com | Tinder |
| 4006 | Sarah | Allen | sarahmarzano18@gmail.com | Hinge, Tinder, Match |
| 4007 | Susan | Hicks | susanhicks960@yahoo.com | Plenty of Fish |
| 4008 | Sarah | Allen | sarahallen11318@gmail.com | Hinge, Tinder, Match |
| 4009 | Crystal | Drenner | cdrenner67@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4010 | Mark | Charvat | markchavat@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4011 | Nichole | Davis-Braswell | nichole.watson0503@gmail.com | Match, Plenty of Fish |
| 4012 | Alexandria | James | allieschrader18@gmail.com | Tinder, Match, Plenty of Fish |
| 4013 | Sommer | Wasielewski | blessed101398@gmail.com | Plenty of Fish |
| 4014 | Kyra | Olesen | kyraelizabeth7@hotmail.com | Tinder |
| 4015 | James | Ellis | newbeginings28@icloud.com | Plenty of Fish |
| 4016 | Cody | Parsons | cparsons4@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4017 | Richard | Oliver | rdamoii@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4018 | Jonathan | Chen | jonathanchen1111@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4019 | Jennifer | Peralta | jperalta0901@icloud.com | Plenty of Fish |
| 4020 | Carrie | James | james12065@gmail.com | Tinder, Plenty of Fish |
| 4021 | Stephanie | Hsu | stephaniehsu623@gmail.com | Hinge, Plenty of Fish |
| 4022 | Jason | Shapiro | jshapiro86@gmail.com | Tinder |
| 4023 | Austin | Richard | austin.z.richard@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4024 | Cathy | Reynolds | cathysjourney@yahoo.com | Tinder, Match, OurTime |
| 4025 | Brooks | Johnson | zetasagittarii84@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4026 | Marybeth | Winnicki | marybeth325@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4027 | Katie | Hinds | katiemhinds@gmail.com | OkCupid, Hinge |
| 4028 | Christopher | Reich | chrisreich3310@gmail.com | Tinder, Match, Plenty of Fish |
| 4029 | Becky | Walsh | jeepy3412@gmail.com | Match, Plenty of Fish |
| 4030 | Miles | Delaney | misterforsaken93@gmail.com | Tinder, Plenty of Fish |
| 4031 | Michael | Garnand | michaelgarnand@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4032 | Susan | Glickman | susanglickman81@gmail.com | Tinder |
| 4033 | Anshu | Park | apark78@yahoo.com | Hinge, Match, Plenty of Fish |
| 4034 | Stacey | Harrison | sharrison015@gmail.com | OkCupid, Tinder |
| 4035 | Starkiesha | Justice | justicestar54@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime, BLK |
| 4036 | Robbie | Kudelka | chevymuscle218@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4037 | Miguel | Villanueva | mv3185005@gmail.com | Plenty of Fish |
| 4038 | Diego | Quevedo Carrasco | dq200011@gmail.com | Hinge, Tinder, Chispa |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 4039 | Mauro | Raucci | callmaurotoday@gmail.com | OkCupid, Match, Plenty of Fish |
| 4040 | Naiha | Siddiqui | nonydagr8@hotmail.com | Tinder |
| 4041 | Lawrence | Garner | biglarry217@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4042 | Daniel | Kalinowski | dkalinowski.dk@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4043 | Lakesha | Todd | lakeshatodd7@gmail.com | Hinge, Tinder, Match, Plenty of Fish, BLK |
| 4044 | Tim | Mace | tj1jester@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 4045 | Darius | Childs | dchilds7568@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 4046 | Phillip | Daugherty | flippycup420@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4047 | Loni | Mccadden | la.mccadden@icloud.com | Hinge, Plenty of Fish |
| 4048 | Victor | Keith | mr.vkeith1911@hotmail.com | Tinder, Plenty of Fish, BLK |
| 4049 | Grant | Marks | grantamarks01@gmail.com | Tinder |
| 4050 | Eric | Ross | ericjross88@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4051 | Alexander | Villalobos | artconspiracy1@gmail.com | Tinder |
| 4052 | Leon | Chambers | chambers_leon@yahoo.com | Tinder, Plenty of Fish, BLK |
| 4053 | Calvin | Hollins | hollinsltd@gmail.com | Match, Plenty of Fish |
| 4054 | Lopez | Julio | thewretched89@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4055 | Abby | Weinstein | aweinstein1220@gmail.com | Match, Plenty of Fish |
| 4056 | Calvin | Patterson | calvingpatterson@gmail.com | OkCupid, Hinge, Tinder |
| 4057 | Jennifer | Oconnor | jenny_jenny29@aol.com | Plenty of Fish |
| 4058 | Rico | Wilson | wilsonr10129@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4059 | Verushka | Pillay | lady_v_pillay@yahoo.com | Hinge, Tinder, Match, Chispa |
| 4060 | Carll | Dorris | carldorri@comcast.net | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4061 | Martin | Idziak | martyidziak@comcast.net | OkCupid, Hinge, Tinder |
| 4062 | Jevon | Bradford | bradfordjevon@gmail.com | Plenty of Fish |
| 4063 | Bethani | Skipper | bethjo2175@gmail.com | Tinder |
| 4064 | Debbie | Zulker | monee44@charter.net | Match, Plenty of Fish |
| 4065 | Lindsay | Lappin | lindsayl181@gmail.com | Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4066 | Nick | Johnson | nickjohnson3318@gmail.com | Tinder |
| 4067 | Pete | Grazioli | kim@dupagedoor.com | Match |
| 4068 | Kimberley | Marasco | kim.marasco@yahoo.com | Match, OurTime |
| 4069 | Delila | Martinez | dm032001@yahoo.com | OkCupid, Match, Plenty of Fish, Chispa |
| 4070 | Michele | Metych | missy821@aol.com | OkCupid, Match, Plenty of Fish |
| 4071 | Zachary | Sample | zsample14@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4072 | Jason | Griffith | jasongriffith71@gmail.com | Hinge, Tinder |
| 4073 | Steve | Line | steveline830@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4074 | Christopher | Jackson | lovingmy2kids@gmail.com | Tinder, Match, Plenty of Fish, BLK |
| 4075 | Nick | Papafotopoulos | npapafot@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4076 | Renee | Bole | r-bole@neiu.edu | OkCupid, Match, Plenty of Fish, OurTime |
| 4077 | Alexandra | Roach | alexandra.roach0905@gmail.com | OkCupid, Tinder |
| 4078 | Mickaela | Atkins | mickaelaatkins@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4079 | Emily | Prehoda | emilyprehoda@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 4080 | Ronald | Burton | reburton6969@yahoo.com | Plenty of Fish |
| 4081 | Anthony | Rubio | atulous44@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 4082 | Nicole | Lipscomb | blondishnet@gmail.com | OkCupid |
| 4083 | John | Hunt | ajautoreoair14@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, Chispa |
| 4084 | Casey | Oldeen | eagle4942@yahoo.com | Tinder, Match, Plenty of Fish |
| 4085 | Matt | Perez | mattperezphoto@gmail.com | Hinge, Tinder |
| 4086 | Tomas | Romanowski | ohcomeby@gmail.com | OkCupid |
| 4087 | Natalie | Payton | nat1074@yahoo.com | Match, Plenty of Fish |
| 4088 | Brooke | Powell | independentlyequine@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4089 | Mercedes | Cordova | cedes1290@gmail.com | Plenty of Fish |
| 4090 | Rachel | Fisher | rachelleydelly@icloud.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4091 | Tom | Pfenning | twopfenn@aol.com | Match, Plenty of Fish, OurTime |
| 4092 | Steven | Christiano | stevenchristiano@gmail.com | OkCupid, Tinder, Match |
| 4093 | Agnes | Zimmerman | agazimmerman@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4094 | Colleen | Dinino | colleendinino1@gmail.com | Match, Plenty of Fish, OurTime |
| 4095 | Jennifer | Navarrete | jebelinda87@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4096 | Elizabeth | Wilson | wilsonelizabeth365@gmail.com | Match, Plenty of Fish |
| 4097 | Donna | Potter | donnampotter0@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 4098 | Chris | Lenz | settlement@project-11.com | Hinge, Tinder |
| 4099 | Daniel | Engler | daniel.engler@protonmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4100 | Bryce | Prince | bryceprince83@gmail.com | Tinder, Plenty of Fish |
| 4101 | Jacqueline | Brissett | jbrissett2002@yahoo.com | Match |
| 4102 | Eric | Waterstreet | ericwniu@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4103 | Christopher | Beane | cbeane1972@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4104 | Carrie | Reynolds | carrieallyn89@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4105 | Timothy | Range | t.range26@gmail.com | OkCupid |
| 4106 | Kristen | Okrzesik | kristenm84@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4107 | Lucero | Macias | lucerohmacias@gmail.com | OkCupid, Hinge, Tinder |
| 4108 | Dmitriy | Vaynshteyn | dmitriy@vaynshteyn.net | OkCupid, Tinder, Match, Plenty of Fish |
| 4109 | Aaron | Knight | time2k10@icloud.com | Hinge, Tinder, Plenty of Fish |
| 4110 | Mary | Keith | nursemarykeith25@gmail.com | OkCupid, Tinder, Match |
| 4111 | Adam | Kolthoff | countrygeek81@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4112 | Moneek | Turner | dabestmoet@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4113 | Trevor | Healy | healy2002@yahoo.com | Tinder, Match, Plenty of Fish |
| 4114 | Brenda | Marano | bre2dogs@yahoo.com | Match |
| 4115 | Debra | Neenan | hockeymomtan@hotmail.com | OkCupid, Match, Plenty of Fish |
| 4116 | Stacy | Thiry | stacy.thiry@gmail.com | Match |
| 4117 | Jason | Maysonet | macejr87@gmail.com | Tinder |
| 4118 | Thomas | Miller | golfmill@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4119 | Richard | Dietz | rdietz77@hotmail.com | Match, Plenty of Fish, OurTime |
| 4120 | Richard | Martin | divostar1@gmail.com | Plenty of Fish |
| 4121 | Danielle | Dedeoglou | ddedeoglou2323@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4122 | Nydia | Nydia | bossnya1984@icloud.com | Plenty of Fish |
| 4123 | Elizabeth | Grueninger | soccermom4@yahoo.com | Hinge, Match, Plenty of Fish |
| 4124 | Daniel | Campbell | daverycampbell@gmail.com | OkCupid, Tinder |
| 4125 | Stephanie | Long | slthiry@gmail.com | Match |
| 4126 | Justin | Peeples | justpeeples@outlook.com | Hinge, Tinder, Match |
| 4127 | Jay | Lumpkin | jlamont12@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4128 | Melissa | Wilkinson | melissa89faye@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4129 | Ranita | Reed | ranitabonita123@gmail.com | OkCupid, Tinder, Match |
| 4130 | Jeremy | Henderson | caprikornbread@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 4131 | Ronnie | Thomas | mailronniethomas@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4132 | Mark | Molinaro | markmolinaro97@yahoo.com | Match |
| 4133 | Deric | Gochenauer | dericgochen@gmail.com | OkCupid, Tinder |
| 4134 | Johnathan | Jackson | jj42stgregs@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4135 | Vanner | Biggam | vbiggam@gmail.com | Tinder |
| 4136 | Keith | Anthony | kanthon9@msn.com | Tinder, Match, Plenty of Fish, BLK |
| 4137 | John | Zaba | jwzep@msn.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4138 | Eileen | Turner | eileenthomas344@yahoo.com | Tinder, Plenty of Fish, BLK |
| 4139 | Michael | Kosmach | kozzzzzzz@yahoo.com | Tinder, Match, Plenty of Fish |
| 4140 | Roberta | Balbo | robinbalbo@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4141 | Marcus | Knapp | knappmarcuss@protonmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4142 | Ericka | Weiffenbach | ericka.grothman@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4143 | Gary | Grzesiak | gary.grzesiak@yahoo.com | Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4144 | Evan | Mosley | dekrazy5@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4145 | Steve | Kogut | kuguts@aol.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4146 | Carrie | Tullar | carrie989@yahoo.com | OkCupid |
| 4147 | Akshara | Ramakrishnan | akshara1999@gmail.com | Hinge, Tinder |
| 4148 | Jennifer | Fravel | fravelj@ymail.com | Hinge |
| 4149 | Edson | Franca | edsonpfrancajr@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4150 | Nicole | Secor | nicolesecor@yahoo.com | Tinder |
| 4151 | Jesica | Paulson | paulsonj70@gmail.com | Tinder, Match |
| 4152 | David | Cao | david.l.cao@gmail.com | Hinge, Tinder |
| 4153 | Patrick | Dillon | pfdillon50@yahoo.com | Plenty of Fish |
| 4154 | Pamela | Williamson | gabsmom52@yahoo.com | Match |
| 4155 | Andrianna | Montgomery | andrianna.montgomery@yahoo.com | Match |
| 4156 | Angie | Castro | arkangel_angel@sbcglobal.net | OkCupid, Match, Plenty of Fish, OurTime |
| 4157 | Becky | Newkirk | misbec00@yahoo.com | Tinder |
| 4158 | Chris | Mermigas | mermigas113@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4159 | Jenny | Tate | tatejennifer777@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4160 | Alexander | Webster | alexawebster1999@gmail.com | Tinder |
| 4161 | Latanya | Holiday | holidaytanya674@yahoo.com | Plenty of Fish |
| 4162 | Tahnee | May | leolani725@yahoo.com | Tinder, Plenty of Fish |
| 4163 | Amy | Yates | yater1975@gmail.com | Tinder, Match, Plenty of Fish |
| 4164 | Jennifer | Carabello | hotgirlgin@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 4165 | Monique | Reed | moniquereed94@gmail.com | Plenty of Fish |
| 4166 | Alexandra | Pinc | sashapinc@hotmail.com | Hinge, Tinder |
| 4167 | Alison | Buadze | alisonbuadze@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4168 | Kaitlin | Sublette | kaitlin.sublette@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4169 | Mike | Sheldon | xlracing03@aol.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4170 | Curtis | Chatman | dylanman1998@yahoo.com | Match, OurTime |
| 4171 | Edward | Dutczak | edutczak@comcast.net | Match, Plenty of Fish |
| 4172 | Jess | Griffith | jessgriffith426@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4173 | Alyssa | Woodrum | awood3860@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 4174 | Laurette | Williams | radicalrev@gmail.com | Match, Plenty of Fish, OurTime, BLK |
| 4175 | Peter | Lazarski | peter@lazarski.com | OkCupid, Hinge, Tinder, Match |
| 4176 | Diane | Cherry Krueger | diane.cherry65@gmail.com | OkCupid, Match, OurTime |
| 4177 | Norma | Gongora | normag792003@yahoo.com | OkCupid, Match, Plenty of Fish, BLK |
| 4178 | Sandra | Gasaway | sweetnesssg1975@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4179 | Sunday | Thompson | sunnysunday9821@gmail.com | Tinder, Match, Plenty of Fish, OurTime |
| 4180 | Daniel | Kelly | dankelly76@yahoo.com | Tinder, Match |
| 4181 | Shawn | Ross | somar1017@outlook.com | OkCupid, Hinge, Tinder, Match |
| 4182 | Aaron | Spybrook | aaronspybrook@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4183 | John | Attard | johnnyjattard@gmail.com | OkCupid, Tinder, Match |
| 4184 | Erik | Strusiewicz | estrusiewicz@gmail.com | Plenty of Fish |
| 4185 | Darlene | Kwiatkowski | darlenekwiatkowski@gmail.com | OkCupid, Match, Plenty of Fish |
| 4186 | Mary | Ballerin | milo9282002@yahoo.com | Match |
| 4187 | Tess | Kearns | tessk2018@gmail.com | OkCupid, Hinge, Tinder, OurTime |
| 4188 | Steven | Kluber | sdkluber@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4189 | Zechariah | Speed | zechspeed@gmail.com | Hinge, Tinder, Match |
| 4190 | Nicole | Smith | wikkedgirl47@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 4191 | Joy | Edwards | joyedwards7187@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4192 | Jason | Jastrowski | waiting2hopagreen@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4193 | Michael | Tygett | tygettm@gmail.com | Plenty of Fish |
| 4194 | Sara | Gabriel | saradgabriel@gmail.com | OkCupid, Hinge, Tinder |
| 4195 | Julie | Lee | julielee12@yahoo.com | Tinder |
| 4196 | Richard | Duenas | rduenas2@illinois.edu | OkCupid, Tinder, Plenty of Fish |
| 4197 | Rachel | Warner | rachel3303@me.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4198 | Kate | Albertson | albertsonkaitlin@gmail.com | Hinge, Tinder |
| 4199 | Pam | Davis | pamdavis60133@yahoo.com | OurTime |
| 4200 | Brittany | Giltenan | britthughes7@gmail.com | Hinge, Tinder |
| 4201 | Christopher | Crowell | crcrowell17@yahoo.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4202 | Justis | Walton | justiswalton@aol.com | OkCupid, Tinder, Plenty of Fish |
| 4203 | Alison | Simon | amsimon78@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4204 | Gregg | Gosizk | kongreggate@gmail.com | OkCupid, Hinge, Tinder |
| 4205 | Melody | Ciarniello | mstokes85@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4206 | Cameron | Wheeler | cameron3112mw2003@gmail.com | OkCupid, Plenty of Fish |
| 4207 | Aileen | Bishop | aileen.bishop@gmail.com | OkCupid, Tinder |
| 4208 | Jonathan | Hutchins | afirefightingthespian@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4209 | Jonathan | Hutchins | jonathanhutchins94@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4210 | Patrycja | Dzialek | pdzialek62591@hotmail.com | OkCupid |
| 4211 | Cheryl | Epstein | cheryle66@yahoo.com | OkCupid, Match, Plenty of Fish |
| 4212 | Edgar | Cazares | cazaresfernando537@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4213 | Melissa | Morrison | melmorrison11@icloud.com | Tinder, Match, Plenty of Fish |
| 4214 | Robert | Broetz | goonies60098@gmail.com | OkCupid, Plenty of Fish |
| 4215 | Maple | Sullivan | maplesully@gmail.com | OkCupid, Hinge, Tinder |
| 4216 | Mark | Conlisk | markconlisk@yahoo.com | Hinge, Tinder |
| 4217 | Mia | Milanez | maryanna.milanez@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4218 | Ariana | Festa | festaariana@yahoo.com | Tinder, Match |
| 4219 | Orlando | Solis | solis392@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 4220 | Marsha | Barton | marshankids@aol.com | OkCupid, Match, Plenty of Fish, OurTime |
| 4221 | Lindsay | Halley | lindsayhalley33@gmail.com | Plenty of Fish |
| 4222 | Joe | Cox | gmoneynigga@icloud.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4223 | Angel | Markin | amarkin029@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4224 | Cameron | Olechowski | camolechowski@gmail.com | Tinder |
| 4225 | Andrew | Kirk | davejohnson1226@gmail.com | Hinge, Tinder |
| 4226 | Scott | Stukel | scott.kane.stukel@gmail.com | OkCupid, Hinge, Tinder |
| 4227 | Chad | Ward | wardchad86@gmail.com | OkCupid, Match |
| 4228 | Maurice | Leach | leachmaurice2@gmail.com | Plenty of Fish |
| 4229 | Giezi | Contreras | giezicontreras99@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 4230 | Mary | Wright | braydenzmommie@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4231 | Glenn | Thompson | brittanyferguson1021@gmail.com | Tinder, Plenty of Fish |
| 4232 | Nicole | Hense | topcat74nicole@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4233 | Caisey | Morris | caisey656@gmail.com | Hinge, Tinder, Plenty of Fish, Chispa, BLK |
| 4234 | Latasha | Jamerson | tymacc31@gmail.com | Tinder, Plenty of Fish |
| 4235 | Maggie | Butler | mag.but@gmail.com | Hinge, Tinder |
| 4236 | Stephanie | Pinkerton | stephyd829@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4237 | Brittany | Ferguson | brittanyfergie90@gmail.com | Tinder, Plenty of Fish |
| 4238 | Casey | Salm | casey.salm@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4239 | Luis | Martinez | lutrino1985@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4240 | Kara | Mahoney | kara.mahoney19@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4241 | Nicholas | Hetmanski | vinnucci@aol.com | Hinge, Match, Plenty of Fish, OurTime |
| 4242 | Johnthan | Inman | doeslovekittys@gmail.com | Plenty of Fish |
| 4243 | Lauren | Weiner | lauren.silberman@me.com | Match |
| 4244 | Laquisha | Blake | monicblake@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4245 | Emily | Piecha | emilypiecha@gmail.com | Tinder |
| 4246 | Neil | Morris | happy@wiscomfort.com | OkCupid, Tinder |
| 4247 | Brad | Woodrow | ryanbird7500@gmail.com | OkCupid, Match, Plenty of Fish |
| 4248 | Dean | Meyer | deanmeyer2021@nlaw.northwestern.edu | Hinge, Tinder, Match, Plenty of Fish |
| 4249 | Scott | Ferrill | hitwrite@gmail.com | OurTime |
| 4250 | Megan | Stark | renegadechick87@gmail.com | Match, Plenty of Fish |
| 4251 | Juanpablo | Prieto | juanpabloprieto85@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4252 | Marrquanetta | Holden | marrquanettaholden26@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4253 | Michael | Bratchie | mikebee187420@gmail.com | Tinder, Plenty of Fish |
| 4254 | Joshua | Spangler | j.unknown13@gmail.com | Plenty of Fish |
| 4255 | Ryan | Wilks | wilks.c.ryan@gmail.com | OkCupid, Hinge, Tinder |
| 4256 | Rachel | Gross | rgross079@gmail.com | Match, Plenty of Fish |
| 4257 | Laura | Johnson | laurajohnson102890@gmail.com | Tinder |
| 4258 | Quincy | Adkins | obasinseer70@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 4259 | Neythan | Sostre | neythansostre@gmail.com | Tinder, Plenty of Fish, Chispa, BLK |
| 4260 | Venesia | Covington | vcovington111@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 4261 | Omar | Herrera | omarhelo@outlook.com | Hinge, Tinder |
| 4262 | Charlie | Yarber | yarber77@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4263 | Brian | Naydol | discoguybri@gmail.com | OkCupid |
| 4264 | Tamika | Ezell | tamikaezell1@gmail.com | Tinder, Match, Plenty of Fish |
| 4265 | Jade | Adeszko | jadea9227@gmail.com | OkCupid, Tinder |
| 4266 | John | Felageller | jfelageller74@gmail.com | Hinge, Tinder, Match |
| 4267 | Joseph | Semerling | weezy755@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 4268 | Terrence | Jones | mars.rudeintl@gmail.com | Hinge, Tinder, BLK |
| 4269 | Matthew | Donovan | mtthwdnvn@gmail.com | OkCupid, Hinge, Tinder |
| 4270 | Maria | Perez | elenaedwards1267@gmail.com | Tinder, Plenty of Fish |
| 4271 | Lamont | Harvey | dessy330lch@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 4272 | Tammy | Rucker | tammyrucker222@gmail.com | OkCupid, Tinder |
| 4273 | Jack | Holmes | jackhols57@gmail.com | Plenty of Fish |
| 4274 | Rafay | Siddiqui | ras328@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4275 | Jacquelyn | Robinson | jacquelynr7@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4276 | Daniel | Lewis | lewisde1984@gmail.com | Tinder, Match |
| 4277 | Falonda | Williams | falondaw36@gmail.com | Plenty of Fish, BLK |
| 4278 | Tamara | Richmond | trich93@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 4279 | John | Pickett | pickett1000@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4280 | Samir | Darras | samir0289@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4281 | Nicole | Hendrix | nicoleamaya428@gmail.com | Tinder |
| 4282 | Marcus | Dearing | mikej341125@gmail.com | Tinder, Plenty of Fish |
| 4283 | Mindi | Lembcke | mlembcke1@yahoo.com | Match, Plenty of Fish |
| 4284 | Sean | Cusack | fairway513@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4285 | Martin | Flores | noahalex08@gmail.com | BLK |
| 4286 | Ashley | Lewis | alewi0788@yahoo.com | Plenty of Fish |
| 4287 | Angela | Slayton | pureas4@yahoo.com | Plenty of Fish, OurTime |
| 4288 | Yarelys | Pinto | lightheway777@gmail.com | OkCupid |
| 4289 | Tracy | Wittmeyer | tracywittmeyer030883@gmail.com | Tinder, Plenty of Fish |
| 4290 | Faiths | Fassero | faithfazz@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4291 | Kevin | Pashawitz | kevinpashawitz@yahoo.com | Hinge, Tinder |
| 4292 | Angelia | Thomas | hosto01@yahoo.com | OurTime |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|-------------|
| 4293 | Rod | Termini | term-1@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4294 | Joey | Churchill | josephchurchill5@gmail.com | Tinder |
| 4295 | Dawn | Vosnos | sassyred111213@gmail.com | Match |
| 4296 | Joseph | Stemm | joeystemm84@icloud.com | Tinder, Plenty of Fish |
| 4297 | Stacey | Sitton | luva.girl.1999@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4298 | Raven | Vaughn | rvaughn1975@aol.com | Hinge, Tinder, Plenty of Fish |
| 4299 | Jessica | Velez | jessicavelez240@yahoo.com | Tinder |
| 4300 | Matteo | Chilelli | mfedericochilelli@gmail.com | Tinder |
| 4301 | David | Fuhrmann | davidfuhrmann95@yahoo.com | Hinge, Tinder |
| 4302 | Amy | Stark | csweets307@gmail.com | Plenty of Fish |
| 4303 | Denise | Mcaleer | glittergirl_1970@yahoo.com | Plenty of Fish |
| 4304 | Frank | Taroli | fetaroli@gmail.com | OkCupid, Tinder |
| 4305 | Angel | Flores | angel.florres@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4306 | Graham | Pazanin | tazmmmo@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 4307 | Pamela | Taylor | pet7554@gmail.com | Match, Plenty of Fish |
| 4308 | Michael | Pedrosa | pedrosamike@yahoo.com | Tinder, Plenty of Fish, BLK |
| 4309 | Wayne | Schofield Jr | 1bhawksfan@gmail.com | Tinder, Match, Plenty of Fish |
| 4310 | Michael | Brender | mikebrender@gmail.com | Tinder |
| 4311 | Yolonda | Green | ygreen608@gmail.com | Match, Plenty of Fish |
| 4312 | Tonya | Krell | tonyarn71@yahoo.com | Match |
| 4313 | Jonathan | De Rothewelle | jcomynderothewelle@gmail.com | OkCupid, Tinder |
| 4314 | John | Daniels | jeep42764@gmail.com | Plenty of Fish |
| 4315 | James | Hateley | ok@trevormail.com | OkCupid, Tinder |
| 4316 | Oluwabunm | Eminowa | bunmi169@gmail.com | OkCupid, Match, Plenty of Fish |
| 4317 | Juan | Martinez | jpmartinez10@hotmail.com | OkCupid, Match, Chispa |
| 4318 | Jackie | Gomez | jaclyng122807@gmail.com | OkCupid, Match, Plenty of Fish |
| 4319 | Chandler | Frank | bigfranknitty05@gmail.com | Tinder, Match, Plenty of Fish |
| 4320 | Lora | Zygman | lorazygman@gmail.com | Hinge, Match |
| 4321 | Kartikeya | Sharma | karthiklfhs@gmail.com | Hinge, Tinder |
| 4322 | Barrett | Desotell | barrettdesotell@gmail.com | Hinge, Tinder |
| 4323 | Abe | Baali | abebaaali@gmail.com | Hinge, Tinder |
| 4324 | Anthony | Benedetti | benedetti_anthony@yahoo.com | OkCupid, Tinder, Match |
| 4325 | Laurel | Jones | laujones20@gmail.com | OkCupid, Hinge, Tinder |
| 4326 | Jeb | Backe | jeb.backe@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4327 | Kathy | Swett | kathy_swett@hotmail.com | Hinge, Match |
| 4328 | Rachel | Pallmeyer | rpallmeyer@gmail.com | Tinder |
| 4329 | Alyssa | Schwarz | chicagoqueen@yahoo.com | Hinge, Tinder |
| 4330 | Dashaun | Patrick | dashaun.patrick44@yahoo.com | Plenty of Fish |
| 4331 | Shouna | Sutton | queenslim91@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 4332 | Joseph | Phillips | sunmes264@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4333 | Jason | Elkins | jason.d.elkins@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4334 | Mary | Klenkar | mkklenkar@gmail.com | Tinder |
| 4335 | Jared | Sawdey | jaredsawdey@gmail.com | Hinge, Tinder |
| 4336 | Kyra | Peterson | kyrapeterson.12@gmail.com | OkCupid, Hinge, Tinder |
| 4337 | David | Hanna | me@davidhanna.com | Hinge, Tinder |
| 4338 | Logan | Cross | logancross13@gmail.com | Hinge, Tinder, Chispa |
| 4339 | Andrew | Corzo | corzo.andrew@gmail.com | Tinder |
| 4340 | Rodney | Lester | lestrodn2022@outlook.com | Match, Plenty of Fish |
| 4341 | Refat | Halili | rhalili14@gmail.com | OkCupid, Hinge, Tinder, Chispa |
| 4342 | Brady | Jacobs | bgj84@hotmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4343 | Jacobs | Brady | bradyjacobs84@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4344 | Anna | Kulikowski | magickfantasygirl@yahoo.com | Match |
| 4345 | Aaron | Love | tlks2mch69@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4346 | Keisha | Binion | keisham74@gmail.com | Match |
| 4347 | Emily | Weakley | eweaks88@yahoo.com | Tinder, Match |
| 4348 | Charles | Lawrence | charleslawrence1287@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4349 | Levelle | Mcghee | levellemcghee@gmail.com | Tinder, Match, Plenty of Fish |
| 4350 | Connor Jim | Kennedy | connorboco@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4351 | Adam | Zaremba | adam_tbone_snizzle@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, Chispa |
| 4352 | Gary Brian | Hale | babyblue19832@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4353 | Frank | Katzbeck | katzbeck@sbcglobal.net | Match |
| 4354 | Brandon | Miles | milesbrandon820@gmail.com | OkCupid, Tinder, Plenty of Fish, BLK |
| 4355 | Christine | Graham | christine@industwire.com | OkCupid, Match, OurTime |
| 4356 | Frankie | Bruscato | frankbruscato2341@gmail.com | Tinder |
| 4357 | Victoria | Bryja | 53mamabear@gmail.com | Tinder |
| 4358 | Nathanial | Lage | lagen0836@gmail.com | Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4359 | Elena | Kneeland | pinkecky@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4360 | Zachary | Steward | boombocxprodleases@gmail.com | Tinder, Plenty of Fish, BLK |
| 4361 | Nicholas | Watts | nicholas.watts12345@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4362 | Michelle | Murphy | callie9133@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4363 | Stacy | Blevins | babyg1978@gmail.com | OkCupid, Match, Plenty of Fish |
| 4364 | Victor | Lapegna | victorlapegna@icloud.com | Tinder, Plenty of Fish, Chispa |
| 4365 | Lisa | Valencia | lvalencia131@gmail.com | Tinder, Match, Plenty of Fish |
| 4366 | Omar | Wash | omar.wash88@gmail.com | Hinge |
| 4367 | Allison | Lindahl | lindahl.allison@gmail.com | Hinge, Tinder |
| 4368 | Harold | Edwards | doobiedwayne89@gmail.com | Plenty of Fish |
| 4369 | Tyler | Saldana | oblue0913@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4370 | Dominique | Alessandri | atrixe@sbcglobal.net | OkCupid, Tinder, Match, Plenty of Fish |
| 4371 | Elizabeth | Dykstra | bethhuenecke@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4372 | Andrea | Neely | a.neely4@yahoo.com | Match, Plenty of Fish, OurTime |
| 4373 | Daniel | Hagen | dhagen148@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4374 | Lucille | Falkner | dawifeprincess0922@yahoo.com | Tinder, Match, Plenty of Fish |
| 4375 | Kyongche | Kang | kjckang@gmail.com | Hinge, Tinder |
| 4376 | Sharon | Lapage | slapage@gmail.com | Tinder, Match |
| 4377 | John | Cerney | jmcerney28@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4378 | Yuxuan | Ji | johnji1990@gmail.com | OkCupid, Hinge |
| 4379 | Eric | Mixon | eamixon@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4380 | Chantele | Ganaway | tattle2822017@gmail.com | Tinder, Plenty of Fish, BLK |
| 4381 | Renee | Gary | garyrenee61@gmail.com | OkCupid, Match, Plenty of Fish |
| 4382 | Karl | Perina | perina.karl@gmail.com | Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4383 | Dale | Chester | eaglerunner61@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4384 | George | Turner III | glt3@sbcglobal.net | Tinder |
| 4385 | Melissa | Suzik | msuzik@outlook.com | OkCupid |
| 4386 | Adella | Strong | somethingstrong@yahoo.com | Tinder, Plenty of Fish |
| 4387 | Joel | Garcia | joel.garcia1141@yahoo.com | Tinder, Plenty of Fish |
| 4388 | Tea | Johnson | princesstea98@gmail.com | OkCupid, Hinge, Tinder |
| 4389 | Claire | Hogan | itsclairehogan@gmail.com | OkCupid, Hinge, Tinder |
| 4390 | Carrie | Chase | carrie.chase.11@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4391 | Donald | Mathers | dmath09@gmail.com | OkCupid, Tinder |
| 4392 | Yolanda | Thomas | ythomas63@yahoo.com | Match, Plenty of Fish, BLK |
| 4393 | Juanita | Garcia | juanita.garcia@gmail.com | OkCupid, Hinge, Match |
| 4394 | Michael | Taylor | mtaylorvrs@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4395 | Eric | Pryor | empryor@gmail.com | OkCupid, Tinder |
| 4396 | Mary | Bremmer | bremmer6279@gmail.com | Match |
| 4397 | Fotios | Prantalos | fotiosppy@gmail.com | Tinder, Match, Plenty of Fish |
| 4398 | Desiree | Sampson | desiree_17_dray@hotmail.com | Tinder, Plenty of Fish |
| 4399 | Shawn | Williams | williamsshawn418@gmail.com | Tinder |
| 4400 | Nina | Durniat | ninablue76@icloud.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4401 | Adam | Suhail | theglitchingking098@gmail.com | Tinder |
| 4402 | David | O'Brien | dcobrien@live.com | OkCupid, Tinder, Match |
| 4403 | Brian | Schaeflein | jebus27@gmail.com | OkCupid, Match, Plenty of Fish |
| 4404 | Lisa | Kinsley | lisakinsley@gmail.com | OkCupid, Hinge |
| 4405 | Jonathan | Tunson | jamesloganhowllet@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 4406 | Dan | Potts | dpotts323@gmail.com | OkCupid, Tinder, Match |
| 4407 | CJ | Colon | thecjcolon@me.com | Hinge, Tinder |
| 4408 | John | Salidas | johnsalidas@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4409 | Katherine | Allen | katie.c.allen1@gmail.com | Hinge, Tinder, Match |
| 4410 | Alejandro | Zamudio | azmudio@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4411 | Christina | Arnold | arnold.christina.m@gmail.com | Match, Plenty of Fish |
| 4412 | Darryln | Coleman | darryln@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, BLK |
| 4413 | Daniel | Owens | danielowens1698@gmail.com | Hinge |
| 4414 | Jennifer | Fowler | jfo410@aol.com | OkCupid, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 4415 | Latoya | Temple | forevermiyas@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4416 | Jennifer | Tegeler | jennteg82@gmail.com | OkCupid, Plenty of Fish |
| 4417 | Jeff | Staples | rjfam9@gmail.com | Match, Plenty of Fish, OurTime |
| 4418 | Sarah | Shipton | sarah@sprontos.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4419 | Jerome | Dotson | jeromedotsonjr@gmail.com | Hinge, Tinder, BLK |
| 4420 | Michael | Vazquez | 09mvazquez@gmail.com | Tinder |
| 4421 | Angelique | Preto | uslilbella@outlook.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4422 | Shawn | Meyer | shhawngaaming@gmail.com | Tinder, Plenty of Fish |
| 4423 | Trenton | Cooper | highfighter16@aim.com | Hinge, Tinder, Plenty of Fish |
| 4424 | Howard | Hall | howardhall99@gmail.com | Tinder, Plenty of Fish, OurTime |
| 4425 | Brittany | Jones-Royal | brittanyjonesroyal321@gmail.com | OkCupid, Tinder, Match |
| 4426 | Tahnee | Anderson | tanderson17@yahoo.com | Tinder |
| 4427 | Michael | Steinert | msteinert11@gmail.com | OkCupid, Hinge, Tinder |
| 4428 | Aidan | Leininger | aidanray1928@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4429 | Adam | Haney | adamhaney13@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4430 | Nicole | Frye | just_some_pigeon@yahoo.com | OkCupid |
| 4431 | Barbara | Wright | barbara197064@gmail.com | Match, Plenty of Fish |
| 4432 | Jason | Brucker | livesarebroken@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4433 | Cameron | Sass | cameronsass@gmail.com | Hinge, Tinder |
| 4434 | Gregory | Howard | gh46545@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 4435 | Jason | Phillippi | rulesfgiants@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 4436 | Curt | Lange | curt1973@sbcglobal.net | OkCupid, Tinder, Plenty of Fish |
| 4437 | Felicia | Andrews | send2felicia81187@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4438 | Janet | Baize | janetbaize93@gmail.com | Plenty of Fish |
| 4439 | Marlon | Mehu | marlon.mehu@aol.com | Hinge, Tinder, Plenty of Fish, BLK |
| 4440 | Shakeena | Stern | shakeenastern@me.com | Tinder |
| 4441 | Gildardo | Zavala | gzobelisk@gmail.com | Tinder, Plenty of Fish, Chispa |
| 4442 | Amy | Vaccarello | amy.vaccarello1@gmail.com | Tinder |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4443 | Oscar | Aguilar | oscaraguilar124@gmail.com | Hinge, Tinder |
| 4444 | Christopher | Hope | chris.hope8010@gmail.com | Tinder |
| 4445 | Daniel | Quinn | ilikeall@aol.com | Plenty of Fish |
| 4446 | Alexis | Pasternak | alexispasternak97@gmail.com | Tinder |
| 4447 | Robert | Sklare | bobsklare@me.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4448 | Sabrina | Szigeti | sabrina_szigeti@hotmail.com | OkCupid, Tinder |
| 4449 | Tia | Kalfas | lasciviouspaine@gmail.com | OkCupid, Match, Plenty of Fish |
| 4450 | Shyamal | Anadkat | shyamalanadkat@gmail.com | OkCupid, Hinge, Tinder |
| 4451 | Matthew | Pasternak | pasternak.matt@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4452 | Edmond | Cassidy | edmond.cassidy@gmail.com | Hinge, Tinder |
| 4453 | Annie | Hinton | anniehinton@gmail.com | Tinder |
| 4454 | Alexandra | Blech | alexandrablech@icloud.com | OkCupid, Hinge, Tinder, Match |
| 4455 | Walter | Lindwall | walter.lindwall@gmail.com | OkCupid, Hinge, Tinder |
| 4456 | Irina | Demeneva | demenevai@gmail.com | OkCupid |
| 4457 | Nikoletta | Micele | nikolettamicele@gmail.com | Tinder |
| 4458 | Orlando | Sirbas | 312scorpio@gmail.com | Hinge, Match |
| 4459 | Scott | Tucker | stuckerii@aol.com | Hinge, Tinder |
| 4460 | Jasper | Hanson | hansonjasper@gmail.com | Tinder, Plenty of Fish |
| 4461 | John | Lund-Molfese | john.lundmolfese@gmail.com | OkCupid, Hinge, Tinder |
| 4462 | Rodney | Swales | jayswailes54@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4463 | Jesse | Quindel | jessequindel@gmail.com | Tinder |
| 4464 | Timothy | Boudreau | tboudreau2498@gmail.com | Tinder |
| 4465 | Alexandra | Davidson | alyxdavidson93@gmail.com | Hinge |
| 4466 | Elizabeth | Smith | esmith0520@gmail.com | Tinder, Plenty of Fish |
| 4467 | Amirah | Mccoy | aamanimccoy@gmail.com | Hinge, Tinder |
| 4468 | Thomas | Rich | thomasrich8591@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4469 | Vedant | Sachdeva | sachdved@gmail.com | Hinge, Tinder |
| 4470 | Amber | Schmidt | onlytakenotes@gmail.com | OkCupid, Tinder |
| 4471 | Sarah | Taylor | s.taylor5444@gmail.com | Hinge, Tinder |
| 4472 | Pietro | Cangialosi | pierye80@gmail.com | Tinder |
| 4473 | Kenny | Nguyen | nguyenkenny22@gmail.com | Tinder |
| 4474 | Joseph | Yakle | jyakle28@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4475 | Isaac | Breiling | isaac.inspire@gmail.com | Tinder, Plenty of Fish |
| 4476 | Stephanie | Heusel | stephheusel@gmail.com | Match |
| 4477 | Stacy | Helfand | stacyhelfand11@yahoo.com | Tinder, Plenty of Fish |
| 4478 | Melissa | Rabeiro | mrabeiro@gmail.com | OkCupid, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4479 | Tony | Brown | tbmoney2008.87@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4480 | Erin | Toale | erintoale@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4481 | John | Dillon | johndillon515@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4482 | Thomas | Mingus | tmingus50@gmail.com | Tinder, Plenty of Fish |
| 4483 | Jacek | Rudnicki | jrudnicki@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa |
| 4484 | Lara | Cash | larafeary@hotmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 4485 | Mychael | Vanarsdale | mykeboss@gmail.com | Tinder, Plenty of Fish, BLK |
| 4486 | Brett | Siefker | bartman1238@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4487 | Kevin | Rowe | kevinbrowe@gmail.com | OkCupid, Plenty of Fish |
| 4488 | Andrew | Devoto | andydevoto@gmail.com | Hinge, Tinder |
| 4489 | Brian | Reese | brianreese3@yahoo.com | Match, Plenty of Fish |
| 4490 | Chad | Herr | chad.herr23@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4491 | Deandre | Washington | dewashington91@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4492 | Earl | Mangulabnan | earl.mangulabnan@gmail.com | Hinge, Tinder |
| 4493 | Michel | Martin | mrsmichelmartin@gmail.com | Hinge, Tinder, Match, OurTime |
| 4494 | Zane | Carlson | zanedavidcarlson@gmail.com | Hinge, Tinder |
| 4495 | Abhisek | Sengupta | abhiseksg88@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4496 | Abhi | Sengupta | aviseksg@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4497 | Austin | Paluch | paluchaustin@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4498 | Elliott | Lacey | elliott.lacey23@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4499 | Elizabeth | Wylie | libbwylie@gmail.com | Hinge, Tinder, Match |
| 4500 | Damian | Stanziano | daymean@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4501 | Dylan | Valadez | dylatron47@gmail.com | OkCupid |
| 4502 | Adan | Argueta | adan_aras@hotmail.com | Hinge, Tinder, Chispa |
| 4503 | Gabriel | Otalvaro | ogabe94@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 4504 | Carla | Weckmann | cweck8990@gmail.com | OkCupid, Match, Plenty of Fish |
| 4505 | Perry | Slone | skyzofgrey2000@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4506 | Tonasia | Burnside | nasiagroves@gmail.com | BLK |
| 4507 | Kenneth | Moore | akamura5234@gmail.com | Hinge, Tinder |
| 4508 | Patricia | Skinner | patriciaskinner16@gmail.com | Tinder, BLK |
| 4509 | Peter | Wilson | peterbrownwilson@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4510 | Diane | Davidson | hellodi3@gmail.com | OkCupid, Hinge |
| 4511 | Bryan | Norwood | bryannorwood5@gmail.com | Match, Plenty of Fish, OurTime |
| 4512 | Jeffrey | Billington | j.billington@comcast.net | Tinder |
| 4513 | Blane | Albrandt | blanebrandt90@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 4514 | Autum | Carpenter | awwdumbmellon@gmail.com | Tinder, Plenty of Fish |
| 4515 | Joseph | Siebelts | jsiebelts@gmail.com | Hinge, Tinder |
| 4516 | Theresa | Cummings | terilynn.zaruba@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4517 | Samantha | Kleven | blackberrypopsicles@gmail.com | Tinder |
| 4518 | Ernesto | Valle | ernvalle711@gmail.com | Hinge, Tinder |
| 4519 | Megan | Schuirmann | mschuirmann@gmail.com | OkCupid, Hinge, Tinder |
| 4520 | Deena | Lander | dbenhart1@gmail.com | OkCupid, Plenty of Fish |
| 4521 | Andrew | Chestnut | andrew.s.chestnut@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4522 | Andrea | Talbett | atalbett1984@gmail.com | Plenty of Fish |
| 4523 | Deanna | Goldup | buddysmom228@gmail.com | Tinder, Plenty of Fish |
| 4524 | Kaitlyn | Delgado | delgadokaitlyn424@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4525 | Kari | Young | kyoung1589@gmail.com | Tinder |
| 4526 | Jhaton | Jones | jhatonj@gmail.com | Hinge, Tinder, Plenty of Fish, BLK |
| 4527 | Cynthia | Salazar | cynsal86@gmail.com | Hinge, Tinder |
| 4528 | Daniel | Salvatori | furya0674@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4529 | Jonathan | Veguilla | jay89247@gmail.com | Tinder, Plenty of Fish |
| 4530 | Laura | Mcallister | lmcallister98@gmail.com | Hinge, Tinder |
| 4531 | Shelia | Ventimiglia | smventi83@gmail.com | Match, OurTime |
| 4532 | Jerome | Gburek | haileespapa@sbcglobal.net | OurTime |
| 4533 | Nikolas | Goumotsios | nikolas2897@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4534 | Max | Schacht | schachtmax67@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime |
| 4535 | Katarzyna | Jankiewicz | katarzyna.jankiewicz@gmail.com | Tinder |
| 4536 | Zhehao | Zhu | jonictitan@gmail.com | Hinge, Tinder |

139

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4537 | Zachery | Odowd | zr0d54@gmail.com | Tinder |
| 4538 | Scott | Schwartz | saschwartz713@gmail.com | OkCupid, Tinder |
| 4539 | Chelsea | Smith | chelsea24smith2020@gmail.com | OkCupid, Tinder |
| 4540 | Lauren | Wells | laurenw111@yahoo.com | Tinder |
| 4541 | Chelesee | Johnson | cheleseej@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4542 | Daphne | Smith | dsmith2790@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime, BLK |
| 4543 | Samantha | Lee | samanthalee7287@yahoo.com | Hinge, Tinder |
| 4544 | Sarah | Monroe | sarah.m.o.5489@gmail.com | OkCupid, Tinder |
| 4545 | Jacob | Haig | jacobhaig@aol.com | Hinge, Tinder, Match, Plenty of Fish |
| 4546 | Brooke | Langton | brooke.e.langton@gmail.com | OkCupid, Hinge, Tinder |
| 4547 | Alaina | Ritz | alainaalice28@icloud.com | OkCupid, Tinder, Plenty of Fish |
| 4548 | Mitch | Barry | mitchbarry5564@gmail.com | Tinder |
| 4549 | Xavier | Malfitano | xmalfi@gmail.com | OkCupid, Tinder, Plenty of Fish, Chispa |
| 4550 | Ginger | Jacobson | gjacobson1066@gmail.com | OkCupid, Hinge, Match |
| 4551 | Barbara | Kinnie-Weathersby | bkinnieweathersby@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4552 | Lubna | Said | lubna.said@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4553 | Montel | Paige | montelpaige@gmail.com | Plenty of Fish |
| 4554 | Tanner | Bartlow | bartlowt@msu.edu | Hinge, Tinder |
| 4555 | Sylvia | Forys | sylviaforys@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4556 | Robert | Eberlein | eberlein.rk@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4557 | Juan | Robles | juan25robles@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4558 | Ollice | Kirksey | deathzangetsu@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4559 | Ashleigh | Thomas | at032305@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4560 | Neal | Mcfarland | npmcfarland@gmail.com | Tinder |
| 4561 | Angela | Cusumano | angelamcusumano@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4562 | Bob | Thompson | bobbythompson42@hotmail.com | Tinder, Match, Plenty of Fish |
| 4563 | David | Anderson | mranderson1068@gmail.com | OkCupid, Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4564 | Danice | Boyd | danboyd60139@yahoo.com | Tinder, OurTime, BLK |
| 4565 | William | Clinton | william36.wc@gmail.com | Plenty of Fish |
| 4566 | David | Servillo | davidservillo@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4567 | Danielle | Deshaies | dddanielle_d@yahoo.com | Hinge, Tinder |
| 4568 | Tania | Pedroza | alondrapedroza43@gmail.com | Chispa |
| 4569 | Jessica | Rude | jrude789@gmail.com | Hinge |
| 4570 | Leponzia | Smith | leponzia@hotmail.com | Match, Plenty of Fish, OurTime |
| 4571 | Alan | Beckman | beckmanalan@yahoo.com | Hinge, Tinder, Match |
| 4572 | Anna | Radloff | anna26rr@gmail.com | OkCupid |
| 4573 | Zach | Scherwin | zscherwin@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4574 | Jessica | Katz | katzjess@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4575 | Isaac | Galewsky | iggalewsky@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4576 | Riley | White | maggotbrain51@hotmail.com | OkCupid, Tinder |
| 4577 | Benjamin | Obecny | obecny6363@hotmail.com | Tinder |
| 4578 | Samantha | Kram | samanthakram88@gmail.com | Plenty of Fish |
| 4579 | Bryan | Gorman | bmg4491@yahoo.com | Hinge, Tinder, Match |
| 4580 | Phil | Koster | pkoster25@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4581 | Joe | Simpson | 5blizztickets@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4582 | Iana | Dugar | idugar27@hotmail.com | Match |
| 4583 | Delores | Holmes | lolamula97@gmail.com | Tinder, Plenty of Fish |
| 4584 | Dakota | Mcdonnell | dakotamcdonnell77@gmail.com | Tinder |
| 4585 | Anna | Fry | annawrenfry@yahoo.com | OkCupid, Hinge, Tinder |
| 4586 | Rob | Matthews | matthewsrob285@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4587 | Brandon | Scrivner | scrivstech@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4588 | Amber | Lauderdale | cedercreek87@yahoo.com | Hinge, Tinder |
| 4589 | Alexander | Leimbeck | arleimbeck@gmail.com | OkCupid, Tinder |
| 4590 | Bruce | Winters | bruceandesther@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4591 | Spencer | Kaden | kadenspencer@yahoo.com | Tinder |
| 4592 | Lauren | O'Gara | lauren.ogara@gmail.com | OkCupid, Match |
| 4593 | Aisling | Grant | cookiemonster16@comcast.net | Tinder |
| 4594 | Rachel | Abbinante | rachel.n.abbinante@gmail.com | Hinge, Tinder |
| 4595 | Kathlyn | Vaughn | snoopy2183@ymail.com | Hinge, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 4596 | Doug | Van Poppel | dvanpoppel@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4597 | Anthony | Eriksen | aeriksen25@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4598 | Fabio | Polichetti | djfpr@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4599 | Stephen | Kamykowski | skamykowski@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 4600 | Shayra | Flores Velez | floresvelezs@gmail.com | Tinder |
| 4601 | Clarissa | Placko | clarissa.placko@gmail.com | OkCupid, Plenty of Fish |
| 4602 | Eric | Hicks | erichix1983@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4603 | Melissa | Fernandez | melmarfer83@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4604 | Michael | Ortiz | michaelortiz29@yahoo.com | Tinder |
| 4605 | Bryan | Furr | furrdogg1@yahoo.com | Tinder |
| 4606 | Jeanette | Mehr | mehried@gmail.com | OurTime |
| 4607 | Jessica | Vahl | jvahl110815@gmail.com | Match |
| 4608 | Tradon | France | tradonf@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4609 | Brandon | Lewis | brandonclewis10@gmail.com | Tinder |
| 4610 | Ashley | Pipal | apipal711@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4611 | Holly | Barrett | anklebitter10@gmail.com | Tinder, Match |
| 4612 | Andre | Jackson | andrejackson.cri@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4613 | Jeremy | Carver | jeremy.carver94@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4614 | Robert | Sledz | rjsledz@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4615 | Sydney | Finkelstein | sydney_finkelstein@yahoo.com | Tinder |
| 4616 | Heather | Manning | mckitrick61434@gmail.com | Match |
| 4617 | Will | Leffert | invertedpanda@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4618 | Stephanie | Gilroy | stephanie.slyter@yahoo.com | Match |
| 4619 | Kevin | Swanson | kevin_swanson717@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4620 | William | Goth | cindyjkuhl23@gmail.com | Tinder |
| 4621 | Joshua | Cook | josh.cook87@gmail.com | Hinge, Tinder |
| 4622 | Elver | Gomez | gomez.elver50@gmail.com | OkCupid, Hinge, Tinder |
| 4623 | Kanen | Terry | kanen_22@yahoo.com | OkCupid, Match, Plenty of Fish |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 4624 | Garrett | Watson | garrett.j.watson@gmail.com | Hinge |
| 4625 | Javon | Morales Sawyer | javonsawyer17@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4626 | Ashley | Parker | ashleyparker1190@gmail.com | OkCupid, Hinge, Tinder |
| 4627 | Sarah | Childers | babbling987@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4628 | Jennifer | Wzorek | jenniferwzorek@gmail.com | Hinge |
| 4629 | Jessica | Easterly | jeeasterly7@gmail.com | Hinge, Tinder |
| 4630 | Amy | Hood | sexkittenamy@gmail.com | Match, Plenty of Fish |
| 4631 | Julie | Donovan | juliedono@gmail.com | Match |
| 4632 | Artem | Kupriiets | kupriiets@icloud.com | Tinder |
| 4633 | Mary | Lemanski | marylemanski1975@gmail.com | Match |
| 4634 | Anthony | Cochenour | nitwitjr@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4635 | Michael | Hampleman | mhampleman93@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4636 | James | Holpuch | udsaxman@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4637 | Bryan | Fulton | rpcvslowone@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4638 | Brian | Van Duyn | brianvanduyn0@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4639 | Cherie | Slabaugh | cheriemslabaugh@gmail.com | Hinge |
| 4640 | Nidhi | Madhavan | nidhi.madhavan17@gmail.com | Hinge, Tinder |
| 4641 | Kyle | Thompson | thompsonkyle5000@gmail.com | Tinder |
| 4642 | Dani | Kang | mymykdh94@gmail.com | Hinge, Tinder |
| 4643 | Jacquese | Dean | jaydeanonline@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4644 | Timothy | Walker | tjw1735@gmail.com | Tinder, Match, Plenty of Fish |
| 4645 | Kevin | Brouillette | kevinbrouillette@gmail.com | OkCupid, Hinge, Tinder |
| 4646 | Bob | Prescott | blprescott93@gmail.com | OkCupid, Hinge, Tinder |
| 4647 | Kacheri | Glover | honeydewraw@gmail.com | Tinder, Match, Plenty of Fish |
| 4648 | Jacqueline | Burgos | jaburgos824@gmail.com | Hinge, Tinder |
| 4649 | Hardik | Prajapati | harry16@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4650 | Akshat | Khajuria | astroakshat@gmail.com | Hinge, Tinder |
| 4651 | Maxwell | Gantman | gantmanm@dupage.edu | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4652 | Kathleen | Mcgivney | kathleen.b.mcgivney@gmail.com | Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|---|---|---|---|---|
| 4653 | Alex | Hepler | olderbro13@aol.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4654 | Heather | Diaz | heloz1989@gmail.com | Tinder |
| 4655 | Curtis | Carey | curtis.carey@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4656 | Daniel | Korenevsky | dankore@gmail.com | OkCupid, Hinge, Tinder |
| 4657 | Valya | Borisova | valyabrsv@gmail.com | Hinge, Tinder |
| 4658 | Alexis | Westergren | alexis.mt.hansen@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4659 | Matthew | Kulesza | aaaprivateeye@live.com | Plenty of Fish |
| 4660 | William | Land | wland728@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4661 | Daniel | Brown | brown.danny.j@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4662 | Brandon | Williams | sxperwxlly@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4663 | Brandy | Vize | bannylynn@yahoo.com | Plenty of Fish |
| 4664 | Nick | Huffman | nick@shittiestplace.com | Hinge, Tinder, Plenty of Fish |
| 4665 | Gregory | Calderwood | g.t.calderwood@gmail.com | Tinder, Match, Plenty of Fish |
| 4666 | Joaquinn | Williams | jkw381@hotmail.com | OkCupid, Tinder, Plenty of Fish |
| 4667 | Weixin | Li | weixin.li2019@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4668 | Allison | Bitz | allie.bitz@yahoo.com | Hinge, Tinder, Plenty of Fish |
| 4669 | Cory | Newth | corydaddy88@gmail.com | Plenty of Fish |
| 4670 | Caelin | Miltko | camiltko@gmail.com | Hinge, Tinder |
| 4671 | Kaylen | Wallace | kaylenjeanl@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4672 | Elyse | Hill | ejhill95@gmail.com | OkCupid, Hinge, Tinder |
| 4673 | Brittany | Rivera | wickedprincess2020@yahoo.com | OkCupid |
| 4674 | Drew | Rutledge | drew.rutledge@colorado.edu | OkCupid, Plenty of Fish |
| 4675 | Robert | Shillin | rdprophet@gmail.com | OkCupid, Match, Plenty of Fish |
| 4676 | Kathryn | Deisinger O'Flaherty | kathrynofl@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4677 | Ryan | Chiu | lordchiu@gmail.com | OkCupid, Hinge, Tinder |
| 4678 | Melanie | O'Brien | melo2713@outlook.com | Match, OurTime |
| 4679 | Linnette | Chew | linnettevchew@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4680 | Jennie | Wolin | torchwoodsdarling@gmail.com | Tinder |
| 4681 | Daniel | Zubek | danzubek@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4682 | Alexander | Mallek | amallek2013@gmail.com | Hinge, Tinder |

Exhibit A to Confidential Communication Pursuant to

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4683 | Stephannie | Zamboti | stephannie.zamboti@valpo.edu | Tinder, Plenty of Fish |
| 4684 | Connor | Fabian | connorfabian1@gmail.com | Hinge, Tinder |
| 4685 | Phillip | Lach | naperphil@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4686 | Justyna | Czerny | justynaczerny92@gmail.com | OkCupid, Hinge, Tinder |
| 4687 | Gianna | Scheuneman | gmscheunemannoctrl@gmail.com | Hinge, Tinder |
| 4688 | Jonathan | Panton | jpanton@iwu.edu | Tinder |
| 4689 | Molly | Bires | mhbires@gmail.com | OkCupid, Tinder |
| 4690 | Russell | Strmic | strmicconsultinggroup@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 4691 | Josh | Drapeau | joshd.drapeau@gmail.com | OkCupid, Hinge, Tinder |
| 4692 | Vicente | Nieves | vrnieves@gmail.com | OkCupid, Match, Plenty of Fish |
| 4693 | Elizabeth | Wortman | eewortman@gmail.com | Hinge, Tinder |
| 4694 | Shantanu | Bandhi | sbandhi@gmail.com | Hinge, Tinder |
| 4695 | Michael | Gomez | ticctirm@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 4696 | Adam | Weis | cubsareawsome25@yahoo.com | Hinge, Tinder |
| 4697 | Brandon | Kazimer | bkazimer7@gmail.com | Tinder |
| 4698 | Jessica | Scott | scjessic@umich.edu | Hinge, Tinder, Plenty of Fish |
| 4699 | Joseph | Turner | jturner8667@gmail.com | Tinder, Match, Plenty of Fish |
| 4700 | Maricar | Tinio | maricartinio@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4701 | Michael | Henson | hensonmw@gmail.com | Hinge, Tinder |
| 4702 | Ariel | Berchtold | aeberch@gmail.com | OkCupid, Hinge |
| 4703 | Kelly | Sites | kelly.sites@gmail.com | Hinge |
| 4704 | Anna | Czubernat | anneczub82@gmail.com | Tinder, Match, Plenty of Fish |
| 4705 | Gretchen | Moake | gretcheneclark@gmail.com | Hinge |
| 4706 | Gretchen | Moake | gretchen.moake@gmail.com | Hinge |
| 4707 | Sarah | Farsalas | sarah.farsalas@gmail.com | Tinder, Match |
| 4708 | Victorea | Quinton-Hairston | vickyella16@gmail.com | Tinder |
| 4709 | Andrew | Owens | anowenss@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4710 | Andrew | Long | andylong.bcca@gmail.com | OkCupid, Hinge, Tinder |
| 4711 | Alyssa | Young | alyssany95@gmail.com | Hinge, Tinder |
| 4712 | Basil | Khuder | bkhuderr@outlook.com | Hinge, Tinder |
| 4713 | Eleanor | Carpenter | carpe304@msu.edu | OkCupid, Hinge, Tinder |
| 4714 | Jake | Petrizzo | crucialcrue92@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4715 | Kristi | Fleetwood | kfleet01@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4716 | Traci | Karczewski | tltk1482@gmail.com | Tinder |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4717 | Stephen | Sucaldito | stephen.sucaldito@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4718 | Zacharia | Gamble | zzuehlke@gmail.com | Tinder |
| 4719 | Katherine | Rhead | katherine.rhead@gmail.com | Hinge, Tinder, Match |
| 4720 | Michael | Bisognani | scubabizz@gmail.com | Tinder, Match |
| 4721 | Colin | Corbett | colin.h.corbett@gmail.com | OkCupid, Hinge, Tinder |
| 4722 | Brianna | Newlon | bnewlon123@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4723 | Maureen | Mcdonough | crestoffmgr@gmail.com | Match, OurTime |
| 4724 | Gianna | Gaza | ggaza27@gmail.com | OkCupid, Hinge, Tinder |
| 4725 | Amy | Blankestyn | ablankestyn@yahoo.com | OkCupid, Match, Plenty of Fish |
| 4726 | David | Holtzer | davidholtzer@gmail.com | OkCupid, Tinder, Match |
| 4727 | Sherwood | Mcgowan | sherwood.mcgowan@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4728 | David | Wyzukovicz | rockout386@gmail.com | Tinder |
| 4729 | David | Wyzukovicz | dwyzone00741@yahoo.com | Tinder |
| 4730 | Amanda | Arnier | amandaarnier@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4731 | Cynde | Baldwin | cynde2112@gmail.com | Match, Plenty of Fish |
| 4732 | Carrie | Sloan | caroline.a.sloan@gmail.com | OkCupid, Hinge, Tinder |
| 4733 | Vanessa | Gallup | mjsmileloveshine@gmail.com | Hinge, Tinder |
| 4734 | Thomas | Holewinski | tommyholly@comcast.net | Tinder, Match |
| 4735 | Jake | Tanner | basket_case_22@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4736 | Sid | Shah | sid.shah1213@gmail.com | Hinge, Tinder |
| 4737 | David | Farrey | djfarrey@hotmail.com | OkCupid |
| 4738 | Abby | Maccormack | abbymaccormack@gmail.com | Tinder |
| 4739 | Davy | Kusta | davy.kusta@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4740 | Lorelei | Gagnon | makeupbylorelei@yahoo.com | OkCupid, Hinge, Tinder |
| 4741 | Sara | Benes | benes.sara93@gmail.com | Tinder |
| 4742 | Glenda | Reynolds | glendasuereynolds@yahoo.com | Tinder, Plenty of Fish |
| 4743 | Kimani | Isaac | kimani.isaac.3798@gmail.com | OkCupid, Hinge, Tinder |
| 4744 | Eleanor | Thomas | eleanor.thomas@myself.com | OkCupid, Tinder |
| 4745 | Amy | Calix | acalixxoxo@yahoo.com | Hinge, Match |
| 4746 | David | Crane | davidcrane1990@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4747 | Jonathan | Zubal | jonzubal@outlook.com | OkCupid, Tinder, Plenty of Fish |
| 4748 | Jennifer | Dawber | indy_jones85@yahoo.com | Plenty of Fish |
| 4749 | Constantine | Principato | zincodogga@gmail.com | OkCupid |
| 4750 | Leanne | Sharkey | leanne.sharkey@outlook.com | Tinder, Match, Plenty of Fish |
| 4751 | Moira | Hibbard | hibbardmoira@gmail.com | OkCupid, Hinge, Tinder |
| 4752 | Brendan | Kelly | brendan.m.kelly94@gmail.com | OkCupid, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4753 | Alyssa | Aggen | a.aggen991@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4754 | Aquara | Mata | k.ricesushi@gmail.com | OkCupid |
| 4755 | Danielle | Woodman | danielle.nw26@gmail.com | Tinder |
| 4756 | Patrick | Mcevoy | patmac531@gmail.com | Tinder, Match |
| 4757 | Annesa | Lacey | alacey1971@gmail.com | OkCupid, Hinge, Match, Plenty of Fish |
| 4758 | Steven | Jones | atomheart@tuta.io | OkCupid, Tinder |
| 4759 | Kelly | Poole | quadradist@yahoo.com | Hinge, Tinder |
| 4760 | Ryshika | Parker | ryshikapsart@hotmail.com | OkCupid, Match, Plenty of Fish |
| 4761 | Tom | Kucinski | tomkucinski825@gmail.com | Tinder |
| 4762 | Michal | Kapustka | michaltkapustka@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4763 | Cynthia | Rosa | cynthiarosa23@icloud.com | Hinge |
| 4764 | Christina | Robinson | chrissymarie0906@gmail.com | Tinder |
| 4765 | Marcel | Bertsch-Gout | marcel.bertschgout1@gmail.com | OkCupid |
| 4766 | Edwin | Mendez | consultedwin@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4767 | Austin | Poothavelil | austinpoothavelil@gmail.com | Tinder |
| 4768 | Alexander | Shek | ashek6@gmail.com | OkCupid, Hinge, Tinder |
| 4769 | April | Kilduff | aprilkilduff@hotmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4770 | Scott | Saffro | ssaffro@att.net | OkCupid, Tinder, Plenty of Fish |
| 4771 | Zoe | Levin | zoerlevin@gmail.com | Tinder |
| 4772 | Dan | Klaman | danklaman@gmail.com | Hinge, Tinder |
| 4773 | Julie | Orr | theredhun@gmail.com | OkCupid, Match, Plenty of Fish |
| 4774 | Naiya | Clavijo | naiya601@gmail.com | Tinder, Match, Plenty of Fish |
| 4775 | Michael | Franklin | michaelf667@gmail.com | OkCupid, Tinder, Match, Plenty of Fish, BLK |
| 4776 | Maggie | Seeley | maggieseeley1@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4777 | Ashton | Mcgregor | ashtonmcgregor3@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4778 | Robert | Poe | robpoe@rocketmail.com | OkCupid, Match |
| 4779 | Dulce | Mora Flores | demoradas@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4780 | Nathanial | Matheny | nathanialmatheny@mail.com | Tinder, Plenty of Fish |
| 4781 | Thomas | Bacharz | bacharzt@gmail.com | OkCupid, Hinge, Tinder |
| 4782 | Jace | Pesina | jacepesina@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to**

**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4783 | Veronica | Knudtkins | veronica.knudtkins@va.gov | OkCupid, Tinder |
| 4784 | Erin | Carney | ejcarney26@gmail.com | Hinge, Tinder |
| 4785 | Austen | Duzey | austen.duz@gmail.com | OkCupid, Hinge, Tinder |
| 4786 | Linmayu | Appavu | linmayu@gmail.com | OkCupid, Tinder |
| 4787 | Paul | Forti | paul.forti@gmail.com | Hinge, Tinder |
| 4788 | Kira | Cloonan | kiracloonan@gmail.com | Tinder |
| 4789 | Angie | Acosta | angieacosta09@yahoo.com | Hinge, Tinder |
| 4790 | Tyler | Rudy | sen10rudy@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4791 | Karen | Juergens | panozzoj1@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 4792 | Eric | Crosby | ecrosby0803@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4793 | Johnnie | White | reejeangina2345@gmail.com | Plenty of Fish, BLK |
| 4794 | Holi | Reed | hreed13@gmail.com | OkCupid, Hinge, Plenty of Fish, BLK |
| 4795 | Kelsee | Thompson | kelseelthompson@gmail.com | Hinge, Tinder |
| 4796 | Conor | Redmond | conor.redmond87@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4797 | Caitlin | Mclean | caitlinannmclean@gmail.com | OkCupid, Hinge, Tinder |
| 4798 | Mike | Oren | mikeoren@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4799 | Parker | Brown | sparkermann@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4800 | Melissa | Mott | melissamott33@gmail.com | OkCupid |
| 4801 | Mark | Dagg | markdagg@live.com | Match, Plenty of Fish |
| 4802 | Sara | Kohler | sara.k.kohler@gmail.com | OkCupid, Hinge, Tinder |
| 4803 | Elaine | Michalek | ecmichalek@gmail.com | Hinge, Tinder |
| 4804 | Adam | Gross | mqtadam2003@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4805 | Derek | Snell | baybay1488@gmail.com | Tinder, Match, Plenty of Fish |
| 4806 | Matthew | Rosiere | matthewrosiere@gmail.com | OkCupid, Plenty of Fish |
| 4807 | Caelan | Sun | caelan.sun@gmail.com | Hinge, Tinder |
| 4808 | Dallas | Foster | dallasrfoster96@gmail.com | Hinge, Tinder |
| 4809 | Michael | Senaldi | senaldi88@live.com | Hinge |
| 4810 | Jared | Royer | jarroyer2@gmail.com | Hinge, Tinder |
| 4811 | Blake | Kolesa | kolesa.blake@gmail.com | Hinge, Tinder |
| 4812 | Jesse | Cook | coolman62801@yahoo.com | Match, Plenty of Fish |
| 4813 | Chris | Arwady | carwady@gmail.com | OkCupid |
| 4814 | Susan | Clark | sclark2816@gmail.com | Plenty of Fish |
| 4815 | Naomi | Curciarello | naomicurciarello@gmail.com | OkCupid, Plenty of Fish |
| 4816 | Jose | Matallanes | matallanes311@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4817 | Samantha | Thimm | samanthathimm@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4818 | Kelly | Gallo | kellygallore@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4819 | Kelly-Anne | Gallo | kgallo@coldwellhomes.com | OkCupid, Hinge, Tinder, Match |
| 4820 | Vincent | Scoggin | vscoggin55@gmail.com | Tinder |
| 4821 | Anne | Ziesemer | anneziesemer@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4822 | Sara | Mcroy | smcroy345@gmail.com | Plenty of Fish |
| 4823 | Thomas | Ciepiela | thomas.ciepiela@gmail.com | Hinge, Tinder |
| 4824 | Bradley | Bell | bradley.scott.bell@gmail.com | OkCupid, Hinge, Tinder |
| 4825 | Lisa | White | athl13sun@gmail.com | Match, OurTime |
| 4826 | Cassie | Kramer | iamclassic@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4827 | Matt | Keane | mattmkeane@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4828 | Sarah | Blankenship | carnivalroses@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4829 | Sarah | Pingolt | sarahblarah@aol.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4830 | Zack | Frankel | zackfrankel@live.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4831 | Ryanne | Braun | rebraun17@gmail.com | Hinge |
| 4832 | William | Knoch | wknoch13@gmail.com | Tinder |
| 4833 | Dimitrios | Lembesis | djlembesis@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4834 | Mark | Victoria | markvictoria15@yahoo.com | OkCupid, Hinge, Tinder |
| 4835 | Matthew | Shlifka | matthewshlifka@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4836 | Jaylin | Awdisho | jaylinawdisho11@augustana.edu | OkCupid, Tinder |
| 4837 | Leticia | Garcia | letyg82@gmail.com | Tinder, Match |
| 4838 | Christopher | Mojekwu | c.mo.sf.11@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4839 | Michael | Frame | mtframe54@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4840 | Heather | Thom | heatherathom@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4841 | Brittany | Brest | britbrest93@gmail.com | Tinder, Match, Plenty of Fish |
| 4842 | Mark | Lepsi | marklepsi@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4843 | Kyle | Anderson | goldenspartan12@gmail.com | Tinder |
| 4844 | Melissa | Sassmann | msassmann@live.com | OkCupid |
| 4845 | Joceline | Puma | joceline.puma@gmail.com | Tinder, Chispa |
| 4846 | Nicole | Mateja | sweet_love_lette2@yahoo.com | Plenty of Fish |
| 4847 | Jason | Schwab | mx7390@hotmail.com | OkCupid, Tinder, Match, Plenty of Fish |

**Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4848 | Alyssa | Diltz | alyssa.diltz@gmail.com | OkCupid |
| 4849 | Katrina | Criddle | katc1018@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4850 | Juan | Sanchez | red37sx@gmail.com | Tinder |
| 4851 | Wendy | Portales | phreakmama@sbcglobal.net | Tinder |
| 4852 | Cammy | Ylo | cammyylo423@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 4853 | Katie | Sirles | katie.sirles@gmail.com | OkCupid, Hinge, Tinder |
| 4854 | James | Roy | jamesrroy@yahoo.com | OkCupid, Tinder, Plenty of Fish |
| 4855 | Dean | Kondelis | kondelis@yahoo.com | Match |
| 4856 | Jacob | Gorman | jacobgo37@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4857 | Anna | Czubernat | msannec82@gmail.com | Tinder, Match, Plenty of Fish |
| 4858 | Tinolla | Brown | lshionbrown@gmail.com | Tinder, Plenty of Fish |
| 4859 | Katherine | Martin | katherine.mrtn@gmail.com | Hinge |
| 4860 | Justin | Swift | justinswift1@gmail.com | Tinder, Match, Plenty of Fish |
| 4861 | Jenna | Lindman | jennalindman@gmail.com | Tinder |
| 4862 | Brad | Spelich | bspelich@gmail.com | Hinge, Tinder |
| 4863 | Melanie | O'Brien | melanieo_brien@hotmail.com | Match, OurTime |
| 4864 | Tyler | Roberts | tylerroberts4443@gmail.com | Tinder |
| 4865 | Jeff | Havlik | jeffhavlik@gmail.com | OkCupid, Plenty of Fish |
| 4866 | James | Nudera | jnudera6@gmail.com | Hinge, Tinder |
| 4867 | Ryan | Agulo | ragulo@msn.com | OkCupid, Hinge, Match |
| 4868 | Morgan | Green | cellardoor.morgan@gmail.com | Tinder |
| 4869 | Keith | Burke | keithburke87@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4870 | Kari | Marx | marxmortgagone@aol.com | Plenty of Fish |
| 4871 | Jeremy | Busby | jeremybusby88@yahoo.com | Tinder |
| 4872 | Mike | Settle | mikebsettle00@gmail.com | Hinge, Tinder |
| 4873 | Benedikt | Girardi | benediktgir@gmail.com | Hinge, Tinder |
| 4874 | Alex | Doornbos | akdoornobos@gmail.com | OkCupid, Hinge, Tinder |
| 4875 | Raquel | Debartolo | debartolor@yahoo.com | OkCupid, Tinder, Match |
| 4876 | Kathleen | Hisey | kathleen.m.hisey@gmail.com | OkCupid, Hinge, Tinder |
| 4877 | Sarah | Viliocco | sarahviliocco@gmail.com | OkCupid |
| 4878 | Frances | Price | frances1501@aol.com | Match |
| 4879 | Daniel | Olmo | da.olmo1117@gmail.com | Hinge, Tinder |
| 4880 | Whitley | Muskwe | dudzai1990@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 4881 | Regan | Penn | reganpenn@lclark.edu | Hinge, Tinder |
| 4882 | Brian | Mcdonough | briamn@gmail.com | Tinder |
| 4883 | Lindsay | Clark | lindsayclark1211@gmail.com | OkCupid, Hinge |

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 4884 | Juvane | Spence | juvane17@hotmail.com | Tinder |
| 4885 | Emily | Wheeler | emilywheelermezzo@gmail.com | Hinge, Tinder, Match |
| 4886 | Melissa | Scafidi | yogibaby13@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4887 | Kenneth | Dowdy | kennyjade1300@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4888 | Michael | Mccormick | mdmccor@me.com | Tinder |
| 4889 | Ashley | Galmore | ashley.galmore@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4890 | Anthony | Spicuzza | majikstik@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 4891 | Eytan | Lasca Szalit | eytanamos@yahoo.com | Tinder, Match, Plenty of Fish |
| 4892 | Alexander | Wray | professionalcoolkidalex@gmail.com | Tinder |
| 4893 | Odette | Hernandez | ohdez8201@gmail.com | Tinder |
| 4894 | Robert | Sempsey | rsempsey@hotmail.com | Tinder |
| 4895 | Brittany | Ferguson | brittanyfergie91@gmail.com | Tinder, Plenty of Fish |
| 4896 | Eric | Arnold | cortneyzman99@gmail.com | Tinder, Match, Plenty of Fish |
| 4897 | Hayden | Lee | haydenpeterlee@gmail.com | OkCupid, Tinder |
| 4898 | Nathaniel | Ezolino | nathanielezolino@gmail.com | Tinder |
| 4899 | Andrew | Paxson | apaxson0212@gmail.com | OkCupid, Match |
| 4900 | Debra | Procaccio | d.procaccio@comcast.net | OkCupid, Tinder, Match, Plenty of Fish |
| 4901 | Cruz | Rodriguez | crodriguezvillasana@gmail.com | Tinder |
| 4902 | Ilana | Wolff | iwolff@ilffmonkey.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4903 | Stephanie | Crain | stephcrain@gmail.com | Match |
| 4904 | Byron | Olson | bolsoniii@yahoo.com | OkCupid |
| 4905 | Steven | Aronfeld | billboardmister@aol.com | OkCupid |
| 4906 | Philip | Speigel | p.speigel@gmail.com | OkCupid, Hinge, Tinder |
| 4907 | Paige | Jakupcak | jakupcak@yahoo.com | Hinge, Tinder, Match |
| 4908 | James | Peterson | jamesbpeterson4@gmail.com | Hinge, Tinder |
| 4909 | Angelina | Kelly | angelangelina04@yahoo.com | OkCupid, Plenty of Fish |
| 4910 | Destiny | Fassett | tinycrain@yahoo.com | OkCupid, Plenty of Fish |
| 4911 | Fareine | Suarez | hi@fareine.com | OkCupid, Hinge, Tinder |
| 4912 | Christopher | White | chris.organizer@gmail.com | OkCupid, Tinder |
| 4913 | Zack | Gilbertsen | zackgilbertsen@gmail.com | Tinder, Plenty of Fish |
| 4914 | Logan | Swart | demonspirit17@gmail.com | Hinge, Tinder |
| 4915 | Patrick | Daniel | sadx12@gmail.com | Tinder |
| 4916 | Jerica | Harms | jericaharms92@gmail.com | OkCupid, Plenty of Fish |
| 4917 | Elijah | Dreyer | eli.dreyer@outlook.com | Hinge, Tinder |
| 4918 | Brian | Kuhr | briandouglask@gmail.net | OkCupid |
| 4919 | Stephanie | Palmer | nobodee_special2u@yahoo.com | Hinge |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4920 | Carmen | English | carmenenglish08@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 4921 | John | Nikolich | jnnikolichjn@gmail.com | Match, Plenty of Fish |
| 4922 | Dottie | Nikolich | nikolich123@gmail.com | Match |
| 4923 | Meghan | Sandstrom | meghansandstrom@gmail.com | Hinge, Tinder, Plenty of Fish |
| 4924 | Steven | Gray | tung2@sbcglobal.net | Plenty of Fish |
| 4925 | George | Crouse | gcrouse45@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish, Chispa |
| 4926 | Denise | Kelly | denise9855@sbcglobal.net | Match |
| 4927 | Benjamin | Mercado | benjamin.l.mercado@gmail.com | OkCupid, Tinder |
| 4928 | Margaret | O'Connell | margaret.oconnell.92@gmail.com | OkCupid |
| 4929 | Julie | Waner | juliewaner@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4930 | Stephanie | Rodriguez | sroduic@gmail.com | Plenty of Fish, Chispa |
| 4931 | Jeffrey | Green | jrcillian@gmail.com | Hinge, Tinder |
| 4932 | Ailey | Adorjan | aileyjace@gmail.com | OkCupid, Tinder |
| 4933 | Eric | Angra | eangra@gmail.com | OkCupid, Tinder |
| 4934 | Amelia | Smith | amelia.ellen.smith@gmail.com | Hinge, Tinder |
| 4935 | Sarah | Sheehan | sesheehan@att.net | Tinder |
| 4936 | Malcolm | Spears | smalcolmspears@gmail.com | Hinge |
| 4937 | Teagan | Bowie | teabowie@gmail.com | Hinge, Tinder |
| 4938 | Keith | Robins | keithrr@charter.net | Match |
| 4939 | Philip | Carbone | philcarbone@att.net | OkCupid |
| 4940 | Carole | Catron | elorac@gmail.com | Hinge, Match, Plenty of Fish |
| 4941 | Amanda | Szwacz | amandaszwacz@gmail.com | Tinder, Plenty of Fish |
| 4942 | Vishal | Patel | vbpat88@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4943 | Zackery | Peterson | zpeterson75@yahoo.com | Tinder |
| 4944 | Cory | Turek | cory.turek@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4945 | Kathleen | Leahy | kleahy3@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 4946 | Keith | Seper | gogeta5026@hotmail.com | OkCupid, Plenty of Fish |
| 4947 | Thomas Lee | Twiggs | tomass34@yahoo.com | Tinder, Match, Plenty of Fish |
| 4948 | Ting Shen | Wang | jimmytingshen@gmail.com | OkCupid, Hinge, Tinder |
| 4949 | David | Sayers | sayersdj@yahoo.com | OkCupid, Match |
| 4950 | Michael | Lemire | mikalemire9@gmail.com | Tinder |
| 4951 | William | Clements | will@wclements.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4952 | Rebecca | Yang | rebeccadk15@icloud.com | Hinge, Tinder |
| 4953 | Sidney | Comstock | sidney.comstock@gmail.com | OkCupid, Hinge |
| 4954 | Debbye | Sottile | sottiledebbye@ymail.com | OkCupid, Match, Plenty of Fish, OurTime |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4955 | Alexzandra | Higgins | xzahiggins@gmail.com | OkCupid, Hinge |
| 4956 | Leandro | Perez | 3rdeyexen@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4957 | Alexandra | Blech | alexandrablech@gmail.com | OkCupid, Hinge, Tinder, Match |
| 4958 | Simone | Grach | simoneagrach@gmail.com | Hinge, Tinder |
| 4959 | Shannon | Vollmer | vollmershannon@yahoo.com | Hinge, Tinder, Match, Plenty of Fish |
| 4960 | Nathan | Dykstra | rssupergamer97@gmail.com | OkCupid |
| 4961 | Milica | Popovic | medena1339@gmail.com | Tinder |
| 4962 | Staci | Mamer | stacimamer@gmail.com | Match, Plenty of Fish |
| 4963 | Jenette | Sturges | jenette.sturges@gmail.com | Hinge, Tinder, Match |
| 4964 | Bethany | Prokop | beth.miller1990@gmail.com | OkCupid |
| 4965 | Michael | Lubert | mlubert@gmail.com | OkCupid, Tinder |
| 4966 | Mary | Alvey | whiteseigh@yahoo.com | OurTime |
| 4967 | Christine | Borovoy | xty31@me.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4968 | Matthew | Miner | mminer237@gmail.com | OkCupid, Tinder, Match |
| 4969 | Debra | Fowler | inbruges209@gmail.com | Match |
| 4970 | Isaac | Empson | irempson@gmail.com | Hinge, Tinder |
| 4971 | Luis | Maya | luismayag2@gmail.com | OkCupid, Hinge, Tinder |
| 4972 | Megan | Shern | swtbaby0324@yahoo.com | OkCupid, Plenty of Fish |
| 4973 | Whitney | Jones | whitneymjones@gmail.com | Tinder |
| 4974 | Scott | Mccauley | truecolors1320@sbcglobal.net | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4975 | Alana | Swanson | alanarswanson@gmail.com | OkCupid, Hinge, Match |
| 4976 | Aron | Ianchici | aronianchici@gmail.com | Tinder |
| 4977 | Lauren | Nicole Schweigert | lschw4@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 4978 | Taryn | Rodriguez | jtrodriguez6@sbcglobal.net | Tinder |
| 4979 | Diane | Rizzio | diane.rizzio@gmail.com | Match |
| 4980 | Chad | Svastisalee | swasgrafx@gmail.com | Hinge, Tinder, Match |
| 4981 | Sarah | Lafave | sarbera7@gmail.com | Tinder |
| 4982 | Kirsten | Onsgard | kkonsgard@gmail.com | OkCupid, Hinge, Tinder |
| 4983 | Kemi | Adedokun | kemi2012@icloud.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 4984 | Michael | Brooks | mbrook2@gmail.com | Plenty of Fish |
| 4985 | Juleanne | Weed | veggievamp4life@aol.com | OkCupid, Tinder |
| 4986 | Jessica | Smith | jessicainspace@gmail.com | OkCupid, Tinder |
| 4987 | Jamie | Burns | jamiek402@gmail.com | Hinge |
| 4988 | Leander | Chappotin Betancourt | soocus3@gmail.com | Hinge, Tinder |
| 4989 | Erin | Rickels | erinrickels@gmail.com | Tinder |
| 4990 | Tarron | Blackwell | tarronblackwell@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Exhibit A to Confidential Communication Pursuant to
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 4991 | Unique | Faci | ufaci@yahoo.com | OkCupid, Match, Plenty of Fish |
| 4992 | Michal | Witek | mwit1530@gmail.com | Tinder |
| 4993 | Ashli | Hessel | ashlihessel@me.com | OkCupid, Hinge, Match |
| 4994 | Vanessa | Rivera | vanessa7136@att.net | Tinder, Match |
| 4995 | Sarah | Blausey | ffxprincess@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 4996 | Julie | Losch | julie.losch@gmail.com | OkCupid, Hinge, Plenty of Fish |
| 4997 | Lisa | Czarnecki | lisa.czarnecki@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |
| 4998 | Melissa | Hamilton | babymeli85@yahoo.com | OkCupid |
| 4999 | Cheryl | Siebert | cherylmae14@yahoo.com | OkCupid, Hinge, Tinder, Match |
| 5000 | Joseph | Kupiszewski | josephruscle@gmail.com | Tinder |
| 5001 | Casey | Morse | imcaseymorse2@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 5002 | Kristal | Pinedo | kristal.pinedo@gmail.com | OkCupid, Hinge, Tinder |
| 5003 | Sarah | Mckay | sarahmckay930@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 5004 | Cindy | Crowder | cindylcrowder@gmail.com | Match |
| 5005 | Mary | Leopold Adami | muskail13@gmail.com | Match, Plenty of Fish |
| 5006 | Beata | Zawada | bzawada7@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5007 | Claire | Isabell | claire.isabell@gmail.com | OkCupid, Hinge, Tinder, Match |
| 5008 | Jena | Kleindl | jkleindl@uwm.edu | Tinder |
| 5009 | Lakhi | Siap | lakhisiap@yahoo.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5010 | Amanda | Freund | amanda.freund5@gmail.com | Tinder |
| 5011 | Linda | Woods | lduke32@yahoo.com | Plenty of Fish |
| 5012 | Paul | Wilson | paulgeowil03@yahoo.com | OkCupid, Match, Plenty of Fish |
| 5013 | Tricia | Partlow | triciapartlow@gmail.com | Tinder |
| 5014 | Amy | Ward | ars9977@aol.com | Hinge, Tinder, Match, Plenty of Fish |
| 5015 | Joseph | Urbik | urbikjoe@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5016 | Kristina | Liang | kristina.m.liang@gmail.com | OkCupid, Hinge, Tinder |
| 5017 | Lindsay | Griffin | lrgriff1989@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 5018 | Evan | Shepard | sheparden@gmail.com | OkCupid, Tinder, Match |
| 5019 | Chris | Losey | chris.losey@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5020 | Calvin | Kessler | kesslercalvin@gmail.com | OkCupid, Hinge, Tinder |

**Exhibit A to Confidential Communication Pursuant to**
**Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|------------|-----------|-------|--------------|
| 5021 | Stephen | Wylie | s.wylie@aol.com | OkCupid, Match, OurTime |
| 5022 | Robyn | Michaels | rmmzungu1@gmail.com | Tinder, Match, Plenty of Fish, OurTime |
| 5023 | Michael | Craig | mcraig317@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5024 | Mitchell | Higgins | admiralkirk452@yahoo.com | Hinge |
| 5025 | Anna | Roshanski | roshanskia1@gmail.com | Match, Plenty of Fish |
| 5026 | Brien | Cron | briencron@gmail.com | OkCupid, Tinder |
| 5027 | Jori | Gillen | jorigil007@yahoo.com | Tinder, Match, Plenty of Fish |
| 5028 | Alexis | Ellers | alexis.ellers86@gmail.com | OkCupid, Hinge, Tinder |
| 5029 | Breanna | Hogue | bnhogue@gmail.com | Tinder, Plenty of Fish |
| 5030 | Jessica | Torres | jess.cancino@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 5031 | Julia | Atkin | atkin.julia@gmail.com | Hinge, Tinder |
| 5032 | Ana | Hogue | hogueana@yahoo.com | Plenty of Fish |
| 5033 | Julie | Walling | walling1974@yahoo.com | Plenty of Fish |
| 5034 | Constance | Tiberi | cptiberi@gmail.com | Tinder |
| 5035 | Patricia | Clohessy | patty.clohessy@yahoo.com | Tinder |
| 5036 | Margaret | Brandt | margare797@aol.com | Plenty of Fish |
| 5037 | Meghan | Mastine | puffyclouds314@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 5038 | Jeremy | Ritzert | ritzertbiz@gmail.com | Hinge, Plenty of Fish |
| 5039 | Corey | Sudja | csudja@gmail.com | Tinder, Plenty of Fish |
| 5040 | Mary Ann | Chandler | maryannchandler89@gmail.com | Match |
| 5041 | Trinity | Sharp | trinitysharp@gmail.com | Hinge, Tinder |
| 5042 | Matthew | Peddicord | mattslittleheart@aol.com | Tinder, Plenty of Fish |
| 5043 | Daniel | Hiltz | danniboy21@yahoo.com | Tinder |
| 5044 | Zena | Levan | zenadfl@gmail.com | OkCupid |
| 5045 | Stephanie | Austria | s_austria@hotmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5046 | Jeremy | Litberg | jeremylitberg@gmail.com | Hinge, Tinder |
| 5047 | Aaron | Taylor | bigrealtorguy@hotmail.com | Match, Plenty of Fish |
| 5048 | Sidi | Huang | scrabble4cash@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 5049 | Kayley | Levine | kmlevin2@gmail.com | Hinge, Tinder, Match, Plenty of Fish |
| 5050 | Kimberly | Adams | kadam1180@aol.com | OkCupid, Match, Plenty of Fish |
| 5051 | Mikayla | Manning | mikayla.manning@outlook.com | OkCupid, Plenty of Fish |
| 5052 | David | Dvorak | dvorakdmci@yahoo.com | OkCupid, Tinder, Match, Plenty of Fish, OurTime |

Exhibit A to Confidential Communication Pursuant to
Match Group's Terms of Use, Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| No. | First Name | Last Name | Email | Dating sites |
|-----|-----------|-----------|-------|--------------|
| 5053 | Will | Moffett | moffettwill726@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 5054 | Rosemarie | Riley | riley1642@yahoo.com | Tinder |
| 5055 | Jasmine | Ware | jasmineeware@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish, OurTime, Chispa, and BLK |
| 5056 | Jake | Reader | ak74jr@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 5057 | Michael | Blasingame | mblasin2@gmail.com | Tinder |
| 5058 | Glenn | Ralph | gralph0023@gmail.com | OkCupid, Tinder, Match, Plenty of Fish |
| 5059 | Mark | Takesuye | matakesuye@gmail.com | Hinge, Tinder, Match |
| 5060 | Kara | Kahler | kahler4@gmail.com | Hinge |
| 5061 | Joseph | Santoria | xjstorm13x@gmail.com | OkCupid, Tinder, Plenty of Fish |
| 5062 | Brittany | Fenner | brittany.fenner@gmail.com | Tinder |
| 5063 | Alicia | Onik | aackley9@yahoo.com | Match |
| 5064 | James | Craig | craigjim25@gmail.com | OkCupid, Match, Plenty of Fish, OurTime |
| 5065 | Erin | Haak | ehaak0105@yahoo.com | OkCupid |
| 5066 | Adrienne | Baugh | emtallday07@gmail.com | Hinge |
| 5067 | Michael | Mann | mmann9469@yahoo.com | Match |
| 5068 | Lori | Szeszycki Mann | lorimann921@gmail.com | Match |
| 5069 | Simon | Jiries | simonj815@gmail.com | Hinge, Tinder |
| 5070 | Jason | Pemberton | jp8099@yahoo.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 5071 | Janna | Rokusek | jcrokusek@gmail.com | Hinge, Tinder |
| 5072 | Stephanie | Novak | novak.stephanie1@gmail.com | Tinder |
| 5073 | Robert | Munch | munchr1991@gmail.com | OkCupid, Hinge, Tinder, Match, Plenty of Fish |
| 5074 | Kelly | Perry | cocoa217@aol.com | Match, Plenty of Fish |
| 5075 | Danielle | Soto | rainbowkittyxx@aim.com | Tinder |
| 5076 | Meghan | O'Toole | meghanotoolie@gmail.com | OkCupid, Hinge, Tinder, Plenty of Fish |
| 5077 | Jennifer | Foether | jlfoethe@svsu.edu | OkCupid, Tinder, Match, Plenty of Fish |
| 5078 | Sara | Gunn | sara.gunn.media@gmail.com | Tinder, Plenty of Fish, BLK |
| 5079 | San | Lederman | callmesandra@gmail.com | OkCupid, Match, Plenty of Fish |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT B

**Nafash, Melissa**

| | |
|---|---|
| **From:** | Samuel Kitchens <Samuel.Kitchens@match.com> |
| **Sent:** | Thursday, July 1, 2021 6:00 PM |
| **To:** | Gardner, Jonathan; Nafash, Melissa |
| **Cc:** | Keller, Christopher J.; Brandon Kerstens |
| **Subject:** | RE: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data? |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Hello Jonathan and Melissa,

It was great talking with you a couple weeks back about Biometric data at Match Group brands. On our call, you mentioned three patents as bases for your investigation into our brands' Biometric practices. I believe the three were: (1) Patent No. 9,094,396 – Integrated Profile Creation for A Social Network; (2) Patent No. 10,203,854 – Matching Process System and Method; and (3) Patent No. 9,753,948 – Face Search in Personals. For the first two, after reviewing the patents, we do not understand what about them leads you to believe they implicate Biometric data. The first is about profile creation, and the second is about a process and method for matching users. For the third one, we agree that it does implicate Biometric data, but it is not a patent that we are using, or even a patent that we created. Rather, this patent was one patent in a patent portfolio that Match purchased in 2013 from Yahoo! after Yahoo! Personals shut down. My understanding is that this patent is not being, and has never been, used by any of the brands.

As stated before, we have no interest in violating the Illinois Biometric law, and we take considerable steps to ensure that the law is being followed. We have checked with the brands again and confirmed that where biometric data is collected—like the Tinder Photo Verification feature we directed you to—proper disclosures are provided and consent obtained. Have you had a chance to look at Tinder's Photo Verification feature? Hopefully that can give you comfort that we are on top of this law, and we are not running afoul of it.

If you have any other questions or would like to discuss, please do not hesitate to reach out. Otherwise, I hope you have a great holiday weekend!

Best,

Sam

**From:** Gardner, Jonathan <JGardner@labaton.com>
**Sent:** Monday, June 7, 2021 3:37 PM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Brandon Kerstens <Brandon.Kerstens@match.com>; Nafash, Melissa <MNafash@labaton.com>
**Subject:** Re: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data?

Sam, we are available Friday from 2-4. I am including Melissa from our team who will also participate.

Sent from my iPad

On Jun 7, 2021, at 2:00 PM, Samuel Kitchens <Samuel.Kitchens@match.com> wrote:

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Great, thanks.  Chris and Jon, nice to meet you.  I'm also including Brandon from our team here.

Would you be able to talk on Friday Afternoon?  We're free between Noon and 4 PM ET.

---

**From:** Weinberger, Ned <<u>NWeinberger@labaton.com</u>>
**Sent:** Monday, June 7, 2021 9:40 AM
**To:** Samuel Kitchens <<u>Samuel.Kitchens@match.com</u>>
**Cc:** Keller, Christopher J. <<u>ckeller@labaton.com</u>>; Gardner, Jonathan <<u>JGardner@labaton.com</u>>
**Subject:** RE: Time to Talk re Match Group/Biometric Data?

Hi Sam—

Thanks for reaching out. I'm copying my partners Chris Keller and Jon Gardner. They'd be happy to speak with you about the matter.

Best,

Ned

---

**From:** Samuel Kitchens <<u>Samuel.Kitchens@match.com</u>>
**Sent:** Monday, June 7, 2021 9:41 AM
**To:** Weinberger, Ned <<u>NWeinberger@labaton.com</u>>
**Subject:** [EXTERNAL] Time to Talk re Match Group/Biometric Data?

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Hello Mr. Weinberger,

I'm Samuel Kitchens, corporate counsel at Match Group.  A former colleague of mine, Silpa Maruri, who I believe you work with on some cases, gave me your contact info, and I was wondering if I could get some time to talk to you or someone else at your firm?  We recently discovered the following ad, <u>https://clientconnect.labaton.com/case/dating-sites/</u>, seeking Plaintiffs for a case against several brands under the Match Group umbrella regarding Biometric Data.  Frankly, we're a bit baffled by the ad, because, other than some very specific, limited circumstances where the appropriate consent is collected, our brands do not collect biometric data.  We would appreciate it if we could get an opportunity to speak with you, because I'm sure that you wouldn't want to spend time or effort on pursuing a bunch of lawsuits based upon an inaccurate understanding of the basic facts.

Thanks,

Sam

**Samuel C. Kitchens**
Sr. Corporate Counsel - Litigation
Match Group

8750 N. Central Expwy, Ste 1400 | Dallas, Texas 75231
214-265-3088
<u>samuel.kitchens@match.com</u>

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT C

Eva uat ng Perceptua Image Hashes at O Cup d

8/11/21 8 17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# Evaluating Perceptual Image Hashes at OkCupid



**ZACHARY JABLONS**
31 MAY 2017 • 13 MIN READ



FILED DATE: 10/21/2022 10:28 AM   2022CH10435

At OkCupid, we sometimes run into users and bots that re-use the same photos we've seen before. While sometimes we can simply check if a photo has been seen (and banned) before, we often run into the case where a banned photo has been manipulated slightly -- so an exact comparison won't work. Even a slight shift in the image would completely ruin an exact match. This is a problem we identified years ago, and we had a partial solution using a simple perceptual hash function. However over the years we've become familiar with the failings of the current system. The need for a more robust approach magnified once we made photos a requirement for new users.

There are a few ways to approach this problem, however the most common way is using a perceptual hash. For the uninitiated, a hash in general is (according to the almighty Wikipedia) a "function that can be used to map data of arbitrary size to data of fixed size", e.g. turning an image into a bitstring that represents that image.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Traditionally this means a cryptographic hash (e.g. MD5, SHA-256), in which the slightest change in the input will produce a drastic change in the output. However, for our purposes, we want nearly the opposite - - a slight change in the input (like, shifting or rotating the image a bit) should produce little to no change in the output. This is where the idea of a perceptual image hash comes in.

Ultimately a perceptual image hash seeks to stay largely _invariant_ in its output to slight changes in the input, while producing a small (i.e., manageable) output. Armed with these sorts of functions, we should be able to check if a photo uploaded to the site is the same one that's just been slightly changed in an attempt to get around exact image checks.

The rest of this post details an exploration of four different perceptual hash algorithms that fit this format, under what transformations they fail to stay invariant and which ones perform better overall.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

While we already had a perceptual hash system in place, it's time for an upgrade!

# Evaluation

For the rest of this blog post we'll be discussing perceptual image hash functions that take an arbitrary image and produce a fixed size bitstring. This allows us to just use the <u>Hamming distance</u> between bitstrings in our evaluations. Theoretically a perceptual hash could produce a dense representation of an image (i.e. a vector of floats), but that makes comparisons more complicated.

There's two main things we evaluate here:

1.  Image Transforms (or attacks), i.e. what transformations would attackers apply to the images in order to try and fool a detection system

2.  Perceptual Hash function accuracy

Eva uat ng Perceptua mage Hashes at O Cup d

8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

The goal of this evaluation is to determine how well perceptual hashes differentiate between entirely distinct image pairs and image pairs which are just an image and its transformed version.

# Evaluation Overview

We set this up as measuring distances in two cases:

1. Positive case -- the distances between images and the transformed versions of those images

2. Negative case -- the distances between distinct original images

We work with a sample of about 10k images on the site to balance getting this done in a reasonable amount of time and statistical significance, and from this sample we run 10 trials of each case on these images. For the negative case we actually sample 1k image pairs (and get their hash distances), whereas for the

positive case we just evaluate a ton of
transformations and their distances and
then sample them down to 1k examples.
This gives us a sense of how reliable each
metric is -- although generally we didn't
observe much significant variation.

One important thing to add here is that
these images are deliberately filtered to
make sure none of them came from
spammers to prevent re-used spam photos
from being treated as distinct image pairs.
Additionally, we take the extra step of
removing any non-unique photos (by
comparing their exact hashes).

## Transformations

We identified five typical image
transformations that our hardworking,
tireless moderation team sees most
commonly when dealing with spammers.

- Rotation (about the origin)

- Crop

- Gamma correction

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- Adding a border (or reverse crop)
- Salt & Pepper noise

| TRANSFORMATION | MILD | MEDIUM |
|----------------|------|--------|
| Rotation | 1-5 | 6-15 |
| Crop | 95-99 | 85-94 |
| Gamma correction | 1±0.01-0.25 | 1±0.26-0.5 |
| Border | 1-5 | 6-15 |
| S&P; Noise | 0.5-2.5 | 2.6-5 |



Eva uat ng Perceptua mage Hashes at O Cup d

8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



Noise

Each of these transformations have a parameter that controls the intensity of the operation -- e.g. how many degrees to rotate. For simplicity of analysis, we specified three buckets of each of these parameters: mild, medium, and 🔥 **extreme** 🔥. Whenever a transformation is applied, the bucket is specified and the parameter is uniformly sampled from that bucket (see the table above for those buckets). In most of these analyses, each transformation / bucket is computed three separate times because more data is always better.

But wait there's mirr..ore! For each transformation application we flip a metaphorical coin and mirror the transformed image across its vertical axis. We skip the horizontal axis since it's just not seen as much in the wild -- one might

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

imagine that upside down pictures are a pretty obvious spam giveaway.

## Perceptual Hash functions

We won't go too much into the specifics of each perceptual hash function in this post since they're well detailed in the references provided. For simplicity we limited ourselves to evaluating four common perceptual hash functions:

- Difference Hash (denoted `diff_hash` or `ih_dhash` )

- Average Hash (denoted `average_hash` or `ih_avghash` )

- Perceptual (DCT) Hash (denoted `dct_hash` or `ih_phash` )

- Wavelet Hash (denoted `wavelet_hash` or `ih_whash` )

The implementations used here are all provided by Johannes Buchner's excellent and convenient Python ImageHash library.

## Normalized Hamming distance

Eva uat ng Perceptua mage Hashes at OkCup d                                                                              8/11/21  8 17 PM

## Normalized Hamming distance

Since each hash function is reducing the image to a bitstring, we use the Hamming distance to compare them. This is pretty much a fancy way of saying that we just measure how many bits are different between each hash.

In order to compare hash functions that produce different size bitstrings, we also normalize against the length of the bitstrings produced (given that we're not comparing bitstrings between hash functions, which wouldn't make a lot of sense anyways). So for example, when you see the histograms further down the line take note that the distances (i.e. the x-axis) are from zero to one. Effectively this is the ratio of bits that are different between the two bitstrings to the length of those bitstrings.

## Metrics

How do we measure the quality of a perceptual hash function? The primary paradigm that we'll evaluate these functions against is by looking at the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 359 of 1583 PageID #:368  8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

functions against is by looking at the distributions of distances in the positive and negative cases for specific scenarios. Essentially, what we want is for the distribution (or histogram) of distances in each case to be fairly separate. There are a few ways to approach this, but we'll just consider three metrics:

- <u>EMD distance</u> (or Wasserstein distance as all the deep learning people mysteriously started calling it). We want this to be large.

- Intersection-over-Union (IoU) of the two histograms. We want this to be pretty small.

- Maximal <u>F1-score</u> at an optimal distance threshold. We want this to be real close to 1.

EMD may be the most consistent measure here since, say you have two histograms that are separate and want to compare them to two histograms which are also separate but further apart. Under the optimal F1 score and the IoU, both cases would already be optimal — however EMD

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 360 of 1583 PageID #:369

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

would already be optimal -- however EMD would favor the latter case.

We bring in the F1-score to give us a threshold, which is discussed a bit more later. The easiest way to think of this is sliding that threshold along the x-axis, and finding that which separates the histograms optimally.

The histogram IoU is provided as an extra comparison, and basically measures directly how much each histogram overlaps with the other.

# Results

## General Comparison

Let's say we set it up so that we're evaluating all of the parameter buckets, all of the hashes, and all of the transformations. In this scenario -- if you're looking for a quick answer here --

the best options *according to the metrics* appear to be either the average or wavelet

appear to be about the a range of ... hashes, each performing about the same.

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|-------------|---------------|
| average_hash | 12.54 | 0.20 |
| diff_hash | 8.79 | 0.25 |
| dct_hash | 8.03 | 0.30 |
| wavelet_hash | 12.23 | 0.21 |

However, this can be deceiving -- and the histograms for each hash function evaluated illustrate why (less overlap is better).









Eva uat ng Perceptua  mage Hashes at O cup d    8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



As a baseline, look at the distribution of hashes when you use a cryptographic hash (which was very helpful to look at when debugging this evaluation).



We can see in this case that a cryptographic hash produces completely overlapping normal distributions centered around 0.5, which is as expected. I would then advise

interpreting all of the other histograms in this light -- the negative class *should* look

Eva uat ng Perceptual Image Hashes at O Cup d

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

like that distribution, and the positive class would ideally be entirely shifted to the left.

So at first glance you can see why the metrics favor the wavelet and average hashes -- it's pretty clear that both the perceptual and difference hashes have a more significant overlap of negative and positive distances. However, we have to consider the actual application -- if we want to find the closest hash to a given picture's hash, we want to be as insulated from false positives as possible. This means that the spread of negative distances seen in the wavelet and average hashes could produce more false positives in a case where we're trying to find the closest match to a given image!

So to take away some main findings from this evaluation with everything turned on (i.e. the hardest case), we see that for the positive case:

- `dct_hash` and `diff_hash` have bimodal positive distance distributions, and are clearly fooled

by something we're doing, since one of the modes is near the expected random distance.

- `wavelet_hash` and `average_hash` have what looks like sort of long-tail distance distributions that have less mass as distance increases, implying that less transformations 'confuse' them.

And for the negative case:

- `dct_hash` and `diff_hash` both have tight distributions around the 0.5 mark, behaving similarly to the cryptographic hash case.

- `wavelet_hash` and `average_hash` both have distributions that, while normal and centered around the expected random distance, spread pretty far in both directions. I don't have a great answer for why something like this happens, but my

best guess is that by capturing the information that they do, they're

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

somehow actually doing a better job of checking a higher level of image similarity (e.g. similar color palettes). This is probably worth investigating further.

Based on the above, I think it's fair to categorize `dct_hash` and `diff_hash` as (relatively) high precision, low recall perceptual hashes, and `wavelet_hash` and `average_hash` as high recall, low precision hashes.

# What transforms do certain hashes fail at?

So let's say we're incredibly concerned with that spread of negative case distances, and want to know what sacrifices we're going to have to make to use `dct_hash` or `diff_hash` instead.

## Invariance to Mirroring

The first thing we might want to accept that we can't really handle is the mirror operation, as shown by comparing the

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

operation, as shown by comparing the median distance in the positive case when the transformed image is mirrored to when it is not.

| HASH | MIRRORING OFF | MIRRORING ON |
|------|--------------:|-------------:|
| average_hash | 0.04 | 0.37 |
| diff_hash | 0.09 | 0.48 |
| dct_hash | 0.09 | 0.50 |
| wavelet_hash | 0.04 | 0.38 |

It appears that, while every hash does significantly better when the transformed image is unmirrored, `diff_hash` and `dct_hash` appear to be entirely fooled with their median distance approaching that of the expected random distance.

So with this, and the fact that you can only really mirror an image once, we can accept a lack of mirroring. Without mirroring, we get histograms that look more reasonable for those two low recall hashes.





With the mirroring removed however, the table below shows that the other hashes also get a significant metrics boost -- but of

course, the problem with the negative case distributions remains.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|-------------|---------------|
| average_hash | 19.38 | 0.06 |
| diff_hash | 16.60 | 0.08 |
| dct_hash | 15.92 | 0.10 |
| wavelet_hash | 19.28 | 0.07 |

## Bringing down the spice level

One other thing to consider here is that these evaluations are all run on all of the transform parameter buckets. What if we assume that none of our attackers want to rotate images beyond like 5 degrees or crop less than 95% of the image? And are allergic to mirrors?

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|-------------|---------------|
| average_hash | 22.49 | 0.00 |
| diff_hash | 20.79 | 0.00 |
| dct_hash | 20.53 | 0.00 |
| wavelet_hash | 22.39 | 0.01 |

Check out those metrics above! It looks like some of them have achieved *full separability*!

In this case, we can clearly see that `diff_hash` and `dct_hash` get a significant boost in their metrics. Since this (of course) doesn't change the spread of distances for the negative case, if we're only concerned with the mild transform case then we might have a decent threshold to work with that doesn't produce too many false positives!

For brevity we'll focus on `diff_hash` for discussing this, since I've found that `dct_hash` behaves similarly. Below is the distance histogram comparison for the mild case.



Eva uat ng Perceptua mage Hashes at QCup d                                    8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



## Thresholding

We can use the distance threshold given to us by optimizing the F1-score to give us a cutoff (for those applications where we need one) such that any image pair whose distance lies below the threshold is considered the same, and any above is a distinct image.

If we look at the mild case, we notice that there are hashes that get nearly perfect F-1 score. This obviously only really applies to the mild case, but what transformation sacrifices do we have to make to use this threshold? Is it all transforms? Or do we just lose invariance to some of the more extreme transformations and not all?

So let's look at this for `diff_hash` : when we take the threshold we get from only looking at the mild transformation parameters, what's the percentage of positive cases we end up treating as distinct image pairs for

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

end up treating as distinct image pairs for
the rest of the transformations?

| TRANSFORMATION | EXTREME | MEDIUM | MILD |
|---|---|---|---|
| border | 5.80% | 0.08% | 0.00% |
| crop | 92.52% | 31.31% | 0.02% |
| gamma | 0.01% | 0.01% | 0.00% |
| rotate | 96.68% | 68.10% | 1.73% |
| sp_noise | 0.02% | 0.02% | 0.01% |

Apparently most of the time we rotate
beyond 15 degrees it completely falls apart
(example below) -- and the same can be
said for cropping down to less than 85% of
the image. It doesn't do great at the
medium case either, which for rotation is
from 6 to 15 degrees!

We took a look at that failure chance for
different hashes -- `average_hash` and `wave
let_hash` fail in the same places, however
to a lesser extent -- think 80% not 96% of

the time.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Below is a quick example to illustrate what a 30 degree rotation looks like, using a picture of Alice -- our director of support.





Alice is to OkCupid like Tom is to MySpace.

# How long does this take anyways?

| HASH NAME | AVERAGE HASH TIME PER IMAGE (MS) |
|---|---:|
| average_hash | 29.81 |
| diff_hash | 29.93 |
| dct_hash | 33.97 |
| wavelet_hash | 60.99 |

The slowest overall is the wavelet hash, with the rest of them pretty much clocking

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

in at the same amount of time taken.

Just as a quick note -- generally one of the slowest steps here is going to be resizing the image to the tiny hash size that most of these perceptual hashes use. This may seem weird at first, but it makes sense -- every other operation is generally working on a tiny (by modern computer standards) 16x16 array, so even those transformations with a high time complexity can take next to no time, whereas even a well optimized resize will have to work with a much larger image. This can also explain the variance in time each hash takes, since we don't resize images to a fixed size beforehand.

Nonetheless, each hash is pretty fast so it's not too much of a concern, especially when it can be done asynchronously from any sort of image uploading.

## Other notes

We investigated some other stuff that didn't produce much worthy of its own

Eva uat ng Perceptua  mage Hashes at O Cup d

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

section here, so here's some quick notes instead:

- Increasing the bitstring length (or hash size) led to significantly worse results for most of the perceptual hashes, likely because it's simply capturing too much detail.

- For the wavelet hash I tried a bunch of different image scales and wavelet strategies, none of them really made any significant difference metrics-wise except for using Daubechies wavelets instead of Haar -- which performed significantly worse.

# Conclusions & Future Work

The main draw that we've gotten from this is that there really isn't just one hashing algorithm that handles everything we need. It is likely that we'll have to judiciously

combine multiple perceptual hashes to get a workable solution. However, each of these hashes is rather cheap to compute (and I would argue could be further optimized), which means that computing multiple hashes per image is probably a viable basis to build an image similarity engine on.

One might, for example, use a low precision hash as an initial check followed by a high precision hash to separate out cases that might need review from those that are definitely the same image.

Some thoughts for future work:

- There are a ton of <u>newer</u> <u>interesting</u> hashes that are worth consideration.
- There's quite a few more ways to transform images that we see in the wild (e.g. adding captions, superimposing over other images with transparency, compression artifacts) that should be evaluated.
- It's definitely a bit weird which

8/11/21  8 17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

hashes behave similarly to each other. There's probably something meaningful going on there that's worth looking into.

- Evaluate / design a gating architecture as briefly described above

- We could investigate what characteristics of given image pairs cause the low precision hashes to be unreliable / give them a low distance, and use that to determine which algorithm's hash distances can be trusted for a given image pair.

- The end-to-end approach of training a Convolutional Net to embed images such that the positive / negative case distances separate nicely is probably the cool new hypebeast way forward. This would have the added advantage of being able to handle whatever transformations you can think of at training time.

**OkCupid is hiring <u>Click here to learn</u>**
**<u>more</u>**



## iOS Scroll Performance Tutorial

At OkCupid, 30% of iPhone users have a device that we consider to be underpowered. This makes it extremely important that we code our app to perform optimally across all


**JORDAN GUGGENHEIM**
16 JUN 2017 · 11 MIN READ



## The pitfalls of A/B testing in social networks

I'm frequently asked to help run A/B tests at OkCupid to measure what kind of impact a new feature or design change would have on our users. The usual


**BRENTON MCMENAMIN**
18 APR 2017 · 7 MIN READ

OkCupid Engineering Blog © 2021

Latest Posts · Facebook · Twitter · Ghost

Hearing Date: 2/24/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

**Friday, October 14, 2022 at 14:15:49 Eastern Daylight Time**

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

| | |
|---|---|
| **Subject:** | Commencement of Arbitration Proceedings on Behalf of 25 Individuals Against Match Group, et al. |
| **Date:** | Tuesday, April 19, 2022 at 12:58:15 PM Eastern Daylight Time |
| **From:** | Nafash, Melissa |
| **To:** | Sarah Nevins |
| **CC:** | Gardner, Jonathan, Tully, Shannon, Nunez, Cynthia, Stephen Broome, Jeffrey Boozell, Saeedi, Daniel R., rschaller@taftlaw.com |
| **Attachments:** | Attachments.zip |

Ms. Nevins:

As you know, we represent thousands of claimants who assert claims against Match Group, et al. under Illinois' Biometric Information Privacy Act. While we attempted to resolve our clients' claims outside of arbitration, we reached an impasse. Please see the attached excel spreadsheet listing 25 individuals this firm represents, along with one completed demand form and the operative terms of service that govern each claimants' individual arbitration. Please create a case file for each claimant. We will assist JAMS by uploading the demand form and attachments once individual cases have been opened on the JAMS portal.

With respect to fees and without prejudice to our claimants' rights, as an administrative matter, please send us one invoice for our clients' filing fees so that these arbitrations can commence promptly. Counsel for Match Group, et al.: Mr. Stephen Broome, Mr. Jeff Boozell, Mr. Daniel Saeedi, and Ms. Rachel Schaller, are copied here.

Please reach out with any questions, I can be contacted by email or telephone at mnafash@labaton.com or 212-907-0861.

Sincerely,

Melissa H. Nafash

## LABATON
## Sucharow

**Melissa H. Nafash | Of Counsel**
140 Broadway, New York, New York 10005
T: (212) 907-0861 | F: (212) 883-7061
E: mnafash@labaton.com | W: www.labaton.com

  

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | Last Name | First Name | Venue |
|-----|-----------|------------|-------|
| 1 | Adorjan | Ailey | Chicago, Illinois |
| 2 | Bishop | Aileen | Chicago, Illinois |
| 3 | Crawford | Mary | Chicago, Illinois |
| 4 | Douglas | Jennifer | Chicago, Illinois |
| 5 | Elkin | Derick | Chicago, Illinois |
| 6 | Freitas | Aline | Chicago, Illinois |
| 7 | Fuschi | Rachel | Chicago, Illinois |
| 8 | Gaskell | Jonathan | Chicago, Illinois |
| 9 | Irvin | Brennan | Chicago, Illinois |
| 10 | Johnson | Jared | Chicago, Illinois |
| 11 | Kapson | Cassidy | Chicago, Illinois |
| 12 | Lewis | Joseph | Chicago, Illinois |
| 13 | Mendez | Jose | Chicago, Illinois |
| 14 | Nunez | Jillian | Chicago, Illinois |
| 15 | Oseda | Jonathan | Chicago, Illinois |
| 16 | Pachay | Molly | Chicago, Illinois |
| 17 | Ramsey | Faire | Chicago, Illinois |
| 18 | Sampson | Kathryn | Chicago, Illinois |
| 19 | Szigeti | Sabrina | Chicago, Illinois |
| 20 | Tibble | Alexandra | Chicago, Illinois |
| 21 | Tuman | Lois | Chicago, Illinois |
| 22 | Valdez | Dan | Chicago, Illinois |
| 23 | Vonbehren | Veronica | Chicago, Illinois |
| 24 | Waldrop | Brett | Chicago, Illinois |
| 25 | Wolf | Bradley | Chicago, Illinois |

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# EXHIBIT H

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Subject:** RE: Commencement of Arbitration Proceedings on Behalf of 25 Individuals Against Match Group, et al.

**Date:** Monday, April 25, 2022 at 5:06:59 PM Eastern Daylight Time

**From:** Nafash, Melissa

**To:** Sarah Nevins

**CC:** Gardner, Jonathan, Tully, Shannon, Nunez, Cynthia, Stephen Broome, Jeffrey Boozell, Saeedi, Daniel R., rschaller@taftlaw.com

**Attachments:** Attachments.zip

Ms. Nevins,

As a continuation of last week's filing, enclosed please find an excel spreadsheet listing 50 individuals this firm represents. Payment for the filing fees was initiated earlier today. Please create a case file for each claimant. We will assist JAMS by uploading the demand form and attachments once individual cases have been opened on the JAMS portal.

Counsel for Match Group, et al.: Mr. Stephen Broome, Mr. Jeff Boozell, Mr. Daniel Saeedi, and Ms. Rachel Schaller, are copied here.

Please reach out with any questions, I can be contacted by email or telephone at mnafash@labaton.com or 212-907-0861.

Sincerely,

Melissa H. Nafash

---

**From:** Nafash, Melissa
**Sent:** Tuesday, April 19, 2022 12:58 PM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; Nunez, Cynthia <CNunez@labaton.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Jeffrey Boozell <jeffboozell@quinnemanuel.com>; Saeedi, Daniel R. <DSaeedi@taftlaw.com>; rschaller@taftlaw.com
**Subject:** Commencement of Arbitration Proceedings on Behalf of 25 Individuals Against Match Group, et al.

Ms. Nevins:

As you know, we represent thousands of claimants who assert claims against Match Group, et al. under Illinois' Biometric Information Privacy Act. While we attempted to resolve our clients' claims outside of arbitration, we reached an impasse. Please see the attached excel spreadsheet listing 25 individuals this firm represents, along with one completed demand form and the operative terms of service that govern each claimants' individual arbitration. Please create a case file for each claimant. We will assist JAMS by uploading the demand form and attachments once individual cases have been opened on the JAMS portal.

With respect to fees and without prejudice to our claimants' rights, as an administrative matter, please send us one invoice for our clients' filing fees so that these arbitrations can commence promptly. Counsel for Match Group, et al.: Mr. Stephen Broome, Mr. Jeff Boozell, Mr. Daniel Saeedi, and Ms. Rachel Schaller, are copied here.

Please reach out with any questions, I can be contacted by email or telephone at mnafash@labaton.com or 212-907-0861.

Sincerely,

Melissa H. Nafash

**Labaton
Sucharow**

**Melissa H. Nafash | Of Counsel**
140 Broadway, New York, New York 10005
T: (212) 907-0861 | F: (212) 883-7061
E: mnafash@labaton.com | W: www.labaton.com

 

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| No. | Last Name | First Name | Venue |
|-----|-----------|------------|-------|
| 1 | Aleo | Christopher | Chicago, Illinois |
| 2 | Andersen | Dylan | Chicago, Illinois |
| 3 | Andrade | Monica | Chicago, Illinois |
| 4 | Angra | Eric | Chicago, Illinois |
| 5 | Appavu | Linmayu | Chicago, Illinois |
| 6 | Atwood | Charles | Chicago, Illinois |
| 7 | Awdisho | Jaylin | Chicago, Illinois |
| 8 | Baker | Marcus | Chicago, Illinois |
| 9 | Balasa | Mathew | Chicago, Illinois |
| 10 | Barry | Grace | Chicago, Illinois |
| 11 | Belcher | Zachary | Chicago, Illinois |
| 12 | Bennett | Anthony | Chicago, Illinois |
| 13 | Berman | David | Chicago, Illinois |
| 14 | Bixler | Daniel | Chicago, Illinois |
| 15 | Boettner | Elizabeth | Chicago, Illinois |
| 16 | Brown | Uyshica | Chicago, Illinois |
| 17 | Brown | Adam | Chicago, Illinois |
| 18 | Campbell | Eric | Chicago, Illinois |
| 19 | Canter | Steven | Chicago, Illinois |
| 20 | Chavez | Marlene | Chicago, Illinois |
| 21 | Clark | Nick | Chicago, Illinois |
| 22 | Clifton | Michael | Chicago, Illinois |
| 23 | Compton | Tyrell | Chicago, Illinois |
| 24 | Cron | Brien | Chicago, Illinois |
| 25 | Cruz | Miquela | Chicago, Illinois |
| 26 | Eyles | Joanna | Chicago, Illinois |
| 27 | Farinas | Gerald | Chicago, Illinois |
| 28 | Gale | Anthony | Chicago, Illinois |
| 29 | Gilbert | Robert | Chicago, Illinois |
| 30 | Gochenauer | Deric | Chicago, Illinois |
| 31 | Gonzales | Jesse | Chicago, Illinois |
| 32 | Gray | Rachel | Chicago, Illinois |
| 33 | Green | Andrew | Chicago, Illinois |
| 34 | Griffin | James | Chicago, Illinois |
| 35 | Griffin | Stephanie | Chicago, Illinois |
| 36 | Hale | Stephanie | Chicago, Illinois |
| 37 | Halm | Mary | Chicago, Illinois |
| 38 | Hanneman | Reid | Chicago, Illinois |
| 39 | Hanson | Caitlin | Chicago, Illinois |
| 40 | Irwin | Zaylana | Chicago, Illinois |
| 41 | Iverson | Gary | Chicago, Illinois |
| 42 | Jones | Saveen | Chicago, Illinois |
| 43 | Jones | Steven | Chicago, Illinois |
| 44 | Kaczmarzyk | Justyna | Chicago, Illinois |
| 45 | Kay | Christie | Chicago, Illinois |
| 46 | Kimura | Rachel | Chicago, Illinois |
| 47 | Klehm | Christian | Chicago, Illinois |
| 48 | Koch | Jason | Chicago, Illinois |
| 49 | Leahy | Jessica | Chicago, Illinois |
| 50 | Lee | Hayden | Chicago, Illinois |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



# Demand for Arbitration Form

Instructions for Submittal of Arbitration to JAMS

## INSTRUCTIONS

Please submit this form to your local JAMS Resolution Center. Once the below items are received, a JAMS professional will contact all parties to commence and coordinate the arbitration process, including the appointment of an arbitrator and scheduling a hearing date.

📞 **1-800-352-JAMS**
🖥 **www.jamsadr.com**

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS with the requested number of copies:

**A. Demand for Arbitration** *(2 copies)*

**B. Proof of service of the Demand on the appropriate party** *(2 copies)*

**C. Entire contract containing the arbitration clause** *(2 copies)*
- *To the extent there are any court orders or stipulations relevant to this arbitration demand, e.g. an order compelling arbitration, please also include two copies.*

**D. Administrative Fees**
- *For two-party matters, the Filing Fee is $1,750. For matters involving three or more parties, the filing fee is $3,000. The entire Filing Fee must be paid in full to expedite the commencement of the proceedings. Thereafter, a Case Management Fee of 12% will be assessed against all Professional Fees, including time spent for hearings, pre- and post-hearing reading and research and award preparation. JAMS also charges a $1,750 filing fee for counterclaims. For matters involving consumers, the consumer is only required to pay $250. See JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses. For matters based on a clause or agreement that is required as a condition of employment, the employee is only required to pay $400. See JAMS Policy on Employment Arbitrations, Minimum Standards of Fairness. JAMS may apply its Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.*

- *A refund of $875 will be issued if the matter is withdrawn within five days of filing. After five days, the filing fee is non-refundable.*

**Once completed, please submit to your local JAMS Resolution Center.**
*Resolution Center locations can be found on the JAMS website at: http://www.jamsadr.com/locations/.*



# Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## TO RESPONDENT (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

Add more respondents on **page 6**.

| | |
|---|---|
| RESPONDENT NAME | Match Group, Inc. |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |
| CITY | Dallas |
| STATE | TX |
| ZIP | 75231 |
| PHONE | (214) 265-3088 |
| FAX | |
| EMAIL | samuel.kitchens@match.com |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP | 90017 |
| PHONE | (213) 443-3000 |
| FAX | (213) 443-3100 |
| EMAIL | stephenbroome@quinnemanuel.com |

## FROM CLAIMANT

Add more claimants on **page 7**.

| | |
|---|---|
| CLAIMANT NAME | Marcus Baker |
| ADDRESS | c/o Labaton Sucharow LLP |
| CITY | New York |
| STATE | NY |
| ZIP | 10005 |
| PHONE | (212) 907-0861 |
| FAX | (212) 883-7061 |
| EMAIL | mnafash@labaton.com (Claimant's Counsel) |

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Melissa H. Nafash, Esq. |
| FIRM/COMPANY | Labaton Sucharow LLP |
| ADDRESS | 140 Broadway, 34th FL |
| CITY | New York |
| STATE | NY |
| ZIP | 10005 |
| PHONE | (212) 907-0861 |
| FAX | (212) 883-7061 |
| EMAIL | mnafash@labaton.com |



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## MEDIATION IN ADVANCE OF THE ARBITRATION

☐   If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

**CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION. A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.**

This case involves complex technology, but the facts are simple. Match Group, Inc., Match Group, LLC, and Humor Rainbow, Inc. ("Respondents") operates the world's largest online dating community consisting of the top global dating websites and mobile apps, including OkCupid, Tinder, Match.com, Hinge, PlentyofFish, OurTime, BLK, and Chispa (collectively referred to as "Respondent's dating sites"). Respondents' dating sites require one or more profile pictures with a clear, unobstructed view of the Claimant's face. From every face in every photograph uploaded by Claimant to Respondents' dating sites, Respondents apply their proprietary facial recognition technology to surreptitiously collect, analyze, measure, and catalog the composite distances between facial features like the nose, brow, eyes, and chin, i.e. biometric information and biometric identifiers. This secretive conduct violates several laws including Illinois' Biometric Information Privacy Act ("BIPA"), which was specifically enacted to regulate the collection, storage, and use of biometric data (including "faceprints" or "face templates") with an array of notice, consent, and retention requirements. Respondents' wholesale collection of Claimant's biometric information and biometric identifiers violates BIPA because: (1) Respondents fail to obtain express written consent before extracting Claimant's biometric information and/or identifiers from every face in every photo uploaded to Tinder and OkCupid, the sites in which Claimant uses; (2) Respondents fail to provide prior written notice that they extracts Claimant's faceprint from every face in every uploaded photo; (3) Respondents fail to provide prior written notice of its specific purpose for extracting Claimant's faceprint; (4) Respondents fail to provide prior written notice of how long they retain Claimant's extracted faceprint; and (5) Respondents fail to make publicly available the written policies, retention schedules, and guidelines applicable to its collection and retention of Claimant's faceprint. Under BIPA, Claimant can pursue liquidated damages of $1,000 for each negligent violation, or $5,000 for each intentional violation. In other words, because Claimant is a member of Tinder and OkCupid, Claimant seeks to hold Respondents liable for each and every violation when uploading photographs to Tinder and OkCupid. Claimant alleges that Respondents' dating sites Tinder and OkCupid each intentionally violated Sections 15(a) and 15(b) of BIPA at least once by generating, collecting, using, storing, and sharing Claimant's biometric data in direct violation of BIPA's statutory provisions. Therefore, Claimant is entitled to at least $20,000 in statutory damages.

The facts underlying Claimant's specific claims are further described in the attached Demand for Arbitration.

**AMOUNT IN CONTROVERSY** (US DOLLARS)          At least $20,000



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows. *Please cite location of arbitration provision and attach two copies of entire agreement.*

**ARBITRATION PROVISION LOCATION**

The arbitration agreement is located in Section 15 of Tinder's Terms of Use and Section 15(a) of OkCupid's Terms & Conditions. Both agreements are attached.

## RESPONSE

The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. *Send the original response and counter-claim to the claimant at the address stated above with two copies to JAMS.*

## REQUEST FOR HEARING

**REQUESTED LOCATION**   Chicago, Illinois

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)

*See: Comprehensive Rule 16.1*

☐ By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

**SIGNATURE**   /s/ Melissa H. Nafash           **DATE**   4/25/2022

**NAME (PRINT/TYPED)**   Melissa H. Nafash

# Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Completion of this section is <u>required for all consumer or employment claims</u>.**

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION. For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

☑ **<u>YES</u>**, this **is** a CONSUMER ARBITRATION.

☐ **<u>NO</u>**, this **is not** a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

NOTE: JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter. In addition, JAMS may treat a matter as a consumer matter and apply the Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.

## EMPLOYMENT MATTERS

If this is an EMPLOYMENT matter, Claimant must complete the following information:

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

☐ Less than $100,000    ☐ $100,000 to $250,000    ☐ More than $250,000    ☐ Decline to State

## WAIVER OF ARBITRATION FEES

**In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees.** In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.

 # Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

## RESPONDENT #2 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Match Group, LLC (d/b/a Tinder; s/i/i Tinder, Inc.) |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |
| CITY | Dallas |
| STATE | TX |
| ZIP | 75231 |
| PHONE | (214) 265-3088 |
| FAX | |
| EMAIL | samuel.kitchens@match.com |

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP | 90017 |
| PHONE | (213) 443-3000 |
| FAX | (213) 443-3100 |
| EMAIL | stephenbroome@quinnemanuel.com |

## RESPONDENT #3 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Humor Rainbow, Inc. (d/b/a OkCupid) |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |
| CITY | Dallas |
| STATE | TX |
| ZIP | 75231 |
| PHONE | (214) 265-3088 |
| FAX | |
| EMAIL | |

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP | 90017 |
| PHONE | (213) 443-3000 |
| FAX | (213) 443-3100 |
| EMAIL | stephenbroome@quinnemanuel.com |



# Demand for Arbitration Form (continued)

## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## CLAIMANT #2

| CLAIMANT NAME | |
|---|---|

| ADDRESS | |
|---|---|

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | |
|---|---|

| FIRM/COMPANY | |
|---|---|

| ADDRESS | |
|---|---|

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

## CLAIMANT #3

| CLAIMANT NAME | |
|---|---|

| ADDRESS | |
|---|---|

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | |
|---|---|

| FIRM/COMPANY | |
|---|---|

| ADDRESS | |
|---|---|

| CITY | STATE | ZIP |
|---|---|---|

| PHONE | FAX | EMAIL |
|---|---|---|

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 392 of 1583 PageID #:401

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



**Terms & Conditions**    Privacy    Cookies    Profiling    Arbitration    Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

## 1. INTRODUCTION

***By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.***

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**
- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

# 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

1/28/22, 3:19 PM

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 397 of 1583 PageID #:406

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

**OkCupid owns all other content on our Services.**

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

**OkCupid does not tolerate inappropriate content or behavior on our Services.**

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

**Privacy is important to us. We have a separate policy about it that you should read.**

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

***OkCupid grants you the right to use and enjoy our Services, subject to these Terms.***

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT OKCUPID

***You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 399 of 1583 PageID #:408

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 401 of 1583 PageID #:410

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

# 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.


# 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.


## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 408 of 1583 PageID #:417

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 410 of 1583 PageID #:419

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English  >

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



**COMPANY** +

**CONDITIONS** +

**CONTACT** +

**FOLLOW** +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

OkCupid: Legal Information – Arbitration Information

11/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



**okc**

Terms & Conditions     Privacy     Cookies     Profiling     **Arbitration**     Safety Tips

1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

11. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 

JOIN OKCUPID

LANGUAGE                                          English  >

FILED DATE: 10/21/2022 10:28 AM  2022CH10435



COMPANY   +

CONDITIONS   +

CONTACT   +

FOLLOW   +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 415 of 1583 PageID #:424

FILED DATE: 10/21/2022 10:28 AM 2022CH10435



Terms & Conditions Privacy Cookies Profiling Arbitration Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

## 1. INTRODUCTION

***By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.***

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.


# 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 419 of 1583 PageID #:428

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 420 of 1583 PageID #:429

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

**To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

**OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed**

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 425 of 1583 PageID #:434

1/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 427 of 1583 PageID #:436

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.


## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.


## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

1/28/22, 3:19 PM

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 433 of 1583 PageID #:442 1/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English ›

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 434 of 1583 PageID #:443

1/28/22, 3:19 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



COMPANY   +

CONDITIONS   +

CONTACT   +

FOLLOW   +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 435 of 1583 PageID #:444

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



**Terms & Conditions**    **Privacy**    **Cookies**    **Profiling**    **Arbitration**    **Safety Tips**

1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

11. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English   >

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



| COMPANY | + |
| CONDITIONS | + |
| CONTACT | + |
| FOLLOW | + |

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 438 of 1583 PageID #:447

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

7/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

immediately [contact us.](contact us.)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](Safety Tips) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 441 of 1583 PageID #:450

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.

- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.

- express or imply that any statements you make are endorsed by Tinder.

- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.

- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.

- upload viruses or other malicious code or otherwise compromise the security of the Service.

- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.

- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.                    4/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 446 of 1583 PageID #:455

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating. 9/28/22, 11:36 AM

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 447 of 1583 PageID #:456

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](here).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

1/28/22, 11:36 AM

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

4. The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support.

Should you not opt out of the retroactive application of this Arbitration Agreement within

9/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company            ## Community            ## Legal

Jobs                    Tech Blog               Privacy

Contact                 Press                   Terms

Security                Support                 Cookie Policy

                                                Safety and Policy

                                                Center

                                                Safety Tips

                                                Community

                                                Guidelines

                                                Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 457 of 1583 PageID #:466

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 460 of 1583 PageID #:469

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.                                      7/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our [Community Guidelines](), as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via [our contact form.]()

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.          1/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form here.

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

/28/22, 11:36 AM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 474 of 1583 PageID #:483

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

4.  The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to [customer support](customer support).

Should you not opt out of the retroactive application of this Arbitration Agreement within

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

# 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

# 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

# 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

# 19. Entire Agreement; Other.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

This Agreement, which includes the [Privacy Policy](), [Cookie Policy](), [Safety Tips](), [Community Guidelines](), and [Arbitration Procedures](), and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

---

## Language

**English**                          Español(MX)

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Melissa H. Nafash (N.Y. Bar No. 4816328)
Jonathan Gardner (N.Y. Bar No. 2384394)
Shannon K. Tully (N.Y. Bar No. 5732235)
Jonathan Waisnor (N.Y. Bar No. 5137302)
Brandon Heitmann (N.Y. Bar No. 5656848)
**LABATON SUCHAROW LLP**
140 Broadway, 34th Fl.
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
jwaisnor@labaton.com
bheitmann@labaton.com
*Attorneys for Claimant*

**BEFORE THE JUDICIAL ARBITRATION AND MEDIATION SERVICES**

| | |
|---|---|
| **MARCUS BAKER,** | |
| *Claimant,* | |
| **v.** | |
| **MATCH GROUP, INC.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa); **MATCH GROUP, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish); and **HUMOR RAINBOW, INC.** (d/b/a OkCupid), | **DEMAND FOR ARBITRATION** |
| *Respondents.* | |

Claimant, **Marcus Baker**, by counsel, brings this arbitration against Match Group, Inc. (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa), Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish), and Humor Rainbow, Inc. (d/b/a OkCupid) (hereinafter collectively referred to as "Match Group" or "Respondent") to

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

redress and put a stop to its surreptitious collection, use, storage, and disclosure of Claimant's sensitive biometric data in violation of Illinois' Biometric Information Privacy Act ("BIPA").

## PARTIES

1.    **Marcus Baker** (*hereinafter* "Claimant") is a natural person who is a member of OkCupid and Tinder and has uploaded photographs of themselves, including photographs of Claimant's face and other physical attributes while residing in the State of Illinois.

2.    **Match Group, Inc.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa) is a Delaware corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.  Match Group, Inc. is a publicly traded company (ticker: "MTCH") and the leading provider of dating products, operating the world's largest online dating community consisting of more than 21 million users in 24 countries.  Match Group's online dating community is comprised of the top global dating websites and mobile apps, including Affinity Apps, LLC ("Affinity"), a mobile app developer and the operator of BLK, and Chispa mobile dating apps, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, and Tinder.  Match Group owns approximately 60% of the online dating market share.[1]  In 2014, Match Group reported more than 56 million downloads across its dating sites.  By 2020, the number of downloads increased to 82 million.[2]  Match Group, Inc. is the parent to Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish; d/b/a OurTime; d/b/a BLK; d/b/a Chispa), which operates Match Group Dating Sites Match.com, OkCuid, Tinder, Hinge[3], POF,

---

[1] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away,* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[2] *Id.*
[3] Launched in 2013, Hinge markets itself as the dating app "designed to be deleted" and has more than 6 million active members per month and approximately 400,000 paying customers.  In 2018, Match Group purchased a 51%

OurTime, BLK, and Chispa. Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[4] with millions of active users.[5] Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers. Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby. If a user is interested in the person shown, the user swipes right. If not, the user swipes left. POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[6] POF is one of Match Group's largest dating sites with more than 150 million registered users.[7] Similar to Match.com, POF can receive algorithmic matches and search user profiles.[8] OkCupid, operated by Humor Rainbow, Inc. was acquired by Match Group in 2011 for $50 million.[9] Since its launch in 2004, OkCupid has amassed more than 50 million members[10] and 5 million active members per month.[11]

---

stake in Hinge and subsequently became the sole owner of Hinge in February 2019, when it purchased the remaining shares. See *Hinge Information, Statistics, Facts and History*,
https://www.datingsitesreviews.com/staticpages/index.php?page=hinge-statistics-facts-history; *Hinge Launches New Online Store Around Its Mascot Hingie* (Jan. 27, 2020)
https://www.datingsitesreviews.com/article.php?story=hinge-launches-new-online-store-around-its-mascot-hingie
[4] https://www.match.com/
[5]*Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4.
[6] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup*, WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537
[7] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline
[8]*Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").
[9]Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid.
[10]Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775.
[11]*OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

3.     **Match Group, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish) is a Delaware limited liability company with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.  Match Group, LLC (hereinafter "Match.com") operates Match Group Dating Sites Match.com, Tinder, and POF.  Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[12] with millions of active users.[13]  Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers.  Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby.  If a user is interested in the person shown, the user swipes right. If not, the user swipes left. POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[14]  POF is one of Match Group's largest dating sites with more than 150 million registered users.[15]  Similar to Match.com, POF can receive algorithmic matches and search user profiles.[16]

4.     **Humor Rainbow, Inc.** (d/b/a OkCupid) (hereinafter "OkCupid") is a New York corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.  Humor Rainbow, Inc. operates the online dating site OkCupid, acquired by

---

[12] https://www.match.com/

[13] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4

[14] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup,* WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[15] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[16] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Match Group in 2011 for $50 million.[17]  Since its launch in 2004, OkCupid has amassed more than 50 million members[18] and 5 million active members per month.[19]

## JURISDICTION AND VENUE

5.     Respondents' Terms of Use Agreement contains a mandatory arbitration provision (hereinafter "Arbitration Procedures") wherein the user and Respondent agree to the following:

a)     Any dispute, claim or controversy arising out of or relating in any way to Respondent shall be determined by binding arbitration.

b)     The arbitration shall be conducted on an individual basis and not as a class.

c)     The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures, as modified by the Arbitration Procedures, and will be administered at a JAMS facility by an arbitrator selected from JAMS's roster of neutral arbitrators.

d)     The user will be responsible for paying the filing fee to commence arbitration in accordance with the JAMS fee schedule for consumer disputes, Respondent will be responsible for all remaining fees.

e)     If the user succeeds on the merits, Respondent will reimburse the user for the filing fee if the claim is for $1,000 or less.

f)     Within 21 days of the arbitrator's appointment, each party may request: (1) relevant, non-privileged documents from the other party; and (2) that the other party provide the particulars of its claims or defenses.

---

[17]Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid
[18]Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775
[19]*OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

g)    The responding party shall have 15 days after the receipt of the discovery request to respond and produce non-privileged responsive documents and/or objections to the requests.

h)    The parties agree to waive an oral Hearing and submit the dispute for arbitration based on written submissions and other evidence as agreed by the parties, unless either party requests an oral Hearing within 10 days after the arbitrator's appointment.

i)    The arbitrator will issue a written decision within 30 days after the oral Hearing, or if no Hearing was conducted, within 14 days after any rebuttal or supplemental statements are due.

j)    Prior to commencing arbitration, the user will contact Respondent at Match Legal at P.O. Box 25458, Dallas, TX 75225 with an explanation of their complaint to allow Respondent an opportunity to resolve the dispute without the need for arbitration.

6.    Claimant notified Respondent of the dispute on September 2, 2021.

7.    On October 2, 2021, Respondent's counsel notified Claimant's counsel that it "expect[ed] to have a comprehensive response" to the September 2nd Notice "soon."  In response, Claimant's counsel requested Respondent submit their response by October 15, 2021.

8.    On December 3, 2021, the parties engaged in private mediation.  However, the parties were unable to resolve their dispute and currently are at an impasse.

9.    More than 220 days has now passed since Claimant notified Respondent of the dispute as set forth herein, and there has been no resolution.

10.    Claimant elects to have the arbitration conducted solely based on the documents submitted to the arbitrator.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## FACTUAL BACKGROUND

### I.      Biometrics and Consumer Privacy

11.      "Biometrics" refers to measurable characteristics or processes used for identification.  As a characteristic, biometrics is defined as "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition."[20]  As a process, biometrics is defined as "automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[21]

12.      Biometrics are used to identify individuals based on unique, distinctive, and measurable characteristics or features known as "biometric identifiers."[22,23]

13.      A biometric(s) can be either a characteristic or a process: it can be "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition" or an "automated method of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[24] "Measurable means that the characteristic or trait can be easily presented to a sensor and converted

---

[20] http://www.biometrics.gov/Documents/Glossary.pdf.  The term "biometrics" was developed and defined by the National Science & Technology Council's (NSTC) Subcommittee on Biometrics (2006), as updated.

[21] http://www.biometrics.gov/Documents/Glossary.pdf.

[22] "Biometrics: A general term used alternatively to describe a characteristic or a process: As a characteristic: A measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition. As a process: Automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics." *Biometrics Foundation Documents,* NSTC Subcommittee on Biometrics (2009),  http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011),   ("A biometric is any measurable, robust, distinctive, physical characteristic or personal trait of an individual that can be used to identify, or verify the claimed identity of, that individual. Measurable means that the characteristic or trait can be easily presented to a sensor and converted into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."); Stephen Mayhew, *History of* Biometrics (Feb. 1,2018), https://www.biometricupdate.com/201802/history-of-biometrics-2; *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1094 (N.D. Ill. 2017) ("Biometrics" refers to "biology-based set[s] of measurements").

[23] Sushma Jaiswal, *et al, BIOMETRIC: CASE STUDY,* J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[24] Biometrics Foundation Documents, NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."[25]

14.     "Biometric identifiers" are categorized by physiological and behavioral characteristics.  Examples include, but are not limited to, face or hand geometry, fingerprints, palm prints, irises, retinas, veins, and DNA sequences.   Behavioral based biometric identifiers "are apparent in a person's interaction with the environment, such as signatures, gaits, and keystroke,"[26] while "[v]oice/speech contains both behavioral features, such as accent, and physiological features, such as voice pitch."[27]

15.     Biometric technologies vary widely depending on the biometric identifier.  Modern era biometric processes include:

    a)  Face recognition,

    b)  Fingerprint recognition,

    c)  Hand geometry,

    d)  Retina scan,

    e)  Iris scan,

    f)  Voice recognition,

    g)  Vascular or vein recognition,

    h)  Skin texture,

    i)  DNA,[28]

---

[25] Stephen Mayhew, *History of Biometrics*, BIOMETRICUPDATE (Feb. 1, 2018), https://www.biometricupdate.com/201802/history-of-biometrics-2.
[26] *Id.*
[27] *Id.*
[28] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

    j)   Dynamic signature verification,[29]

    k)   Keystroke dynamics, and

    l)   Gait analysis.

16.    One of the most prevalent uses of biometrics is in facial recognition technology, which records the "spatial geometry" or more commonly known as "facial geometry" of distinguishing features of the face.[30]  These distinguishing features include the nose, eyes, eyebrows, mouth, chin, and lips.[31]  The graphic in <u>Figure 1</u> below illustrates the way "face geometry" is commonly used to refer to the location and spatial relationships between the distinguishing features.



*Figure 1*[32]

17.    Facial recognition technology works by: (1) scanning[33] a photograph and/or digital image to detect a human face, (2) extracting the distinguishing facial features, such as the nose,

---

[29] *Access Control Technologies Handbook*, HOMELAND SECURITY (Sept. 2015) https://www.dhs.gov/sites/default/files/publications/ACT-HB_0915-508.pdf at p. 47.
[30] https://www.biometric-solutions.com/face-recognition.html
[31] Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf
[32] Daniel Thomas, *Future airports could become hi-tech pleasure dome* BBC NEWS (Feb. 2, 2015), https://www.bbc.com/news/business-30830296
[33] A software program can be said to "scan" a digital image to detect a face by identifying key facial landmarks or features such as the nose, mouth, eyes and chin. *See* Belhumeur, *Localizing Parts of Faces Using a Consensus of Exemplars,* 2011 IEEE Conference on Computer Vision and Pattern Recognition (CPVR*)* (2011) ("Many fiducial point detectors include classifiers that are trained to respond to a specific fiducial (e.g., left corner of the left eye). These classifiers take as input raw pixel intensities over a window or the output of a bank of filters (e.g., wavelets, Gaussian Derivative filters, Gabor filters, or Haarlike features). These local detectors are scanned over a portion of the image and may return one or more candidate locations for the part or a "score" at each location.").

9

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

eyes, mouth, chin, ear, and their relative portions in the digital image that are based on specific details about the face geometry as determined by facial points and contours and their relative portions in the digital image, (3) generating a face "template," (or "faceprint"), and (4) comparing the resulting "face template" to the face templates stored in a "faceprint database" for identification.

18.     The recent sophistication of facial recognition software has generated many commercial applications of the technology but has also raised serious privacy concerns about its massive scale, scope, and surreptitiousness.[34]

19.     The use of biometric data presents unique risks. Biometric data is one of the most sensitive forms of personal information because—unlike other types of data such as account or ID numbers—biometric data cannot be changed if stolen or compromised.  Once a person's unique and permanent biometric identifiers are exposed, she has no way to prevent identity theft and unauthorized tracking.

20.     Proprietary biometric data collected by companies—especially those who collect it unlawfully and without permission—can be leaked, hacked, exposed, or otherwise exploited, as demonstrated by the highly publicized breach of the Clearview AI scandal and the Respondent and Cambridge Analytica scandal.

21.     Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit *private* companies from collecting biometric data

---

[34] *What Facial Recognition Technology Means for Privacy and Civil Liberties: Hearing Before the Subcomm. on Privacy Tech & the Law of the S. Comm. on the Judiciary*, 112th Cong. 1 (2012) (statement of Jennifer Lynch, Staff Attorney, Electronic Frontier Foundation), available a*t* https://www.govinfo.gov/content/pkg/CHRG-112shrg86599/pdf/CHRG-112shrg86599.pdf

22.    Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit *private* companies from collecting biometric data.[35]

23.    Unlike other identifiers such as Social Security or credit card numbers, which can be changed if compromised or stolen, biometric identifiers linked to a specific voice or face cannot. These unique and permanent biometric identifiers, once exposed, leave victims with no means to prevent identity theft and unauthorized tracking.

24.    Due to the clear potential for invasion of privacy by companies who gather biometric data, the Federal Trade Commission ("FTC") urged companies using facial recognition technology and collecting biometric data to ask for clear consent before scanning and extracting biometric data from their digital photographs.[36]

25.    Efforts to regulate the use of facial recognition and biometric data have continued. In the Summer of 2015, the National Telecommunications and Information Administration ("NTIA") held a workshop in an attempt to create a code of conduct for the use and operation of facial recognition technology. Present at the meeting were trade associations representing some of the largest technology companies in the world, including companies like Google and Microsoft, advocates, experts, and members of the public interest community. But these talks quickly fell through—ending with the entire public interest community staging a walk out before the meeting

---

[35] *See Merkley, Sanders Introduce Legislation to Put Strict Limits on Corporate Use of Facial Recognition,* https://www.merkley.senate.gov/news/press-releases/merkley-sanders-introduce-legislation-to-put-strict-limits-on-corporate-use-of-facial-recognition-2020. The Bill can be accessed at: https://www.merkley.senate.gov/imo/media/doc/20.08.04%20National%20Biometric%20Information%20Privacy%20Act.pdf.

[36] *See Facing Facts: Best Practices for Common Uses of Facial Recognition Technologies*, Federal Trade Commission (Oct. 2012), *available at:* https://www.ftc.gov/sites/default/files/documents/reports/facing-facts-best-practices-common-uses-facial-recognition-technologies/121022facialtechrpt.pdf

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

had ended—because not a single technology trade association "would agree that before you use facial recognition to identify someone by name, even if you don't have any relationship with that person, you need to get their consent."[37]

26.    Companies have only continued to exploit facial recognition technology and the use of biometric data.  For example, for eight years, RiteAid deployed facial recognition systems in largely lower-income, non-white neighborhoods, allegedly to target these demographics specifically.[38] Such continued abuses of facial recognition technology and biometric data that harm the public welfare led to the enactment of the Illinois Biometric Information Privacy Act.

A.    **Facial Recognition Technology and Facial Processing Systems**

27.    Facial recognition technology is one form of technology that processes faces.

28.    There are three main categories of facial processing technology: (1) facial detection; (2) facial analysis; and (3) facial recognition or identification.

29.    Facial detection determines whether the image contains a face, and can also be used to determine whether any face is present and where the face is located.

30.    Facial analysis technology enables the detection of various facial characteristics, also known as landmark features.  Facial analysis enables facial recognition by comparing an individual's facial features to available images for verification or identification purposes.[39]

31.    Facial recognition technology ("FRT") confirms a photo matches a different photo of the same person in a facial template database.

---

[37]    *Biometrics Are Coming, Along With Serious Security Concerns*, WIRED (Mar. 9, 2016), https://www.wired.com/2016/03/biometrics-coming-along-serious-security-concerns/.
[38]    https://www.reuters.com/investigates/special-report/usa-riteaid-software/
[39]    Testimony provided on Feb. 6, 2020, by Dr. Charles H. Romine, Director, Information Technology Laboratory, NIST, United States Department of Commerce, to the Committee on Homeland Security, U.S. House of Representatives. https://homeland.house.gov/imo/media/doc/Testimony-Romine1.pdf

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

32.     FRT is based on algorithms that learn how to recognize human faces and the hundreds of ways in which each one is unique.

33.     These algorithms create a unique "face template" of a person's facial geometry by scanning, identifying, and measuring various facial landmarks, such as the location of the mouth, chin, nose, ears, eyes, and eyebrows.

34.     To automatically extract face templates from new images, a facial recognition algorithm must be "trained" to identify and measure the relevant facial landmarks.

35.     This is typically accomplished by the algorithm evaluating "triplet" sets of photographs—i.e., two images of the same person (known as the "anchor" and "positive sample"), and one of a completely different persons (known as the "negative sample").

36.     The algorithm reviews the measurements collected from each image, and then adjusts itself so that the measurements collected from the anchor sample are closer to those collected from the positive sample, and further apart from those collected from the negative sample.

37.     After repeating this process a few times, the algorithm learns to reliably scan for and collect a face template of the geometry of any given face.

**B.      Deep-learning Facial Recognition and Processing Techniques**

38.     Biometric recognition methods utilize deep learning-based models to provide an end-to-end learning framework, which can jointly learn the feature representation while performing classification.  This is achieved through a multi-layer neural network, also known as Deep Neural Networks ("DNN"), to learn multiple levels of representations that correspond to different levels of abstraction, which is better suited to uncover underlying patterns of the data.

39.     Facial recognition is a biometric technology that identifies facial vectors and features and matches them to an individual pre-enrolled in a database.  In the mid-2000s, the

13

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

technology based on digital signal processing techniques ("DSP") was restricted to frontal-facing images. However, more recently, there has been a dramatic improvement in precision advancements of artificial technologies ("AI") based DNNs leading to the development of AI-based facial recognition engines. AI based FRT leverages proprietary AI algorithms and mathematical equations to make its connections to individuals by measuring a number of facial variables, such as nose depth and width, forehead length, and eye shape, and saves the information as a template. The template generated for an individual is used as a basis for comparison to confirm identity if there is a match with an existing template.

40.     The key features of a facial recognition engine are face detection, face feature extraction, and face recognition. Face detection is the first step the technology takes to detect a face. Face detection works by scanning the entire image, video, and/or scene to determine if the frame contains full or partial human faces. Once a face is detected, the engine extracts a n-dimensional vector set creating a face template from the face image. The face template that is extracted from the individual's face is used for matching or searching. The newly extracted face template is then matched to pre-existing templates in a database. A 1:N search is performed by matching an individual's template to the entire database to find the best match and confirm identity.

## C.    Voice Recognition Technology

41.     Voice recognition takes the acoustic signal of an individual's voice and converts it into a digital code, which can be stored in a database.

42.     A voiceprint is a digital model of the unique vocal characteristics of an individual. Voiceprints are created by specialized computer programs which process speech samples, typically in WAV format. The creation of a voiceprint is often referred to as "enrollment" in a biometric system. There are two general approaches to the creation and use of voiceprints.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

43.    In traditional voice biometric systems, which use classical machine learning algorithms, a voiceprint is created by performing "feature extraction" on one or more speech samples. This feature extraction process creates a "voiceprint," which is a personalized calculation or vector related to specific attributes that make the user's speech unique. In these systems, feature extraction is also used to create a Universal Background Model ("UBM"), otherwise known as a voiceprint. UBMs are created from many speech samples collected from many representative users of the system and stored in a database. The newly extracted voiceprint is compared to UBM voiceprint templates to identify and verify individuals.

44.    In the last decade, biometric systems have implemented machine learning methods that have played a significant role in improving the performance of biometric systems. Modern voice recognition systems use deep neural networks ("DNN"), which are commonly referred to as "deep learning" approaches and allow both speaker verification and speaker identification.[40]

45.    These systems start by creating a composite DNN model, which is like a UBM conceptually. This DNN model is derived from processing often hundreds of hours of representative speech samples. To create an individual voiceprint, users provide one or more enrollment speech samples to the DNN model, then the DNN is fine-tuned to learn the individual's unique speech characteristics. The DNN modeling process occurs directly against the speech samples (i.e., raw WAV files) and no feature extraction is needed. To verify a user, a speech sample is evaluated against the fine-tuned DNN model to arrive to identify a match.

---

[40] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## II.    Illinois's Biometric Information Privacy Act

46.    The Illinois Legislature has found that "[b]iometrics are unlike other unique identifiers" such as social security numbers, which can be changed if compromised.  740 ILCS 14/5(c).  "Biometrics . . . are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions." *Id.*

47.    In 2008, to protect Illinois residents from the surreptitious collection and use of their biometric data, the Illinois Legislature enacted BIPA.[41]  Under BIPA:

> (b) No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:
>
> > (1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;
> >
> > (2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and
> >
> > (3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.
> >                                           . . .
> (d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:
>
> > (1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

---

[41] In passing BIPA, the Illinois Legislature found that (1) "[b]iometrics are unlike other unique identifiers . . . [and] are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions" (740 ILCS 14/5(c)); (2) "[a]n overwhelming majority of members of the public are weary of the use of biometrics when such information is tied to finances and other personal information" (740 ILCS 14/5(d)); (3) "[t]he full ramifications of biometric technology are not fully known" (740 ILCS 14/5(f)); and (4) "[t]he public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information" ((740 ILCS 14/5(g)).

740 ILCS 14/15(b) and (d).

48.    BIPA applies to entities that interact with two forms of biometric data: "biometric identifiers"[42] and "biometric information." 740 ILCS 14/15(a)-(e).

49.    "Biometric identifiers" means "a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry." 740 ILCS 14/10.[43] However, BIPA only provides a non-exhaustive list of biometric identifiers, and the legislative intent behind BIPA was to protect its residents from irreputable harm by placing strict requirements on companies regarding the collection, usage, storage, retention, and destruction of unique and highly sensitive biometric identifiers and information.

50.    "A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time. Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode. The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public." *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, *appeal denied*, 119 N.E.3d 1034 (Ill. 2019).

51.    "Biometric information" consists of biometric identifiers used to identify an individual. BIPA defines "biometric information" to include "any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual." *Id.*; *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act

---

[42] "Biometric identifiers" are categorized by physiological and behavioral characteristics. Examples include, but are not limited to, voiceprints, face or hand geometry, fingerprints, palm prints, iris patterns, retina patterns, veins, and DNA sequences.

[43] *See also*, *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, appeal denied, 119 N.E.3d 1034 (Ill. 2019) ("A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time. Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode. The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public.").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

also bans the non-consensual collection and storage of ***information…that is 'based on' those biometric identifiers***.") (emphasis added).[44] *See also Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute.").

52.     BIPA imposes various requirements on private entities that collect or maintain biometric data and requires a company to develop a publicly available written policy establishing a retention schedule and guidelines for permanently destroying biometric data when the initial purpose for collecting such data has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first.  740 ILCS 14/15(a).

53.     Under BIPA, "[a] prevailing party may recover ***for each violation***: (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater; (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater; (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation

---

[44] *See also In re Clearview Privacy Litigation,* No. 21-cv-00135, at p. 8 (N.D. Ill. Feb. 14, 2022) (Coleman, S.) *citing Flores v. Motorola Solutions, Inc.*, No. 21-cv-1128, 2021 WL 232627, at *3 (N.D. Ill. Jan. 8, 2021) (Norgle, J.) ("The Court cannot say that those protections do not apply to any publicly published photographs of individuals—especially given that the biometric data in this case is the facial geometry of the class members, in contrast to the photos themselves."); *Rivera*, 238 F.Supp.3d at 1096 ("'biometric identifier' is not the underlying medium itself, or a way of taking measurements, but instead is a set of measurements of a specified physical component (eye, finger, voice, hand, face) used to identify a person.").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

expenses; and (4) other relief, including an injunction, as the State or federal court may deem appropriate." *Id.* (emphasis added).

54.    Each part of section 15 described above "imposes various duties upon which an aggrieved person may bring an action under section 20… as section 20 provides that a 'prevailing party may recover for each violation' (740 ILCS 14/20), a plaintiff who alleges and eventually proves violation of multiple duties could collect multiple recoveries of liquidated damages. *Id.* § 20(1), (2)." *Tims v. Black Horse Carriers, Inc.*, 2021 IL App (1st) 200563, ¶ 30, 2021 WL 4243310, at *5 (Ill.App. 1 Dist., 2021).

## III.    Respondent and its Dating Sites Encourage Users to Upload Photographs with Unobstructed Views of Their Faces

55.    Respondent operates the largest global collection of online dating websites including, but not limited to, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, Tinder, BLK, and Chispa (collectively "Dating Sites").  Respondent boasts of a collective 21 million users across its platform[45] and owns approximately 60% of the online dating market share.[46]   As portrayed in Figure 2.  Respondent owns and operates the Dating Sites at issue.[47]

---

[45] *Match Group News & Events – Quarterly Results* (2017-2021), https://ir.mtch.com/news-and-events/quarterly-results/default.aspx (2017, 2018, 2019, 2020, and 2021 Results, Shareholder Letters, Presentations, SEC Filings, and Annual Reports)

[46] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1

[47] Match Group Our Company, https://mtch.com/ourcompany.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Figure 2*

56.     The purpose of the Respondent's Dating Sites is to "spark meaningful connections for users around the world" and allow members to find a romantic connection with other members, based on specific criteria such as location, age, gender, and sexual orientation.[48]

57.     All Dating Sites require users to create an account and "personal profile"[49] that must include one or more photos of themselves[50] and may contain certain "personal characteristics"[51] about the user.[52] Personal profiles are added to the site's database,[53] become visible to other members and potential matches, and are shared with Respondent, its Dating Sites,

---

[48] *See* Match Group's Form 10-Q, For the Quarterly Period Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm (According to Match Group, its goal "is to spark meaningful connections for users around the world.").

[49] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal profile' is a collection of personal information that may include biographic information and that is made available to third parties over a network, such as the Internet.").

[50] *Id.* ("As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face").

[51] *Id.* ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.")

[52] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[53] *Id.*

and Respondent's "family of businesses."[54] Respondent encourages users to upload multiple photos to increase their chances of finding a potential match. For instance, Match.com encourages users to upload up to 26 photographs,[55] Hinge requires users to upload up to 6 photographs, and OkCupid, POF, OurTime, BLK, Chispa and Tinder all require at least 1 photograph but encourage users to upload several photos to increase match potential.[56] Additionally, Respondent's Dating Sites provide "advice," articles, reviews, instructions, or tips that persuade users to upload or post photographs that include an unobstructed view of the user's face.[57] The reasoning behind this method is simple: the more photographs a user uploads and the clearer depiction of a user's face, the easier it is for Respondent to apply facial recognition technology to the user's photograph to extract, collect, store, and use the user's biometric information.

58.     In addition to uploading a profile picture, users are encouraged to upload several additional photos to their profile to improve their chances of matching with members. Notably, several of Respondent's Dating Sites offer advice about the type of images to upload and recommend users upload an unobstructed view of the user's face that is big enough for potential matches to see clearly.[58]

A.     **OkCupid**

59.     OkCupid was launched in 2004 with a focus on a Q&A approach to the dating category.[59] To join OkCupid, users are prompted to provide their name, gender, date of birth,

---

[54] *See, e.g.,* https://www.match.com/registration/privacystatement.aspx ("Match is part of the Match Group family of businesses which, as of the date of this Privacy Policy, includes websites and apps such as Tinder, OkCupid, Plenty of Fish, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo. We share your information with other Match Group companies […].").
[55] *Guidelines for Posting a Photo,* MATCH.COM, https://www.match.com/dnws/help/#holder
[56] Users can only bypass this requirement if they create an account through Facebook and import their data, including their profile picture.
[57] *Id.*
[58] https://www.match.com/help/faq/7/135/
[59] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

location, the type of connections they are looking for, as well as the gender of their dating preference. Before continuing, users *must* upload at least one picture.

60.     OkCupid provides "photo rules" for users to follow emphasizing the importance of uploading photographs that clearly show the user's face. *See* Figures 3-5.





*Figure 3*          *Figure 4*          *Figure 5*

## B.     Tinder

61.     Tinder requires users to enter their age, gender, sexual orientation, gender preferences, and passions to create an account. After providing this information, users are required to upload at least two photos and provide location data to access the app. Tinder's photograph prompt is depicted in Figure 6.

22

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



*Figure 6*

62.     In 2021, Tinder announced the public release of its new "ID Verification" which launched on August 16, 2021.[60]  Although Tinder issued its public statement in 2021, upon information and belief, Tinder was already using ID verification.

63.     Upon information and belief, Tinder marketed this feature to Tinder users as a "vectorization" process that allowed users to verify their identity.  Tinder did not notify users that vectorization is a feature-based representative model that scans facial geometry analyzes skin tone, pigment, and texture, and facial shape to identify and recognize individuals.[61]  In other words, upon information and believe, Tinder failed to inform users that vectorization is a type of facial recognition technique and receive users' consent to apply facial recognition technology to their photographs.

64.     Presently, Tinder describes its "ID Verification" process as a part of its Photo

---

[60] https://www.tinderpressroom.com/2021-08-16-Tinder-Commits-to-ID-Verification-for-Members-Globally,-a-First-in-the-Dating-Category
[61] *See, e.g.,* David Beymer, *Vectorizing Face Images by Interleaving Share and Texture Computation* MIT ARTIFICIAL INTELLIGENCE LABORATORY (1995), available at:
https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.18.4910&rep=rep1&type=pdf

23

Verification program that allows users to self-authenticate through a series of selfies, which are compared to existing profile pictures using facial recognition software. Tinder's description and instructions for Photo Verification are depicted in <u>Figure 7</u>.



*Figure 7*

65. Photo Verification is not required to join or use Tinder's services. Moreover, users are not provided notice of this feature upon account creation or during regular use. However, for users who are aware of ID Verification, they can click the grey checkmark next to their name to start the verification process. Before submitting photos for verification, Tinder provides users with two notices: (1) Get Verified; and (2) How it Works, as depicted in <u>Figure 8</u> and <u>Figure 9</u> below.

24

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Figure 8*



*Figure 9*

66.     Visibly missing from Tinder's privacy policy is any mention of ID or Photo Verification, use of facial recognition technology, collection of facial geometry, face scans, biometric identifiers, or biometric data, or how and where Tinder stores user's biometric data. Nevertheless, even if there was a disclosure in the privacy policy about Photo Verification, the privacy policy would still be deficient and misleading because Tinder uses facial recognition technology to collect biometric data regardless of whether a user uses Photo Verification.

67.     Notably, on January 17, 2022, Tinder updated its privacy policy for the first time admitting that Tinder is and has collected biometric data of its users within the past year.[62] However, Tinder does not make this admission in the main text of its privacy policy, but instead, admits its collection of biometric information ***only*** in its notice to California users.[63] Illinois

---

[62] https://policies.tinder.com/privacy/intl/en/
[63] https://policies.tinder.com/ccpa-addendum/us/en/

25

residents, and more importantly, Claimant was never made aware of this collection of biometric information. Moreover, a non-California resident is not expected to review Tinder's "California Privacy Statement" to "learn about California privacy rights," which are listed in a separate link and on a separate page.

68.     As described above, all of Respondent's Dating Sites require (or at least prompt) users to upload photographs and advise users to upload more than one photo to improve their chances of meeting a potential match. Moreover, all Respondent's Dating Sites offer advice on the types of images to upload and recommend users to upload unobstructed, clear photos that are big enough for potential matches to see clearly.[64]

69.     Once a user completes the account registration process, answers the required prompts, and provides photographs, Respondent stores the information and data on its servers and makes it visible to other Dating Site members.

## IV.     Respondent's Various Uses of Biometric Data

70.     Respondent uses facial processing technology to detect, analyze, and recognize faces and voice recognition technology to detect, analyze, and recognize voices. Upon information and belief, Claimants allege Match Group uses biometric data in the following ways:

a)     Match Group uses facial processing technology to prevent "bad actors" from getting back on its sites after being removed. To accomplish this, it uses its facial processing technology on every photo a user uploads, generates a face scan, and then saves that face scan to its face scan database. Once a user is

---

[64]*See, e.g., Guidelines for Posting a Photo*, https://www.match.com/help/faq/7/135/#holder; *7 Tips for Creating a Stand Out Dating Profile Picture* (Nov. 2, 2017), https://blog.pof.com/2017/11/7-tips-creating-stand-dating-profile-picture/; *How to choose great photos*, https://help.okcupid.com/article/57-how-to-choose-great-photos; *Creating a Great Dating Profile on OurTime.com*, https://www.ourtime.com/v3/articles?article=18&title=Creating-a-Great-Dating-Profile; and https://www.chispa-app.com/en/frequently-asked-questions.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

identified as a bad actor, he or she is removed from the dating site and his or her biometric data (face scan) is identified as being that of a bad actor. Upon signing up, a face scan of every new user is generated and compared against the bad actors' face scans to deny bad actors re-entry.

b) Match Group uses facial processing technology to verify a user. User verification can be done through a user taking a selfie in real-time. To verify a user, Match Group generates and collects a user's biometric data in the form of a face geometry and compares it against the photos already on file.

c) Match Group uses facial processing technology to create user-specific Avatars that can be used in its chats and live features.

d) Match Group uses facial processing technology to provide users with potential matches that fit their preference, e.g., certain shades of faces (skin tone).

e) Match Group employees can confirm whether any person is a user on its site simply by uploading a photograph and processing it through the site's backend.

f) Match Group uses voice recognition technology in its video chat features and voice notes.

## V. Respondent's Issued Patents Unequivocally Evidence Its Biometric Data Collection and Storage Practices Violate BIPA

71. Respondent's use of facial recognition technology is irrefutable. Respondent's patents confirm the company's use of facial recognition technology and collection of biometric data.[65] For over a decade, Respondent researched, developed, and implemented various

---

[65] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as **Exhibit A** ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

proprietary facial recognition techniques and mechanisms[66] to collect, share, and retain sensitive biometric data of all users without their knowledge or consent.

72.    Specifically, in October 2013, Yahoo! Inc. assigned six patents and five patent applications, including the "Face Search in Personals"[67] application, to Respondent. All assigned patents relate explicitly to online dating services and improves matches through the "face search" process by leveraging the data generated by members on the platform to create matches with the user's preferred physical characteristics.[68] The "face search" technique sets forth the logical flow for reducing and extracting biometric data from user photographs utilizing the mathematical tool, principal component analysis ("PCA"), and conducting a personal profile search for specific facial features using the Eigenfaces facial recognition method,[69] one of the earliest facial recognition

---

[66] *See, e.g.,* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013).

[67] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Kin Man Lo, the Inventor, filed the patent application for "Face Search in Personals" on May 28, 2008, and immediately assigned all interest to Yahoo! Inc. Between 2008 and 2017, the United States Patent Office ("USPTO") rejected the application on 9 separate occasions. After nearly 10 years and thousands of dollars in filing fees, the USPTO approved and issued the patent on September 5, 2017. On September 8, 2020, Match Group paid $1,600 in patent maintenance fees extending its active status through September 30, 2021. *See* USPTO Maintenance Fee Details and Maintenance Fee Statement for "FACE SEARCH IN PERSONALS" Patent# 9753948, Application# 12127577, Attorney Docket# 076533-0354 (Sept. 8, 2017) https://fees.uspto.gov/MaintenanceFees/fees/details?patentNumber=9753948&applicationNumber=12127577&caresActSelected= (confirming the active status of Patent No.: US 9,753, 948 B2: Face Search in Personals (Sept. 5, 2017) "Approved for use through 9/30/2021" and verifying Match Group's maintenance fee payment of $1,600 on September 8, 2017.) (last viewed Apr. 12, 2022); Patent No. US 9,753,948 BS: Face Search in Personals (Sept. 5, 2017) is currently used by Match Group and applies to all Match Group Dating Sites. *Id.*

[68] *Id.*

[69] *Id.*

[69] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("The present invention relates generally to enabling a personal search based on an image of a person in the context of on-line dating. More particularly, the invention integrates the ability to search personal profiles based on attributes or characteristics in conjunction with characteristics that are provided through a photograph or image … Eigenfaces have advantages over other techniques available, such as the systems speed and efficiency. Using eigen-10 faces is very fast, and able to functionally operate on lots of faces in very little time."); *see also*., Amendments to the Claims in Patent Application No.: 12/127,577, attached to the Request for Continued Examination or Response to Examiner's Action submitted on November 4, 2016:
"8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles

28

techniques developed in 1987,[70] and used by Matthew Turk and Alex Pentland in 1991.[71] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) is currently and actively used by Match Group and applies to all Match Group Dating Sites.[72]

73. In November 2013, approximately one month after Respondent acquired multiple patents and patent applications from Yahoo!, Respondent filed an application with the United States Patent Office ("USPTO") to patent its matching services and third-party social network import feature.[73] This patent was subsequently approved by the USPTO and published on July 28, 2015. Notably, the drawings associated with Patent No. US 9,094,396 B2 contain images of both OkCupid's and Match.com's mobile app,[74] signify Respondent's control over OkCupid's technology and establish similarities between the two sites. Figure 10 and Figure 11 depict two images of a Match.com profile taken from FIG. 2A and FIG. 2B of Patent No. US 9,094,396 B2, and an OkCupid profile taken from FIG. 3 of the same patent.

---

includes an image having a corresponding reduced image data set comprising a face space, wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match."

[70] Michael Kirby; Larry Sirovich, *Application of the Karhunen-Loeve Procedure for the Characterization of Human Faces*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE 12 (1): 103–108 (1990).

[71] Matthew Turk and Alex P. Pentland, *Face Recognition Using Eigenfaces*, VISION AND MODELING GROUP, THE MEDIA LABORATORY MASSACHUSETTS INSTITUTE OF TECHNOLOGY (1991) available at: https://sites.cs.ucsb.edu/~mturk/Papers/mturk-CVPR91.pdf.

[72] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

[73] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (Jul. 28, 2015).

[74] *See, e.g.*, *id.* at Figure 2D (displaying a Match.com drawing) and Figure 3 (displaying a drawing of OkCupid's login page).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



*Figure 10[75]*

74. Additionally, while Patent No. US 9,094,396 B2 relates to third-party social networks, it once again solidifies that Match Group collects biometric data.[76] Specifically, it describes Respondent's broad-sweeping practice of scanning user photographs, "harvesting profile data," including metadata, tagged individuals,[77] and biometric data from photographs and data uploaded to Respondent's Dating Sites and through third-party social networks, and manipulation

---

[75] *Id.*

[76] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (July 28, 2015) at ¶ 16 ("It should be noted that many other types of second-factor authentication may be used, including ***biometric data***, use of a secure token, use of a permanent certificate, user of an RFID device, or similar.") (emphasis added).

[77] *Id.* ("To obviate safety concerns, certain data may be obfuscated, abstracted, obscured, or otherwise masked. By way of non-limiting example, a profile picture may be puzzled as described herein, or tilted slightly, for example, by one degree, so that the content is not noticeably disturbed to a human user, but web search algorithms searching for an exact match may be frustrated. Metadata may also be removed from the photograph, including for example, location, time, and tagged individuals.").

of photographs through puzzlization and pixel manipulation techniques.[78] These practices outlined in Patent No. US 9,094,396 B2 are currently and actively used by Respondent and applies to Dating Sites.

75.     Respondent's patents confirm that its Dating Sites have used the same facial recognition algorithm and processes for years.   For instance, Respondent's proprietary matching algorithm "Matching Process System and Method" has been amended and reissued by the USPTO on four separate occasions since its first issuance in 2013.[79]   This method, first developed by Todd M. Carrico, Kenneth B. Hoskins, and James C. Stone in 2007, and later patented on October 22, 2013, as Patent No. US 8,566,327 B2, confirms that Respondent's Dating Site utilize the same matching system and take into consideration personal preferences.   Notably, on March 15, 2013, prior to becoming part of the Match Group family, Tinder, Inc., filed an application to continue-in-part Patent No. US 8,566,327 B2 to include facial recognition.   Tinder's patent was later issued as Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate

---

[78] *Id.* ("In the illustrated example, the user is notified that two matches have been identified at (or near) the location and on date specified in the user's date request. FIG. 13 illustrates a display of a first one of the identified matches. As shown in FIG. 13, the information provided to the user for the "match" is the same information solicited from the user as described with reference to and illustrated in FIG. 4, including the match's first name, age, gender, and sexual orientation; however, the match's picture has been partially obfuscated in any appropriate manner (e.g., by "puzzlization") to disguise the actual appearance of the user. Other techniques can involve distorting the image through pixel manipulations, removing certain blocks of image data, contorting the image (e.g., much like that of a funhouse mirror), etc. In this manner, the user may ascertain a general idea of the match's features (eye color, hair color, etc.), but the puzzlization will advantageously impede the ability of the user to base his or her selection solely on the physical appearance of the match. Although not shown, the user may "scroll" to pages displaying the other matches using one of any number of known navigation techniques.").

[79] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of application no. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); *see also* Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and application publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019) and prior publication: US 2018/029281 Al (Oct. 11, 2018).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. ***Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in***.[80]

76.     Tinder subsequently filed an application continuing-in-part Patent No. US 9,733,811 BS in 2016, confirming the use of the same methodology and use of facial recognition technology.[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. ***Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in***.[82]

77.     In 2018, after acquiring Tinder, Match Group amended Tinder's facial recognition patents again, confirming that Tinder's facial recognition methodology is used in each Respondent's Dating Sites.  This amendment, later issued as Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit

---

[80] Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on Dec. 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) (Inventor: Todd M. Carrico; Assignee: Match.com, LLC); Pub. No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016) ("Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in*.") (emphasis added).

[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).

[82] Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

signals such as for whom a user 14 expresses approval and disapproval. ***Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in***.[83]

Notably, this patent, in which Match Group is both the applicant and assignee, utilizes the same drawings of Tinder's profile to explain the patented technology and Respondent's algorithms. Figure 12 below shows Respondent's use of Tinder's profile to explain its technology, establishing control over Tinder's technology and use the same technology.



*Figure 12*[84]

78.     On July 21, 2020, Match Group filed an application with the World Intellectual Property Organization ("WIPO") entitled "System and Method for Recommending Users Based

---

[83] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019).
[84] *Id.*

on Shared Digital Experiences,"[85] later approved by the WIPO on February 21, 2021, and published as International Publication Number: WO 2021/02588 A1[86] (hereinafter referred to as "International Patent"). Match Group's International Patent relates particularly to a system and method for recommending users based on shared digital experiences. A recommendation for a potential match is accomplished through a tool that employs a machine-learning algorithm to generate ranked lists based on attributes, such as physical attributes and characteristics obtained from profiles, personality trait scores, and on additional attributes extracted through facial recognition technology and algorithms in the same or a similar manner as described in Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Match Group's primary facial recognition patent:

> As an example, in embodiments in which recommendation engine 160 employs a machine-learning algorithm trained to generate ranked lists of compatible users 110 based on attributes that include the users' personality trait scores, the machine-learning algorithm may operate on additional attributes obtained from profiles 135 in a manner similar to the systems described in, for example, ***U.S. Patent No. 9,733,811, the entire disclosure of which, except for any definitions, disclaimers, disavowals, and inconsistencies, is incorporated herein by reference.***

[85] International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020).
[86] International Patent No.: W.O. 2021/025855 A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021).

34

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

79.     As previously discussed, Respondent employ its "matching process system and method"[87] and "face search in personals"[88] facial recognition methods to leverage the data generated by members on the platform and generate matches.[89] Moreover, like the International Patent, Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017)[90] conducts searches based on personal characteristics:[91]

> As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face. The present invention permits a search of the pictures in the personal profiles to be included in the personals search. This allows a user to conduct a more exhaustive search.

---

[87] *See* Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), prior publication: US 2018/029281 Al (Oct. 11, 2018), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of Application No. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017);   Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent Application Publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019); International Patent No.: WO2021025855A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021); International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020); Patent No.: US 11,151,208 B2: System and Method for Recommending Users Based on Shared Experiences (Oct. 19, 2021); Patent Publication No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016); Prior Publication Data: US 2018/029281 Al (Oct. 11, 2018).
[88] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).
[89] *Id.*
[90] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017) ("face search" process leveraged the data generated by members on the platform to generate matches with the user's preferred physical characteristic)'. *see, e.g.,* 11/4/16 Amended Claim:
8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles includes an image having a corresponding reduced image data set comprising a face space, <u>wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match;</u>
[91] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.").

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

***

In one embodiment of the invention, a user may request a personal profile search that includes a search for a personal characteristic and a request to match a target image. *A subset of reduced image data sets corresponding to personal profiles that contain the personal characteristic is retrieved and compared against the reduced image data set of the target image. The comparison is achieved by using distance calculation. When two points in the face space are close together, this is an indication that the two images look similar. The converse is also true. Where there is a large distance between two points in the face space, such images will not look similar*. The images that correspond to the personal profiles would then be sorted according to the distance from the target image in the face space. The personal profiles that are close enough can then be presented to the user.[92]

80.     Indeed, the alternative method described incorporates the "Face Search in Personals" method, which, as confirmed by Respondent's counsel, unquestionably implicates the collection, use, and storage of Claimant's biometric data in the form of face scans.[93]  Moreover, like most facial recognition algorithms, the method described in the International Patent uses a machine-learning algorithm to learn how to recognize human faces, identify key facial landmarks such as eyes, nose, hair, ears, and eyebrows, and then use that data to extract and collect its users' facial geometry and related data.

81.     Respondent's patents and investor relation documents confirm that Respondent places emphasis on the importance of considering physical characteristics and user preferences when developing new or improved matching techniques and algorithms.  For instance, Patent Nos. US 9,158,821 B2, US 9,245,301 B2, and US 9,251,220 B2 explain:

Using the web pages illustrated in FIGS. 2E-2G, system 10 collects a variety of information from an end user, including, but not limited to, basic information about the end user (FIG. 2E), as well as *information about the type person the end user*

---

[93] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

***would be interested in dating, including information about a potential date's physical appearance*** (FIG. 2F) and background and values (FIG. 2G).[94]

82. Similarly, as depicted in <u>Figure 13</u> below, Respondent's letter to its shareholders discusses significant improvements with matching users after incorporating machine learning to identify user preferences based on their swiping history.



*Figure 13*

83. Respondent's patents also confirm that all dating site data, including biometrics, is stored on the Respondent's database and visible to all Dating Site members regardless of the site.[95]

## VI. The Match Group Dating Sites Operate and Function in Accordance with Match Group's Assigned Patents

### A. <u>Patent No.: US 9,753,948 B2</u>

84. In 2008, Yahoo! filed a provisional application (the "Yahoo! App") entitled "Face Search in Personals" with the USPTO disclosing two primary innovations: (1) enabling a personal search based on an image of a person in the context of online dating; and (2) integrating facial

---

[94] *See, e.g.,* US 9,158,821 B2: System and method for optimizing interactions between users in a network environment (Oct. 13, 2015); US 9,245,301 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); Pub. No.: US 2016/0134713 Al: System and Method for Tracking and Illustrating User Activity in a Network Environment (May 12, 2016).
[95] International Patent No.: WO 2021/025855 A1: System and method for recommending users based on shared digital experiences (Feb. 11, 2021).

recognition technology to provide users with the ability to search personal profiles based on facial features, attributes, or characteristics provided through a photograph or image (hereinafter collectively referred to as the "Face Search in Personals").[96] Yahoo!'s App was filed in connection with Yahoo! Personals, Yahoo!'s online dating site and major competitor of Match.com.[97] While Yahoo!'s App discusses generally search methods for online dating, the primary focus of the proposed technology was to build upon and improve the "personal characteristic" search used by top online dating services Yahoo! Personals, Match.com, and AOL Personals.[98] Match.com acquired AOL Personals in 2009 as part of its larger acquisition of People Media, the parent company of OurTime.[99]

85.     Subsequently, in May 2010, Match.com partnered with Yahoo! to merge Yahoo! Personals into a new co-branded site called "Match.com on Yahoo!"[100] According to Match.com, the new site, "Match.com on Yahoo!," offered "compelling features including mobile access, daily personalized matches and robust search tools" [that] fully replace the existing Yahoo! Personals

---

[96] *See* Patent Application Publication No. US 2009/02999 61 AI: Face Search in Personals (Dec. 3, 2009), later granted as Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).
[97] *Id.*
[98] *Id.* (identifying Yahoo! Personals, Match.com, and AOL Personals as online dating services that allow users to provide a personal profile of themselves that contains a collection of personal information and characteristics.).
[99] *People Media Launches Six New Niche Online Dating Communities For AOL Personals, Enhances All Existing Specialty Sites With New Matching and Community Features* (Jun. 25, 2009), https://www.prweb.com/releases/2009/06/prweb2577154.htm
[100] https://www.datingnews.com/apps-and-sites/history-of-match/; *see also*, https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("The long-term arrangement provides that Match.com will be the exclusive online dating provider and display advertiser on Yahoo!. Match.com will receive media placements on the site, as well as occupy the position served by the personals navigational link on the Yahoo! homepage."); https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; https://www.datingnews.com/apps-and-sites/history-of-match/

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

experience at the end of the transition period."[101]   As a result of this partnership, Match.com became the exclusive online dating site on Yahoo!.[102]

86.    As depicted in Figure 14 and Figure 15, the websites for Yahoo! Personals and Match.com are nearly identical.   Moreover, the sign-up process for Yahoo! Personals and Match.com contain a similar advertisement and identical sign-up process.



*Figure 14[103]*



*Figure 15[104]*

87.    After the launch of "Match.com on Yahoo!" in 2010, Yahoo! and Match.com merged their landing pages to include both company names while keeping the overall appearance and sign-up process the same.  Figure 16 and Figure 17 are example advertisements for Match.com on Yahoo!.

---

[101]    https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html
[102] *Id.*; *see also*, *IAC's Match.com Partners With Yahoo! to be the Exclusive Online Dating Service on Yahoo!* (May 24, 2010), https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; Match.com Partners With Yahoo! (May 24, 2010), https://www.onlinepersonalswatch.com/news/2010/05/matchcom-partners-with-yahoo.html; Leena Rao, *Yahoo Finds A New Love In Match.com, Dumps Personals, TechCrunch* (May 24, 2010), https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("Yahoo's current online dating site, Personals, will be folded into a new co-branded site called 'Match.com on Yahoo.' Match already powers Yahoo Personals in a number of European markets…Match.com on Yahoo will offer users mobile access, daily personalized matches and more advanced search tools. Match was rumored to be interested in acquiring Yahoo Personals, but this partnership makes sense considering Yahoo can retain part of the brand. And perhaps gain advertising dollars.").
[103] *Match to Buy Yahoo Personals* (Mar. 3, 2009), https://lovesites.com/2009/03/03/match-to-buy-yahoo-personals/
[104] *Id.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Match.com on Yahoo!**



*Figure 16[105]*

**Match.com on Yahoo!**



*Figure 17[106]*

88.     Through the acquisition of Yahoo! Personals and AOL Personals, Match.com continued to flourish as one of the largest online dating platforms in the United States and worldwide.  Eventually, Match.com expanded to platforms beyond Yahoo! and merged Yahoo! Personals into Match.com.  Nonetheless, as shown in Figures 18-25 below, Match.com continued to operate as an extension of Yahoo! Personals with nearly identical sign-up processes, account features and subscriptions, and services.

**Yahoo! Personals Sign Up**

**Match.com Sign Up**



*Figure 18*                                       *Figure 19*

---

[105] **Error! Hyperlink reference not valid.**
[106] Tiffany J. Sutton, *#1. YahooPersonals – Yahoo Personals Dating Service* (Aug. 31, 2019), https://searching-hearts.com/yahoopersonals.html

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

### Yahoo! Personals Account



*Figure 20*

### Match.com Account



*Figure 21*

### Yahoo! Personals Subscriptions



*Figure 22*

### Match.com Subscriptions



*Figure 23*

FILED DATE: 10/21/2022 10:28 AM     2022CH10435

**Yahoo! Personals Dating Tips**

**Match.com Dating Tips**



*Figure 24*

*Figure 25*

89.     As discussed in Section H, Yahoo!'s App was assigned to Match.com in 2013 and later issued as Patent No.: US 9,753,948 B2 ("Yahoo! Patent").[107]   During this timeframe, Match.com and the other Dating Sites utilized Yahoo!'s "Face Search in Personals" method continuing to explore and improve its use of facial recognition technology internally and through outside partnerships.  For example, the Yahoo! Patent provides a method for searching personal profiles for similar physical features to an ex-boyfriend or ex-girlfriend:

> [I]f a person is searching the personal profiles for a male between the ages of 30 and 40 that has similar facial features to an ex-boyfriend, then the personal characteristics would be 'male' with an age 'between 30 and 40.' The reduced image data sets that would be retrieved from the personal profiles would only come from those personal profiles meeting those two personal characteristics. The above steps can be performed in any order. As just one example, the search for personal profiles can be conducted before calculating the reduced image data set for the target image. A comparison is then performed between the reduced image data set

---

[107] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

F of the target image and the subset of reduced image data sets B that have the personal characteristic defined in the personal profile search. The goal is to find the distance between reduced image data sets within the face space of all the faces.[108]

Notably, in 2014, Match.com partnered with Los Angeles-based matchmaking service Three Day Rule to offer members the opportunity to find dates that "look[ed] like their ex."[109]

90.     The Yahoo! patent also describes various embodiments in which users could select a "target image" that has features that a user finds desirable or limit their search to a specific feature the user finds attractive.[110]  Match.com, OkCupid, OurTime, and POF offer users the ability to limit their search to specific physical characteristics.  Additionally, patents issued to Respondent discuss various embodiments and methods permitting users to limit searches to physical features that a user finds attractive.[111]  Based on the aforementioned and Respondent's issued patents, at least some, if not all, Dating Sites utilize the "Face Search in Personals" facial recognition technique.

B.     **Patent No.: US 9,733,811 B2**

91.     From its earliest days, the premise of Tinder has been fundamentally the same and consistent with numerous patents assigned to Respondent.  Tinder users are shown other users as potential matches based on certain parameters, including age range and geographic location. The

---

[108] *Id.*

[109] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST, June 18, 2014, available at:  https://www.washingtonpost.com/news/the-intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ (last visited on July 6, 2021) ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches"); *see also,* Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES, June 12, 2014 available at:  https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ (last visited on July 6, 2021) ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.").

[110] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[111] *See, e.g.,* Patent No.: US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

user is shown a card with a photo of a potential match nearby.  The user is then given a choice to indicate interest by swiping right or lack thereof by swiping the card to the left."[112] If two users swipe right on each other, a match has been made, and the users are permitted to communicate with one another through the Tinder app.[113]

92.      Respondent was awarded utility patent, U.S. Patent No. 9,733,811 (hereinafter "Patent 811"), entitled "Matching Process System and Method," in connection with the function and innovations embodied in Tinder.  As depicted in Patent 811, Tinder users "swipe" left and right on cards containing user photos to indicate whether the user is interested in the person shown. Swiping left indicates a user is not interested in the person shown, while swiping right indicates that the user is interested in the person.  *See* Figure 26 and Figure 27 below evidencing Tinder's "swipe" functionality.

| **Tinder App "Swipe Right"** | **U.S. Patent No. 9,733,811** |
|---|---|
|  |  |
| *Figure 26*[114] | *Figure 27*[115] |

---

[112]*See, e.g.,* Tinder-style Cards with NativeScript - Love At First Swipe, available at: https://nativescript.org/blog/tinder-style-cards-with-nativescript---love-at-first-swipe/.
[113] *See* Match Group, LLC's Original Complaint filed on March 16, 2018, in the matter of *Match Group, LLC v. Bumble Trading, Inc.*, Docket Nos.: 6:2018-cv-00080, filed in the United States District Court for the Western District of Texas Waco Division.
[114]*https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest* at p. 10.
[115] Patent No.: D798,314: Display screen or portion thereof with a graphical user interface of a mobile device (Sept. 26, 2017).

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

93.    As depicted in <u>Figures 28-34</u> below, Match.com, OkCupid, BLK, Chispa, OurTime, and POF use the same "swipe" feature as Tinder and as described in Patent 811.



**Match.com**          **OkCupid**          **BLK**          **Chispa**

*Figure 28*          *Figure 29*          *Figure 30*          *Figure 31*



**OurTime**          **POF**          **Tinder**

*Figure 32*          *Figure 33*          *Figure 34*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

94.     As described in Patent 811 and displayed in <u>Figure 35</u> and <u>Figure 36</u> below, users cannot communicate over Tinder unless both indicate interest in one another by swiping right to create a "match."[116]

<div align="center">

**<u>Tinder –Mutual Interest</u>**[117]          **<u>U.S. Patent No. 9,733,811</u>**

          

*Figure 35*                        *Figure 36*

</div>

95.     Similarly, as depicted in <u>Figures 37-41</u> below, Match.com, OkCupid, Hinge, OurTime, Tinder, BLK, and Chispa cannot communicate unless both indicate interest in one another by swiping right to create a "match."   Match.com, BLK, Chispa, and Tinder have nearly identical "match" screens displaying Respondent's trademark phase "It's a Match!"

---

[116]     *https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest*

[117] *Id.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**Match.com**



*Figure 37*

**Hinge**



*Figure 38*

**OurTime**



*Figure 39*

**Tinder**



*Figure 40*

**BLK**



*Figure 41*

**Chispa**



*Figure 42*

**OkCupid**



*Figure 43*

96.    As described in Patent 811, Tinder contains a "match queen" screen where users can find new matches and ongoing conversations with other matches.  Tinder's "match queen" screen is depicted in <u>Figure 44</u> and is identical to Patent 811 FIG 12C and FIG 12D, which are displayed below.  Additionally, as displayed in <u>Figure 45</u>, OkCupid contains a nearly identical screen.

47

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| **Tinder** | **Patent 811 (FIG 12C)**[119] | **Patent 811 (FIG 12D)**[120] |
|---|---|---|
|  |  |  |

*Figure 44*[118]

| **OkCupid** | **Patent 811 (FIG 12C)**[122] | **Patent 811 (FIG 12D)**[123] |
|---|---|---|
|  |  |  |

*Figure 45*[121]

97.     There is no dispute that the Dating Sites function and operate in accordance with

Respondent's issued patents.  Moreover, Respondent emphasizes the value and importance of its

innovative technology including the claims described in Patent 811 throughout its long-winded

---

[118] *Id.* at p. 12.

[119] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.

[120] *Id.* at FIG. 12D.

[121] *10 Dating Apps To Lookout For In 2015*!, https://startupdope.com/10-dating-apps-lookout-2015/

[122] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.

[123] *Id.* at FIG. 12D.

patent infringement lawsuit with Bumble. Specifically, Respondent described Patent 811 as follows:

> The inventions claim a specific computer method, system, and computer-readable medium of matchmaking where parties are not permitted to communicate until a match is made, user profiles are specifically "online-dating profiles" and those profiles must be "associated with a social networking platform," a type of platform that is itself computer specific. The claims further describe various actions of a graphical user interface that provide certain information at certain times in response to certain types of inputs. This is not conventional post-solution activity in order to monopolize an abstract idea of matchmaking or even mutual opt-in matchmaking. Instead, these limitations recite a particularly advantageous computer embodiment of a matchmaking process that also solves computer-specific problems related to the ease of making fake accounts and profiles, the inconvenience of filling out profiles, and the problem of certain online dating users being inundated with messages.[124]

98.     It is indisputable that the Dating Sites function exactly as described in Patent 811.

## VII.    Respondent's Use of Facial Recognition Technology and Collection of Biometric Data

99.     Not only does Respondent apply facial recognition across its platform to all Dating Sites, the individual sites and apps also have a long history of collecting user's biometric information:

### A.      Match.com

100.     In 2014, Match.com broadened its use of facial recognition technology by partnering with Los Angeles-based matchmaking service Three Day Rule. Match.com offered members the opportunity to upgrade their monthly subscription to Three Day Rule's premium service, which used facial recognition technology to help users find dates that "look[ed] like their ex."[125]    Match.com members submitted photographs of their ex-girlfriends, boyfriends, partners

---

[124] https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest at p. 30.
[125] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST (Jun. 18, 2014), https://www.washingtonpost.com/news/the-

49

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

and/or spouses that were scanned with facial recognition technology to pair users with Match.com members with a similar physical appearance and facial structure.[126] Moreover, patents previously assigned to Match.com and now assigned to Respondent discuss and reference Match.com's use of facial recognition technology.[127]

## B.  OkCupid

101.     Beginning in 2014, OkCupid permitted Clarifai, an artificial intelligence start-up, to harvest OkCupid user's biometric identifiers, which Clarifai then used to build Clarifai's face database.  Clarifai continued to collect and obtain OkCupid user's biometric information through at least 2019.[128]  On July 13, 2019, Matt Zeiler, the founder and CEO of Clarifai, an A.I. start-up, admitted during an interview with The New York Times that his company had built a massive "face database" of OkCupid user profile pictures obtained from OkCupid's database.  "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of

---

intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches") (last visited Aug, 16, 2021); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES (Jun. 12, 2014), https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.") (last visited Aug. 17, 2021).

[126] Anita Hamilton, *For Just $5,000, Match.com Will Find You a Date Who Looks Just Like Your Ex,* TIME (Jun. 19, 2014), https://time.com/2900033/online-dating-facial-recognition-match-three-day-rule/ ("If you like one facial structure, you will probably like someone with a similar facial structure") (last visited July 6, 2021).

[127] *See* USPTO Patent Assignment 044621/0996, executed on Sept. 12, 2017, and recorded on Dec. 1, 2017, https://assignment.uspto.gov/patent/index.html#/patent/search/resultAssignment?searchInput=%22match%20group%22&id=44621-996 (Match.com, LLC's conveyance of the following patents to Match Group: (1) Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017; Patent Publication No.: US 2014/0074824 A1: Matching Process System and Method (Mar. 13, 2014); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); and Patent Publication No.: US 2016/0154569 A1:  Matching Process System and Method (Jun. 2, 2016)).

[128] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, NEW YORK TIMES (Jul. 13, 2019), available at:   https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (On July 13, 2019, Matt Zeiler, founder and CEO of Clarifai, admitted during an interview with The New York Times, that "his company had built a face database with images from OkCupid" beginning in 2014" and that "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected face."). (last viewed Apr. 12, 2022).

detected faces."[129]

102.    According to Zeiler, Clarifai gained access to users' profile photographs through one of its investors, a Chicago-based venture capital group launched by OkCupid's founders.[130] According to an OkCupid spokeswoman, Clarifai contacted the company in 2014 to inquire about collaborating on artificial intelligence and facial recognition technology.

103.    Clarifai created the database which included both the photograph and underlying biometric data to develop and train the algorithms used in its facial recognition technology.  To that end, Clarifai created thousands of unique face templates by scanning the biometric information in each photograph contained in the database and extracting the unique geometry of each face detected therein.  To make matters worse, Zeiler has publicly stated that Clarifai would sell its facial recognition technology to foreign governments.[131]

104.    In direct violation of BIPA, OkCupid never disclosed Clarifai's access or harvesting of OkCupid users' biometric data, use of facial recognition technology or storage of users' biometric data on Respondent's shared servers and platforms. OkCupid also violated its statutory obligation to inform those individuals about the purpose and length of the term for which their biometric identifiers would be collected, stored, and used.[132]

---

[129] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, New York times (July 13, 2019), available at: https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (last accessed on July 7, 2021).
[130] *Id.* ("Matt Zeiler, founder and chief executive of Clarifai, the A.I. start-up, said his company had built a face database with images from OkCupid, a dating site. He said Clarifai had access to OkCupid's photos because some of the dating site's founders invested in his company.")
[131] https://int.nyt.com/data/documenthelper/639-clarifai-letter/3cd943d873d78c7cdcdc/optimized/full.pdf#page=1 (open letter); https://www.nytimes.com/2019/03/01/business/ethics-artificial-intelligence.html ("[T]he last questions we have relate our philosophy on data collection. Because the way we treat consumer data is an important part of our ethical framework. It demonstrates how far we are willing to go in the interest of profit, at the expense of privacy and consent. And just this month, we've been asked to download data from cameras whose owners haven't given consent at all (lnsecam), and a few other sources that may walk a legal line but are sketchy at best. There are even rumors going around that the photos in the dataset used to build the general model were stolen from a stock photo site.")
[132] 740 ILCS 14/5(2).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

105.    Moreover, in 2017, OkCupid published an article describing its use of perceptual hash facial recognition technology (hereinafter "2017 Article").[133]

106.    Moreover, in 2017, OkCupid published an article describing its use of perceptual hash functions (hereinafter "2017 Article").[134]

107.    Specifically, OkCupid's 2017 Article describes the company's study and evaluation of four common perceptual hash functions: (1) difference hash, (2) average hash, (3) perceptual DCT hash, and (4) wavelet hash.[135]  OkCupid's study describes processes in which it compared images' (i) rotation; (ii) crop; (iii) gamma correction; (iv) border; and (v) salt and pepper ("S&P") noise and applied the Hamming distance to compare the hash function measurements. Ultimately, OkCupid's study concluded that the hashes behaved in similar manners and could be used to "determine which algorithm's hash distances can be trusted for a given image pair."[136]

108.    Perceptual hash ("pHash") algorithms are implemented in facial recognition systems and used for enhanced security to perform automated verification of the identify of users.[137] The pHash algorithm can be implemented into the Discrete cosine transfer ("DCT") face recognition technique, which is used in different ways to compare images.  Facial processing and recognition techniques that implement pHash typically are based on the concept of extracting landmark facial features, such as the eyes, nose, mouth, and chin.  DCT is applied to each of these

---

[133] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as Exhibit B.
[134] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as Exhibit B.
[135] Exhibit B at p. 8.
[136] *Id.* at pp. 8-25.
[137] *See, e.g.*, Zeba Khanam, Mohammed Najeeb Ahsan, *Implementation of pHash algorithm for face recognition in secured remote online examination system*, INT'L J. ADVANCES IN SCIENTIFIC RESEARCH AND ENGINEERING (Nov. 2018), available at:
https://www.academia.edu/37993513/Implementation_of_the_pHash_algorithm_for_face_recognition_in_a_secured_remote_online_examination_system.

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

features and calculates the degrees of recognition.[138] More specifically, this algorithm reduces the size and color of an image. Next, DCT is employed to compute calculations of the images. The mean value of the DCT is computed and reduced further. Finally, the pHash value is calculated by converting the DCT measurements back to the original hash image. The pHash values are compared using the Hamming distance algorithm for similarities and to generate matches. Notably, a 2018 study implementing pHash into a DCT FRT to recognize individuals during remote online proctoring exams revealed that this algorithm has a 98% recognition rate.[139]

109.    OkCupid's 2017 Article describes, compares, and evaluates pHash functions, specifically targeting "perceptual DCT hash," which the study concluded had a "(relatively) high precision" rate.[140]

110.    Upon information and belief, OkCupid uses the pHash function and/or data from this algorithm as part of its facial processing system in which OkCupid reduces images, identifies and extracts key landmark features, computes DCT measurements and calculations, and then determines the pHash values by applying the Hammering distance algorithm.

111.    Upon information and belief, OkCupid stores these measurements, calculations, and values on Match Group's servers.

112.    Additionally, regardless of whether OkCupid implemented or uses a pHash in a facial recognition system, at minimum, OkCupid's pHash functions extract calculations of unique facial features that can be used to identify an individual that constitutes "biometric information."[141] The collection of biometric information without user consent directly violates BIPA.

---

[138] *Id.*
[139] *Id.*
[140] *See* Exhibit B at p. 15.
[141] 740 ILCS 14/15(b) ("No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first obtains consent"); 740 ILCS

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## C.   **Tinder and Hinge**

113.   Tinder, now owned by Match Group, has used facial recognition technology since at least 2017.[142]   Notably, Tinder's facial recognition algorithm, as outlined in Tinder's "Matching Process System and Method" patents, is based, at least in part, on Match.com's "Matching Process System and Method."[143]

114.   In fact, a comparison of Match.com's 2008 patent to Tinder's 2017, 2018, and 2019 patents, clearly depicts images of a Match.com user profile and Tinder user profile.  These patents once again signify the control that Respondent has, and always had, over all Dating Sites.  A close review of Patent Nos.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), US 9,959,023 B2: Matching Process System and Method (May 1, 2018), and US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019) indisputably confirms the use of facial recognition technology.[144]

---

14/10 ("biometric information means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual."); *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act also bans the non-consensual collection and storage of ***information…that is 'based on' those biometric identifiers***.") (emphasis added).."); *see also, Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute."); *Vance v. Int'l Bus. Machines Corp.*, No. 20 C 577, 2020 WL 5530134, at *5 (N.D. Ill. Sept. 15, 2020) ("Plaintiffs allege that IBM extracted biometric information from photographs to create their DIF Dataset. The DIF Dataset includes biometric measurements that can be used to identify Plaintiffs. Thus, IBM's alleged actions implicate BIPA ... what's important is the potential intrusion on privacy posed by the unrestricted gathering of biometric in formation.")

[142] *See* Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017).

[143] *Compare* Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) to Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019).

[144] *See, e.g.*, Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) ("Implicit signals may also include ***facial recognition*** algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest.") (emphasis added).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

115.     Moreover, for years, both Tinder and Hinge have held a close relationship with Amazon and acknowledge using Amazon Web Services' ("AWS") deep learning "Rekognition" ("Amazon Rekognition") object and facial recognition services:[145]



*Figure 46[146]*

116.     Amazon Rekognition uses deep learning-based image and video analysis to detect faces in images and videos, facial landmarks such as the position of the eyes, detect emotions, and detect objects and scenes within images and videos[147]   Amazon Rekognition also uses machine vision and algorithmic classification techniques to scan and map facial geometry and analyze the result to determine whether two faces match: "You can also compare a face in an image with a face detected in another image.   When you provide an image that contains a face, Amazon

---

[145]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at p. 7. (last viewed Apr. 12, 2022).
[146]*Id.*
[147]*Amazon Rekognition Developer Guide*, https://docs.aws.amazon.com/rekognition/latest/dg/rekognition-dg.pdf#what-is at pp. 2, 142.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Rekognition detects the face in the image, analyzes the facial attributes of the face, and then returns a percent confidence score for the face and the facial attributes that are detected in the image."[148]

117.    AWS boasts that Amazon Rekognition can also detect objects, people, and scenes in all images and videos, which means that at minimum, Amazon Rekognition is scanning every single image and video uploaded by Tinder and Hinge and collecting facial geometry and facial landmarks to determine whether a person is in the frame.  Amazon Rekognition compares faces and objects returning a confidence index and description of its analysis, which for example, may include that an individual was detected and is smiling and/or wearing sunglasses in the image. Figures 47-52 depicted below are screenshots from AWS's Amazon Rekognition marketing materials and Tinder's PowerPoint.



*Figure 47[149]*



*Figure 48[150]*

---

[148] *Id.* ("You can use storage operations to save facial metadata for faces detected in an image. Later you can search for stored faces in both images and videos. For example, this enables searching for a specific person in a video. For more information.").
[149] *Id.* at pp. 21-22.
[150] *Id.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Figure 49*[151]



*Figure 50*



*Figure 51*[152]



*Figure 52*

118.    Using Amazon Rekognition, Tinder and Hinge can run commands within the

Amazon Application Programing Interface, otherwise known as an "API" interface called "index-

---

[151] *Id.* at pp. 23-5
[152] AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 27:43-28:58.

faces" on all images it wishes to analyze and/or compare. The index-faces command instructs Amazon Rekognition to detect and scan faces in images. Amazon Rekognition then accesses the images stored in Respondents' database, applies its machine vision algorithm to scan, identify, and extract facial landmarks and the facial geometry of the detected faces of the individuals' pictures into a feature vector. Said feature vectors include precise coordinates describing the essential facial landmarks including the nose, corners of the mouth, eyes, pupils, jawline, and chin. The feature vectors of facial geometry, as well other details such as the persons emotions, whether a person is smiling, or sad, is wearing eyeglasses or sunglasses, are then stored in an AWS backend database called a Rekognition "collection." *See* <u>Figure 53</u> below, showing a screenshot of the Rekognition collection.

```
"Faces": [
    {
        "FaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
        "BoundingBox": {
            "Width": 0.5080749988555908,
            "Height": 0.4542959928512573,
            "Left": 0.24040700495243073,
            "Top": 0.22210200130939484
        },
        "ImageId": "74947044-80e8-36e5-9138-55ac21c5c2a2",
        "ExternalImageId": "Shawn",
        "Confidence": 99.99500274658203
    }
],
"FaceModelVersion": "5.0"
```

*Figure 53*

119.    Next, Respondent uses Amazon Rekognition to run a face matching API command. Said face matching command searches for a matching "FaceId" to determine whether an individual is already in the database. If a match is found, the unique FaceId is returned along with a "Similarity" score, which is a confidence measure indicating the similarity rate between the two matches.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

```
{
    "SearchedFaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
    "FaceMatches": [
        {
            "Similarity": 99.99944305419922,
            "Face": {
                "FaceId": "5da9b088-5109-49d7-be85-001d2610417c",
                "BoundingBox": {
                    "Width": 0.18031999468803406,
                    "Height": 0.2648650109767914,
                    "Left": 0.27408599853515625,
                    "Top": 0.12426400184631348
                },
                "ImageId": "01fc3c24-dbde-3538-acee-2df042ca10a3",
                "ExternalImageId": "Shawn2",
                "Confidence": 99.99250030517578
            }
        }
    ],
    "FaceModelVersion": "5.0"
}
```

*Figure 54*

120.    Speaking during AWS re:Invent in December 2018, Tom Jacques, VP of Technology at Tinder discussed how the company uses the strong learning-powered Amazon Rekognition provider to identify user's key traits by mining the 10 billion photos they upload daily:[153]

> The challenges we face are in understanding who members want to see, who they match with, who will chat, what content can we show you and how do we best present it to you.
>
> <div align="center">***</div>
>
> …[Tinder] extracts all of this information and feed[s] it into our features store, which is a unified service that allows us to manage online, streaming and batch processing. We take this information and feed into our tagging system to work out what we highlight for each profile.

*Id.*    Premium users of Tinder also get access to a "Top Picks" feature.  Launched in September, this feature provides Tinder Gold subscribers with a curated feed of "personalized high quality

---

[153] Scott Harvey, *VP of Engineering on Tinder's Use of Image Recognition Technology* GLOBAL DATING INSIGHTS (Dec. 7, 2018); *see also*, AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 9:55-11:30. ("Tinder faces many, many challenges serving recommendations relevant to achieve these outcomes at scale and data is essential to do this. [Tinder] ingest[s] over 40 terabytes of data every day that feed into our analytics and machine learning systems.").

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

potential matches"[154]    All Tinder users receive one free "Top Pick" a day, but Tinder Gold subscribers can tap a diamond icon at any time for a set of Top Picks, which is refreshed daily.[155] According to Jacques, "when it comes to serving this when a member wants their Top Picks we query our recommendation cluster, the same underlying technology that powers our core recognitions, but looking at the outcomes users are trying to achieve and to provide really personalized, high quality matches."[156] Figures 55 and Figure 56 below is a diagram presenting an example in which Amazon Rekognition extracts features from a photograph uploaded to Tinder and feeds the labeled data into AWS' tagging system to produce a tag applied to profile, and later recognized and matched as a "Top Pick" to another user.[157] Figure 57 displays a Tinder Gold subscriber's daily "Top Picks." [158]

---

[154] *Id.* at 12:22-17:24.
[155] Sarah Perez, *Tinder launches its curated 'Top Picks' feature worldwide* TECHCRUNCH (Sept. 11, 2018), https://techcrunch.com/2018/09/11/tinder-launches-its-curated-top-picks-feature-worldwide/
[156] *Id.* at 12:22-17:24.
[157]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at pp. 27-28. (last viewed Apr. 12, 2022).
[158] *Id.* at p. 23; AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 12:22-17:24.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Figure 55*



*Figure 56*



*Figure 57*

121.    Tinder uses AWS's image recognition software to create tags associated with that user's profile.   Tinder's issued patent, Patent No.: US 9,715,532 B1, explains that a tag encapsulates various features a user likes, including photographs and behavioral data, and is configured with the feature recognition engine, which can identify a particular person (e.g., the associated object user or other individuals), voices, and groups of persons.[159]

## VIII.   Respondent's Recent Acts Prove It Intends to Delve Further into Biometric Data Collection as evidenced in its Acquisition of Hyperconnect, Inc.

122.    In February 2021, Respondent acquired Hyperconnect, Inc. ("Hyperconnect"), a

---

[159] Patent No.: US 9,715,532 B1: Systems and Methods for Content Object Optimization (Jul. 25, 2017).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

South Korean social-media company "*that has won recognition at artificial intelligence conferences for its facial recognition technology*,"[160] for $1.725 billion.[161]

123.    On February 9, 2021, CEO Shar Dubey and CFO/COO Gary Swidler hosted an investor call describing Hyperconnect's advanced proprietary video and artificial intelligence ("AI") tech infrastructure[162] created by Sam Ahn, Co-founder, CEO, and CPO of Hyperconnect[163] emphasizing the strategic reason for the acquisition, which included leveraging the "scalable video technology" [164] across the Match Group brands.

---

[160]    https://www.zdnet.com/article/dating-maven-match-spends-1-7-billion-on-south-korea-social-chat-app-maker-hyperconnect/ (emphasis added).

[161]Match Group Investor Presentation, https://s22.q4cdn.com/279430125/files/doc_presentations/2021/Match-Group-Acquisition-of-Hyperconnect.pdf (Describing Hyperconnect as a "South Korea-based app developer driving social connections with proprietary video and AI technology") ; *see also*, https://www.wsj.com/articles/match-group-buys-korean-social-media-company-for-1-725-billion-11612904483 ("Hyperconnect, based in Seoul, has developed two video apps that focus on helping people interact one-on-one and with new communities. Hyperconnect's first app, Azar, offers live video and audio chat and can instantly translate voice and text for users that speak different languages. Hyperconnect's other app, Hakuna Live, is a social live-streaming app that provides group video and audio broadcasts. The apps broaden Dallas-based Match Group's software offerings to include linking casual friends. Match operates several dating apps, including Tinder, Hinge and OkCupid, as well as its namesake brand… The company has been looking to expand beyond its core market of online dating services. The company, in a letter to shareholders this month, said it planned to add to its portfolio to capture nondating uses for social apps. It already provides some of that broader functionality, including through its Ablo live-video chat app that allows users to make friends around the world. Hyperconnect's features include broadcasting and watching messages on low-quality mobile phones without a lag. *Match Group expects to apply some of this technology to its own suite of apps that have introduced more video-dating options since the pandemic started making it more challenging to meet people in person, a company spokeswoman said*.").

[162] Match Group Investor Presentation (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.

[163]Sam Ahn currently serves on the Board of Directors of Match Group. *See* https://mtch.com/leadership/#Sam%20Ahn (Match Group's leadership profile for Sam Ahn).

[164] *Id.* at p. 7.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



*Figure 58[165]*



*Figure 59[166]*

124.    On June 17, 2021, Respondent announced its plan to deploy Hyperconnect's technology across its portfolio:

"Hyperconnect's forward-looking technology has already forged new ways for the next generation to make friends and engage with new people, regardless of borders and language barriers," said Shar Dubey, CEO of Match Group. "Our immediate

---

[165] *Match Group Investor Presentation* (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.
[166] *Id.* at p. 7.

goal is to accelerate Hyperconnect's growth, while deploying their technology across our portfolio, helping to ensure people around the world have access to the best products to meet new people, and create joyful connections."

Based in South Korea, Hyperconnect employs more than 400 people, of which approximately half are top-tier engineers, and operates two social discovery apps: Azar® and Hakuna Live™. Azar® offers 1:1 live video and voice chat with a strong presence across Asia and growing in Europe. Hakuna Live™, which launched in 2019, provides one to many or group live video, audio, and avatar-based streaming with a highly engaged user base in South Korea, Japan and other markets across Asia.

"We're thrilled to start capturing the huge synergy potential between Hyperconnect and Match Group's portfolio of world-class brands," said Sam Ahn, CEO of Hyperconnect. "We see clear pathways to turbocharge Hyperconnect's growth while adding value to Match Group through our unique technology.'" [167]

125.    Following the acquisition of Hyperconnect, Match.com,[168] Hinge,[169] OurTime,[170]

and Tinder[171] have launched newly improved video chat functions and video features including a

live chat option. *See* Figures 60-63.

---

[167] *MATCH GROUP CLOSES ACQUISITION OF HYPERCONNECT* (Jun. 17, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Closes-Acquisition-of-Hyperconnect/default.aspx
[168] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also*, Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMag (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid
[169] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[170] https://www.ourtime.com/v3/help/article/172
[171] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Match.com**



*Figure 60[172]*

**OurTime**



*Figure 61[173]*

**Hinge**



*Figure 62[174]*

**Tinder**



*Figure 63[175]*

[172] https://www.youtube.com/watch?v=avMVX_9biyM
[173] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[174] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat
[175] https://www.ourtime.com/v3/help/article/172

126.    Hyperconnect's issued patents confirm the use of facial recognition technology and

the collection and capture of biometric information and identifiers.  Patent No.: US 10,728,498

B2, granted on June 28, 2020, states:

> The communication method includes performing, by a first terminal, consecutive video call with at least one or more second terminal; selecting, by the first terminal, at least one or more representative frame from among a plurality of frames of an image being photographed during each video call; detecting, by the first terminal, a face from the at least one or more representative frame; generating, by the first terminal, a face recognition result that includes information on a number of the faces detected from the at least one or more representative frame; outputting, by the first terminal, the face recognition result to a server; and upon completion of the video call with the at least one or more second terminal, performing, by the first terminal, video call with a third terminal selected based on the face recognition result from the server.[176]

Similarly, Patent Nos.: US 10,972,700 B2, granted on April 6, 2021, and US 10,602,090 B2,

granted on March 24, 2020, state:

> According to some embodiments, the selecting, by the server, the terminal to be matched with the first terminal based on the received *face recognition* result, in response to the second matching request may include, in response to the number of the faces detected being plural, and in response to the *face recognition* result received from the first terminal from among the at least one or more terminal including information on the number of the faces that is two or more, selecting, by the server, a terminal that provided two or more *face recognition* results from among the at least one or more terminal as the terminal to be matched with the first terminal.[177]

127.    Hyperconnect's patents further confirm that facial recognition is achieved using a

---

[176] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)

[177] Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021) (emphasis added); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020) (emphasis added).

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

deep learning algorithm[178] to detect the user's face in images and video frames[179] and then extract

the user's face and/or facial features[180, 181] to obtain a feature vector used for classification and

---

[178] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The processor 350 may train the machine learning model by using a deep learning algorithm. The machine learning model may include at least one or more of Deep Neural Network (DNN), Convolutional Neural Network (CNN), Recurrent Neural Network (RNN), Region-based Convolutional Neural Networks (R-CNN), Restricted Boltzmann Machine (RBM), Deep Belief Network (DBN), or Deep Q-Networks. Moreover, the machine learning model may include Convolutional Neural Network (CNN), AlexNet, ZFNet, GoogLeNet, VGGNet, ResNet, Inception-ResNet, Inception-v2, Inception-v3, or Inception-v4.").

[179] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)  ("For example, the face detection module 131b may detect the face from the first frame FR1 selected using a well-known face detecting algorithm… the face detection module 131b may detect characteristics of a face within the representative frame such as eye, nose and mouth, etc., and detect the faces of the persons within the representative frame based on the detected characteristics.") ("FIGS. 2 and 3 disclose an embodiment where the first terminal 100 *extracts a face from an image* (IMG). In another embodiment of the present disclosure, the first terminal 100 may transmit the image (IMG) photographed through the inputter 110 to the server 500. Further, the server 500 may select at least one or more representative frame from among the plurality of frames FR1 to FRn included in the image (IMG), and *extract* a face or facial region from the at least one or more representative frame.") ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

[180] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The image analysis device 340 may analyze the face image of each of users to obtain feature point distribution information. In particular, the image analysis device 340 may *extract* coordinates associated with at least one or more specific points of the face of each of users to generate the feature point distribution information. […] Herein, the feature point distribution information may mean information defining the distribution form of feature points corresponding to predetermined parts (e.g., eyes, nose, mouth, eyebrows, cheekbones, and the like) of the user's face. Moreover, the image analysis device 340 may analyze the similarity between the image of the first user and the stored image of each of users.") ("The server 200 may *extract* the facial feature points of the user included in the video stream by combining one or more of scale invariant feature transform (SIFT), histogram of oriented gradient (HOG), Haar feature, Ferns, local binary pattern (LBP), and modified census transform (MCT), or may *extract* the facial feature points by using another method.").

[181] Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021) ("Referring to 910 of FIG. 9A, the server 200 may receive a video or a video stream of the face of a user from each of a plurality of terminals. Also, the server 200 may receive gender information corresponding to distribution information of facial feature points of the user from each of the plurality of terminals. The gender information is information indicating whether the user is a man or a woman. The server 200 may obtain distribution information of facial feature points of a plurality of users based on the received video or video stream. The server 200 may store the distribution information of the facial feature points of the plurality of users and gender information corresponding to the distribution information of the facial feature points of the plurality of users in the storage 230 of the server 200… Alternatively, the server 200 may store the distribution information of the facial feature points of each of the plurality of users, gender information input when each of the plurality of users subscribes or logs into the application, and actual gender information of each of the plurality of users. […] The distribution information of the facial feature points of each of the plurality of users may be paired with the gender information input when each of the plurality of users subscribes or logs into the application and the actual gender information of each of the plurality of users and may be stored. Referring to 920 of FIG. 9A, the server 200 may learn a correlation between the distribution information of the facial feature points of the plurality of users and the gender information corresponding to the distribution information of the facial feature points of the plurality of users by calculating information stored in the storage 230 through an artificial neural network. In detail, the server 200 may learn a correlation between distribution information of facial feature

matching.[182]

128.    Hyperconnect's issued patents also confirm the use of voice recognition technology

and collection of biometric data.  Patent No.: US 10,643,036 B2, granted on May 5, 2020, states:

A method of providing real-time translation for video chat is provided. The method includes: continuously receiving first-language voice data and at least one second-language word from a first terminal; continuously displaying the at least one second-language word at the same time as reproduction of the voice data; acquiring a second-language translation of an ended sentence included in a *voice recognition* result for the voice data; and substituting at least one word, which corresponds to the ended sentence in the displayed at least one second-language word, with the acquired translation. The at least one second-language word corresponds to respective words included in the *voice recognition* result for the voice data.

*** 

The third server 400 may be a *voice recognition* server. The third server 400 may provide a *voice recognition* service. The third server 400 may receive an encoded voice from the first terminal 100 or the second terminal 150. The third server 400 may perform *voice recognition* using the encoded voice. The third server 400 may convert the encoded voice into a text as the *voice recognition* result. The third server 400 may transmit the converted text to the first terminal 100 or the second terminal 150.

*** 

In operation S120, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice. The controller 102 of the first terminal 100 may continuously perform *voice recognition* using the encoded voice. The controller 102 may continuously convert the encoded voice into a first-language text as the *voice recognition* result. According to another embodiment, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice from the third server 400. The first terminal 100 may continuously transmit the encoded voice to the third server 400. The third server 400 may be a server that

---

[182] points of a k.sup.th user and gender information of the k.sup.th user (k=1, 2, 3, 4, 5, . . . , n). That is, the server 200 may calculate, through a plurality of layers, input distribution information of facial feature points and gender information corresponding to the input distribution information of the facial feature points and may perform learning based on values obtained as a calculation result.")

[182] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

provides a *voice recognition* service. While the voice is being received, the communication interface 104 of the first terminal 100 may continuously transmit at least a part of the voice encoded till now to the third server 400.[183]

Similarly, Patent No.: US 10,430,523, granted on October 1, 2019, states:

FIG. 5 is a flowchart of operation S200 of acquiring the greeting by the first terminal 100, according to an embodiment. Referring to FIG. 5, in operation S210, the kind of the first language may be identified. The first terminal 100 may identify the kind of the first language. The controller 102 of the first terminal 100 may identify the kind of the first language using the voice of the first user recorded by the input interface 101 of the first terminal 100. The controller 102 may perform *voice recognition* using the recorded voice. The controller 102 may detect the kind of the first language as a result of the *voice recognition*. For example, the controller 102 may extract at least one feature from the recorded voice. The controller 102 may calculate a probability distribution of the kind of the language corresponding to the extracted feature using machine learning. For example, the controller 102 may calculate the probability distribution using Bayesian multinomial logistic regression. The controller 102 may select the kind of the language corresponding to the highest probability in the calculated probability distribution. According to another embodiment, the controller 102 may identify the kind of the first language using language setting set to the first terminal 100. Information about the kind of the language preferred by the first user may be preset to the first terminal 100. The information may be stored in the storage 103 of the first terminal 100. The controller 102 may define the kind of the language corresponding to the information as the kind of the first language.

\*\*\*

Referring to FIG. 5 again, in operation S220, the kind of the second language may be identified. The first terminal 100 may identify the kind of the second language using the **voice** of the second user recorded by the second terminal 150. The communication interface 104 of the first terminal 100 may receive the **voice** of the second user recorded by the second terminal 150 from the second terminal 150. The controller 102 of the first terminal 100 may perform **voice** recognition using the received **voice** of the second user. The controller 102 may detect the kind of the second language as a result of the **voice** recognition. [184]

*Id.*

129.    Hyperconnect developed and operates two popular live-streaming and video chat

---

[183] Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020).
[184] Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019).

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

apps, Azar and Hakuna Live.[185] Respondent's acquisition of Hyperconnect allows Respondent to

leverage Hyperconnect's video and audio technology, which integrate facial and voice recognition

functions,[186] across its Dating Sites to enhance members video and live chat experiences.[187]  Both

Azar and Hakuna use Apple's TrueDepth camera and API technology to recognize faces and track

facial movements of their users:[188]

> Facial information: Facial marks and any additional facial information
> from Apple's TrueDepth API technologies. We will use Apple's
> TrueDepth API technologies to recognize user faces in camera
> experiences based on your consent or if permitted. We may track the
> movement of your eyes, mouth and face and use this facial information,
> where this is necessary to deliver the Service you have requested.

130.    Match Group's public SEC filings confirm that Match Group has integrated

---

[185] *Id., Azar,*, https://azarlive.com/ (operated by Hyperconnect, Inc); Hakuna, https://hakuna.live/en (operated by MOVEFAST Company, K.K., a subsidiary of Hyperconnect, Inc.); https://ir.mtch.com/financials/sec-filings/default.aspx.

[186] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020);  Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020); Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019); Patent Application Publication No.: US 2021/0142440 AI (May 13, 2021); *see* Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* Hyperconnect, https://hyperconnect.github.io/MarioNETte/;   Sungjoo   Ha,   et   al.,   *MarioNETte:   Few-shot   Face Reenactment Preserving Identity of Unseen Targets* ASSOCIATION FOR THE ADVANCEMENT OF ARTIFICIAL INTELLIGENCE   (Nov.   19,   2020),   https://arxiv.org/abs/1911.08139;   Shurain,   *MarioNETte:   Few-shot   Face Reenactment   Preserving   Identity   of   Unseen   Targets*   YouTube   (Nov.   20,   2019), https://www.youtube.com/watch?v=Y6HE1DtdJHg.

[187] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also,* Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMAG (Apr. 16,   2020),   https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid;   https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-; https://www.ourtime.com/v3/help/article/172;   https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat;   https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat   ; https://www.youtube.com/watch?v=avMVX_9biyM; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-.

[188] *See* https://azarlive.com/home/privacy-policy.html; https://hakuna.live/en/privacy-policy.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Hyperconnect's technology into several of its dating sites including OkCupid,[189] Match.com, Hinge, and POF.[190]



*Figure 64[191]*

131.    Upon information and believe, Match Group uses the same or similar video feature technology in Tinder and OkCupid.

## IX.    Respondent Violates BIPA

132.    The facts are simple and irrefutable.  Respondent (i) intentionally collects biometric data from every photograph uploaded to its website; (ii) neither informs users of these practices nor seeks their written consent; and (iii) does not have a publicly available retention policy indicating the length of time it retains the biometric data it collects, or when and how it destroys such data.

---

[189] *Match Group, Inc. Form 8-K,* SEC (Feb. 1, 2022), available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000891103/658f00ff-e679-4318-bda9-18ea203df0c0.pdf at p. 9 ("Both Match and Meetic continue to optimize their monetization models, and both are incorporating audio and video further info their apps, powered by Hyperconnect technology.  OkCupid continues to expand in select international markets and began testing live-streaming video in late 2021.").
[190] *Id.* at p. 8.
[191] *Id.*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

X.      **Claimant's Experience**

133.    Claimant has or had OkCupid and Tinder accounts.

134.    Claimant has uploaded several photos to Respondent's platform including photos of Claimant.

135.    Claimant was never notified of and has never consented to Respondent's use, collection, and storage of Claimant's biometric data.

136.    Claimant did not request or give permission – written or otherwise – to Respondent to collect or store biometric identifiers, nor did Claimant receive or sign a written release allowing Respondent to collect or store biometric identifiers.

137.    Respondent never even informed Claimant by written notice or otherwise that Claimant could prevent Respondent from collecting, storing, or using biometric identifiers.

138.    Likewise, Respondent never provided Claimant with an opportunity to prohibit or prevent the collection, storage, use, or sharing of Claimant's face geometry or associated biometric information.

139.    Respondent never advised Claimant in writing, or otherwise, of any policy to destroy the biometric identifiers that Respondent collected and stored of Claimant's face and/or voice.

140.    Nevertheless, when Claimant uploaded photos.  Respondent automatically detected and located Claimant's face, analyzed the geometric data relating to the unique contours of Claimant's face and the distances between Claimant's eyes, nose, and ears, and used that data to extract and collect Claimant's scan of face geometry and related data, such as gender, age, race, and location.

141.    As a result of Respondent's unauthorized collection and use of Claimant's biometric identifiers, Claimant was deprived of their control over that valuable information.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## COUNT I

### Violation of the Illinois Biometric Information Privacy Act
### (Violation of 740 ILCS 14/15(a))

142.    Claimant incorporates the foregoing allegations as if fully set forth herein.

143.    Section 15(a) of BIPA requires that any

> private entity in possession of biometric identifiers . . . must
> develop a written policy, made available to the public,
> establishing a retention schedule and guidelines for
> permanently destroying biometric identifiers . . . when the
> initial purpose for collecting or obtaining such identifiers . . .
> has been satisfied or within 3 years of the individual's last
> interaction with the private entity, whichever occurs first.

740 ILCS 14/15(a).

144.    Respondent does not publicly provide a retention schedule or guidelines for
permanently destroying Claimant's biometric identifiers as specified by BIPA.  *See* 740 ILCS
14/15(a).

145.    Accordingly, Claimant seeks: (i) injunctive and equitable relief as is necessary to
protect the interests of Claimant by requiring Respondent to establish and make publicly available
a policy for the permanent destruction of biometric identifiers compliant with 740 ILCS 14/15(a);
and (ii) statutory damages of $5,000 for this intentional violation of BIPA pursuant to 740 ILCS
14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS
14/20(1).

## COUNT II

### Violation of the Illinois Biometric Information Privacy Act
### (Violation of 740 ILCS 14/15(b))

146.    Claimant incorporates the foregoing allegations as if fully set forth herein.

147.    BIPA makes it unlawful for any private entity to, among other things,

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

(b) collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

> (1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;
>
> (2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and
>
> (3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.
>
> . . . .
>
> (d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:
>
> > (1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

740CS 14/15(b) and (d).

148.    Respondent is a Texas corporation and thus qualifies as a "private entity" under BIPA. *See* 740 ILCS 14/10.

149.    Respondent violated section (b) in three ways by: (1) generating, (2) collecting, and/or (3) storing Claimant's biometric data and information without consent.

150.    As explained in detail in Section I above, Claimant's faceprints, face geometry, and voiceprints are "biometric identifiers" pursuant to 740 ILCS 14/10.  Additionally, any voice and facial features and/or data extracted from Claimant in a measurable and/or identifying form constitute "biometric information" pursuant to 740 ILCS 14/10.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

151.     Respondent systematically and automatically collected, used, and stored Claimant's biometric identifiers without first obtaining the specific written release required by 740 ILCS 14/15(b)(3) and (d).

152.     As explained above, Respondent did not properly inform Claimant in writing that Claimant's biometric identifiers were being collected and stored, nor did it inform Claimant in writing of the specific purpose and length of term for which these biometric identifiers were being collected, stored, and used, as required by 740 ILCS 14/15(b)(1)– (2).

153.     By collecting, storing, using, and sharing Claimant's biometric identifiers as described herein, Respondent violated Claimant's right to privacy of these biometric identifiers, as set forth in BIPA, 740 ILCS 14/1, *et seq*.

154.     Claimant seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Claimant by requiring Respondent to comply with BIPA's requirements for the collection, storage, and use of biometric identifiers; and (ii) statutory damages of $5,000 for this intentional violation of 740 ILCS 14/15(b) of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1).

### PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that the Arbitrator enter an Order:

155.     Declaring that Respondents' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq*.

156.     Awarding statutory damages of at least $20,000;

157.     Awarding injunctive and other equitable relief as is necessary to protect the interests of Claimant, including, inter alia, an order requiring Respondent to collect, store, use, and share biometric identifiers or biometric information in compliance with BIPA;

158.     Awarding such other and further relief as equity and justice may require.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Dated:  April 25, 2022

LABATON SUCHAROW LLP
Melissa H. Nafash
Jonathan Gardner
Shannon K. Tully
Jonathan Waisnor
Brandon Heitmann
140 Broadway
New York, NY  10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
jwaisnor@labaton.com
bheitmann@labaton.com
*Counsel for Claimant*

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT A

**Nafash, Melissa**

| | |
|---|---|
| **From:** | Samuel Kitchens <Samuel.Kitchens@match.com> |
| **Sent:** | Thursday, July 1, 2021 6:00 PM |
| **To:** | Gardner, Jonathan; Nafash, Melissa |
| **Cc:** | Keller, Christopher J.; Brandon Kerstens |
| **Subject:** | RE: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data? |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Hello Jonathan and Melissa,

It was great talking with you a couple weeks back about Biometric data at Match Group brands.  On our call, you mentioned three patents as bases for your investigation into our brands' Biometric practices.   I believe the three were:  (1) Patent No. 9,094,396 – Integrated Profile Creation for A Social Network; (2) Patent No. 10,203,854 – Matching Process System and Method; and (3) Patent No. 9,753,948 – Face Search in Personals.  For the first two, after reviewing the patents, we do not understand what about them leads you to believe they implicate Biometric data.  The first is about profile creation, and the second is about a process and method for matching users.  For the third one, we agree that it does implicate Biometric data, but it is not a patent that we are using, or even a patent that we created.  Rather, this patent was one patent in a patent portfolio that Match purchased in 2013 from Yahoo! after Yahoo! Personals shut down.  My understanding is that this patent is not being, and has never been, used by any of the brands.

As stated before, we have no interest in violating the Illinois Biometric law, and we take considerable steps to ensure that the law is being followed.  We have checked with the brands again and confirmed that where biometric data is collected—like the Tinder Photo Verification feature we directed you to—proper disclosures are provided and consent obtained.  Have you had a chance to look at Tinder's Photo Verification feature?  Hopefully that can give you comfort that we are on top of this law, and we are not running afoul of it.

If you have any other questions or would like to discuss, please do not hesitate to reach out.  Otherwise, I hope you have a great holiday weekend!

Best,

Sam

---

**From:** Gardner, Jonathan <JGardner@labaton.com>
**Sent:** Monday, June 7, 2021 3:37 PM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Brandon Kerstens <Brandon.Kerstens@match.com>; Nafash, Melissa <MNafash@labaton.com>
**Subject:** Re: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data?

Sam, we are available Friday from 2-4.  I am including Melissa from our team who will also participate.

Sent from my iPad

On Jun 7, 2021, at 2:00 PM, Samuel Kitchens <Samuel.Kitchens@match.com> wrote:

1

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

Great, thanks.  Chris and Jon, nice to meet you.  I'm also including Brandon from our team here.

Would you be able to talk on Friday Afternoon?  We're free between Noon and 4 PM ET.

---

**From:** Weinberger, Ned <NWeinberger@labaton.com>
**Sent:** Monday, June 7, 2021 9:40 AM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Gardner, Jonathan <JGardner@labaton.com>
**Subject:** RE: Time to Talk re Match Group/Biometric Data?

Hi Sam—

Thanks for reaching out. I'm copying my partners Chris Keller and Jon Gardner. They'd be happy to speak with you about the matter.

Best,

Ned

---

**From:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Sent:** Monday, June 7, 2021 9:41 AM
**To:** Weinberger, Ned <NWeinberger@labaton.com>
**Subject:** [EXTERNAL] Time to Talk re Match Group/Biometric Data?

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Hello Mr. Weinberger,

I'm Samuel Kitchens, corporate counsel at Match Group.  A former colleague of mine, Silpa Maruri, who I believe you work with on some cases, gave me your contact info, and I was wondering if I could get some time to talk to you or someone else at your firm?  We recently discovered the following ad, https://clientconnect.labaton.com/case/dating-sites/, seeking Plaintiffs for a case against several brands under the Match Group umbrella regarding Biometric Data.  Frankly, we're a bit baffled by the ad, because, other than some very specific, limited circumstances where the appropriate consent is collected, our brands do not collect biometric data.  We would appreciate it if we could get an opportunity to speak with you, because I'm sure that you wouldn't want to spend time or effort on pursuing a bunch of lawsuits based upon an inaccurate understanding of the basic facts.

Thanks,

Sam

**Samuel C. Kitchens**
Sr. Corporate Counsel - Litigation
Match Group

8750 N. Central Expwy, Ste 1400 | Dallas, Texas 75231
214-265-3088
samuel.kitchens@match.com

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT B

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

okcupid    WE'RE HIRING!    HOME    OKCUPID.COM

# Evaluating Perceptual Image Hashes at OkCupid



**ZACHARY JABLONS**

31 MAY 2017   ·   13 MIN READ



FILED DATE: 10/21/2022 10:28 AM   2022CH10435

At OkCupid, we sometimes run into users and bots that re-use the same photos we've seen before. While sometimes we can simply check if a photo has been seen (and banned) before, we often run into the case where a banned photo has been manipulated slightly -- so an exact comparison won't work. Even a slight shift in the image would completely ruin an exact match. This is a problem we identified years ago, and we had a partial solution using a simple perceptual hash function. However over the years we've become familiar with the failings of the current system. The need for a more robust approach magnified once we made photos a requirement for new users.

There are a few ways to approach this problem, however the most common way is using a perceptual hash. For the uninitiated, a hash in general is (according to the almighty Wikipedia) a "function that can be used to map data of arbitrary size to data of fixed size", e.g. turning an image into a bitstring that represents that image.

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Traditionally this means a cryptographic hash (e.g. MD5, SHA-256), in which the slightest change in the input will produce a drastic change in the output. However, for our purposes, we want nearly the opposite -- a slight change in the input (like, shifting or rotating the image a bit) should produce little to no change in the output. This is where the idea of a perceptual image hash comes in.

Ultimately a perceptual image hash seeks to stay largely _invariant_ in its output to slight changes in the input, while producing a small (i.e., manageable) output. Armed with these sorts of functions, we should be able to check if a photo uploaded to the site is the same one that's just been slightly changed in an attempt to get around exact image checks.

The rest of this post details an exploration of four different perceptual hash algorithms that fit this format, under what transformations they fail to stay invariant and which ones perform better overall.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 570 of 1583 PageID #:579

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

While we already had a perceptual hash system in place, it's time for an upgrade!

# Evaluation

For the rest of this blog post we'll be discussing perceptual image hash functions that take an arbitrary image and produce a fixed size bitstring. This allows us to just use the Hamming distance between bitstrings in our evaluations. Theoretically a perceptual hash could produce a dense representation of an image (i.e. a vector of floats), but that makes comparisons more complicated.

There's two main things we evaluate here:

1.  Image Transforms (or attacks), i.e. what transformations would attackers apply to the images in order to try and fool a detection system

2.  Perceptual Hash function accuracy

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

The goal of this evaluation is to determine how well perceptual hashes differentiate between entirely distinct image pairs and image pairs which are just an image and its transformed version.

# Evaluation Overview

We set this up as measuring distances in two cases:

1. Positive case -- the distances between images and the transformed versions of those images

2. Negative case -- the distances between distinct original images

We work with a sample of about 10k images on the site to balance getting this done in a reasonable amount of time and statistical significance, and from this sample we run 10 trials of each case on these images. For the negative case we actually sample 1k image pairs (and get their hash distances), whereas for the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 572 of 1583 PageID #:581

FILED DATE: 10/21/2022 10:28 AM 2022CH10435

positive case we just evaluate a ton of transformations and their distances and then sample them down to 1k examples. This gives us a sense of how reliable each metric is -- although generally we didn't observe much significant variation.

One important thing to add here is that these images are deliberately filtered to make sure none of them came from spammers to prevent re-used spam photos from being treated as distinct image pairs. Additionally, we take the extra step of removing any non-unique photos (by comparing their exact hashes).

## Transformations

We identified five typical image transformations that our hardworking, tireless moderation team sees most commonly when dealing with spammers.

- Rotation (about the origin)
- Crop
- Gamma correction

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

- Adding a border (or reverse crop)

- Salt & Pepper noise

| TRANSFORMATION | MILD | MEDIUM |
|---|---:|---:|
| Rotation | 1-5 | 6-15 |
| Crop | 95-99 | 85-94 |
| Gamma correction | 1±0.01-0.25 | 1±0.26-0.5 |
| Border | 1-5 | 6-15 |
| S&P; Noise | 0.5-2.5 | 2.6-5 |



Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 574 of 1583 PageID #:583

FILED DATE: 10/21/2022 10:28 AM    2022CH10435



Noise

Each of these transformations have a parameter that controls the intensity of the operation -- e.g. how many degrees to rotate. For simplicity of analysis, we specified three buckets of each of these parameters: mild, medium, and 🔥 **extreme** 🔥. Whenever a transformation is applied, the bucket is specified and the parameter is uniformly sampled from that bucket (see the table above for those buckets). In most of these analyses, each transformation / bucket is computed three separate times because more data is always better.

But wait there's mirr..ore! For each transformation application we flip a metaphorical coin and mirror the transformed image across its vertical axis. We skip the horizontal axis since it's just not seen as much in the wild -- one might

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 575 of 1583 PageID #:584

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

imagine that upside down pictures are a pretty obvious spam giveaway.

## Perceptual Hash functions

We won't go too much into the specifics of each perceptual hash function in this post since they're well detailed in the references provided. For simplicity we limited ourselves to evaluating four common perceptual hash functions:

- <u>Difference Hash</u> (denoted `diff_hash` or `ih_dhash` )

- <u>Average Hash</u> (denoted `average_hash` or `ih_avghash` )

- <u>Perceptual (DCT) Hash</u> (denoted `dct_hash` or `ih_phash` )

- <u>Wavelet Hash</u> (denoted `wavelet_hash` or `ih_whash` )

The implementations used here are all provided by Johannes Buchner's excellent and convenient Python <u>ImageHash library</u>.

## Normalized Hamming distance

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## Normalized Hamming distance

Since each hash function is reducing the image to a bitstring, we use the Hamming distance to compare them. This is pretty much a fancy way of saying that we just measure how many bits are different between each hash.

In order to compare hash functions that produce different size bitstrings, we also normalize against the length of the bitstrings produced (given that we're not comparing bitstrings between hash functions, which wouldn't make a lot of sense anyways). So for example, when you see the histograms further down the line take note that the distances (i.e. the x-axis) are from zero to one. Effectively this is the ratio of bits that are different between the two bitstrings to the length of those bitstrings.

## Metrics

How do we measure the quality of a perceptual hash function? The primary paradigm that we'll evaluate these functions against is by looking at the

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

functions against is by looking at the distributions of distances in the positive and negative cases for specific scenarios. Essentially, what we want is for the distribution (or histogram) of distances in each case to be fairly separate. There are a few ways to approach this, but we'll just consider three metrics:

- <u>EMD distance</u> (or Wasserstein distance as all the deep learning people mysteriously started calling it). We want this to be large.

- Intersection-over-Union (IoU) of the two histograms. We want this to be pretty small.

- Maximal <u>F1-score</u> at an optimal distance threshold. We want this to be real close to 1.

EMD may be the most consistent measure here since, say you have two histograms that are separate and want to compare them to two histograms which are also separate but further apart. Under the optimal F1 score and the IoU, both cases would already be optimal... however EMD

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 578 of 1583 PageID #:587

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

would already be optimal -- however EMD
would favor the latter case.

We bring in the F1-score to give us a
threshold, which is discussed a bit more
later. The easiest way to think of this is
sliding that threshold along the x-axis, and
finding that which separates the
histograms optimally.

The histogram IoU is provided as an extra
comparison, and basically measures
directly how much each histogram overlaps
with the other.

# Results

## General Comparison

Let's say we set it up so that we're
evaluating all of the parameter buckets, all
of the hashes, and all of the
transformations. In this scenario -- if
you're looking for a quick answer here --

the best options *according to the metrics*
appear to be either the average or wavelet

Evaluating Perceptual Image Hashes at OkCupid

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

appear to be either the average of wavelet hashes, each performing about the same.

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|---|---|---|
| average_hash | 12.54 | 0.20 |
| diff_hash | 8.79 | 0.25 |
| dct_hash | 8.03 | 0.30 |
| wavelet_hash | 12.23 | 0.21 |

However, this can be deceiving -- and the histograms for each hash function evaluated illustrate why (less overlap is better).



Evaluating Perceptual Image Hashes at OkCupid

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435







FILED DATE: 10/21/2022 10:28 AM    2022CH10435



As a baseline, look at the distribution of hashes when you use a cryptographic hash (which was very helpful to look at when debugging this evaluation).



We can see in this case that a cryptographic hash produces completely overlapping normal distributions centered around 0.5, which is as expected. I would then advise

interpreting all of the other histograms in this light -- the negative class *should* look

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

like that distribution, and the positive class would ideally be entirely shifted to the left.

So at first glance you can see why the metrics favor the wavelet and average hashes -- it's pretty clear that both the perceptual and difference hashes have a more significant overlap of negative and positive distances. However, we have to consider the actual application -- if we want to find the closest hash to a given picture's hash, we want to be as insulated from false positives as possible. This means that the spread of negative distances seen in the wavelet and average hashes could produce more false positives in a case where we're trying to find the closest match to a given image!

So to take away some main findings from this evaluation with everything turned on (i.e. the hardest case), we see that for the positive case:

- `dct_hash` and `diff_hash` have bimodal positive distance distributions, and are clearly fooled

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

by something we're doing, since one of the modes is near the expected random distance.

- `wavelet_hash` and `average_hash` have what looks like sort of long-tail distance distributions that have less mass as distance increases, implying that less transformations 'confuse' them.

And for the negative case:

- `dct_hash` and `diff_hash` both have tight distributions around the 0.5 mark, behaving similarly to the cryptographic hash case.

- `wavelet_hash` and `average_hash` both have distributions that, while normal and centered around the expected random distance, spread pretty far in both directions. I don't have a great answer for why something like this happens, but my

best guess is that by capturing the information that they do, they're

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

somehow actually doing a better job of checking a higher level of image similarity (e.g. similar color palettes). This is probably worth investigating further.

Based on the above, I think it's fair to categorize `dct_hash` and `diff_hash` as (relatively) high precision, low recall perceptual hashes, and `wavelet_hash` and `average_hash` as high recall, low precision hashes.

# What transforms do certain hashes fail at?

So let's say we're incredibly concerned with that spread of negative case distances, and want to know what sacrifices we're going to have to make to use `dct_hash` or `diff_hash` instead.

## Invariance to Mirroring

The first thing we might want to accept that we can't really handle is the mirror operation, as shown by comparing the

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

operation, as shown by comparing the median distance in the positive case when the transformed image is mirrored to when it is not.

| HASH | MIRRORING OFF | MIRRORING ON |
|---|---|---|
| average_hash | 0.04 | 0.37 |
| diff_hash | 0.09 | 0.48 |
| dct_hash | 0.09 | 0.50 |
| wavelet_hash | 0.04 | 0.38 |

It appears that, while every hash does significantly better when the transformed image is unmirrored, `diff_hash` and `dct_hash` appear to be entirely fooled with their median distance approaching that of the expected random distance.

So with this, and the fact that you can only really mirror an image once, we can accept a lack of mirroring. Without mirroring, we get histograms that look more reasonable for those two low recall hashes.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435





With the mirroring removed however, the table below shows that the other hashes also get a significant metrics boost -- but of

course, the problem with the negative case distributions remains.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 587 of 1583 PageID #:596

8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|--------------|---------------|
| average_hash | 19.38 | 0.06 |
| diff_hash | 16.60 | 0.08 |
| dct_hash | 15.92 | 0.10 |
| wavelet_hash | 19.28 | 0.07 |

# Bringing down the spice level

One other thing to consider here is that these evaluations are all run on all of the transform parameter buckets. What if we assume that none of our attackers want to rotate images beyond like 5 degrees or crop less than 95% of the image? And are allergic to mirrors?

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|--------------|---------------|
| average_hash | 22.49 | 0.00 |
| diff_hash | 20.79 | 0.00 |
| dct_hash | 20.53 | 0.00 |
| wavelet_hash | 22.39 | 0.01 |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

Check out those metrics above! It looks like some of them have achieved *full separability*!

In this case, we can clearly see that `diff_hash` and `dct_hash` get a significant boost in their metrics. Since this (of course) doesn't change the spread of distances for the negative case, if we're only concerned with the mild transform case then we might have a decent threshold to work with that doesn't produce too many false positives!

For brevity we'll focus on `diff_hash` for discussing this, since I've found that `dct_hash` behaves similarly. Below is the distance histogram comparison for the mild case.



FILED DATE: 10/21/2022 10:28 AM    2022CH10435



## Thresholding

We can use the distance threshold given to us by optimizing the F1-score to give us a cutoff (for those applications where we need one) such that any image pair whose distance lies below the threshold is considered the same, and any above is a distinct image.

If we look at the mild case, we notice that there are hashes that get nearly perfect F-1 score. This obviously only really applies to the mild case, but what transformation sacrifices do we have to make to use this threshold? Is it all transforms? Or do we just lose invariance to some of the more extreme transformations and not all?

So let's look at this for `diff_hash` : when we take the threshold we get from only looking at the mild transformation parameters, what's the percentage of positive cases we end up treating as distinct image pairs for

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

end up treating as distinct image pairs for
the rest of the transformations?

| TRANSFORMATION | EXTREME | MEDIUM | MILD |
|---|---|---|---|
| border | 5.80% | 0.08% | 0.00% |
| crop | 92.52% | 31.31% | 0.02% |
| gamma | 0.01% | 0.01% | 0.00% |
| rotate | 96.68% | 68.10% | 1.73% |
| sp_noise | 0.02% | 0.02% | 0.01% |

Apparently most of the time we rotate
beyond 15 degrees it completely falls apart
(example below) -- and the same can be
said for cropping down to less than 85% of
the image. It doesn't do great at the
medium case either, which for rotation is
from 6 to 15 degrees!

We took a look at that failure chance for
different hashes -- `average_hash` and `wave
let_hash` fail in the same places, however
to a lesser extent -- think 80% not 96% of

the time.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 591 of 1583 PageID #:600

FILED DATE: 10/21/2022 10:28 AM          2022CH10435

Below is a quick example to illustrate what a 30 degree rotation looks like, using a picture of Alice -- our director of support.

 

Alice is to OkCupid like Tom is to MySpace.

# How long does this take anyways?

| HASH NAME | AVERAGE HASH TIME PER IMAGE (MS) |
|---|---|
| average_hash | 29.81 |
| diff_hash | 29.93 |
| dct_hash | 33.97 |
| wavelet_hash | 60.99 |

The slowest overall is the wavelet hash, with the rest of them pretty much clocking

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 592 of 1583 PageID #:601

in at the same amount of time taken.

Just as a quick note -- generally one of the slowest steps here is going to be resizing the image to the tiny hash size that most of these perceptual hashes use. This may seem weird at first, but it makes sense -- every other operation is generally working on a tiny (by modern computer standards) 16x16 array, so even those transformations with a high time complexity can take next to no time, whereas even a well optimized resize will have to work with a much larger image. This can also explain the variance in time each hash takes, since we don't resize images to a fixed size beforehand.

Nonetheless, each hash is pretty fast so it's not too much of a concern, especially when it can be done asynchronously from any sort of image uploading.

## Other notes

We investigated some other stuff that didn't produce much worthy of its own

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 593 of 1583 PageID #:602

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

section here, so here's some quick notes instead:

- Increasing the bitstring length (or hash size) led to significantly worse results for most of the perceptual hashes, likely because it's simply capturing too much detail.

- For the wavelet hash I tried a bunch of different image scales and wavelet strategies, none of them really made any significant difference metrics-wise except for using Daubechies wavelets instead of Haar -- which performed significantly worse.

# Conclusions & Future Work

The main draw that we've gotten from this is that there really isn't just one hashing algorithm that handles everything we need. It is likely that we'll have to judiciously

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 594 of 1583 PageID #:603 8/11/21, 8:17 PM

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

combine multiple perceptual hashes to get a workable solution. However, each of these hashes is rather cheap to compute (and I would argue could be further optimized), which means that computing multiple hashes per image is probably a viable basis to build an image similarity engine on.

One might, for example, use a low precision hash as an initial check followed by a high precision hash to separate out cases that might need review from those that are definitely the same image.

Some thoughts for future work:

- There are a ton of <u>newer</u> <u>interesting</u> hashes that are worth consideration.

- There's quite a few more ways to transform images that we see in the wild (e.g. adding captions, superimposing over other images with transparency, compression artifacts) that should be evaluated.

- It's definitely a bit weird which

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

hashes behave similarly to each other. There's probably something meaningful going on there that's worth looking into.

- Evaluate / design a gating architecture as briefly described above

- We could investigate what characteristics of given image pairs cause the low precision hashes to be unreliable / give them a low distance, and use that to determine which algorithm's hash distances can be trusted for a given image pair.

- The end-to-end approach of training a Convolutional Net to embed images such that the positive / negative case distances separate nicely is probably the cool new hypebeast way forward. This would have the added advantage of being able to handle whatever

transformations you can think of at training time.

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

# OkCupid is hiring Click here to learn more





## iOS Scroll Performance Tutorial

At OkCupid, 30% of iPhone users have a device that we consider to be underpowered. This makes it extremely important that we code our app to perform optimally across all



**JORDAN GUGGENHEIM**
16 JUN 2017  ·  11 MIN READ

## The pitfalls of A/B testing in social networks

I'm frequently asked to help run A/B tests at OkCupid to measure what kind of impact a new feature or design change would have on our users. The usual



**BRENTON MCMENAMIN**
18 APR 2017  ·  7 MIN READ

OkCupid Engineering Blog © 2021

Latest Posts  ·  Facebook  ·  Twitter  ·  Ghost

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

# EXHIBIT I

# INVOICE



FILED DATE: 10/21/2022 10:28 AM    2022CH10435

**Invoice Date**
5/3/2022

**Invoice Number**
6165554

Bill To:

**Mr. Stephen Broome**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Ave.**
**22nd floor**
**New York, NY 10010**
**US**

| Reference #: | 1340020296 - Rep# 4 |
|---|---|
| Billing Specialist: | **Rovira, Lindsay** |
| Email: | **lrovira@jamsadr.com** |
| Telephone: | **949-224-4632** |
| Employer ID: | **68-0542699** |

RE: **Baker, Marcus vs. Match Group, Inc.**

Representing: **Match Group, LLC ; Match Group, LLC dba Tinder; sii Tinder, Inc. ; Humor Rainbow, Inc. dba OKCupid**

Neutral(s):     **JAMS 1-JAMS**

Hearing Type: **ARBITRATION**                    MB

| Date / Time | Description | Your Share |
|---|---|---|
| 5/3/22 | **JAMS INC** <br> Non-Refundable Filing Fee | $ 1,500.00 |

| | |
|---|---|
| **Total Billed:** | $ 1,500.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 0.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

Hearing Date: 2/21/2023 9:30 AM
Location: Court Room 2308
Judge: Cohen, Neil J

FILED
10/21/2022 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
19987415

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT J

**Friday, October 14, 2022 at 13:06:13 Eastern Daylight Time**

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| | |
|---|---|
| **Subject:** | [EXTERNAL]RE: Adorjan, Ailey vs. Match Group, Inc. - JAMS Ref No. 1340020165 |
| **Date:** | Friday, May 13, 2022 at 8:44:36 PM Eastern Daylight Time |
| **From:** | Andrew Brayton |
| **To:** | Sarah Nevins, Monica Biundo, Christopher Brancato, ecarter@jamsadr.com |
| **CC:** | Gardner, Jonathan, Nafash, Melissa, Tully, Shannon, Stephen Broome, Jeffrey Boozell, Justin Griffin, dsaeedi@taftlaw.com, rschaller@taftlaw.com, Nunez, Cynthia, John Silva, Ryan Comaduran |
| **Attachments:** | image001.jpg, 2022.05.13 - Letter to JAMS.pdf |

This sender is trusted. This message was sent from outside your organization.

Sarah,

Please see the attached letter requesting administrative closure of all arbitrations filed to date by Labaton against the respondents in these matters.

Please let us know if you have any questions.

Thank you,
Andy

**Andrew Brayton**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3895 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
andrewbrayton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Thursday, May 12, 2022 7:58 AM
**To:** mnafash@labaton.com; jgardner@labaton.com; STully@labaton.com; Stephen Broome <stephenbroome@quinnemanuel.com>; Jeffrey Boozell <jeffboozell@quinnemanuel.com>; dsaeedi@taftlaw.com; rschaller@taftlaw.com; Andrew Brayton <andrewbrayton@quinnemanuel.com>
**Cc:** cnunez@labaton.com; John Silva <johnsilva@quinnemanuel.com>; Ryan Comaduran <ryancomaduran@quinnemanuel.com>; John Silva <johnsilva@quinnemanuel.com>; omargalicia@quinnemanuel.com
**Subject:** Adorjan, Ailey vs. Match Group, Inc. - JAMS Ref No. 1340020165

**[EXTERNAL EMAIL from snevins@jamsadr.com]**

Good Morning Counsel.

I am writing to follow up regarding the filing fee on behalf of Respondent regarding the above referenced matter. Please advise as to payment status at your convenience.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*^TM
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3285**

WRITER'S EMAIL ADDRESS
**stephenbroome@quinnemanuel.com**

**VIA EMAIL**

May 13, 2022

JAMS
Sarah Nevins
Arbitration Practice Manager – East/Central
150 West Jefferson, Suite 850
Detroit, MI 48226
P: 313.209.8851
www.jamsadr.com

Re:     Match Group, LLC and Humor Rainbow, Inc. Consumer Arbitrations – Request for
        Administrative Closure of Claims

Dear Ms. Nevins:

We represent Match Group, Inc. and affiliated entities—including Match Group, LLC and Humor Rainbow, Inc. (collectively, "Respondents")—with respect to 75 JAMS arbitrations recently filed by Labaton Sucharow LLP ("Labaton") on behalf of consumers ("Claimants") alleging that Respondents violated their rights under the Illinois Biometric Information Privacy Act ("BIPA"). Respondents request administrative closure of *all* claims brought by these Claimants. As set forth below and in the breakdown of claims attached as **Exhibit A,** closure of all Claimants' claims is appropriate because (1) certain Claimants do not have agreements to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) certain Claimants have agreed to arbitrate claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"), not JAMS; and (3) Respondents elect to proceed in small claims court with respect to all remaining claims asserted under valid arbitration agreements that specify JAMS as the arbitral forum.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

**JAMS Should Administratively Close Claims Brought By Claimants That Do Not Have Agreements To Arbitrate With Respondents.**

A Claimant is only entitled to arbitrate claims against Respondents if the Claimant has an arbitration agreement with Respondents: "[A]rbitration is a matter of contract and a party cannot be required to submit to arbitration any dispute which he has not agreed so to submit." *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79, 83 (2002). The alleged agreements to arbitrate disputes between Claimants and Respondents exist within the applicable terms of use for dating sites Tinder and OkCupid. A user agrees to the then-operative *Tinder Terms of Use Agreement* or the *OkCupid Terms & Conditions* (together, referred to generally as the "Terms") when he creates an account, as well as other times while using the OkCupid or Tinder services. Thus, if a Claimant never created an account at either Tinder or OkCupid, he never agreed to the Terms, and he has no binding agreement to arbitrate with Match Group, LLC or Humor Rainbow, Inc., which operate those sites.

Respondents have searched their systems based on the information Claimants provided and have no record of any user accounts at Tinder or OkCupid for the putative Claimants identified as having "No Agreement to Arbitrate" with one or both of the Respondents in the attached **Exhibit A**. Moreover, Claimants' arbitration demands provide no evidence of such accounts.

Therefore, based on the information Claimants provided, those Claimants do not appear to have arbitration agreements with Match Group, LLC; Humor Rainbow, Inc.; or either of them. Accordingly, JAMS should close those claims, unless those Claimants can provide, by May 18, 2022, evidence that they did in fact have a Tinder or OkCupid account. Such information would include, at a minimum, the email address or phone number Claimant used to create the account.

**JAMS Should Administratively Close Claims Brought By Claimants That Have Agreed To Arbitrate With Respondents At NAM.**

Certain Claimants have agreed with Respondents to arbitrate their claims before NAM. These Claimants are identified in **Exhibit A** as being subject to "Arbitration with NAM." Because these Claimants agreed to arbitrate their claims in NAM, their claims are not properly filed in JAMS, and JAMS must close those claims.

True and correct copies of the *Tinder Terms of Use Agreement* that select NAM as the arbitral forum ("NAM Tinder Terms") and *OkCupid Terms & Conditions* that select NAM as the arbitral forum ("NAM OkCupid Terms") (collectively, "NAM Terms"), to which those Claimants have agreed, are attached hereto at **Exhibits B & C**, respectively. These agreements are different from the Tinder Terms of Use and OkCupid Terms & Conditions agreed to by other Claimants (discussed below).

Section 15 in both of the NAM Terms is titled "Dispute Resolution Section." The NAM Terms' Dispute Resolution Section provides that any arbitration between a user and Respondents should be administered by NAM in accordance with NAM's rules, as modified by the NAM Terms. *See* NAM Tinder Terms Section 15d ("Any arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the 'NAM Rules') in effect at the time any demand for arbitration is filed

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

with NAM, as modified by this Dispute Resolution Section 15."); NAM OkCupid Terms Section 15d ("Any arbitration between you and OkCupid shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the 'NAM Rules') in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15.").

The NAM Terms are retroactive, but allow users to opt out of their retroactive application:

> This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Tinder prior to the time of your consent to this Agreement and to any claims that accrue against you or Tinder after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Tinder prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: tinderoptout@match.com. . . . Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections.

NAM Tinder Terms § 15e.

> This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or OkCupid prior to the time of your consent to this Agreement and to any claims that accrue against you or OkCupid after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against OkCupid prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@OkCupid.com. . . . Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections.

NAM OkCupid Terms § 15e.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

The Claimants identified in **Exhibit A** as subject to "Arbitration with NAM" affirmatively accepted the NAM Terms on the Tinder or OkCupid app. And they never exercised the limited right to opt out of the NAM Terms' Dispute Resolution Section's retroactive application. Because each of these Claimants has accepted the NAM Terms at either Tinder or OkCupid, or both, did not opt out of their retroactive application, and never subsequently agreed to other terms of use selecting an arbitral forum other than NAM, their claims are governed by the NAM Terms.

"[A]rbitration agreements must be enforced according to their terms." *D.R. Horton, Inc. v. N.L.R.B.*, 737 F.3d 344, 358 (5th Cir. 2013). This includes, "terms that specify *with whom* the parties choose to arbitrate their disputes and *the rules* under which that arbitration will be conducted." *Epic Sys. Corp. v. Lewis*, 138 S. Ct. 1612, 1621 (2018)*; see also PoolRe Ins. Corp. v. Organizational Strategies, Inc.*, 783 F.3d 256, 263 (5th Cir. 2015); *Ranzy v. Tijerina*, 393 F. App'x 174, 176 (5th Cir. 2010) ("[T]he arbitration agreement plainly states that [claimant] 'shall' submit all claims to the NAF for arbitration and that the procedural rules of the NAF 'shall' govern the arbitration. Put differently, the parties explicitly agreed that the NAF shall be the exclusive forum for arbitrating disputes."); *Brook v. Peak Int'l, Ltd.*, 294 F.3d 668, 672–73 (5th Cir. 2002), *opinion modified on reh'g* (July 9, 2002) ("The FAA expressly provides that where a method for appointment is set out in the arbitration agreement, the agreed upon method of appointment 'shall be followed.'" (quoting 9 U.S.C. § 5)).

Because certain Claimants identified in **Exhibit A** and Respondents agreed that disputes "shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures," JAMS does not have authority to commence or administer those Claimants' claims against certain Respondents and it must administratively close them. *See JAMS Streamlined Arbitration Rules & Procedures* Rule 5. Accordingly, we respectfully request that JAMS close its file as to each of these Claimants' claims against Respondents as identified in **Exhibit A**.

**JAMS Should Administratively Close Claims Brought By Claimants Who Have A Valid Agreement To Arbitrate In JAMS Because Respondents Elect Their Rights Under Those Agreements To Proceed In Small Claims Court Instead.**

Each of the putative Claimants on **Exhibit A** seeks to arbitrate a dispute pursuant to the June 21, 2021 *Tinder Terms of Use Agreement* that selects JAMS as the arbitral forum (the "JAMS Tinder Terms") or the *OkCupid Terms & Conditions* that select JAMS as the arbitral forum (the "JAMS OkCupid Terms") (collectively, "JAMS Terms"). Copies of the JAMS Terms are attached to each Claimant's Demand for Arbitration.

The JAMS Tinder Terms contains an arbitration provision with an exception that either party may elect small-claims-court litigation:

> The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, ***the responding party*** may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

> requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed . . . .

JAMS Tinder Terms § 15(1) (emphasis added).

The JAMS OkCupid Terms have the same provision:

> The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, ***the responding party*** may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed . . . .

JAMS OkCupid Terms § 15a(1) (emphasis added).

These provisions comply with JAMS's *Minimum Standards for Arbitration Procedures* in consumer arbitrations. Standard No. 1 requires that the arbitration agreements "be reciprocally binding on all parties such that (a) if a consumer is required to arbitrate his or her claims or all claims of a certain type, the company is so bound; and (b) no party shall be precluded from seeking remedies in small claims court for disputes or claims within the scope of its jurisdiction." The arbitration provisions in the JAMS Tinder Terms and JAMS OkCupid Terms comply with these standards.

Further, the provisions are binding on JAMS, as they constitute a "Party-agreed procedure" that governs and controls over the rules and procedures laid out in the JAMS Rules. *See JAMS Streamlined Arbitration Rules & Procedures* ("JAMS Rules") 2(a) ("The Parties may agree on any procedures not specified herein or in lieu of these Rules that are consistent with applicable law and JAMS policies . . . . The Party-agreed procedures shall be enforceable as if contained in these Rules.").

The provisions unequivocally permit the responding parties—here, Respondents—to unilaterally elect to withdraw from arbitration and litigate Claimants' claims in small-claims court. This letter constitutes the prompt notice and written confirmation that Rule 2(a) requires. **Exhibit A** identifies those Claimants' claims for whom Respondents elect "Small Claims Court" pursuant to the JAMS Terms.

As JAMS recognized in another arbitration brought against related Respondents relying on the same arbitration provision language, "[t]he right to proceed in small claims court is a contractual 'exception' to a JAMS arbitration," and if Respondents elect to proceed in an appropriate small claims court, "then JAMS has no jurisdiction as a threshold matter." **Exhibit D**. Such appropriate forums include small claims court in the counties of the Claimants' residences or Dallas County, Texas. *See* JAMS Tinder Terms § 17; JAMS OkCupid Terms § 15c. Each Claimant has consented to venue and personal jurisdiction in these courts pursuant to Section 17 of the JAMS Tinder Terms or Section 15c of the JAMS OkCupid Terms.

Because this election occurs prior to the appointment of an arbitrator in any of these proceedings, JAMS must administratively close these matters. Though Claimants may dispute whether the appropriate small-claims court has jurisdiction over their claims, the small-claims court, not JAMS, has the exclusive authority to determine its jurisdiction. *See* **Exhibit D** ("[T]he small claims court must determine whether it has jurisdiction before JAMS may proceed . . . ."). Accordingly, Respondents respectfully request that JAMS close its file as to each of these Claimants. *See id.* ("In light of the language of the parties' arbitration provision and Respondent's election to proceed in small claims court, JAMS will administratively close these files.").

Similarly, if JAMS declines to administratively close the files of any of the Claimants listed in **Exhibit A** where Respondents requested closure based upon those Claimants either having no agreement to arbitrate with Respondents or the applicable agreement requiring administration by NAM, Respondents will elect to proceed in small claims court with respect to those claims as well, as allowed by both the JAMS Terms and the NAM Terms.[1] Respondents will also elect small claims as to any Claimants who provide proof of a valid agreement to arbitrate with Respondents under the JAMS Terms or NAM Terms in response to this letter, if those claims are not closed for the reasons set forth above.

Respondents thus request that the files of *all* Claimants listed in **Exhibit A** be administratively closed for the reasons set forth above. Because all claims will be administratively closed, Respondents owe no filing or arbitrator fees.

Please let me know should you wish to discuss this matter further. Our clients reserve all rights and waive none. Thank you for your kind attention to this matter.

Regards,

*/s/ Stephen Broome*

Stephen Broome

---

[1] The language of NAM Terms is nearly identical to the JAMS Terms with respect to the Respondents' right to elect to have the Small Claims Court decide Claimants' claims. *See* **Exhibit B** (NAM Tinder Terms), at § 15c ("[E]ither you or Tinder may elect to have an individual claim heard in small claims court."); **Exhibit C** (NAM OkCupid Terms), at § 15c ("[E]ither you or OkCupid may elect to have an individual claim heard in small claims court.").

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT A

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

## Respondents' Requests for Administrative Closure

Respondents request administrative closure as to all claims brought by the below Claimants against all Respondents because (1) Claimants do not have an agreement to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) Claimants have agreed to arbitrate any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"); or (3) Respondents elect to proceed in Small Claims Court for any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. A breakdown of the each Claimants' claims against Respondents is listed below:

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Ailey Adorjan | April 19, 2022 | Small Claims Court | Small Claims Court |
| Christopher Aleo | May 3, 2022 | Small Claims Court | Small Claims Court |
| Dylan Andersen | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Monica Andrade | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Angra | May 3, 2022 | Small Claims Court | Small Claims Court |
| Linmayu Appavu | May 3, 2022 | Small Claims Court | Small Claims Court |
| Charles Atwood | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jaylin Awdisho | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Marcus Baker | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mathew Balasa | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Grace Barry | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Zachary Belcher | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Anthony Bennett | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| David Berman | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Aileen Bishop | April 27, 2022 | Small Claims Court | Small Claims Court |
| Daniel Bixler | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Elizabeth Boettner | May 3, 2022 | Small Claims Court | Small Claims Court |
| Adam Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Uyshica Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Campbell | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Steven Canter | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Marlene Chavez | May 3, 2022 | Small Claims Court | Small Claims Court |
| Nick Clark | May 3, 2022 | Small Claims Court | Small Claims Court |
| Michael Clifton | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Tyrell Compton | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mary Crawford | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Brien Cron | May 3, 2022 | Small Claims Court | Small Claims Court |
| Miquela Cruz | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jennifer Douglas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Derick Elkin | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Joanna Eyles | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gerald Farinas | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Aline Freitas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Rachel Fuschi | April 27, 2022 | Small Claims Court | Small Claims Court |
| Anthony Gale | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jonathan Gaskell | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Robert Gilbert | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Deric Gochenauer | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jesse Gonzales | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Gray | May 3, 2022 | Small Claims Court | Small Claims Court |
| Andrew Green | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| James Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Hale | May 3, 2022 | Small Claims Court | Small Claims Court |
| Mary Halm | May 3, 2022 | Small Claims Court | Small Claims Court |
| Reid Hanneman | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Caitlin Hanson | May 3, 2022 | Small Claims Court | Small Claims Court |
| Brennan Irvin | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Zaylana Irwin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gary Iverson | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jared Johnson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Saveen Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Steven Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Justyna Kaczmarzyk | May 3, 2022 | Small Claims Court | Small Claims Court |
| Cassidy Kapson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Christie Kay | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Kimura | May 3, 2022 | Small Claims Court | Small Claims Court |
| Christian Klehm | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jason Koch | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jessica Leahy | May 3, 2022 | Small Claims Court | Small Claims Court |
| Hayden Lee | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Joseph Lewis | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Jose Mendez | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Jillian Nunez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Jonathan Oseda | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Molly Pachay | April 27, 2022 | Small Claims Court | Small Claims Court |
| Faire Ramsey | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Kathryn Sampson | April 27, 2022 | Small Claims Court | Arbitration with NAM |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Sabrina Szigeti | April 27, 2022 | Small Claims Court | Small Claims Court |
| Alexandra Tibble | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Lois Tuman | April 27, 2022 | Small Claims Court | Small Claims Court |
| Dan Valdez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Veronica Vonbehren | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Brett Waldrop | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Bradley Wolf | April 27, 2022 | Small Claims Court | Small Claims Court |

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT B



# Terms of Use

**Last revised on February 28, 2022**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder"). Together you and Tinder may be referred to as the "Parties" or separately as "Party."

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com. If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement, you should not access or use the Service.

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND TINDER. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

We may make changes to this Agreement and to the Service from time to time. We

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements,
- you have not committed, been convicted of, or pled no contest to a felony, a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Service, and that you are not required to register as a sex offender with any state, federal or local sex offender registry,
- you will use the latest version of the Service (via app or website),
- you do not have more than one account on the Service, and
- you have not previously been removed from the Service by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Service or systems is automatically revoked, and you must immediately delete your

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

account.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please immediately contact us.

## 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account such as Apple's App Store or iTunes Store, as applicable or the Google Play Store, you will need to manage in app purchases through such an account to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

## 5. Safety; Your Interactions with Other Members.

You agree to treat other users in a courteous and respectful manner, both on and off

our Services and to be respectful when communicating with any of our customer care representatives or other employees. Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's Safety Tips prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. This license and any authorization to access the Service are automatically revoked in the event that you do any of the following:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.

- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.

- upload viruses or other malicious code or otherwise compromise the security of the Service.

- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.

- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.

- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.

- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.

- use, access, or publish the Tinder application programming interface without our written consent.

- probe, scan or test the vulnerability of our Service or any system or network.

- encourage, promote, or agree to engage in any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and / or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify, reformat, incorporate into other works, advertise, distribute, and otherwise make available to the general public information you authorize us to access

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of the Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, store, and disclose your account information and Content if required to do so by law, by performing its agreement with you, or in a good faith belief that such access, storage or disclosure satisfies a legitimate interest, including to: (i) comply with legal process; (ii) enforce the Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.
- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam or solicit money or other items of value from another member, whether as a gift, loan, or other form of compensation, or otherwise defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame, or otherwise mistreat any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity.
- create another account if we have already terminated your account, unless you have

FILED DATE: 10/21/2022 10:28 AM　2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service. In addition, in certain instances, we may terminate your account for violating the applicable terms of any of the Match Group family of businesses, which includes in addition to Tinder, services such as Hinge, OkCupid, Plenty of Fish, Match, BlackPeopleMeet, LoveScout24, OurTime, and others (for more details, click here). In the event that you violate these rules or our Community Guidelines, your authorization to use the Service will be automatically revoked.

## 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

## 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged for the in app purchase at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription through an in app purchase, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. Your card payment information will be stored and subsequently used for the automatic card

payments in accordance with the Agreement.

**If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to log in to your third party account (or Settings on Tinder, if applicable) and follow the instructions to terminate or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not terminate or cancel your subscription; Tinder will retain all funds charged to your Payment Method until you terminate or cancel your subscription on Tinder or the third party account, as applicable. If you terminate or cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise, and you do not edit your Payment Method information, terminate or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase, earn, or be granted a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any third party in the event that Tinder exercises any such rights. Virtual Items may only be redeemed through the Service. ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH THE SERVICE ARE FINAL AND NON-REFUNDABLE. The provision of Virtual Items for use in the Service is a service that commences immediately upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND IN RESPECT OF VIRTUAL ITEMS FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below. Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

To request a refund:

If you made a purchase using your Apple ID, refunds are handled by Apple, not Tinder.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 623 of 1583 PageID #:632

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form here.

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 624 of 1583 PageID #:633

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

not authorized by the copyright owner, its agent, or the law; and

- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

## 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE, OR APPROPRIATE FOR YOUR PURPOSES.

TINDER ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND ASSUMES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

## 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

## 14. Limitation of Liability.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF ANY MEMBERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR WEBSITES OR IN CONNECTION WITH THE SERVICE; OR (III) ANY UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Dispute Resolution Section

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Service for any reason, please contact Tinder Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Tinder, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Tinder" shall include our affiliates, employees, licensors, and service providers.

Tinder values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Tinder has a Dispute with you, Tinder agrees to first send a Notice to you at your most recent email address on file with us, or, if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Tinder to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Tinder's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Tinder agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Tinder requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Tinder's Dispute with you, Tinder agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Tinder may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Tinder engage in this informal dispute resolution process. Unless prohibited

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

**15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER**

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND TINDER EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND TINDER EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST TINDER. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND TINDER AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and Tinder (that is not resolved informally by Tinder Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Service, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Tinder may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Tinder challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Tinder's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Tinder (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the Parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the Parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or Tinder shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Tinder at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Tinder sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Tinder of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Tinder is committed to ensuring that arbitration costs to consumers do not serve as a barrier

to the adjudication of disputes. If Tinder initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Agreement (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Tinder are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Tinder and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** — If, at any time, 25 or more similar demands for arbitration are asserted against Tinder or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

- i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

- ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Tinder in writing and submitted to NAM and all Parties.

- iii. *Bellwether Proceedings.* **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings**

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

claimants (including you) and counsel for Tinder shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Tinder shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Tinder and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

- iv. You and Tinder agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Tinder acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 634 of 1583 PageID #:643

**15e. FUTURE CHANGES AND RETROACTIVE APPLICATION**

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Tinder prior to the time of your consent to this Agreement and to any claims that accrue against you or Tinder after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Tinder prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: tinderoptout@match.com. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Tinder after your consent to this Agreement in accordance with this Dispute Resolution Section.

# 16. Governing Law.

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 above shall be governed by the Federal Arbitration Act.

# 17. Venue/Forum Selection.

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small***

FILED DATE: 10/21/2022 10:28 AM　2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 635 of 1583 PageID #:644

FILED DATE: 10/21/2022 10:28 AM　2022CH10435

*claims court).*

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going

---

**Language**

**English**                                                   Español(MX)

**Company**                                    **Community**

Jobs                                                          Tech Blog

Contact                                                      Press

Security                                                     Support

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 636 of 1583 PageID #:645

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy Center

Safety Tips

Community Guidelines

Intellectual Property

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT C

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 638 of 1583 PageID #:647

About    Blog    Careers    Support    Press            **LOG IN**         **JOIN NOW**

# Legal Information

Terms & Conditions        Privacy        Cookies        Profiling        Arbitration        Safety Tips
_____

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

*view a previous version*

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10014. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

# 1. INTRODUCTION

**By accessing or using OkCupid's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our _Privacy Policy_, _Cookie Policy_, _Community Guidelines_, and _Safety Tips_, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.**

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND OKCUPID. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate. Together you and OkCupid may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not

access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence; or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

## You agree to:

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

## You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network;
- Encourage, promote, or agree to engage in any activity that violates these Terms; or
- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by OkCupid, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*OkCupid owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual

property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*OkCupid does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

As set forth in our **Privacy Policy**, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our **Privacy Policy**. By using our Services, you agree that we may use your personal data in accordance with our **Privacy Policy**.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

To cancel a subscription: **If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website or App and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT

RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.*

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if OkCupid believes that you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our **Privacy Policy**.

### 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our **Safety Tips**.*

YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;
3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;
4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*OkCupid's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST OKCUPID, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

### 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against OkCupid, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "OkCupid" shall include our affiliates, employees, licensors, and service providers.

OkCupid values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If OkCupid has a Dispute with you, OkCupid agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables OkCupid to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. OkCupid's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and OkCupid agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if OkCupid requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss OkCupid's Dispute with you, OkCupid agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or OkCupid may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and OkCupid engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

### 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND OKCUPID EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND OKCUPID EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST OKCUPID. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND OKCUPID AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

### 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and OkCupid (that is not resolved informally by OkCupid Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM  2022CH10435

Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or OkCupid may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or OkCupid challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to OkCupid's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against OkCupid (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

**15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS**

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and OkCupid shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or OkCupid shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to OkCupid at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If OkCupid sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to OkCupid of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. OkCupid is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If OkCupid initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the

Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and OkCupid are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and OkCupid and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against OkCupid or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

   a. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

proceeding.

b.  NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or OkCupid in writing and submitted to NAM and all Parties.

c.  *Bellwether Proceedings.* Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for OkCupid shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for OkCupid shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by OkCupid and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

d.  You and OkCupid agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and OkCupid acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or OkCupid prior to the time of your consent to this Agreement and to any claims that accrue against you or OkCupid after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against OkCupid prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@OkCupid.com. Please do not direct any customer support inquiries OptOut@OkCupid.com, as they will not be addressed; such inquiries should be directed to Customer Service at support@okcupid.com. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or OkCupid after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).*

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

*To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).*

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind OkCupid in any manner.

## 21. SPECIAL STATE TERMS

FILED DATE: 10/21/2022 10:28 AM    2022CH10435

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin*

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out s.............lusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree t..............roup, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

## Download the OkCupid App

Discover people on the go.

**JOIN OKCUPID**

**LANGUAGE**

English  ›

©
OkCupid
2022

**COMPANY**

About

Careers

Press

Ad Choices

**CONDITIONS**

Privacy

Cookies – Manage preferences

Terms

Community Guidelines

**CONTACT**

Support

Security

Safety Tips

Impressum

**FOLLOW**

Blog

Tech Blog

Facebook

Instagram

Twitter

**SPECIAL**

Redeem Promotion

Download Apps

FILED DATE: 10/21/2022 10:28 AM   2022CH10435

# EXHIBIT D

FILED DATE: 10/21/2022 10:28 AM   2022CH10435



NOTICE TO ALL PARTIES                                            November 3, 2021

>       **RE:       Arbitrations Demanded Against Match.com – West**

Dear Parties:

The JAMS National Arbitration Committee has received and reviewed Respondent's election to litigate these claims in small claims court, and Claimant(s) response thereto.  Please note the following.

The parties' arbitration clause provides:

> "The exclusive means of resolving any dispute or claim…shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court.  If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed…" (Match.com Terms of Use Agreement, para. 15a.1.)

Here, the responding party (Match) has requested to proceed in small claims court.  The right to proceed in small claims court is a contractual "exception" to a JAMS arbitration.  If these disputes may proceed in small claims court, then JAMS has no jurisdiction as a threshold matter and JAMS Streamlined Arbitration Rule 8(b), which affords the arbitrator the authority to hear and decide jurisdictional and arbitrability disputes, does not apply. Therefore, the small claims court must determine whether it has jurisdiction before JAMS may proceed.

In light of the language of the parties' arbitration provision and Respondent's election to proceed in small claims court, JAMS will administratively close these files.  If a small claims court determines it lacks jurisdiction, Claimant(s) may refile with JAMS.

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee

FILED
10/21/2022 8:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20001979

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT K

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Labaton Sucharow

**Jonathan Gardner**
Partner

212 907 0839 direct
212 907 0700 main
212 883 7063 fax
jgardner@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

May 20, 2022

**<u>VIA ELECTRONIC MAIL</u>**
Judicial Arbitration and Mediation Services, Inc.
Attn: Sarah Nevins
Arbitration Practice Manager – East/Central
150 West Jefferson, Suite 850
Detroit, MI 48226
P: 313-209-8851
snevins@jamsadr.com

Re:     **Claimants' Response to Match Group's Baseless Requests for Administrative Closure of Claims**

Dear Ms. Nevins:

We represent the 75+ Claimants who have filed claims against Match Group, Inc., and affiliated entities (*hereinafter* "Match Group" or "Respondent") before the Judicial Arbitration and Mediation Services, Inc. ("JAMS"). For the reasons set forth below, Respondent's baseless request for administrative closure of all claims must be denied, and Claimants allowed to proceed with their claims before JAMS.

**Respondents' Allege Claimants Do Not Have Accounts**

Match Group's first reason to administratively close the cases fails as against 73 of the 75 claimants. Indeed, Match Group admits that all but .0266% (or 2) of the Claimants have claims against at least two of the three defendants.[1] With respect to those identified as not having an account, it is unclear to Claimants why Match Group waited until now to object to the claimants. However, we intend to investigate those claims and proceed only with cases wherein the claimants had an account(s).

---

[1] *See* Exhibit A to Match Group's letter alleging only two (2) Claimants (Jillian Nunez and Dan Valdez) have no account with either Tinder or OKCupid. Match Group also identifies seven (7) Claimants who have accounts with only one site but not the other.

# Labaton
# Sucharow

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

May 20, 2022
Page 2

Match Group has been on notice of these claimants and their claims for almost a year and never once conveyed post-notice or in mediation that any of the 75 claimants do not have accounts.[2] Additionally, the first 75+ claimants were previously disclosed to Match Group **again** on February 18, 2022 as part of the first 200 cases Claimants' counsel intended to file - but Match Group did not object to the Claimants for whom it now submits an objection.[3]  However, now that this information has finally been provided, Claimants' counsel can investigate.

Accordingly, Claimants agree to suspend the cases for Jillian Nunez and Dan Valdez, and the claims against Tinder for Jennifer Douglas and Aline Freitas, and claims against OKCupid for Mary Crawford, Jonathan Gaskell, Joseph Lewis, Jonathan Oseda, and Alexandra Tibble.

**Match Group's Post-Notice Attempt to Change Its Contract Terms and Apply the Changes Retroactively Fails Under Texas Law[4]**

Match Group's second reason for requesting administrative closure fails because the new terms and conditions for Tinder and OKCupid, effective February 28, 2022, are not the terms applicable to Claimants.  Despite applicable case law to the contrary, Match Group argues that claimants agreed to have their claims arbitrated before National Arbitration and Mediation ("NAM") when they ***recently*** accepted Tinder and OKCupid's ***new*** terms on their apps and did not exercise their limited right to opt-out.  Respondent letter at 2.  This argument fails because any amendment to the arbitration provision must expressly exempt claims that the company has actual notice or knowledge or else the terms are deemed illusory.

On September 2, 2021 and October 22, 2021, Claimants noticed Match Group, et al. of their claims.  At that time, both Tinder and OKCupid's Terms and Conditions included an arbitration provision requiring disputes to be individually arbitrated before JAMS.  Approximately five (5) months after receiving notice of Claimants' claims (and attending mediation to potentially resolve those claims), on February 28, 2022, Tinder and OKCupid unilaterally and dramatically changed their terms to, among other things, demand individual arbitration before NAM.  As supported by Texas law set forth below, Respondent's amendments are illusory and unenforceable since neither Tinder nor OKCupid's **new** terms expressly exempt claims of which they had actual notice.

---

[2] Claimants were included on notice letters that were sent to Match Group on September 2, 2021 and October 22, 2021.

[3] See Exhibit B, 2.18.22 Correspondence from Melissa Nafash to Stephen Broome attaching a spreadsheet of the first 200 Claimants' cases that Claimants' Counsel intended to file.  See also Exhibit C, 2.25.22 Correspondence from Stephen Broome to Melissa Nafash identifying Claimants allegedly without accounts.

[4] According to Tinder and OKCupid's Terms and Conditions, Texas law governs procedural matters. *See* Exhibits E and F.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# Labaton Sucharow

May 20, 2022
Page 3

In *In re Halliburton Co.*, 80 S.W.3d 566 (Tex. 2002), an employer sent notice to its at-will employees that it was adopting a dispute resolution program, mandating the arbitration of all disputes between the company and its employees. The notice stated that, by continuing to work after January 1, 1998, employees would be accepting the new program. James Myers, an at-will employee who had received the notice, continued to work past the specified date and was later demoted. He filed suit in Texas state court, alleging his demotion was based on his age and race in violation of the state's antidiscrimination laws. The employer, Halliburton, moved to compel arbitration. Plaintiff opposed arbitration on the ground that the arbitration program was illusory because, among other things, the company retained the right to modify or discontinue the arbitration program. The trial court granted the motion, and the court of appeals declined to hear the matter. On petition for a writ of mandamus, the Texas Supreme Court rejected Myer's argument, explaining:

> Myers also asserts that Halliburton's promises were illusory because the company retained the right to modify or discontinue the Program. **But the Program also provided that 'no amendment shall apply to a Dispute of which the Sponsor [Halliburton] had actual notice on the date of amendment.' As to termination, the plan stated that 'termination shall not be effective until 10 days after reasonable notice of termination is given to Employees or as to Disputes which arose prior to the date of termination.'** Therefore, Halliburton cannot avoid its promise to arbitrate by amending the provision or terminating it altogether. Accordingly, the provision is not illusory.[5]

(emphasis added)

Under *Halliburton*, a modification provision does not render an arbitration contract illusory so long as it contains a clause providing that "no amendment shall apply to a Dispute of which the [company] had actual notice on the date of amendment." *Id*.[6]

Likewise, in *Peleg v. Neiman Marcus Group, Inc.*, 204 Cal.App.4th 1425, 1466–67 (2012), the court found amendments to the arbitration agreement illusory because the arbitration agreement did not contain a modification provision; the agreement must **expressly contain a savings clause expressly exempting all claims, accrued or known, from contract changes and state that a change in the**

---

[5] Halliburton, supra, 80 S.W.3d at pp. 569–570.

[6] Id. ("Halliburton's right to modify or terminate the policy did not allow the employer to avoid its promise to arbitrate because it was limited by express contract provisions…. First, the policy stated that any changes only applied prospectively to unknown claims…. And second, if Halliburton terminated the policy, such termination required notice and applied to both Halliburton's and the employees' rights…. Therefore, Halliburton could not avoid its promise to arbitrate by amending or terminating the dispute resolution program…. Because the express terms of the policy provided that both the employee and Halliburton were bound to their promises to arbitrate, we held the agreement was not illusory.").

# Labaton Sucharow

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

May 20, 2022
Page 4

**agreement will not apply to a claim that has arisen or is known to the employer.**  In *Peleg*, an employer and its at-will employees purportedly entered into a contract requiring the arbitration of claims by both sides.[7]  However, the contract contained a modification provision stating that the employer "may amend, modify, or revoke the arbitration contract on 30 days' written notice;" "at the end of the 30-day period, a contract change applies to any claim that has not been filed with the AAA." The contract also included a choice-of-law clause stating that the contract shall be governed by Texas law and the FAA.  Plaintiff contended that, under the choice-of-law clause, the employer's unilateral right to make contract changes rendered the contract illusory.  The court held that the choice-of-law clause was valid, and that the arbitration contract was illusory under Texas law.  The court also rejected defendant's notice provision.[8]

Similarly, in *Carey v. 24 Hour Fitness, USA, Inc*, 669 F.3d 202 (5th Cir. 2012), the Fifth Circuit held that an unrestricted unilateral modification provision that granted the employer the right to revise, delete, or add to an arbitration agreement rendered the agreement illusory[9] and rejected "the proposition that notice is all that is required to keep an arbitration agreement from being illusory."[10] In *Carey*, a contract change went into effect upon notice; there was no notice period.  As the circuit court stated, "the critical issue" is whether the arbitration agreement "'avoid[s] application of ... amendments to disputes arising before notice.'"[11]  The court answered that question in the negative and held that the agreement was illusory.  In doing so, it relied on well-settled principles of Texas law:

> While it is inferable that an amendment ... to the arbitration provision would not become effective until published, there is nothing to suggest that once published the

---

[7] *Id.*

[8] *Id.* at 1454 ("By agreeing to provide advance notice of a contract change—here, 30 days—Neiman Marcus did not save the Agreement from being illusory. As a practical matter, few aggrieved employees could file a claim with the AAA on one month's notice because it is an unrealistically short deadline A notice provision merely indicates when a contract change will take effect. Every change in an arbitration contract is implemented through notice of some type and goes into effect at some time, be it immediately or in the future. No doubt, the 30-day notice provision in the Agreement constitutes a procedural restriction on Neiman Marcus's unilateral right to amend, modify, or terminate the arbitration process. Yet that restriction merely delays, for an insignificant period, the company's right to decide ... the nature or extent of [its] performance. Notwithstanding the 30 days, Neiman Marcus retains the option to discontinue performance and can avoid its promise to arbitrate by amending the [arbitration] provision or terminating it altogether.").

[9] *Carey v. 24 Hour Fitness, USA, Inc.* 669 F.3d 202 (5th Cir. 2012)

[10] *Id.* at 208 ["notice [is] not sufficient to render an arbitration provision non-illusory"].)

[11] *Id.* at 209, fn. 4.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**Labaton Sucharow**

May 20, 2022
Page 5

amendment would be inapplicable to disputes arising, or arising out of events occurring, before [notice].[12]

Though the Fifth Circuit described retroactivity in terms of an employer's ability to make "changes to the policy that would strip the right of arbitration from an employee who has already attempted to invoke it[,]"[13] the Court drew on *Morrison* and that case's reasoning regarding disputes of which both parties had notice.[14]  The Fifth Circuit further explained, "the fundamental concern driving this line of case law is the unfairness of a situation where two parties enter into an agreement that ostensibly binds them both, but where one party can escape its obligations under the agreement by modifying it."[15]  *See also Odyssey Healthcare, Inc.*, 310 S.W.3d 419, 424 (Tex. 2010) (arbitration agreement was not illusory because the modification clause required 14 days' notice of an amendment and the arbitration agreement stated that no amendment would terminate and/or alter claims accrued prior to the date of said amendment) and *In re Golden Peanut Co.*, LLC, 269 S.W.3d 302 (Tex.Ct.App. 2008), writ conditionally granted on another point 298 S.W.3d 629 (Tex.2009) (upholding an arbitration agreement because it contained a savings clause in addition to a notice provision).

Accordingly, JAMS should summarily reject Respondent's argument that terms enacted after Claimants notified Match Group of their  claims apply.

**Match Group's Attempt to Elect Small Claims Court, Despite Lack of Jurisdiction, Cannot Prevail**

Match Group's third reason for requesting administrative closure fails because small claims court does not have jurisdiction over the claims in this case.  As Match Group knows and as set forth

---

[12] *Id.* at 208, quoting Morrison, supra, 517 F.3d at p. 254; *Carey*, 669 F.3d at 206 [modification provision in employer's workers' compensation plan did not render plan illusory because provision stated that no amendment or termination would apply to "an Injury occurring prior to the date of such amendment or termination.").

[13] *See Id.* at 205

[14] *See Id.* ("Because Amway was able to amend its policy and thus renege on its promise to arbitrate even in the context of disputes already underway, we held that its agreement to arbitrate was illusory." (citing *Morrison*, 517 F.3d at 257)).

[15] Id. at 206-209 (Requiring notice alone does not fully address this concern: if an employer provided for 10–day notice of any change to its arbitration provision, this could still arguably allow it to avoid its promise to arbitrate as to claims that were already in progress, unless there were some provision preventing changes from applying to in-progress disputes. This concern is heightened under the facts presented here, because 24 Hour Fitness does not provide a definite notice window. Indeed, it appears that amendments could become binding almost instantaneously upon "official written notice.").

**Labaton Sucharow**

May 20, 2022
Page 6

in the operative terms and conditions, small claims court can only be elected if the claims are within the jurisdiction of small claims court. Since the amount in controversy and the type of relief requested do not fall within the jurisdiction of small claims court, so, too, must this argument fail.

Small claims court, which is called a justice court in Texas, is an available venue if the amount in controversy is $20,000 **or less** and the claims do not request or require equitable relief. *See* V. T. C. A., Government Code § 27.031, TX GOVT § 27.031. A justice of the peace has no jurisdiction to issue writs of injunction. *Poe v. Ferguson* (Civ.App.1914) 168 S.W. 459; *Texas Soap Mfg. Corporation v. McQueary* (Civ.App.1943) 172 S.W.2d 177; Bowles v. Angelo (Civ.App.1945) 188 S.W.2d 691 ("Since the cause of action exhibited by the petition of the Administrator is one involving the issuance of an injunction, the justice court is not an 'appropriate' court to which to apply, as it is powerless to issue injunctions. Elimination of the justice court leaves the county court and district court as the remaining courts of the first instance, to be examined as to whether the petition stated a cause of action within their jurisdiction.") The justice of the peace courts do not have the power to issue writs of injunctions and mandamus, which power is conferred exclusively on the district courts. *Trustees of Crosby Independent School Dist. v. West Disinfecting Co.* (Civ.App. 1938) 121 S.W.2d 661, error dismissed 135 Tex. 492, 143 S.W.2d 749.

OKCupid's arbitration provision provides "the responding party may request that the dispute proceed in small claims court **if the party's claim is within the jurisdiction of the small claims court**." (emphasis added).

> The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.[16]

---

[16] *See* OKCupid's June 2021 Terms attached hereto as Exhibit E.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Labaton**
**Sucharow**

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

May 20, 2022
Page 7

Similarly, Tinder's arbitration provision provides that each Claimant gives up the right to go to Court unless "the matters [] may be ***properly*** taken to a small claims court and are ***within such court's jurisdiction***." (emphasis added).

> By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction).[17]

Here, the amount in controversy is ***at least*** $20,000, consistent with Illinois' Biometric Information Privacy Act, and the demand includes requests for declaratory and injunctive relief.[18] Because the small claims court cannot hear these matters or provide the relief requested it is inappropriate for Match Group to elect to have the cases heard in small claims court.

Finally, the right to equitable relief, as requested here, is substantive. The Supreme Court has made clear that an arbitration agreement may not waive a party's substantive rights under the law, stating that a party may not "forgo the substantive rights afforded by the statute; it only submits to their resolution in an arbitral, rather than a judicial, forum." [19] Having Claimants' claims heard in small claims court would force them to forgo their substantive rights to relief and, therefore, such a provision is unenforceable.

For all the above reasons, JAMS should reject Respondent's requests for administrative closure and allow Claimants to proceed with their cases.

We appreciate your immediate attention and cooperation in these important matters.

Sincerely yours,

Jonathan Gardner

---

[17] *See* Tinder's June 2021 Terms attached hereto as Exhibit F.

[18] *See* example Claimant Adjoran's demand form and complaint in arbitration attached hereto as Exhibit D.

[19] *Gilmer v. Interstate/Johnson Lane Corporation,* 500 U.S. 20, 26 (1991) (quoting *Mitsubishi Motors Corp. v. Soler Chrysler–Plymouth, Inc.,* 473 U.S. 614, 628 (1985)).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT A

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## Respondents' Requests for Administrative Closure

Respondents request administrative closure as to all claims brought by the below Claimants against all Respondents because (1) Claimants do not have an agreement to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) Claimants have agreed to arbitrate any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"); or (3) Respondents elect to proceed in Small Claims Court for any claims against Respondents Match Group, LLC or Humor Rainbow, Inc.  A breakdown of the each Claimants' claims against Respondents is listed below:

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Ailey Adorjan | April 19, 2022 | Small Claims Court | Small Claims Court |
| Christopher Aleo | May 3, 2022 | Small Claims Court | Small Claims Court |
| Dylan Andersen | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Monica Andrade | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Angra | May 3, 2022 | Small Claims Court | Small Claims Court |
| Linmayu Appavu | May 3, 2022 | Small Claims Court | Small Claims Court |
| Charles Atwood | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jaylin Awdisho | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Marcus Baker | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mathew Balasa | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Grace Barry | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Zachary Belcher | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Anthony Bennett | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| David Berman | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Aileen Bishop | April 27, 2022 | Small Claims Court | Small Claims Court |
| Daniel Bixler | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Elizabeth Boettner | May 3, 2022 | Small Claims Court | Small Claims Court |
| Adam Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Uyshica Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Campbell | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Steven Canter | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Marlene Chavez | May 3, 2022 | Small Claims Court | Small Claims Court |
| Nick Clark | May 3, 2022 | Small Claims Court | Small Claims Court |
| Michael Clifton | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Tyrell Compton | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mary Crawford | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Brien Cron | May 3, 2022 | Small Claims Court | Small Claims Court |
| Miquela Cruz | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jennifer Douglas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Derick Elkin | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Joanna Eyles | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gerald Farinas | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Aline Freitas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Rachel Fuschi | April 27, 2022 | Small Claims Court | Small Claims Court |
| Anthony Gale | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jonathan Gaskell | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Robert Gilbert | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Deric Gochenauer | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jesse Gonzales | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Gray | May 3, 2022 | Small Claims Court | Small Claims Court |
| Andrew Green | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| James Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Hale | May 3, 2022 | Small Claims Court | Small Claims Court |
| Mary Halm | May 3, 2022 | Small Claims Court | Small Claims Court |
| Reid Hanneman | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Caitlin Hanson | May 3, 2022 | Small Claims Court | Small Claims Court |
| Brennan Irvin | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Zaylana Irwin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gary Iverson | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jared Johnson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Saveen Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Steven Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Justyna Kaczmarzyk | May 3, 2022 | Small Claims Court | Small Claims Court |
| Cassidy Kapson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Christie Kay | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Kimura | May 3, 2022 | Small Claims Court | Small Claims Court |
| Christian Klehm | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jason Koch | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jessica Leahy | May 3, 2022 | Small Claims Court | Small Claims Court |
| Hayden Lee | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Joseph Lewis | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Jose Mendez | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Jillian Nunez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Jonathan Oseda | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Molly Pachay | April 27, 2022 | Small Claims Court | Small Claims Court |
| Faire Ramsey | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Kathryn Sampson | April 27, 2022 | Small Claims Court | Arbitration with NAM |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Sabrina Szigeti | April 27, 2022 | Small Claims Court | Small Claims Court |
| Alexandra Tibble | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Lois Tuman | April 27, 2022 | Small Claims Court | Small Claims Court |
| Dan Valdez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Veronica Vonbehren | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Brett Waldrop | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Bradley Wolf | April 27, 2022 | Small Claims Court | Small Claims Court |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT B

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Nafash, Melissa

| | |
|---|---|
| **From:** | Nafash, Melissa |
| **Sent:** | Friday, February 18, 2022 6:09 PM |
| **To:** | Stephen Broome |
| **Cc:** | Gardner, Jonathan; Tully, Shannon; 'Andrew Brayton'; 'Jeffrey Boozell'; Justin Griffin; Saeedi, Daniel R.; Schaller, Rachel L. |
| **Subject:** | Match Group Filing |
| **Attachments:** | Attachments.zip |

Stephen,

Enclosed please find a spreadsheet listing the claimants on behalf of whom we will soon file. Tab one (1) lists the claimants we plan to file next Wednesday (2/23). Tab two (2) lists the claimants we plan to file as soon as the first 100 are processed. We imagine there will be approximately one week or so between the two filings. Let us know if any of the listed claimants are among those Match Group alleges never had an account with any of the eight (8) dating sites set forth in our notice. As discussed, we are happy to address this, but we will not delay our filing because of it.

Sincerely,
Melissa

**Labaton**
**Sucharow**

**Melissa H. Nafash | Of Counsel**
140 Broadway, New York, New York 10005
T: (212) 907-0861 | F: (212) 883-7061
E: mnafash@labaton.com | W: www.labaton.com

  

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| No. | First Name | Last Name | Email |
|-----|------------|-----------|-------|
| 1 | Jade | Adeszko | jadea9227@gmail.com |
| 2 | Ailey | Adorjan | aileyjace@gmail.com |
| 3 | Christopher | Aleo | chraleo@yahoo.com |
| 4 | Dylan | Andersen | dylan.a.andersen@gmail.com |
| 5 | Kathryn | Anderson | canders414@gmail.com |
| 6 | Monica | Andrade | monica.andrade1188@gmail.com |
| 7 | Eric | Angra | eangra@gmail.com |
| 8 | Linmayu | Appavu | linmayu@gmail.com |
| 9 | Charles | Atwood | charlesmatwood@gmail.com |
| 10 | Jaylin | Awdisho | jaylinawdisho11@augustana.edu |
| 11 | Marcus | Baker | bakerma98@gmail.com |
| 12 | Mathew | Balasa | mat.balasa230@yahoo.com |
| 13 | Grace | Barry | gracelbarry156@gmail.com |
| 14 | Marlene | Basaldua | marlenebasaldua96@gmail.com |
| 15 | Zachary | Belcher | okzacb@gmail.com |
| 16 | James | Bellefeuille | jamesbellefeuille@gmail.com |
| 17 | Anthony | Bennett | gamemasterajb@gmail.com |
| 18 | David | Berman | berman.dave.3@gmail.com |
| 19 | Parth | Bhansali | parthrbhansali@gmail.com |
| 20 | Molly | Bires | mhbires@gmail.com |
| 21 | Aileen | Bishop | aileen.bishop@gmail.com |
| 22 | Daniel | Bixler | danieljamesbixler@gmail.com |
| 23 | Jim | Bochnowski | jjbochnow@gmail.com |
| 24 | Elizabeth | Boettner | elizabethjboettner@gmail.com |
| 25 | Blake | Bramlett | blakebramlett@gmail.com |
| 26 | Uyshica | Brown | uyshica@gmail.com |
| 27 | Veronica | Brown | vsbrown17@gmail.com |
| 28 | Adam | Brown | adam.brown3737@gmail.com |
| 29 | Eric | Campbell | ericcampbell200@gmail.com |
| 30 | Daniel | Campbell | daverycampbell@gmail.com |
| 31 | Steven | Canter | dragonology95@gmail.com |
| 32 | Guinevere | Chapin | guineverechapin@gmail.com |
| 33 | Marlene | Chavez | marlene.chavez22@gmail.com |
| 34 | Nick | Clark | minnowdesign@yahoo.com |
| 35 | Michael | Clifton | funforus@charter.net |
| 36 | Tyrell | Compton | fanaticuss@gmail.com |
| 37 | Nicole | Correa | n.correa83@gmail.com |
| 38 | Brien | Cron | briencron@gmail.com |
| 39 | Miquela | Cruz | miquela.a.cruz@gmail.com |
| 40 | Lisa | Daloise | lisadalo@gmail.com |
| 41 | Danielle | Daly | danidaly03@gmail.com |
| 42 | Antonia | De Los Santos | tinaa14d@gmail.com |
| 43 | Monica | Detres | momoni83@gmail.com |
| 44 | Heather | Diaz | heloz1989@gmail.com |
| 45 | Colleen | Dinino | colleendinino1@gmail.com |
| 46 | Debbi | Drow | rubyprincess1967@aol.com |

| 47 | Derick | Elkin | derickelkin@gmail.com |
|----|--------|-------|----------------------|
| 48 | Joanna | Eyles | jeyles@gmail.com |
| 49 | Gerald | Farinas | gfarinas@gmail.com |
| 50 | Emma | Farquharson | efarquharson@hawk.iit.edu |
| 51 | Aline | Freitas | alineadefreitas@gmail.com |
| 52 | Rachel | Fuschi | rmfuschi@gmail.com |
| 53 | Anthony | Gale | agale212@gmail.com |
| 54 | Amaris | Garcia | marimilangarcia99@gmail.com |
| 55 | Robert | Gilbert | theeirikensian@gmail.com |
| 56 | Angelika | Glogowski | angelika.sophi@gmail.com |
| 57 | Deric | Gochenauer | dericgochen@gmail.com |
| 58 | Jesse | Gonzales | jessev.gonzalesii@gmail.com |
| 59 | Claire | Graham | claire.anne.graham@gmail.com |
| 60 | Rachel | Gray | regray16@gmail.com |
| 61 | Andrew | Green | acgreen56@gmail.com |
| 62 | James | Griffin | jamgriffin7@gmail.com |
| 63 | Stephanie | Griffin | stoofer15@yahoo.com |
| 64 | Gabriella | Gutierrez | gabriellag30@icloud.com |
| 65 | Stephanie | Hale | shaleonikare@gmail.com |
| 66 | Mary | Halm | maryhalmbass@gmail.com |
| 67 | Reid | Hanneman | rmhanneman@hotmail.com |
| 68 | Caitlin | Hanson | caitlinphanson@gmail.com |
| 69 | Stacey | Harrison | sharrison015@gmail.com |
| 70 | August | Hastings | augustchastings@gmail.com |
| 71 | James | Hateley | ok@trevormail.com |
| 72 | Jason | Hedlund | jhedlund@hawk.iit.edu |
| 73 | Jacob | Hopes | jacobjhopes@gmail.com |
| 74 | James | Hwang | xsemajxp@gmail.com |
| 75 | Zaylana | Irwin | zaylabear@gmail.com |
| 76 | Gary | Iverson | garyriverson@gmail.com |
| 77 | Alexis | Izquierdo | asancalsa@gmail.com |
| 78 | Logan | Jones | lbjones864@gmail.com |
| 79 | Saveen | Jones | chefslimsan2@gmail.com |
| 80 | Steven | Jones | atomheart@tuta.io |
| 81 | Justyna | Kaczmarzyk | jkczmrzyk@gmail.com |
| 82 | Leslie | Kane | justredleslie@gmail.com |
| 83 | Cassidy | Kapson | itsworkinginyourblood@gmail.com |
| 84 | Christie | Kay | ckaybella2@gmail.com |
| 85 | Brendan | Kelly | brendan.m.kelly94@gmail.com |
| 86 | Gregory | Kimura | gskimura@gmail.com |
| 87 | Rachel | Kimura | rachelnami@gmail.com |
| 88 | Georgette | Kirkendall | gkirkendall88@aol.com |
| 89 | Christian | Klehm | christianklehm@yahoo.com |
| 90 | Veronica | Knudtkins | veronica.knudtkins@va.gov |
| 91 | Jason | Koch | kochjason19@yahoo.com |
| 92 | Christine | Kwak | kwakschristine@gmail.com |
| 93 | Devin | Langham | devinlangham@gmail.com |

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

| 94 | Jessica | Leahy | jessleahy3@gmail.com |
| 95 | Hayden | Lee | haydenpeterlee@gmail.com |
| 96 | Alexander | Leimbeck | arleimbeck@gmail.com |
| 97 | Alexa | Lichty | alexalichty@gmail.com |
| 98 | Michael | Lubert | mlubert@gmail.com |
| 99 | Aaron | Madrid | aaronmadrid42@gmail.com |
| 100 | Erin | Malcolm | erinmmalcolm@gmail.com |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| Telephone Number |
| --- |
| (708) 691-5100 |
| (847) 946-3196 |
| (773) 420-8386 |
| (331) 575-5178 |
| (309) 665-2251 |
| (847) 594-2238 |
| (213) 595-3598 |
| (630) 656-4759 |
| (217) 260-8860 |
| (847) 704-0661 |
| (708) 275-4296 |
| (708) 606-6720 |
| (773) 595-6378 |
| (773) 827-6535 |
| (224) 627-0948 |
| (312) 478-6780 |
| (815) 953-2398 |
| (630) 290-4655 |
| (630) 550-3072 |
| (708) 466-3639 |
| (773) 426-4545 |
| (630) 809-1442 |
| (301) 648-8415 |
| (815) 821-9121 |
| (217) 821-3589 |
| (773) 704-6951 |
| (217) 691-9671 |
| (815) 757-5331 |
| (847) 804-4444 |
| (312) 678-4187 |
| (309) 361-2717 |
| (316) 708-4049 |
| (708) 589-5195 |
| (269) 470-5040 |
| (618) 304-2200 |
| (440) 622-2098 |
| (440) 552-8640 |
| (312) 383-7519 |
| (773) 203-3124 |
| (716) 909-9896 |
| (708) 528-2276 |
| (312) 888-6537 |
| (773) 807-0360 |
| (815) 715-7538 |
| (224) 254-4121 |
| (708) 850-3564 |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| |
|---|
| (773) 316-6810 |
| (703) 587-7726 |
| (312) 350-1200 |
| (734) 776-8625 |
| (312) 825-4992 |
| (618) 303-9414 |
| (630) 310-4566 |
| (773) 495-6062 |
| (815) 325-0725 |
| (630) 776-7662 |
| (717) 360-6977 |
| (210) 385-2394 |
| (773) 668-5664 |
| (847) 421-1983 |
| (309) 531-9685 |
| (815) 307-0787 |
| (312) 316-0138 |
| (630) 755-1345 |
| (815) 303-4118 |
| (630) 234-4279 |
| (779) 348-6035 |
| (815) 494-4444 |
| (309) 360-5351 |
| (702) 374-2141 |
| (415) 787-3867 |
| (630) 945-8537 |
| (402) 709-4042 |
| (224) 392-6506 |
| (224) 241-6743 |
| (815) 557-6067 |
| (779) 513-2047 |
| (316) 303-4619 |
| (779) 200-2540 |
| (309) 621-1633 |
| (312) 909-4517 |
| (773) 818-5005 |
| (630) 699-7752 |
| (630) 292-4161 |
| (872) 239-5193 |
| (312) 662-8616 |
| (773) 550-5324 |
| (773) 606-8186 |
| (224) 221-9294 |
| (847) 502-2693 |
| (217) 316-9298 |
| (224) 402-9088 |
| (989) 284-3833 |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| |
|---|
| (847) 778-2397 |
| (661) 877-8742 |
| (847) 528-9530 |
| (630) 862-4115 |
| (330) 307-5518 |
| (224) 558-7050 |
| (920) 850-5350 |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT C

**Nafash, Melissa**

| | |
|---|---|
| **From:** | Stephen Broome <stephenbroome@quinnemanuel.com> |
| **Sent:** | Friday, February 25, 2022 1:00 PM |
| **To:** | Gardner, Jonathan; Nafash, Melissa; Tully, Shannon |
| **Cc:** | Jeffrey Boozell; Andrew Brayton; Saeedi, Daniel R.; Schaller, Rachel L. |
| **Subject:** | [EXTERNAL]Labaton / Match |
| **Attachments:** | 2022.02.25 - Letter to Labaton Sucharow LLP.pdf; Labaton First Claimants Not Found.xlsx |

This sender is trusted. This message was sent from outside your organization.

Counsel:

Please see the attached documents.

The XLS reflects the putative claimants in the first batch of 100 that Labaton has identified for whom Respondents have no records of accounts.

We will be sending the information regarding bad actor detection shortly, under separate cover, and subject to the parties' February 22, 2022 NDA.

Please feel free to reach out if you have questions.

Regards,

Stephen Broome | Partner | Quinn Emanuel Urquhart & Sullivan, LLP | Office: 213-443-3285 | Cell: 646-431-9439

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| First Name | Last Name | Email | Telephone Number |
|---|---|---|---|
| Jade | Adeszko | jadea9227@gmail.com | (708) 691-5100 |
| Kathryn | Anderson | canders414@gmail.com | (309) 665-2251 |
| Marlene | Basaldua | marlenebasaldua96@gmail.com | (773) 827-6535 |
| James | Bellefeuille | jamesbellefeuille@gmail.com | (312) 478-6780 |
| Parth | Bhansali | parthrbhansali@gmail.com | (630) 550-3072 |
| Molly | Bires | mhbires@gmail.com | (708) 466-3639 |
| Daniel | Campbell | daverycampbell@gmail.com | (312) 678-4187 |
| Nicole | Correa | n.correa83@gmail.com | (440) 552-8640 |
| Lisa | Daloise | lisadalo@gmail.com | (716) 909-9896 |
| Antonia | De Los Santos | tinaa14d@gmail.com | (312) 888-6537 |
| Debbi | Drow | rubyprincess1967@aol.com | (708) 850-3564 |
| Aline | Freitas | alineadefreitas@gmail.com | (312) 825-4992 |
| Alexis | Izquierdo | asancalsa@gmail.com | (779) 513-2047 |
| Leslie | Kane | justredleslie@gmail.com | (773) 818-5005 |
| Brendan | Kelly | brendan.m.kelly94@gmail.com | (872) 239-5193 |
| Gregory | Kimura | gskimura@gmail.com | (312) 662-8616 |
| Georgette | Kirkendall | gkirkendall88@aol.com | (773) 606-8186 |
| Veronica | Knudtkins | veronica.knudtkins@va.gov | (847) 502-2693 |
| Christine | Kwak | kwakschristine@gmail.com | (224) 402-9088 |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| First Name | Last Name | Email | Telephone Number |
|------------|-----------|-------|------------------|
| Parth | Bhansali | parthrbhansali@gmail.com | (630) 550-3072 |
| Jim | Bochnowski | jjbochnow@gmail.com | (301) 648-8415 |
| Blake | Bramlett | blakebramlett@gmail.com | (217) 821-3589 |
| Veronica | Brown | vsbrown17@gmail.com | (217) 691-9671 |
| Daniel | Campbell | daverycampbell@gmail.com | (312) 678-4187 |
| Guinevere | Chapin | guineverechapin@gmail.com | (316) 708-4049 |
| Nicole | Correa | n.correa83@gmail.com | (440) 552-8640 |
| Lisa | Daloise | lisadalo@gmail.com | (716) 909-9896 |
| Danielle | Daly | danidaly03@gmail.com | (708) 528-2276 |
| Monica | Detres | momoni83@gmail.com | (773) 807-0360 |
| Heather | Diaz | heloz1989@gmail.com | (815) 715-7538 |
| Colleen | Dinino | colleendinino1@gmail.com | (224) 254-4121 |
| Emma | Farquharson | efarquharson@hawk.iit.edu | (734) 776-8625 |
| Amaris | Garcia | marimilangarcia99@gmail.com | (773) 495-6062 |
| Angelika | Glogowski | angelika.sophi@gmail.com | (630) 776-7662 |
| Claire | Graham | claire.anne.graham@gmail.com | (773) 668-5664 |
| Gabriella | Gutierrez | gabriellag30@icloud.com | (630) 755-1345 |
| Stacey | Harrison | sharrison015@gmail.com | (309) 360-5351 |
| August | Hastings | augustchastings@gmail.com | (702) 374-2141 |
| James | Hateley | ok@trevormail.com | (415) 787-3867 |
| Jason | Hedlund | jhedlund@hawk.iit.edu | (630) 945-8537 |
| Jacob | Hopes | jacobjhopes@gmail.com | (402) 709-4042 |
| James | Hwang | xsemajxp@gmail.com | (224) 392-6506 |
| Logan | Jones | lbjones864@gmail.com | (316) 303-4619 |
| Leslie | Kane | justredleslie@gmail.com | (773) 818-5005 |
| Brendan | Kelly | brendan.m.kelly94@gmail.com | (872) 239-5193 |
| Veronica | Knudtkins | veronica.knudtkins@va.gov | (847) 502-2693 |
| Christine | Kwak | kwakschristine@gmail.com | (224) 402-9088 |
| Devin | Langham | devinlangham@gmail.com | (989) 284-3833 |
| Alexa | Lichty | alexalichty@gmail.com | (630) 862-4115 |

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT D



# Demand for Arbitration Form
## Instructions for Submittal of Arbitration to JAMS

## INSTRUCTIONS

Please submit this form to your local JAMS Resolution Center. Once the below items are received, a JAMS professional will contact all parties to commence and coordinate the arbitration process, including the appointment of an arbitrator and scheduling a hearing date.

📞 **1-800-352-JAMS**
🖥 **www.jamsadr.com**

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS with the requested number of copies:

A. **Demand for Arbitration** *(2 copies)*

B. **Proof of service of the Demand on the appropriate party** *(2 copies)*

C. **Entire contract containing the arbitration clause** *(2 copies)*
  - *To the extent there are any court orders or stipulations relevant to this arbitration demand, e.g. an order compelling arbitration, please also include two copies.*

D. **Administrative Fees**
  - *For two-party matters, the Filing Fee is $1,750. For matters involving three or more parties, the filing fee is $3,000. The entire Filing Fee must be paid in full to expedite the commencement of the proceedings. Thereafter, a Case Management Fee of 12% will be assessed against all Professional Fees, including time spent for hearings, pre- and post-hearing reading and research and award preparation. JAMS also charges a $1,750 filing fee for counterclaims. For matters involving consumers, the consumer is only required to pay $250. See JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses. For matters based on a clause or agreement that is required as a condition of employment, the employee is only required to pay $400. See JAMS Policy on Employment Arbitrations, Minimum Standards of Fairness. JAMS may apply its Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.*

  - *A refund of $875 will be issued if the matter is withdrawn within five days of filing. After five days, the filing fee is non-refundable.*

**Once completed, please submit to your local JAMS Resolution Center.**
*Resolution Center locations can be found on the JAMS website at: http://www.jamsadr.com/locations/.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## TO RESPONDENT (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

Add more respondents on **page 6.**

| | |
|---|---|
| RESPONDENT NAME | Match Group, Inc. |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |
| CITY | Dallas   STATE TX   ZIP 75231 |
| PHONE | (214) 265-3088   FAX      EMAIL samuel.kitchens@match.com |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |
| CITY | Los Angeles   STATE CA   ZIP 90017 |
| PHONE | (213) 443-3000   FAX (213) 443-3100   EMAIL stephenbroome@quinnemanuel.com |

## FROM CLAIMANT

Add more claimants on **page 7.**

| | |
|---|---|
| CLAIMANT NAME | Ailey Adorjan |
| ADDRESS | c/o Labaton Sucharow LLP |
| CITY | New York   STATE NY   ZIP 10005 |
| PHONE | (212) 907-0861   FAX (212) 883-7061   EMAIL mnafash@labaton.com (Claimant's Counsel) |

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Melissa H. Nafash, Esq. |
| FIRM/COMPANY | Labaton Sucharow LLP |
| ADDRESS | 140 Broadway, 34th FL |
| CITY | New York   STATE NY   ZIP 10005 |
| PHONE | (212) 907-0861   FAX (212) 883-7061   EMAIL mnafash@labaton.com |



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## MEDIATION IN ADVANCE OF THE ARBITRATION

☐   If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION.
A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.

This case involves complex technology, but the facts are simple. Match Group, Inc., Match Group, LLC, and Humor Rainbow, Inc. ("Respondents") operates the world's largest online dating community consisting of the top global dating websites and mobile apps, including OkCupid, Tinder, Match.com, Hinge, PlentyofFish, OurTime, BLK, and Chispa (collectively referred to as "Respondent's dating sites"). Respondents' dating sites require one or more profile pictures with a clear, unobstructed view of the Claimant's face. From every face in every photograph uploaded by Claimant to Respondents' dating sites, Respondents apply their proprietary facial recognition technology to surreptitiously collect, analyze, measure, and catalog the composite distances between facial features like the nose, brow, eyes, and chin, i.e. biometric information and biometric identifiers. This secretive conduct violates several laws including Illinois' Biometric Information Privacy Act ("BIPA"), which was specifically enacted to regulate the collection, storage, and use of biometric data (including "faceprints" or "face templates") with an array of notice, consent, and retention requirements. Respondents' wholesale collection of Claimant's biometric information and biometric identifiers violates BIPA because: (1) Respondents fail to obtain express written consent before extracting Claimant's biometric information and/or identifiers from every face in every photo uploaded to Tinder and OkCupid, the sites in which Claimant uses; (2) Respondents fail to provide prior written notice that they extracts Claimant's faceprint from every face in every uploaded photo; (3) Respondents fail to provide prior written notice of its specific purpose for extracting Claimant's faceprint; (4) Respondents fail to provide prior written notice of how long they retain Claimant's extracted faceprint; and (5) Respondents fail to make publicly available the written policies, retention schedules, and guidelines applicable to its collection and retention of Claimant's faceprint. Under BIPA, Claimant can pursue liquidated damages of $1,000 for each negligent violation, or $5,000 for each intentional violation. In other words, because Claimant is a member of Tinder and OkCupid, Claimant seeks to hold Respondents liable for each and every violation when uploading photographs to Tinder and OkCupid. Claimant alleges that Respondents' dating sites Tinder and OkCupid each intentionally violated Sections 15(a) and 15(b) of BIPA at least once by generating, collecting, using, storing, and sharing Claimant's biometric data in direct violation of BIPA's statutory provisions. Therefore, Claimant is entitled to at least $20,000 in statutory damages.

The facts underlying Claimant's specific claims are further described in the attached Demand for Arbitration.

AMOUNT IN CONTROVERSY (US DOLLARS)          At least $20,000



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## ARBITRATION AGREEMENT
This demand is made pursuant to the arbitration agreement which the parties made as follows. **Please cite location of arbitration provision and attach <u>two copies</u> of entire agreement.**

ARBITRATION PROVISION LOCATION

The arbitration agreement is located in Section 15 of Tinder's Terms of Use and Section 15(a) of OkCupid's Terms & Conditions.  Both agreements are attached.

## RESPONSE
The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. *Send the original response and counter-claim to the claimant at the address stated above with two copies to JAMS.*

## REQUEST FOR HEARING

REQUESTED LOCATION     Chicago, Illinois

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)
*See:* **Comprehensive Rule 16.1**

☐     By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

| | | |
|---|---|---|
| SIGNATURE | /s/ Melissa H. Nafash | DATE   4/19/2022 |

| | |
|---|---|
| NAME (PRINT/TYPED) | Melissa H. Nafash |

# Demand for Arbitration Form (continued)

## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Completion of this section is <u>required for all consumer or employment claims</u>.

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION. For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

☑ <u>YES</u>, this is a CONSUMER ARBITRATION.

☐ <u>NO</u>, this is not a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

NOTE: JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter. In addition, JAMS may treat a matter as a consumer matter and apply the Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.

## EMPLOYMENT MATTERS

If this is an EMPLOYMENT matter, Claimant must complete the following information:

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

☐ Less than $100,000   ☐ $100,000 to $250,000   ☐ More than $250,000   ☐ Decline to State

## WAIVER OF ARBITRATION FEES

In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees. In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## RESPONDENT #2 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Match Group, LLC (d/b/a Tinder; s/i/i Tinder, Inc.) |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |

| CITY | STATE | ZIP |
|---|---|---|
| Dallas | TX | 75231 |

| PHONE | FAX | EMAIL |
|---|---|---|
| (214) 265-3088 | | samuel.kitchens@match.com |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |

| CITY | STATE | ZIP |
|---|---|---|
| Los Angeles | CA | 90017 |

| PHONE | FAX | EMAIL |
|---|---|---|
| (213) 443-3000 | (213) 443-3100 | stephenbroome@quinnemanuel.com |

## RESPONDENT #3 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Humor Rainbow, Inc. (d/b/a OkCupid) |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |

| CITY | STATE | ZIP |
|---|---|---|
| Dallas | TX | 75231 |

| PHONE | FAX | EMAIL |
|---|---|---|
| (214) 265-3088 | | |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |

| CITY | STATE | ZIP |
|---|---|---|
| Los Angeles | CA | 90017 |

| PHONE | FAX | EMAIL |
|---|---|---|
| (213) 443-3000 | (213) 443-3100 | stephenbroome@quinnemanuel.com |



# Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## CLAIMANT #2

| | |
|---|---|
| CLAIMANT NAME | |

| | |
|---|---|
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

| PHONE | FAX | EMAIL |
|---|---|---|
| | | |

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| |
|---|
| REPRESENTATIVE/ATTORNEY |

| |
|---|
| FIRM/ COMPANY |

| |
|---|
| ADDRESS |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

| PHONE | FAX | EMAIL |
|---|---|---|
| | | |

## CLAIMANT #3

| | |
|---|---|
| CLAIMANT NAME | |

| | |
|---|---|
| ADDRESS | |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

| PHONE | FAX | EMAIL |
|---|---|---|
| | | |

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| |
|---|
| REPRESENTATIVE/ATTORNEY |

| |
|---|
| FIRM/ COMPANY |

| |
|---|
| ADDRESS |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

| PHONE | FAX | EMAIL |
|---|---|---|
| | | |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



**okc**

Terms & Conditions    Privacy    Cookies    Profiling    Arbitration    Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**
- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

## You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

## Prohibited Content—OkCupid prohibits uploading or sharing content that:

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

# 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

# 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

# 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

### *Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York:**
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina:**
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio:**
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**

 





COMPANY +

CONDITIONS +

CONTACT +

FOLLOW +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

Personalize my choices

Accept



1. **Overview.** Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution.** OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator.** The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules.** The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration.** To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees.** You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery.** Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

3. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

3. **Confidentiality.** Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

J. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

1. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 





COMPANY                                                    +

CONDITIONS                                                 +

CONTACT                                                    +

FOLLOW                                                     +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

Personalize my
choices

Accept

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**
- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

## You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

## Prohibited Content—OkCupid prohibits uploading or sharing content that:

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

# 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

### Virtual items are non-refundable and subject to certain conditions.

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

1/28/22  3 19 PM

# 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

# 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 724 of 1583 PageID #:733

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.


# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.


# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3.  Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4.  The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

waive any claim that such courts constitute an inconvenient forum.

# 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

# 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

# 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio:**
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**

 



JOIN OKCUPID

LANGUAGE                                                                    English   >



We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

Personalize my choices

Accept



FILED DATE: 10/21/2022 8:16 PM   2022CH10435

1. **Overview.** Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution.** OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator.** The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules.** The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration.** To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees.** You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery.** Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

3. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

3. **Confidentiality.** Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

2. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

1. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 





We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

Personalize my choices

Accept

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

Terms of Use   T nder  Match  Chat  Meet  Modern Dating                                                                                      1/28/22  11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

Terms of Use   Tinder Match Chat Meet Modern Dating

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

9/28/22  11 36 AM

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 740 of 1583 PageID #:749

7/28/22  11 36 AM

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 741 of 1583 PageID #:750

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](here).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

## 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

## 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

Terms of Use   Tinder Match Chat Meet Modern Dating

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

4. The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

**NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.**

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to [customer support](#).

Should you not opt out of the retroactive application of this Arbitration Agreement within

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 751 of 1583 PageID #:760

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

---

## Language

**English**                    Español(MX)

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Terms of Use   Trades   Match   Grav   Meet   Modern   Boxing                                                                1/28/22  11 36 AM

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

Arb trat on    T nder Mtch onal MEe  Mdern Dat ng
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 756 of 1583 PageID #:765
/28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 759 of 1583 PageID #:768

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 760 of 1583 PageID #:769

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 765 of 1583 PageID #:774

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

FILED DATE: 10/21/2022 8:16 PM     2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](#).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER
MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE.
ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF
THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR
ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and
links to other web sites or resources. Tinder is not responsible for the availability (or lack
of availability) of such external websites or resources. If you choose to interact with the
third parties made available through our Service, such party's terms will govern their
relationship with you. Tinder is not responsible or liable for such third parties' terms or
actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL
TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE
FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE,
OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS,
WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE,
GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO
OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR
CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING
USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF
YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE
POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO
EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS
ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE
AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH
PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT,
ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Terms of Use · Tinder | Match Group Modern Dating

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

4.  The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS
OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU
WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION
AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER
MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND
WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS
OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE
APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c)
APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE
SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE,
EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER
SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER
(EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT
PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS
ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE
RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS**
AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE
AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on
which you login to Tinder or use the Service. The e-mail opt out must contain the
following to be effective: your full name, address, email address and/ or phone number
associated with your Tinder account, and a statement that you are opting out of the
Retroactive Application of this Arbitration Agreement. Please do not direct any customer
support inquiries to tinderoptout@match.com, as they will not be addressed; such
inquiries should be directed to [customer support](customer support).

Should you not opt out of the retroactive application of this Arbitration Agreement within

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

Arb trat on   T nder  Match Local   Mee  Modern Dat ng                                                    1/28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Melissa H. Nafash (N.Y. Bar No. 4816328)
Jonathan Gardner (N.Y. Bar No. 2384394)
Shannon K. Tully (N.Y. Bar No. 5732235)
**LABATON SUCHAROW LLP**
140 Broadway, 34th Fl.
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
*Attorneys for Claimant*

## BEFORE THE JUDICIAL ARBITRATION AND MEDIATION SERVICES

| | |
|---|---|
| **AILEY ADORJAN**<br><br>*Claimant,*<br><br>**v.**<br><br>**MATCH GROUP, INC.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa);<br>**MATCH GROUP, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish); and<br>**HUMOR RAINBOW, INC.** (d/b/a OkCupid),<br><br>*Respondents.* | **DEMAND FOR ARBITRATION** |

Claimant, **Ailey Adorjan**, by counsel, brings this arbitration against Match Group, Inc. (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa), Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish), and Humor Rainbow, Inc. (d/b/a OkCupid) (hereinafter collectively referred to as "Match Group" or "Respondent") to redress and put a stop to its surreptitious collection, use, storage, and disclosure of Claimant's sensitive biometric data in violation of Illinois' Biometric Information Privacy Act ("BIPA").

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## PARTIES

1.    **Ailey Adorjan** (*hereinafter* "Claimant") is a natural person who is a member of OkCupid and Tinder and has uploaded photographs of themselves, including photographs of Claimant's face and other physical attributes while residing in the State of Illinois.

2.    **Match Group, Inc.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa) is a Delaware corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.   Match Group, Inc. is a publicly traded company (ticker: "MTCH") and the leading provider of dating products, operating the world's largest online dating community consisting of more than 21 million users in 24 countries.   Match Group's online dating community is comprised of the top global dating websites and mobile apps, including Affinity Apps, LLC ("Affinity"), a mobile app developer and the operator of BLK, and Chispa mobile dating apps, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, and Tinder.   Match Group owns approximately 60% of the online dating market share.[1]   In 2014, Match Group reported more than 56 million downloads across its dating sites.   By 2020, the number of downloads increased to 82 million.[2]   Match Group, Inc. is the parent to Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish; d/b/a OurTime; d/b/a BLK; d/b/a Chispa), which operates Match Group Dating Sites Match.com, OkCuid, Tinder, Hinge[3], POF,

---

[1] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away,* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[2] *Id.*
[3] Launched in 2013, Hinge markets itself as the dating app "designed to be deleted" and has more than 6 million active members per month and approximately 400,000 paying customers.  In 2018, Match Group purchased a 51% stake in Hinge and subsequently became the sole owner of Hinge in February 2019, when it purchased the remaining shares. See *Hinge Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=hinge-statistics-facts-history; *Hinge Launches New Online Store Around Its Mascot Hingie* (Jan. 27, 2020) https://www.datingsitesreviews.com/article.php?story=hinge-launches-new-online-store-around-its-mascot-hingie

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OurTime, BLK, and Chispa.  Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[4] with millions of active users.[5]  Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers.  Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby.  If a user is interested in the person shown, the user swipes right. If not, the user swipes left.  POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[6]  POF is one of Match Group's largest dating sites with more than 150 million registered users.[7]  Similar to Match.com, POF can receive algorithmic matches and search user profiles.[8]  OkCupid, operated by Humor Rainbow, Inc. was acquired by Match Group in 2011 for $50 million.[9]  Since its launch in 2004, OkCupid has amassed more than 50 million members[10] and 5 million active members per month.[11]

3.      **Match Group, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish) is a Delaware limited liability company with its principal place of business at 8750

---

[4] https://www.match.com/

[5] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4.

[6] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup,* WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[7] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[8] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

[9] Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid.

[10] Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775.

[11] *OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History.

North Central Expressway, Suite 1400, Dallas, Texas 75231. Match Group, LLC (hereinafter "Match.com") operates Match Group Dating Sites Match.com, Tinder, and POF. Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[12] with millions of active users.[13] Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers. Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby. If a user is interested in the person shown, the user swipes right. If not, the user swipes left. POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[14] POF is one of Match Group's largest dating sites with more than 150 million registered users.[15] Similar to Match.com, POF can receive algorithmic matches and search user profiles.[16]

4. **Humor Rainbow, Inc.** (d/b/a OkCupid) (hereinafter "OkCupid") is a New York corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231. Humor Rainbow, Inc. operates the online dating site OkCupid, acquired by Match Group in 2011 for $50 million.[17] Since its launch in 2004, OkCupid has amassed more than

---

[12] https://www.match.com/

[13] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4

[14] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup,* WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[15] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[16] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

[17] Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

50 million members[18] and 5 million active members per month.[19]

## JURISDICTION AND VENUE

5.       Respondents' Terms of Use Agreement contains a mandatory arbitration provision (hereinafter "Arbitration Procedures") wherein the user and Respondent agree to the following:

a)       Any dispute, claim or controversy arising out of or relating in any way to Respondent shall be determined by binding arbitration.

b)       The arbitration shall be conducted on an individual basis and not as a class.

c)       The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures, as modified by the Arbitration Procedures, and will be administered at a JAMS facility by an arbitrator selected from JAMS's roster of neutral arbitrators.

d)       The user will be responsible for paying the filing fee to commence arbitration in accordance with the JAMS fee schedule for consumer disputes, Respondent will be responsible for all remaining fees.

e)       If the user succeeds on the merits, Respondent will reimburse the user for the filing fee if the claim is for $1,000 or less.

f)       Within 21 days of the arbitrator's appointment, each party may request: (1) relevant, non-privileged documents from the other party; and (2) that the other party provide the particulars of its claims or defenses.

---

[18]Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775
[19]*OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

g) The responding party shall have 15 days after the receipt of the discovery request to respond and produce non-privileged responsive documents and/or objections to the requests.

h) The parties agree to waive an oral Hearing and submit the dispute for arbitration based on written submissions and other evidence as agreed by the parties, unless either party requests an oral Hearing within 10 days after the arbitrator's appointment.

i) The arbitrator will issue a written decision within 30 days after the oral Hearing, or if no Hearing was conducted, within 14 days after any rebuttal or supplemental statements are due.

j) Prior to commencing arbitration, the user will contact Respondent at Match Legal at P.O. Box 25458, Dallas, TX 75225 with an explanation of their complaint to allow Respondent an opportunity to resolve the dispute without the need for arbitration.

6. Claimant notified Respondent of the dispute on September 2, 2021.

7. On October 2, 2021, Respondent's counsel notified Claimant's counsel that it "expect[ed] to have a comprehensive response" to the September 2nd Notice "soon." In response, Claimant's counsel requested Respondent submit their response by October 15, 2021.

8. On December 3, 2021, the parties engaged in private mediation. However, the parties were unable to resolve their dispute and currently are at an impasse.

9. More than 220 days has now passed since Claimant notified Respondent of the dispute as set forth herein, and there has been no resolution.

10. Claimant elects to have the arbitration conducted solely based on the documents submitted to the arbitrator.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## FACTUAL BACKGROUND

### I.     Biometrics and Consumer Privacy

11.     "Biometrics" refers to measurable characteristics or processes used for identification.  As a characteristic, biometrics is defined as "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition."[20]  As a process, biometrics is defined as "automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[21]

12.     Biometrics are used to identify individuals based on unique, distinctive, and measurable characteristics or features known as "biometric identifiers."[22,23]

13.     A biometric(s) can be either a characteristic or a process: it can be "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition" or an "automated method of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[24] "Measurable means that the characteristic or trait can be easily presented to a sensor and converted

---

[20] http://www.biometrics.gov/Documents/Glossary.pdf.  The term "biometrics" was developed and defined by the National Science & Technology Council's (NSTC) Subcommittee on Biometrics (2006), as updated.

[21] http://www.biometrics.gov/Documents/Glossary.pdf.

[22] "Biometrics: A general term used alternatively to describe a characteristic or a process: As a characteristic: A measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition. As a process: Automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics." *Biometrics Foundation Documents,* NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011),   ("A biometric is any measurable, robust, distinctive, physical characteristic or personal trait of an individual that can be used to identify, or verify the claimed identity of, that individual. Measurable means that the characteristic or trait can be easily presented to a sensor and converted into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."); Stephen Mayhew, *History of* Biometrics (Feb. 1,2018), https://www.biometricupdate.com/201802/history-of-biometrics-2; *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1094 (N.D. Ill. 2017) ("Biometrics" refers to "biology-based set[s] of measurements").

[23] Sushma Jaiswal, *et al, BIOMETRIC: CASE STUDY,* J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[24] Biometrics Foundation Documents, NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."[25]

14.     "Biometric identifiers" are categorized by physiological and behavioral characteristics.  Examples include, but are not limited to, face or hand geometry, fingerprints, palm prints, irises, retinas, veins, and DNA sequences.   Behavioral based biometric identifiers "are apparent in a person's interaction with the environment, such as signatures, gaits, and keystroke,"[26] while "[v]oice/speech contains both behavioral features, such as accent, and physiological features, such as voice pitch."[27]

15.     Biometric technologies vary widely depending on the biometric identifier.  Modern era biometric processes include:

    a)  Face recognition,

    b)  Fingerprint recognition,

    c)  Hand geometry,

    d)  Retina scan,

    e)  Iris scan,

    f)  Voice recognition,

    g)  Vascular or vein recognition,

    h)  Skin texture,

    i)  DNA,[28]

---

[25] Stephen Mayhew, *History of Biometrics*, BIOMETRICUPDATE (Feb. 1, 2018),
https://www.biometricupdate.com/201802/history-of-biometrics-2.
[26] *Id.*
[27] *Id.*
[28] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at:
https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

    j)   Dynamic signature verification,[29]

    k)   Keystroke dynamics, and

    l)   Gait analysis.

16.    One of the most prevalent uses of biometrics is in facial recognition technology, which records the "spatial geometry" or more commonly known as "facial geometry" of distinguishing features of the face.[30]  These distinguishing features include the nose, eyes, eyebrows, mouth, chin, and lips.[31]  The graphic in <u>Figure 1</u> below illustrates the way "face geometry" is commonly used to refer to the location and spatial relationships between the distinguishing features.



*Figure 1[32]*

17.    Facial recognition technology works by: (1) scanning[33] a photograph and/or digital image to detect a human face, (2) extracting the distinguishing facial features, such as the nose,

---

[29] *Access Control Technologies Handbook*, HOMELAND SECURITY (Sept. 2015)
https://www.dhs.gov/sites/default/files/publications/ACT-HB_0915-508.pdf at p. 47.
[30] https://www.biometric-solutions.com/face-recognition.html
[31] Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011),
https://www.rroij.com/open-access/biometric-case-study-19-49.pdf
[32]  Daniel Thomas, *Future airports could become hi-tech pleasure dome* BBC NEWS (Feb. 2, 2015),
https://www.bbc.com/news/business-30830296
[33] A software program can be said to "scan" a digital image to detect a face by identifying key facial landmarks or features such as the nose, mouth, eyes and chin. *See* Belhumeur, *Localizing Parts of Faces Using a Consensus of Exemplars,* 2011 IEEE Conference on Computer Vision and Pattern Recognition (CPVR*)* (2011) ("Many fiducial point detectors include classifiers that are trained to respond to a specific fiducial (e.g., left corner of the left eye). These classifiers take as input raw pixel intensities over a window or the output of a bank of filters (e.g., wavelets, Gaussian Derivative filters, Gabor filters, or Haarlike features). These local detectors are scanned over a portion of the image and may return one or more candidate locations for the part or a "score" at each location.").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

eyes, mouth, chin, ear, and their relative portions in the digital image that are based on specific details about the face geometry as determined by facial points and contours and their relative portions in the digital image, (3) generating a face "template," (or "faceprint"), and (4) comparing the resulting "face template" to the face templates stored in a "faceprint database" for identification.

18.     The recent sophistication of facial recognition software has generated many commercial applications of the technology but has also raised serious privacy concerns about its massive scale, scope, and surreptitiousness.[34]

19.     The use of biometric data presents unique risks. Biometric data is one of the most sensitive forms of personal information because—unlike other types of data such as account or ID numbers—biometric data cannot be changed if stolen or compromised.  Once a person's unique and permanent biometric identifiers are exposed, she has no way to prevent identity theft and unauthorized tracking.

20.     Proprietary biometric data collected by companies—especially those who collect it unlawfully and without permission—can be leaked, hacked, exposed, or otherwise exploited, as demonstrated by the highly publicized breach of the Clearview AI scandal and the Respondent and Cambridge Analytica scandal.

21.     Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit **private** companies from collecting biometric data

---

[34] *What Facial Recognition Technology Means for Privacy and Civil Liberties: Hearing Before the Subcomm. on Privacy Tech & the Law of the S. Comm. on the Judiciary*, 112th Cong. 1 (2012) (statement of Jennifer Lynch, Staff Attorney, Electronic Frontier Foundation), available a*t* https://www.govinfo.gov/content/pkg/CHRG-112shrg86599/pdf/CHRG-112shrg86599.pdf

22.     Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit ***private*** companies from collecting biometric data.[35]

23.     Unlike other identifiers such as Social Security or credit card numbers, which can be changed if compromised or stolen, biometric identifiers linked to a specific voice or face cannot. These unique and permanent biometric identifiers, once exposed, leave victims with no means to prevent identity theft and unauthorized tracking.

24.     Due to the clear potential for invasion of privacy by companies who gather biometric data, the Federal Trade Commission ("FTC") urged companies using facial recognition technology and collecting biometric data to ask for clear consent before scanning and extracting biometric data from their digital photographs.[36]

25.     Efforts to regulate the use of facial recognition and biometric data have continued. In the Summer of 2015, the National Telecommunications and Information Administration ("NTIA") held a workshop in an attempt to create a code of conduct for the use and operation of facial recognition technology. Present at the meeting were trade associations representing some of the largest technology companies in the world, including companies like Google and Microsoft, advocates, experts, and members of the public interest community. But these talks quickly fell through—ending with the entire public interest community staging a walk out before the meeting

---

[35] *See Merkley, Sanders Introduce Legislation to Put Strict Limits on Corporate Use of Facial Recognition,* https://www.merkley.senate.gov/news/press-releases/merkley-sanders-introduce-legislation-to-put-strict-limits-on-corporate-use-of-facial-recognition-2020. The Bill can be accessed at: https://www.merkley.senate.gov/imo/media/doc/20.08.04%20National%20Biometric%20Information%20Privacy%20Act.pdf.

[36] *See Facing Facts: Best Practices for Common Uses of Facial Recognition Technologies*, Federal Trade Commission (Oct. 2012), *available at:* https://www.ftc.gov/sites/default/files/documents/reports/facing-facts-best-practices-common-uses-facial-recognition-technologies/121022facialtechrpt.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

had ended—because not a single technology trade association "would agree that before you use facial recognition to identify someone by name, even if you don't have any relationship with that person, you need to get their consent."[37]

26.　　Companies have only continued to exploit facial recognition technology and the use of biometric data.  For example, for eight years, RiteAid deployed facial recognition systems in largely lower-income, non-white neighborhoods, allegedly to target these demographics specifically.[38] Such continued abuses of facial recognition technology and biometric data that harm the public welfare led to the enactment of the Illinois Biometric Information Privacy Act.

**A.　　<u>Facial Recognition Technology and Facial Processing Systems</u>**

27.　　Facial recognition technology is one form of technology that processes faces.

28.　　There are three main categories of facial processing technology: (1) facial detection; (2) facial analysis; and (3) facial recognition or identification.

29.　　Facial detection determines whether the image contains a face, and can also be used to determine whether any face is present and where the face is located.

30.　　Facial analysis technology enables the detection of various facial characteristics, also known as landmark features.  Facial analysis enables facial recognition by comparing an individual's facial features to available images for verification or identification purposes.[39]

31.　　Facial recognition technology ("FRT") confirms a photo matches a different photo of the same person in a facial template database.

---

[37] *Biometrics Are Coming, Along With Serious Security Concerns*, Wired (Mar. 9, 2016), https://www.wired.com/2016/03/biometrics-coming-along-serious-security-concerns/.
[38] https://www.reuters.com/investigates/special-report/usa-riteaid-software/
[39] Testimony provided on Feb. 6, 2020, by Dr. Charles H. Romine, Director, Information Technology Laboratory, NIST, United States Department of Commerce, to the Committee on Homeland Security, U.S. House of Representatives. https://homeland.house.gov/imo/media/doc/Testimony-Romine1.pdf

FILED DATE: 10/21/2022 8:16 PM　2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

32.     FRT is based on algorithms that learn how to recognize human faces and the hundreds of ways in which each one is unique.

33.     These algorithms create a unique "face template" of a person's facial geometry by scanning, identifying, and measuring various facial landmarks, such as the location of the mouth, chin, nose, ears, eyes, and eyebrows.

34.     To automatically extract face templates from new images, a facial recognition algorithm must be "trained" to identify and measure the relevant facial landmarks.

35.     This is typically accomplished by the algorithm evaluating "triplet" sets of photographs—i.e., two images of the same person (known as the "anchor" and "positive sample"), and one of a completely different persons (known as the "negative sample").

36.     The algorithm reviews the measurements collected from each image, and then adjusts itself so that the measurements collected from the anchor sample are closer to those collected from the positive sample, and further apart from those collected from the negative sample.

37.     After repeating this process a few times, the algorithm learns to reliably scan for and collect a face template of the geometry of any given face.

**B.     Deep-learning Facial Recognition and Processing Techniques**

38.     Biometric recognition methods utilize deep learning-based models to provide an end-to-end learning framework, which can jointly learn the feature representation while performing classification.  This is achieved through a multi-layer neural network, also known as Deep Neural Networks ("DNN"), to learn multiple levels of representations that correspond to different levels of abstraction, which is better suited to uncover underlying patterns of the data.

39.     Facial recognition is a biometric technology that identifies facial vectors and features and matches them to an individual pre-enrolled in a database.  In the mid-2000s, the

13

technology based on digital signal processing techniques ("DSP") was restricted to frontal-facing images. However, more recently, there has been a dramatic improvement in precision advancements of artificial technologies ("AI") based DNNs leading to the development of AI-based facial recognition engines. AI based FRT leverages proprietary AI algorithms and mathematical equations to make its connections to individuals by measuring a number of facial variables, such as nose depth and width, forehead length, and eye shape, and saves the information as a template. The template generated for an individual is used as a basis for comparison to confirm identity if there is a match with an existing template.

40. The key features of a facial recognition engine are face detection, face feature extraction, and face recognition. Face detection is the first step the technology takes to detect a face. Face detection works by scanning the entire image, video, and/or scene to determine if the frame contains full or partial human faces. Once a face is detected, the engine extracts a n-dimensional vector set creating a face template from the face image. The face template that is extracted from the individual's face is used for matching or searching. The newly extracted face template is then matched to pre-existing templates in a database. A 1:N search is performed by matching an individual's template to the entire database to find the best match and confirm identity.

**C.     Voice Recognition Technology**

41. Voice recognition takes the acoustic signal of an individual's voice and converts it into a digital code, which can be stored in a database.

42. A voiceprint is a digital model of the unique vocal characteristics of an individual. Voiceprints are created by specialized computer programs which process speech samples, typically in WAV format. The creation of a voiceprint is often referred to as "enrollment" in a biometric system. There are two general approaches to the creation and use of voiceprints.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

43.     In traditional voice biometric systems, which use classical machine learning algorithms, a voiceprint is created by performing "feature extraction" on one or more speech samples. This feature extraction process creates a "voiceprint," which is a personalized calculation or vector related to specific attributes that make the user's speech unique. In these systems, feature extraction is also used to create a Universal Background Model ("UBM"), otherwise known as a voiceprint. UBMs are created from many speech samples collected from many representative users of the system and stored in a database. The newly extracted voiceprint is compared to UBM voiceprint templates to identify and verify individuals.

44.     In the last decade, biometric systems have implemented machine learning methods that have played a significant role in improving the performance of biometric systems. Modern voice recognition systems use deep neural networks ("DNN"), which are commonly referred to as "deep learning" approaches and allow both speaker verification and speaker identification.[40]

45.     These systems start by creating a composite DNN model, which is like a UBM conceptually. This DNN model is derived from processing often hundreds of hours of representative speech samples. To create an individual voiceprint, users provide one or more enrollment speech samples to the DNN model, then the DNN is fine-tuned to learn the individual's unique speech characteristics. The DNN modeling process occurs directly against the speech samples (i.e., raw WAV files) and no feature extraction is needed. To verify a user, a speech sample is evaluated against the fine-tuned DNN model to arrive to identify a match.

---

[40] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## II.    Illinois's Biometric Information Privacy Act

46.    The Illinois Legislature has found that "[b]iometrics are unlike other unique identifiers" such as social security numbers, which can be changed if compromised.  740 ILCS 14/5(c).  "Biometrics . . . are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions." *Id.*

47.    In 2008, to protect Illinois residents from the surreptitious collection and use of their biometric data, the Illinois Legislature enacted BIPA.[41]  Under BIPA:

(b) No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

(1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

(2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

(3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.
. . .
(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

(1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

---

[41] In passing BIPA, the Illinois Legislature found that (1) "[b]iometrics are unlike other unique identifiers . . . [and] are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions" (740 ILCS 14/5(c)); (2) "[a]n overwhelming majority of members of the public are weary of the use of biometrics when such information is tied to finances and other personal information" (740 ILCS 14/5(d)); (3) "[t]he full ramifications of biometric technology are not fully known" (740 ILCS 14/5(f)); and (4) "[t]he public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information" ((740 ILCS 14/5(g)).

740 ILCS 14/15(b) and (d).

48.     BIPA applies to entities that interact with two forms of biometric data: "biometric identifiers"[42] and "biometric information." 740 ILCS 14/15(a)-(e).

49.     "Biometric identifiers" means "a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry." 740 ILCS 14/10.[43]  However, BIPA only provides a non-exhaustive list of biometric identifiers, and the legislative intent behind BIPA was to protect its residents from irreputable harm by placing strict requirements on companies regarding the collection, usage, storage, retention, and destruction of unique and highly sensitive biometric identifiers and information.

50.     "A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time.  Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode.  The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public." *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, *appeal denied*, 119 N.E.3d 1034 (Ill. 2019).

51.     "Biometric information" consists of biometric identifiers used to identify an individual.  BIPA defines "biometric information" to include "any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual." *Id.*; *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act

---

[42] "Biometric identifiers" are categorized by physiological and behavioral characteristics.  Examples include, but are not limited to, voiceprints, face or hand geometry, fingerprints, palm prints, iris patterns, retina patterns, veins, and DNA sequences.
[43] *See also*, *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, appeal denied, 119 N.E.3d 1034 (Ill. 2019) ("A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time.  Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode.  The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public.").

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

also bans the non-consensual collection and storage of **information…that is 'based on' those biometric identifiers**.") (emphasis added).[44] *See also Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute.").

52.     BIPA imposes various requirements on private entities that collect or maintain biometric data and requires a company to develop a publicly available written policy establishing a retention schedule and guidelines for permanently destroying biometric data when the initial purpose for collecting such data has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first. 740 ILCS 14/15(a).

53.     Under BIPA, "[a] prevailing party may recover *for each violation*: (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater; (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater; (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation

---

[44] *See also In re Clearview Privacy Litigation,* No. 21-cv-00135, at p. 8 (N.D. Ill. Feb. 14, 2022) (Coleman, S.) *citing Flores v. Motorola Solutions, Inc.*, No. 21-cv-1128, 2021 WL 232627, at *3 (N.D. Ill. Jan. 8, 2021) (Norgle, J.) ("The Court cannot say that those protections do not apply to any publicly published photographs of individuals—especially given that the biometric data in this case is the facial geometry of the class members, in contrast to the photos themselves."); *Rivera*, 238 F.Supp.3d at 1096 ("'biometric identifier' is not the underlying medium itself, or a way of taking measurements, but instead is a set of measurements of a specified physical component (eye, finger, voice, hand, face) used to identify a person.").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

expenses; and (4) other relief, including an injunction, as the State or federal court may deem appropriate." *Id.* (emphasis added).

54.     Each part of section 15 described above "imposes various duties upon which an aggrieved person may bring an action under section 20… as section 20 provides that a 'prevailing party may recover for each violation' (740 ILCS 14/20), a plaintiff who alleges and eventually proves violation of multiple duties could collect multiple recoveries of liquidated damages. *Id.* § 20(1), (2)." *Tims v. Black Horse Carriers, Inc.*, 2021 IL App (1st) 200563, ¶ 30, 2021 WL 4243310, at *5 (Ill.App. 1 Dist., 2021).

## III.    Respondent and its Dating Sites Encourage Users to Upload Photographs with Unobstructed Views of Their Faces

55.     Respondent operates the largest global collection of online dating websites including, but not limited to, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, Tinder, BLK, and Chispa (collectively "Dating Sites").  Respondent boasts of a collective 21 million users across its platform[45] and owns approximately 60% of the online dating market share.[46]  As portrayed in <u>Figure 2</u>.  Respondent owns and operates the Dating Sites at issue.[47]

---

[45] *Match Group News & Events – Quarterly Results* (2017-2021), https://ir mtch.com/news-and-events/quarterly-results/default.aspx (2017, 2018, 2019, 2020, and 2021 Results, Shareholder Letters, Presentations, SEC Filings, and Annual Reports)
[46] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[47] Match Group Our Company, https://mtch.com/ourcompany.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



*Figure 2*

56.     The purpose of the Respondent's Dating Sites is to "spark meaningful connections for users around the world" and allow members to find a romantic connection with other members, based on specific criteria such as location, age, gender, and sexual orientation.[48]

57.     All Dating Sites require users to create an account and "personal profile"[49] that must include one or more photos of themselves[50] and may contain certain "personal characteristics"[51] about the user.[52] Personal profiles are added to the site's database,[53] become visible to other members and potential matches, and are shared with Respondent, its Dating Sites,

---

[48] *See* Match Group's Form 10-Q, For the Quarterly Period Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm (According to Match Group, its goal "is to spark meaningful connections for users around the world.").

[49] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal profile' is a collection of personal information that may include biographic information and that is made available to third parties over a network, such as the Internet.").

[50] *Id.* ("As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face").

[51] *Id.* ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.")

[52] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[53] *Id.*

and Respondent's "family of businesses."[54]  Respondent encourages users to upload multiple photos to increase their chances of finding a potential match.  For instance, Match.com encourages users to upload up to 26 photographs,[55] Hinge requires users to upload up to 6 photographs, and OkCupid, POF, OurTime, BLK, Chispa and Tinder all require at least 1 photograph but encourage users to upload several photos to increase match potential.[56]  Additionally, Respondent's Dating Sites provide "advice," articles, reviews, instructions, or tips that persuade users to upload or post photographs that include an unobstructed view of the user's face.[57]  The reasoning behind this method is simple: the more photographs a user uploads and the clearer depiction of a user's face, the easier it is for Respondent to apply facial recognition technology to the user's photograph to extract, collect, store, and use the user's biometric information.

58.    In addition to uploading a profile picture, users are encouraged to upload several additional photos to their profile to improve their chances of matching with members.  Notably, several of Respondent's Dating Sites offer advice about the type of images to upload and recommend users upload an unobstructed view of the user's face that is big enough for potential matches to see clearly.[58]

A.    **OkCupid**

59.    OkCupid was launched in 2004 with a focus on a Q&A approach to the dating category.[59] To join OkCupid, users are prompted to provide their name, gender, date of birth,

---

[54] *See, e.g.,* https://www.match.com/registration/privacystatement.aspx ("Match is part of the Match Group family of businesses which, as of the date of this Privacy Policy, includes websites and apps such as Tinder, OkCupid, Plenty of Fish, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo. We share your information with other Match Group companies […].").
[55] *Guidelines for Posting a Photo,* MATCH.COM, https://www.match.com/dnws/help/#holder
[56] Users can only bypass this requirement if they create an account through Facebook and import their data, including their profile picture.
[57] *Id.*
[58] https://www.match.com/help/faq/7/135/
[59] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

location, the type of connections they are looking for, as well as the gender of their dating preference. Before continuing, users *must* upload at least one picture.

60. OkCupid provides "photo rules" for users to follow emphasizing the importance of uploading photographs that clearly show the user's face. *See* <u>Figures 3-5</u>.

  

*Figure 3*    *Figure 4*    *Figure 5*

**B.    <u>Tinder</u>**

61. Tinder requires users to enter their age, gender, sexual orientation, gender preferences, and passions to create an account. After providing this information, users are required to upload at least two photos and provide location data to access the app. Tinder's photograph prompt is depicted in <u>Figure 6.</u>

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



*Figure 6*

62.     In 2021, Tinder announced the public release of its new "ID Verification" which launched on August 16, 2021.[60]  Although Tinder issued its public statement in 2021, upon information and belief, Tinder was already using ID verification.

63.     Upon information and belief, Tinder marketed this feature to Tinder users as a "vectorization" process that allowed users to verify their identity.  Tinder did not notify users that vectorization is a feature-based representative model that scans facial geometry analyzes skin tone, pigment, and texture, and facial shape to identify and recognize individuals.[61]  In other words, upon information and believe, Tinder failed to inform users that vectorization is a type of facial recognition technique and receive users' consent to apply facial recognition technology to their photographs.

64.     Presently, Tinder describes its "ID Verification" process as a part of its Photo

---

[60]https://www.tinderpressroom.com/2021-08-16-Tinder-Commits-to-ID-Verification-for-Members-Globally,-a-First-in-the-Dating-Category
[61] *See, e.g.,* David Beymer, *Vectorizing Face Images by Interleaving Share and Texture Computation* MIT ARTIFICIAL INTELLIGENCE LABORATORY (1995), available at:
https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.18.4910&rep=rep1&type=pdf

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Verification program that allows users to self-authenticate through a series of selfies, which are compared to existing profile pictures using facial recognition software. Tinder's description and instructions for Photo Verification are depicted in <u>Figure 7</u>.



*Figure 7*

65. Photo Verification is not required to join or use Tinder's services. Moreover, users are not provided notice of this feature upon account creation or during regular use. However, for users who are aware of ID Verification, they can click the grey checkmark next to their name to start the verification process. Before submitting photos for verification, Tinder provides users with two notices: (1) Get Verified; and (2) How it Works, as depicted in <u>Figure 8</u> and <u>Figure 9</u> below.

24

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 8*



*Figure 9*

66.    Visibly missing from Tinder's privacy policy is any mention of ID or Photo Verification, use of facial recognition technology, collection of facial geometry, face scans, biometric identifiers, or biometric data, or how and where Tinder stores user's biometric data. Nevertheless, even if there was a disclosure in the privacy policy about Photo Verification, the privacy policy would still be deficient and misleading because Tinder uses facial recognition technology to collect biometric data regardless of whether a user uses Photo Verification.

67.    Notably, on January 17, 2022, Tinder updated its privacy policy for the first time admitting that Tinder is and has collected biometric data of its users within the past year.[62] However, Tinder does not make this admission in the main text of its privacy policy, but instead, admits its collection of biometric information ***only*** in its notice to California users.[63] Illinois

---

[62] https://policies.tinder.com/privacy/intl/en/
[63] https://policies.tinder.com/ccpa-addendum/us/en/

residents, and more importantly, Claimant was never made aware of this collection of biometric information. Moreover, a non-California resident is not expected to review Tinder's "California Privacy Statement" to "learn about California privacy rights," which are listed in a separate link and on a separate page.

68.     As described above, all of Respondent's Dating Sites require (or at least prompt) users to upload photographs and advise users to upload more than one photo to improve their chances of meeting a potential match. Moreover, all Respondent's Dating Sites offer advice on the types of images to upload and recommend users to upload unobstructed, clear photos that are big enough for potential matches to see clearly.[64]

69.     Once a user completes the account registration process, answers the required prompts, and provides photographs, Respondent stores the information and data on its servers and makes it visible to other Dating Site members.

## IV.     Respondent's Various Uses of Biometric Data

70.     Respondent uses facial processing technology to detect, analyze, and recognize faces and voice recognition technology to detect, analyze, and recognize voices. Upon information and belief, Claimants allege Match Group uses biometric data in the following ways:

      a)     Match Group uses facial processing technology to prevent "bad actors" from getting back on its sites after being removed. To accomplish this, it uses its facial processing technology on every photo a user uploads, generates a face scan, and then saves that face scan to its face scan database. Once a user is

---

[64]*See, e.g., Guidelines for Posting a Photo*, https://www.match.com/help/faq/7/135/#holder; *7 Tips for Creating a Stand Out Dating Profile Picture* (Nov. 2, 2017), https://blog.pof.com/2017/11/7-tips-creating-stand-dating-profile-picture/; *How to choose great photos*, https://help.okcupid.com/article/57-how-to-choose-great-photos; *Creating a Great Dating Profile on OurTime.com*, https://www.ourtime.com/v3/articles?article=18&title=Creating-a-Great-Dating-Profile; and https://www.chispa-app.com/en/frequently-asked-questions.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

identified as a bad actor, he or she is removed from the dating site and his or her biometric data (face scan) is identified as being that of a bad actor. Upon signing up, a face scan of every new user is generated and compared against the bad actors' face scans to deny bad actors re-entry.

b) Match Group uses facial processing technology to verify a user. User verification can be done through a user taking a selfie in real-time. To verify a user, Match Group generates and collects a user's biometric data in the form of a face geometry and compares it against the photos already on file.

c) Match Group uses facial processing technology to create user-specific Avatars that can be used in its chats and live features.

d) Match Group uses facial processing technology to provide users with potential matches that fit their preference, e.g., certain shades of faces (skin tone).

e) Match Group employees can confirm whether any person is a user on its site simply by uploading a photograph and processing it through the site's backend.

f) Match Group uses voice recognition technology in its video chat features and voice notes.

## V. Respondent's Issued Patents Unequivocally Evidence Its Biometric Data Collection and Storage Practices Violate BIPA

71. Respondent's use of facial recognition technology is irrefutable. Respondent's patents confirm the company's use of facial recognition technology and collection of biometric data.[65] For over a decade, Respondent researched, developed, and implemented various

---

[65] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as **Exhibit A** ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

proprietary facial recognition techniques and mechanisms[66] to collect, share, and retain sensitive biometric data of all users without their knowledge or consent.

72.     Specifically, in October 2013, Yahoo! Inc. assigned six patents and five patent applications, including the "Face Search in Personals"[67] application, to Respondent.  All assigned patents  relate explicitly to online dating services and improves matches through the "face search" process by leveraging the data generated by members on the platform to create matches with the user's preferred physical characteristics.[68]   The "face search" technique sets forth the logical flow for reducing and extracting biometric data from user photographs utilizing the mathematical tool, principal component analysis ("PCA"), and conducting a personal profile search for specific facial features using the Eigenfaces facial recognition method,[69] one of the earliest facial recognition

---

[66] *See, e.g.,* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013).

[67] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Kin Man Lo, the Inventor, filed the patent application for "Face Search in Personals" on May 28, 2008, and immediately assigned all interest to Yahoo! Inc. Between 2008 and 2017, the United States Patent Office ("USPTO") rejected the application on 9 separate occasions. After nearly 10 years and thousands of dollars in filing fees, the USPTO approved and issued the patent on September 5, 2017. On September 8, 2020, Match Group paid $1,600 in patent maintenance fees extending its active status through September 30, 2021.  *See* USPTO Maintenance Fee Details and Maintenance Fee Statement for "FACE SEARCH IN PERSONALS" Patent# 9753948, Application# 12127577, Attorney Docket# 076533-0354 (Sept. 8, 2017)
https://fees.uspto.gov/MaintenanceFees/fees/details?patentNumber=9753948&applicationNumber=12127577&caresActSelected= (confirming the active status of Patent No.: US 9,753, 948 B2: Face Search in Personals (Sept. 5, 2017) "Approved for use through 9/30/2021" and verifying Match Group's maintenance fee payment of $1,600 on September 8, 2017.) (last viewed Apr. 12, 2022); Patent No. US 9,753,948 BS: Face Search in Personals (Sept. 5, 2017) is currently used by Match Group and applies to all Match Group Dating Sites. *Id.*

[67] *Id.*

[68] *Id.*

[69] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("The present invention relates generally to enabling a personal search based on an image of a person in the context of on-line dating. More particularly, the invention integrates the ability to search personal profiles based on attributes or characteristics in conjunction with characteristics that are provided through a photograph or image … Eigenfaces have advantages over other techniques available, such as the systems speed and efficiency. Using eigen-10 faces is very fast, and able to functionally operate on lots of faces in very little time."); *see also*., Amendments to the Claims in Patent Application No.: 12/127,577, attached to the Request for Continued Examination or Response to Examiner's Action submitted on November 4, 2016:
"8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

techniques developed in 1987,[70] and used by Matthew Turk and Alex Pentland in 1991.[71]  Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) is currently and actively used by Match Group and applies to all Match Group Dating Sites.[72]

73.    In November 2013, approximately one month after Respondent acquired multiple patents and patent applications from Yahoo!, Respondent filed an application with the United States Patent Office ("USPTO") to patent its matching services and third-party social network import feature.[73]  This patent was subsequently approved by the USPTO and published on July 28, 2015.  Notably, the drawings associated with Patent No. US 9,094,396 B2 contain images of both OkCupid's and Match.com's mobile app,[74] signify Respondent's control over OkCupid's technology and establish similarities between the two sites.  Figure 10 and Figure 11 depict two images of a Match.com profile taken from FIG. 2A and FIG. 2B of Patent No. US 9,094,396 B2, and an OkCupid profile taken from FIG. 3 of the same patent.

---

includes an image having a corresponding reduced image data set comprising a face space, wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match."

[70] Michael Kirby; Larry Sirovich, *Application of the Karhunen-Loeve Procedure for the Characterization of Human Faces*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE 12 (1): 103–108 (1990).

[71] Matthew Turk and Alex P. Pentland, *Face Recognition Using Eigenfaces*, VISION AND MODELING GROUP, THE MEDIA LABORATORY MASSACHUSETTS INSTITUTE OF TECHNOLOGY (1991) available at: https://sites.cs.ucsb.edu/~mturk/Papers/mturk-CVPR91.pdf.

[72] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], ***we agree that it does implicate Biometric data***…") (emphasis added).

[73] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (Jul. 28, 2015).

[74] *See, e.g.*, *id.* at Figure 2D (displaying a Match.com drawing) and Figure 3 (displaying a drawing of OkCupid's login page).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Match.com**



*Figure 10*[75]

**OkCupid-Match.com**



*Figure 11*

74.    Additionally, while Patent No. US 9,094,396 B2 relates to third-party social networks, it once again solidifies that Match Group collects biometric data.[76] Specifically, it describes Respondent's broad-sweeping practice of scanning user photographs, "harvesting profile data," including metadata, tagged individuals,[77] and biometric data from photographs and data uploaded to Respondent's Dating Sites and through third-party social networks, and manipulation of photographs through puzzlization and pixel manipulation techniques.[78] These practices outlined

---

[75] *Id.*

[76] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (July 28, 2015) at ¶ 16 ("It should be noted that many other types of second-factor authentication may be used, including ***biometric data***, use of a secure token, use of a permanent certificate, user of an RFID device, or similar.") (emphasis added).

[77] *Id.* ("To obviate safety concerns, certain data may be obfuscated, abstracted, obscured, or otherwise masked. By way of non-limiting example, a profile picture may be puzzled as described herein, or tilted slightly, for example, by one degree, so that the content is not noticeably disturbed to a human user, but web search algorithms searching for an exact match may be frustrated. Metadata may also be removed from the photograph, including for example, location, time, and tagged individuals.").

[78]*Id.* ("In the illustrated example, the user is notified that two matches have been identified at (or near) the location and on date specified in the user's date request. FIG. 13 illustrates a display of a first one of the identified matches. As

30

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

in Patent No. US 9,094,396 B2 are currently and actively used by Respondent and applies to Dating Sites.

75.    Respondent's patents confirm that its Dating Sites have used the same facial recognition algorithm and processes for years.  For instance, Respondent's proprietary matching algorithm "Matching Process System and Method" has been amended and reissued by the USPTO on four separate occasions since its first issuance in 2013.[79]  This method, first developed by Todd M. Carrico, Kenneth B. Hoskins, and James C. Stone in 2007, and later patented on October 22, 2013, as Patent No. US 8,566,327 B2, confirms that Respondent's Dating Site utilize the same matching system and take into consideration personal preferences.  Notably, on March 15, 2013, prior to becoming part of the Match Group family, Tinder, Inc., filed an application to continue-in-part Patent No. US 8,566,327 B2 to include facial recognition.  Tinder's patent was later issued as Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. ***Implicit***

---

shown in FIG. 13, the information provided to the user for the "match" is the same information solicited from the user as described with reference to and illustrated in FIG. 4, including the match's first name, age, gender, and sexual orientation; however, the match's picture has been partially obfuscated in any appropriate manner (e.g., by "puzzlization") to disguise the actual appearance of the user. Other techniques can involve distorting the image through pixel manipulations, removing certain blocks of image data, contorting the image (e.g., much like that of a funhouse mirror), etc. In this manner, the user may ascertain a general idea of the match's features (eye color, hair color, etc.), but the puzzlization will advantageously impede the ability of the user to base his or her selection solely on the physical appearance of the match. Although not shown, the user may "scroll" to pages displaying the other matches using one of any number of known navigation techniques.").

[79] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of application no. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); *see also* Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and application publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019) and prior publication: US 2018/029281 Al (Oct. 11, 2018).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in*.[80]

76.     Tinder subsequently filed an application continuing-in-part Patent No. US 9,733,811 BS in 2016, confirming the use of the same methodology and use of facial recognition technology.[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in*.[82]

77.     In 2018, after acquiring Tinder, Match Group amended Tinder's facial recognition patents again, confirming that Tinder's facial recognition methodology is used in each Respondent's Dating Sites.  This amendment, later issued as Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit*

---

[80] Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on Dec. 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) (Inventor: Todd M. Carrico; Assignee: Match.com, LLC); Pub. No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016) ("Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*") (emphasis added).
[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).
[82] Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*[83]

Notably, this patent, in which Match Group is both the applicant and assignee, utilizes the same drawings of Tinder's profile to explain the patented technology and Respondent's algorithms. Figure 12 below shows Respondent's use of Tinder's profile to explain its technology, establishing control over Tinder's technology and use the same technology.



*Figure 12*[84]

78.     On July 21, 2020, Match Group filed an application with the World Intellectual Property Organization ("WIPO") entitled "System and Method for Recommending Users Based

---

[83] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019).
[84] *Id.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

on Shared Digital Experiences,"[85] later approved by the WIPO on February 21, 2021, and published as International Publication Number: WO 2021/02588 A1[86] (hereinafter referred to as "International Patent").  Match Group's International Patent relates particularly to a system and method for recommending users based on shared digital experiences.  A recommendation for a potential match is accomplished through a tool that employs a machine-learning algorithm to generate ranked lists based on attributes, such as physical attributes and characteristics obtained from profiles, personality trait scores, and on additional attributes extracted through facial recognition technology and algorithms in the same or a similar manner as described in Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Match Group's primary facial recognition patent:

> As an example, in embodiments in which recommendation engine 160 employs a machine-learning algorithm trained to generate ranked lists of compatible users 110 based on attributes that include the users' personality trait scores, the machine-learning algorithm may operate on additional attributes obtained from profiles 135 in a manner similar to the systems described in, for example, ***U.S. Patent No. 9,733,811, the entire disclosure of which, except for any definitions, disclaimers, disavowals, and inconsistencies, is incorporated herein by reference.***

---

[85] International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020).
[86] International Patent No.: W.O. 2021/025855 A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

79.     As previously discussed, Respondent employ its "matching process system and method"[87] and "face search in personals"[88] facial recognition methods to leverage the data generated by members on the platform and generate matches.[89] Moreover, like the International Patent, Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017)[90] conducts searches based on personal characteristics:[91]

> As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face. The present invention permits a search of the pictures in the personal profiles to be included in the personals search. This allows a user to conduct a more exhaustive search.

---

[87] *See* Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), prior publication: US 2018/029281 Al (Oct. 11, 2018), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of Application No. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017);  Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent Application Publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019); International Patent No.: WO2021025855A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021); International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020); Patent No.: US 11,151,208 B2: System and Method for Recommending Users Based on Shared Experiences (Oct. 19, 2021); Patent Publication No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016); Prior Publication Data: US 2018/029281 Al (Oct. 11, 2018).
[88] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).
[89] *Id.*
[90] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017) ("face search" process leveraged the data generated by members on the platform to generate matches with the user's preferred physical characteristic)'. *see, e.g.,* 11/4/16 Amended Claim:
8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature,~~ and each of the plurality of different personal profiles includes an image having a corresponding reduced image data set comprising a face space, <u>wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match;</u>
[91] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.").

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

***

In one embodiment of the invention, a user may request a personal profile search that includes a search for a personal characteristic and a request to match a target image. ***A subset of reduced image data sets corresponding to personal profiles that contain the personal characteristic is retrieved and compared against the reduced image data set of the target image. The comparison is achieved by using distance calculation. When two points in the face space are close together, this is an indication that the two images look similar. The converse is also true. Where there is a large distance between two points in the face space, such images will not look similar***. The images that correspond to the personal profiles would then be sorted according to the distance from the target image in the face space. The personal profiles that are close enough can then be presented to the user.[92]

80.     Indeed, the alternative method described incorporates the "Face Search in Personals" method, which, as confirmed by Respondent's counsel, unquestionably implicates the collection, use, and storage of Claimant's biometric data in the form of face scans.[93]  Moreover, like most facial recognition algorithms, the method described in the International Patent uses a machine-learning algorithm to learn how to recognize human faces, identify key facial landmarks such as eyes, nose, hair, ears, and eyebrows, and then use that data to extract and collect its users' facial geometry and related data.

81.     Respondent's patents and investor relation documents confirm that Respondent places emphasis on the importance of considering physical characteristics and user preferences when developing new or improved matching techniques and algorithms.  For instance, Patent Nos. US 9,158,821 B2, US 9,245,301 B2, and US 9,251,220 B2 explain:

Using the web pages illustrated in FIGS. 2E-2G, system 10 collects a variety of information from an end user, including, but not limited to, basic information about the end user (FIG. 2E), as well as ***information about the type person the end user***

---

[93] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], ***we agree that it does implicate Biometric data***…") (emphasis added).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

***would be interested in dating, including information about a potential date's physical appearance*** (FIG. 2F) and background and values (FIG. 2G).[94]

82.     Similarly, as depicted in <u>Figure 13</u> below, Respondent's letter to its shareholders discusses significant improvements with matching users after incorporating machine learning to identify user preferences based on their swiping history.



*Figure 13*

83.     Respondent's patents also confirm that all dating site data, including biometrics, is stored on the Respondent's database and visible to all Dating Site members regardless of the site.[95]

## VI.     The Match Group Dating Sites Operate and Function in Accordance with Match Group's Assigned Patents

### A.     <u>Patent No.: US 9,753,948 B2</u>

84.     In 2008, Yahoo! filed a provisional application (the "Yahoo! App") entitled "Face Search in Personals" with the USPTO disclosing two primary innovations: (1) enabling a personal search based on an image of a person in the context of online dating; and (2) integrating facial

---

[94] *See, e.g.,* US 9,158,821 B2: System and method for optimizing interactions between users in a network environment (Oct. 13, 2015); US 9,245,301 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); Pub. No.: US 2016/0134713 Al: System and Method for Tracking and Illustrating User Activity in a Network Environment (May 12, 2016).

[95] International Patent No.: WO 2021/025855 A1: System and method for recommending users based on shared digital experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

recognition technology to provide users with the ability to search personal profiles based on facial features, attributes, or characteristics provided through a photograph or image (hereinafter collectively referred to as the "Face Search in Personals").[96]  Yahoo!'s App was filed in connection with Yahoo! Personals, Yahoo!'s online dating site and major competitor of Match.com.[97]  While Yahoo!'s App discusses generally search methods for online dating, the primary focus of the proposed technology was to build upon and improve the "personal characteristic" search used by top online dating services Yahoo! Personals, Match.com, and AOL Personals.[98]   Match.com acquired AOL Personals in 2009 as part of its larger acquisition of People Media, the parent company of OurTime.[99]

85.     Subsequently, in May 2010, Match.com partnered with Yahoo! to merge Yahoo! Personals into a new co-branded site called "Match.com on Yahoo!"[100] According to Match.com, the new site, "Match.com on Yahoo!," offered "compelling features including mobile access, daily personalized matches and robust search tools" [that] fully replace the existing Yahoo! Personals

---

[96] *See* Patent Application Publication No. US 2009/02999 61 AI: Face Search in Personals (Dec. 3, 2009), later granted as Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[97] *Id.*

[98] *Id.* (identifying Yahoo! Personals, Match.com, and AOL Personals as online dating services that allow users to provide a personal profile of themselves that contains a collection of personal information and characteristics.).

[99] *People Media Launches Six New Niche Online Dating Communities For AOL Personals, Enhances All Existing Specialty Sites With New Matching and Community Features* (Jun. 25, 2009), https://www.prweb.com/releases/2009/06/prweb2577154.htm

[100] https://www.datingnews.com/apps-and-sites/history-of-match/;                         *see                         also*, https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("The long-term arrangement provides that Match.com will be the exclusive online dating provider and display advertiser on Yahoo!.  Match.com will receive media placements on the site, as well as occupy the position served by the personals navigational link on the Yahoo! homepage."); https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454 html; https://www.datingnews.com/apps-and-sites/history-of-match/

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

experience at the end of the transition period."[101]   As a result of this partnership, Match.com became the exclusive online dating site on Yahoo!.[102]

86.     As depicted in <u>Figure 14</u> and <u>Figure 15</u>, the websites for Yahoo! Personals and Match.com are nearly identical.   Moreover, the sign-up process for Yahoo! Personals and Match.com contain a similar advertisement and identical sign-up process.



*Figure 14[103]*



*Figure 15[104]*

87.     After the launch of "Match.com on Yahoo!" in 2010, Yahoo! and Match.com merged their landing pages to include both company names while keeping the overall appearance and sign-up process the same.   <u>Figure 16</u> and <u>Figure 17</u> are example advertisements for Match.com on Yahoo!.

---

[101]     https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html
[102] *Id.*; *see also*, *IAC's Match.com Partners With Yahoo! to be the Exclusive Online Dating Service on Yahoo!* (May 24, 2010), https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; Match.com Partners With Yahoo! (May 24, 2010), https://www.onlinepersonalswatch.com/news/2010/05/matchcom-partners-with-yahoo.html; Leena Rao, *Yahoo Finds A New Love In Match.com, Dumps Personals, TechCrunch* (May 24, 2010), https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("Yahoo's current online dating site, Personals, will be folded into a new co-branded site called 'Match.com on Yahoo.' Match already powers Yahoo Personals in a number of European markets…Match.com on Yahoo will offer users mobile access, daily personalized matches and more advanced search tools. Match was rumored to be interested in acquiring Yahoo Personals, but this partnership makes sense considering Yahoo can retain part of the brand. And perhaps gain advertising dollars.").
[103] *Match to Buy Yahoo Personals* (Mar. 3, 2009), https://lovesites.com/2009/03/03/match-to-buy-yahoo-personals/
[104] *Id.*

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Match.com on Yahoo!**   **Match.com on Yahoo!**



*Figure 16[105]*



*Figure 17[106]*

88.     Through the acquisition of Yahoo! Personals and AOL Personals, Match.com continued to flourish as one of the largest online dating platforms in the United States and worldwide. Eventually, Match.com expanded to platforms beyond Yahoo! and merged Yahoo! Personals into Match.com. Nonetheless, as shown in Figures 18-25 below, Match.com continued to operate as an extension of Yahoo! Personals with nearly identical sign-up processes, account features and subscriptions, and services.

**Yahoo! Personals Sign Up**    **Match.com Sign Up**



*Figure 18*    *Figure 19*

---

[105] https://www.c reepshield.com/yahoo-personals/
[106] Tiffany J. Sutton, *#1. YahooPersonals – Yahoo Personals Dating Service* (Aug. 31, 2019), https://searching-hearts.com/yahoopersonals html

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Yahoo! Personals Account



*Figure 20*

## Match.com Account



*Figure 21*

## Yahoo! Personals Subscriptions



*Figure 22*

## Match.com Subscriptions



*Figure 23*

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Yahoo! Personals Dating Tips**

**Match.com Dating Tips**



*Figure 24*

*Figure 25*

89.    As discussed in Section H, Yahoo!'s App was assigned to Match.com in 2013 and later issued as Patent No.: US 9,753,948 B2 ("Yahoo! Patent").[107]   During this timeframe, Match.com and the other Dating Sites utilized Yahoo!'s "Face Search in Personals" method continuing to explore and improve its use of facial recognition technology internally and through outside partnerships.   For example, the Yahoo! Patent provides a method for searching personal profiles for similar physical features to an ex-boyfriend or ex-girlfriend:

> [I]f a person is searching the personal profiles for a male between the ages of 30 and 40 that has similar facial features to an ex-boyfriend, then the personal characteristics would be 'male' with an age 'between 30 and 40.' The reduced image data sets that would be retrieved from the personal profiles would only come from those personal profiles meeting those two personal characteristics. The above steps can be performed in any order. As just one example, the search for personal profiles can be conducted before calculating the reduced image data set for the target image. A comparison is then performed between the reduced image data set

---

[107] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

F of the target image and the subset of reduced image data sets B that have the personal characteristic defined in the personal profile search. The goal is to find the distance between reduced image data sets within the face space of all the faces.[108]

Notably, in 2014, Match.com partnered with Los Angeles-based matchmaking service Three Day Rule to offer members the opportunity to find dates that "look[ed] like their ex."[109]

90.     The Yahoo! patent also describes various embodiments in which users could select a "target image" that has features that a user finds desirable or limit their search to a specific feature the user finds attractive.[110]  Match.com, OkCupid, OurTime, and POF offer users the ability to limit their search to specific physical characteristics.  Additionally, patents issued to Respondent discuss various embodiments and methods permitting users to limit searches to physical features that a user finds attractive.[111]  Based on the aforementioned and Respondent's issued patents, at least some, if not all, Dating Sites utilize the "Face Search in Personals" facial recognition technique.

**B.      Patent No.: US 9,733,811 B2**

91.     From its earliest days, the premise of Tinder has been fundamentally the same and consistent with numerous patents assigned to Respondent.  Tinder users are shown other users as potential matches based on certain parameters, including age range and geographic location. The

---

[108] *Id.*
[109] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST, June 18, 2014, available at: https://www.washingtonpost.com/news/the-intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ (last visited on July 6, 2021) ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches"); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES, June 12, 2014 available at: https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ (last visited on July 6, 2021) ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.").
[110] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).
[111] *See, e.g.,* Patent No.: US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment.

43

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

user is shown a card with a photo of a potential match nearby. The user is then given a choice to indicate interest by swiping right or lack thereof by swiping the card to the left."[112] If two users swipe right on each other, a match has been made, and the users are permitted to communicate with one another through the Tinder app.[113]

92.     Respondent was awarded utility patent, U.S. Patent No. 9,733,811 (hereinafter "Patent 811"), entitled "Matching Process System and Method," in connection with the function and innovations embodied in Tinder. As depicted in Patent 811, Tinder users "swipe" left and right on cards containing user photos to indicate whether the user is interested in the person shown. Swiping left indicates a user is not interested in the person shown, while swiping right indicates that the user is interested in the person. *See* Figure 26 and Figure 27 below evidencing Tinder's "swipe" functionality.

**Tinder App "Swipe Right"**          **U.S. Patent No. 9,733,811**





*Figure 26[114]*                          *Figure 27[115]*

---

[112]*See, e.g.,* Tinder-style Cards with NativeScript - Love At First Swipe, available at: https://nativescript.org/blog/tinder-style-cards-with-nativescript---love-at-first-swipe/.

[113] *See* Match Group, LLC's Original Complaint filed on March 16, 2018, in the matter of *Match Group, LLC v. Bumble Trading, Inc.,* Docket Nos.: 6:2018-cv-00080, filed in the United States District Court for the Western District of Texas Waco Division.

[114]*https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6;2018-cv-00080-00001?user_id=guest* at p. 10.

[115] Patent No.: D798,314: Display screen or portion thereof with a graphical user interface of a mobile device (Sept. 26, 2017).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

93.    As depicted in <u>Figures 28-34</u> below, Match.com, OkCupid, BLK, Chispa, OurTime, and POF use the same "swipe" feature as Tinder and as described in Patent 811.





94. As described in Patent 811 and displayed in <u>Figure 35</u> and <u>Figure 36</u> below, users cannot communicate over Tinder unless both indicate interest in one another by swiping right to create a "match."[116]

<div align="center">

**<u>Tinder –Mutual Interest</u>[117]**      **<u>U.S. Patent No. 9,733,811</u>**

      

*Figure 35*      *Figure 36*

</div>

95. Similarly, as depicted in <u>Figures 37-41</u> below, Match.com, OkCupid, Hinge, OurTime, Tinder, BLK, and Chispa cannot communicate unless both indicate interest in one another by swiping right to create a "match." Match.com, BLK, Chispa, and Tinder have nearly identical "match" screens displaying Respondent's trademark phase "It's a Match!"

---

[116] *https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest*
[117] *Id.*

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**Match.com**



*Figure 37*

**Hinge**



*Figure 38*

**OurTime**



*Figure 39*

**Tinder**



*Figure 40*

**BLK**



*Figure 41*

**Chispa**



*Figure 42*

**OkCupid**



*Figure 43*

96.     As described in Patent 811, Tinder contains a "match queen" screen where users can find new matches and ongoing conversations with other matches. Tinder's "match queen" screen is depicted in Figure 44 and is identical to Patent 811 FIG 12C and FIG 12D, which are displayed below. Additionally, as displayed in Figure 45, OkCupid contains a nearly identical screen.

47

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| **Tinder** | **Patent 811 (FIG 12C)**[119] | **Patent 811 (FIG 12D)**[120] |
|---|---|---|
|  |  | |

*Figure 44*[118]

| **OkCupid** | **Patent 811 (FIG 12C)**[122] | **Patent 811 (FIG 12D)**[123] |
|---|---|---|
|  |  |  |

*Figure 45*[121]

97.     There is no dispute that the Dating Sites function and operate in accordance with Respondent's issued patents.  Moreover, Respondent emphasizes the value and importance of its innovative technology including the claims described in Patent 811 throughout its long-winded

---

[118] *Id.* at p. 12.
[119] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.
[120] *Id.* at FIG. 12D.
[121] *10 Dating Apps To Lookout For In 2015*!, https://startupdope.com/10-dating-apps-lookout-2015/
[122] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.
[123] *Id.* at FIG. 12D.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

patent infringement lawsuit with Bumble.  Specifically, Respondent described Patent 811 as follows:

> The inventions claim a specific computer method, system, and computer-readable medium of matchmaking where parties are not permitted to communicate until a match is made, user profiles are specifically "online-dating profiles" and those profiles must be "associated with a social networking platform," a type of platform that is itself computer specific. The claims further describe various actions of a graphical user interface that provide certain information at certain times in response to certain types of inputs.  This is not conventional post-solution activity in order to monopolize an abstract idea of matchmaking or even mutual opt-in matchmaking.  Instead, these limitations recite a particularly advantageous computer embodiment of a matchmaking process that also solves computer-specific problems related to the ease of making fake accounts and profiles, the inconvenience of filling out profiles, and the problem of certain online dating users being inundated with messages.[124]

98.     It is indisputable that the Dating Sites function exactly as described in Patent 811.

## VII.    Respondent's Use of Facial Recognition Technology and Collection of Biometric Data

99.     Not only does Respondent apply facial recognition across its platform to all Dating Sites, the individual sites and apps also have a long history of collecting user's biometric information:

### A.    Match.com

100.     In 2014, Match.com broadened its use of facial recognition technology by partnering with Los Angeles-based matchmaking service Three Day Rule.  Match.com offered members the opportunity to upgrade their monthly subscription to Three Day Rule's premium service, which used facial recognition technology to help users find dates that "look[ed] like their ex."[125]  Match.com members submitted photographs of their ex-girlfriends, boyfriends, partners

---

[124] https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest at p. 30.

[125] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST (Jun. 18, 2014), https://www.washingtonpost.com/news/the-

and/or spouses that were scanned with facial recognition technology to pair users with Match.com members with a similar physical appearance and facial structure.[126] Moreover, patents previously assigned to Match.com and now assigned to Respondent discuss and reference Match.com's use of facial recognition technology.[127]

## B. OkCupid

101. Beginning in 2014, OkCupid permitted Clarifai, an artificial intelligence start-up, to harvest OkCupid user's biometric identifiers, which Clarifai then used to build Clarifai's face database. Clarifai continued to collect and obtain OkCupid user's biometric information through at least 2019.[128] On July 13, 2019, Matt Zeiler, the founder and CEO of Clarifai, an A.I. start-up, admitted during an interview with The New York Times that his company had built a massive "face database" of OkCupid user profile pictures obtained from OkCupid's database. "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of

---

intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches") (last visited Aug, 16, 2021); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES (Jun. 12, 2014), https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.") (last visited Aug. 17, 2021).

[126] Anita Hamilton, *For Just $5,000, Match.com Will Find You a Date Who Looks Just Like Your Ex*, TIME (Jun. 19, 2014), https://time.com/2900033/online-dating-facial-recognition-match-three-day-rule/ ("If you like one facial structure, you will probably like someone with a similar facial structure") (last visited on July 6, 2021).

[127] *See* USPTO Patent Assignment 044621/0996, executed on Sept. 12, 2017, and recorded on Dec. 1, 2017, https://assignment.uspto.gov/patent/index html#/patent/search/resultAssignment?searchInput=%22match%20group%22&id=44621-996 (Match.com, LLC's conveyance of the following patents to Match Group: (1) Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017; Patent Publication No.: US 2014/0074824 A1: Matching Process System and Method (Mar. 13, 2014); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); and Patent Publication No.: US 2016/0154569 A1: Matching Process System and Method (Jun. 2, 2016)).

[128] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, NEW YORK TIMES (Jul. 13, 2019), available at: https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology html (On July 13, 2019, Matt Zeiler, founder and CEO of Clarifai, admitted during an interview with The New York Times, that "his company had built a face database with images from OkCupid" beginning in 2014" and that "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected face."). (last viewed Apr. 12, 2022).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

detected faces."[129]

102.    According to Zeiler, Clarifai gained access to users' profile photographs through one of its investors, a Chicago-based venture capital group launched by OkCupid's founders.[130] According to an OkCupid spokeswoman, Clarifai contacted the company in 2014 to inquire about collaborating on artificial intelligence and facial recognition technology.

103.    Clarifai created the database which included both the photograph and underlying biometric data to develop and train the algorithms used in its facial recognition technology.  To that end, Clarifai created thousands of unique face templates by scanning the biometric information in each photograph contained in the database and extracting the unique geometry of each face detected therein.  To make matters worse, Zeiler has publicly stated that Clarifai would sell its facial recognition technology to foreign governments.[131]

104.    In direct violation of BIPA, OkCupid never disclosed Clarifai's access or harvesting of OkCupid users' biometric data, use of facial recognition technology or storage of users' biometric data on Respondent's shared servers and platforms. OkCupid also violated its statutory obligation to inform those individuals about the purpose and length of the term for which their biometric identifiers would be collected, stored, and used.[132]

---

[129] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, New York times (July 13, 2019), available at: https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (last accessed on July 7, 2021).

[130] *Id.* ("Matt Zeiler, founder and chief executive of Clarifai, the A.I. start-up, said his company had built a face database with images from OkCupid, a dating site. He said Clarifai had access to OkCupid's photos because some of the dating site's founders invested in his company.")

[131] https://int.nyt.com/data/documenthelper/639-clarifai-letter/3cd943d873d78c7cdcdc/optimized/full.pdf#page=1 (open letter); https://www.nytimes.com/2019/03/01/business/ethics-artificial-intelligence.html ("[T]he last questions we have relate our philosophy on data collection. Because the way we treat consumer data is an important part of our ethical framework. It demonstrates how far we are willing to go in the interest of profit, at the expense of privacy and consent. And just this month, we've been asked to download data from cameras whose owners haven't given consent at all (lnsecam), and a few other sources that may walk a legal line but are sketchy at best. There are even rumors going around that the photos in the dataset used to build the general model were stolen from a stock photo site.")

[132] 740 ILCS 14/5(2).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

105.     Moreover, in 2017, OkCupid published an article describing its use of perceptual hash facial recognition technology (hereinafter "2017 Article").[133]

106.     Moreover, in 2017, OkCupid published an article describing its use of perceptual hash functions (hereinafter "2017 Article").[134]

107.     Specifically, OkCupid's 2017 Article describes the company's study and evaluation of four common perceptual hash functions: (1) difference hash, (2) average hash, (3) perceptual DCT hash, and (4) wavelet hash.[135]  OkCupid's study describes processes in which it compared images' (i) rotation; (ii) crop; (iii) gamma correction; (iv) border; and (v) salt and pepper ("S&P") noise and applied the Hamming distance to compare the hash function measurements. Ultimately, OkCupid's study concluded that the hashes behaved in similar manners and could be used to "determine which algorithm's hash distances can be trusted for a given image pair."[136]

108.     Perceptual hash ("pHash") algorithms are implemented in facial recognition systems and used for enhanced security to perform automated verification of the identify of users.[137] The pHash algorithm can be implemented into the Discrete cosine transfer ("DCT") face recognition technique, which is used in different ways to compare images.  Facial processing and recognition techniques that implement pHash typically are based on the concept of extracting landmark facial features, such as the eyes, nose, mouth, and chin.  DCT is applied to each of these

---

[133] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as Exhibit B.
[134] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as Exhibit B.
[135] Exhibit B at p. 8.
[136] *Id.* at pp. 8-25.
[137] *See, e.g.*, Zeba Khanam, Mohammed Najeeb Ahsan, *Implementation of pHash algorithm for face recognition in secured remote online examination system*, INT'L J. ADVANCES IN SCIENTIFIC RESEARCH AND ENGINEERING (Nov. 2018), available at:
https://www.academia.edu/37993513/Implementation_of_the_pHash_algorithm_for_face_recognition_in_a_secured_remote_online_examination_system.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

features and calculates the degrees of recognition.[138]  More specifically, this algorithm reduces the size and color of an image.  Next, DCT is employed to compute calculations of the images.  The mean value of the DCT is computed and reduced further.  Finally, the pHash value is calculated by converting the DCT measurements back to the original hash image.  The pHash values are compared using the Hamming distance algorithm for similarities and to generate matches.  Notably, a 2018 study implementing pHash into a DCT FRT to recognize individuals during remote online proctoring exams revealed that this algorithm has a 98% recognition rate.[139]

109.    OkCupid's 2017 Article describes, compares, and evaluates pHash functions, specifically targeting "perceptual DCT hash," which the study concluded had a "(relatively) high precision" rate.[140]

110.    Upon information and belief, OkCupid uses the pHash function and/or data from this algorithm as part of its facial processing system in which OkCupid reduces images, identifies and extracts key landmark features, computes DCT measurements and calculations, and then determines the pHash values by applying the Hammering distance algorithm.

111.    Upon information and belief, OkCupid stores these measurements, calculations, and values on Match Group's servers.

112.    Additionally, regardless of whether OkCupid implemented or uses a pHash in a facial recognition system, at minimum, OkCupid's pHash functions extract calculations of unique facial features that can be used to identify an individual that constitutes "biometric information."[141]  The collection of biometric information without user consent directly violates BIPA.

---

[138] *Id.*

[139] *Id.*

[140] *See* <u>Exhibit B</u> at p. 15.

[141] 740 ILCS 14/15(b) ("No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first obtains consent"); 740 ILCS

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

### C.     <u>Tinder and Hinge</u>

113.     Tinder, now owned by Match Group, has used facial recognition technology since at least 2017.[142]  Notably, Tinder's facial recognition algorithm, as outlined in Tinder's "Matching Process System and Method" patents, is based, at least in part, on Match.com's "Matching Process System and Method."[143]

114.     In fact, a comparison of Match.com's 2008 patent to Tinder's 2017, 2018, and 2019 patents, clearly depicts images of a Match.com user profile and Tinder user profile.  These patents once again signify the control that Respondent has, and always had, over all Dating Sites.  A close review of Patent Nos.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), US 9,959,023 B2: Matching Process System and Method (May 1, 2018), and US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019) indisputably confirms the use of facial recognition technology.[144]

---

14/10 ("biometric information means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual."); *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act also bans the non-consensual collection and storage of ***information…that is 'based on' those biometric identifiers***.") (emphasis added).."); *see also, Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute."); *Vance v. Int'l Bus. Machines Corp*., No. 20 C 577, 2020 WL 5530134, at *5 (N.D. Ill. Sept. 15, 2020) ("Plaintiffs allege that IBM extracted biometric information from photographs to create their DIF Dataset. The DIF Dataset includes biometric measurements that can be used to identify Plaintiffs. Thus, IBM's alleged actions implicate BIPA ... what's important is the potential intrusion on privacy posed by the unrestricted gathering of biometric in formation.")

[142] *See* Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017).

[143] *Compare* Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) to Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019).

[144] *See, e.g.*, Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) ("Implicit signals may also include ***facial recognition*** algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest.") (emphasis added).

115.     Moreover, for years, both Tinder and Hinge have held a close relationship with Amazon and acknowledge using Amazon Web Services' ("AWS") deep learning "Rekognition" ("Amazon Rekognition") object and facial recognition services:[145]



*Figure 46[146]*

116.     Amazon Rekognition uses deep learning-based image and video analysis to detect faces in images and videos, facial landmarks such as the position of the eyes, detect emotions, and detect objects and scenes within images and videos[147]  Amazon Rekogition also uses machine vision and algorithmic classification techniques to scan and map facial geometry and analyze the result to determine whether two faces match: "You can also compare a face in an image with a face detected in another image.  When you provide an image that contains a face, Amazon

---

[145]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at p. 7. (last viewed Apr. 12, 2022).
[146] *Id.*
[147]*Amazon Rekognition Developer Guide*, https://docs.aws.amazon.com/rekognition/latest/dg/rekognition-dg.pdf#what-is at pp. 2, 142.

FILED DATE: 10/21/2022 8:16 PM     2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Rekognition detects the face in the image, analyzes the facial attributes of the face, and then returns a percent confidence score for the face and the facial attributes that are detected in the image."[148]

117.    AWS boasts that Amazon Rekognition can also detect objects, people, and scenes in all images and videos, which means that at minimum, Amazon Rekognition is scanning every single image and video uploaded by Tinder and Hinge and collecting facial geometry and facial landmarks to determine whether a person is in the frame.  Amazon Rekognition compares faces and objects returning a confidence index and description of its analysis, which for example, may include that an individual was detected and is smiling and/or wearing sunglasses in the image. <u>Figures 47-52</u> depicted below are screenshots from AWS's Amazon Rekognition marketing materials and Tinder's PowerPoint.



*Figure 47[149]*



*Figure 48[150]*

---

[148] *Id.* ("You can use storage operations to save facial metadata for faces detected in an image. Later you can search for stored faces in both images and videos. For example, this enables searching for a specific person in a video. For more information.").
[149] *Id.* at pp. 21-22.
[150] *Id.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 49[151]*



*Figure 50*



*Figure 51[152]*



*Figure 52*

118.   Using Amazon Rekognition, Tinder and Hinge can run commands within the

Amazon Application Programing Interface, otherwise known as an "API" interface called "index-

---

[151] *Id.* at pp. 23-5
[152] AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 27:43-28:58.

faces" on all images it wishes to analyze and/or compare. The index-faces command instructs Amazon Rekognition to detect and scan faces in images. Amazon Rekognition then accesses the images stored in Respondents' database, applies its machine vision algorithm to scan, identify, and extract facial landmarks and the facial geometry of the detected faces of the individuals' pictures into a feature vector. Said feature vectors include precise coordinates describing the essential facial landmarks including the nose, corners of the mouth, eyes, pupils, jawline, and chin. The feature vectors of facial geometry, as well other details such as the persons emotions, whether a person is smiling, or sad, is wearing eyeglasses or sunglasses, are then stored in an AWS backend database called a Rekognition "collection." *See* <u>Figure 53</u> below, showing a screenshot of the Rekognition collection.



*Figure 53*

119. Next, Respondent uses Amazon Rekognition to run a face matching API command. Said face matching command searches for a matching "FaceId" to determine whether an individual is already in the database. If a match is found, the unique FaceId is returned along with a "Similarity" score, which is a confidence measure indicating the similarity rate between the two matches.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

```
{
    "SearchedFaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
    "FaceMatches": [
        {
            "Similarity": 99.99944305419922,
            "Face": {
                "FaceId": "5da9b088-5109-49d7-be85-001d2610417c",
                "BoundingBox": {
                    "Width": 0.18031999468803406,
                    "Height": 0.2648650109767914,
                    "Left": 0.27408599853515625,
                    "Top": 0.12426400184631348
                },
                "ImageId": "01fc3c24-dbde-3538-acee-2df042ca10a3",
                "ExternalImageId": "Shawn2",
                "Confidence": 99.99250030517578
            }
        }
    ],
    "FaceModelVersion": "5.0"
```

*Figure 54*

120.    Speaking during AWS re:Invent in December 2018, Tom Jacques, VP of Technology at Tinder discussed how the company uses the strong learning-powered Amazon Rekognition provider to identify user's key traits by mining the 10 billion photos they upload daily:[153]

> The challenges we face are in understanding who members want to see, who they match with, who will chat, what content can we show you and how do we best present it to you.
>
> ***
>
> …[Tinder] extracts all of this information and feed[s] it into our features store, which is a unified service that allows us to manage online, streaming and batch processing. We take this information and feed into our tagging system to work out what we highlight for each profile.

*Id.*    Premium users of Tinder also get access to a "Top Picks" feature.  Launched in September, this feature provides Tinder Gold subscribers with a curated feed of "personalized high quality

---

[153] Scott Harvey, *VP of Engineering on Tinder's Use of Image Recognition Technology* GLOBAL DATING INSIGHTS (Dec. 7, 2018); *see also*, AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 9:55-11:30. ("Tinder faces many, many challenges serving recommendations relevant to achieve these outcomes at scale and data is essential to do this. [Tinder] ingest[s] over 40 terabytes of data every day that feed into our analytics and machine learning systems.").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

potential matches"[154]   All Tinder users receive one free "Top Pick" a day, but Tinder Gold subscribers can tap a diamond icon at any time for a set of Top Picks, which is refreshed daily.[155] According to Jacques, "when it comes to serving this when a member wants their Top Picks we query our recommendation cluster, the same underlying technology that powers our core recognitions, but looking at the outcomes users are trying to achieve and to provide really personalized, high quality matches."[156] Figures 55 and Figure 56 below is a diagram presenting an example in which Amazon Rekognition extracts features from a photograph uploaded to Tinder and feeds the labeled data into AWS' tagging system to produce a tag applied to profile, and later recognized and matched as a "Top Pick" to another user.[157]  Figure 57 displays a Tinder Gold subscriber's daily "Top Picks." [158]

---

[154] *Id.* at 12:22-17:24.
[155] Sarah Perez, *Tinder launches its curated 'Top Picks' feature worldwide* TECHCRUNCH (Sept. 11, 2018), https://techcrunch.com/2018/09/11/tinder-launches-its-curated-top-picks-feature-worldwide/
[156] *Id.* at 12:22-17:24.
[157] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at pp. 27-28. (last viewed Apr. 12, 2022).
[158] *Id.* at p. 23; AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 12:22-17:24.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 55*



*Figure 56*



*Figure 57*

121.     Tinder uses AWS's image recognition software to create tags associated with that user's profile.   Tinder's issued patent, Patent No.: US 9,715,532 B1, explains that a tag encapsulates various features a user likes, including photographs and behavioral data, and is configured with the feature recognition engine, which can identify a particular person (e.g., the associated object user or other individuals), voices, and groups of persons.[159]

## VIII.   Respondent's Recent Acts Prove It Intends to Delve Further into Biometric Data Collection as evidenced in its Acquisition of Hyperconnect, Inc.

122.     In February 2021, Respondent acquired Hyperconnect, Inc. ("Hyperconnect"), a

---

[159] Patent No.: US 9,715,532 B1: Systems and Methods for Content Object Optimization (Jul. 25, 2017).

South Korean social-media company "*that has won recognition at artificial intelligence conferences for its facial recognition technology*,"[160] for $1.725 billion.[161]

123.    On February 9, 2021, CEO Shar Dubey and CFO/COO Gary Swidler hosted an investor call describing Hyperconnect's advanced proprietary video and artificial intelligence ("AI") tech infrastructure[162] created by Sam Ahn, Co-founder, CEO, and CPO of Hyperconnect[163] emphasizing the strategic reason for the acquisition, which included leveraging the "scalable video technology"[164] across the Match Group brands.

---

[160]    https://www.zdnet.com/article/dating-maven-match-spends-1-7-billion-on-south-korea-social-chat-app-maker-hyperconnect/ (emphasis added).

[161]Match Group Investor Presentation, https://s22.q4cdn.com/279430125/files/doc_presentations/2021/Match-Group-Acquisition-of-Hyperconnect.pdf (Describing Hyperconnect as a "South Korea-based app developer driving social connections with proprietary video and AI technology") ; *see also*, https://www.wsj.com/articles/match-group-buys-korean-social-media-company-for-1-725-billion-11612904483 ("Hyperconnect, based in Seoul, has developed two video apps that focus on helping people interact one-on-one and with new communities. Hyperconnect's first app, Azar, offers live video and audio chat and can instantly translate voice and text for users that speak different languages. Hyperconnect's other app, Hakuna Live, is a social live-streaming app that provides group video and audio broadcasts. The apps broaden Dallas-based Match Group's software offerings to include linking casual friends. Match operates several dating apps, including Tinder, Hinge and OkCupid, as well as its namesake brand… The company has been looking to expand beyond its core market of online dating services. The company, in a letter to shareholders this month, said it planned to add to its portfolio to capture nondating uses for social apps. It already provides some of that broader functionality, including through its Ablo live-video chat app that allows users to make friends around the world. Hyperconnect's features include broadcasting and watching messages on low-quality mobile phones without a lag. ***Match Group expects to apply some of this technology to its own suite of apps that have introduced more video-dating options since the pandemic started making it more challenging to meet people in person, a company spokeswoman said***.").

[162] Match Group Investor Presentation (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.

[163]Sam Ahn currently serves on the Board of Directors of Match Group. *See* https://mtch.com/leadership/#Sam%20Ahn (Match Group's leadership profile for Sam Ahn).

[164] *Id.* at p. 7.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 58[165]*



*Figure 59[166]*

124. On June 17, 2021, Respondent announced its plan to deploy Hyperconnect's technology across its portfolio:

> "Hyperconnect's forward-looking technology has already forged new ways for the next generation to make friends and engage with new people, regardless of borders and language barriers," said Shar Dubey, CEO of Match Group. "Our immediate

---

[165] *Match Group Investor Presentation* (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.
[166] *Id.* at p. 7.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

goal is to accelerate Hyperconnect's growth, while deploying their technology across our portfolio, helping to ensure people around the world have access to the best products to meet new people, and create joyful connections."

Based in South Korea, Hyperconnect employs more than 400 people, of which approximately half are top-tier engineers, and operates two social discovery apps: Azar® and Hakuna Live™. Azar® offers 1:1 live video and voice chat with a strong presence across Asia and growing in Europe. Hakuna Live™, which launched in 2019, provides one to many or group live video, audio, and avatar-based streaming with a highly engaged user base in South Korea, Japan and other markets across Asia.

"We're thrilled to start capturing the huge synergy potential between Hyperconnect and Match Group's portfolio of world-class brands," said Sam Ahn, CEO of Hyperconnect. "We see clear pathways to turbocharge Hyperconnect's growth while adding value to Match Group through our unique technology.'" [167]

125.    Following the acquisition of Hyperconnect, Match.com,[168] Hinge,[169] OurTime,[170] and Tinder[171] have launched newly improved video chat functions and video features including a live chat option. *See* Figures 60-63.

---

[167] *MATCH GROUP CLOSES ACQUISITION OF HYPERCONNECT* (Jun. 17, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Closes-Acquisition-of-Hyperconnect/default.aspx
[168] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also*, Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMag (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid
[169] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[170] https://www.ourtime.com/v3/help/article/172
[171] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**Match.com**



*Figure 60[172]*

**OurTime**



*Figure 61[173]*

**Hinge**



*Figure 62[174]*

**Tinder**

*Figure 63[175]*

[172] https://www.youtube.com/watch?v=avMVX_9biyM
[173] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[174] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat
[175] https://www.ourtime.com/v3/help/article/172

126.    Hyperconnect's issued patents confirm the use of facial recognition technology and the collection and capture of biometric information and identifiers.   Patent No.: US 10,728,498 B2, granted on June 28, 2020, states:

> The communication method includes performing, by a first terminal, consecutive video call with at least one or more second terminal; selecting, by the first terminal, at least one or more representative frame from among a plurality of frames of an image being photographed during each video call; detecting, by the first terminal, a face from the at least one or more representative frame; generating, by the first terminal, a face recognition result that includes information on a number of the faces detected from the at least one or more representative frame; outputting, by the first terminal, the face recognition result to a server; and upon completion of the video call with the at least one or more second terminal, performing, by the first terminal, video call with a third terminal selected based on the face recognition result from the server.[176]

Similarly, Patent Nos.: US 10,972,700 B2, granted on April 6, 2021, and US 10,602,090 B2, granted on March 24, 2020, state:

> According to some embodiments, the selecting, by the server, the terminal to be matched with the first terminal based on the received *face recognition* result, in response to the second matching request may include, in response to the number of the faces detected being plural, and in response to the *face recognition* result received from the first terminal from among the at least one or more terminal including information on the number of the faces that is two or more, selecting, by the server, a terminal that provided two or more *face recognition* results from among the at least one or more terminal as the terminal to be matched with the first terminal.[177]

127.    Hyperconnect's patents further confirm that facial recognition is achieved using a

---

[176] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)

[177] Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021) (emphasis added); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020) (emphasis added).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

deep learning algorithm[178] to detect the user's face in images and video frames[179] and then extract

the user's face and/or facial features[180, 181] to obtain a feature vector used for classification and

---

[178] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The processor 350 may train the machine learning model by using a deep learning algorithm. The machine learning model may include at least one or more of Deep Neural Network (DNN), Convolutional Neural Network (CNN), Recurrent Neural Network (RNN), Region-based Convolutional Neural Networks (R-CNN), Restricted Boltzmann Machine (RBM), Deep Belief Network (DBN), or Deep Q-Networks. Moreover, the machine learning model may include Convolutional Neural Network (CNN), AlexNet, ZFNet, GoogLeNet, VGGNet, ResNet, Inception-ResNet, Inception-v2, Inception-v3, or Inception-v4.").

[179] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("For example, the face detection module 131b may detect the face from the first frame FR1 selected using a well-known face detecting algorithm… the face detection module 131b may detect characteristics of a face within the representative frame such as eye, nose and mouth, etc., and detect the faces of the persons within the representative frame based on the detected characteristics.") ("FIGS. 2 and 3 disclose an embodiment where the first terminal 100 *extracts a face from an image* (IMG). In another embodiment of the present disclosure, the first terminal 100 may transmit the image (IMG) photographed through the inputter 110 to the server 500. Further, the server 500 may select at least one or more representative frame from among the plurality of frames FR1 to FRn included in the image (IMG), and *extract* a face or facial region from the at least one or more representative frame.") ("*The face detection module 131b may transmit information on an extracted face to the operator* 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

[180] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The image analysis device 340 may analyze the face image of each of users to obtain feature point distribution information. In particular, the image analysis device 340 may *extract* coordinates associated with at least one or more specific points of the face of each of users to generate the feature point distribution information. […] Herein, the feature point distribution information may mean information defining the distribution form of feature points corresponding to predetermined parts (e.g., eyes, nose, mouth, eyebrows, cheekbones, and the like) of the user's face. Moreover, the image analysis device 340 may analyze the similarity between the image of the first user and the stored image of each of users.") ("The server 200 may *extract* the facial feature points of the user included in the video stream by combining one or more of scale invariant feature transform (SIFT), histogram of oriented gradient (HOG), Haar feature, Ferns, local binary pattern (LBP), and modified census transform (MCT), or may *extract* the facial feature points by using another method.").

[181] Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021) ("Referring to 910 of FIG. 9A, the server 200 may receive a video or a video stream of the face of a user from each of a plurality of terminals. Also, the server 200 may receive gender information corresponding to distribution information of facial feature points of the user from each of the plurality of terminals. The gender information is information indicating whether the user is a man or a woman. The server 200 may obtain distribution information of facial feature points of a plurality of users based on the received video or video stream. The server 200 may store the distribution information of the facial feature points of the plurality of users and gender information corresponding to the distribution information of the facial feature points of the plurality of users in the storage 230 of the server 200… Alternatively, the server 200 may store the distribution information of the facial feature points of each of the plurality of users, gender information input when each of the plurality of users subscribes or logs into the application, and actual gender information of each of the plurality of users. […] The distribution information of the facial feature points of each of the plurality of users may be paired with the gender information input when each of the plurality of users subscribes or logs into the application and the actual gender information of each of the plurality of users and may be stored. Referring to 920 of FIG. 9A, the server 200 may learn a correlation between the distribution information of the facial feature points of the plurality of users and the gender information corresponding to the distribution information of the facial feature points of the plurality of users by calculating information stored in the storage 230 through an artificial neural network. In detail, the server 200 may learn a correlation between distribution information of facial feature

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

matching.[182]

128.    Hyperconnect's issued patents also confirm the use of voice recognition technology and collection of biometric data.  Patent No.: US 10,643,036 B2, granted on May 5, 2020, states:

A method of providing real-time translation for video chat is provided. The method includes: continuously receiving first-language voice data and at least one second-language word from a first terminal; continuously displaying the at least one second-language word at the same time as reproduction of the voice data; acquiring a second-language translation of an ended sentence included in a *voice recognition* result for the voice data; and substituting at least one word, which corresponds to the ended sentence in the displayed at least one second-language word, with the acquired translation. The at least one second-language word corresponds to respective words included in the *voice recognition* result for the voice data.

\*\*\*

The third server 400 may be a *voice recognition* server. The third server 400 may provide a *voice recognition* service. The third server 400 may receive an encoded voice from the first terminal 100 or the second terminal 150. The third server 400 may perform *voice recognition* using the encoded voice. The third server 400 may convert the encoded voice into a text as the *voice recognition* result. The third server 400 may transmit the converted text to the first terminal 100 or the second terminal 150.

\*\*\*

In operation S120, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice. The controller 102 of the first terminal 100 may continuously perform *voice recognition* using the encoded voice. The controller 102 may continuously convert the encoded voice into a first-language text as the *voice recognition* result. According to another embodiment, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice from the third server 400. The first terminal 100 may continuously transmit the encoded voice to the third server 400. The third server 400 may be a server that

---

[182] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

points of a k.sup.th user and gender information of the k.sup.th user (k=1, 2, 3, 4, 5, . . . , n). That is, the server 200 may calculate, through a plurality of layers, input distribution information of facial feature points and gender information corresponding to the input distribution information of the facial feature points and may perform learning based on values obtained as a calculation result.")

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

provides a *voice recognition* service. While the voice is being received, the communication interface 104 of the first terminal 100 may continuously transmit at least a part of the voice encoded till now to the third server 400.[183]

Similarly, Patent No.: US 10,430,523, granted on October 1, 2019, states:

FIG. 5 is a flowchart of operation S200 of acquiring the greeting by the first terminal 100, according to an embodiment. Referring to FIG. 5, in operation S210, the kind of the first language may be identified. The first terminal 100 may identify the kind of the first language. The controller 102 of the first terminal 100 may identify the kind of the first language using the voice of the first user recorded by the input interface 101 of the first terminal 100. The controller 102 may perform *voice recognition* using the recorded voice. The controller 102 may detect the kind of the first language as a result of the *voice recognition*. For example, the controller 102 may extract at least one feature from the recorded voice. The controller 102 may calculate a probability distribution of the kind of the language corresponding to the extracted feature using machine learning. For example, the controller 102 may calculate the probability distribution using Bayesian multinomial logistic regression. The controller 102 may select the kind of the language corresponding to the highest probability in the calculated probability distribution. According to another embodiment, the controller 102 may identify the kind of the first language using language setting set to the first terminal 100. Information about the kind of the language preferred by the first user may be preset to the first terminal 100. The information may be stored in the storage 103 of the first terminal 100. The controller 102 may define the kind of the language corresponding to the information as the kind of the first language.

\*\*\*

Referring to FIG. 5 again, in operation S220, the kind of the second language may be identified. The first terminal 100 may identify the kind of the second language using the *voice* of the second user recorded by the second terminal 150. The communication interface 104 of the first terminal 100 may receive the *voice* of the second user recorded by the second terminal 150 from the second terminal 150. The controller 102 of the first terminal 100 may perform *voice* recognition using the received *voice* of the second user. The controller 102 may detect the kind of the second language as a result of the *voice* recognition.[184]

*Id.*

129.    Hyperconnect developed and operates two popular live-streaming and video chat

---

[183] Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020).
[184] Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019).

apps, Azar and Hakuna Live.[185] Respondent's acquisition of Hyperconnect allows Respondent to

leverage Hyperconnect's video and audio technology, which integrate facial and voice recognition

functions,[186] across its Dating Sites to enhance members video and live chat experiences.[187]  Both

Azar and Hakuna use Apple's TrueDepth camera and API technology to recognize faces and track

facial movements of their users:[188]

> Facial information: Facial marks and any additional facial information
> from Apple's TrueDepth API technologies. We will use Apple's
> TrueDepth API technologies to recognize user faces in camera
> experiences based on your consent or if permitted. We may track the
> movement of your eyes, mouth and face and use this facial information,
> where this is necessary to deliver the Service you have requested.

130.    Match Group's public SEC filings confirm that Match Group has integrated

---

[185] *Id., Azar,*, https://azarlive.com/ (operated by Hyperconnect, Inc); Hakuna, https://hakuna.live/en (operated by MOVEFAST Company, K.K., a subsidiary of Hyperconnect, Inc.); https://ir.mtch.com/financials/sec-filings/default.aspx.

[186] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020);  Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020); Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019); Patent Application Publication No.: US 2021/0142440 AI (May 13, 2021); *see* Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* Hyperconnect, https://hyperconnect.github.io/MarioNETte/; Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* ASSOCIATION FOR THE ADVANCEMENT OF ARTIFICIAL INTELLIGENCE (Nov. 19, 2020), https://arxiv.org/abs/1911.08139; Shurain, *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* YouTube (Nov. 20, 2019), https://www.youtube.com/watch?v=Y6HE1DtdJHg.

[187] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also,* Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMAG (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-; https://www.ourtime.com/v3/help/article/172; https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat; https://www help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat    ; https://www.youtube.com/watch?v=avMVX_9biyM; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-.

[188] *See* https://azarlive.com/home/privacy-policy html; https://hakuna.live/en/privacy-policy.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Hyperconnect's technology into several of its dating sites including OkCupid,[189] Match.com, Hinge, and POF.[190]



*Figure 64[191]*

131.    Upon information and believe, Match Group uses the same or similar video feature technology in Tinder and OkCupid.

## IX.    Respondent Violates BIPA

132.    The facts are simple and irrefutable.  Respondent (i) intentionally collects biometric data from every photograph uploaded to its website; (ii) neither informs users of these practices nor seeks their written consent; and (iii) does not have a publicly available retention policy indicating the length of time it retains the biometric data it collects, or when and how it destroys such data.

---

[189] *Match Group, Inc. Form 8-K,* SEC (Feb. 1, 2022), available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000891103/658f00ff-e679-4318-bda9-18ea203df0c0.pdf at p. 9 ("Both Match and Meetic continue to optimize their monetization models, and both are incorporating audio and video further info their apps, powered by Hyperconnect technology.  OkCupid continues to expand in select international markets and began testing live-streaming video in late 2021.").

[190] *Id.* at p. 8.

[191] *Id.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## X.    Claimant's Experience

133.    Claimant has or had OkCupid and Tinder accounts.

134.    Claimant has uploaded several photos to Respondent's platform including photos of Claimant.

135.    Claimant was never notified of and has never consented to Respondent's use, collection, and storage of Claimant's biometric data.

136.    Claimant did not request or give permission – written or otherwise – to Respondent to collect or store biometric identifiers, nor did Claimant receive or sign a written release allowing Respondent to collect or store biometric identifiers.

137.    Respondent never even informed Claimant by written notice or otherwise that Claimant could prevent Respondent from collecting, storing, or using biometric identifiers.

138.    Likewise, Respondent never provided Claimant with an opportunity to prohibit or prevent the collection, storage, use, or sharing of Claimant's face geometry or associated biometric information.

139.    Respondent never advised Claimant in writing, or otherwise, of any policy to destroy the biometric identifiers that Respondent collected and stored of Claimant's face and/or voice.

140.    Nevertheless, when Claimant uploaded photos.  Respondent automatically detected and located Claimant's face, analyzed the geometric data relating to the unique contours of Claimant's face and the distances between Claimant's eyes, nose, and ears, and used that data to extract and collect Claimant's scan of face geometry and related data, such as gender, age, race, and location.

141.    As a result of Respondent's unauthorized collection and use of Claimant's biometric identifiers, Claimant was deprived of their control over that valuable information.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## COUNT I

**Violation of the Illinois Biometric Information Privacy Act**
**(Violation of 740 ILCS 14/15(a))**

142.     Claimant incorporates the foregoing allegations as if fully set forth herein.

143.     Section 15(a) of BIPA requires that any

> private entity in possession of biometric identifiers . . . must
> develop a written policy, made available to the public,
> establishing a retention schedule and guidelines for
> permanently destroying biometric identifiers . . . when the
> initial purpose for collecting or obtaining such identifiers . . .
> has been satisfied or within 3 years of the individual's last
> interaction with the private entity, whichever occurs first.

740 ILCS 14/15(a).

144.     Respondent does not publicly provide a retention schedule or guidelines for permanently destroying Claimant's biometric identifiers as specified by BIPA.  *See* 740 ILCS 14/15(a).

145.     Accordingly, Claimant seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Claimant by requiring Respondent to establish and make publicly available a policy for the permanent destruction of biometric identifiers compliant with 740 ILCS 14/15(a); and (ii) statutory damages of $5,000 for this intentional violation of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1).

## COUNT II

**Violation of the Illinois Biometric Information Privacy Act**
**(Violation of 740 ILCS 14/15(b))**

146.     Claimant incorporates the foregoing allegations as if fully set forth herein.

147.     BIPA makes it unlawful for any private entity to, among other things,

73

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

(b) collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

> (1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

> (2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

> (3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.

> . . . .

> (d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

>> (1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

740CS 14/15(b) and (d).

148. Respondent is a Texas corporation and thus qualifies as a "private entity" under BIPA. *See* 740 ILCS 14/10.

149. Respondent violated section (b) in three ways by: (1) generating, (2) collecting, and/or (3) storing Claimant's biometric data and information without consent.

150. As explained in detail in Section I above, Claimant's faceprints, face geometry, and voiceprints are "biometric identifiers" pursuant to 740 ILCS 14/10. Additionally, any voice and facial features and/or data extracted from Claimant in a measurable and/or identifying form constitute "biometric information" pursuant to 740 ILCS 14/10.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

151.    Respondent systematically and automatically collected, used, and stored Claimant's biometric identifiers without first obtaining the specific written release required by 740 ILCS 14/15(b)(3) and (d).

152.    As explained above, Respondent did not properly inform Claimant in writing that Claimant's biometric identifiers were being collected and stored, nor did it inform Claimant in writing of the specific purpose and length of term for which these biometric identifiers were being collected, stored, and used, as required by 740 ILCS 14/15(b)(1)– (2).

153.    By collecting, storing, using, and sharing Claimant's biometric identifiers as described herein, Respondent violated Claimant's right to privacy of these biometric identifiers, as set forth in BIPA, 740 ILCS 14/1, *et seq*.

154.    Claimant seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Claimant by requiring Respondent to comply with BIPA's requirements for the collection, storage, and use of biometric identifiers; and (ii) statutory damages of $5,000 for this intentional violation of 740 ILCS 14/15(b) of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1).

## PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that the Arbitrator enter an Order:

155.    Declaring that Respondents' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq.*

156.    Awarding statutory damages of at least $20,000;

157.    Awarding injunctive and other equitable relief as is necessary to protect the interests of Claimant, including, inter alia, an order requiring Respondent to collect, store, use, and share biometric identifiers or biometric information in compliance with BIPA;

158.    Awarding such other and further relief as equity and justice may require.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

Dated:  April 19, 2022

LABATON SUCHAROW LLP
Melissa H. Nafash
Jonathan Gardner
Shannon K. Tully
140 Broadway
New York, NY  10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
*Counsel for Claimant*

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT A

**Nafash, Melissa**

| | |
|---|---|
| **From:** | Samuel Kitchens <Samuel.Kitchens@match.com> |
| **Sent:** | Thursday, July 1, 2021 6:00 PM |
| **To:** | Gardner, Jonathan; Nafash, Melissa |
| **Cc:** | Keller, Christopher J.; Brandon Kerstens |
| **Subject:** | RE: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data? |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Hello Jonathan and Melissa,

It was great talking with you a couple weeks back about Biometric data at Match Group brands. On our call, you mentioned three patents as bases for your investigation into our brands' Biometric practices. I believe the three were: (1) Patent No. 9,094,396 – Integrated Profile Creation for A Social Network; (2) Patent No. 10,203,854 – Matching Process System and Method; and (3) Patent No. 9,753,948 – Face Search in Personals. For the first two, after reviewing the patents, we do not understand what about them leads you to believe they implicate Biometric data. The first is about profile creation, and the second is about a process and method for matching users. For the third one, we agree that it does implicate Biometric data, but it is not a patent that we are using, or even a patent that we created. Rather, this patent was one patent in a patent portfolio that Match purchased in 2013 from Yahoo! after Yahoo! Personals shut down. My understanding is that this patent is not being, and has never been, used by any of the brands.

As stated before, we have no interest in violating the Illinois Biometric law, and we take considerable steps to ensure that the law is being followed. We have checked with the brands again and confirmed that where biometric data is collected—like the Tinder Photo Verification feature we directed you to—proper disclosures are provided and consent obtained. Have you had a chance to look at Tinder's Photo Verification feature? Hopefully that can give you comfort that we are on top of this law, and we are not running afoul of it.

If you have any other questions or would like to discuss, please do not hesitate to reach out. Otherwise, I hope you have a great holiday weekend!

Best,

Sam

**From:** Gardner, Jonathan <JGardner@labaton.com>
**Sent:** Monday, June 7, 2021 3:37 PM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Brandon Kerstens <Brandon.Kerstens@match.com>; Nafash, Melissa <MNafash@labaton.com>
**Subject:** Re: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data?

Sam, we are available Friday from 2-4. I am including Melissa from our team who will also participate.

Sent from my iPad

On Jun 7, 2021, at 2:00 PM, Samuel Kitchens <Samuel.Kitchens@match.com> wrote:

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Great, thanks.  Chris and Jon, nice to meet you.  I'm also including Brandon from our team here.

Would you be able to talk on Friday Afternoon?  We're free between Noon and 4 PM ET.

---

**From:** Weinberger, Ned <NWeinberger@labaton.com>
**Sent:** Monday, June 7, 2021 9:40 AM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Gardner, Jonathan <JGardner@labaton.com>
**Subject:** RE: Time to Talk re Match Group/Biometric Data?

Hi Sam—

Thanks for reaching out. I'm copying my partners Chris Keller and Jon Gardner. They'd be happy to speak with you about the matter.

Best,

Ned

---

**From:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Sent:** Monday, June 7, 2021 9:41 AM
**To:** Weinberger, Ned <NWeinberger@labaton.com>
**Subject:** [EXTERNAL] Time to Talk re Match Group/Biometric Data?

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Hello Mr. Weinberger,

I'm Samuel Kitchens, corporate counsel at Match Group.  A former colleague of mine, Silpa Maruri, who I believe you work with on some cases, gave me your contact info, and I was wondering if I could get some time to talk to you or someone else at your firm?  We recently discovered the following ad, https://clientconnect.labaton.com/case/dating-sites/, seeking Plaintiffs for a case against several brands under the Match Group umbrella regarding Biometric Data.  Frankly, we're a bit baffled by the ad, because, other than some very specific, limited circumstances where the appropriate consent is collected, our brands do not collect biometric data.  We would appreciate it if we could get an opportunity to speak with you, because I'm sure that you wouldn't want to spend time or effort on pursuing a bunch of lawsuits based upon an inaccurate understanding of the basic facts.

Thanks,

Sam

**Samuel C. Kitchens**
Sr. Corporate Counsel - Litigation
Match Group

8750 N. Central Expwy, Ste 1400 | Dallas, Texas 75231
214-265-3088
samuel.kitchens@match.com

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT B

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**okcupid**   WE'RE HIRING!   HOME   OKCUPID.COM     

# Evaluating Perceptual Image Hashes at OkCupid



**ZACHARY JABLONS**

31 MAY 2017  •  13 MIN READ



Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 865 of 1583 PageID #:874

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

At OkCupid, we sometimes run into users and bots that re-use the same photos we've seen before. While sometimes we can simply check if a photo has been seen (and banned) before, we often run into the case where a banned photo has been manipulated slightly -- so an exact comparison won't work. Even a slight shift in the image would completely ruin an exact match. This is a problem we identified years ago, and we had a partial solution using a simple perceptual hash function. However over the years we've become familiar with the failings of the current system. The need for a more robust approach magnified once we made photos a requirement for new users.

There are a few ways to approach this problem, however the most common way is using a perceptual hash. For the uninitiated, a hash in general is (according to the almighty Wikipedia) a "function that can be used to map data of arbitrary size to data of fixed size", e.g. turning an image into a bitstring that represents that image.

Traditionally this means a cryptographic hash (e.g. MD5, SHA-256), in which the slightest change in the input will produce a drastic change in the output. However, for our purposes, we want nearly the opposite -- a slight change in the input (like, shifting or rotating the image a bit) should produce little to no change in the output. This is where the idea of a perceptual image hash comes in.

Ultimately a perceptual image hash seeks to stay largely _invariant_ in its output to slight changes in the input, while producing a small (i.e., manageable) output. Armed with these sorts of functions, we should be able to check if a photo uploaded to the site is the same one that's just been slightly changed in an attempt to get around exact image checks.

The rest of this post details an exploration of four different perceptual hash algorithms that fit this format, under what transformations they fail to stay invariant and which ones perform better overall.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

While we already had a perceptual hash system in place, it's time for an upgrade!

# Evaluation

For the rest of this blog post we'll be discussing perceptual image hash functions that take an arbitrary image and produce a fixed size bitstring. This allows us to just use the <u>Hamming distance</u> between bitstrings in our evaluations. Theoretically a perceptual hash could produce a dense representation of an image (i.e. a vector of floats), but that makes comparisons more complicated.

There's two main things we evaluate here:

1. Image Transforms (or attacks), i.e. what transformations would attackers apply to the images in order to try and fool a detection system

2. Perceptual Hash function accuracy

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

The goal of this evaluation is to determine how well perceptual hashes differentiate between entirely distinct image pairs and image pairs which are just an image and its transformed version.

# Evaluation Overview

We set this up as measuring distances in two cases:

1. Positive case -- the distances between images and the transformed versions of those images

2. Negative case -- the distances between distinct original images

We work with a sample of about 10k images on the site to balance getting this done in a reasonable amount of time and statistical significance, and from this sample we run 10 trials of each case on these images. For the negative case we actually sample 1k image pairs (and get their hash distances), whereas for the

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

positive case we just evaluate a ton of transformations and their distances and then sample them down to 1k examples. This gives us a sense of how reliable each metric is -- although generally we didn't observe much significant variation.

One important thing to add here is that these images are deliberately filtered to make sure none of them came from spammers to prevent re-used spam photos from being treated as distinct image pairs. Additionally, we take the extra step of removing any non-unique photos (by comparing their exact hashes).

## Transformations

We identified five typical image transformations that our hardworking, tireless moderation team sees most commonly when dealing with spammers.

- Rotation (about the origin)

- Crop

- <u>Gamma correction</u>

- Adding a border (or reverse crop)
- Salt & Pepper noise

| TRANSFORMATION | MILD | MEDIUM |
|---|---:|---:|
| Rotation | 1-5 | 6-15 |
| Crop | 95-99 | 85-94 |
| Gamma correction | 1±0.01-0.25 | 1±0.26-0.5 |
| Border | 1-5 | 6-15 |
| S&P; Noise | 0.5-2.5 | 2.6-5 |



Eva uat ng Perceptua  mage Hashes at O Cup d                                                    8/11/21  8 17 PM



Noise

Each of these transformations have a parameter that controls the intensity of the operation -- e.g. how many degrees to rotate. For simplicity of analysis, we specified three buckets of each of these parameters: mild, medium, and 🔥 **extreme** 🔥. Whenever a transformation is applied, the bucket is specified and the parameter is uniformly sampled from that bucket (see the table above for those buckets). In most of these analyses, each transformation / bucket is computed three separate times because more data is always better.

But wait there's mirr..ore! For each transformation application we flip a metaphorical coin and mirror the transformed image across its vertical axis. We skip the horizontal axis since it's just not seen as much in the wild -- one might

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

imagine that upside down pictures are a pretty obvious spam giveaway.

## Perceptual Hash functions

We won't go too much into the specifics of each perceptual hash function in this post since they're well detailed in the references provided. For simplicity we limited ourselves to evaluating four common perceptual hash functions:

- <u>Difference Hash</u> (denoted `diff_hash` or `ih_dhash` )

- <u>Average Hash</u> (denoted `average_hash` or `ih_avghash` )

- <u>Perceptual (DCT) Hash</u> (denoted `dct_hash` or `ih_phash` )

- <u>Wavelet Hash</u> (denoted `wavelet_hash` or `ih_whash` )

The implementations used here are all provided by Johannes Buchner's excellent and convenient Python <u>ImageHash library</u>.

## Normalized Hamming distance

## Normalized Hamming distance

Since each hash function is reducing the image to a bitstring, we use the Hamming distance to compare them. This is pretty much a fancy way of saying that we just measure how many bits are different between each hash.

In order to compare hash functions that produce different size bitstrings, we also normalize against the length of the bitstrings produced (given that we're not comparing bitstrings between hash functions, which wouldn't make a lot of sense anyways). So for example, when you see the histograms further down the line take note that the distances (i.e. the x-axis) are from zero to one. Effectively this is the ratio of bits that are different between the two bitstrings to the length of those bitstrings.

## Metrics

How do we measure the quality of a perceptual hash function? The primary paradigm that we'll evaluate these functions against is by looking at the

Eva uat ng Perceptua mage Hashes at Scup d

8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

functions against is by looking at the distributions of distances in the positive and negative cases for specific scenarios. Essentially, what we want is for the distribution (or histogram) of distances in each case to be fairly separate. There are a few ways to approach this, but we'll just consider three metrics:

- <u>EMD distance</u> (or Wasserstein distance as all the deep learning people mysteriously started calling it). We want this to be large.

- Intersection-over-Union (IoU) of the two histograms. We want this to be pretty small.

- Maximal <u>F1-score</u> at an optimal distance threshold. We want this to be real close to 1.

EMD may be the most consistent measure here since, say you have two histograms that are separate and want to compare them to two histograms which are also separate but further apart. Under the optimal F1 score and the IoU, both cases would already be optimal — however EMD

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

would already be optimal -- however EMD would favor the latter case.

We bring in the F1-score to give us a threshold, which is discussed a bit more later. The easiest way to think of this is sliding that threshold along the x-axis, and finding that which separates the histograms optimally.

The histogram IoU is provided as an extra comparison, and basically measures directly how much each histogram overlaps with the other.

# Results

## General Comparison

Let's say we set it up so that we're evaluating all of the parameter buckets, all of the hashes, and all of the transformations. In this scenario -- if you're looking for a quick answer here --

the best options *according to the metrics* appear to be either the average or wavelet

hashes, each performing about the same.

| HASH | EMD DISTANCE | HISTOGRAM IOU | |
|------|-------------|--------------|---|
| average_hash | 12.54 | 0.20 | |
| diff_hash | 8.79 | 0.25 | |
| dct_hash | 8.03 | 0.30 | |
| wavelet_hash | 12.23 | 0.21 | |

However, this can be deceiving -- and the histograms for each hash function evaluated illustrate why (less overlap is better).



Eva uat ng Perceptua Image Hashes at OkCup d    8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435







FILED DATE: 10/21/2022 8:16 PM    2022CH10435



As a baseline, look at the distribution of
hashes when you use a cryptographic hash
(which was very helpful to look at when
debugging this evaluation).



We can see in this case that a cryptographic
hash produces completely overlapping
normal distributions centered around 0.5,
which is as expected. I would then advise

interpreting all of the other histograms in
this light -- the negative class *should* look

Eva uat ng Perceptual Image Hashes at O Cup d                                                                8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

like that distribution, and the positive class would ideally be entirely shifted to the left.

So at first glance you can see why the metrics favor the wavelet and average hashes -- it's pretty clear that both the perceptual and difference hashes have a more significant overlap of negative and positive distances. However, we have to consider the actual application -- if we want to find the closest hash to a given picture's hash, we want to be as insulated from false positives as possible. This means that the spread of negative distances seen in the wavelet and average hashes could produce more false positives in a case where we're trying to find the closest match to a given image!

So to take away some main findings from this evaluation with everything turned on (i.e. the hardest case), we see that for the positive case:

- `dct_hash` and `diff_hash` have bimodal positive distance distributions, and are clearly fooled

8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

by something we're doing, since one of the modes is near the expected random distance.

- `wavelet_hash` and `average_hash` have what looks like sort of long-tail distance distributions that have less mass as distance increases, implying that less transformations 'confuse' them.

And for the negative case:

- `dct_hash` and `diff_hash` both have tight distributions around the 0.5 mark, behaving similarly to the cryptographic hash case.

- `wavelet_hash` and `average_hash` both have distributions that, while normal and centered around the expected random distance, spread pretty far in both directions. I don't have a great answer for why something like this happens, but my

best guess is that by capturing the information that they do, they're

somehow actually doing a better job of checking a higher level of image similarity (e.g. similar color palettes). This is probably worth investigating further.

Based on the above, I think it's fair to categorize `dct_hash` and `diff_hash` as (relatively) high precision, low recall perceptual hashes, and `wavelet_hash` and `average_hash` as high recall, low precision hashes.

# What transforms do certain hashes fail at?

So let's say we're incredibly concerned with that spread of negative case distances, and want to know what sacrifices we're going to have to make to use `dct_hash` or `diff_hash` instead.

## Invariance to Mirroring

The first thing we might want to accept that we can't really handle is the mirror operation, as shown by comparing the

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

operation, as shown by comparing the median distance in the positive case when the transformed image is mirrored to when it is not.

| HASH | MIRRORING OFF | MIRRORING ON |
|------|---------------|--------------|
| average_hash | 0.04 | 0.37 |
| diff_hash | 0.09 | 0.48 |
| dct_hash | 0.09 | 0.50 |
| wavelet_hash | 0.04 | 0.38 |

It appears that, while every hash does significantly better when the transformed image is unmirrored, `diff_hash` and `dct_hash` appear to be entirely fooled with their median distance approaching that of the expected random distance.

So with this, and the fact that you can only really mirror an image once, we can accept a lack of mirroring. Without mirroring, we get histograms that look more reasonable for those two low recall hashes.





With the mirroring removed however, the table below shows that the other hashes also get a significant metrics boost -- but of

course, the problem with the negative case distributions remains.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|-------------|---------------|
| average_hash | 19.38 | 0.06 |
| diff_hash | 16.60 | 0.08 |
| dct_hash | 15.92 | 0.10 |
| wavelet_hash | 19.28 | 0.07 |

## Bringing down the spice level

One other thing to consider here is that these evaluations are all run on all of the transform parameter buckets. What if we assume that none of our attackers want to rotate images beyond like 5 degrees or crop less than 95% of the image? And are allergic to mirrors?

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|-------------|---------------|
| average_hash | 22.49 | 0.00 |
| diff_hash | 20.79 | 0.00 |
| dct_hash | 20.53 | 0.00 |
| wavelet_hash | 22.39 | 0.01 |

Eva uat ng Perceptua mage hashes at OCtup d    8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Check out those metrics above! It looks like some of them have achieved *full separability*!

In this case, we can clearly see that `diff_hash` and `dct_hash` get a significant boost in their metrics. Since this (of course) doesn't change the spread of distances for the negative case, if we're only concerned with the mild transform case then we might have a decent threshold to work with that doesn't produce too many false positives!

For brevity we'll focus on `diff_hash` for discussing this, since I've found that `dct_hash` behaves similarly. Below is the distance histogram comparison for the mild case.





## Thresholding

We can use the distance threshold given to us by optimizing the F1-score to give us a cutoff (for those applications where we need one) such that any image pair whose distance lies below the threshold is considered the same, and any above is a distinct image.

If we look at the mild case, we notice that there are hashes that get nearly perfect F-1 score. This obviously only really applies to the mild case, but what transformation sacrifices do we have to make to use this threshold? Is it all transforms? Or do we just lose invariance to some of the more extreme transformations and not all?

So let's look at this for `diff_hash` : when we take the threshold we get from only looking at the mild transformation parameters, what's the percentage of positive cases we end up treating as distinct image pairs for

Eva uat ng Perceptua mage hashes at cup d    8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

end up treating as distinct image pairs for
the rest of the transformations?

| TRANSFORMATION | EXTREME | MEDIUM | MILD |
|---|---|---|---|
| border | 5.80% | 0.08% | 0.00% |
| crop | 92.52% | 31.31% | 0.02% |
| gamma | 0.01% | 0.01% | 0.00% |
| rotate | 96.68% | 68.10% | 1.73% |
| sp_noise | 0.02% | 0.02% | 0.01% |

Apparently most of the time we rotate
beyond 15 degrees it completely falls apart
(example below) -- and the same can be
said for cropping down to less than 85% of
the image. It doesn't do great at the
medium case either, which for rotation is
from 6 to 15 degrees!

We took a look at that failure chance for
different hashes -- average_hash and wave
let_hash fail in the same places, however
to a lesser extent -- think 80% not 96% of

the time.

Below is a quick example to illustrate what a 30 degree rotation looks like, using a picture of Alice -- our director of support.

 

Alice is to OkCupid like Tom is to MySpace.

# How long does this take anyways?

| HASH NAME | AVERAGE HASH TIME PER IMAGE (MS) |
| --- | --- |
| average_hash | 29.81 |
| diff_hash | 29.93 |
| dct_hash | 33.97 |
| wavelet_hash | 60.99 |

The slowest overall is the wavelet hash, with the rest of them pretty much clocking

Eva uat ng Perceptual Image Hashes at O Cup d

8/11/21 8 17 PM

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

in at the same amount of time taken.

Just as a quick note -- generally one of the slowest steps here is going to be resizing the image to the tiny hash size that most of these perceptual hashes use. This may seem weird at first, but it makes sense -- every other operation is generally working on a tiny (by modern computer standards) 16x16 array, so even those transformations with a high time complexity can take next to no time, whereas even a well optimized resize will have to work with a much larger image. This can also explain the variance in time each hash takes, since we don't resize images to a fixed size beforehand.

Nonetheless, each hash is pretty fast so it's not too much of a concern, especially when it can be done asynchronously from any sort of image uploading.

## Other notes

We investigated some other stuff that didn't produce much worthy of its own

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 890 of 1583 PageID #:899

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

section here, so here's some quick notes instead:

- Increasing the bitstring length (or hash size) led to significantly worse results for most of the perceptual hashes, likely because it's simply capturing too much detail.

- For the wavelet hash I tried a bunch of different image scales and wavelet strategies, none of them really made any significant difference metrics-wise except for using Daubechies wavelets instead of Haar -- which performed significantly worse.

# Conclusions & Future Work

The main draw that we've gotten from this is that there really isn't just one hashing

algorithm that handles everything we need. It is likely that we'll have to judiciously

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

combine multiple perceptual hashes to get a workable solution. However, each of these hashes is rather cheap to compute (and I would argue could be further optimized), which means that computing multiple hashes per image is probably a viable basis to build an image similarity engine on.

One might, for example, use a low precision hash as an initial check followed by a high precision hash to separate out cases that might need review from those that are definitely the same image.

Some thoughts for future work:

- There are a ton of newer interesting hashes that are worth consideration.
- There's quite a few more ways to transform images that we see in the wild (e.g. adding captions, superimposing over other images with transparency, compression

    artifacts) that should be evaluated.
- It's definitely a bit weird which

hashes behave similarly to each other. There's probably something meaningful going on there that's worth looking into.

- Evaluate / design a gating architecture as briefly described above

- We could investigate what characteristics of given image pairs cause the low precision hashes to be unreliable / give them a low distance, and use that to determine which algorithm's hash distances can be trusted for a given image pair.

- The end-to-end approach of training a Convolutional Net to embed images such that the positive / negative case distances separate nicely is probably the cool new hypebeast way forward. This would have the added advantage of being able to handle whatever transformations you can think of at training time.

# OkCupid is hiring <u>Click here to learn more</u>



## iOS Scroll Performance Tutorial

At OkCupid, 30% of iPhone users have a device that we consider to be underpowered. This makes it extremely important that we code our app to perform optimally across all


**JORDAN GUGGENHEIM**
16 JUN 2017  ·  11 MIN READ



## The pitfalls of A/B testing in social networks

I'm frequently asked to help run A/B tests at OkCupid to measure what kind of impact a new feature or design change would have on our users. The usual


**BRENTON MCMENAMIN**
18 APR 2017  ·  7 MIN READ

OkCupid Engineering Blog © 2021

Latest Posts  ·  Facebook  ·  Twitter  ·  Ghost

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT E

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



## Terms & Conditions    Privacy    Cookies    Profiling    Arbitration    Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 896 of 1583 PageID #:905

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

# 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

1/28/22, 3:19 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

# 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

# 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 900 of 1583 PageID #:909

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

**OkCupid owns all other content on our Services.**

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

**OkCupid does not tolerate inappropriate content or behavior on our Services.**

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

**Privacy is important to us. We have a separate policy about it that you should read.**

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 901 of 1583 PageID #:910

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**OkCupid grants you the right to use and enjoy our Services, subject to these Terms.**

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT OKCUPID

**You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.**

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

**To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed**

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

# 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 906 of 1583 PageID #:915

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

# 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 907 of 1583 PageID #:916

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

*In the unlikely event that we have a legal dispute, here is what you need to know.*

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

*If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).*

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 910 of 1583 PageID #:919

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

**_You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions._**

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

**_By using our Services, you accept the Terms of this Agreement._**

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

**_This Agreement supersedes any previous agreements or representations._**

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 912 of 1583 PageID #:921

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

OkCupid: Legal Information – Terms & Conditions

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English >

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



COMPANY +

CONDITIONS +

CONTACT +

FOLLOW +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

OkCupid: Legal Information – Arbitration Information  1/28/22, 3:19 PM

FILED DATE: 10/21/2022 8:16 PM  2022CH10435



1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

11. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**




**JOIN OKCUPID**

**LANGUAGE**

English ›

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



COMPANY                                                    +

CONDITIONS                                                 +

CONTACT                                                    +

FOLLOW                                                     +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT F

Terms of Use | Tinder | Match: Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 919 of 1583 PageID #:928

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 920 of 1583 PageID #:929

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 921 of 1583 PageID #:930

9/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

Terms of Use | Tinder | Match. Chat. Meet Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 922 of 1583 PageID #:931

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 923 of 1583 PageID #:932

4/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our [Community Guidelines](), as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via [our contact form.]()

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 927 of 1583 PageID #:936

11/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 928 of 1583 PageID #:937

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 929 of 1583 PageID #:938

1/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](#).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

4.  The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to [customer support](customer support).

Should you not opt out of the retroactive application of this Arbitration Agreement within

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 936 of 1583 PageID #:945

7/28/22, 11:36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company              ## Community              ## Legal

Jobs                     Tech Blog                Privacy

Contact                  Press                    Terms

Security                 Support                  Cookie Policy

                                                  Safety and Policy

                                                  Center

                                                  Safety Tips

                                                  Community

                                                  Guidelines

                                                  Intellectual

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 941 of 1583 PageID #:950

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED
10/21/2022 8:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20001979

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT L

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3285**

WRITER'S EMAIL ADDRESS
**stephenbroome@quinnemanuel.com**

**VIA EMAIL**

June 3, 2022

JAMS
Sarah Nevins
Arbitration Practice Manager – East/Central
150 West Jefferson, Suite 850
Detroit, MI 48226
P: 313.209.8851
www.jamsadr.com

Re:   Match Group, LLC and Humor Rainbow, Inc. Consumer Arbitrations – Request for
      Administrative Closure of Claims

Dear Ms. Nevins:

         We write in response to Labaton Sucharow LLP's ("Labaton") May 20, 2022 letter asking
JAMS to suspend certain Claimants' cases and to otherwise deny Respondents' request for
administrative closure of all cases Labaton has filed against Respondents Match Group, LLC and
Humor Rainbow, Inc. ("Respondents").  As demonstrated in Respondents' May 13, 2022 letter,
JAMS should administratively close all Claimants' cases because: (1) certain putative Claimants
do not have accounts or agreements to arbitrate with one or more Respondents—and therefore
JAMS lacks jurisdiction over such claims; (2) other putative Claimants expressly agreed to
arbitrate any and all claims against Respondents in National Arbitration and Mediation ("NAM"),
making NAM the appropriate tribunal to determine the enforceability of Claimants' agreement to
arbitrate—and therefore JAMS lacks jurisdiction over such claims; and (3) pursuant to the parties'
agreements, Respondents have elected to litigate all remaining claims in a small claims court of
competent jurisdiction—and therefore JAMS lacks jurisdiction over such claims.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

At the outset, it is important to put Labaton's actions and recent letter in context. Labaton is engaged in a shakedown that seeks to extract an unwarranted payday by threatening to file thousands more individual arbitrations against Respondents—thereby triggering substantial fee obligations that will cost Respondents more than the value of the frivolous claims themselves. The frivolous claims are based on false and unfounded allegations that Respondents used facial-recognition technology on Claimants' dating profile photos, violating Illinois' Biometric Information Privacy Act ("BIPA"). That never happened. Despite the length of Labaton's demand, Labaton cites no evidence supporting the core allegation.[1]

Respondents have explained to Labaton why Claimants' allegations are wrong, and that they refuse to pay tribute to meritless claims. Labaton apparently was hoping it could pressure Respondents by filing hundreds of meritless JAMS arbitrations every few weeks until the increasing filing fees finally brought Respondents to the bargaining table. In its May 20, 2022 Letter, Labaton asserts several futile arguments in an attempt to prevent JAMS from administratively closing Claimants' files, which would remove its undeserved leverage. However, even if Labaton's arguments had merit—and, as demonstrated below, they do not—JAMS lacks jurisdiction to resolve them. Accordingly, JAMS should administratively close all cases without delay.

**JAMS Must Administratively Close Cases Brought By Claimants Who Do Not Have Arbitration Agreements with Respondents Because There Is No Basis to Arbitrate Them.**

Before JAMS can accept and administer a Claimant's arbitration demand, each Claimant must show that he/she and each Respondent agreed to arbitrate their disputes. *See* JAMS Streamlined Arbitration Rules and Procedures, Rule 5(a)(ii) ("The Arbitration is deemed commenced when JAMS issues a Commencement Letter based upon the existence of one of the following: . . . (ii) A pre-dispute written contractual provision requiring the Parties to arbitrate the dispute or claim and specifying JAMS administration.").

Recognizing that it cannot meet this burden for Claimants with whom Respondents have no record of an account, Labaton asks JAMS to "suspend" those Claimants' cases. This includes the claims brought by Jillian Nunez and Dan Valdez against all Respondents, the claims brought by Jennifer Douglas and Aline Freitas against Respondent Match Group, LLC (which operates Tinder), and the claims brought by Mary Crawford, Jonathan Gaskell, Joseph Lewis, Jonathan Oseda, and Alexandra Tibble against Respondent Humor Rainbow, Inc. (which operates OkCupid). Acknowledging its failure to conduct a proper pre-suit investigation,[2] Labaton offers to do what it was required to have done long ago: Labaton intends to "investigate those claims and

---

[1]  The only Respondent that even offers a facial-recognition feature is Tinder, but before that feature can be used, the customer must affirmatively indicate his/her consent in response to a pop-up prompt that includes a BIPA-complaint disclosure. Tellingly, Labaton does not claim that any Claimants ever used this feature or that the clear and obvious disclosures are deficient.

[2]  Labaton's failure to investigate the most basic elements of Claimants' demands violates the Rules of Professional Conduct in New York, where the Labaton attorneys are admitted, which provide that an attorney "shall not bring or defend a proceeding . . . unless there is a basis in law and fact for doing so that is not frivolous." N.Y. R. Prof. Conduct 3.1.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

proceed only with cases wherein the claimants had an account." Labaton's May 20, 2022 Letter at 1. Unless and until Labaton can demonstrate that these Claimants had an account with a Respondent, JAMS lacks jurisdiction to suspend, administer, or take any action other than administratively close their cases. Indeed, Labaton's request for suspension is an admission that it cannot meet Rule 5(a)(ii)'s jurisdictional prerequisite.

Just as the cart cannot be put before the horse, there is no jurisdictional basis for Labaton to open and suspend a claim without first invoking JAMS's jurisdiction under Rule 5(a)(ii). Therefore, given Labaton's admission that it has not satisfied Rule 5(a)(ii), JAMS should administratively close these cases immediately, without prejudice.[3]

**JAMS Must Administratively Close Cases Brought by Claimants Who Agreed to the NAM Terms Because JAMS Cannot Decide Questions of Arbitrability Under NAM Terms, and Those Terms Are Valid and Agreed To.**

As Labaton's letter acknowledges, certain Claimants listed in **Exhibit A** to Respondents' May 13, 2022 letter[4] "recently *accepted* Tinder and OkCupid's new terms on their apps *and did not exercise their limited right to opt out*" of the retroactive application of the Dispute Resolution Section requiring arbitration before NAM. Labaton's May 20, 2022 Letter at 2 (emphasis added). This is a key admission in which Claimants concede they affirmatively agreed to arbitrate these very disputes with Respondents before NAM. Accordingly, JAMS has no authority to commence or administer any of these Claimants' cases.

The question of whether the arbitration agreement is enforceable is a question for NAM, not JAMS. Under the NAM Terms "any arbitration between [a user and Respondents] should be administered by NAM in accordance with NAM's [Rules]." *See* **Exhibit B**, NAM Tinder Terms § 15d; **Exhibit C**, NAM OkCupid Terms § 15d. And under those Terms, any disputes over the enforceability of the NAM Terms are to be decided by a NAM arbitrator:

> All other issues (except as otherwise provided herein) are exclusively for the [NAM] Arbitrator to decide, including but not limited to scope and *enforceability of this Dispute Resolution Section.*

**Exhibit B**, NAM Tinder Terms § 15c (emphasis added); **Exhibit C**, NAM OkCupid Terms § 15c.[5]

Thus, all decisions on the question of the arbitration agreement's enforceability must be made by NAM and not JAMS. JAMS simply has no jurisdiction where the parties' agreement specifies a different arbitral body. *See Scherk v. Alberto-Culver Co.*, 417 U.S. 506, 519 (1974) ("An agreement to arbitrate before a specified tribunal is, in effect, a specialized kind of forum-

---

[3] There is no reason to "suspend" these claims so that Labaton can do now what it should have done before filing. Labaton is free to conduct an investigation—tardy as it may be—but not on Respondents' time or dime.

[4] Exhibits A-D to Respondents' May 13, 2022 letter are reattached for convenience.

[5] The NAM Terms define "Arbitrator" as "a single, neutral arbitrator . . . appointed under NAM Rules." NAM Tinder Terms, § 15d.3; NAM OkCupid Terms, § 15d.3

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

selection clause that posits not only the situs of suit but also the procedure to be used in resolving the dispute."). Because the NAM Terms do not grant any jurisdiction or authority to JAMS, a determination by JAMS as to the enforceability of the NAM Terms—as Claimants request—would exceed JAMS's authority and ultimately be vacated by the courts. *See Houston Lighting & Power Co. v. Int'l Bhd. of Elec. Workers, Loc. Union No. 66*, 71 F.3d 179, 183 (5th Cir. 1995) ("[A]rbitral action contrary to express contractual provisions will not be respected.").

Even if JAMS had authority to determine the enforceability of the NAM Terms, it would have to conclude that they are enforceable. Although Labaton attempts to frame its cited authorities in terms of retroactive application, that is not the issue with application of the NAM Terms—indeed, Labaton does not identify any specific provision in the NAM Terms that suggests that it is an illusory contract. And Labaton is simply wrong about the enforceability of the agreed NAM Terms.

Labaton's entire argument that the NAM Terms are illusory depends on its erroneous assertion that Respondents *unilaterally* changed the Tinder and OkCupid terms of use to automatically apply new arbitration provisions to pre-existing disputes, i.e., without exempting from the NAM Terms pre-existing claims of which Respondents had notice. Labaton relies on Texas law holding a contract is illusory "if a party retains the unilateral, *unrestricted* right to terminate the arbitration agreement." *Peleg v. Neiman Marcus Grp., Inc.*, 204 Cal. App. 4th 1425, 1449 (2012) (quoting *J.M. Davidson, Inc. v. Webster*, 128 S.W.3d 223, 230, n. 2 (Tex. 2003)); *see also In re 24R, Inc.*, 324 S.W.3d 564, 567 (Tex. 2010) ("An arbitration clause is not illusory *unless one party can avoid its promise to arbitrate by amending the provision or terminating it altogether.*" (emphasis added)).

But all of the cases that Labaton cites are inapposite because the NAM Terms did not become effective through a *unilateral* change by Respondents—they became effective only after the parties *mutually agreed* to amend the terms. Indeed, the Claimants identified in Respondents' May 13 Letter affirmatively agreed to the NAM Terms' dispute resolution provision twice: first, by clicking "Accept" when they were presented with the proposed NAM Terms on Respondents' dating apps,[6] and then again by choosing to not opt out of the Dispute Resolution Section and its retroactive application to pre-existing claims. Labaton admits this. *See* Labaton's May 20, 2022 Letter at 2 (Claimants "recently accepted Tinder and OKCupid's new terms on their apps and did not exercise their limited right to opt-out."). Thus, Claimants *chose* to accept the proposed NAM Terms and to apply them to the claims they have asserted here. Because the amended agreement to arbitrate Claimants' claims in NAM was *mutual*, it must be enforced. *See generally Franco v. Greystone Ridge Condominium*, 39 Cal. App. 5th 221, 157-158 (2019) (granting a motion to compel arbitration under California law while distinguishing *Peleg* (cited by Labaton) because

---

[6] "Clickwrap" agreements that allow a consumer to agree to terms by clicking an "accept" button on a website or app, as these Claimants did on the Tinder and OkCupid dating sites, are sufficient to form a valid contract under Texas law. *See Jia v. Nerium Int'l LLC*, 2018 WL 4491163, at *3, *5 (N.D. Tex. Sept. 18, 2018), order clarified, 2019 WL 3947712 (N.D. Tex. Aug. 21, 2019) ("The Court finds that Defendants have provided sufficient evidence to establish that a contract, including an arbitration provision, exists between the parties. . . . Assent through an affirmative "click" is sufficient to bind the parties under Texas law.").

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

"[t]he instant case does not involve a unilateral modification of an arbitration agreement. There is no dispute plaintiff agreed to the terms of the [arbitration] Agreement . . . . In any event, . . . the Agreement . . . contains an express reference that the Agreement applies to claims existing before it was executed.").

Contrary to Labaton's argument, Texas law—which governs the agreements—recognizes that parties are free to determine how best to arbitrate their disputes. *See J.D. Edwards World Sols. Co. v. Estes, Inc.*, 91 S.W.3d 836, 842 (Tex. App. 2002) ("Arbitration is a matter of consent, and the parties are generally free to structure their arbitration agreements as they see fit, including specification of the rules under which the arbitration will be conducted."). This freedom necessarily includes the parties' right to mutually agree that existing claims will be governed by subsequently-agreed-upon dispute resolution procedures. *See Douglas v. Timex Corp.*, 1998 WL 34072739, at *4 (S.D. Tex. Dec. 30, 1998) ("The [dispute resolution plan] does not limit arbitration to only those events which arose after its effective date. Instead, it applies to 'any legal or equitable claim.'"); *Vallejo v. Garda CL Sw., Inc.*, 2013 WL 391163, at *10 (S.D. Tex. Jan. 30, 2013) ("Vallejo's claims are arbitrable even though the agreement with the arbitration clause became effective close to the end of his employment," after substantially all of the claims arose). In this situation, the mutual assent to arbitrate, by itself, is sufficient consideration to prevent the contract from being illusory. *In re 24R*, 324 S.W.3d at 566 ("Mutual agreement to arbitrate claims provides sufficient consideration to support an arbitration agreement."). To hold otherwise would render unenforceable all post-dispute agreements to arbitrate. That is not the law, but that is exactly what Labaton requests here—to disregard Respondents' and Claimants' *mutual* agreement to arbitrate existing disputes before NAM.

Because the parties' agreed-upon arbitration procedures require arbitration before NAM and expressly delegate questions of enforceability to NAM, JAMS must administratively close the claims brought by all Claimants that agreed to the NAM Terms. No filing fees should be due for these cases.

**JAMS Should Administratively Close Claims for Which Respondents Have Elected to Proceed in Small Claims Court Under the JAMS Terms Because a Small Claims Court Does Have Jurisdiction, and JAMS Lacks Authority to Decide this Question.**

Pursuant to the parties' agreement, Respondents elected to proceed in small claims court for all claims that may be brought under the JAMS Terms.[7] Labaton contends that the small claims court in Texas lacks jurisdiction, and thus JAMS should retain jurisdiction. But this is a meritless argument for three reasons: First, the JAMS Terms clearly provide that JAMS lacks authority to decide whether Claimants' claims meet the requirements for small claims jurisdiction. Second, small claims court jurisdiction can only be determined with certainty once each Claimant's petition is prepared and filed in small claims court. Third, even if Labaton were correct that the Texas small claims court lacked jurisdiction—and it is dead wrong about that—Respondents' election

---

[7] As noted in Respondents' May 13 letter, if JAMS declines to administratively close the files of any of the Claimants who had agreed to arbitrate with NAM, Respondents will elect to proceed in small claims court with respect to those claims as well, as allowed by both the JAMS Terms and the NAM Terms.

did not specify Texas small claims court, and Labaton does not dispute that the Illinois small claims court has jurisdiction.

***JAMS lacks authority to determine small claims jurisdiction***. The Dispute Resolution Section of the JAMS Terms provides that once a party elects small claims court, JAMS must immediately close its files and leave the question of jurisdiction to the small claims court: "If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration *shall* be administratively closed." JAMS Tinder Terms, § 15.1 (emphasis added); *see also* JAMS OkCupid Terms, § 15a.1 ("If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed."). In other words, the parties specifically agreed that JAMS *shall* immediately close an arbitration upon either party's election of small claims court, *and not rule upon the jurisdiction of the small claims court*.

JAMS has agreed with this logical interpretation of the JAMS Terms on at least two prior occasions. As discussed in Respondents' May 13, 2022 letter—but ignored in Labaton's response—on November 3, 2021, the JAMS National Arbitration Committee ("JAMS NAC") analyzed the same JAMS Terms in another matter and recognized that:

> Here, the responding party (Match) has requested to proceed in small claims court. The right to proceed in small claims court is a contractual "exception" to a JAMS arbitration. If these disputes may proceed in small claims court, then JAMS has no jurisdiction as a threshold matter and JAMS Streamlined Arbitration Rule 8(b), which affords the arbitrator the authority to hear and decide jurisdictional and arbitrability disputes, does not apply. *Therefore, the small claims court must determine whether it has jurisdiction before JAMS may proceed.*

> In light of the language of the parties' arbitration provision and Respondent's election to proceed in small claims court, JAMS will administratively close these files. If a small claims court determines it lacks jurisdiction, Claimant(s) may refile with JAMS.

**Exbibit D** (emphasis added).

On December 21, 2021, the JAMS NAC reiterated that conclusion:

> As detailed in our November 3 Notice to All Parties, the parties' arbitration provision includes an exception to the exclusivity of arbitration where the responding party requests to proceed in small claims court and the claim is within the jurisdiction of the small claims court. (Match.com Terms of Use Agreement, para. 15a.1.) Respondent has elected to proceed in small claims court pursuant to the parties' arbitration provision. *The parties disagree on whether the small claims court has jurisdiction. Under the language of the parties' arbitration provision, the court, not JAMS, must determine whether the court has jurisdiction.*

. . . .

6

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

If a court compels arbitration of these matters, or if the parties agree to proceed in arbitration, Claimant(s) may refile with JAMS and we will be happy to proceed.

**Exhibit E** (emphasis added).

Labaton offers no reason why JAMS should deviate from its prior reasoning, nor any authority that would allow JAMS to ignore the plain language of the parties' agreement. JAMS should follow its own precedent and immediately administratively close all of these claims.

***As a practical matter, JAMS cannot plausibly assess small claims court jurisdiction for any Claimant when no Claimant has filed a small claims court petition.*** Labaton asks JAMS to foretell how an unknown small claims court in an unknown state might assess its unidentified jurisdictional boundaries concerning a petition that has not been filed and does not exist. In other words, Labaton seeks a rank advisory opinion from JAMS. Given that (i) the location of the small claims court, (ii) the relief sought in each Claimant's non-existent petition, and (iii) the small claims court's jurisdictional limits are all unidentifiable, Labaton's request that JAMS divine the court's jurisdiction is as a practical matter baseless. The better course of action is for a small claims court to assess its own jurisdiction once a Claimant's petition comes before it.

***Labaton does not dispute that Claimants could bring their claims in Illinois small claims court.*** The JAMS Terms provide that claims may be brought in small claims court in Texas *or* Illinois, where Claimants allegedly reside. JAMS OkCupid Terms, § 15c (claims "may be properly brought in a small claims court of competent jurisdiction *in the county or other jurisdiction in which you reside or* in Dallas County, Texas." (emphasis added)); *see also* JAMS Tinder Terms § 15, ("[I]f filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court"). Thus, even if it were true that Texas small claims courts lack jurisdiction, Labaton does not even attempt to argue that the Illinois small claims court lacks jurisdiction.[8] Labaton's failure to address the Illinois small claims court's jurisdiction—the most logical forum for these Illinois-resident Claimants—tacitly concedes the point.

Because JAMS has recognized that only the small claims courts can determine the threshold question of whether they have jurisdiction, JAMS must administratively close demands for which Respondents have elected to proceed in small claims court and allow the small claims courts to make their own determinations of jurisdiction.

\* \* \*

Respondents again request that JAMS administratively close the files of *all* Claimants listed in **Exhibit A** for the reasons set forth above and in Respondents' May 13, 2022 letter and that JAMS confirm that Respondents owe no filing or arbitrator fees.

---

[8]  If (1) Labaton does argue that the Illinois small claims court lacks jurisdiction, and (2) JAMS determines that it has jurisdiction to consider this issue (which, as demonstrated above, it does not), Respondents reserve their rights to respond to Labaton's arguments.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Please let me know should you wish to discuss this matter further.  Our clients reserve all rights and waive none.  Thank you for your kind attention to this matter.

Regards,

*/s/ Stephen Broome*

Stephen Broome

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT A

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## **Respondents' Requests for Administrative Closure**

Respondents request administrative closure as to all claims brought by the below Claimants against all Respondents because (1) Claimants do not have an agreement to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) Claimants have agreed to arbitrate any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"); or (3) Respondents elect to proceed in Small Claims Court for any claims against Respondents Match Group, LLC or Humor Rainbow, Inc.  A breakdown of the each Claimants' claims against Respondents is listed below:

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|----------|-------------|-------------------------|----------------------|
| Ailey Adorjan | April 19, 2022 | Small Claims Court | Small Claims Court |
| Christopher Aleo | May 3, 2022 | Small Claims Court | Small Claims Court |
| Dylan Andersen | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Monica Andrade | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Angra | May 3, 2022 | Small Claims Court | Small Claims Court |
| Linmayu Appavu | May 3, 2022 | Small Claims Court | Small Claims Court |
| Charles Atwood | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jaylin Awdisho | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Marcus Baker | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mathew Balasa | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Grace Barry | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Zachary Belcher | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Anthony Bennett | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| David Berman | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Aileen Bishop | April 27, 2022 | Small Claims Court | Small Claims Court |
| Daniel Bixler | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Elizabeth Boettner | May 3, 2022 | Small Claims Court | Small Claims Court |
| Adam Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Uyshica Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Campbell | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Steven Canter | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Marlene Chavez | May 3, 2022 | Small Claims Court | Small Claims Court |
| Nick Clark | May 3, 2022 | Small Claims Court | Small Claims Court |
| Michael Clifton | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Tyrell Compton | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mary Crawford | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Brien Cron | May 3, 2022 | Small Claims Court | Small Claims Court |
| Miquela Cruz | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jennifer Douglas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Derick Elkin | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Joanna Eyles | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gerald Farinas | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Aline Freitas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Rachel Fuschi | April 27, 2022 | Small Claims Court | Small Claims Court |
| Anthony Gale | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jonathan Gaskell | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Robert Gilbert | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Deric Gochenauer | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jesse Gonzales | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Gray | May 3, 2022 | Small Claims Court | Small Claims Court |
| Andrew Green | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| James Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Hale | May 3, 2022 | Small Claims Court | Small Claims Court |
| Mary Halm | May 3, 2022 | Small Claims Court | Small Claims Court |
| Reid Hanneman | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Caitlin Hanson | May 3, 2022 | Small Claims Court | Small Claims Court |
| Brennan Irvin | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Zaylana Irwin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gary Iverson | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jared Johnson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Saveen Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Steven Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Justyna Kaczmarzyk | May 3, 2022 | Small Claims Court | Small Claims Court |
| Cassidy Kapson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Christie Kay | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Kimura | May 3, 2022 | Small Claims Court | Small Claims Court |
| Christian Klehm | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jason Koch | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jessica Leahy | May 3, 2022 | Small Claims Court | Small Claims Court |
| Hayden Lee | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Joseph Lewis | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Jose Mendez | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Jillian Nunez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Jonathan Oseda | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Molly Pachay | April 27, 2022 | Small Claims Court | Small Claims Court |
| Faire Ramsey | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Kathryn Sampson | April 27, 2022 | Small Claims Court | Arbitration with NAM |

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Sabrina Szigeti | April 27, 2022 | Small Claims Court | Small Claims Court |
| Alexandra Tibble | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Lois Tuman | April 27, 2022 | Small Claims Court | Small Claims Court |
| Dan Valdez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Veronica Vonbehren | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Brett Waldrop | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Bradley Wolf | April 27, 2022 | Small Claims Court | Small Claims Court |

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT B

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 957 of 1583 PageID #:966



FILED DATE: 10/21/2022 8:16 PM  2022CH10435

# Terms of Use

**Last revised on February 28, 2022**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder"). Together you and Tinder may be referred to as the "Parties" or separately as "Party."

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com. If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement, you should not access or use the Service.

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND TINDER. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

We may make changes to this Agreement and to the Service from time to time. We

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements,
- you have not committed, been convicted of, or pled no contest to a felony, a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Service, and that you are not required to register as a sex offender with any state, federal or local sex offender registry,
- you will use the latest version of the Service (via app or website),
- you do not have more than one account on the Service, and
- you have not previously been removed from the Service by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Service or systems is automatically revoked, and you must immediately delete your

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 959 of 1583 PageID #:968

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

account.

# 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please immediately contact us.

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account such as Apple's App Store or iTunes Store, as applicable or the Google Play Store, you will need to manage in app purchases through such an account to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

You agree to treat other users in a courteous and respectful manner, both on and off

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

our Services and to be respectful when communicating with any of our customer care representatives or other employees. Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's Safety Tips prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. This license and any authorization to access the Service are automatically revoked in the event that you do any of the following:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.

- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.

- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.

- upload viruses or other malicious code or otherwise compromise the security of the Service.

- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.

- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.

- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.

- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.

- use, access, or publish the Tinder application programming interface without our written consent.

- probe, scan or test the vulnerability of our Service or any system or network.

- encourage, promote, or agree to engage in any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and / or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify, reformat, incorporate into other works, advertise, distribute, and otherwise make available to the general public information you authorize us to access

FILED DATE: 10/21/2022 8:16 PM　2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of the Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

You agree that Tinder may access, store, and disclose your account information and Content if required to do so by law, by performing its agreement with you, or in a good faith belief that such access, storage or disclosure satisfies a legitimate interest, including to: (i) comply with legal process; (ii) enforce the Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.
- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam or solicit money or other items of value from another member, whether as a gift, loan, or other form of compensation, or otherwise defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame, or otherwise mistreat any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity.
- create another account if we have already terminated your account, unless you have

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service. In addition, in certain instances, we may terminate your account for violating the applicable terms of any of the Match Group family of businesses, which includes in addition to Tinder, services such as Hinge, OkCupid, Plenty of Fish, Match, BlackPeopleMeet, LoveScout24, OurTime, and others (for more details, click here). In the event that you violate these rules or our Community Guidelines, your authorization to use the Service will be automatically revoked.

## 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

## 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged for the in app purchase at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription through an in app purchase, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. Your card payment information will be stored and subsequently used for the automatic card

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 965 of 1583 PageID #:974

payments in accordance with the Agreement.

**If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to log in to your third party account (or Settings on Tinder, if applicable) and follow the instructions to terminate or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not terminate or cancel your subscription; Tinder will retain all funds charged to your Payment Method until you terminate or cancel your subscription on Tinder or the third party account, as applicable. If you terminate or cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise, and you do not edit your Payment Method information, terminate or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase, earn, or be granted a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any third party in the event that Tinder exercises any such rights. Virtual Items may only be redeemed through the Service. ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH THE SERVICE ARE FINAL AND NON-REFUNDABLE. The provision of Virtual Items for use in the Service is a service that commences immediately upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND IN RESPECT OF VIRTUAL ITEMS FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below. Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

To request a refund:

If you made a purchase using your Apple ID, refunds are handled by Apple, not Tinder.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form here.

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- a description of the copyrighted work that you claim has been infringed;

- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);

- your contact information, including address, telephone number and email address, and the copyright owner's identity;

- a written statement by you that you have a good faith belief that the disputed use is

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 968 of 1583 PageID #:977

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

not authorized by the copyright owner, its agent, or the law; and

- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

## 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE, OR APPROPRIATE FOR YOUR PURPOSES.

TINDER ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND ASSUMES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

## 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

## 14. Limitation of Liability.

FILED DATE: 10/21/2022 8:16 PM　2022CH10435

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF ANY MEMBERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR WEBSITES OR IN CONNECTION WITH THE SERVICE; OR (III) ANY UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Dispute Resolution Section

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Service for any reason, please contact Tinder Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Tinder, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Tinder" shall include our affiliates, employees, licensors, and service providers.

Tinder values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Tinder has a Dispute with you, Tinder agrees to first send a Notice to you at your most recent email address on file with us, or, if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Tinder to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Tinder's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Tinder agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Tinder requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Tinder's Dispute with you, Tinder agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Tinder may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Tinder engage in this informal dispute resolution process. Unless prohibited

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

**15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER**

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND TINDER EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND TINDER EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST TINDER. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND TINDER AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and Tinder (that is not resolved informally by Tinder Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Service, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Tinder may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Tinder challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Tinder's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Tinder (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the Parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the Parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or Tinder shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Tinder at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Tinder sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Tinder of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Tinder is committed to ensuring that arbitration costs to consumers do not serve as a barrier

to the adjudication of disputes. If Tinder initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Agreement (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Tinder are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Tinder and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** — If, at any time, 25 or more similar demands for arbitration are asserted against Tinder or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

- i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

- ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Tinder in writing and submitted to NAM and all Parties.

- iii. ***Bellwether Proceedings. Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings***

**claimants (including you) and counsel for Tinder shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Tinder shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Tinder and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

- iv. You and Tinder agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Tinder acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**15e. FUTURE CHANGES AND RETROACTIVE APPLICATION**

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Tinder prior to the time of your consent to this Agreement and to any claims that accrue against you or Tinder after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Tinder prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: tinderoptout@match.com. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Tinder after your consent to this Agreement in accordance with this Dispute Resolution Section.

# 16. Governing Law.

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 above shall be governed by the Federal Arbitration Act.

# 17. Venue/Forum Selection.

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small***

*claims court).*

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going

**Language**

**English**                                              Español(MX)

**Company**                                       **Community**

Jobs                                                     Tech Blog

Contact                                                 Press

Security                                                 Support

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Legal

Privacy

Terms

Cookie Policy

Safety and Policy Center

Safety Tips

Community Guidelines

Intellectual Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT C

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 982 of 1583 PageID #:991

About     Blog     Careers     Support     Press          **LOG IN**          JOIN NOW

# Legal Information

**Terms & Conditions**        Privacy        Cookies        Profiling        Arbitration        Safety Tips

*view a previous version*

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10014. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

**By accessing or using OkCupid's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our *Privacy Policy*, *Cookie Policy*, *Community Guidelines*, and *Safety Tips*, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.**

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND OKCUPID. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company," and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate. Together you and OkCupid may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence; or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

## You agree to:

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

## You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network;
- Encourage, promote, or agree to engage in any activity that violates these Terms; or
- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

FILED DATE: 10/21/2022 8:16 PM     2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 985 of 1583 PageID #:994

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by OkCupid, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*OkCupid owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual

property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*OkCupid does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

To cancel a subscription: **If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at** https://getsupport.apple.com. **Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at** https://play.google.com. **If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website or App and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT

RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.*

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if OkCupid believes that you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our **Privacy Policy**.

**10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS**

*OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER

SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;
3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;
4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*OkCupid's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST OKCUPID, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

### 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against OkCupid, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "OkCupid" shall include our affiliates, employees, licensors, and service providers.

OkCupid values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If OkCupid has a Dispute with you, OkCupid agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables OkCupid to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. OkCupid's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and OkCupid agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if OkCupid requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss OkCupid's Dispute with you, OkCupid agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or OkCupid may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and OkCupid engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

### 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND OKCUPID EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND OKCUPID EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST OKCUPID. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND OKCUPID AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

### 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and OkCupid (that is not resolved informally by OkCupid Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this

Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or OkCupid may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or OkCupid challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to OkCupid's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against OkCupid (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

**15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS**

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and OkCupid shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or OkCupid shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to OkCupid at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If OkCupid sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to OkCupid of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. OkCupid is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If OkCupid initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the

Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and OkCupid are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and OkCupid and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against OkCupid or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    a. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

proceeding.

b. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or OkCupid in writing and submitted to NAM and all Parties.

c. *Bellwether Proceedings.* Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for OkCupid shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for OkCupid shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by OkCupid and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

d. You and OkCupid agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and OkCupid acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or OkCupid prior to the time of your consent to this Agreement and to any claims that accrue against you or OkCupid after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against OkCupid prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@OkCupid.com. Please do not direct any customer support inquiries OptOut@OkCupid.com, as they will not be addressed; such inquiries should be directed to Customer Service at support@okcupid.com. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or OkCupid after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).*

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United

States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

*To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).*

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind OkCupid in any manner.

## 21. SPECIAL STATE TERMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin*

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out su                    lusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to                    roup, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**Download the OkCupid App**

Discover people on the go.

**LANGUAGE**

**JOIN OKCUPID**

English  ❯

©
OkCupid
2022

**COMPANY**

About

Careers

Press

Ad Choices

**CONDITIONS**

Privacy

Cookies – Manage preferences

Terms

Community Guidelines

**CONTACT**

Support

Security

Safety Tips

Impressum

**FOLLOW**

Blog

Tech Blog

Facebook

Instagram

Twitter

**SPECIAL**

Redeem Promotion

Download Apps

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT D



FILED DATE: 10/21/2022 8:16 PM   2022CH10435

NOTICE TO ALL PARTIES                                         November 3, 2021

   **RE:      Arbitrations Demanded Against Match.com – West**

Dear Parties:

The JAMS National Arbitration Committee has received and reviewed Respondent's election to litigate these claims in small claims court, and Claimant(s) response thereto.  Please note the following.

The parties' arbitration clause provides:

> "The exclusive means of resolving any dispute or claim…shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court.  If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed…" (Match.com Terms of Use Agreement, para. 15a.1.)

Here, the responding party (Match) has requested to proceed in small claims court.  The right to proceed in small claims court is a contractual "exception" to a JAMS arbitration.  If these disputes may proceed in small claims court, then JAMS has no jurisdiction as a threshold matter and JAMS Streamlined Arbitration Rule 8(b), which affords the arbitrator the authority to hear and decide jurisdictional and arbitrability disputes, does not apply. Therefore, the small claims court must determine whether it has jurisdiction before JAMS may proceed.

In light of the language of the parties' arbitration provision and Respondent's election to proceed in small claims court, JAMS will administratively close these files.  If a small claims court determines it lacks jurisdiction, Claimant(s) may refile with JAMS.

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT E



FILED DATE: 10/21/2022 8:16 PM   2022CH10435

NOTICE TO ALL PARTIES                                               December 21, 2021

      **RE:     Arbitrations demanded Against Match.com – West**

Dear Parties:

The JAMS National Arbitration Committee ("NAC") has received and reviewed Claimant(s)' request that JAMS reconsider its November 3, 2021 decision and Respondent's response thereto.

As detailed in our November 3 Notice to All Parties, the parties' arbitration provision includes an exception to the exclusivity of arbitration where the responding party requests to proceed in small claims court and the claim is within the jurisdiction of the small claims court.  (Match.com Terms of Use Agreement, para. 15a.1.)  Respondent has elected to proceed in small claims court pursuant to the parties' arbitration provision.  The parties disagree on whether the small claims court has jurisdiction.  Under the language of the parties' arbitration provision, the court, not JAMS, must determine whether the court has jurisdiction.

For these reasons, the NAC denies Claimant(s)' request to reconsider.  In addition to the cases listed by Claimant(s) in their request to reconsider, this decision—and the NAC's November 3, 2021 decision—applies to all matters attached as Exhibit A to this notice.

If a court compels arbitration of these matters, or if the parties agree to proceed in arbitration, Claimant(s) may refile with JAMS and we will be happy to proceed.

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee

FILED
10/21/2022 8:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20001979

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT M

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Labaton**
**Sucharow**

**Jonathan Gardner**
Partner

212 907 0839 direct
212 907 0700 main
212 883 7063 fax
jgardner@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

June 13, 2022

<u>**VIA ELECTRONIC MAIL**</u>
Judicial Arbitration and Mediation Services, Inc.
Attn: Sarah Nevins
Arbitration Practice Manager – East/Central
150 West Jefferson, Suite 850
Detroit, MI 48226
snevins@jamsadr.com

RE:    **Claimants' Second Response to Match Group's Requests for Administrative Closure of Claims**

Dear Ms. Evans:

We represent the 75+ Claimants who have filed claims against Match Group, Inc. and affiliated entities (hereinafter "Match Group" or "Respondents") before the Judicial Arbitration and Mediation Services, Inc. ("JAMS"). For the reasons set forth below, Claimants respectfully request that Respondents' baseless request for administrative closure of all claims be denied, and Claimants be allowed to proceed with their claims. As an initial matter we reject Respondents' counsel's ad hominem attacks. As evidenced by the detailed Demands filed on behalf of our clients, we have done an extensive investigation and have detailed allegations supporting the claim that Respondents have violated Illinois' Biometric Information Privacy Act ("BIPA") including former employees, filed patents, employee and investor presentations, company statements and press releases, and published literature and blog posts describing Respondents' various biometric technologies and facial processing techniques.[1]  All this without any discovery. These allegations are more than sufficient to satisfy any court's pleading standard. Not only do we reject these attacks, we reject Respondents' efforts to bully us and our clients into giving up their rights. We fully intend to commence arbitrations for all of our clients to vindicate their rights under BIPA.

**Respondents' NAM Terms Are Illusory, Unconscionable, and Unenforceable under Texas Law and as Decided by Courts Around the Country**

As outline in Claimants' response letter dated May 20, 2022, Respondents' unilateral change to the NAM Terms is illusory under Texas law as it fails to exempt existing claims of which Match Group had actual notice. It is undisputed that Respondents have been on notice of Claimants' claims

---

[1] *See, e.g.,* Claimant Adjoran's demand form and complaint in arbitration attached hereto as <u>Exhibit A</u> at pp. 13-73.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

June 13, 2022
Page 2

for nearly a year,[2] participated in mediation with Robert Meyer of JAMS over several months and engaged with JAMS numerous times about the filing procedures for the claims that were filed against them before changing the terms for Tinder and OkCupid from JAMS to the NAM Terms.[3] For this reason alone, Respondents' NAM Terms are illusory under Texas law.[4]

Respondents allege that Claimants' argument that the NAM Terms are illusory "depends on its erroneous assertion that Respondents unilaterally changed the Tinder and OkCupid terms of use to automatically apply new arbitration provisions to pre-existing disputes…" Respondents' reply at p. 4. Yet, that is precisely what happened. Respondents spent more than eight months engaging with Claimants' counsel to resolve this dispute, and when it was clear that a resolution was not possible without filing arbitrations, Respondents unilaterally changed its terms for its advantage. To suggest that the NAMS Terms are not a contract of adhesion, and that Claimants had a meaningful choice or ability to negotiate the terms is absurd on its face.[5]

What's more the NAMS Terms include oppressive, burdensome, and unconscionable provisions that strip Claimants' of their right not only to pursue arbitration before JAMS, but also require Claimants' re-start their entire informal resolution dispute process by providing a plethora of information that Claimants have already provided to Respondents (*e.g.*, first and last name, email address, mobile phone number, and information to identify their account), personally participate in a telephone conference call, and most importantly, impose an administrative fee of $740 to initiate arbitration with NAM.[6]

Respondents' NAM Terms are not only unconscionable and unenforceable under Texas law[7] but would also be held unconscionable by other courts around the country. For example, in *Bielski v.*

---

[2] Claimants' counsel and counsel for Respondents engaged in discussions to resolve these disputes since June 7, 2021.

[3] *See* Claimants correspondence to Respondent dated April 18, 2022, attached hereto as <u>Exhibit B</u>, outlining the procedural history of this litigation.

[4] Under Texas law, an arbitration clause which grants one party the unilateral right of amendment or termination may be illusory, even with notice to the other party. *See Carey v. 24 Hour Fitness, USA, Inc.* 669 F.3d 202, 207 (5th Cir. 2012); *J.M. Davidson, Inc. v. Webster*, 128 S.W.3d 223, 230-31 (Tex. 2003); *Torres v. S.G.E. Mgmt., LLC*, 397 F. App'x 63, 68 (5th Cir. 2010).

[5] *See, e.g., Bielski v. Coinbase, Inc.*, No. 3:21-cv-07478, (N.D. Cal. Apr. 8, 2022) (Alsup, W) (denying defendants motion to compel and noting "First, considering oppression, the user agreement here clearly qualifies as a contract of adhesion — a "standardized contract, which, imposed and drafted by the party of superior bargaining strength, relegates to the subscribing party only the opportunity to adhere to the contract or reject it.'….this order recognizes that, under the prevailing law, consumers can be forced to arbitrate even federal claims that Congress has expressly authorized for the federal district court. But even though a federal claim for relief can be forced into arbitration, this order holds that the "right" to arbitrate may not be further conditioned on onerous procedural preconditions, as here employed. For example, the user agreement recites: 'If you do not follow the procedures set out in this Section before filing an arbitration claim or suit in small claims court, we shall have the right to ask the arbitrator or small claims court to dismiss your filing unless and until you complete the following [pre-arbitration complaint] steps'").

[6] https://www.namadr.com/content/uploads/2021/07/Comprehensive-Fees-7.1.2021-updated-7.8.2021.pdf

[7] *See, e.g., In re Poly-Am, L.P.*, 262 S.W.3d 337, 348-49 (Tex. 2008); *Carey v. 24 Hour Fitness, USA, Inc.* 669 F.3d 202, 207 (5th Cir. 2012)

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

June 13, 2022
Page 3

*Coinbase, Inc.*, No. 3:21-cv-07478, (N.D. Cal. Apr. 8, 2022) (Alsup, W), the Northern District of California rejected Coinbase's motion to compel arbitration concluding that the contract and arbitration agreement were unconscionable and unenforceable because (1) "Coinbase drafted and presented the user agreement to [plaintiff] on a take-it-or-leave-it basis, which deprived him of both the ability to negotiate and meaningful choice," and (2) the right to arbitrate cannot be conditioned on onerous[8] procedural preconditions. The court determined that the user agreement "imposes a burdensome and unfair pre-arbitration dispute process on users and sends their complaints, but not Coinbase's complaints, to binding arbitration."[9] The "lack of mutuality" in the complaint process therefore "imposes an onerous, unfair burden" on the party. The court declined to sever the arbitration clause stating "[t]he inclusion of the requirement for users to engage in onerous pre-arbitration procedures in multiple provisions further indicates that severance is not possible here" and further noting that "Coinbase's proposed change would be binding only in this case and would leave Coinbase free to insist on its burdensome and one-way preconditions in all other cases. In short, severance is not feasible."[10] Like Coinbase, the Respondents impose one-sided onerous notice provisions on Claimants that Respondents themselves are not forced to follow.[11]

**Respondents' Improper and Prohibited Communication with Claimants**

For more than a year, Respondents have launched baseless attacks and accusations on Claimants' counsel, including unsubstantiated claims that counsel has and is acting in bad faith. While these claims are not true, the irony lies within Respondents' own acts and statements in this case, including Respondents' improper communications with Claimants and unlawful retaliation. Knowing Claimants were represented by counsel regarding these disputes, any communication that affects these claims must be through counsel.[12] Coordination of this change was obviously done through

---

[8] *Bielski v. Coinbase, Inc.*, No. 3:21-cv-07478, (N.D. Cal. Apr. 8, 2022) (Alsup, W) ("As discussed, Coinbase's tripartite complaint process requires users to jump through multiple, antecedent hoops before initiating arbitration. This order pauses to note the agreement also mentions a separate "hotline" for users to call if their account is compromised, a further checkbox for a user who has seen their account drained. There is no legitimate commercial need for this many burdensome obstacles prior to arbitrating disputes relating to a basic user agreement for services like those provided by Coinbase.").
[9] *Id.* at pp. 8-9.
[10] *Id.* at p. 11.
[11] For example, the Tinder NAM Terms require Claimants, but not Tinder, to provide various categories of personal information and personally sign the notice letter, regardless of whether Claimants are represented by counsel, for it to be effective, yet Tinder itself, does not have to follow the same procedures.
[12] *See e.g.*, Texas Rule of Professional Conduct 4.02(a) (prohibiting communication "about the subject of representation with a person the lawyers knows to be represented by another lawyer…"); Illinois Rule of Professional Conduct 4.2 (same); Texas Rule of Professional Conduct 8.04 (it is professional misconduct for a lawyer to "knowingly assist or induce another to do so, or do so through the acts of another"); Illinois Rule of Professional Conduct 8.4 (same); *see also*, ABA Formal Opinion 477R Securing Communication of Protected Client Information ("Prime examples of overreaching include assisting the client in securing from the represented person an enforceable obligation, disclosure of confidential information, or admissions against interest without the opportunity to seek the advice of counsel..."); *Parker v. Pepsi Cola Gen. Bottlers, Inc.*, 249 F.Supp.2d 1006 (N.D. Ill. 2003) (the rules are designed to "[protect] the represented person from overreaching by adverse counsel, safeguard the client-lawyer relationship from interference by adverse counsel and reduce

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

June 13, 2022
Page 4

Respondents counsel.  Changing the Terms of Service fundamentally affects these existing claims.[13] Knowing Claimants' counsel would reject any changes, Respondents improperly went straight to Claimants in order to trick them into agreeing to unilateral and fundamentally unfair changes to Respondents' arbitration clause.[14]  The Supreme Court and courts throughout the country have long recognized that communications to a party represented by counsel and/or involved in pending litigation will not be tolerated.[15]

For example, in *Kleiner v.  First Nat'l Bank of Atlanta*, the Eleventh Circuit recognized that "[a] unilateral communications scheme…is rife with potential for coercion.  If the class and the class opponent are involved in an ongoing business relationship, communications from the class opponent to the class may be coercive."   Thus, the court held that when a defendant contacts putative class members for the purpose of altering the status of a pending litigation, such communication is improper without judicial authorization.    Similarly, in *Piekarski v. Amedisys Illinois, LLC*, the Eastern District of Illinois held that defendant employer's abusive tactics in trying to bind employees to arbitration was likely to confuse and mislead potential class members and prevent them from

---

[the] likelihood that clients will disclose privilege or other information that might harm their interests); *In re: Air Crash Disaster Near Roselawn, Ind.*, 909 F.Supp. 1116, 1121 (N.D. Ill. 1995) (noting that the anti-contact rule is designed to prevent counsel from "exploiting un-counseled [parties] into making ill-considered statements or omissions"); *Belt v. EmCare Inc.*, 299 F.Supp.2d 664, 667 (E.D.Tex.2003) (relying on the Supreme Court's  precedent  to enter "appropriate orders," such as requiring defendant to issue corrective notice to inform potential class members of their right to join a putative class action, where defendant sent letter discouraging participation in pending class action); *Wright v. Adventures Rolling Cross Country, Inc.*, No. C-12-0982 EMC, 2012 WL 2239797, at *5 (N.D. Cal. June 15, 2012) ("Defendants' communications were improper because they plausibly could have a chilling effect on participation in the class action.").

[13] As previously outlined, Respondent's NAM Terms requires Claimants to waive their rights to resolve their dispute though arbitration with JAMS and imposes onerous prefiling procedures and costs on Claimants.

[14] *Id.*  Notably, Respondent has an in-house legal team and at least two law firms working on this matter, all of whom have been in contact with Respondent's counsel for more than a year, yet Claimant's counsel was never notified of the rollout of the NAMs Terms, despite several communications with Respondent's counsel about the procedures for filing arbitrations before JAMS.  *See* Exhibit B at pp. 3-4.

[15] *See, e.g, Gulf Oil v. Bernard*, 452 U.S. 89, 100, 101 S.Ct. 2193, 68 L.Ed.2d 693 (1981) (Indeed, "[b]ecause of the potential for abuse, a district court has both the duty and the broad authority to exercise control over a class action and to enter appropriate orders governing the conduct of counsel and parties."); *see also Hoffmann–La Roche Inc. v. Sperling*, 493 U.S. 165, 171, 110 S.Ct. 482  (1989) ("We have recognized that a trial court has a substantial interest in communications that are mailed for single actions involving multiple parties."); *In re Currency Conversion Fee Antitrust Litigation*, 361 F. Supp. 2d 237, 254 (S.D.N.Y. 2005) ("In sum, defendants' unsupervised communications were improper because they sought to eliminate putative class members' rights in this litigation. Thus, this Court holds that those arbitration clauses may not be enforced because Chase and Citibank added them, without notice, after this litigation commenced."); *Thimmegowda v. Big Fish Games, Inc.*, No. 19-36090, 2020 WL 1441391 (9th Cir. Feb. 26, 2020), and appeal dismissed, No. 19-36091, 2020 WL 1441416 (9th Cir. Feb. 26, 2020) (noting that "[m]any courts have found that a defendant's attempt to foist a new arbitration provision on putative class members is an improper communication."); *Hampton Hardware v. Cotter & Co.*, 156 F.R.D. 630, 633–34 (N.D.Tex.1994) (holding evidence of letters discouraging participation in lawsuit, an ongoing business relationship between the parties and plaintiffs' dependence on defendant for supplies sufficient to prohibit all litigation-related communication prior to class certification; *Hampton Hardware*, 156 F.R.D. at 633 (noting that because the defendant and potential class members were involved in an on-going business relationship, there was a potential for coercion); .

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

June 13, 2022
Page 5

participating in litigation warranting limits on defendant employer's communications. 4 F.Supp. 3d 952, 955 (N.D. Ill. 2013). Moreover, in *O'Connor v. Uber Techs., Inc.*, Uber orchestrated a legal strategy to require all drivers to agree to an updated contractor agreement that changed its arbitration forum and imposed onerous opt our provisions on its employees after it received notice that thousands of drivers intended to purse individual arbitration against Uber with AAA. The Northern District of California granted in part, plaintiff's motion to strike the new arbitration clause noting that there was "a distinct possibility that the arbitration provision and class waiver imposed by Uber was motivated at least in part by the pendency of class action lawsuits which preceded the new Licensing Agreement. Suspicion that the new Licensing Agreement's arbitration provision was intended by Uber as a means to thwart existing class action litigation is heightened by the misleading nature of the communication and the unusually onerous procedures for opting out discussed." 2013 WL 6407583, at *4 (N.D. Cal. Dec. 6, 2013).[16]

JAMS should follow this long-standing precedent and not tolerate this obvious attempt by Respondents to dupe Claimants into bettering Respondents' litigation position.

**Match Group's Attempt to Elect Small Claims Court, Despite Lack of Jurisdiction, Cannot Prevail Even Under Texas or Illinois Law**

It is axiomatic that small claims court is an improper venue to hear the claims as outlined in all of Claimants' notice form and demand filed with JAMS. This is true whether the small claims court exists in Texas or Illinois. In Illinois, small claims court has jurisdiction over claims for $10,000 or less – Claimants are seeking at least $20,000 – and cannot award injunctive relief,[17] which Claimants

---

[16] *See also*, *Erhardt v. Prudential Group*, 629 F.2d 843, 846 (2d Cir.1980) (One policy of Rule 23 is the protection of class members from "misleading communications from the parties or their counsel); *See Long v. Fid. Water Sys., Inc.,* No. C–97–20118 RMW, 2000 WL 989914, at *3 (N.D.Cal. May 26, 2000) (refusing to require arbitration where the agreement was modified after the filing of a putative class action); *Jimenez v. Menzies Aviation Inc.*, No. 15-CV-02392-WHO, 2015 WL 4914727, at *4-6 (N.D. Cal. Aug. 17, 2015) (refusing to enforce an arbitration agreement implemented while a class action was pending holding that "[p]ermitting defendant to disrupt plaintiffs' litigation strategy by using its newly implemented ADR Policy to split their claims would hinder that interest."); *Balasanyan v. Nordstrom, Inc.*, 2012 WL 760566, at *1–2, 4 (S.D. Cal. Mar. 8, 2012) (declining to enforce individual arbitration agreement in class action where defendant's implementation of arbitration agreement was an improper class communication that "constituted an improper attempt to alter the pre-existing arbitration agreement with putative class members during litigation"); *Williams v. Securitas Sec. Serv. USA, Inc.*, 2011 WL 2713818, at *1 (E.D. Pa. July 13, 2011) (refusing to enforce arbitration agreement imposed during pendency of putative class action); *sIn re Sch. Asbestos*, 842 F.2d at 682 n. 23 (listing cases where defendants "sought either to affect class members' decisions to participate in the litigation or to undermine class plaintiffs' cooperation with or confidence in class counsel"); *Goody v. Jefferson Co.,* No. CV–09–437, 2010 WL 3834025, at *3 (D.Idaho Sept. 23, 2010) (requiring corrective notice where defendant's communications with potential class members caused confusion about right to join suit).

[17] *See* Ill. Sup. Ct. R. 281 (limiting relief in small-claims court to monetary damages); *see also, e.g.,* https://www.smith-county.com/home/showpublisheddocument/6339/636873818283070000 (claimants cannot file in Smith County Texas' small claims court if the party is seeking more than $10,000 or seeking injunctive relief).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

June 13, 2022
Page 6

are also seeking here.[18]  As such, requiring Claimants to first file their claims before a court they know has no jurisdiction over their claims is essentially asking Claimants counsel to violate its duties to the Claimants and waste judicial resources.  JAMS should not participate in such a charade.

Further, as it bears repeating that small claims court is an option only if the small claims court is an appropriate venue.  OKCupid's arbitration provision provides "the responding party may request that the dispute proceed in small claims court **if the party's claim is within the jurisdiction of the small claims court**." (emphasis added).

> The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.[19]

Similarly, Tinder's arbitration provision provides that each Claimant gives up the right to go to Court unless "the matters [] may be ***properly*** taken to a small claims court and are ***within such court's jurisdiction***." (emphasis added).

> By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction).[20]

---

[18] https://www.19thcircuitcourt.state.il.us/DocumentCenter/View/107/Small-Claims-Booklet-English-PDF; https://ag.state.il.us/consumers/smlclaims.html
[19] *See* OKCupid's June 2021 Terms attached hereto as <u>Exhibit C</u>.
[20] *See* Tinder's June 2021 Terms attached hereto as <u>Exhibit D</u>.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

June 13, 2022
Page 7

Here, the amount in controversy is ***at least*** $20,000, consistent with Illinois' Biometric Information Privacy Act, and the demand includes requests for declaratory and injunctive relief.[21] Because the small claims court cannot hear these matters or provide the relief requested it is inappropriate for Match Group to elect to have the cases heard in small claims court.

For all the above reasons, JAMS should reject Respondent's request for administrative closure and allow Claimants to proceed with their cases.

We appreciate your immediate attention and cooperation in these important matters.

Sincerely yours,

Jonathan Gardner

---

[21] *See, e.g.,* Exhibit A (Claimant Adjoran's demand form and complaint in arbitration).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT A

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Melissa H. Nafash (N.Y. Bar No. 4816328)
Jonathan Gardner (N.Y. Bar No. 2384394)
Shannon K. Tully (N.Y. Bar No. 5732235)
**LABATON SUCHAROW LLP**
140 Broadway, 34th Fl.
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
*Attorneys for Claimant*

<div align="center">

**BEFORE THE JUDICIAL ARBITRATION AND MEDIATION SERVICES**

</div>

| | |
|---|---|
| **AILEY ADORJAN** | |
| *Claimant,* | |
| **v.** | |
| **MATCH GROUP, INC.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa); **MATCH GROUP, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish); and **HUMOR RAINBOW, INC.** (d/b/a OkCupid), | **DEMAND FOR ARBITRATION** |
| *Respondents.* | |

Claimant, **Ailey Adorjan**, by counsel, brings this arbitration against Match Group, Inc. (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa), Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish), and Humor Rainbow, Inc. (d/b/a OkCupid) (hereinafter collectively referred to as "Match Group" or "Respondent") to redress and put a stop to its surreptitious collection, use, storage, and disclosure of Claimant's sensitive biometric data in violation of Illinois' Biometric Information Privacy Act ("BIPA").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## PARTIES

1.    **Ailey Adorjan** (*hereinafter* "Claimant") is a natural person who is a member of OkCupid and Tinder and has uploaded photographs of themselves, including photographs of Claimant's face and other physical attributes while residing in the State of Illinois.

2.    **Match Group, Inc.** (f/k/a Match Group, LLC; d/b/a Match.com; s/i/i Tinder, Inc. and d/b/a Tinder; d/b/a OkCupid; d/b/a Hinge; d/b/a/ PlentyOfFish; d/b/a OurTime; d/b/a BLK; and d/b/a Chispa) is a Delaware corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.   Match Group, Inc. is a publicly traded company (ticker: "MTCH") and the leading provider of dating products, operating the world's largest online dating community consisting of more than 21 million users in 24 countries.   Match Group's online dating community is comprised of the top global dating websites and mobile apps, including Affinity Apps, LLC ("Affinity"), a mobile app developer and the operator of BLK, and Chispa mobile dating apps, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, and Tinder.   Match Group owns approximately 60% of the online dating market share.[1]   In 2014, Match Group reported more than 56 million downloads across its dating sites.   By 2020, the number of downloads increased to 82 million.[2]   Match Group, Inc. is the parent to Match Group, LLC (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish; d/b/a OurTime; d/b/a BLK; d/b/a Chispa), which operates Match Group Dating Sites Match.com, OkCuid, Tinder, Hinge[3], POF,

---

[1] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away,* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[2] *Id.*
[3] Launched in 2013, Hinge markets itself as the dating app "designed to be deleted" and has more than 6 million active members per month and approximately 400,000 paying customers.  In 2018, Match Group purchased a 51% stake in Hinge and subsequently became the sole owner of Hinge in February 2019, when it purchased the remaining shares. See *Hinge Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=hinge-statistics-facts-history; *Hinge Launches New Online Store Around Its Mascot Hingie* (Jan. 27, 2020) https://www.datingsitesreviews.com/article.php?story=hinge-launches-new-online-store-around-its-mascot-hingie

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OurTime, BLK, and Chispa.  Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[4] with millions of active users.[5]  Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers.  Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby.  If a user is interested in the person shown, the user swipes right. If not, the user swipes left.  POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[6]  POF is one of Match Group's largest dating sites with more than 150 million registered users.[7]  Similar to Match.com, POF can receive algorithmic matches and search user profiles.[8]  OkCupid, operated by Humor Rainbow, Inc. was acquired by Match Group in 2011 for $50 million.[9]  Since its launch in 2004, OkCupid has amassed more than 50 million members[10] and 5 million active members per month.[11]

       3.     **Match Group, LLC** (f/k/a Tinder, Inc.; d/b/a Match.com; d/b/a Tinder; d/b/a PlentyofFish) is a Delaware limited liability company with its principal place of business at 8750

---

[4] https://www.match.com/

[5] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4.

[6] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup*, WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[7] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgoia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[8] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

[9] Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid.

[10] Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775.

[11] *OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

North Central Expressway, Suite 1400, Dallas, Texas 75231. Match Group, LLC (hereinafter "Match.com") operates Match Group Dating Sites Match.com, Tinder, and POF. Launched in 1995, Match.com is one of the world's oldest and most popular dating sites[12] with millions of active users.[13] Tinder (f/k/a Tinder, Inc.) is the world's most popular online dating app with an estimated 66 million users and 6.7 million paid subscribers. Tinder is famous for its "Swipe" functionality, which presents users with a stack of "swipeable cards" containing photographs of potential matches nearby. If a user is interested in the person shown, the user swipes right. If not, the user swipes left. POF was launched in Canada in 2003 and acquired by Match Group in 2015 for $575 million.[14] POF is one of Match Group's largest dating sites with more than 150 million registered users.[15] Similar to Match.com, POF can receive algorithmic matches and search user profiles.[16]

4. **Humor Rainbow, Inc.** (d/b/a OkCupid) (hereinafter "OkCupid") is a New York corporation with its principal place of business at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231. Humor Rainbow, Inc. operates the online dating site OkCupid, acquired by Match Group in 2011 for $50 million.[17] Since its launch in 2004, OkCupid has amassed more than

---

[12] https://www.match.com/

[13] *Match* Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019 (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 4

[14] Georgia Wells and Angela Chen, *IAC's Match Plans a New Hookup*, WALL STREET JOURNAL (Jul. 14, 2015), https://www.wsj.com/articles/match-group-to-buy-dating-site-plentyoffish-for-575-million-1436877537

[15] *MATCH GROUP APPOINTS MALGOSIA GREEN CHIEF EXECUTIVE OFFICER OF PLENTY OF FISH* (April 12, 2018), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2018/Match-Group-Appoints-Malgosia-Green-Chief-Executive-Officer-of-Plenty-of-Fish/default.aspx; https://s22.q4cdn.com/279430125/files/doc_financials/2019/q4/MTCH-4Q-2019-Earnings-Release-FINAL.pdf?mod=article_inline

[16] *Match Group's Form 10-Q, For the Fiscal Year Ended December 31, 2019* (Feb. 27, 2020), https://s22.q4cdn.com/279430125/files/doc_financials/2019/ar/Match-Group-2019-Annual-Report.pdf at p. 6. ("*PlentyOfFish.* PlentyOfFish was launched in 2003. Similar to Match, among its distinguishing features is the ability to both search profiles and receive algorithmic matches. Similar to Tinder, PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the central United States, Canada, the United Kingdom, and a number of other international markets.").

[17] Brenna Ehrlich, *OkCupid Acquired by Match.com for $50 Million, Mashable* (Feb. 2, 2011), https://mashable.com/archive/match-okcupid

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

50 million members[18] and 5 million active members per month.[19]

## JURISDICTION AND VENUE

5.  Respondents' Terms of Use Agreement contains a mandatory arbitration provision (hereinafter "Arbitration Procedures") wherein the user and Respondent agree to the following:

a)  Any dispute, claim or controversy arising out of or relating in any way to Respondent shall be determined by binding arbitration.

b)  The arbitration shall be conducted on an individual basis and not as a class.

c)  The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures, as modified by the Arbitration Procedures, and will be administered at a JAMS facility by an arbitrator selected from JAMS's roster of neutral arbitrators.

d)  The user will be responsible for paying the filing fee to commence arbitration in accordance with the JAMS fee schedule for consumer disputes, Respondent will be responsible for all remaining fees.

e)  If the user succeeds on the merits, Respondent will reimburse the user for the filing fee if the claim is for $1,000 or less.

f)  Within 21 days of the arbitrator's appointment, each party may request: (1) relevant, non-privileged documents from the other party; and (2) that the other party provide the particulars of its claims or defenses.

---

[18]Zak Doffman, *Why Your Dating App Might Be Dangerous*, Forbes (Jul. 29, 2020), https://www.forbes.com/sites/zakdoffman/2020/07/29/dating-app-dangerous-cyber-warning-iphone-android-update/?sh=29dd2fb47775
[19]*OkCupid Information, Statistics, Facts and History*, https://www.datingsitesreviews.com/staticpages/index.php?page=OkCupid-Statistics-Facts-History

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

g)  The responding party shall have 15 days after the receipt of the discovery request to respond and produce non-privileged responsive documents and/or objections to the requests.

h)  The parties agree to waive an oral Hearing and submit the dispute for arbitration based on written submissions and other evidence as agreed by the parties, unless either party requests an oral Hearing within 10 days after the arbitrator's appointment.

i)  The arbitrator will issue a written decision within 30 days after the oral Hearing, or if no Hearing was conducted, within 14 days after any rebuttal or supplemental statements are due.

j)  Prior to commencing arbitration, the user will contact Respondent at Match Legal at P.O. Box 25458, Dallas, TX 75225 with an explanation of their complaint to allow Respondent an opportunity to resolve the dispute without the need for arbitration.

6.  Claimant notified Respondent of the dispute on September 2, 2021.

7.  On October 2, 2021, Respondent's counsel notified Claimant's counsel that it "expect[ed] to have a comprehensive response" to the September 2nd Notice "soon." In response, Claimant's counsel requested Respondent submit their response by October 15, 2021.

8.  On December 3, 2021, the parties engaged in private mediation. However, the parties were unable to resolve their dispute and currently are at an impasse.

9.  More than 220 days has now passed since Claimant notified Respondent of the dispute as set forth herein, and there has been no resolution.

10.  Claimant elects to have the arbitration conducted solely based on the documents submitted to the arbitrator.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## FACTUAL BACKGROUND

### I.      Biometrics and Consumer Privacy

11.      "Biometrics" refers to measurable characteristics or processes used for identification.  As a characteristic, biometrics is defined as "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition."[20]  As a process, biometrics is defined as "automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[21]

12.      Biometrics are used to identify individuals based on unique, distinctive, and measurable characteristics or features known as "biometric identifiers." [22,23]

13.      A biometric(s) can be either a characteristic or a process: it can be "a measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition" or an "automated method of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics."[24] "Measurable means that the characteristic or trait can be easily presented to a sensor and converted

---

[20] http://www.biometrics.gov/Documents/Glossary.pdf.  The term "biometrics" was developed and defined by the National Science & Technology Council's (NSTC) Subcommittee on Biometrics (2006), as updated.

[21] http://www.biometrics.gov/Documents/Glossary.pdf.

[22] "Biometrics: A general term used alternatively to describe a characteristic or a process: As a characteristic: A measurable biological (anatomical and physiological) and behavioral characteristic that can be used for automated recognition. As a process: Automated methods of recognizing an individual based on measurable biological (anatomical and physiological) and behavioral characteristics." *Biometrics Foundation Documents,* NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study,* J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011),  ("A biometric is any measurable, robust, distinctive, physical characteristic or personal trait of an individual that can be used to identify, or verify the claimed identity of, that individual. Measurable means that the characteristic or trait can be easily presented to a sensor and converted into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."); Stephen Mayhew, *History of* Biometrics (Feb. 1,2018), https://www.biometricupdate.com/201802/history-of-biometrics-2; *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1094 (N.D. Ill. 2017) ("Biometrics" refers to "biology-based set[s] of measurements").

[23] Sushma Jaiswal, *et al, BIOMETRIC: CASE STUDY,* J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

[24] Biometrics Foundation Documents, NSTC Subcommittee on Biometrics (2009), http://www.dtic.mil/dtic/tr/fulltext/u2/a505048.pdf; Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH COMPUTER SCIENCE (Oct. 2011), https://www.rroij.com/open-access/biometric-case-study-19-49.pdf

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

into a quantifiable, digital format. This allows for the automated matching process to occur in a matter of seconds."[25]

14.     "Biometric identifiers" are categorized by physiological and behavioral characteristics. Examples include, but are not limited to, face or hand geometry, fingerprints, palm prints, irises, retinas, veins, and DNA sequences. Behavioral based biometric identifiers "are apparent in a person's interaction with the environment, such as signatures, gaits, and keystroke,"[26] while "[v]oice/speech contains both behavioral features, such as accent, and physiological features, such as voice pitch."[27]

15.     Biometric technologies vary widely depending on the biometric identifier. Modern era biometric processes include:

      a)  Face recognition,

      b)  Fingerprint recognition,

      c)  Hand geometry,

      d)  Retina scan,

      e)  Iris scan,

      f)  Voice recognition,

      g)  Vascular or vein recognition,

      h)  Skin texture,

      i)  DNA,[28]

---

[25] Stephen Mayhew, *History of Biometrics*, BIOMETRICUPDATE (Feb. 1, 2018), https://www.biometricupdate.com/201802/history-of-biometrics-2.
[26] *Id.*
[27] *Id.*
[28] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

    j)   Dynamic signature verification,[29]

    k)   Keystroke dynamics, and

    l)   Gait analysis.

16.    One of the most prevalent uses of biometrics is in facial recognition technology, which records the "spatial geometry" or more commonly known as "facial geometry" of distinguishing features of the face.[30]  These distinguishing features include the nose, eyes, eyebrows, mouth, chin, and lips.[31]  The graphic in <u>Figure 1</u> below illustrates the way "face geometry" is commonly used to refer to the location and spatial relationships between the distinguishing features.



*Figure 1*[32]

17.    Facial recognition technology works by: (1) scanning[33] a photograph and/or digital image to detect a human face, (2) extracting the distinguishing facial features, such as the nose,

---

[29] *Access Control Technologies Handbook*, HOMELAND SECURITY (Sept. 2015)
https://www.dhs.gov/sites/default/files/publications/ACT-HB_0915-508.pdf at p. 47.
[30] https://www.biometric-solutions.com/face-recognition.html
[31] Sushma Jaiswal, et al., *Biometric Case Study*, J. GLOBAL RESEARCH IN COMPUTER SCIENCE (Oct. 2011),
https://www.rroij.com/open-access/biometric-case-study-19-49.pdf
[32]  Daniel Thomas, *Future airports could become hi-tech pleasure dome* BBC NEWS (Feb. 2, 2015),
https://www.bbc.com/news/business-30830296
[33] A software program can be said to "scan" a digital image to detect a face by identifying key facial landmarks or features such as the nose, mouth, eyes and chin. *See* Belhumeur, *Localizing Parts of Faces Using a Consensus of Exemplars,* 2011 IEEE Conference on Computer Vision and Pattern Recognition (CPVR*)* (2011) ("Many fiducial point detectors include classifiers that are trained to respond to a specific fiducial (e.g., left corner of the left eye). These classifiers take as input raw pixel intensities over a window or the output of a bank of filters (e.g., wavelets, Gaussian Derivative filters, Gabor filters, or Haarlike features). These local detectors are scanned over a portion of the image and may return one or more candidate locations for the part or a "score" at each location.").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

eyes, mouth, chin, ear, and their relative portions in the digital image that are based on specific details about the face geometry as determined by facial points and contours and their relative portions in the digital image, (3) generating a face "template," (or "faceprint"), and (4) comparing the resulting "face template" to the face templates stored in a "faceprint database" for identification.

18.     The recent sophistication of facial recognition software has generated many commercial applications of the technology but has also raised serious privacy concerns about its massive scale, scope, and surreptitiousness.[34]

19.     The use of biometric data presents unique risks. Biometric data is one of the most sensitive forms of personal information because—unlike other types of data such as account or ID numbers—biometric data cannot be changed if stolen or compromised.  Once a person's unique and permanent biometric identifiers are exposed, she has no way to prevent identity theft and unauthorized tracking.

20.     Proprietary biometric data collected by companies—especially those who collect it unlawfully and without permission—can be leaked, hacked, exposed, or otherwise exploited, as demonstrated by the highly publicized breach of the Clearview AI scandal and the Respondent and Cambridge Analytica scandal.

21.     Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit **private** companies from collecting biometric data

---

[34] *What Facial Recognition Technology Means for Privacy and Civil Liberties: Hearing Before the Subcomm. on Privacy Tech & the Law of the S. Comm. on the Judiciary*, 112th Cong. 1 (2012) (statement of Jennifer Lynch, Staff Attorney, Electronic Frontier Foundation), available a*t* https://www.govinfo.gov/content/pkg/CHRG-112shrg86599/pdf/CHRG-112shrg86599.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

22.     Recognizing that the private sector continuously violates a person's right to privacy of their biometric data, on August 4, 2020, Senators Merkley and Sanders introduced the National Biometric Information Privacy Act of 2020 ("NBIPA"), which is groundbreaking legislation that would prohibit **private** companies from collecting biometric data.[35]

23.     Unlike other identifiers such as Social Security or credit card numbers, which can be changed if compromised or stolen, biometric identifiers linked to a specific voice or face cannot. These unique and permanent biometric identifiers, once exposed, leave victims with no means to prevent identity theft and unauthorized tracking.

24.     Due to the clear potential for invasion of privacy by companies who gather biometric data, the Federal Trade Commission ("FTC") urged companies using facial recognition technology and collecting biometric data to ask for clear consent before scanning and extracting biometric data from their digital photographs.[36]

25.     Efforts to regulate the use of facial recognition and biometric data have continued. In the Summer of 2015, the National Telecommunications and Information Administration ("NTIA") held a workshop in an attempt to create a code of conduct for the use and operation of facial recognition technology. Present at the meeting were trade associations representing some of the largest technology companies in the world, including companies like Google and Microsoft, advocates, experts, and members of the public interest community.  But these talks quickly fell through—ending with the entire public interest community staging a walk out before the meeting

---

[35] *See Merkley, Sanders Introduce Legislation to Put Strict Limits on Corporate Use of Facial Recognition,* https://www.merkley.senate.gov/news/press-releases/merkley-sanders-introduce-legislation-to-put-strict-limits-on-corporate-use-of-facial-recognition-2020. The Bill can be accessed at: https://www.merkley.senate.gov/imo/media/doc/20.08.04%20National%20Biometric%20Information%20Privacy%20Act.pdf.

[36] *See Facing Facts: Best Practices for Common Uses of Facial Recognition Technologies*, Federal Trade Commission (Oct. 2012), *available at:* https://www.ftc.gov/sites/default/files/documents/reports/facing-facts-best-practices-common-uses-facial-recognition-technologies/121022facialtechrpt.pdf

11

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

had ended—because not a single technology trade association "would agree that before you use facial recognition to identify someone by name, even if you don't have any relationship with that person, you need to get their consent."[37]

26.     Companies have only continued to exploit facial recognition technology and the use of biometric data.  For example, for eight years, RiteAid deployed facial recognition systems in largely lower-income, non-white neighborhoods, allegedly to target these demographics specifically.[38] Such continued abuses of facial recognition technology and biometric data that harm the public welfare led to the enactment of the Illinois Biometric Information Privacy Act.

**A.     Facial Recognition Technology and Facial Processing Systems**

27.     Facial recognition technology is one form of technology that processes faces.

28.     There are three main categories of facial processing technology: (1) facial detection; (2) facial analysis; and (3) facial recognition or identification.

29.     Facial detection determines whether the image contains a face, and can also be used to determine whether any face is present and where the face is located.

30.     Facial analysis technology enables the detection of various facial characteristics, also known as landmark features.  Facial analysis enables facial recognition by comparing an individual's facial features to available images for verification or identification purposes.[39]

31.     Facial recognition technology ("FRT") confirms a photo matches a different photo of the same person in a facial template database.

---

[37] *Biometrics Are Coming, Along With Serious Security Concerns*, WIRED (Mar. 9, 2016), https://www.wired.com/2016/03/biometrics-coming-along-serious-security-concerns/.
[38] https://www.reuters.com/investigates/special-report/usa-riteaid-software/
[39] Testimony provided on Feb. 6, 2020, by Dr. Charles H. Romine, Director, Information Technology Laboratory, NIST, United States Department of Commerce, to the Committee on Homeland Security, U.S. House of Representatives. https://homeland.house.gov/imo/media/doc/Testimony-Romine1.pdf

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

32.     FRT is based on algorithms that learn how to recognize human faces and the hundreds of ways in which each one is unique.

33.     These algorithms create a unique "face template" of a person's facial geometry by scanning, identifying, and measuring various facial landmarks, such as the location of the mouth, chin, nose, ears, eyes, and eyebrows.

34.     To automatically extract face templates from new images, a facial recognition algorithm must be "trained" to identify and measure the relevant facial landmarks.

35.     This is typically accomplished by the algorithm evaluating "triplet" sets of photographs—i.e., two images of the same person (known as the "anchor" and "positive sample"), and one of a completely different persons (known as the "negative sample").

36.     The algorithm reviews the measurements collected from each image, and then adjusts itself so that the measurements collected from the anchor sample are closer to those collected from the positive sample, and further apart from those collected from the negative sample.

37.     After repeating this process a few times, the algorithm learns to reliably scan for and collect a face template of the geometry of any given face.

**B.    Deep-learning Facial Recognition and Processing Techniques**

38.     Biometric recognition methods utilize deep learning-based models to provide an end-to-end learning framework, which can jointly learn the feature representation while performing classification.  This is achieved through a multi-layer neural network, also known as Deep Neural Networks ("DNN"), to learn multiple levels of representations that correspond to different levels of abstraction, which is better suited to uncover underlying patterns of the data.

39.     Facial recognition is a biometric technology that identifies facial vectors and features and matches them to an individual pre-enrolled in a database.  In the mid-2000s, the

13

technology based on digital signal processing techniques ("DSP") was restricted to frontal-facing images. However, more recently, there has been a dramatic improvement in precision advancements of artificial technologies ("AI") based DNNs leading to the development of AI-based facial recognition engines. AI based FRT leverages proprietary AI algorithms and mathematical equations to make its connections to individuals by measuring a number of facial variables, such as nose depth and width, forehead length, and eye shape, and saves the information as a template. The template generated for an individual is used as a basis for comparison to confirm identity if there is a match with an existing template.

40.     The key features of a facial recognition engine are face detection, face feature extraction, and face recognition. Face detection is the first step the technology takes to detect a face. Face detection works by scanning the entire image, video, and/or scene to determine if the frame contains full or partial human faces. Once a face is detected, the engine extracts a n-dimensional vector set creating a face template from the face image. The face template that is extracted from the individual's face is used for matching or searching. The newly extracted face template is then matched to pre-existing templates in a database. A 1:N search is performed by matching an individual's template to the entire database to find the best match and confirm identity.

### C.     Voice Recognition Technology

41.     Voice recognition takes the acoustic signal of an individual's voice and converts it into a digital code, which can be stored in a database.

42.     A voiceprint is a digital model of the unique vocal characteristics of an individual. Voiceprints are created by specialized computer programs which process speech samples, typically in WAV format. The creation of a voiceprint is often referred to as "enrollment" in a biometric system. There are two general approaches to the creation and use of voiceprints.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

43.     In traditional voice biometric systems, which use classical machine learning algorithms, a voiceprint is created by performing "feature extraction" on one or more speech samples.  This feature extraction process creates a "voiceprint," which is a personalized calculation or vector related to specific attributes that make the user's speech unique.  In these systems, feature extraction is also used to create a Universal Background Model ("UBM"), otherwise known as a voiceprint.  UBMs are created from many speech samples collected from many representative users of the system and stored in a database.  The newly extracted voiceprint is compared to UBM voiceprint templates to identify and verify individuals.

44.     In the last decade, biometric systems have implemented machine learning methods that have played a significant role in improving the performance of biometric systems.   Modern voice recognition systems use deep neural networks ("DNN"), which are commonly referred to as "deep learning" approaches and allow both speaker verification and speaker identification.[40]

45.     These systems start by creating a composite DNN model, which is like a UBM conceptually.   This DNN model is derived from processing often hundreds of hours of representative speech samples.  To create an individual voiceprint, users provide one or more enrollment speech samples to the DNN model, then the DNN is fine-tuned to learn the individual's unique speech characteristics.  The DNN modeling process occurs directly against the speech samples (i.e., raw WAV files) and no feature extraction is needed.  To verify a user, a speech sample is evaluated against the fine-tuned DNN model to arrive to identify a match.

---

[40] *The National Biometrics Challenge*, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL SUBCOMMITTEE ON BIOMETRICS AND IDENTITY MANAGEMENT, (September 2011) at p. 14, available at: https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/biometricschallenge2011.pdf

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## II.   Illinois's Biometric Information Privacy Act

46.   The Illinois Legislature has found that "[b]iometrics are unlike other unique identifiers" such as social security numbers, which can be changed if compromised.  740 ILCS 14/5(c).  "Biometrics . . . are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions." *Id.*

47.   In 2008, to protect Illinois residents from the surreptitious collection and use of their biometric data, the Illinois Legislature enacted BIPA.[41]  Under BIPA:

(b) No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

(1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

(2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

(3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.
. . .

(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

(1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

---

[41] In passing BIPA, the Illinois Legislature found that (1) "[b]iometrics are unlike other unique identifiers . . . [and] are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions" (740 ILCS 14/5(c)); (2) "[a]n overwhelming majority of members of the public are weary of the use of biometrics when such information is tied to finances and other personal information" (740 ILCS 14/5(d)); (3) "[t]he full ramifications of biometric technology are not fully known" (740 ILCS 14/5(f)); and (4) "[t]he public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information" ((740 ILCS 14/5(g)).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

740 ILCS 14/15(b) and (d).

48.    BIPA applies to entities that interact with two forms of biometric data: "biometric identifiers"[42] and "biometric information." 740 ILCS 14/15(a)-(e).

49.    "Biometric identifiers" means "a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry."  740 ILCS 14/10.[43]  However, BIPA only provides a non-exhaustive list of biometric identifiers, and the legislative intent behind BIPA was to protect its residents from irreputable harm by placing strict requirements on companies regarding the collection, usage, storage, retention, and destruction of unique and highly sensitive biometric identifiers and information.

50.    "A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time.  Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode.  The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public." *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, *appeal denied*, 119 N.E.3d 1034 (Ill. 2019).

51.    "Biometric information" consists of biometric identifiers used to identify an individual.  BIPA defines "biometric information" to include "any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual." *Id.*; *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act

---

[42] "Biometric identifiers" are categorized by physiological and behavioral characteristics.  Examples include, but are not limited to, voiceprints, face or hand geometry, fingerprints, palm prints, iris patterns, retina patterns, veins, and DNA sequences.
[43] *See also*, *Sekura v. KrishnaSchaumburg Tan, Inc.*, 2018 IL App (1st) 180175, ¶ 59, 115 N.E.3d 1080, 1093, appeal denied, 119 N.E.3d 1034 (Ill. 2019) ("A person cannot obtain new DNA or new fingerprints or new eyeballs for iris recognition, at least not easily or not at this time.  Replacing a biometric identifier is not like replacing a lost key or a misplaced identification card or a stolen accesscode.  The Act's goal is to prevent irretrievable harm from happening and to put inplace a process and rules to reassure an otherwise skittish public.").

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

also bans the non-consensual collection and storage of ***information…that is 'based on' those biometric identifiers***.") (emphasis added).[44] *See also Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute.").

52.     BIPA imposes various requirements on private entities that collect or maintain biometric data and requires a company to develop a publicly available written policy establishing a retention schedule and guidelines for permanently destroying biometric data when the initial purpose for collecting such data has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first.  740 ILCS 14/15(a).

53.     Under BIPA, "[a] prevailing party may recover ***for each violation***: (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater; (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater; (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation

---

[44] *See also In re Clearview Privacy Litigation,* No. 21-cv-00135, at p. 8 (N.D. Ill. Feb. 14, 2022) (Coleman, S.) *citing Flores v. Motorola Solutions, Inc.*, No. 21-cv-1128, 2021 WL 232627, at *3 (N.D. Ill. Jan. 8, 2021) (Norgle, J.) ("The Court cannot say that those protections do not apply to any publicly published photographs of individuals—especially given that the biometric data in this case is the facial geometry of the class members, in contrast to the photos themselves."); *Rivera*, 238 F.Supp.3d at 1096 ("'biometric identifier' is not the underlying medium itself, or a way of taking measurements, but instead is a set of measurements of a specified physical component (eye, finger, voice, hand, face) used to identify a person.").

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

expenses; and (4) other relief, including an injunction, as the State or federal court may deem appropriate." *Id.* (emphasis added).

54.     Each part of section 15 described above "imposes various duties upon which an aggrieved person may bring an action under section 20… as section 20 provides that a 'prevailing party may recover for each violation' (740 ILCS 14/20), a plaintiff who alleges and eventually proves violation of multiple duties could collect multiple recoveries of liquidated damages. *Id.* § 20(1), (2)." *Tims v. Black Horse Carriers, Inc.*, 2021 IL App (1st) 200563, ¶ 30, 2021 WL 4243310, at *5 (Ill.App. 1 Dist., 2021).

## III.     Respondent and its Dating Sites Encourage Users to Upload Photographs with Unobstructed Views of Their Faces

55.     Respondent operates the largest global collection of online dating websites including, but not limited to, Match.com, OkCupid, Hinge, PlentyofFish ("POF"), OurTime, Tinder, BLK, and Chispa (collectively "Dating Sites").  Respondent boasts of a collective 21 million users across its platform[45] and owns approximately 60% of the online dating market share.[46]  As portrayed in <u>Figure 2</u>.  Respondent owns and operates the Dating Sites at issue.[47]

---

[45] *Match Group News & Events – Quarterly Results* (2017-2021), https://ir mtch.com/news-and-events/quarterly-results/default.aspx (2017, 2018, 2019, 2020, and 2021 Results, Shareholder Letters, Presentations, SEC Filings, and Annual Reports)
[46] Avery Hartmans and Allana Akhtar, *How Tinder and Hinge owner Match Group grew to dominate the country's online dating market — but let Tinder get away* Business Insider (Feb. 3, 2021), https://www.businessinsider.com/what-is-match-group-history-of-tinder-parent-company-2021-1
[47] Match Group Our Company, https://mtch.com/ourcompany.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 2*

56.     The purpose of the Respondent's Dating Sites is to "spark meaningful connections for users around the world" and allow members to find a romantic connection with other members, based on specific criteria such as location, age, gender, and sexual orientation.[48]

57.     All Dating Sites require users to create an account and "personal profile"[49] that must include one or more photos of themselves[50] and may contain certain "personal characteristics"[51] about the user.[52] Personal profiles are added to the site's database,[53] become visible to other members and potential matches, and are shared with Respondent, its Dating Sites,

---

[48] *See* Match Group's Form 10-Q, For the Quarterly Period Ended December 31, 2020 (Feb. 25, 2021), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm (According to Match Group, its goal "is to spark meaningful connections for users around the world.").

[49] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal profile' is a collection of personal information that may include biographic information and that is made available to third parties over a network, such as the Internet.").

[50] *Id.* ("As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face").

[51] *Id.* ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.").

[52] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[53] *Id.*

and Respondent's "family of businesses."[54]  Respondent encourages users to upload multiple photos to increase their chances of finding a potential match.  For instance, Match.com encourages users to upload up to 26 photographs,[55] Hinge requires users to upload up to 6 photographs, and OkCupid, POF, OurTime, BLK, Chispa and Tinder all require at least 1 photograph but encourage users to upload several photos to increase match potential.[56]  Additionally, Respondent's Dating Sites provide "advice," articles, reviews, instructions, or tips that persuade users to upload or post photographs that include an unobstructed view of the user's face.[57]  The reasoning behind this method is simple: the more photographs a user uploads and the clearer depiction of a user's face, the easier it is for Respondent to apply facial recognition technology to the user's photograph to extract, collect, store, and use the user's biometric information.

58.    In addition to uploading a profile picture, users are encouraged to upload several additional photos to their profile to improve their chances of matching with members.  Notably, several of Respondent's Dating Sites offer advice about the type of images to upload and recommend users upload an unobstructed view of the user's face that is big enough for potential matches to see clearly.[58]

A.    **OkCupid**

59.    OkCupid was launched in 2004 with a focus on a Q&A approach to the dating category.[59] To join OkCupid, users are prompted to provide their name, gender, date of birth,

---

[54] *See, e.g.,* https://www.match.com/registration/privacystatement.aspx ("Match is part of the Match Group family of businesses which, as of the date of this Privacy Policy, includes websites and apps such as Tinder, OkCupid, Plenty of Fish, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo. We share your information with other Match Group companies […].").
[55] *Guidelines for Posting a Photo*, MATCH.COM, https://www.match.com/dnws/help/#holder
[56] Users can only bypass this requirement if they create an account through Facebook and import their data, including their profile picture.
[57] *Id.*
[58] https://www.match.com/help/faq/7/135/
[59] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000891103/000089110321000014/mtch-20201231.htm

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

location, the type of connections they are looking for, as well as the gender of their dating preference. Before continuing, users *must* upload at least one picture.

60.     OkCupid provides "photo rules" for users to follow emphasizing the importance of uploading photographs that clearly show the user's face.  *See* <u>Figures 3-5</u>.





|        |        |        |
|--------|--------|--------|
| *Figure 3* | *Figure 4* | *Figure 5* |

**B.     <u>Tinder</u>**

61.     Tinder requires users to enter their age, gender, sexual orientation, gender preferences, and passions to create an account. After providing this information, users are required to upload at least two photos and provide location data to access the app. Tinder's photograph prompt is depicted in <u>Figure 6.</u>

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



*Figure 6*

62.     In 2021, Tinder announced the public release of its new "ID Verification" which launched on August 16, 2021.[60]   Although Tinder issued its public statement in 2021, upon information and belief, Tinder was already using ID verification.

63.     Upon information and belief, Tinder marketed this feature to Tinder users as a "vectorization" process that allowed users to verify their identity.  Tinder did not notify users that vectorization is a feature-based representative model that scans facial geometry analyzes skin tone, pigment, and texture, and facial shape to identify and recognize individuals.[61]   In other words, upon information and believe, Tinder failed to inform users that vectorization is a type of facial recognition technique and receive users' consent to apply facial recognition technology to their photographs.

64.     Presently, Tinder describes its "ID Verification" process as a part of its Photo

---

[60]https://www.tinderpressroom.com/2021-08-16-Tinder-Commits-to-ID-Verification-for-Members-Globally,-a-First-in-the-Dating-Category

[61] *See, e.g.,* David Beymer, *Vectorizing Face Images by Interleaving Share and Texture Computation* MIT ARTIFICIAL INTELLIGENCE LABORATORY (1995), available at: https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.18.4910&rep=rep1&type=pdf

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Verification program that allows users to self-authenticate through a series of selfies, which are compared to existing profile pictures using facial recognition software.  Tinder's description and instructions for Photo Verification are depicted in <u>Figure 7</u>.



*Figure 7*

65.    Photo Verification is not required to join or use Tinder's services.  Moreover, users are not provided notice of this feature upon account creation or during regular use.  However, for users who are aware of ID Verification, they can click the grey checkmark next to their name to start the verification process.  Before submitting photos for verification, Tinder provides users with two notices: (1) Get Verified; and (2) How it Works, as depicted in <u>Figure 8</u> and <u>Figure 9</u> below.

24

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 8*



*Figure 9*

66.    Visibly missing from Tinder's privacy policy is any mention of ID or Photo Verification, use of facial recognition technology, collection of facial geometry, face scans, biometric identifiers, or biometric data, or how and where Tinder stores user's biometric data. Nevertheless, even if there was a disclosure in the privacy policy about Photo Verification, the privacy policy would still be deficient and misleading because Tinder uses facial recognition technology to collect biometric data regardless of whether a user uses Photo Verification.

67.    Notably, on January 17, 2022, Tinder updated its privacy policy for the first time admitting that Tinder is and has collected biometric data of its users within the past year.[62] However, Tinder does not make this admission in the main text of its privacy policy, but instead, admits its collection of biometric information **only** in its notice to California users.[63] Illinois

---

[62] https://policies.tinder.com/privacy/intl/en/
[63] https://policies.tinder.com/ccpa-addendum/us/en/

residents, and more importantly, Claimant was never made aware of this collection of biometric information. Moreover, a non-California resident is not expected to review Tinder's "California Privacy Statement" to "learn about California privacy rights," which are listed in a separate link and on a separate page.

68.    As described above, all of Respondent's Dating Sites require (or at least prompt) users to upload photographs and advise users to upload more than one photo to improve their chances of meeting a potential match. Moreover, all Respondent's Dating Sites offer advice on the types of images to upload and recommend users to upload unobstructed, clear photos that are big enough for potential matches to see clearly.[64]

69.    Once a user completes the account registration process, answers the required prompts, and provides photographs, Respondent stores the information and data on its servers and makes it visible to other Dating Site members.

## IV.    Respondent's Various Uses of Biometric Data

70.    Respondent uses facial processing technology to detect, analyze, and recognize faces and voice recognition technology to detect, analyze, and recognize voices. Upon information and belief, Claimants allege Match Group uses biometric data in the following ways:

   a) Match Group uses facial processing technology to prevent "bad actors" from getting back on its sites after being removed. To accomplish this, it uses its facial processing technology on every photo a user uploads, generates a face scan, and then saves that face scan to its face scan database. Once a user is

---

[64] *See, e.g., Guidelines for Posting a Photo,* https://www.match.com/help/faq/7/135/#holder; *7 Tips for Creating a Stand Out Dating Profile Picture* (Nov. 2, 2017), https://blog.pof.com/2017/11/7-tips-creating-stand-dating-profile-picture/; *How to choose great photos,* https://help.okcupid.com/article/57-how-to-choose-great-photos; *Creating a Great Dating Profile on OurTime.com,* https://www.ourtime.com/v3/articles?article=18&title=Creating-a-Great-Dating-Profile; and https://www.chispa-app.com/en/frequently-asked-questions.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

identified as a bad actor, he or she is removed from the dating site and his or her biometric data (face scan) is identified as being that of a bad actor. Upon signing up, a face scan of every new user is generated and compared against the bad actors' face scans to deny bad actors re-entry.

b) Match Group uses facial processing technology to verify a user. User verification can be done through a user taking a selfie in real-time. To verify a user, Match Group generates and collects a user's biometric data in the form of a face geometry and compares it against the photos already on file.

c) Match Group uses facial processing technology to create user-specific Avatars that can be used in its chats and live features.

d) Match Group uses facial processing technology to provide users with potential matches that fit their preference, e.g., certain shades of faces (skin tone).

e) Match Group employees can confirm whether any person is a user on its site simply by uploading a photograph and processing it through the site's backend.

f) Match Group uses voice recognition technology in its video chat features and voice notes.

## V.  Respondent's Issued Patents Unequivocally Evidence Its Biometric Data Collection and Storage Practices Violate BIPA

71.  Respondent's use of facial recognition technology is irrefutable. Respondent's patents confirm the company's use of facial recognition technology and collection of biometric data.[65]  For over a decade, Respondent researched, developed, and implemented various

---

[65] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as **Exhibit A** ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

proprietary facial recognition techniques and mechanisms[66] to collect, share, and retain sensitive biometric data of all users without their knowledge or consent.

72. Specifically, in October 2013, Yahoo! Inc. assigned six patents and five patent applications, including the "Face Search in Personals"[67] application, to Respondent. All assigned patents relate explicitly to online dating services and improves matches through the "face search" process by leveraging the data generated by members on the platform to create matches with the user's preferred physical characteristics.[68] The "face search" technique sets forth the logical flow for reducing and extracting biometric data from user photographs utilizing the mathematical tool, principal component analysis ("PCA"), and conducting a personal profile search for specific facial features using the Eigenfaces facial recognition method,[69] one of the earliest facial recognition

---

[66] *See, e.g.,* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013).

[67] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017); Kin Man Lo, the Inventor, filed the patent application for "Face Search in Personals" on May 28, 2008, and immediately assigned all interest to Yahoo! Inc. Between 2008 and 2017, the United States Patent Office ("USPTO") rejected the application on 9 separate occasions. After nearly 10 years and thousands of dollars in filing fees, the USPTO approved and issued the patent on September 5, 2017. On September 8, 2020, Match Group paid $1,600 in patent maintenance fees extending its active status through September 30, 2021. *See* USPTO Maintenance Fee Details and Maintenance Fee Statement for "FACE SEARCH IN PERSONALS" Patent# 9753948, Application# 12127577, Attorney Docket# 076533-0354 (Sept. 8, 2017) https://fees.uspto.gov/MaintenanceFees/fees/details?patentNumber=9753948&applicationNumber=12127577&caresActSelected= (confirming the active status of Patent No.: US 9,753, 948 B2: Face Search in Personals (Sept. 5, 2017) "Approved for use through 9/30/2021" and verifying Match Group's maintenance fee payment of $1,600 on September 8, 2017.) (last viewed Apr. 12, 2022); Patent No. US 9,753,948 BS: Face Search in Personals (Sept. 5, 2017) is currently used by Match Group and applies to all Match Group Dating Sites. *Id.*

[68] *Id.*

[69] *Id.*

[69] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("The present invention relates generally to enabling a personal search based on an image of a person in the context of on-line dating. More particularly, the invention integrates the ability to search personal profiles based on attributes or characteristics in conjunction with characteristics that are provided through a photograph or image … Eigenfaces have advantages over other techniques available, such as the systems speed and efficiency. Using eigen-10 faces is very fast, and able to functionally operate on lots of faces in very little time."); *see also*., Amendments to the Claims in Patent Application No.: 12/127,577, attached to the Request for Continued Examination or Response to Examiner's Action submitted on November 4, 2016:
"8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature~~, and each of the plurality of different personal profiles

---

28

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

techniques developed in 1987,[70] and used by Matthew Turk and Alex Pentland in 1991.[71]  Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) is currently and actively used by Match Group and applies to all Match Group Dating Sites.[72]

73.    In November 2013, approximately one month after Respondent acquired multiple patents and patent applications from Yahoo!, Respondent filed an application with the United States Patent Office ("USPTO") to patent its matching services and third-party social network import feature.[73]  This patent was subsequently approved by the USPTO and published on July 28, 2015.  Notably, the drawings associated with Patent No. US 9,094,396 B2 contain images of both OkCupid's and Match.com's mobile app,[74] signify Respondent's control over OkCupid's technology and establish similarities between the two sites.  Figure 10 and Figure 11 depict two images of a Match.com profile taken from FIG. 2A and FIG. 2B of Patent No. US 9,094,396 B2, and an OkCupid profile taken from FIG. 3 of the same patent.

---

includes an image having a corresponding reduced image data set comprising a face space, wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match."

[70] Michael Kirby; Larry Sirovich, *Application of the Karhunen-Loeve Procedure for the Characterization of Human Faces*, IEEE TRANSACTIONS ON PATTERN ANALYSIS AND MACHINE INTELLIGENCE 12 (1): 103–108 (1990).

[71] Matthew Turk and Alex P. Pentland, *Face Recognition Using Eigenfaces*, VISION AND MODELING GROUP, THE MEDIA LABORATORY MASSACHUSETTS INSTITUTE OF TECHNOLOGY (1991) available at: https://sites.cs.ucsb.edu/~mturk/Papers/mturk-CVPR91.pdf.

[72] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

[73] *See* Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (Jul. 28, 2015).

[74] *See, e.g., id.* at Figure 2D (displaying a Match.com drawing) and Figure 3 (displaying a drawing of OkCupid's login page).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



Figure 10[75]

Figure 11

74. Additionally, while Patent No. US 9,094,396 B2 relates to third-party social networks, it once again solidifies that Match Group collects biometric data.[76] Specifically, it describes Respondent's broad-sweeping practice of scanning user photographs, "harvesting profile data," including metadata, tagged individuals,[77] and biometric data from photographs and data uploaded to Respondent's Dating Sites and through third-party social networks, and manipulation of photographs through puzzlization and pixel manipulation techniques.[78] These practices outlined

---

[75] Id.

[76] See Patent No.: US 9,094,396 B2: Integrated Profile Creation for a Social Network Environment (July 28, 2015) at ¶ 16 ("It should be noted that many other types of second-factor authentication may be used, including **biometric data**, use of a secure token, use of a permanent certificate, user of an RFID device, or similar.") (emphasis added).

[77] Id. ("To obviate safety concerns, certain data may be obfuscated, abstracted, obscured, or otherwise masked. By way of non-limiting example, a profile picture may be puzzled as described herein, or tilted slightly, for example, by one degree, so that the content is not noticeably disturbed to a human user, but web search algorithms searching for an exact match may be frustrated. Metadata may also be removed from the photograph, including for example, location, time, and tagged individuals.").

[78]Id. ("In the illustrated example, the user is notified that two matches have been identified at (or near) the location and on date specified in the user's date request. FIG. 13 illustrates a display of a first one of the identified matches. As

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

in Patent No. US 9,094,396 B2 are currently and actively used by Respondent and applies to Dating Sites.

75.     Respondent's patents confirm that its Dating Sites have used the same facial recognition algorithm and processes for years.  For instance, Respondent's proprietary matching algorithm "Matching Process System and Method" has been amended and reissued by the USPTO on four separate occasions since its first issuance in 2013.[79]  This method, first developed by Todd M. Carrico, Kenneth B. Hoskins, and James C. Stone in 2007, and later patented on October 22, 2013, as Patent No. US 8,566,327 B2, confirms that Respondent's Dating Site utilize the same matching system and take into consideration personal preferences.  Notably, on March 15, 2013, prior to becoming part of the Match Group family, Tinder, Inc., filed an application to continue-in-part Patent No. US 8,566,327 B2 to include facial recognition.  Tinder's patent was later issued as Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. ***Implicit***

---

[79] shown in FIG. 13, the information provided to the user for the "match" is the same information solicited from the user as described with reference to and illustrated in FIG. 4, including the match's first name, age, gender, and sexual orientation; however, the match's picture has been partially obfuscated in any appropriate manner (e.g., by "puzzlization") to disguise the actual appearance of the user. Other techniques can involve distorting the image through pixel manipulations, removing certain blocks of image data, contorting the image (e.g., much like that of a funhouse mirror), etc. In this manner, the user may ascertain a general idea of the match's features (eye color, hair color, etc.), but the puzzlization will advantageously impede the ability of the user to base his or her selection solely on the physical appearance of the match. Although not shown, the user may "scroll" to pages displaying the other matches using one of any number of known navigation techniques.").

[79] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of application no. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); *see also* Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and application publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019) and prior publication: US 2018/029281 Al (Oct. 11, 2018).

*signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*[80]

76.     Tinder subsequently filed an application continuing-in-part Patent No. US 9,733,811 BS in 2016, confirming the use of the same methodology and use of facial recognition technology.[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*[82]

77.     In 2018, after acquiring Tinder, Match Group amended Tinder's facial recognition patents again, confirming that Tinder's facial recognition methodology is used in each Respondent's Dating Sites.  This amendment, later issued as Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019), states:

> Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit*

---

[80] Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on Dec. 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) (Inventor: Todd M. Carrico; Assignee: Match.com, LLC); Pub. No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016) ("Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends, common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. *Implicit signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*") (emphasis added).
[81]  This application, later issued as Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).
[82] Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*signals may also include facial recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.*[83]

Notably, this patent, in which Match Group is both the applicant and assignee, utilizes the same drawings of Tinder's profile to explain the patented technology and Respondent's algorithms. Figure 12 below shows Respondent's use of Tinder's profile to explain its technology, establishing control over Tinder's technology and use the same technology.



*Figure 12*[84]

78.     On July 21, 2020, Match Group filed an application with the World Intellectual Property Organization ("WIPO") entitled "System and Method for Recommending Users Based

---

[83] Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019).
[84] *Id.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

on Shared Digital Experiences,"[85] later approved by the WIPO on February 21, 2021, and published as International Publication Number: WO 2021/02588 A1[86] (hereinafter referred to as "International Patent"). Match Group's International Patent relates particularly to a system and method for recommending users based on shared digital experiences. A recommendation for a potential match is accomplished through a tool that employs a machine-learning algorithm to generate ranked lists based on attributes, such as physical attributes and characteristics obtained from profiles, personality trait scores, and on additional attributes extracted through facial recognition technology and algorithms in the same or a similar manner as described in Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Match Group's primary facial recognition patent:

> As an example, in embodiments in which recommendation engine 160 employs a machine-learning algorithm trained to generate ranked lists of compatible users 110 based on attributes that include the users' personality trait scores, the machine-learning algorithm may operate on additional attributes obtained from profiles 135 in a manner similar to the systems described in, for example, ***U.S. Patent No. 9,733,811, the entire disclosure of which, except for any definitions, disclaimers, disavowals, and inconsistencies, is incorporated herein by reference.***

---

[85] International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020).

[86] International Patent No.: W.O. 2021/025855 A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

79.     As previously discussed, Respondent employ its "matching process system and method"[87] and "face search in personals"[88] facial recognition methods to leverage the data generated by members on the platform and generate matches.[89] Moreover, like the International Patent, Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017)[90] conducts searches based on personal characteristics:[91]

> As part of the profiles, users also include one or more pictures of themselves. The physical appearance of a person may be an important factor in determining whether a profiled individual is a suitable match. These pictures are generally digitized images and may include a picture of the person's face. The present invention permits a search of the pictures in the personal profiles to be included in the personals search. This allows a user to conduct a more exhaustive search.

---

[87] *See* Patent No.: US 10,203,854 B2:  Matching Process System and Method (Feb. 12, 2019), prior publication: US 2018/029281 Al (Oct. 11, 2018), which is a continuation of application No.: 15/676,773, filed on August 14, 2017, which is a continuation of Application No. 14/059,192, filed on October 21, 2013, now Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), which is a continuation-in-part of application No.: 12/339,301, filed on December 19, 2008, now Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,733,811 BS: Matching Process System and Method (Oct. 21, 2013); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013); Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017);  Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); Patent Application Publication: US 2019/0179516 A1: Matching Process System and Method (Jun. 13, 2019); International Patent No.: WO2021025855A1: System and Method for Recommending Users Based on Shared Digital Experiences (Feb. 11, 2021); International Application No.: PCT/US2020/042840: System and Method for Recommending Users Based on Shared Digital Experiences (Jul. 21, 2020); Patent No.: US 11,151,208 B2: System and Method for Recommending Users Based on Shared Experiences (Oct. 19, 2021); Patent Publication No.: US 2016/0127500 Al: System and Method for Modifying a Preference (May 5, 2016); Prior Publication Data: US 2018/029281 Al (Oct. 11, 2018).
[88] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).
[89] *Id.*
[90] *See* Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017) ("face search" process leveraged the data generated by members on the platform to generate matches with the user's preferred physical characteristic)'. *see, e.g.,* 11/4/16 Amended Claim:
8. (Currently Amended) A method for managing a personal profile search over a network, comprising: receiving a request to search a plurality of different personal profiles, ~~the request including a personal characteristic and a target image, the target image depicting at least one desirable feature,~~ and each of the plurality of different personal profiles includes an image having a corresponding reduced image data set comprising a face space, <u>wherein the request comprises a personal characteristic and a target image, and receiving the request comprises: receiving, from a device associated with a personal profile from the plurality of different personal profiles. selection of the personal characteristic. And receiving, from the device associated with the personal profile, selection of the target image, the target image depicting at least one feature that is desirable in a potential match for the personal profile, wherein the at least one feature depicted by the target image comprises eyes or body type of the potential match;</u>
[91] Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017) ("A 'personal characteristic' is information that a person uses to identify an attribute of themselves, such as their age, ethnicity, height, body type (whether slim, average, athletic, large, ... etc.), education, general location of where they live, income level, marital status (single, divorced, widowed, separated), eye color, hair color, preferences with respect to children, profession, religion, language spoken, personality traits and the like.").

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

\*\*\*

In one embodiment of the invention, a user may request a personal profile search that includes a search for a personal characteristic and a request to match a target image. *A subset of reduced image data sets corresponding to personal profiles that contain the personal characteristic is retrieved and compared against the reduced image data set of the target image. The comparison is achieved by using distance calculation. When two points in the face space are close together, this is an indication that the two images look similar. The converse is also true. Where there is a large distance between two points in the face space, such images will not look similar*. The images that correspond to the personal profiles would then be sorted according to the distance from the target image in the face space. The personal profiles that are close enough can then be presented to the user.[92]

80.    Indeed, the alternative method described incorporates the "Face Search in Personals" method, which, as confirmed by Respondent's counsel, unquestionably implicates the collection, use, and storage of Claimant's biometric data in the form of face scans.[93]  Moreover, like most facial recognition algorithms, the method described in the International Patent uses a machine-learning algorithm to learn how to recognize human faces, identify key facial landmarks such as eyes, nose, hair, ears, and eyebrows, and then use that data to extract and collect its users' facial geometry and related data.

81.    Respondent's patents and investor relation documents confirm that Respondent places emphasis on the importance of considering physical characteristics and user preferences when developing new or improved matching techniques and algorithms.  For instance, Patent Nos. US 9,158,821 B2, US 9,245,301 B2, and US 9,251,220 B2 explain:

Using the web pages illustrated in FIGS. 2E-2G, system 10 collects a variety of information from an end user, including, but not limited to, basic information about the end user (FIG. 2E), as well as *information about the type person the end user*

---

[93] *See* Email from Samuel C. Kitchens, Senior Corporate Counsel for Match Group to Jonathan Gardner and Melissa Nafash of Labaton Sucharow LLP dated July 1, 2021, attached hereto as Exhibit A ("For the third one [Patent No. 9,753,948 – Face Search in Personals], *we agree that it does implicate Biometric data*…") (emphasis added).

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

***would be interested in dating, including information about a potential date's physical appearance*** (FIG. 2F) and background and values (FIG. 2G).[94]

82.     Similarly, as depicted in <u>Figure 13</u> below, Respondent's letter to its shareholders discusses significant improvements with matching users after incorporating machine learning to identify user preferences based on their swiping history.



*Figure 13*

83.     Respondent's patents also confirm that all dating site data, including biometrics, is stored on the Respondent's database and visible to all Dating Site members regardless of the site.[95]

## VI.     The Match Group Dating Sites Operate and Function in Accordance with Match Group's Assigned Patents

### A.     <u>Patent No.: US 9,753,948 B2</u>

84.     In 2008, Yahoo! filed a provisional application (the "Yahoo! App") entitled "Face Search in Personals" with the USPTO disclosing two primary innovations: (1) enabling a personal search based on an image of a person in the context of online dating; and (2) integrating facial

---

[94] *See, e.g.,* US 9,158,821 B2: System and method for optimizing interactions between users in a network environment (Oct. 13, 2015); US 9,245,301 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment (Feb. 2, 2016); Pub. No.: US 2016/0134713 A1: System and Method for Tracking and Illustrating User Activity in a Network Environment (May 12, 2016).

[95] International Patent No.: WO 2021/025855 A1: System and method for recommending users based on shared digital experiences (Feb. 11, 2021).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

recognition technology to provide users with the ability to search personal profiles based on facial features, attributes, or characteristics provided through a photograph or image (hereinafter collectively referred to as the "Face Search in Personals").[96]  Yahoo!'s App was filed in connection with Yahoo! Personals, Yahoo!'s online dating site and major competitor of Match.com.[97]  While Yahoo!'s App discusses generally search methods for online dating, the primary focus of the proposed technology was to build upon and improve the "personal characteristic" search used by top online dating services Yahoo! Personals, Match.com, and AOL Personals.[98]   Match.com acquired AOL Personals in 2009 as part of its larger acquisition of People Media, the parent company of OurTime.[99]

85.    Subsequently, in May 2010, Match.com partnered with Yahoo! to merge Yahoo! Personals into a new co-branded site called "Match.com on Yahoo!"[100] According to Match.com, the new site, "Match.com on Yahoo!," offered "compelling features including mobile access, daily personalized matches and robust search tools" [that] fully replace the existing Yahoo! Personals

---

[96] *See* Patent Application Publication No. US 2009/02999 61 AI: Face Search in Personals (Dec. 3, 2009), later granted as Patent No.: US 9,753,948 B2: Face Search in Personals (Sept. 5, 2017).

[97] *Id.*

[98] *Id.* (identifying Yahoo! Personals, Match.com, and AOL Personals as online dating services that allow users to provide a personal profile of themselves that contains a collection of personal information and characteristics.).

[99] *People Media Launches Six New Niche Online Dating Communities For AOL Personals, Enhances All Existing Specialty Sites With New Matching and Community Features* (Jun. 25, 2009), https://www.prweb.com/releases/2009/06/prweb2577154.htm

[100] https://www.datingnews.com/apps-and-sites/history-of-match/;                *see            also*, https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("The long-term arrangement provides that Match.com will be the exclusive online dating provider and display advertiser on Yahoo!.  Match.com will receive media placements on the site, as well as occupy the position served by the personals navigational link on the Yahoo! homepage."); https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454 html; https://www.datingnews.com/apps-and-sites/history-of-match/

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

experience at the end of the transition period."[101]   As a result of this partnership, Match.com became the exclusive online dating site on Yahoo!.[102]

86.     As depicted in <u>Figure 14</u> and <u>Figure 15</u>, the websites for Yahoo! Personals and Match.com are nearly identical.   Moreover, the sign-up process for Yahoo! Personals and Match.com contain a similar advertisement and identical sign-up process.


*Figure 14[103]*


*Figure 15[104]*

87.     After the launch of "Match.com on Yahoo!" in 2010, Yahoo! and Match.com merged their landing pages to include both company names while keeping the overall appearance and sign-up process the same.   <u>Figure 16</u> and <u>Figure 17</u> are example advertisements for Match.com on Yahoo!.

---

[101]     https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html
[102] *Id.*; *see also*, *IAC's Match.com Partners With Yahoo! to be the Exclusive Online Dating Service on Yahoo!* (May 24, 2010), https://www.prnewswire.com/news-releases/iacs-matchcom-partners-with-yahoo-to-be-the-exclusive-online-dating-service-on-yahoo-94744454.html; Match.com Partners With Yahoo! (May 24, 2010), https://www.onlinepersonalswatch.com/news/2010/05/matchcom-partners-with-yahoo.html; Leena Rao, *Yahoo Finds A New Love In Match.com, Dumps Personals, TechCrunch* (May 24, 2010), https://techcrunch.com/2010/05/24/yahoo-finds-a-new-lover-in-match-com-dumps-personals/ ("Yahoo's current online dating site, Personals, will be folded into a new co-branded site called 'Match.com on Yahoo.' Match already powers Yahoo Personals in a number of European markets…Match.com on Yahoo will offer users mobile access, daily personalized matches and more advanced search tools. Match was rumored to be interested in acquiring Yahoo Personals, but this partnership makes sense considering Yahoo can retain part of the brand. And perhaps gain advertising dollars.").
[103] *Match to Buy Yahoo Personals* (Mar. 3, 2009), https://lovesites.com/2009/03/03/match-to-buy-yahoo-personals/
[104] *Id.*

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Match.com on Yahoo!**



**Match.com on Yahoo!**



*Figure 16[105]*

*Figure 17[106]*

88.     Through the acquisition of Yahoo! Personals and AOL Personals, Match.com continued to flourish as one of the largest online dating platforms in the United States and worldwide.  Eventually, Match.com expanded to platforms beyond Yahoo! and merged Yahoo! Personals into Match.com.  Nonetheless, as shown in Figures 18-25 below, Match.com continued to operate as an extension of Yahoo! Personals with nearly identical sign-up processes, account features and subscriptions, and services.

**Yahoo! Personals Sign Up**

**Match.com Sign Up**



*Figure 18*

*Figure 19*

---

[105] https://www.c reepshield.com/yahoo-personals/
[106] Tiffany J. Sutton, *#1. YahooPersonals – Yahoo Personals Dating Service* (Aug. 31, 2019), https://searching-hearts.com/yahoopersonals html

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Yahoo! Personals Account



*Figure 20*

## Match.com Account



*Figure 21*

## Yahoo! Personals Subscriptions



*Figure 22*

## Match.com Subscriptions



*Figure 23*

41

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Yahoo! Personals Dating Tips**

**Match.com Dating Tips**



*Figure 24*

*Figure 25*

89.    As discussed in Section H, Yahoo!'s App was assigned to Match.com in 2013 and later issued as Patent No.: US 9,753,948 B2 ("Yahoo! Patent").[107]   During this timeframe, Match.com and the other Dating Sites utilized Yahoo!'s "Face Search in Personals" method continuing to explore and improve its use of facial recognition technology internally and through outside partnerships.  For example, the Yahoo! Patent provides a method for searching personal profiles for similar physical features to an ex-boyfriend or ex-girlfriend:

> [I]f a person is searching the personal profiles for a male between the ages of 30 and 40 that has similar facial features to an ex-boyfriend, then the personal characteristics would be 'male' with an age 'between 30 and 40.' The reduced image data sets that would be retrieved from the personal profiles would only come from those personal profiles meeting those two personal characteristics. The above steps can be performed in any order. As just one example, the search for personal profiles can be conducted before calculating the reduced image data set for the target image. A comparison is then performed between the reduced image data set

---

[107] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

F of the target image and the subset of reduced image data sets B that have the personal characteristic defined in the personal profile search. The goal is to find the distance between reduced image data sets within the face space of all the faces.[108]

Notably, in 2014, Match.com partnered with Los Angeles-based matchmaking service Three Day Rule to offer members the opportunity to find dates that "look[ed] like their ex."[109]

90.      The Yahoo! patent also describes various embodiments in which users could select a "target image" that has features that a user finds desirable or limit their search to a specific feature the user finds attractive.[110]  Match.com, OkCupid, OurTime, and POF offer users the ability to limit their search to specific physical characteristics.  Additionally, patents issued to Respondent discuss various embodiments and methods permitting users to limit searches to physical features that a user finds attractive.[111]  Based on the aforementioned and Respondent's issued patents, at least some, if not all, Dating Sites utilize the "Face Search in Personals" facial recognition technique.

## B.    Patent No.: US 9,733,811 B2

91.      From its earliest days, the premise of Tinder has been fundamentally the same and consistent with numerous patents assigned to Respondent.  Tinder users are shown other users as potential matches based on certain parameters, including age range and geographic location. The

---

[108] *Id.*

[109] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST, June 18, 2014, available at:    https://www.washingtonpost.com/news/the-intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ (last visited on July 6, 2021) ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches"); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES, June 12, 2014 available at: https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ (last visited on July 6, 2021) ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.").

[110] Patent No.: US 9,753,948 B2: Face Search in Personals (September 5, 2017).

[111] *See, e.g.,* Patent No.: US 9,251,220 B2: System and Method for Finding Matches Between Users in a Networked Environment.

43

user is shown a card with a photo of a potential match nearby. The user is then given a choice to indicate interest by swiping right or lack thereof by swiping the card to the left."[112] If two users swipe right on each other, a match has been made, and the users are permitted to communicate with one another through the Tinder app.[113]

92.    Respondent was awarded utility patent, U.S. Patent No. 9,733,811 (hereinafter "Patent 811"), entitled "Matching Process System and Method," in connection with the function and innovations embodied in Tinder. As depicted in Patent 811, Tinder users "swipe" left and right on cards containing user photos to indicate whether the user is interested in the person shown. Swiping left indicates a user is not interested in the person shown, while swiping right indicates that the user is interested in the person. *See* Figure 26 and Figure 27 below evidencing Tinder's "swipe" functionality.

<div align="center">

**Tinder App "Swipe Right"**     **U.S. Patent No. 9,733,811**

     

*Figure 26*[114]     *Figure 27*[115]

</div>

---

[112]*See, e.g.,* Tinder-style Cards with NativeScript - Love At First Swipe, available at: https://nativescript.org/blog/tinder-style-cards-with-nativescript---love-at-first-swipe/.

[113] *See* Match Group, LLC's Original Complaint filed on March 16, 2018, in the matter of *Match Group, LLC v. Bumble Trading, Inc.*, Docket No.: 6:2018-cv-00080, filed in the United States District Court for the Western District of Texas Waco Division.

[114]*https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest* at p. 10.

[115] Patent No.: D798,314: Display screen or portion thereof with a graphical user interface of a mobile device (Sept. 26, 2017).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

93.    As depicted in <u>Figures 28-34</u> below, Match.com, OkCupid, BLK, Chispa, OurTime, and POF use the same "swipe" feature as Tinder and as described in Patent 811.





FILED DATE: 10/21/2022 8:16 PM   2022CH10435

94.      As described in Patent 811 and displayed in <u>Figure 35</u> and <u>Figure 36</u> below, users cannot communicate over Tinder unless both indicate interest in one another by swiping right to create a "match."[116]

<div style="text-align:center">

**<u>Tinder –Mutual Interest</u>[117]**    **<u>U.S. Patent No. 9,733,811</u>**

  

*Figure 35*         *Figure 36*

</div>

95.      Similarly, as depicted in <u>Figures 37-41</u> below, Match.com, OkCupid, Hinge, OurTime, Tinder, BLK, and Chispa cannot communicate unless both indicate interest in one another by swiping right to create a "match."   Match.com, BLK, Chispa, and Tinder have nearly identical "match" screens displaying Respondent's trademark phase "It's a Match!"

---

[116]   *https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest*

[117] *Id.*

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Match.com**



*Figure 37*

**Hinge**



*Figure 38*

**OurTime**



*Figure 39*

**Tinder**



*Figure 40*

**BLK**



*Figure 41*

**Chispa**



*Figure 42*

**OkCupid**



*Figure 43*

96.    As described in Patent 811, Tinder contains a "match queen" screen where users can find new matches and ongoing conversations with other matches.  Tinder's "match queen" screen is depicted in Figure 44 and is identical to Patent 811 FIG 12C and FIG 12D, which are displayed below.  Additionally, as displayed in Figure 45, OkCupid contains a nearly identical screen.

47

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

| **Tinder** | **Patent 811 (FIG 12C)**[119] | **Patent 811 (FIG 12D)**[120] |
|---|---|---|
|  |  |  |

*Figure 44*[118]

| **OkCupid** | **Patent 811 (FIG 12C)**[122] | **Patent 811 (FIG 12D)**[123] |
|---|---|---|
|  |  |  |

*Figure 45*[121]

97.    There is no dispute that the Dating Sites function and operate in accordance with Respondent's issued patents.  Moreover, Respondent emphasizes the value and importance of its innovative technology including the claims described in Patent 811 throughout its long-winded

---

[118] *Id.* at p. 12.
[119] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.
[120] *Id.* at FIG. 12D.
[121] *10 Dating Apps To Lookout For In 2015*!, https://startupdope.com/10-dating-apps-lookout-2015/
[122] Patent No.: US 9,733,811 BS: Matching Process System and Method (Aug. 15, 2017) at FIG. 12C.
[123] *Id.* at FIG. 12D.

patent infringement lawsuit with Bumble. Specifically, Respondent described Patent 811 as follows:

> The inventions claim a specific computer method, system, and computer-readable medium of matchmaking where parties are not permitted to communicate until a match is made, user profiles are specifically "online-dating profiles" and those profiles must be "associated with a social networking platform," a type of platform that is itself computer specific. The claims further describe various actions of a graphical user interface that provide certain information at certain times in response to certain types of inputs. This is not conventional post-solution activity in order to monopolize an abstract idea of matchmaking or even mutual opt-in matchmaking. Instead, these limitations recite a particularly advantageous computer embodiment of a matchmaking process that also solves computer-specific problems related to the ease of making fake accounts and profiles, the inconvenience of filling out profiles, and the problem of certain online dating users being inundated with messages.[124]

98. It is indisputable that the Dating Sites function exactly as described in Patent 811.

## VII. Respondent's Use of Facial Recognition Technology and Collection of Biometric Data

99. Not only does Respondent apply facial recognition across its platform to all Dating Sites, the individual sites and apps also have a long history of collecting user's biometric information:

### A. Match.com

100. In 2014, Match.com broadened its use of facial recognition technology by partnering with Los Angeles-based matchmaking service Three Day Rule. Match.com offered members the opportunity to upgrade their monthly subscription to Three Day Rule's premium service, which used facial recognition technology to help users find dates that "look[ed] like their ex."[125] Match.com members submitted photographs of their ex-girlfriends, boyfriends, partners

---

[124] https://www.docketbird.com/court-documents/Match-Group-LLC-v-Bumble-Trading-Inc/COMPLAINT-Filing-fee-400-receipt-number-0542-10579940-No-Summons-requested-at-this-time-filed-by-Match-Group-LLC/txwd-6:2018-cv-00080-00001?user_id=guest at p. 30.

[125] Caitlin Dewey, *We tried out the facial recognition software that Match.com will use to find people who 'look like your exes'*, THE WASHINGTON POST (Jun. 18, 2014), https://www.washingtonpost.com/news/the-

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

and/or spouses that were scanned with facial recognition technology to pair users with Match.com members with a similar physical appearance and facial structure.[126]  Moreover, patents previously assigned to Match.com and now assigned to Respondent discuss and reference Match.com's use of facial recognition technology.[127]

## B.   OkCupid

101.   Beginning in 2014, OkCupid permitted Clarifai, an artificial intelligence start-up, to harvest OkCupid user's biometric identifiers, which Clarifai then used to build Clarifai's face database.  Clarifai continued to collect and obtain OkCupid user's biometric information through at least 2019.[128]  On July 13, 2019, Matt Zeiler, the founder and CEO of Clarifai, an A.I. start-up, admitted during an interview with The New York Times that his company had built a massive "face database" of OkCupid user profile pictures obtained from OkCupid's database.  "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of

---

intersect/wp/2014/06/18/we-tried-out-the-facial-recognition-software-that-match-com-will-use-to-find-people-who-look-like-your-exes/ ("the software essentially does three things: It identifies the hair color, face shape, eye shape and eyebrow structure of the person in the photo; it searches those tags against a database of user photos that have been similarly tagged; and it spits out a collection of approximate matches") (last visited Aug, 16, 2021); *see also*, Simon Edmunds, *Match.com Partners Three Day Rule Using Facial Recognition of Exes To Find Your Type*, GLOBAL DATING INSITES (Jun. 12, 2014), https://www.globaldatinginsights.com/news/12062014-match-com-partners-three-day-rule-using-facial-recognition-of-exes-to-find-your-type/ ("The partnership will see Match take a cut of matchmaking fees, and in return Three Day Rule will get marketing access to Match's userbase, and money to expand into new markets.") (last visited Aug. 17, 2021).

[126] Anita Hamilton, *For Just $5,000, Match.com Will Find You a Date Who Looks Just Like Your Ex*, TIME (Jun. 19, 2014), https://time.com/2900033/online-dating-facial-recognition-match-three-day-rule/ ("If you like one facial structure, you will probably like someone with a similar facial structure") (last visited July 6, 2021).

[127] *See* USPTO Patent Assignment 044621/0996, executed on Sept. 12, 2017, and recorded on Dec. 1, 2017, https://assignment.uspto.gov/patent/index html#/patent/search/resultAssignment?searchInput=%22match%20group%22&id=44621-996 (Match.com, LLC's conveyance of the following patents to Match Group: (1) Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017; Patent Publication No.: US 2014/0074824 A1: Matching Process System and Method (Mar. 13, 2014); Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018); and Patent Publication No.: US 2016/0154569 A1:  Matching Process System and Method (Jun. 2, 2016)).

[128] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, NEW YORK TIMES (Jul. 13, 2019), available at:  https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology html (On July 13, 2019, Matt Zeiler, founder and CEO of Clarifai, admitted during an interview with The New York Times, that "his company had built a face database with images from OkCupid" beginning in 2014" and that "Clarifai used the images from OkCupid to build a service that could identify the age, sex and race of detected face."). (last viewed Apr. 12, 2022).

detected faces."[129]

102.    According to Zeiler, Clarifai gained access to users' profile photographs through one of its investors, a Chicago-based venture capital group launched by OkCupid's founders.[130] According to an OkCupid spokeswoman, Clarifai contacted the company in 2014 to inquire about collaborating on artificial intelligence and facial recognition technology.

103.    Clarifai created the database which included both the photograph and underlying biometric data to develop and train the algorithms used in its facial recognition technology.  To that end, Clarifai created thousands of unique face templates by scanning the biometric information in each photograph contained in the database and extracting the unique geometry of each face detected therein.  To make matters worse, Zeiler has publicly stated that Clarifai would sell its facial recognition technology to foreign governments.[131]

104.    In direct violation of BIPA, OkCupid never disclosed Clarifai's access or harvesting of OkCupid users' biometric data, use of facial recognition technology or storage of users' biometric data on Respondent's shared servers and platforms. OkCupid also violated its statutory obligation to inform those individuals about the purpose and length of the term for which their biometric identifiers would be collected, stored, and used.[132]

---

[129] *See* Cade Metz, *Facial Recognition Tech Is Growing Stronger, Thanks to Your Face*, New York times (July 13, 2019), available at: https://www.nytimes.com/2019/07/13/technology/databases-faces-facial-recognition-technology.html (last accessed on July 7, 2021).

[130] *Id.* ("Matt Zeiler, founder and chief executive of Clarifai, the A.I. start-up, said his company had built a face database with images from OkCupid, a dating site. He said Clarifai had access to OkCupid's photos because some of the dating site's founders invested in his company.")

[131] https://int.nyt.com/data/documenthelper/639-clarifai-letter/3cd943d873d78c7cdcdc/optimized/full.pdf#page=1 (open letter); https://www.nytimes.com/2019/03/01/business/ethics-artificial-intelligence.html ("[T]he last questions we have relate our philosophy on data collection. Because the way we treat consumer data is an important part of our ethical framework. It demonstrates how far we are willing to go in the interest of profit, at the expense of privacy and consent. And just this month, we've been asked to download data from cameras whose owners haven't given consent at all (lnsecam), and a few other sources that may walk a legal line but are sketchy at best. There are even rumors going around that the photos in the dataset used to build the general model were stolen from a stock photo site.")

[132] 740 ILCS 14/5(2).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

105.    Moreover, in 2017, OkCupid published an article describing its use of perceptual hash facial recognition technology (hereinafter "2017 Article").[133]

106.    Moreover, in 2017, OkCupid published an article describing its use of perceptual hash functions (hereinafter "2017 Article").[134]

107.    Specifically, OkCupid's 2017 Article describes the company's study and evaluation of four common perceptual hash functions: (1) difference hash, (2) average hash, (3) perceptual DCT hash, and (4) wavelet hash.[135]  OkCupid's study describes processes in which it compared images' (i) rotation; (ii) crop; (iii) gamma correction; (iv) border; and (v) salt and pepper ("S&P") noise and applied the Hamming distance to compare the hash function measurements. Ultimately, OkCupid's study concluded that the hashes behaved in similar manners and could be used to "determine which algorithm's hash distances can be trusted for a given image pair."[136]

108.    Perceptual hash ("pHash") algorithms are implemented in facial recognition systems and used for enhanced security to perform automated verification of the identify of users.[137] The pHash algorithm can be implemented into the Discrete cosine transfer ("DCT") face recognition technique, which is used in different ways to compare images.  Facial processing and recognition techniques that implement pHash typically are based on the concept of extracting landmark facial features, such as the eyes, nose, mouth, and chin.  DCT is applied to each of these

---

[133] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as <u>Exhibit B</u>.
[134] Zachary Jablons, *Evaluating Perceptual Image Hashes at OkCupid* (May 13, 2017).  After publication, OkCupid removed the post from its blog rendering it inaccessible to the public.  However, a copy of the original post was retrievable via The Wayback Machine digital archive and is attached hereto as <u>Exhibit B</u>.
[135] <u>Exhibit B</u> at p. 8.
[136] *Id.* at pp. 8-25.
[137] *See, e.g.*, Zeba Khanam, Mohammed Najeeb Ahsan, *Implementation of pHash algorithm for face recognition in secured remote online examination system*, INT'L J. ADVANCES IN SCIENTIFIC RESEARCH AND ENGINEERING (Nov. 2018), available at:
<u>https://www.academia.edu/37993513/Implementation_of_the_pHash_algorithm_for_face_recognition_in_a_secured_remote_online_examination_system</u>.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

features and calculates the degrees of recognition.[138]  More specifically, this algorithm reduces the size and color of an image.  Next, DCT is employed to compute calculations of the images.  The mean value of the DCT is computed and reduced further.  Finally, the pHash value is calculated by converting the DCT measurements back to the original hash image.  The pHash values are compared using the Hamming distance algorithm for similarities and to generate matches.  Notably, a 2018 study implementing pHash into a DCT FRT to recognize individuals during remote online proctoring exams revealed that this algorithm has a 98% recognition rate.[139]

109.    OkCupid's 2017 Article describes, compares, and evaluates pHash functions, specifically targeting "perceptual DCT hash," which the study concluded had a "(relatively) high precision" rate.[140]

110.    Upon information and belief, OkCupid uses the pHash function and/or data from this algorithm as part of its facial processing system in which OkCupid reduces images, identifies and extracts key landmark features, computes DCT measurements and calculations, and then determines the pHash values by applying the Hammering distance algorithm.

111.    Upon information and belief, OkCupid stores these measurements, calculations, and values on Match Group's servers.

112.    Additionally, regardless of whether OkCupid implemented or uses a pHash in a facial recognition system, at minimum, OkCupid's pHash functions extract calculations of unique facial features that can be used to identify an individual that constitutes "biometric information."[141] The collection of biometric information without user consent directly violates BIPA.

---

[138] *Id.*

[139] *Id.*

[140] *See* <u>Exhibit B</u> at p. 15.

[141] 740 ILCS 14/15(b) ("No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first obtains consent"); 740 ILCS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

### C.   **Tinder and Hinge**

113.   Tinder, now owned by Match Group, has used facial recognition technology since at least 2017.[142] Notably, Tinder's facial recognition algorithm, as outlined in Tinder's "Matching Process System and Method" patents, is based, at least in part, on Match.com's "Matching Process System and Method."[143]

114.   In fact, a comparison of Match.com's 2008 patent to Tinder's 2017, 2018, and 2019 patents, clearly depicts images of a Match.com user profile and Tinder user profile.  These patents once again signify the control that Respondent has, and always had, over all Dating Sites.  A close review of Patent Nos.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), US 9,959,023 B2: Matching Process System and Method (May 1, 2018), and US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019) indisputably confirms the use of facial recognition technology.[144]

---

14/10 ("biometric information means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual."); *Rivera v. Google Inc.*, 238 F.Supp.3d 1088, 1090 (2017) ("The Act also bans the non-consensual collection and storage of **information…that is 'based on' those biometric identifiers**.") (emphasis added).."); *see also, Carpenter v. McDonald's Corporation,* No. 1:21-cv-02906 2022 WL 897149, at *3 (N.D. Ill. Jan. 13, 2022) ("To the extent that defendants argue that it must have actually used Plaintiffs voiceprint and identified him as speaking to the voice assistant to implicate BIPA, the Court disagrees. In the Court's view, pursuant to the plain language of the statute, a defendant may violate BIPA by collecting a voiceprint that merely could be used to identify a plaintiff. The collection of a voiceprint-which is explicitly included in the definition of biometric identifier' without consent, even if not collected for the purpose of identifying that person, is a violation of the statute."); *Vance v. Int'l Bus. Machines Corp.*, No. 20 C 577, 2020 WL 5530134, at *5 (N.D. Ill. Sept. 15, 2020) ("Plaintiffs allege that IBM extracted biometric information from photographs to create their DIF Dataset. The DIF Dataset includes biometric measurements that can be used to identify Plaintiffs. Thus, IBM's alleged actions implicate BIPA ... what's important is the potential intrusion on privacy posed by the unrestricted gathering of biometric in formation.")

[142] *See* Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017).
[143] *Compare* Patent No.: US 8,566,327 B2: Matching Process System and Method (Oct. 22, 2013) to Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017), Patent No.: US 9,959,023 B2: Matching Process System and Method (May 1, 2018) and Patent No.: US 10,203,854 B2: Matching Process System and Method (Feb. 12, 2019).
[144] *See, e.g.*, Patent No.: US 9,733,811 B2: Matching Process System and Method (Aug. 15, 2017) ("Implicit signals may also include *facial recognition* algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest.") (emphasis added).

115.    Moreover, for years, both Tinder and Hinge have held a close relationship with Amazon and acknowledge using Amazon Web Services' ("AWS") deep learning "Rekognition" ("Amazon Rekognition") object and facial recognition services:[145]



*Figure 46[146]*

116.    Amazon Rekognition uses deep learning-based image and video analysis to detect faces in images and videos, facial landmarks such as the position of the eyes, detect emotions, and detect objects and scenes within images and videos[147] Amazon Rekogition also uses machine vision and algorithmic classification techniques to scan and map facial geometry and analyze the result to determine whether two faces match: "You can also compare a face in an image with a face detected in another image.  When you provide an image that contains a face, Amazon

---

[145]Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at p. 7. (last viewed Apr. 12, 2022).
[146] *Id.*
[147]*Amazon Rekognition Developer Guide*, https://docs.aws.amazon.com/rekognition/latest/dg/rekognition-dg.pdf#what-is at pp. 2, 142.

Rekognition detects the face in the image, analyzes the facial attributes of the face, and then returns a percent confidence score for the face and the facial attributes that are detected in the image."[148]

117.    AWS boasts that Amazon Rekognition can also detect objects, people, and scenes in all images and videos, which means that at minimum, Amazon Rekognition is scanning every single image and video uploaded by Tinder and Hinge and collecting facial geometry and facial landmarks to determine whether a person is in the frame.  Amazon Rekognition compares faces and objects returning a confidence index and description of its analysis, which for example, may include that an individual was detected and is smiling and/or wearing sunglasses in the image. Figures 47-52 depicted below are screenshots from AWS's Amazon Rekognition marketing materials and Tinder's PowerPoint.



*Figure 47[149]*



*Figure 48[150]*

---

[148] *Id.* ("You can use storage operations to save facial metadata for faces detected in an image. Later you can search for stored faces in both images and videos. For example, this enables searching for a specific person in a video. For more information.").

[149] *Id.* at pp. 21-22.

[150] *Id.*

FILED DATE: 10/21/2022 8:16 PM 2022CH10435



*Figure 49[151]*



*Figure 50*



*Figure 51[152]*



*Figure 52*

118.     Using Amazon Rekognition, Tinder and Hinge can run commands within the

Amazon Application Programing Interface, otherwise known as an "API" interface called "index-

---

[151] *Id.* at pp. 23-5
[152] AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R),
YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 27:43-28:58.

faces" on all images it wishes to analyze and/or compare. The index-faces command instructs Amazon Rekognition to detect and scan faces in images. Amazon Rekognition then accesses the images stored in Respondents' database, applies its machine vision algorithm to scan, identify, and extract facial landmarks and the facial geometry of the detected faces of the individuals' pictures into a feature vector. Said feature vectors include precise coordinates describing the essential facial landmarks including the nose, corners of the mouth, eyes, pupils, jawline, and chin. The feature vectors of facial geometry, as well other details such as the persons emotions, whether a person is smiling, or sad, is wearing eyeglasses or sunglasses, are then stored in an AWS backend database called a Rekognition "collection." *See* <u>Figure 53</u> below, showing a screenshot of the Rekognition collection.

```
"Faces": [
    {
        "FaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
        "BoundingBox": {
            "Width": 0.5080749988555908,
            "Height": 0.4542959928512573,
            "Left": 0.24040700495243073,
            "Top": 0.22210200130939484
        },
        "ImageId": "74947044-80e8-36e5-9138-55ac21c5c2a2",
        "ExternalImageId": "Shawn",
        "Confidence": 99.99500274658203
    }
],
"FaceModelVersion": "5.0"
```

*Figure 53*

119. Next, Respondent uses Amazon Rekognition to run a face matching API command. Said face matching command searches for a matching "FaceId" to determine whether an individual is already in the database. If a match is found, the unique FaceId is returned along with a "Similarity" score, which is a confidence measure indicating the similarity rate between the two matches.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

```
{
    "SearchedFaceId": "30c8f848-cf8a-46b6-8a69-f135e35f0e91",
    "FaceMatches": [
        {
            "Similarity": 99.99944305419922,
            "Face": {
                "FaceId": "5da9b088-5109-49d7-be85-001d2610417c",
                "BoundingBox": {
                    "Width": 0.18031999468803406,
                    "Height": 0.2648650109767914,
                    "Left": 0.27408599853515625,
                    "Top": 0.12426400184631348
                },
                "ImageId": "01fc3c24-dbde-3538-acee-2df042ca10a3",
                "ExternalImageId": "Shawn2",
                "Confidence": 99.99250030517578
            }
        }
    ],
    "FaceModelVersion": "5.0"
}
```

*Figure 54*

120.    Speaking during AWS re:Invent in December 2018, Tom Jacques, VP of Technology at Tinder discussed how the company uses the strong learning-powered Amazon Rekognition provider to identify user's key traits by mining the 10 billion photos they upload daily:[153]

> The challenges we face are in understanding who members want to see, who they match with, who will chat, what content can we show you and how do we best present it to you.
>
>                        \*\*\*
>
> …[Tinder] extracts all of this information and feed[s] it into our features store, which is a unified service that allows us to manage online, streaming and batch processing. We take this information and feed into our tagging system to work out what we highlight for each profile.

*Id.*   Premium users of Tinder also get access to a "Top Picks" feature.  Launched in September, this feature provides Tinder Gold subscribers with a curated feed of "personalized high quality

---

[153] Scott Harvey, *VP of Engineering on Tinder's Use of Image Recognition Technology* GLOBAL DATING INSIGHTS (Dec. 7, 2018); *see also*, AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 9:55-11:30. ("Tinder faces many, many challenges serving recommendations relevant to achieve these outcomes at scale and data is essential to do this. [Tinder] ingest[s] over 40 terabytes of data every day that feed into our analytics and machine learning systems.").

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

potential matches"[154]   All Tinder users receive one free "Top Pick" a day, but Tinder Gold subscribers can tap a diamond icon at any time for a set of Top Picks, which is refreshed daily.[155] According to Jacques, "when it comes to serving this when a member wants their Top Picks we query our recommendation cluster, the same underlying technology that powers our core recognitions, but looking at the outcomes users are trying to achieve and to provide really personalized, high quality matches."[156] Figures 55 and Figure 56 below is a diagram presenting an example in which Amazon Rekognition extracts features from a photograph uploaded to Tinder and feeds the labeled data into AWS' tagging system to produce a tag applied to profile, and later recognized and matched as a "Top Pick" to another user.[157] Figure 57 displays a Tinder Gold subscriber's daily "Top Picks." [158]

---

[154] *Id.* at 12:22-17:24.

[155] Sarah Perez, *Tinder launches its curated 'Top Picks' feature worldwide* TECHCRUNCH (Sept. 11, 2018), https://techcrunch.com/2018/09/11/tinder-launches-its-curated-top-picks-feature-worldwide/

[156] *Id.* at 12:22-17:24.

[157] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R) - AWS re:Invent 2018, https://www.slideshare.net/AmazonWebServices/deep-dive-on-amazon-rekognition-ft-tinder-news-uk-aim307r-aws-reinvent-2018 at pp. 27-28. (last viewed Apr. 12, 2022).

[158] *Id.* at p. 23; AWS re:Invent 2018: [REPEAT] Deep Dive on Amazon Rekognition, ft. Tinder & News UK (AIM307-R), YOUTUBE (Nov. 28, 2018), https://www.youtube.com/watch?v=yNVmUevq04I at 12:22-17:24.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



*Figure 55*



*Figure 56*



*Figure 57*

121.    Tinder uses AWS's image recognition software to create tags associated with that user's profile.   Tinder's issued patent, Patent No.: US 9,715,532 B1, explains that a tag encapsulates various features a user likes, including photographs and behavioral data, and is configured with the feature recognition engine, which can identify a particular person (e.g., the associated object user or other individuals), voices, and groups of persons.[159]

## VIII.   Respondent's Recent Acts Prove It Intends to Delve Further into Biometric Data Collection as evidenced in its Acquisition of Hyperconnect, Inc.

122.    In February 2021, Respondent acquired Hyperconnect, Inc. ("Hyperconnect"), a

---

[159] Patent No.: US 9,715,532 B1: Systems and Methods for Content Object Optimization (Jul. 25, 2017).

61

South Korean social-media company "*that has won recognition at artificial intelligence conferences for its facial recognition technology*,"[160] for $1.725 billion.[161]

123.    On February 9, 2021, CEO Shar Dubey and CFO/COO Gary Swidler hosted an investor call describing Hyperconnect's advanced proprietary video and artificial intelligence ("AI") tech infrastructure[162] created by Sam Ahn, Co-founder, CEO, and CPO of Hyperconnect[163] emphasizing the strategic reason for the acquisition, which included leveraging the "scalable video technology"[164] across the Match Group brands.

<del>—</del>

[160]    https://www.zdnet.com/article/dating-maven-match-spends-1-7-billion-on-south-korea-social-chat-app-maker-hyperconnect/ (emphasis added).

[161] Match Group Investor Presentation, https://s22.q4cdn.com/279430125/files/doc_presentations/2021/Match-Group-Acquisition-of-Hyperconnect.pdf (Describing Hyperconnect as a "South Korea-based app developer driving social connections with proprietary video and AI technology") ; *see also*, https://www.wsj.com/articles/match-group-buys-korean-social-media-company-for-1-725-billion-11612904483 ("Hyperconnect, based in Seoul, has developed two video apps that focus on helping people interact one-on-one and with new communities. Hyperconnect's first app, Azar, offers live video and audio chat and can instantly translate voice and text for users that speak different languages. Hyperconnect's other app, Hakuna Live, is a social live-streaming app that provides group video and audio broadcasts. The apps broaden Dallas-based Match Group's software offerings to include linking casual friends. Match operates several dating apps, including Tinder, Hinge and OkCupid, as well as its namesake brand… The company has been looking to expand beyond its core market of online dating services. The company, in a letter to shareholders this month, said it planned to add to its portfolio to capture nondating uses for social apps. It already provides some of that broader functionality, including through its Ablo live-video chat app that allows users to make friends around the world. Hyperconnect's features include broadcasting and watching messages on low-quality mobile phones without a lag. *Match Group expects to apply some of this technology to its own suite of apps that have introduced more video-dating options since the pandemic started making it more challenging to meet people in person, a company spokeswoman said*.").

[162] Match Group Investor Presentation (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.

[163] Sam Ahn currently serves on the Board of Directors of Match Group. *See* https://mtch.com/leadership/#Sam%20Ahn (Match Group's leadership profile for Sam Ahn).

[164] *Id.* at p. 7.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



*Figure 58[165]*



*Figure 59[166]*

124.    On June 17, 2021, Respondent announced its plan to deploy Hyperconnect's

technology across its portfolio:

> "Hyperconnect's forward-looking technology has already forged new ways for the
> next generation to make friends and engage with new people, regardless of borders
> and language barriers," said Shar Dubey, CEO of Match Group. "Our immediate

---

[165] *Match Group Investor Presentation* (Feb. 9, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Reports-Second-Quarter-2021-Results/default.aspx at p. 5.
[166] *Id.* at p. 7.

goal is to accelerate Hyperconnect's growth, while deploying their technology across our portfolio, helping to ensure people around the world have access to the best products to meet new people, and create joyful connections."

Based in South Korea, Hyperconnect employs more than 400 people, of which approximately half are top-tier engineers, and operates two social discovery apps: Azar® and Hakuna Live™. Azar® offers 1:1 live video and voice chat with a strong presence across Asia and growing in Europe. Hakuna Live™, which launched in 2019, provides one to many or group live video, audio, and avatar-based streaming with a highly engaged user base in South Korea, Japan and other markets across Asia.

"We're thrilled to start capturing the huge synergy potential between Hyperconnect and Match Group's portfolio of world-class brands," said Sam Ahn, CEO of Hyperconnect. "We see clear pathways to turbocharge Hyperconnect's growth while adding value to Match Group through our unique technology.'" [167]

125.    Following the acquisition of Hyperconnect, Match.com,[168] Hinge,[169] OurTime,[170] and Tinder[171] have launched newly improved video chat functions and video features including a live chat option. *See* Figures 60-63.

---

[167] *MATCH GROUP CLOSES ACQUISITION OF HYPERCONNECT* (Jun. 17, 2021), https://ir.mtch.com/news-and-events/press-releases/press-release-details/2021/Match-Group-Closes-Acquisition-of-Hyperconnect/default.aspx
[168] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also*, Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMag (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid
[169] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[170] https://www.ourtime.com/v3/help/article/172
[171] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**Match.com**



*Figure 60[172]*

**OurTime**



*Figure 61[173]*

**Hinge**



*Figure 62[174]*

**Tinder**

*Figure 63[175]*

[172] https://www.youtube.com/watch?v=avMVX_9biyM
[173] https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-
[174] https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat
[175] https://www.ourtime.com/v3/help/article/172

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

126.    Hyperconnect's issued patents confirm the use of facial recognition technology and the collection and capture of biometric information and identifiers.  Patent No.: US 10,728,498 B2, granted on June 28, 2020, states:

> The communication method includes performing, by a first terminal, consecutive video call with at least one or more second terminal; selecting, by the first terminal, at least one or more representative frame from among a plurality of frames of an image being photographed during each video call; detecting, by the first terminal, a face from the at least one or more representative frame; generating, by the first terminal, a face recognition result that includes information on a number of the faces detected from the at least one or more representative frame; outputting, by the first terminal, the face recognition result to a server; and upon completion of the video call with the at least one or more second terminal, performing, by the first terminal, video call with a third terminal selected based on the face recognition result from the server.[176]

Similarly, Patent Nos.: US 10,972,700 B2, granted on April 6, 2021, and US 10,602,090 B2, granted on March 24, 2020, state:

> According to some embodiments, the selecting, by the server, the terminal to be matched with the first terminal based on the received *face recognition* result, in response to the second matching request may include, in response to the number of the faces detected being plural, and in response to the *face recognition* result received from the first terminal from among the at least one or more terminal including information on the number of the faces that is two or more, selecting, by the server, a terminal that provided two or more *face recognition* results from among the at least one or more terminal as the terminal to be matched with the first terminal.[177]

127.    Hyperconnect's patents further confirm that facial recognition is achieved using a

---

[176] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020)

[177] Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021) (emphasis added); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020) (emphasis added).

deep learning algorithm[178] to detect the user's face in images and video frames[179] and then extract

the user's face and/or facial features[180, 181] to obtain a feature vector used for classification and

[178] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The processor 350 may train the machine learning model by using a deep learning algorithm. The machine learning model may include at least one or more of Deep Neural Network (DNN), Convolutional Neural Network (CNN), Recurrent Neural Network (RNN), Region-based Convolutional Neural Networks (R-CNN), Restricted Boltzmann Machine (RBM), Deep Belief Network (DBN), or Deep Q-Networks. Moreover, the machine learning model may include Convolutional Neural Network (CNN), AlexNet, ZFNet, GoogLeNet, VGGNet, ResNet, Inception-ResNet, Inception-v2, Inception-v3, or Inception-v4.").

[179] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("For example, the face detection module 131b may detect the face from the first frame FR1 selected using a well-known face detecting algorithm… the face detection module 131b may detect characteristics of a face within the representative frame such as eye, nose and mouth, etc., and detect the faces of the persons within the representative frame based on the detected characteristics.") ("FIGS. 2 and 3 disclose an embodiment where the first terminal 100 *extracts a face from an image* (IMG). In another embodiment of the present disclosure, the first terminal 100 may transmit the image (IMG) photographed through the inputter 110 to the server 500. Further, the server 500 may select at least one or more representative frame from among the plurality of frames FR1 to FRn included in the image (IMG), and *extract* a face or facial region from the at least one or more representative frame.") ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.").

[180] Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021) ("The image analysis device 340 may analyze the face image of each of users to obtain feature point distribution information. In particular, the image analysis device 340 may *extract* coordinates associated with at least one or more specific points of the face of each of users to generate the feature point distribution information. […] Herein, the feature point distribution information may mean information defining the distribution form of feature points corresponding to predetermined parts (e.g., eyes, nose, mouth, eyebrows, cheekbones, and the like) of the user's face. Moreover, the image analysis device 340 may analyze the similarity between the image of the first user and the stored image of each of users.") ("The server 200 may *extract* the facial feature points of the user included in the video stream by combining one or more of scale invariant feature transform (SIFT), histogram of oriented gradient (HOG), Haar feature, Ferns, local binary pattern (LBP), and modified census transform (MCT), or may *extract* the facial feature points by using another method.").

[181] Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021) ("Referring to 910 of FIG. 9A, the server 200 may receive a video or a video stream of the face of a user from each of a plurality of terminals. Also, the server 200 may receive gender information corresponding to distribution information of facial feature points of the user from each of the plurality of terminals. The gender information is information indicating whether the user is a man or a woman. The server 200 may obtain distribution information of facial feature points of a plurality of users based on the received video or video stream. The server 200 may store the distribution information of the facial feature points of the plurality of users and gender information corresponding to the distribution information of the facial feature points of the plurality of users in the storage 230 of the server 200… Alternatively, the server 200 may store the distribution information of the facial feature points of each of the plurality of users, gender information input when each of the plurality of users subscribes or logs into the application, and actual gender information of each of the plurality of users. […] The distribution information of the facial feature points of each of the plurality of users may be paired with the gender information input when each of the plurality of users subscribes or logs into the application and the actual gender information of each of the plurality of users and may be stored. Referring to 920 of FIG. 9A, the server 200 may learn a correlation between the distribution information of the facial feature points of the plurality of users and the gender information corresponding to the distribution information of the facial feature points of the plurality of users by calculating information stored in the storage 230 through an artificial neural network. In detail, the server 200 may learn a correlation between distribution information of facial feature

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

matching.[182]

128.     Hyperconnect's issued patents also confirm the use of voice recognition technology

and collection of biometric data.  Patent No.: US 10,643,036 B2, granted on May 5, 2020, states:

> A method of providing real-time translation for video chat is provided. The method includes: continuously receiving first-language voice data and at least one second-language word from a first terminal; continuously displaying the at least one second-language word at the same time as reproduction of the voice data; acquiring a second-language translation of an ended sentence included in a *voice recognition* result for the voice data; and substituting at least one word, which corresponds to the ended sentence in the displayed at least one second-language word, with the acquired translation. The at least one second-language word corresponds to respective words included in the *voice recognition* result for the voice data.

<div align="center">***</div>

> The third server 400 may be a *voice recognition* server. The third server 400 may provide a *voice recognition* service. The third server 400 may receive an encoded voice from the first terminal 100 or the second terminal 150. The third server 400 may perform *voice recognition* using the encoded voice. The third server 400 may convert the encoded voice into a text as the *voice recognition* result. The third server 400 may transmit the converted text to the first terminal 100 or the second terminal 150.

<div align="center">***</div>

> In operation S120, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice. The controller 102 of the first terminal 100 may continuously perform *voice recognition* using the encoded voice. The controller 102 may continuously convert the encoded voice into a first-language text as the *voice recognition* result. According to another embodiment, the first terminal 100 may continuously acquire the *voice recognition* result for the encoded voice from the third server 400. The first terminal 100 may continuously transmit the encoded voice to the third server 400. The third server 400 may be a server that

---

points of a k.sup.th user and gender information of the k.sup.th user (k=1, 2, 3, 4, 5, . . . , n). That is, the server 200 may calculate, through a plurality of layers, input distribution information of facial feature points and gender information corresponding to the input distribution information of the facial feature points and may perform learning based on values obtained as a calculation result.")

[182] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020) ("***The face detection module 131b may transmit information on an extracted face to the operator*** 132. The operator 132 may operate the number of the faces based on the received information on the face and generate the face recognition result. For example, the operator 132 may receive information on two faces A1 and A2 from the face detection module 131b. The operator 132 may compute `2` as the face recognition result. The computed face recognition result (for example, `2`) may be transmitted to the server 500 through the communicator 150.")

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

provides a *voice recognition* service. While the voice is being received, the communication interface 104 of the first terminal 100 may continuously transmit at least a part of the voice encoded till now to the third server 400.[183]

Similarly, Patent No.: US 10,430,523, granted on October 1, 2019, states:

FIG. 5 is a flowchart of operation S200 of acquiring the greeting by the first terminal 100, according to an embodiment. Referring to FIG. 5, in operation S210, the kind of the first language may be identified. The first terminal 100 may identify the kind of the first language. The controller 102 of the first terminal 100 may identify the kind of the first language using the voice of the first user recorded by the input interface 101 of the first terminal 100. The controller 102 may perform *voice recognition* using the recorded voice. The controller 102 may detect the kind of the first language as a result of the *voice recognition*. For example, the controller 102 may extract at least one feature from the recorded voice. The controller 102 may calculate a probability distribution of the kind of the language corresponding to the extracted feature using machine learning. For example, the controller 102 may calculate the probability distribution using Bayesian multinomial logistic regression. The controller 102 may select the kind of the language corresponding to the highest probability in the calculated probability distribution. According to another embodiment, the controller 102 may identify the kind of the first language using language setting set to the first terminal 100. Information about the kind of the language preferred by the first user may be preset to the first terminal 100. The information may be stored in the storage 103 of the first terminal 100. The controller 102 may define the kind of the language corresponding to the information as the kind of the first language.

\*\*\*

Referring to FIG. 5 again, in operation S220, the kind of the second language may be identified. The first terminal 100 may identify the kind of the second language using the *voice* of the second user recorded by the second terminal 150. The communication interface 104 of the first terminal 100 may receive the *voice* of the second user recorded by the second terminal 150 from the second terminal 150. The controller 102 of the first terminal 100 may perform *voice* recognition using the received *voice* of the second user. The controller 102 may detect the kind of the second language as a result of the *voice* recognition.[184]

*Id.*

129.    Hyperconnect developed and operates two popular live-streaming and video chat

---

[183] Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020).
[184] Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019).

apps, Azar and Hakuna Live.[185] Respondent's acquisition of Hyperconnect allows Respondent to leverage Hyperconnect's video and audio technology, which integrate facial and voice recognition functions,[186] across its Dating Sites to enhance members video and live chat experiences.[187] Both Azar and Hakuna use Apple's TrueDepth camera and API technology to recognize faces and track facial movements of their users:[188]

> Facial information: Facial marks and any additional facial information from Apple's TrueDepth API technologies. We will use Apple's TrueDepth API technologies to recognize user faces in camera experiences based on your consent or if permitted. We may track the movement of your eyes, mouth and face and use this facial information, where this is necessary to deliver the Service you have requested.

130.  Match Group's public SEC filings confirm that Match Group has integrated

---

[185] *Id., Azar,*, https://azarlive.com/ (operated by Hyperconnect, Inc); Hakuna, https://hakuna.live/en (operated by MOVEFAST Company, K.K., a subsidiary of Hyperconnect, Inc.); https://ir.mtch.com/financials/sec-filings/default.aspx.

[186] Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,972,700 B2: Video Call Method and Video Call Mediating Apparatus (Apr. 6, 2021); Patent No.: US 10,602,090 B2: Video Call Method and Video Call Mediating Apparatus (Mar. 24, 2020); Patent No.: US 11,032,512 B2: Server and Operating Method Thereof (Jun. 8, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,970,523 B2: Terminal and Server for Providing Video Call Service (Apr. 6, 2021); Patent No.: US 10,728,498 B2: Communication Device, Server and Communication Method Thereof (Jul. 28, 2020); Patent No.: US 10,643,036 B2: Language Translation Device and Language Translation Method (May 5, 2020); Patent No.: US 10,430,523 B2: Terminal and Method of Controlling the Same (Oct. 1, 2019); Patent Application Publication No.: US 2021/0142440 AI (May 13, 2021); *see* Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* Hyperconnect, https://hyperconnect.github.io/MarioNETte/; Sungjoo Ha, et al., *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* ASSOCIATION FOR THE ADVANCEMENT OF ARTIFICIAL INTELLIGENCE (Nov. 19, 2020), https://arxiv.org/abs/1911.08139; Shurain, *MarioNETte: Few-shot Face Reenactment Preserving Identity of Unseen Targets* YouTube (Nov. 20, 2019), https://www.youtube.com/watch?v=Y6HE1DtdJHg.

[187] *Vibe Check – Video Chat* MATCH.COM, https://www.match.com/dnws/help/faq (last viewed on Apr. 12, 2022) ("Who can I Vibe Check with? You can Vibe Check with any eligible Match member in the app or on your desktop. To be eligible, a member simply needs to accept the community terms and conditions. You also must have each sent a message or a like to each other."); *see* Match.com, *Introducing Vibe Check: Video date on the Match app*, YOUTUBE (Apr. 14, 2020), https://www.youtube.com/watch?v=avMVX_9biyM (last viewed on Apr. 12, 2022); *see also,* Stephanie Milot, *Match's New Video Chat Feature Helps Users Find Love in the Time of COVID-19* PCMAG (Apr. 16, 2020), https://www.pcmag.com/news/matchs-new-video-chat-feature-helps-users-find-love-in-the-time-of-covid; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-; https://www.ourtime.com/v3/help/article/172; https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat; https://www.help.tinder.com/hc/en-us/articles/360046122311-Face-to-Face-Video-Chat ; https://www.youtube.com/watch?v=avMVX_9biyM; https://hingeapp.zendesk.com/hc/en-us/articles/360049484354-What-is-Video-Chat-.

[188] *See* https://azarlive.com/home/privacy-policy html; https://hakuna.live/en/privacy-policy.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Hyperconnect's technology into several of its dating sites including OkCupid,[189] Match.com, Hinge, and POF.[190]



On the product front, Hinge continues to innovate and resonate with users by launching category-first features such as Voice Prompts™. Over 1 million users have recorded a Voice Prompt, which has led to incredible virality on TikTok and other social media platforms.

**Hinge Voice Prompts Go Viral**

**Hinge**

Hinge is now focused on international expansion and expects to begin launching in select European countries in Q2 2022.

Hyperconnect® is also moving in the right direction. Both the Azar® and Hakuna™ apps saw better performance in December compared to the preceding months. Hyperconnect rolled out live streaming on the Azar app and a new immersive discovery experience on the Hakuna app. Hyperconnect is intensifying their focus on the Japanese and Korean markets where we believe there is meaningful long-term opportunity. While there is more work to do, we're encouraged by the stabilizing performance and vast opportunities we see, especially with younger users.

Equally important, several of our other brands have begun to leverage Hyperconnect's technology. Meetic opened online video cafes, which have been very well received by its user base. Match is offering 1:1 video chat on its app and has replaced the third-party provider it was previously using. Both integrations have gone extremely well, and Pairs and POF intend to leverage Hyperconnect's tech into their apps in early 2022.

*Figure 64[191]*

131. Upon information and believe, Match Group uses the same or similar video feature technology in Tinder and OkCupid.

## IX. Respondent Violates BIPA

132. The facts are simple and irrefutable. Respondent (i) intentionally collects biometric data from every photograph uploaded to its website; (ii) neither informs users of these practices nor seeks their written consent; and (iii) does not have a publicly available retention policy indicating the length of time it retains the biometric data it collects, or when and how it destroys such data.

---

[189] *Match Group, Inc. Form 8-K,* SEC (Feb. 1, 2022), available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000891103/658f00ff-e679-4318-bda9-18ea203df0c0.pdf at p. 9 ("Both Match and Meetic continue to optimize their monetization models, and both are incorporating audio and video further info their apps, powered by Hyperconnect technology. OkCupid continues to expand in select international markets and began testing live-streaming video in late 2021.").
[190] *Id.* at p. 8.
[191] *Id.*

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## X.      Claimant's Experience

133.    Claimant has or had OkCupid and Tinder accounts.

134.    Claimant has uploaded several photos to Respondent's platform including photos of Claimant.

135.    Claimant was never notified of and has never consented to Respondent's use, collection, and storage of Claimant's biometric data.

136.    Claimant did not request or give permission – written or otherwise – to Respondent to collect or store biometric identifiers, nor did Claimant receive or sign a written release allowing Respondent to collect or store biometric identifiers.

137.    Respondent never even informed Claimant by written notice or otherwise that Claimant could prevent Respondent from collecting, storing, or using biometric identifiers.

138.    Likewise, Respondent never provided Claimant with an opportunity to prohibit or prevent the collection, storage, use, or sharing of Claimant's face geometry or associated biometric information.

139.    Respondent never advised Claimant in writing, or otherwise, of any policy to destroy the biometric identifiers that Respondent collected and stored of Claimant's face and/or voice.

140.    Nevertheless, when Claimant uploaded photos.  Respondent automatically detected and located Claimant's face, analyzed the geometric data relating to the unique contours of Claimant's face and the distances between Claimant's eyes, nose, and ears, and used that data to extract and collect Claimant's scan of face geometry and related data, such as gender, age, race, and location.

141.    As a result of Respondent's unauthorized collection and use of Claimant's biometric identifiers, Claimant was deprived of their control over that valuable information.

72

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

## COUNT I

**Violation of the Illinois Biometric Information Privacy Act**
**(Violation of 740 ILCS 14/15(a))**

142.     Claimant incorporates the foregoing allegations as if fully set forth herein.

143.     Section 15(a) of BIPA requires that any

> private entity in possession of biometric identifiers . . . must
> develop a written policy, made available to the public,
> establishing a retention schedule and guidelines for
> permanently destroying biometric identifiers . . . when the
> initial purpose for collecting or obtaining such identifiers . . .
> has been satisfied or within 3 years of the individual's last
> interaction with the private entity, whichever occurs first.

740 ILCS 14/15(a).

144.     Respondent does not publicly provide a retention schedule or guidelines for permanently destroying Claimant's biometric identifiers as specified by BIPA.  *See* 740 ILCS 14/15(a).

145.     Accordingly, Claimant seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Claimant by requiring Respondent to establish and make publicly available a policy for the permanent destruction of biometric identifiers compliant with 740 ILCS 14/15(a); and (ii) statutory damages of $5,000 for this intentional violation of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1).

## COUNT II

**Violation of the Illinois Biometric Information Privacy Act**
**(Violation of 740 ILCS 14/15(b))**

146.     Claimant incorporates the foregoing allegations as if fully set forth herein.

147.     BIPA makes it unlawful for any private entity to, among other things,

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

(b) collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:

(1) informs the subject or the subject's legally authorized representative in writing that a biometric identifier or biometric information is being collected or stored;

(2) informs the subject or the subject's legally authorized representative in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

(3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.

. . . .

(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

(1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure[.]

740CS 14/15(b) and (d).

148.     Respondent is a Texas corporation and thus qualifies as a "private entity" under BIPA.  *See* 740 ILCS 14/10.

149.     Respondent violated section (b) in three ways by: (1) generating, (2) collecting, and/or (3) storing Claimant's biometric data and information without consent.

150.     As explained in detail in Section I above, Claimant's faceprints, face geometry, and voiceprints are "biometric identifiers" pursuant to 740 ILCS 14/10.  Additionally, any voice and facial features and/or data extracted from Claimant in a measurable and/or identifying form constitute "biometric information" pursuant to 740 ILCS 14/10.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

151.    Respondent systematically and automatically collected, used, and stored Claimant's biometric identifiers without first obtaining the specific written release required by 740 ILCS 14/15(b)(3) and (d).

152.    As explained above, Respondent did not properly inform Claimant in writing that Claimant's biometric identifiers were being collected and stored, nor did it inform Claimant in writing of the specific purpose and length of term for which these biometric identifiers were being collected, stored, and used, as required by 740 ILCS 14/15(b)(1)– (2).

153.    By collecting, storing, using, and sharing Claimant's biometric identifiers as described herein, Respondent violated Claimant's right to privacy of these biometric identifiers, as set forth in BIPA, 740 ILCS 14/1, *et seq*.

154.    Claimant seeks: (i) injunctive and equitable relief as is necessary to protect the interests of Claimant by requiring Respondent to comply with BIPA's requirements for the collection, storage, and use of biometric identifiers; and (ii) statutory damages of $5,000 for this intentional violation of 740 ILCS 14/15(b) of BIPA pursuant to 740 ILCS 14/20(2), or at minimum, $1,000 for this negligent violation of BIPA pursuant to 740 ILCS 14/20(1).

## PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that the Arbitrator enter an Order:

155.    Declaring that Respondents' actions, as set forth above, violate BIPA, 740 ILCS l4/1, *et seq*.

156.    Awarding statutory damages of at least $20,000;

157.    Awarding injunctive and other equitable relief as is necessary to protect the interests of Claimant, including, inter alia, an order requiring Respondent to collect, store, use, and share biometric identifiers or biometric information in compliance with BIPA;

158.    Awarding such other and further relief as equity and justice may require.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Dated:  April 19, 2022

LABATON SUCHAROW LLP
Melissa H. Nafash
Jonathan Gardner
Shannon K. Tully
140 Broadway
New York, NY  10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mnafash@labaton.com
jgardner@labaton.com
stully@labaton.com
*Counsel for Claimant*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT A

**Nafash, Melissa**

| | |
|---|---|
| **From:** | Samuel Kitchens <Samuel.Kitchens@match.com> |
| **Sent:** | Thursday, July 1, 2021 6:00 PM |
| **To:** | Gardner, Jonathan; Nafash, Melissa |
| **Cc:** | Keller, Christopher J.; Brandon Kerstens |
| **Subject:** | RE: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data? |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Hello Jonathan and Melissa,

It was great talking with you a couple weeks back about Biometric data at Match Group brands. On our call, you mentioned three patents as bases for your investigation into our brands' Biometric practices. I believe the three were: (1) Patent No. 9,094,396 – Integrated Profile Creation for A Social Network; (2) Patent No. 10,203,854 – Matching Process System and Method; and (3) Patent No. 9,753,948 – Face Search in Personals. For the first two, after reviewing the patents, we do not understand what about them leads you to believe they implicate Biometric data. The first is about profile creation, and the second is about a process and method for matching users. For the third one, we agree that it does implicate Biometric data, but it is not a patent that we are using, or even a patent that we created. Rather, this patent was one patent in a patent portfolio that Match purchased in 2013 from Yahoo! after Yahoo! Personals shut down. My understanding is that this patent is not being, and has never been, used by any of the brands.

As stated before, we have no interest in violating the Illinois Biometric law, and we take considerable steps to ensure that the law is being followed. We have checked with the brands again and confirmed that where biometric data is collected—like the Tinder Photo Verification feature we directed you to—proper disclosures are provided and consent obtained. Have you had a chance to look at Tinder's Photo Verification feature? Hopefully that can give you comfort that we are on top of this law, and we are not running afoul of it.

If you have any other questions or would like to discuss, please do not hesitate to reach out. Otherwise, I hope you have a great holiday weekend!

Best,

Sam

---

**From:** Gardner, Jonathan <JGardner@labaton.com>
**Sent:** Monday, June 7, 2021 3:37 PM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Brandon Kerstens <Brandon.Kerstens@match.com>; Nafash, Melissa <MNafash@labaton.com>
**Subject:** Re: [EXTERNAL] RE: Time to Talk re Match Group/Biometric Data?

Sam, we are available Friday from 2-4. I am including Melissa from our team who will also participate.

Sent from my iPad

On Jun 7, 2021, at 2:00 PM, Samuel Kitchens <Samuel.Kitchens@match.com> wrote:

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Great, thanks.  Chris and Jon, nice to meet you.  I'm also including Brandon from our team here.

Would you be able to talk on Friday Afternoon?  We're free between Noon and 4 PM ET.

---

**From:** Weinberger, Ned <NWeinberger@labaton.com>
**Sent:** Monday, June 7, 2021 9:40 AM
**To:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Cc:** Keller, Christopher J. <ckeller@labaton.com>; Gardner, Jonathan <JGardner@labaton.com>
**Subject:** RE: Time to Talk re Match Group/Biometric Data?

Hi Sam—

Thanks for reaching out. I'm copying my partners Chris Keller and Jon Gardner. They'd be happy to speak with you about the matter.

Best,

Ned

---

**From:** Samuel Kitchens <Samuel.Kitchens@match.com>
**Sent:** Monday, June 7, 2021 9:41 AM
**To:** Weinberger, Ned <NWeinberger@labaton.com>
**Subject:** [EXTERNAL] Time to Talk re Match Group/Biometric Data?

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Hello Mr. Weinberger,

I'm Samuel Kitchens, corporate counsel at Match Group.  A former colleague of mine, Silpa Maruri, who I believe you work with on some cases, gave me your contact info, and I was wondering if I could get some time to talk to you or someone else at your firm?  We recently discovered the following ad, https://clientconnect.labaton.com/case/dating-sites/, seeking Plaintiffs for a case against several brands under the Match Group umbrella regarding Biometric Data.  Frankly, we're a bit baffled by the ad, because, other than some very specific, limited circumstances where the appropriate consent is collected, our brands do not collect biometric data.  We would appreciate it if we could get an opportunity to speak with you, because I'm sure that you wouldn't want to spend time or effort on pursuing a bunch of lawsuits based upon an inaccurate understanding of the basic facts.

Thanks,

Sam

**Samuel C. Kitchens**
Sr. Corporate Counsel - Litigation
Match Group

8750 N. Central Expwy, Ste 1400 | Dallas, Texas 75231
214-265-3088
samuel.kitchens@match.com

<image001.png>

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# EXHIBIT B

Eva uat ng Perceptual mage Hashes at OkCup d
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1093 of 1583 PageID #:1102
4/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

okcupid     WE'RE HIRING!     HOME     OKCUPID.COM

# Evaluating Perceptual Image Hashes at OkCupid



**ZACHARY JABLONS**
31 MAY 2017 · 13 MIN READ



Eva uat ng Perceptual mage Hashes at Ok Cup d

3/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

At OkCupid, we sometimes run into users and bots that re-use the same photos we've seen before. While sometimes we can simply check if a photo has been seen (and banned) before, we often run into the case where a banned photo has been manipulated slightly -- so an exact comparison won't work. Even a slight shift in the image would completely ruin an exact match. This is a problem we identified years ago, and we had a partial solution using a simple perceptual hash function. However over the years we've become familiar with the failings of the current system. The need for a more robust approach magnified once we made photos a requirement for new users.

There are a few ways to approach this problem, however the most common way is using a perceptual hash. For the uninitiated, a hash in general is (according to the almighty Wikipedia) a "function that can be used to map data of arbitrary size to data of fixed size", e.g. turning an image into a bitstring that represents that image.

Eva uat ng Perceptual mage Hashes at Cup d
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1095 of 1583 PageID #:1104
4/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Traditionally this means a cryptographic hash (e.g. MD5, SHA-256), in which the slightest change in the input will produce a drastic change in the output. However, for our purposes, we want nearly the opposite -- a slight change in the input (like, shifting or rotating the image a bit) should produce little to no change in the output. This is where the idea of a perceptual image hash comes in.

Ultimately a perceptual image hash seeks to stay largely _invariant_ in its output to slight changes in the input, while producing a small (i.e., manageable) output. Armed with these sorts of functions, we should be able to check if a photo uploaded to the site is the same one that's just been slightly changed in an attempt to get around exact image checks.

The rest of this post details an exploration of four different perceptual hash algorithms that fit this format, under what transformations they fail to stay invariant and which ones perform better overall.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

While we already had a perceptual hash system in place, it's time for an upgrade!

# Evaluation

For the rest of this blog post we'll be discussing perceptual image hash functions that take an arbitrary image and produce a fixed size bitstring. This allows us to just use the <u>Hamming distance</u> between bitstrings in our evaluations. Theoretically a perceptual hash could produce a dense representation of an image (i.e. a vector of floats), but that makes comparisons more complicated.

There's two main things we evaluate here:

1.  Image Transforms (or attacks), i.e. what transformations would attackers apply to the images in order to try and fool a detection system

2.  Perceptual Hash function accuracy

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

The goal of this evaluation is to determine how well perceptual hashes differentiate between entirely distinct image pairs and image pairs which are just an image and its transformed version.

# Evaluation Overview

We set this up as measuring distances in two cases:

1. Positive case -- the distances between images and the transformed versions of those images

2. Negative case -- the distances between distinct original images

We work with a sample of about 10k images on the site to balance getting this done in a reasonable amount of time and statistical significance, and from this sample we run 10 trials of each case on these images. For the negative case we actually sample 1k image pairs (and get their hash distances), whereas for the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1098 of 1583 PageID #:1107

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

positive case we just evaluate a ton of transformations and their distances and then sample them down to 1k examples. This gives us a sense of how reliable each metric is -- although generally we didn't observe much significant variation.

One important thing to add here is that these images are deliberately filtered to make sure none of them came from spammers to prevent re-used spam photos from being treated as distinct image pairs. Additionally, we take the extra step of removing any non-unique photos (by comparing their exact hashes).

## Transformations

We identified five typical image transformations that our hardworking, tireless moderation team sees most commonly when dealing with spammers.

- Rotation (about the origin)

- Crop

- Gamma correction

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Adding a border (or reverse crop)
- Salt & Pepper noise

| TRANSFORMATION | MILD | MEDIUM |
|---|---:|---:|
| Rotation | 1-5 | 6-15 |
| Crop | 95-99 | 85-94 |
| Gamma correction | 1±0.01-0.25 | 1±0.26-0.5 |
| Border | 1-5 | 6-15 |
| S&P; Noise | 0.5-2.5 | 2.6-5 |



FILED DATE: 10/21/2022 8:16 PM    2022CH10435



Noise

Each of these transformations have a parameter that controls the intensity of the operation -- e.g. how many degrees to rotate. For simplicity of analysis, we specified three buckets of each of these parameters: mild, medium, and 🔥 **extreme** 🔥. Whenever a transformation is applied, the bucket is specified and the parameter is uniformly sampled from that bucket (see the table above for those buckets). In most of these analyses, each transformation / bucket is computed three separate times because more data is always better.

But wait there's mirr..ore! For each transformation application we flip a metaphorical coin and mirror the transformed image across its vertical axis. We skip the horizontal axis since it's just not seen as much in the wild -- one might

imagine that upside down pictures are a pretty obvious spam giveaway.

## Perceptual Hash functions

We won't go too much into the specifics of each perceptual hash function in this post since they're well detailed in the references provided. For simplicity we limited ourselves to evaluating four common perceptual hash functions:

- <u>Difference Hash</u> (denoted `diff_hash` or `ih_dhash` )

- <u>Average Hash</u> (denoted `average_hash` or `ih_avghash` )

- <u>Perceptual (DCT) Hash</u> (denoted `dct_hash` or `ih_phash` )

- <u>Wavelet Hash</u> (denoted `wavelet_hash` or `ih_whash` )

The implementations used here are all provided by Johannes Buchner's excellent and convenient Python <u>ImageHash library</u>.

## Normalized Hamming distance

Eva uat ng Perceptual mage Hashes at Q cup d                                                                      3/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Normalized Hamming distance

Since each hash function is reducing the image to a bitstring, we use the Hamming distance to compare them. This is pretty much a fancy way of saying that we just measure how many bits are different between each hash.

In order to compare hash functions that produce different size bitstrings, we also normalize against the length of the bitstrings produced (given that we're not comparing bitstrings between hash functions, which wouldn't make a lot of sense anyways). So for example, when you see the histograms further down the line take note that the distances (i.e. the x-axis) are from zero to one. Effectively this is the ratio of bits that are different between the two bitstrings to the length of those bitstrings.

## Metrics

How do we measure the quality of a perceptual hash function? The primary paradigm that we'll evaluate these functions against is by looking at the

Eva uat ng Perceptual mage Hashes at O cup d
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1103 of 1583 PageID #:1112
2/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

functions against is by looking at the distributions of distances in the positive and negative cases for specific scenarios. Essentially, what we want is for the distribution (or histogram) of distances in each case to be fairly separate. There are a few ways to approach this, but we'll just consider three metrics:

- <u>EMD distance</u> (or Wasserstein distance as all the deep learning people mysteriously started calling it). We want this to be large.

- Intersection-over-Union (IoU) of the two histograms. We want this to be pretty small.

- Maximal <u>F1-score</u> at an optimal distance threshold. We want this to be real close to 1.

EMD may be the most consistent measure here since, say you have two histograms that are separate and want to compare them to two histograms which are also separate but further apart. Under the optimal F1 score and the IoU, both cases would already be optimal    however EMD

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1104 of 1583 PageID #:1113

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

would already be optimal -- however EMD
would favor the latter case.

We bring in the F1-score to give us a
threshold, which is discussed a bit more
later. The easiest way to think of this is
sliding that threshold along the x-axis, and
finding that which separates the
histograms optimally.

The histogram IoU is provided as an extra
comparison, and basically measures
directly how much each histogram overlaps
with the other.

# Results

## General Comparison

Let's say we set it up so that we're
evaluating all of the parameter buckets, all
of the hashes, and all of the
transformations. In this scenario -- if
you're looking for a quick answer here --

the best options *according to the metrics*
appear to be either the average or wavelet

appear to be either into a range of a lew

hashes, each performing about the same.

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|------|------|
| average_hash | 12.54 | 0.20 |
| diff_hash | 8.79 | 0.25 |
| dct_hash | 8.03 | 0.30 |
| wavelet_hash | 12.23 | 0.21 |

However, this can be deceiving -- and the histograms for each hash function evaluated illustrate why (less overlap is better).



FILED DATE: 10/21/2022 8:16 PM          2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435







Eva uat ng Perceptua mage Hashes at O cup d                                                                                   6/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



As a baseline, look at the distribution of
hashes when you use a cryptographic hash
(which was very helpful to look at when
debugging this evaluation).



We can see in this case that a cryptographic
hash produces completely overlapping
normal distributions centered around 0.5,
which is as expected. I would then advise

interpreting all of the other histograms in
this light -- the negative class *should* look

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

like that distribution, and the positive class would ideally be entirely shifted to the left.

So at first glance you can see why the metrics favor the wavelet and average hashes -- it's pretty clear that both the perceptual and difference hashes have a more significant overlap of negative and positive distances. However, we have to consider the actual application -- if we want to find the closest hash to a given picture's hash, we want to be as insulated from false positives as possible. This means that the spread of negative distances seen in the wavelet and average hashes could produce more false positives in a case where we're trying to find the closest match to a given image!

So to take away some main findings from this evaluation with everything turned on (i.e. the hardest case), we see that for the positive case:

- `dct_hash` and `diff_hash` have bimodal positive distance distributions, and are clearly fooled

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1109 of 1583 PageID #:1118

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

by something we're doing, since one of the modes is near the expected random distance.

- `wavelet_hash` and `average_hash` have what looks like sort of long-tail distance distributions that have less mass as distance increases, implying that less transformations 'confuse' them.

And for the negative case:

- `dct_hash` and `diff_hash` both have tight distributions around the 0.5 mark, behaving similarly to the cryptographic hash case.

- `wavelet_hash` and `average_hash` both have distributions that, while normal and centered around the expected random distance, spread pretty far in both directions. I don't have a great answer for why something like this happens, but my best guess is that by capturing the information that they do, they're

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1110 of 1583 PageID #:1119

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

somehow actually doing a better job of checking a higher level of image similarity (e.g. similar color palettes). This is probably worth investigating further.

Based on the above, I think it's fair to categorize `dct_hash` and `diff_hash` as (relatively) high precision, low recall perceptual hashes, and `wavelet_hash` and `average_hash` as high recall, low precision hashes.

# What transforms do certain hashes fail at?

So let's say we're incredibly concerned with that spread of negative case distances, and want to know what sacrifices we're going to have to make to use `dct_hash` or `diff_hash` instead.

## Invariance to Mirroring

The first thing we might want to accept that we can't really handle is the mirror operation, as shown by comparing the

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

operation, as shown by comparing the median distance in the positive case when the transformed image is mirrored to when it is not.

| HASH | MIRRORING OFF | MIRRORING ON |
|---|---|---|
| average_hash | 0.04 | 0.37 |
| diff_hash | 0.09 | 0.48 |
| dct_hash | 0.09 | 0.50 |
| wavelet_hash | 0.04 | 0.38 |

It appears that, while every hash does significantly better when the transformed image is unmirrored, `diff_hash` and `dct_hash` appear to be entirely fooled with their median distance approaching that of the expected random distance.

So with this, and the fact that you can only really mirror an image once, we can accept a lack of mirroring. Without mirroring, we get histograms that look more reasonable for those two low recall hashes.

Eva uat ng Perceptua mage Hashes at OkCup d

FILED DATE: 10/21/2022 8:16 PM    2022CH10435





With the mirroring removed however, the table below shows that the other hashes also get a significant metrics boost -- but of

course, the problem with the negative case distributions remains.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|------|------|
| average_hash | 19.38 | 0.06 |
| diff_hash | 16.60 | 0.08 |
| dct_hash | 15.92 | 0.10 |
| wavelet_hash | 19.28 | 0.07 |

## Bringing down the spice level

One other thing to consider here is that these evaluations are all run on all of the transform parameter buckets. What if we assume that none of our attackers want to rotate images beyond like 5 degrees or crop less than 95% of the image? And are allergic to mirrors?

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|------|------|
| average_hash | 22.49 | 0.00 |
| diff_hash | 20.79 | 0.00 |
| dct_hash | 20.53 | 0.00 |
| wavelet_hash | 22.39 | 0.01 |

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Check out those metrics above! It looks like some of them have achieved *full separability*!

In this case, we can clearly see that `diff_hash` and `dct_hash` get a significant boost in their metrics. Since this (of course) doesn't change the spread of distances for the negative case, if we're only concerned with the mild transform case then we might have a decent threshold to work with that doesn't produce too many false positives!

For brevity we'll focus on `diff_hash` for discussing this, since I've found that `dct_hash` behaves similarly. Below is the distance histogram comparison for the mild case.



Eva uat ng Perceptua mage Hashes at O cup d

4/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



## Thresholding

We can use the distance threshold given to us by optimizing the F1-score to give us a cutoff (for those applications where we need one) such that any image pair whose distance lies below the threshold is considered the same, and any above is a distinct image.

If we look at the mild case, we notice that there are hashes that get nearly perfect F-1 score. This obviously only really applies to the mild case, but what transformation sacrifices do we have to make to use this threshold? Is it all transforms? Or do we just lose invariance to some of the more extreme transformations and not all?

So let's look at this for `diff_hash`: when we take the threshold we get from only looking at the mild transformation parameters, what's the percentage of positive cases we end up treating as distinct image pairs for

end up treating as distinct image pairs for the rest of the transformations?

| TRANSFORMATION | EXTREME | MEDIUM | MILD |
|---|---|---|---|
| border | 5.80% | 0.08% | 0.00% |
| crop | 92.52% | 31.31% | 0.02% |
| gamma | 0.01% | 0.01% | 0.00% |
| rotate | 96.68% | 68.10% | 1.73% |
| sp_noise | 0.02% | 0.02% | 0.01% |

Apparently most of the time we rotate beyond 15 degrees it completely falls apart (example below) -- and the same can be said for cropping down to less than 85% of the image. It doesn't do great at the medium case either, which for rotation is from 6 to 15 degrees!

We took a look at that failure chance for different hashes -- `average_hash` and `wave let_hash` fail in the same places, however to a lesser extent -- think 80% not 96% of

the time.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Below is a quick example to illustrate what a 30 degree rotation looks like, using a picture of Alice -- our director of support.





Alice is to OkCupid like Tom is to MySpace.

# How long does this take anyways?

| HASH NAME | AVERAGE HASH TIME PER IMAGE (MS) |
|---|---|
| average_hash | 29.81 |
| diff_hash | 29.93 |
| dct_hash | 33.97 |
| wavelet_hash | 60.99 |

The slowest overall is the wavelet hash, with the rest of them pretty much clocking

Eva uat ng Perceptual mage Hashes at O Cup d                                                                      8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

in at the same amount of time taken.

Just as a quick note -- generally one of the slowest steps here is going to be resizing the image to the tiny hash size that most of these perceptual hashes use. This may seem weird at first, but it makes sense -- every other operation is generally working on a tiny (by modern computer standards) 16x16 array, so even those transformations with a high time complexity can take next to no time, whereas even a well optimized resize will have to work with a much larger image. This can also explain the variance in time each hash takes, since we don't resize images to a fixed size beforehand.

Nonetheless, each hash is pretty fast so it's not too much of a concern, especially when it can be done asynchronously from any sort of image uploading.

## Other notes

We investigated some other stuff that didn't produce much worthy of its own

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1119 of 1583 PageID #:1128

8/11/21  8 17 PM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

section here, so here's some quick notes instead:

- Increasing the bitstring length (or hash size) led to significantly worse results for most of the perceptual hashes, likely because it's simply capturing too much detail.

- For the wavelet hash I tried a bunch of different image scales and wavelet strategies, none of them really made any significant difference metrics-wise except for using Daubechies wavelets instead of Haar -- which performed significantly worse.

# Conclusions & Future Work

The main draw that we've gotten from this is that there really isn't just one hashing

algorithm that handles everything we need. It is likely that we'll have to judiciously

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

combine multiple perceptual hashes to get a workable solution. However, each of these hashes is rather cheap to compute (and I would argue could be further optimized), which means that computing multiple hashes per image is probably a viable basis to build an image similarity engine on.

One might, for example, use a low precision hash as an initial check followed by a high precision hash to separate out cases that might need review from those that are definitely the same image.

Some thoughts for future work:

- There are a ton of <u>newer</u> <u>interesting</u> hashes that are worth consideration.
- There's quite a few more ways to transform images that we see in the wild (e.g. adding captions, superimposing over other images with transparency, compression

  artifacts) that should be evaluated.
- It's definitely a bit weird which

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

hashes behave similarly to each other. There's probably something meaningful going on there that's worth looking into.

- Evaluate / design a gating architecture as briefly described above

- We could investigate what characteristics of given image pairs cause the low precision hashes to be unreliable / give them a low distance, and use that to determine which algorithm's hash distances can be trusted for a given image pair.

- The end-to-end approach of training a Convolutional Net to embed images such that the positive / negative case distances separate nicely is probably the cool new hypebeast way forward. This would have the added advantage of being able to handle whatever

transformations you can think of at training time.

**OkCupid is hiring <u>Click here to learn more</u>**





## iOS Scroll Performance Tutorial

At OkCupid, 30% of iPhone users have a device that we consider to be underpowered. This makes it extremely important that we code our app to perform optimally across all


**JORDAN GUGGENHEIM**
16 JUN 2017  ·  11 MIN READ

## The pitfalls of A/B testing in social networks

I'm frequently asked to help run A/B tests at OkCupid to measure what kind of impact a new feature or design change would have on our users. The usual


**BRENTON MCMENAMIN**
18 APR 2017  ·  7 MIN READ

OkCupid Engineering Blog © 2021                    Latest Posts  ·  Facebook  ·  Twitter  ·  Ghost



# Demand for Arbitration Form

Instructions for Submittal of Arbitration to JAMS

## INSTRUCTIONS

Please submit this form to your local JAMS Resolution Center. Once the below items are received, a JAMS professional will contact all parties to commence and coordinate the arbitration process, including the appointment of an arbitrator and scheduling a hearing date.

📞 **1-800-352-JAMS**
🖥 **www.jamsadr.com**

---

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS with the requested number of copies:

**A. Demand for Arbitration** *(2 copies)*

**B. Proof of service of the Demand on the appropriate party** *(2 copies)*

**C. Entire contract containing the arbitration clause** *(2 copies)*
- *To the extent there are any court orders or stipulations relevant to this arbitration demand, e.g. an order compelling arbitration, please also include two copies.*

**D. Administrative Fees**
- *For two-party matters, the Filing Fee is $1,750. For matters involving three or more parties, the filing fee is $3,000. The entire Filing Fee must be paid in full to expedite the commencement of the proceedings. Thereafter, a Case Management Fee of 12% will be assessed against all Professional Fees, including time spent for hearings, pre- and post-hearing reading and research and award preparation. JAMS also charges a $1,750 filing fee for counterclaims. For matters involving consumers, the consumer is only required to pay $250. See JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses. For matters based on a clause or agreement that is required as a condition of employment, the employee is only required to pay $400. See JAMS Policy on Employment Arbitrations, Minimum Standards of Fairness. JAMS may apply its Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.*

- *A refund of $875 will be issued if the matter is withdrawn within five days of filing. After five days, the filing fee is non-refundable.*

**Once completed, please submit to your local JAMS Resolution Center.**
*Resolution Center locations can be found on the JAMS website at: http://www.jamsadr.com/locations/.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## TO RESPONDENT (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)
Add more respondents on **page 6**.

| | |
|---|---|
| RESPONDENT NAME | Match Group, Inc. |
| ADDRESS | 8750 N Central Expy., Ste. 1400 |
| CITY | Dallas   STATE TX   ZIP 75231 |
| PHONE | (214) 265-3088   FAX     EMAIL samuel.kitchens@match.com |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. |
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP |
| ADDRESS | 865 S Figueroa St., FL 10 |
| CITY | Los Angeles   STATE CA   ZIP 90017 |
| PHONE | (213) 443-3000   FAX (213) 443-3100   EMAIL stephenbroome@quinnemanuel.com |

## FROM CLAIMANT
Add more claimants on **page 7**.

| | |
|---|---|
| CLAIMANT NAME | Ailey Adorjan |
| ADDRESS | c/o Labaton Sucharow LLP |
| CITY | New York   STATE NY   ZIP 10005 |
| PHONE | (212) 907-0861   FAX (212) 883-7061   EMAIL mnafash@labaton.com (Claimant's Counsel) |

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Melissa H. Nafash, Esq. |
| FIRM/COMPANY | Labaton Sucharow LLP |
| ADDRESS | 140 Broadway, 34th FL |
| CITY | New York   STATE NY   ZIP 10005 |
| PHONE | (212) 907-0861   FAX (212) 883-7061   EMAIL mnafash@labaton.com |



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## MEDIATION IN ADVANCE OF THE ARBITRATION

☐  If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION.
A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.

This case involves complex technology, but the facts are simple. Match Group, Inc., Match Group, LLC, and Humor Rainbow, Inc. ("Respondents") operates the world's largest online dating community consisting of the top global dating websites and mobile apps, including OkCupid, Tinder, Match.com, Hinge, PlentyofFish, OurTime, BLK, and Chispa (collectively referred to as "Respondent's dating sites"). Respondents' dating sites require one or more profile pictures with a clear, unobstructed view of the Claimant's face. From every face in every photograph uploaded by Claimant to Respondents' dating sites, Respondents apply their proprietary facial recognition technology to surreptitiously collect, analyze, measure, and catalog the composite distances between facial features like the nose, brow, eyes, and chin, i.e. biometric information and biometric identifiers. This secretive conduct violates several laws including Illinois' Biometric Information Privacy Act ("BIPA"), which was specifically enacted to regulate the collection, storage, and use of biometric data (including "faceprints" or "face templates") with an array of notice, consent, and retention requirements. Respondents' wholesale collection of Claimant's biometric information and biometric identifiers violates BIPA because: (1) Respondents fail to obtain express written consent before extracting Claimant's biometric information and/or identifiers from every face in every photo uploaded to Tinder and OkCupid, the sites in which Claimant uses; (2) Respondents fail to provide prior written notice that they extracts Claimant's faceprint from every face in every uploaded photo; (3) Respondents fail to provide prior written notice of its specific purpose for extracting Claimant's faceprint; (4) Respondents fail to provide prior written notice of how long they retain Claimant's extracted faceprint; and (5) Respondents fail to make publicly available the written policies, retention schedules, and guidelines applicable to its collection and retention of Claimant's faceprint. Under BIPA, Claimant can pursue liquidated damages of $1,000 for each negligent violation, or $5,000 for each intentional violation. In other words, because Claimant is a member of Tinder and OkCupid, Claimant seeks to hold Respondents liable for each and every violation when uploading photographs to Tinder and OkCupid. Claimant alleges that Respondents' dating sites Tinder and OkCupid each intentionally violated Sections 15(a) and 15(b) of BIPA at least once by generating, collecting, using, storing, and sharing Claimant's biometric data in direct violation of BIPA's statutory provisions. Therefore, Claimant is entitled to at least $20,000 in statutory damages.

The facts underlying Claimant's specific claims are further described in the attached Demand for Arbitration.

AMOUNT IN CONTROVERSY (US DOLLARS)          At least $20,000



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## ARBITRATION AGREEMENT
This demand is made pursuant to the arbitration agreement which the parties made as follows. **Please cite location of arbitration provision and attach <u>two copies</u> of entire agreement.**

ARBITRATION PROVISION LOCATION

The arbitration agreement is located in Section 15 of Tinder's Terms of Use and Section 15(a) of OkCupid's Terms & Conditions.  Both agreements are attached.

## RESPONSE
The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. *Send the original response and counter-claim to the claimant at the address stated above with two copies to JAMS.*

## REQUEST FOR HEARING
REQUESTED LOCATION   Chicago, Illinois

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)
*See: Comprehensive Rule 16.1*

☐   By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

| SIGNATURE | /s/ Melissa H. Nafash | DATE | 4/19/2022 |
|---|---|---|---|

| NAME (PRINT/TYPED) | Melissa H. Nafash |
|---|---|

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

Completion of this section is <u>required for all consumer or employment claims</u>.

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION.  For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

☑ <u>YES</u>, this is a CONSUMER ARBITRATION.

☐ <u>NO</u>, this is not a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

NOTE:  JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter.  In addition, JAMS may treat a matter as a consumer matter and apply the Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.

## EMPLOYMENT MATTERS

If this is an EMPLOYMENT matter, Claimant must complete the following information:

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

☐ Less than $100,000      ☐ $100,000 to $250,000      ☐ More than $250,000      ☐ Decline to State

## WAIVER OF ARBITRATION FEES

In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees. In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.

 # Demand for Arbitration Form (continued)
## Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

## RESPONDENT #2 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| RESPONDENT NAME | Match Group, LLC (d/b/a Tinder; s/i/i Tinder, Inc.) | | |
|---|---|---|---|
| ADDRESS | 8750 N Central Expy., Ste. 1400 | | |
| CITY | Dallas | STATE TX | ZIP 75231 |
| PHONE | (214) 265-3088  FAX | EMAIL | samuel.kitchens@match.com |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. | | |
|---|---|---|---|
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| ADDRESS | 865 S Figueroa St., FL 10 | | |
| CITY | Los Angeles | STATE CA | ZIP 90017 |
| PHONE | (213) 443-3000  FAX (213) 443-3100  EMAIL | | stephenbroome@quinnemanuel.com |

## RESPONDENT #3 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| RESPONDENT NAME | Humor Rainbow, Inc. (d/b/a OkCupid) | | |
|---|---|---|---|
| ADDRESS | 8750 N Central Expy., Ste. 1400 | | |
| CITY | Dallas | STATE TX | ZIP 75231 |
| PHONE | (214) 265-3088  FAX | EMAIL | |

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| REPRESENTATIVE/ATTORNEY | Stephen A. Broome, Esq. | | |
|---|---|---|---|
| FIRM/COMPANY | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| ADDRESS | 865 S Figueroa St., FL 10 | | |
| CITY | Los Angeles | STATE CA | ZIP 90017 |
| PHONE | (213) 443-3000  FAX (213) 443-3100  EMAIL | | stephenbroome@quinnemanuel.com |



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## CLAIMANT #2

CLAIMANT NAME

ADDRESS

CITY | STATE | ZIP

PHONE | FAX | EMAIL

CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

REPRESENTATIVE/ATTORNEY

FIRM/COMPANY

ADDRESS

CITY | STATE | ZIP

PHONE | FAX | EMAIL

## CLAIMANT #3

CLAIMANT NAME

ADDRESS

CITY | STATE | ZIP

PHONE | FAX | EMAIL

CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

REPRESENTATIVE/ATTORNEY

FIRM/COMPANY

ADDRESS

CITY | STATE | ZIP

PHONE | FAX | EMAIL

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

### By using our Services, you represent and warrant that:

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

### You agree to:

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

O Cup d Lega Informat on Terms & Cond t ons
FILED DATE: 10/21/2022 8:16 PM 2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1134 of 1583 PageID #:1143

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

# 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

# 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

O  Cup d  Lega  nformat on   erms & Cond  ons
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1135 of 1583 PageID #:1144
1/28/22  3 19 PM

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1136 of 1583 PageID #:1145

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

# 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

# 8c. VIRTUAL ITEMS

### *Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1140 of 1583 PageID #:1149

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

waive any claim that such courts constitute an inconvenient forum.

# 16. INDEMNITY BY YOU

*You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

# 17. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

# 18. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**

 



O Cup d Lega Informat on Terms & Cond t ons
Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1149 of 1583 PageID #:1158
/28/22 3 19 PM

FILED DATE: 10/21/2022 8:16 PM 2022CH10435



**COMPANY** +

**CONDITIONS** +

**CONTACT** +

**FOLLOW** +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

3. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

0. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

1. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 



Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1152 of 1583 PageID #:1161

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

# 7. RIGHTS YOU GRANT OKCUPID

*You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

# 8c. VIRTUAL ITEMS

### *Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

# 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3.  Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4.  The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1169 of 1583 PageID #:1178

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:
- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio**:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**






JOIN OKCUPID

LANGUAGE

English

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

FILED DATE: 10/21/2022 8:16 PM 2022CH10435



COMPANY +

CONDITIONS +

CONTACT +

FOLLOW +

We and our partners use tracking devices to measure the audience of our website, provide you with offers and advertising tailored to your interests, and to enable interactive social platform features such as share buttons.

Personalize my choices

Accept



1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

0. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

1. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 



JOIN OKCUPID

LANGUAGE

English

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1175 of 1583 PageID #:1184

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1177 of 1583 PageID #:1186

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

# 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

# 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1179 of 1583 PageID #:1188

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1182 of 1583 PageID #:1191

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

Terms of Use · Tinder: Match. Chat. Meet. Modern Dating 11/28/22 11:36 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1185 of 1583 PageID #:1194

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1186 of 1583 PageID #:1195

9/28/22  11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](here).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1187 of 1583 PageID #:1196

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1188 of 1583 PageID #:1197

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

Terms of Use — Tinder: Match. Chat. Meet. Modern Dating

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1190 of 1583 PageID #:1199

7/28/22  11:36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

4.  The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support.

Should you not opt out of the retroactive application of this Arbitration Agreement within

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

# 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

# 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

# 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

# 19. Entire Agreement; Other.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1193 of 1583 PageID #:1202

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company              ## Community          ## Legal

Jobs                    Tech Blog             Privacy

Contact                 Press                 Terms

Security                Support               Cookie Policy

                                              Safety and Policy

                                              Center

                                              Safety Tips

                                              Community

                                              Guidelines

                                              Intellectual

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1194 of 1583 PageID #:1203

Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

Arb trat on    T ndr Match  onal  Mree  Macern  Datng    7/28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1200 of 1583 PageID #:1209

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1201 of 1583 PageID #:1210

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

Terms of Use — Tinder: Match. Chat. Meet. Modern Dating

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1202 of 1583 PageID #:1211

7/28/22 11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

Terms of Use - Tinder : Match. Chat. Meet. Modern Dating

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1204 of 1583 PageID #:1213

1/28/22, 11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1206 of 1583 PageID #:1215

1/28/22  11 36 AM

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our [Community Guidelines](#), as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via [our contact form.](#)

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1207 of 1583 PageID #:1216

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1209 of 1583 PageID #:1218

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1210 of 1583 PageID #:1219

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](#).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1212 of 1583 PageID #:1221

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

4. The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to [customer support](#).

Should you not opt out of the retroactive application of this Arbitration Agreement within

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1216 of 1583 PageID #:1225

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

# 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

# 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

# 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

# 19. Entire Agreement; Other.

Terms of Use - Tinder: Match. Chat. Meet. Modern Dating

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1217 of 1583 PageID #:1226

4/28/22, 11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Terms of Use · Tinder: Match. Chat. Meet. Modern Dating

1/28/22  11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Property

Arb trat on    T Need Water ona  reet  Modern  Dat ng                                                                                            4/28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8. Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9. Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

Arb trat on   T nder Watch onal Vree Madern Datng                                           /28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT B



FILED DATE: 10/21/2022 8:16 PM   2022CH10435

**Jonathan Gardner**
Partner

212 907 0839 direct
212 907 0700 main
212 883 7063 fax
jgardner@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

April 19, 2022

**VIA EMAIL**
Stephen Broome, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
stephenbroome@quinnemanuel.com

**Confidential Communication Pursuant to Federal Rule of Evidence 408, and Illinois' Rule of Evidence 408.**

Re:     Discussion Regarding Claimants' BIPA Claims

Dear Stephen,

We write in response to your April 6, 2022 correspondence.

Over the course of the last ten months, we have attempted in good faith to informally resolve our clients' claims against Match Group, Inc., Match Group, LLC, Hinge, Inc., Humor Rainbow, Inc., People Media, Inc., and Affinity Apps, LLC (collectively "Match Group")[1] in accordance with the informal dispute period prescribed by each of Match Group's dating sites[2]. Unfortunately, our good faith attempts were met with baseless accusations and attacks on our firm, delay tactics cloaked in mediation and several meet and confers regarding potential neutral expert review of the dating sites' source code and algorithms, and now egregious amendments and revisions to the terms of Match Group's dating sites to impose burdensome notice and procedural requirements with an attempt to have them applied to our clients retroactively.

---

[1] Match Group LLC's (d/b/a/ "Tinder" and "Match.com") ("Tinder" and "Match," respectively), Hinge, Inc.'s (d/b/a "Hinge"), Humor Rainbow, Inc.'s (d/b/a OkCupid) ("OkCupid"), People Media, Inc.'s (d/b/a "OurTime") ("OurTime"), Plentyoffish Media ULC's (f/k/a Plentyoffish Media, LLC, d/b/a/ "Plenty of Fish") ("POF"), and Affinity Apps, LLC's (a/k/a Affinity Apps, LTD d/b/a www.blk-app.com/en and www.chispa-app.com/en) ("BLK" and "Chispa") (collectively referred to as "Match Group Dating Sites")

[2] "Match Group dating sites" refers to Tinder, Match.com, Hinge, OkCupid, OurTime, PlentyofFish, BLK, and Chispa.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

April 19, 2022
Page 2

Match Group's dilatory conduct not only violates general litigation principles but it offends the spirit of arbitration.[3]   For these reasons and those set forth below, we will be pursuing individual arbitrations on behalf of 7,234 Claimants before JAMS.

We have been engaging with Match Group since June 7, 2021, when Samuel Kitchens, General Counsel for Match Group, contacted Labaton to schedule a call to discuss our Firm's anticipated claims against Match Group for violating Illinois' Biometric Information Privacy Act ("BIPA"). After a zoom call that was followed by a few email exchanges, we formally noticed Match Group of our clients' claims on September 2, 2021.

Since September 2021, we have received many empty promises.  Our September 2, 2021 notice explained that we would begin filing claims in thirty (30) days if we did not hear back from Match Group.  We did not hear back from Match Group until October 1, 2021, when we were told that Match Group had been working diligently to assess our claims and expected "to have a comprehensive response to [our] letter soon and would hope to thereafter discuss a resolution for [our] cases."  We responded that we could provide additional time but would begin filing arbitrations if we did not receive Match Group's response by October 15th.  We never received that "comprehensive response," just outreach by you, outside counsel.

Our initial zoom calls were seemingly productive.  On October 26, 2021, we executed a Tolling & Stand Down Agreement[4] and agreed to mediation with Robert Meyer at California's JAMS Century City office.  We then spent the next few weeks providing JAMS and Mr. Meyer with all requested case information, agreed to submit and exchange mediation statements, and participated in conference calls to ensure efficiency and a productive mediation on December 3, 2021.

---

[3] The benefits of arbitration (*e.g.*, lower costs, greater efficiency, and speed) are well-recognized.  However, these laudable objectives may be frustrated if an arbitration provision is exploited as a tool for gamesmanship or evasion. *See, e.g., In re Grupo Unidos Por El Canal, S.A.*, No. 14-mc-00226-MSK-KMT, 2015 WL 1810135, at *5 (D. Colo. Apr. 17, 2015) (citing *AT&T Mobility LLC v. Concepcion*, 131 S.Ct. 1740, 1751 (2011)). The Tenth Circuit has acknowledged that "arbitration laws are passed to expedite and facilitate the settlement of disputes and avoid the delay caused by litigation. It was never intended that these laws should be used as a means of furthering and extending delays." *In re Cox Enterprises, Inc.*, 790 F.3d at 1118 (quoting *Radiator Specialty Co. v. Cannon Mills*, 97 F.2d 318, 319 (4th Cir. 1938)). *Cf. Menorah Ins. Co., Ltd. v. INX Reinsurance Corp*., 72 F.3d 218, 222-23 (1st Cir. 1995) ("Arbitration clauses were not meant to be another weapon in the arsenal for imposing delay and costs in the dispute resolution process."); *Sucrest Corp. v. Chimo Shipping Ltd.*, 236 F. Supp. 229, 230 (S.D.N.Y. 1964) (holding that "[d]ilatory conduct or delay, in the face of a known duty to act," can be construed as "conduct inconsistent with an intention to arbitrate"). *In re Tyco Int'l Ltd. Secs. Litig.*, 422 F.3d, 41, 46 (1st Cir. 2005). ("[e]ven as justice delayed may amount to justice denied, so it is with arbitration." […] "[A] party should not be allowed purposefully and unjustifiably to manipulate the exercise of its arbitral rights simply to gain an unfair tactical advantage over the opposing party.")

[4] All claims were tolled from October 15, 2021, through December 31, 2021.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

April 19, 2022
Page 3

Before mediation, Match Group expressed difficulty assessing our clients' claims and asked for a supplemental notice letter that included citations and a list of evidence gathered by Claimants' counsel to date that we intended to rely on at mediation and/or when commencing arbitration. We agreed to produce a list and did so on November 5, 2021, despite Match Group having all information readily available and in its possession. In response, Match Group complained that we had provided too much information and too many references/citations for their counsel to review and requested that we "identify the 5-10 sources [Labaton] believe[ed] best evidence Match Group's alleged BIPA violations." Despite being in pre-discovery and having only the benefit of publicly available information, we provided Match Group with the six (6) categories of documents that we believed produced our strongest evidence *before* conducting discovery. Said categories included versions of the dating sites, patents, SEC filings, investor presentations, news articles, and prior and/or pending lawsuits against Match Group, including lawsuits involving patent infringement and the sharing of biometric data. Nevertheless, Match Group was once again not satisfied with our response and used multiple pages of its mediation statement to complain about it.

On November 26, 2021, the parties exchanged their mediation statements. Claimants submitted a 25-page mediation statement outlining in detail their claims, the evidence relied upon thus far, and even went as far as to attach a draft of our arbitration demand that we intended to file with JAMS should our claims not resolve during mediation. Claimants' demand consisted of more than 80-pages of information that provided a well-established foundational basis for their claims. On the other hand, Match Group submitted a mediation statement declaring that neither Match Group nor its dating sites violated BIPA without a single citation or shred of supporting evidence. Worse, Match Group refused to participate in meaningful discussions during the December 3rd mediation or provide any evidence supporting its positions. Instead, Match Group, who insisted that we attend the mediation in person, appeared with only the intent to convince the mediator that the Claimants had no valid claims and that we should abandon our efforts. The mediation lasted less than two (2) hours. It remains unclear why Match Group engaged in mediation and insisted, amidst a continuing global pandemic, that everyone fly to the west coast to be present.

In January, we continued to investigate our claims against Match Group and learned from former employees of the Match Group dating sites some of the reasons for which biometric data is being collected and how it is being used. In response, Match Group requested we sign an NDA, promising to share pertinent information about what we had learned. We agreed to execute an NDA but indicated that the tolling agreement was expired, and we planned to move forward. We began engaging with JAMS to begin filing arbitrations and notified Match Group of the same.

Leading up to and during our February 18, 2021 pre-filing conference call with JAMS, Match Group made several allegations that a "high number" of our clients never had accounts with a Match Group dating site. We sent Match Group a list of the first 200 Claimants for whom we

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

April 19, 2022
Page 4

planned to file. Match Group responded days later concerning the first 100 Claimants and confirmed that 92% of the Claimants we sent over had at least one account – a far cry from a "high number" of claimants without accounts.

Even more disingenuous, ten (10) days later, on February 28, 2021, Match Group changed the terms of service for all dating sites imposing egregious requirements on all users and changing the arbitration provider from JAMS to National Arbitration and Mediation ("NAM"). Unaware at that time of the changes to the arbitration provision, of which Match Group was silent about during our calls, we continued to engage with Match Group to resolve our clients' claims; and on March 1, 2021 agreed to suspend filing individual arbitrations to engage in limited discovery where our expert would receive access to the algorithms and source code for the Match Group sites. Once we learned of the changes to the arbitration provision, we sent multiple emails objecting to the changes both with respect to claims for which Match Group was already on notice and as against public policy. Match Group backed the changes and was adamant that it intended to apply its changes retroactively to our clients' claims.

Following a letter-writing campaign regarding expert access, the parties conducted a conference call on March 18, 2021 to discuss the process further. During the call, Match Group agreed to give a neutral expert access to its source code and algorithms with few limitations. Match Group also requested that we send a list of allegations as to the type of biometric data Claimants contend Match Group collects and how Claimants contend it is used. Though we had sent this information several times, we agreed and provided said information on March 22, 2021. In response, Match Group complained that Claimants "added new and even more vague theories" and refused to design an expert review process for any theories other than Claimants' "bad actors" theory, which is only one of many theories of how the data is used – yet another promise turned empty.

Enough is enough. We are not willing to delay filing any longer. We were hopeful to amicably resolve our clients' claims but not to the point of preventing them from having their cases heard. We will begin filing immediately.

Regards,

Jonathan Gardner

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT C



Terms & Conditions  Privacy  Cookies  Profiling  Arbitration  Safety Tips

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using OkCupid's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate.

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or

"Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our services;
6. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

# 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

# 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who

O  Cup d   Lega  Informat on   Terms & Cond t ons                                                                                                                                      11/28/22   3 19 PM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

**OkCupid grants you the right to use and enjoy our Services, subject to these Terms.**

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws.

# 7. RIGHTS YOU GRANT OKCUPID

**You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.**

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

*You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not

OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, you can (1) log in to the Website and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

### *Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU or European Economic Area.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

**For subscribers residing in the EU or European Economic Area**:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

**For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin**:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

***OkCupid's liability is limited to the maximum extent by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1244 of 1583 PageID #:1253

OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

***In the unlikely event that we have a legal dispute, here is what you need to know.***

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against OkCupid, these terms will apply.

## 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

***If you pursue a legal claim against OkCupid, you agree to arbitration (with limited exceptions).***

Except for users residing within the EU or European Economic Area, and where prohibited by law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

4. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU or European Economic Area.

## 15b. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply if there is a dispute (except in the EU and where prohibited by law).***

Except for users residing in the EU or European Economic Area or elsewhere where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

***Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, and in the EU or where prohibited by law).***

Except for users residing in the EU or European Economic Area, who may bring claims in their country of residence in accordance with applicable law, and except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and

waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

*You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, (iii) the Community Guidelines, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

representations on behalf of or bind OkCupid in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

**For subscribers residing in New York**:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

**For subscribers residing in North Carolina**:

- You may review the North Carolina Buyer's Rights here.

**For subscribers residing in Illinois, New York, North Carolina, and Ohio:**

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

[For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin__:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**

 



JOIN OKCUPID

LANGUAGE

English  >

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



**COMPANY**                                                                                                 +

**CONDITIONS**                                                                                              +

**CONTACT**                                                                                                 +

**FOLLOW**                                                                                                  +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

**Personalize my choices**

**Accept**



1. **Overview**. Arbitration is an alternative to litigation where a neutral person (the arbitrator) hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and OkCupid.

2. **Pre-Arbitration Dispute Resolution**. OkCupid is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us online or at Match Legal, P.O. Box 25458, Dallas, TX 75225.

3. **Administrator**. The administrator for the arbitration is JAMS, an organization that is not affiliated with OkCupid. JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from JAMS's roster of neutral arbitrators. For information on JAMS, please visit its website, https://www.jamsadr.com/. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. **Applicable Rules**. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the "JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the arbitrator determines that strict application of the Arbitration Procedures would not result in a fundamentally fair arbitration, the arbitrator may make any order necessary to provide a fundamentally fair arbitration that is consistent with the JAMS Rules.

5. **Commencing an Arbitration**. To commence an arbitration against OkCupid, you must complete a short form, submit it to JAMS, and send a copy to OkCupid at Match Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at: https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, OkCupid may assert any counterclaims it may have against the complaining party.

6. **Fees**. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. OkCupid will pay all remaining fees. If your claim against OkCupid is for less than $1,000, and you succeed on the merits, we will pay all fees. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. **Discovery**. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or defenses. Any such

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

discovery requests must be served on the other party within 21 days after the arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, the requested particulars, and/or any objections to the requests within 15 days after receipt of the requests. Any disputes about discovery or requests for extensions shall be submitted promptly to the arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort what would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

3. **Communications with the Arbitrator**. Whenever communicating with the arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with any arbitrator.

9. **Confidentiality**. Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

0. **Arbitration Hearing**. The Parties agree to waive an oral Hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the arbitrator's appointment.

1. **Arbitration Award**. The arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 14 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

**Download the OkCupid App**

 



**JOIN OKCUPID**

**LANGUAGE**                    English  ›

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



COMPANY                                                    +

CONDITIONS                                                 +

CONTACT                                                    +

FOLLOW                                                     +

We and our partners use tracking devices to measure the audience of our
website, provide you with offers and advertising tailored to your interests,
and to enable interactive social platform features such as share buttons.

Personalize my choices

Accept

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# EXHIBIT D

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# Terms of Use

**Last revised on June 21, 2021**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder").

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com . If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

# 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Arbitration Procedures, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement (other than the limited one-time opt-out right for certain members provided for in Section 15), you should not use the Service.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, and
- you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any state, federal or local sex offender registry.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1256 of 1583 PageID #:1265

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

immediately [contact us.](#)

# 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account, you will need to manage in app purchases through such account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's [Safety Tips](#) prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL**

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE TINDER TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, nonexclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. Therefore, you agree not to:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use meta tags or code or other devices containing any reference to Tinder or the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.
- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage or promote any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and/ or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify and distribute information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of a Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our [Community Guidelines](#), as updated from time to time.
- spam, solicit money from or defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service.

# 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via [our contact form.](#)

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1261 of 1583 PageID #:1270

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

# 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. **If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to access your third party account (or Account Settings on Tinder, if applicable) and follow the instructions to cancel your subscription, even if you have otherwise deleted your account with us or deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not cancel your subscription; Tinder will retain all funds charged to your Payment Method until you cancel your subscription on Tinder or the third party account, as applicable. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise,

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

and you do not edit your Payment Method information or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any



upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

To request a refund:

If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1264 of 1583 PageID #:1273

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

# Infringement.

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form [here](here).

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

# 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

OBTAIN ON OR THROUGH THE SERVICE WILL BE ACCURATE.

TINDER TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND TAKES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

# 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF OTHER MEMBERS` OR THIRD PARTIES ON, THROUGH OR FOLLOWING USE OF THE SERVICE; OR (III) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1266 of 1583 PageID #:1275

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. Retroactive and Prospective Arbitration, Class-Action Waiver, and Jury Waiver.

Except where prohibited by applicable law:

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), or the Service, regardless of the date of accrual and including past, pending, and future claims, shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court instead if the claim is within the jurisdiction of the small claims court. If the request to proceed in small claims court is made before an arbitrator has been appointed, the arbitration shall be administratively closed. If the request to proceed in small claims court is made after an arbitrator has been appointed, the arbitrator shall determine whether the dispute should remain in arbitration or instead be decided in small claims court. Such arbitration shall be conducted by written submissions only, unless either you or Tinder elect to invoke the right to an oral hearing before the Arbitrator. But whether you choose arbitration or small claims court, you agree that you will not under any circumstances commence, maintain, or participate in any class

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

action, class arbitration, or other representative action or proceeding against Tinder.

2. By accepting this Agreement, you agree to the Arbitration Agreement in this Section 15 (subject to the limited one-time right to opt out within thirty (30) days belonging to members who first created an account or used the Service prior to May 9, 2018 (such members, "Legacy Members"), discussed below). In doing so, BOTH YOU AND TINDER GIVE UP THE RIGHT TO GO TO COURT to assert or defend any claims between you and Tinder (except for matters that may be properly taken to a small claims court and are within such court's jurisdiction). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING, including, without limitation, any past, pending or future class actions, including those existing as of the date of this Agreement, which include without limitation: Allan Candelore v. Tinder, Inc., Los Angeles Superior Court, State of California, County of Los Angeles, Case No. BC583162 (generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30) and Kim v. Tinder, Inc., United States District Court, Central District of California, Case No. 2:18-cv-03093 generally claiming, on behalf of California citizens who subscribed to Tinder Plus when they were at least 30 years old that Tinder violated the California Unruh Civil Rights Act by charging older subscribers a higher price than Tinder charged subscribers younger than 30). This list may not be exhaustive, and there may be other currently pending actions against Tinder.

3. If you assert a claim against Tinder outside of small claims court (and Tinder does not request that the claim be moved to small claims court), your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all claims and all issues regarding the arbitrability of the dispute. The same is true for Tinder. Both you and Tinder are entitled to a fair hearing before the arbitrator. The arbitrator can generally grant the relief that a court can, including the ability to hear a dispositive motion (which may include a dispositive motion based upon the parties' pleadings, as well as a dispositive motion based upon the parties' pleadings along with the evidence submitted), but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

FILED DATE: 10/21/2022 8:16 PM  2022CH10435

4.  The Jurisdiction and Venue provisions in Sections 16 and 17 are incorporated and are applicable to this Arbitration Agreement.

As you decide whether to agree to this Arbitration Agreement, here are some important considerations:

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge or a jury. Instead, the parties' dispute is decided by a private arbitrator selected by the parties under the JAMS Streamlined Arbitration Rules & Procedures. Arbitration does not limit or affect the legal claims you as an individual may bring against Tinder. Agreeing to arbitration will only affect where those claims may be brought and how they will be resolved.

- Arbitration is generally considered to be a more rapid dispute resolution process than the judicial system, but that is not always the case. The Arbitrator will typically determine whether Tinder or you will be required to pay or split the cost of any arbitration with Tinder, based on the circumstances presented.

- IMPORTANT: THERE ARE NOW, AND MAY BE IN THE FUTURE, LAWSUITS AGAINST TINDER ALLEGING CLASS AND/OR REPRESENTATIVE CLAIMS ON YOUR BEHALF INCLUDING BUT NOT LIMITED TO CLASS ACTIONS DESCRIBED IN THIS SECTION 15, WHICH IF SUCCESSFUL, COULD POTENTIALLY RESULT IN SOME MONETARY OR OTHER RECOVERY TO YOU, IF YOU ELECT TO OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT. THE MERE EXISTENCE OF SUCH CLASS AND/OR REPRESENTATIVE LAWSUITS, HOWEVER, DOES NOT MEAN THAT SUCH LAWSUITS WILL ULTIMATELY SUCCEED, OR, EVEN IF SUCCESSFUL, THAT YOU WOULD BE ENTITLED TO ANY RECOVERY.

- You will be precluded from bringing any class or representative action against Tinder, unless you timely opt out of the retroactive application of this Arbitration Agreement, and you will also be precluded from participating in any recovery resulting from any class or representative action brought against Tinder, in each case provided you are not already bound by an arbitration agreement and class action waiver previously agreed to with Tinder.

WHETHER TO AGREE TO THIS ARBITRATION AGREEMENT IS AN IMPORTANT DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD TAKE CARE TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.

IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS FOUND TO BE INVALID, YOU WILL NEVERTHELESS STILL BE BOUND BY ANY PRIOR VALID ARBITRATION AGREEMENT THAT YOU ENTERED INTO WITH TINDER.

## Limited One-Time Right To Opt Out Of The Retroactive Application of the Arbitration Agreement

**NOTE: THIS OPT OUT SECTION DOES NOT (a) APPLY TO NEW MEMBERS AFTER MAY 8, 2018 (I.E., MEMBERS WHO HAD NEVER PREVIOUSLY USED TINDER AND WHO FIRST CREATED AN ACCOUNT AFTER MAY 8, 2018) (b) EXEMPT ANY CLAIMS OR DISPUTES OF ANY MEMBER ARISING AFTER MAY 8, 2018 FROM THE APPLICATION OF THE ARBITRATION AGREEMENT IN THIS SECTION 15, OR (c) APPLY TO ANY LEGACY MEMBER WHO LOGGED IN TO TINDER OR USED THE SERVICE AFTER MAY 8, 2018, AND WHO DID NOT OR DOES NOT, AS APPLICABLE, EXERCISE SUCH MEMBER'S ONE-TIME OPT OUT RIGHT WITHIN 30 DAYS AFTER SUCH MEMBER'S FIRST LOGIN OR USE OF THE SERVICE AFTER SUCH DATE.**

SUBJECT TO THE FOREGOING PARAGRAPH, IF YOU ARE A LEGACY MEMBER (EXISTING MEMBER PRIOR TO MAY 9, 2018), AND YOUR OPT OUT RIGHT HAS NOT PREVIOUSLY EXPIRED, AND IF YOU DO NOT AGREE TO BE SUBJECT TO THIS ARBITRATION AGREEMENT ON A RETROACTIVE BASIS, YOU MUST OPT OUT OF THE RETROACTIVE APPLICATION OF THIS ARBITRATION AGREEMENT **WITHIN 30 DAYS** AFTER THE FIRST DATE ON WHICH YOU LOGIN TO TINDER OR USE THE SERVICE AFTER MAY 8, 2018, IN THE FOLLOWING SPECIFIED MANNER:

By sending an e-mail to tinderoptout@match.com within 30 days after the first date on which you login to Tinder or use the Service. The e-mail opt out must contain the following to be effective: your full name, address, email address and/ or phone number associated with your Tinder account, and a statement that you are opting out of the Retroactive Application of this Arbitration Agreement. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to [customer support](#).

Should you not opt out of the retroactive application of this Arbitration Agreement within

Terms of Use · Tinder · Match. Chat. Meet. Modern Dating

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1270 of 1583 PageID #:1279

1/28/22  11 36 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

such 30 day period, you and Tinder shall be bound by the terms of this Arbitration Agreement, including its retroactive effect. You have the right to consult with counsel of your choice (at your cost) concerning this Arbitration Agreement. **IF YOU OPT OUT OF THE RETROACTIVE EFFECT OF THIS ARBITRATION AGREEMENT, YOU WILL STILL BE SUBJECT TO AND BOUND BY ANY PRIOR ARBITRATION AGREEMENTS/ PROVISIONS YOU PREVIOUSLY AGREED TO WITH TINDER AS WELL AS THIS ARBITRATION AGREEMENT ON A GOING FORWARD BASIS.**

## 16. Governing Law.

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Arbitration Agreement in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue.

Except for claims that may be properly brought in a small claims court of competent jurisdiction, all claims arising out of or relating to this Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1271 of 1583 PageID #:1280

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and Arbitration Procedures, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

## Language

**English**                    Español(MX)

## Company              ## Community              ## Legal

Jobs                    Tech Blog                Privacy

Contact                 Press                    Terms

Security                Support                  Cookie Policy

                                                 Safety and Policy

                                                 Center

                                                 Safety Tips

                                                 Community

                                                 Guidelines

                                                 Intellectual

# Property

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435



# Arbitration Procedures

1. Overview. Arbitration is an alternative to litigation where a neutral person (the "Arbitrator") hears and decides the parties' dispute. Arbitration proceedings are designed to provide parties with a fair hearing in a manner that is faster and less formal than court proceedings. The following procedures (the "Arbitration Procedures") are applicable to all arbitration proceedings involving you and Tinder.

2. Pre-Arbitration Dispute Resolution. Tinder is always interested in resolving disputes amicably and efficiently. So before you commence an arbitration, we suggest that you contact us to explain your complaint, as we may be able to resolve it without the need for arbitration. You may contact us at Tinder Legal, P.O. Box 25458, Dallas, TX 75225.

3. Administrator. The administrator for the arbitration is JAMS, an organization that is not affiliated with Tinder. The JAMS facilitates, but does not itself conduct, the arbitration. The arbitrator who will hear and decide your dispute will be chosen from the JAMS's roster of neutral arbitrators. For information on the JAMS, please visit its website, https://www.jamsadr.com. Information about JAMS's rules and fees for resolving disputes can be found at JAMS's Streamlined Arbitration Rules & Procedures page, https://www.jamsadr.com/rules-streamlined-arbitration/.

4. Applicable Rules. The arbitration will be governed by JAMS's Streamlined Arbitration Rules & Procedures (the JAMS Rules"), as modified by these Arbitration Procedures. If there is any inconsistency between the JAMS Rules and these Arbitration Procedures, the Arbitration Procedures will control. However, if the Arbitrator determines that strict application of any term of the Arbitration Procedures would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with these Arbitration Procedures (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

Arb trat on    T nder Match onal Freed Modern Dat ng                                                          9/28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

5. Commencing an Arbitration. To commence an arbitration against Tinder, you must complete a short form, submit it to JAMS, and send a copy to Tinder at Tinder Legal, PO Box 25458, Dallas, TX 75225. To learn more about commencing an arbitration and to obtain a form to institute arbitration, please visit the JAMS website and download the form available at, https://www.jamsadr.com/files/Uploads/Documents/JAMS_Arbitration_Demand.pdf. You may represent yourself in the arbitration or have a lawyer (or some other representative) act on your behalf. Upon receipt of an arbitration claim, Tinder may assert any counterclaims it may have against the complaining party.

6. Fees. You are responsible for paying your portion of the fees set forth in the JAMS fee schedule for consumer disputes. Tinder will pay all remaining fees, except to the extent that fees paid by either party may be re-allocated upon order of the Arbitrator following a determination (a) that other party's claim or counterclaim was filed for purposes of harassment or was frivolous, (b) that the other party engaged in any activities during the course of the arbitration for the purposes of harassment or to cause unnecessary costs or delay, or (c) that re-allocation is permitted by applicable law. If your claim against Tinder is for less than $1,000 and you succeed on the merits, we will pay all fees, subject to the potential re-allocation discussed in the prior sentence. If you believe you cannot afford the JAMS fee, you may apply to JAMS for a fee waiver.

7. Discovery. Each party may (a) request relevant, non-privileged documents from the other party; and (b) request that the other party provide the particulars of its claims or responses to no more than 5 relevant interrogatories (including subparts). Any such discovery requests must be served on the other party within 10 days after the Arbitrator's appointment. The responding party shall provide the requesting party with all responsive, non-privileged documents, responses to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests. In the event of an objection to any discovery request, the objecting party shall not be required to provide any documents or interrogatory responses within the scope of the objection until the later of (a) 30 days after the Arbitrator resolves the dispute or (b) a deadline for production determined by the Arbitrator. In the event either party requests that the Arbitrator consider a dispositive motion prior to the expiration of a response deadline set forth in this paragraph, such response deadline shall be extended until 30 days following (a) the Arbitrator's decision on the request to hear the dispositive motion or (b) if the Arbitrator grants the request to

hear the dispositive motion, the Arbitrator's final decision on such dispositive motion. Depositions shall not be permitted, unless agreed to by both parties. Any disputes about discovery or requests for extensions shall be submitted promptly to the Arbitrator for prompt resolution. In ruling on any discovery dispute or extension request, the Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

8.  Communications with the Arbitrator. Whenever communicating with the Arbitrator, the parties must include each other – for example, by including the other party on a telephone conference call and copying the other party on any written submissions, such as letters or emails. To the extent practicable, conferences with the Arbitrator will take place by telephone conference call or email. Ex parte communications are not permitted with the Arbitrator.

9.  Confidentiality. Upon either party's request, the Arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted filing of confidential information must be done under seal.

10. Arbitration Hearing. The Parties agree to waive an oral hearing and submit the dispute to the Arbitrator for an Award based on written submissions and other evidence as the Parties may agree, unless a party requests an oral Hearing in writing within 10 days after the Arbitrator's appointment. The Parties agree that the Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing if it determines that the motion is likely to succeed and will dispose of or narrow the issues in the case. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Arbitrator's appointment, a party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the oral evidentiary hearing, a party may request to file a dispositive motion for summary judgment based upon the parties' pleadings and the evidence submitted.

11. Arbitration Award. The Arbitrator will render a written decision within 30 days after the hearing or, if no hearing was held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award.

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

## Language

| | | | |
|---|---|---|---|
| العربية | Български | Català | Čeština |
| Dansk | Deutsch | Ελληνικά | **English** |
| Español(ES) | Español(MX) | Español(AR) | Français(FR) |
| Suomi | עברית | Hrvatski | Magyar |
| Indonesia | 日本語 | 한국어 | Lietuvių |
| Latviešu | Bahasa Melayu | Nederlands | Nynorsk |
| Polski | Português(BR) | Português(PT) | Română |
| Русский | Slovenčina | Slovenščina | Srpski |
| ไทย | Türkçe | Українська | Tiếng Việt |
| 简体中文 | 繁體中文 | | |

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Terms

Cookie Policy

Safety and Policy

Center

Safety Tips

Community

Guidelines

Intellectual

Property

Arb trat on    T ner   Watch  onal   Vree  Modern  Dat ng                                                 /28/22  11 35 AM

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

FILED
10/21/2022 8:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20001979

# EXHIBIT N

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3285**

WRITER'S EMAIL ADDRESS
**stephenbroome@quinnemanuel.com**

**<u>VIA EMAIL</u>**

June 27, 2022

JAMS
Sarah Nevins
Arbitration Practice Manager – East/Central
150 West Jefferson, Suite 850
Detroit, MI 48226
P: 313.209.8851
www.jamsadr.com

Re:    <u>Match Group, LLC and Humor Rainbow, Inc. Consumer Arbitrations – Request for
       Administrative Closure of Claims</u>

Dear Ms. Nevins:

We write in response to Labaton Sucharow LLP's ("Labaton") June 13, 2022 letter and in furtherance of Respondents' request that JAMS administratively close all cases filed by Labaton against Respondents Match Group, Inc.; Match Group, LLC; and Humor Rainbow, Inc. ("Respondents"). Labaton's latest letter contains numerous factual inaccuracies and continues to ask JAMS to decide issues that JAMS has previously acknowledged it lacks authority to decide. What remains clear is that JAMS must administratively close these cases.

While Respondents are compelled to address the inaccuracies in Labaton's letter, they in no way concede that JAMS has authority to decide any issue in these cases, including whether any state's small claims courts have jurisdiction over Claimants' claims or whether the NAM Terms are enforceable. For the reasons set forth in Respondents' May 13 and June 3 letters, JAMS has no such authority. And despite its submitting two lengthy letters to JAMS citing dozens of cases, Labaton has failed to show otherwise. Indeed, Labaton completely ignores the most obvious reason JAMS should close these cases, its *own* prior determinations that it lacks jurisdiction to

**quinn emanuel urquhart & sullivan, llp**

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

decide the issues at hand.  In the process of opposing Respondents' request, Labaton continues to reveal its true motivations: to extort a settlement of baseless claims using threats "to commence arbitrations for all of [its] clients," even those that do not have Tinder or OkCupid accounts. Labaton's June 13 letter at 1.  Labaton's claims are baseless, its tactics will not work, and it should not be allowed to use JAMS as a pawn in this blatant shakedown.

For the reasons below, and those in Respondents' prior correspondence, JAMS should immediately close all of Claimants' cases due to its lack of jurisdiction to proceed otherwise.

**Claimants Do Not Address JAMS's Lack of Authority to Decide Whether a Small Claims Court Has Jurisdiction, and Incorrectly Claim that Illinois Small Claims Courts Lack Jurisdiction.**

Respondents have elected to proceed in small claims court for all claims governed by the JAMS Terms.[1]  Respondents' May 13 letter at 4-6; Respondents' June 3 letter at 5-7.  That election alone requires JAMS to administratively close all of Claimants' cases.  As JAMS repeatedly has determined in other cases involving Respondents and these same terms, the plain language of those JAMS Terms forecloses JAMS's jurisdiction to determine whether the small claims court in Texas or Illinois would have jurisdiction over Claimants' yet-to-be-filed small claims petitions.  *See* JAMS Tinder Terms, § 15.1; *see also* JAMS OkCupid Terms, § 15a.1; Respondents' May 13 letter at 5-6; Respondents' June 3 letter at 6-7; Nov. 3, 2021 JAMS NAC letter; Dec. 21, 2021 JAMS NAC letter.  Rather, each small claims court is legally responsible for determining the extent of its jurisdiction over each petition before it.  No such small claims court petition exists so there is no jurisdictional quandary at present.  Therefore, Respondents' small claims elections end this matter for JAMS.  Not surprisingly, Claimants offer no response to JAMS's own precedent on this exact issue.

Without addressing the fact that JAMS has no authority to do anything other than close their cases, Claimants ask it to go well beyond its normal bounds and construe the Illinois courts' jurisdictional limits.  Claimants' request is not only well outside the province of JAMS, but also, if allowed, would jeopardize the enforceability of any resulting JAMS award.  Claimants may well believe they have strong arguments for challenging jurisdiction, but they must make these arguments in small claims court.

Even if JAMS had the authority to speak for small claims courts everywhere and decide whether they have jurisdiction over Claimants' yet-to-be-filed claims, Claimants' arguments that the small claims courts lack jurisdiction are meritless.

*First*, Claimants' claims are within the small claims jurisdictional limit of $10,000 in Illinois.  *See* Ill. Sup. Ct. R. 281.  Each Claimant demands a *total* of $20,000 against *all*

---

[1]  As Respondents made clear in their May 13 and June 3 letters, in the event JAMS declines to immediately close all of the cases governed by the NAM Terms (because JAMS contends it has jurisdiction over Claimants' demands under those NAM Terms or for some other reason), Respondents will also elect small claims for the claims brought by those Claimants under either the JAMS or NAM Terms, whichever is applicable.

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Respondents. Claimants reach $20,000 by combining separate $10,000 demands against each of Match Group, LLC and Humor Rainbow, Inc. Each of those $10,000 demands, in turn, is comprised of two $5,000 claims for alleged intentional violations of BIPA. *See, e.g.*, Adorjan Demand for Arbitration Form at 3 ("Under BIPA, Claimant can pursue liquidated damages of $1,000 for each negligent violation, or $5,000 for each intentional violation. . . . Claimant alleges that Respondents' dating sites Tinder and OkCupid each intentionally violated Sections 15(a) and 15(b) of BIPA . . . ."). Because the claims against each Respondent must be *evaluated separately* when assessing the amount in controversy, Claimants' demands for $10,000 against each Respondent are within the Illinois small claims courts' limits. *See* Ill. Sup. Ct. R. 281 (defining small claims as those for "money not in excess of $10,000, exclusive of interest and costs"); *see also Ras v. Allan Anthony Electric Corp.*, 55 Ill. App. 2d 176 (1965) (holding that the monetary value of each of plaintiff's three separate counts against three separate defendants, for $750, $2,000, and $750, was within the then $2,000 maximum monetary threshold for small claims jurisdiction, noting, "The *ad damnum* of each properly joined but separate claim . . . was within the limits of the statute"). In other words, Claimants do not get to avoid small claims court just by naming multiple defendants.

**Second**, Claimants have not even adequately pled a $10,000 claim against *each Respondent*. As shown above, they get to $10,000 against each Respondent only by asserting—in the most conclusory manner—that each Respondent "intentionally" violated two sections of BIPA. Courts have held that a BIPA claim for intentional violations requires well-pleaded allegations that the defendant's conduct was malicious and specifically intended to cause the plaintiff actual harm. *See, e.g.*, *Rogers v. CSX Intermodal Terminals, Inc.*, 409 F. Supp. 3d 612 (N.D. Ill. 2019) (striking claim for intentional violation of BIPA because conclusory statement that defendant acted intentionally is insufficient); *Namuwonge v. Kronos, Inc.*, 418 F. Supp. 3d 279 (N.D. Ill. 2019) (same). Claimants have not alleged anything close to malicious conduct.

Moreover, even if a small claims court accepted Claimants' conclusory allegations as true, the court would likely characterize the $5,000 penalty for "intentional" violations as punitive damages, which do not count against the jurisdictional limit. *See, e.g.*, *Schuh v. Plaza Des Plaines Condo. Ass'n*, 2014 IL App (1st) 131999-U, ¶ 36 (holding that punitive damages and attorneys' fees are not counted for purposes of the small claims jurisdictional amount). Given that the $5,000 BIPA penalty is reserved solely for cases where a defendant acts with malice (a specific intent to harm the plaintiff), courts will likely not give it credence for jurisdictional purposes.

In sum, Claimants have pled at most $2,000 in damages against each Respondent, an amount that easily fits within the jurisdictional limits of Illinois small claims courts.

**Finally**, Labaton's request for injunctive and declaratory relief does not defeat the jurisdiction of an Illinois small claims court. While it is true that BIPA allows for injunctive relief, no such relief is possible here because Respondents are not violating BIPA—there is nothing to enjoin. And even if injunctive relief were available, the Illinois Supreme Court Rules do not prohibit a case from proceeding in small claims court where the plaintiff seeks an injunction in its prayer for relief. *See, e.g.*, *Staples v. Schemonia*, 2019 IL App (5th) 190037-U, ¶¶ 27-28 (affirming small claims court's order following a bench trial regarding plaintiff's request for a preliminary injunction). In fact, small claims courts, which are part of the Illinois municipal division (a

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

division with broad judicial powers), routinely hear arguments of this nature. *See, e.g., id.*; *Santiago v. Jeffreys*, 2021 IL App (3d) 200153-U (small claims court erred in dismissing plaintiff's request to enjoin defendants' continuing conduct); *see also Charleston Nat. Bank, Charleston v. Muller*, 16 Ill. App. 3d 380, 383 (1974) (rejecting argument that small claims court could not hear declaratory judgment claim).

In sum, the prudent course of action is to allow the small claims courts to determine the threshold question of whether they have jurisdiction. This can only be accomplished once JAMS administratively closes its files, thereby allowing Claimants to file their small claims court petitions and challenge such jurisdiction—as the parties' agreements contemplate.

**JAMS Must Close Cases Brought By Claimants Who Chose to Arbitrate Disputes Before NAM.**

Claimants' demand that JAMS override the parties' agreement to arbitrate before NAM improperly puts JAMS in the position of deciding to hold arbitrations in this forum even though the parties expressly agreed to arbitrate before one of its competitors. But Respondents have previously explained (1) why JAMS has no jurisdiction to decide whether the NAM Terms are enforceable, and (2) why those NAM Terms are nevertheless enforceable. *See* Respondents' May 13 letter at 2-4; Respondents' June 3 letter at 3-5. Rather than address the points made in Respondents' May 13 and June 3 letters, Labaton now argues that the NAM Terms are unconscionable and unenforceable based on factually incorrect statements and lengthy citations to inapplicable case law. Labaton misses the key issue: its clients agreed to terms electing NAM as the arbitral body, and thus, under the several cases previously cited by Respondents, JAMS is required to defer to NAM on any issues of contract enforceability. Labaton fails to provide any case law to refute this fundamental principle.

Although the enforceability of the NAM Terms is not a question for JAMS to decide—it is a question only for NAM—Respondents nevertheless respond to the points made in Labaton's June 13, 2022 letter:

- *The NAM Terms are not illusory.* Labaton continues to blindly argue that the NAM Terms were "unilaterally" imposed by Respondents and are therefore illusory. Labaton ignores the fact that it has already admitted that Claimants affirmatively accepted the NAM Terms. Labaton's May 20, 2022 letter at 2. There was nothing unilateral about it. As discussed in more detail in Respondents' June 3 letter, Claimants had *two* independent opportunities to decide whether to accept the NAM Terms' application to the present disputes: (1) they could have simply not agreed to the NAM Terms by not clicking "Accept," or (2) after accepting the NAM Terms, they could have opted out of the retroactive application of NAM as the arbitral forum to any alleged violations occurring prior to acceptance of the NAM Terms. The Claimants identified in Exhibit A to Respondents' May 13 letter, did neither, instead affirmatively clicking "Accept" when the NAM Terms were presented in the app. In fact, they accepted the NAM Terms in the same way they accepted the JAMS Terms that Claimants seek to enforce instead. Claimants then chose not to follow the simple procedure for opting out of the retroactive application of the NAM Terms to their existing claims. The fact that

4

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

Respondents presented Claimants with a *choice* to have their claims governed by the NAM Terms forecloses Claimants' argument that the NAM Terms are illusory.

- ***The NAM Terms are not an unconscionable contract of adhesion.*** By simply changing the name of their illusory contract argument to "unconscionable contract," Claimants repeat the same point that the NAM Terms are an unconscionable contract of adhesion on the ground it is "absurd" to think that Claimants had a meaningful choice to agree to the NAM Terms. *See* Labaton's June 13 letter at 2. As an initial matter, contracts of adhesion are not per se unconscionable.[2] But in any event, the NAM Terms are not a contract of adhesion. Texas law defines a contract of adhesion as "a contract in which one party has absolutely no bargaining power or ability to change the contract terms." *In re Media Arts Grp., Inc.*, 116 S.W.3d 900, 911 (Tex. App. 2003). But Claimants had the ability to change the NAM Terms language that is most relevant here—they could have opted out of applying the NAM Terms to the claims they now assert. Respondents' May 13 letter at 3-4; Respondents' June 3 letter at 3-5. Claimants *chose* to do not do so, apparently to their lawyers' chagrin.

- ***The NAM Terms do not strip claimants of their substantive rights to arbitrate***. Under both the JAMS Terms and NAM Terms, both Respondents and Claimants are required to arbitrate any claims or ask a small claims court of competent jurisdiction to resolve them. The fact that the NAM Terms change the arbitral forum does not make those terms unconscionable. Labaton has provided no authority holding otherwise, and does not even argue that NAM's rules for consumer arbitrations are unfair. On the contrary, NAM has reviewed the NAM Terms and determined that they meet its "Minimum Standards for Procedural Fairness for Consumer and Employment/Workplace Arbitrations."[3]

- ***The NAM Terms do not require Claimants to "re-start their entire informal resolution dispute process by providing a plethora of information that Claimants have already provided to Respondents."*** This is a red-herring. Any information that has been provided does not need to be provided again.[4]

---

[2]    Even if the NAM Terms are a contract of adhesion, that does not make them per se unconscionable. *See In re AdvancePCS Health L.P.*, 172 S.W.3d 603, 608 (Tex. 2005) ("Adhesion contracts are not automatically unconscionable, and there is nothing per se unconscionable about arbitration agreements."); *UniFirst Linen a Div. of UniFirst Holdings, L.P. v. Poncho's Restaurants, Inc.*, 2018 WL 3301922, at \*4 (Tex. App. July 5, 2018).

[3]    *See* NAM, "Consumer Clause Registry Terms and Conditions, *available at* https://www.namadr.com/consumer-clause-registry-terms-and-conditions/.

[4]    Labaton has never attempted to engage in any discussion with Respondents as to which procedures under the NAM Terms' dispute resolution procedures have already been satisfied, choosing instead to assert from the start that the NAM Terms are unenforceable against Claimants. But Respondents recognize that the parties have been engaged in an informal pre-dispute resolution process for months and would not require Labaton to "re-start their entire informal

FILED DATE: 10/21/2022 8:16 PM    2022CH10435

- ***The pre-dispute procedures in the NAM Terms are not onerous.*** Labaton claims that the NAM Terms are unconscionable because they would require Claimants to provide sufficient information to identify Claimants, participate in pre-arbitration efforts to resolve the disputes, and "*most importantly*, impose an administrative fee of $740 to initiate arbitration with NAM." *See* Labaton's June 13 letter at 2 (emphasis added). These arguments are absurd. As an initial matter, it is not for JAMS to pass judgment on these pre-filing procedures and fees, given that NAM is the relevant arbitral body to hear this dispute. Nevertheless, Labaton's contention that Claimants would be subject to a $740 filing fee is blatantly false. NAM's fee schedule states that Claimants would owe only $150 per claim if filing 24 or fewer, and only $85 per claim if filing 25 or more.[5] It would actually cost Claimants less to arbitrate before NAM. Moreover, while requiring Claimants to provide basic information to identify themselves and participate in pre-arbitration efforts to resolve disputes may make it more difficult for Labaton to pursue its mass-arbitration shakedown, it clearly is not too much to ask. Indeed, we have already seen how important this information is—Labaton admitted that its "come one, come all" litigation sign-up procedure resulted in its filing numerous claims on behalf of putative claimants who do not even appear to have accounts with Respondents.

- ***None of Claimants' cases demonstrate that the NAM Terms are unconscionable under Texas law.*** Both the NAM Terms and JAMS Terms require the application of Texas law. *See* JAMS Tinder Terms, § 16; JAMS OkCupid Terms, § 15b; NAM Tinder Terms, § 16; NAM OkCupid Terms, § 16. Nonetheless, in their June 13 letter, Claimants cite a single *California* case applying California law—*Bielski v. Coinbase, Inc.*, No. 3:21-cv-07478, (N.D. Cal. Apr. 8, 2022)—to argue that "courts around the country" would find the NAM Terms unconscionable. *See* Labaton's June 13 letter at 2. Since Texas law governs, *Bielski* is not controlling and hardly persuasive.[6] The case is also distinguishable. In *Bielski*, the court's holding focused on the lack of mutuality in the pre-arbitration procedures, noting that the arbitration agreement "imposes a burdensome and unfair pre-arbitration dispute process on users and sends their complaints, *but not Coinbase's complaints*, to binding arbitration." *Id.* at 10 (emphasis added). But that is not the case here, where both parties are required to arbitrate (or litigate in small claims) and both are required to follow the same pre-arbitration dispute-resolution procedures. For example, Tinder and OkCupid—like Claimants— are required to provide a detailed description of any dispute they may seek to bring against a user and to engage in a pre-arbitration telephone conference if the user

---

[dispute resolution] process," at least for those Claimants whom Labaton has properly identified in the first instance.

[5] *See* NAM, "Fees for Disputes When One of the Parties Is a Consumer," updated Dec. 21, 2021, *available at* https://www.namadr.com/content/uploads/2022/02/Consumer-Fees-7.1.2021-updated-12.21.2021.pdf.

[6] Respondents also note that the docket reflects that Coinbase has appealed the *Bielski* decision to the Ninth Circuit. *See Zubin v. Coinbase Global, Inc. et al.*, No. 3:21-cv-07478, Dkt. No. 43, Apr. 18, 2022.

requests it.[7]  Labaton cites no case—let alone a Texas case—that found an arbitration agreement unconscionable under these circumstances where the arbitration agreement is binding on both parties.

- ***Respondents' counsel did not impermissibly communicate with Claimants.***  Contrary to Labaton's assertion, neither Respondents nor Respondents' counsel "went straight to Claimants in order to trick them" into agreeing to the NAM Terms.[8]  *See* Labaton's June 13 letter at 4.  Indeed, no communication was directed specifically at these Claimants.  Instead, Respondents updated the agreements applicable to all of the *millions* of Tinder and OkCupid users, as they do in the ordinary course of business when changes in circumstances or the law indicate changes to the agreements are necessary or prudent.[9]  These types of communications regarding business affairs are allowed under the ethical rules that Labaton cites.  *See* Texas Rule of Professional Conduct 4.02(a); Illinois Rule of Professional Conduct 4.2.  Texas courts have endorsed the American Bar Association's annotations on Model Rule 4.2, which state, "Parties to a matter may communicate directly with each other, and a lawyer is not prohibited from advising a client concerning a communication that the client is legally entitled to make."  Communication with Person Represented by Counsel, Ann. Mod. Rules Prof. Cond. § 4.2; *see also Castillo v. Hernandez*, 2011 WL 1528762, at *7 (W.D. Tex. Apr. 20, 2011) ("If Defendants wish to contact Plaintiffs about a topic unrelated to this litigation, they may do so as long as they have an independent justification for doing so."); *Haider v. Lyft, Inc.*, 2021 WL 3475621, at *3 (S.D.N.Y. Aug. 6, 2021) ("A large corporation like Lyft may face a number of lawsuits at any given time, and prohibiting routine amendments to their terms of service would essentially freeze their contracts in place. . . .  Lyft's counsel did not communicate with the drivers about the subject of the litigation by drafting revisions to Lyft's arbitration agreement. Lyft revised its terms of

---

[7]  *See, e.g.*, NAM Tinder Terms, § 15a: "If Tinder has a Dispute with you, Tinder agrees to first send a Notice to you at your most recent email address on file with us, or, if no email address is on file, other contact information associated with your account. . . . Tinder's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any) . . . . Likewise, if you request a telephone conference to discuss Tinder's Dispute with you, Tinder agrees to have one representative participate."; NAM OkCupid Terms, § 15a.

[8]  Labaton also asserts, without any support, that coordination of the NAM Terms was "obviously done through Respondents['] counsel."  To the extent Labaton is suggesting that undersigned counsel coordinated the NAM Terms, it is wrong.

[9]  Tinder alone has more than 10.6 million paying subscribers and many millions more who have accounts utilizing Tinder's free services.  *See* Match Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2021.  Even if Labaton eventually files more than 7,000 individual arbitrations against Respondents and other dating sites affiliated with Match Group, Inc., those claims would represent less than 0.1% of paying Tinder users (without accounting for millions more users on OkCupid and other dating sites).  Labaton's suggestion that Respondents changed their terms of use to target the claims threatened by Labaton, or that Respondents targeted only Claimants with the changes to the dating sites' terms of use, is baseless.

FILED DATE: 10/21/2022 8:16 PM 2022CH10435

service, and the drivers, in order to continue driving for Lyft, agreed to these new terms. The drivers cite no authority for the proposition that an amendment to a company's terms of service may constitute a prohibited communication with a represented party.").

- ***Nothing in the NAM Terms seeks to dissuade the Claimants from pursuing their claims.*** Respondents will not address at length all of the nearly two dozen cases Claimants cite in their latest letter. Suffice it to say that all are inapposite. For example, in *Kleiner v. First National Bank of Atlanta*, the Eleventh Circuit upheld sanctions against a defendant that directly called potential class members, in secret and in violation of a court order, and attempted to persuade them to withdraw from the class. 751 F.2d 1193, 1197–98 (11th Cir. 1985). Obviously, nothing like that has happened here. Likewise, nearly all of the other cases cited by Claimants concern communications between counsel and absent, unrepresented class members (where special rules apply),[10] potentially misleading communications about factual details of the case,[11] and cases where defendants ask plaintiffs to waive certain claims.[12] Again, none of that happened here. This is not a class action. Labaton has filed 75 individual arbitration demands and threatens to file several thousand more. But the law is clear that these pending and threatened individual arbitrations are no basis for preventing Respondents from carrying on their routine business affairs by updating terms of service and dispute resolution procedures applicable to millions of users.

If Labaton truly believed that Claimants' BIPA claims had merit, it would be eager to adjudicate those claims in either NAM or small claims. Instead, it has spent months making frivolous arguments to JAMS and engaging in baseless accusations because it knows its only chance at monetary gain is to force Respondents into a Hobson's choice between paying millions in upfront JAMS fees to defend against meritless claims or to settle and pay Labaton. Labaton's true concern is that litigating in small claims or NAM will make it more difficult to extort money from Respondents. But nothing about those procedures impacts Claimants' substantive rights to actually pursue any legitimate claims. Therefore, JAMS should enforce the terms of the parties' arbitration agreements that require Claimants to adjudicate the merits of their claim in another forum.

\* \* \*

Respondents again request that JAMS administratively close the files of *all* Claimants listed in Exhibit A to Respondents' May 13 letter for the reasons set forth above and in

---

[10] *See, e.g.*, *Wright v. Adventures Rolling Cross Country, Inc.*, 2012 WL 2239797, at \*1 (N.D. Cal. June 15, 2012).

[11] *See, e.g.*, *Hampton Hardware, Inc. v. Cotter & Co.*, 156 F.R.D. 630 (N.D. Tex. 1994); *Belt v. Emcare, Inc.*, 299 F. Supp. 2d 664 (E.D. Tex. 2003).

[12] *See, e.g.*, *In re Currency Conversion Fee Antitrust Litigation*, 361 F. Supp. 2d 237 (S.D.N.Y. 2005).

FILED DATE: 10/21/2022 8:16 PM   2022CH10435

Respondents' May 13 and June 3 letters and that JAMS confirm that Respondents owe no filing or arbitrator fees.

Please let me know should you wish to discuss this matter.  Our clients reserve all rights and waive none.  Thank you for your kind attention to this matter.

Regards,

*/s/ Stephen Broome*

Stephen Broome

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# EXHIBIT O

**Friday, October 14, 2022 at 14:11:14 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | [EXTERNAL]re Labaton Sucharow LLP Match Filings |
| **Date:** | Friday, July 22, 2022 at 8:04:27 AM Eastern Daylight Time |
| **From:** | Sarah Nevins |
| **To:** | Nafash, Melissa, Andrew Brayton, Stephen Broome, Tully, Shannon |
| **CC:** | Gardner, Jonathan, Jeffrey Boozell, Justin Griffin, dsaeedi@taftlaw.com, rschaller@taftlaw.com, Nunez, Cynthia, John Silva, Ryan Comaduran |
| **Attachments:** | image001.jpg, Letter Dated July 21, 2022.pdf |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Good Morning Counsel.

Please see attached on behalf of the JAMS National Arbitration Committee regarding the Labaton Sucharow LLP Match filings.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*^TM
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435



FILED DATE: 10/21/2022 8:06 PM   2022CH10435

NOTICE TO ALL PARTIES                                                July 21, 2022

**RE:     Arbitrations Demanded Against Match.com, Inc., Match Group, LLC dba Tinder, and Humor Rainbow, Inc. dba OkCupid**

Dear Parties:

The JAMS National Arbitration Committee ("NAC") has received and reviewed Respondents' objections and request that JAMS administratively close the files contained in Exhibit A (see attached), and the parties' related submissions. Please note the following.

Respondents have requested that JAMS administratively close its files on several grounds. Respondents contend that several of the Claimants listed in Exhibit A did not have an agreement with Respondents. Claimants have agreed to suspend the cases for the Claimants where there may not have been an agreement. Accordingly, JAMS will close those files.

The parties have provided four different arbitration agreements in support of their positions. Respondents contend that an updated Terms & Conditions provides for arbitration by NAM, that certain Claimants (See Exhibit A) have agreed to these new Terms & Conditions, and that JAMS therefore cannot administer these matters. Claimants seek arbitration under Terms & Conditions that provides for arbitration by JAMS pursuant to JAMS Streamlined Rules. Under the JAMS Rules, jurisdictional and arbitrability disputes, including disputes over formation, existence, validity, interpretation or scope of the agreement under which arbitration is sought, shall be submitted to and ruled on by the arbitrator. JAMS Streamlined Rule 8(b). Respondents further request that if JAMS does not administratively close the file based on their provided Terms & Conditions, that Respondents elect to proceed in small claims court.

Finally, Respondents request that the remaining matters also be administratively closed as Respondents have requested to proceed in small claims court. All four of the provided contracts contain similar language which allows the responding party to request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. Additionally, the agreements state that if the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed.

Here, Respondents have requested to proceed in small claims court. The right to proceed in small claims court is a contractual "exception" to a JAMS arbitration. If these disputes may proceed in small claims court, then JAMS has no jurisdiction as a threshold matter and JAMS Streamlined Rule 8(b) does not apply. Therefore, a small claims court must determine whether it has jurisdiction before JAMS may proceed.

American Express National Bank vs Zackin, Susan, et al. – 5220000171
July 21, 2022
P a g e | **2**

In light of the language in the parties' arbitration provisions and Respondents' election to proceed in small claims court, JAMS will make an exception to our policy and will refund Claimants their share of the filing fee and close these files. If a small claims court determines it lacks jurisdiction or if the parties' agree, Claimant(s) may refile with JAMS.

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

# EXHIBIT A

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

## Respondents' Requests for Administrative Closure

Respondents request administrative closure as to all claims brought by the below Claimants against all Respondents because (1) Claimants do not have an agreement to arbitrate with Respondents Match Group, LLC or Humor Rainbow, Inc.; (2) Claimants have agreed to arbitrate any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. in front of National Arbitration and Mediation ("NAM"); or (3) Respondents elect to proceed in Small Claims Court for any claims against Respondents Match Group, LLC or Humor Rainbow, Inc. A breakdown of the each Claimants' claims against Respondents is listed below:

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Ailey Adorjan | April 19, 2022 | Small Claims Court | Small Claims Court |
| Christopher Aleo | May 3, 2022 | Small Claims Court | Small Claims Court |
| Dylan Andersen | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Monica Andrade | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Angra | May 3, 2022 | Small Claims Court | Small Claims Court |
| Linmayu Appavu | May 3, 2022 | Small Claims Court | Small Claims Court |
| Charles Atwood | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jaylin Awdisho | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Marcus Baker | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mathew Balasa | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Grace Barry | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Zachary Belcher | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Anthony Bennett | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| David Berman | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Aileen Bishop | April 27, 2022 | Small Claims Court | Small Claims Court |
| Daniel Bixler | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Elizabeth Boettner | May 3, 2022 | Small Claims Court | Small Claims Court |
| Adam Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Uyshica Brown | May 3, 2022 | Small Claims Court | Small Claims Court |
| Eric Campbell | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Steven Canter | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Marlene Chavez | May 3, 2022 | Small Claims Court | Small Claims Court |
| Nick Clark | May 3, 2022 | Small Claims Court | Small Claims Court |
| Michael Clifton | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| Tyrell Compton | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Mary Crawford | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Brien Cron | May 3, 2022 | Small Claims Court | Small Claims Court |
| Miquela Cruz | May 3, 2022 | Small Claims Court | Small Claims Court |
| Jennifer Douglas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Derick Elkin | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Joanna Eyles | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gerald Farinas | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Aline Freitas | April 27, 2022 | No Agreement to Arbitrate | Small Claims Court |
| Rachel Fuschi | April 27, 2022 | Small Claims Court | Small Claims Court |
| Anthony Gale | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jonathan Gaskell | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Robert Gilbert | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Deric Gochenauer | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jesse Gonzales | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Gray | May 3, 2022 | Small Claims Court | Small Claims Court |
| Andrew Green | May 3, 2022 | Arbitration with NAM | Arbitration with NAM |
| James Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Griffin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Stephanie Hale | May 3, 2022 | Small Claims Court | Small Claims Court |
| Mary Halm | May 3, 2022 | Small Claims Court | Small Claims Court |
| Reid Hanneman | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Caitlin Hanson | May 3, 2022 | Small Claims Court | Small Claims Court |
| Brennan Irvin | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Zaylana Irwin | May 3, 2022 | Small Claims Court | Small Claims Court |
| Gary Iverson | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jared Johnson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Saveen Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Steven Jones | May 3, 2022 | Small Claims Court | Small Claims Court |
| Justyna Kaczmarzyk | May 3, 2022 | Small Claims Court | Small Claims Court |
| Cassidy Kapson | April 27, 2022 | Small Claims Court | Small Claims Court |
| Christie Kay | May 3, 2022 | Small Claims Court | Small Claims Court |
| Rachel Kimura | May 3, 2022 | Small Claims Court | Small Claims Court |
| Christian Klehm | May 3, 2022 | Arbitration with NAM | Small Claims Court |
| Jason Koch | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Jessica Leahy | May 3, 2022 | Small Claims Court | Small Claims Court |
| Hayden Lee | May 3, 2022 | Small Claims Court | Arbitration with NAM |
| Joseph Lewis | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Jose Mendez | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Jillian Nunez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Jonathan Oseda | April 27, 2022 | Arbitration with NAM | No Agreement to Arbitrate |
| Molly Pachay | April 27, 2022 | Small Claims Court | Small Claims Court |
| Faire Ramsey | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Kathryn Sampson | April 27, 2022 | Small Claims Court | Arbitration with NAM |

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

| Claimant | Filing Date | Match Group, LLC Claims | Humor Rainbow Claims |
|---|---|---|---|
| Sabrina Szigeti | April 27, 2022 | Small Claims Court | Small Claims Court |
| Alexandra Tibble | April 27, 2022 | Small Claims Court | No Agreement to Arbitrate |
| Lois Tuman | April 27, 2022 | Small Claims Court | Small Claims Court |
| Dan Valdez | April 27, 2022 | No Agreement to Arbitrate | No Agreement to Arbitrate |
| Veronica Vonbehren | April 27, 2022 | Arbitration with NAM | Small Claims Court |
| Brett Waldrop | April 27, 2022 | Arbitration with NAM | Arbitration with NAM |
| Bradley Wolf | April 27, 2022 | Small Claims Court | Small Claims Court |

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 5

2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

# EXHIBIT P

FILED DATE: 10/21/2022 8:06 PM   2022CH10435



## Terms & Conditions    Privacy    Cookies    Profiling    Safety Tips

*view a previous version*

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10014. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

**By accessing or using OkCupid's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.**

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND OKCUPID. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate. Together you and OkCupid may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

***Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with OkCupid;

3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

4. You are not on any list of individuals prohibited from conducting business with the United States;

5. You are not prohibited by law from using our services;

6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence; or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

7. You are not required to register as a sex offender with any state, federal or local sex offender registry;

8. You do not have more than one account on our Services; and

9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

## You agree to:

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and

ЄЄЄЄЄЄЄЄЄЄЄЄЄ

Є

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Maintain a strong password and take reasonable measures to protect the security of your login information.

## You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network;
- Encourage, promote, or agree to engage in any activity that violates these Terms; or
- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**
- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment,

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party

sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by OkCupid, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***OkCupid does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

***OkCupid grants you the right to use and enjoy our Services, subject to these Terms.***

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by OkCupid and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT OKCUPID

***You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

To cancel a subscription**: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website or App and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).**9. ACCOUNT TERMINATION**

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if OkCupid believes that you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.***

YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*OkCupid's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II)

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST OKCUPID, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

### 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against OkCupid, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "OkCupid" shall include our affiliates,

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

employees, licensors, and service providers.

OkCupid values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If OkCupid has a Dispute with you, OkCupid agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables OkCupid to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. OkCupid's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and OkCupid agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if OkCupid requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss OkCupid's Dispute with you, OkCupid agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or OkCupid may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and OkCupid engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

### 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND OKCUPID EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**COURT AS PROVIDED ABOVE). YOU AND OKCUPID EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST OKCUPID. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND OKCUPID AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

**15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT**

Any dispute, claim, or controversy between you and OkCupid (that is not resolved informally by OkCupid Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or OkCupid may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in

small claims court that is made after an arbitrator has been appointed. If you or OkCupid challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to OkCupid's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against OkCupid (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

### 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and OkCupid shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or OkCupid shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to OkCupid at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If OkCupid sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated

with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to OkCupid of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. OkCupid is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If OkCupid initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both

Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and OkCupid are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and OkCupid and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against OkCupid or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    a. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    b. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or OkCupid in writing and submitted to NAM and all Parties.

    c. *Bellwether Proceedings*. **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for OkCupid shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall**

be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for OkCupid shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by OkCupid and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

d. You and OkCupid agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and OkCupid acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or OkCupid prior to the time of your consent to this Agreement and to any claims that accrue against you or OkCupid after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against OkCupid prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@OkCupid.com. Please do not direct any customer support inquiries OptOut@OkCupid.com, as they will not be addressed; such inquiries should be directed to Customer Service at support@okcupid.com. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or OkCupid after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

**Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).**

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

**To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips,

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind OkCupid in any manner.

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

For subscribers residing in New York:
- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:
- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:
- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed**. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**Download the OkCupid App**

 

**JOIN OKCUPID**

**LANGUAGE**                English >

**COMPANY**                                    +

**CONDITIONS**                                +

**CONTACT**                                    +

**FOLLOW**                                     +

**SPECIAL**                                    +

© OkCupid 2022

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# EXHIBIT Q

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

 

# Terms of Use

**Last revised on February 28, 2022**

Welcome to Tinder, operated by Match Group, LLC ("us," "we," the "Company" or "Tinder"). Together you and Tinder may be referred to as the "Parties" or separately as "Party."

Notice to California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using your Apple ID, refunds are handled by Apple, not Tinder. If you wish to request a refund, please visit https://getsupport.apple.com. If you subscribed using your Google Play Store account or through Tinder Online, contact customer support

## 1. Acceptance of Terms of Use Agreement.

By creating a Tinder account or by using any Tinder service, whether through a mobile device, mobile application or computer (collectively, the "Service") you agree to be bound by (i) these Terms of Use, (ii) our Privacy Policy, Cookie Policy, Safety Tips, and Community Guidelines, each of which is incorporated by reference into this Agreement, and (iii) any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service (collectively, this "Agreement"). If you do not accept and agree to be bound by all of the terms of this Agreement, you should not access or use the Service.

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND TINDER. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS

ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

We may make changes to this Agreement and to the Service from time to time. We may do this for a variety of reasons including to reflect changes in or requirements of the law, new features, or changes in business practices. The most recent version of this Agreement will be posted on the Service under Settings and also on gotinder.com, and you should regularly check for the most recent version. The most recent version is the version that applies. If the changes include material changes to your rights or obligations, we will notify you in advance of the changes (unless we're unable to do so under applicable law) by reasonable means, which could include notification through the Service or via email. If you continue to use the Service after the changes become effective, then you agree to the revised Agreement. You agree that this Agreement shall supersede any prior agreements (except as specifically stated herein), and shall govern your entire relationship with Tinder, including but not limited to events, agreements, and conduct preceding your acceptance of this Agreement.

## 2. Eligibility.

You must be at least 18 years of age to create an account on Tinder and use the Service. By creating an account and using the Service, you represent and warrant that:

- you can form a binding contract with Tinder,
- you are not a person who is barred from using the Service under the laws of the United States or any other applicable jurisdiction (for example, you do not appear on the U.S. Treasury Department's list of Specially Designated Nationals or face any other similar prohibition),
- you will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements,
- you have not committed, been convicted of, or pled no contest to a felony, a sex crime, or any crime involving violence or a threat of violence, unless you have

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Service, and that you are not required to register as a sex offender with any state, federal or local sex offender registry,

- you will use the latest version of the Service (via app or website),
- you do not have more than one account on the Service, and
- you have not previously been removed from the Service by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Service or systems is automatically revoked, and you must immediately delete your account.

## 3. Your Account.

In order to use Tinder, you may sign in using a number of ways, including by telephone number, Apple login, or Facebook login. If you choose to use your Facebook login, you authorize us to access and use certain Facebook account information, including but not limited to your public Facebook profile. For more information regarding the information we collect from you and how we use it, please consult our Privacy Policy.

You are responsible for maintaining the confidentiality of your login credentials you use to sign up for Tinder, and you are solely responsible for all activities that occur under those credentials. If you think someone has gained access to your account, please immediately contact us.

## 4. Modifying the Service and Termination.

Tinder is always striving to improve the Service and bring you additional functionality that you will find engaging and useful. This means we may add new product features or enhancements from time to time as well as remove some features, and if these actions do not materially affect your rights or obligations, we may not provide you with notice before taking them. We may even suspend the Service entirely, in which event we will notify you in advance unless extenuating circumstances, such as safety or security concerns, prevent us from doing so.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You may terminate your account at any time, for any reason, by following the instructions in "Settings" in the Service. **However, if you use a third party payment account such as Apple's App Store or iTunes Store, as applicable or the Google Play Store, you will need to manage in app purchases through such an account to avoid additional billing.**

Tinder may terminate your account at any time without notice if it believes that you have violated this Agreement. Upon such termination, you will not be entitled to any refund for purchases. After your account is terminated, this Agreement will terminate, except that the following provisions will still apply to you and Tinder: Section 4, Section 5, and Sections 12 through 19.

# 5. Safety; Your Interactions with Other Members.

You agree to treat other users in a courteous and respectful manner, both on and off our Services and to be respectful when communicating with any of our customer care representatives or other employees. Though Tinder strives to encourage a respectful member experience through features like the double opt-in that allows members to communicate only after they have both indicated interest in one another, **Tinder is not responsible for the conduct of any member on or off of the Service. You agree to use caution in all interactions with other members, particularly if you decide to communicate off the Service or meet in person. In addition, you agree to review and follow Tinder's Safety Tips prior to using the Service. You agree that you will not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money to other members.**

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS MEMBERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS MEMBERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OR COMPATIBILITY OF MEMBERS.** TINDER RESERVES THE RIGHT TO CONDUCT — AND YOU AUTHORIZE TINDER TO CONDUCT — ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

AVAILABLE PUBLIC RECORDS OBTAINED BY IT OR WITH THE ASSISTANCE OF A CONSUMER REPORTING AGENCY, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE.

# 6. Rights Tinder Grants You.

Tinder grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use the Service. This license is for the sole purpose of letting you use and enjoy the Service's benefits as intended by Tinder and permitted by this Agreement. This license and any authorization to access the Service are automatically revoked in the event that you do any of the following:

- use the Service or any content contained in the Service for any commercial purposes without our written consent.
- copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through the Service without Tinder's prior written consent.
- express or imply that any statements you make are endorsed by Tinder.
- use any robot, bot, spider, crawler, scraper, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- use the Service in any way that could interfere with, disrupt or negatively affect the Service or the servers or networks connected to the Service.
- upload viruses or other malicious code or otherwise compromise the security of the Service.
- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Service.
- "frame" or "mirror" any part of the Service without Tinder's prior written authorization.
- use meta tags or code or other devices containing any reference to Tinder or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

the Service (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose.

- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service, or cause others to do so.
- use or develop any third-party applications that interact with the Service or other members' Content or information without our written consent.
- use, access, or publish the Tinder application programming interface without our written consent.
- probe, scan or test the vulnerability of our Service or any system or network.
- encourage, promote, or agree to engage in any activity that violates this Agreement.

Tinder may investigate and take any available legal action in response to illegal and / or unauthorized uses of the Service, including termination of your account.

Any software that we provide you may automatically download and install upgrades, updates, or other new features. You may be able to adjust these automatic downloads through your device's settings.

# 7. Rights you Grant Tinder.

By creating an account, you grant to Tinder a worldwide, transferable, sub-licensable, royalty-free, right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, modify, reformat, incorporate into other works, advertise, distribute, and otherwise make available to the general public information you authorize us to access from third parties such as Facebook, Google, or Apple, as well as any information you post, upload, display or otherwise make available (collectively, "post") on the Service or transmit to other members (collectively, "Content"). Tinder's license to your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of the Service. For example, Tinder would have an exclusive license to screenshots of the Service that include your Content. In addition, so that Tinder can prevent the use of your Content outside of the Service, you authorize Tinder to act on your behalf with respect to infringing uses of your Content taken from the Service by other members or third parties. This expressly includes the

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if your Content is taken and used by third parties outside of the Service. Our license to your Content is subject to your rights under applicable law (for example laws regarding personal data protection to the extent any Content contains personal information as defined by those laws) and is for the limited purpose of operating, developing, providing, and improving the Service and researching and developing new ones. You agree that any Content you place or that you authorize us to place on the Service may be viewed by other members and may be viewed by any person visiting or participating in the Service (such as individuals who may receive shared Content from other Tinder members).

You agree that all information that you submit upon creation of your account, including information submitted from your Facebook account, is accurate and truthful and you have the right to post the Content on the Service and grant the license to Tinder above.

You understand and agree that we may monitor or review any Content you post as part of the Service. We may delete any Content, in whole or in part, that in our sole judgment violates this Agreement or may harm the reputation of the Service.

When communicating with our customer care representatives, you agree to be respectful and kind. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening, harassing, or offensive, we reserve the right to immediately terminate your account.

In consideration for Tinder allowing you to use the Service, you agree that we, our affiliates, and our third-party partners may place advertising on the Service. By submitting suggestions or feedback to Tinder regarding our Service, you agree that Tinder may use and share such feedback for any purpose without compensating you.

You agree that Tinder may access, store, and disclose your account information and Content if required to do so by law, by performing its agreement with you, or in a good faith belief that such access, storage or disclosure satisfies a legitimate interest, including to: (i) comply with legal process; (ii) enforce the Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. Community Rules.

By using the Service, you agree that you will not:

- use the Service for any purpose that is illegal or prohibited by this Agreement.
- use the Service for any harmful or nefarious purpose.
- use the Service in order to damage Tinder.
- violate our Community Guidelines, as updated from time to time.
- spam or solicit money or other items of value from another member, whether as a gift, loan, or other form of compensation, or otherwise defraud any members.
- impersonate any person or entity or post any images of another person without his or her permission.
- bully, "stalk," intimidate, assault, harass, mistreat or defame, or otherwise mistreat any person.
- post any Content that violates or infringes anyone's rights, including rights of publicity, privacy, copyright, trademark or other intellectual property or contract right.
- post any Content that is hate speech, threatening, sexually explicit or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
- post any Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual.
- solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission.
- use another user's account, share an account with another user, or maintain more than one account.
- misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity.
- create another account if we have already terminated your account, unless you have our permission.

Tinder reserves the right to investigate and/or terminate your account without a refund of any purchases if you have violated this Agreement, misused the Service or behaved in a way that Tinder regards as inappropriate or unlawful, including actions or communications that occur on or off the Service. In addition, in certain instances, we may terminate your account for violating the applicable terms of any of the Match Group family of businesses, which includes in addition to Tinder, services such as Hinge, OkCupid, Plenty of Fish, Match, BlackPeopleMeet, LoveScout24, OurTime, and others (for more details, click here). In the event that you violate these rules or our Community Guidelines, your authorization to use the Service will be automatically revoked.

## 9. Other Members' Content.

Although Tinder reserves the right to review and remove Content that violates this Agreement, such Content is the sole responsibility of the member who posts it, and Tinder cannot guarantee that all Content will comply with this Agreement. If you see Content on the Service that violates this Agreement, please report it within the Service or via our contact form.

## 10. Purchases.

**Generally.** From time to time, Tinder may offer products and services for purchase ("in app purchases") through the App Store, Google Play Store, carrier billing, Tinder direct billing or other payment platforms authorized by Tinder. If you choose to make an in app purchase, you will be prompted to confirm your purchase with the applicable payment provider, and your method of payment (be it your card or a third party account such as Google Play Store or the App Store) (your "Payment Method") will be charged for the in app purchase at the prices displayed to you for the service(s) you've selected as well as any sales or similar taxes that may be imposed on your payments, and you authorize Tinder or the third party account, as applicable, to charge you.

**Auto-Renewal.** If you purchase an auto-recurring periodic subscription through an in app purchase, your Payment Method will continue to be billed for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

automatically continue for an additional equivalent period, at the price you agreed to when subscribing. Your card payment information will be stored and subsequently used for the automatic card payments in accordance with the Agreement.

**If you do not wish your subscription to renew automatically, or if you want to change or terminate your subscription, you will need to log in to your third party account (or Settings on Tinder, if applicable) and follow the instructions to terminate or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the Tinder application from your device.** Deleting your account on Tinder or deleting the Tinder application from your device does not terminate or cancel your subscription; Tinder will retain all funds charged to your Payment Method until you terminate or cancel your subscription on Tinder or the third party account, as applicable. If you terminate or cancel your subscription, you may use your subscription until the end of your then-current subscription term, and your subscription will not be renewed after your then-current term expires.

**Additional Terms that apply if you pay Tinder directly with your Payment Method.** If you pay Tinder directly, Tinder may correct any billing errors or mistakes that it makes even if it has already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion.

You may edit your Payment Method information by visiting Tinder and going to Settings. If a payment is not successfully settled, due to expiration, insufficient funds, or otherwise, and you do not edit your Payment Method information, terminate or cancel your subscription, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder will be through

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

MTCH Technology Services Limited.

**Virtual Items.** From time to time, you may be able to purchase, earn, or be granted a limited, personal, non-transferable, non-sublicensable, revocable license to use "virtual items," which could include virtual products or virtual "coins" or other units that are exchangeable within the Service for virtual products (collectively, "Virtual Items"). Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use, however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, when Tinder ceases providing the Service, or your account is otherwise closed or terminated. Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify or eliminate Virtual Items at any time. Tinder shall have no liability to you or any third party in the event that Tinder exercises any such rights. Virtual Items may only be redeemed through the Service. ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH THE SERVICE ARE FINAL AND NON-REFUNDABLE. The provision of Virtual Items for use in the Service is a service that commences immediately upon the acceptance of your purchase of such Virtual Items. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND IN RESPECT OF VIRTUAL ITEMS FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**Refunds.** Generally, all charges for purchases are nonrefundable, and there are no refunds or credits for partially used periods. We may make an exception if a refund for a subscription offering is requested within fourteen days of the transaction date, or if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin, the terms below apply:

You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Tinder) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription, which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below. Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

To request a refund:

If you made a purchase using your Apple ID, refunds are handled by Apple, not Tinder. To request a refund, go to the App Store, click on your Apple ID, select "Purchase history," find the transaction and hit "Report Problem". You can also submit a request at https://getsupport.apple.com.

If you subscribed using your Google Play Store account or through Tinder directly: please contact customer support with your order number for the Google Play Store (you can find the order number in the order confirmation email or by logging in to Google Wallet) or Tinder (you can find this on your confirmation email). You may also mail or deliver a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or mobile number associated with your account along with your order number. This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, Ohio members may send a facsimile to 214-853-4309).

**Pricing** Tinder operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 11. Notice and Procedure for Making Claims of Copyright Infringement.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

If you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please submit a takedown request using the form here.

If you contact us regarding alleged copyright infringement, please be sure to include the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service (and such description must be reasonably sufficient to enable us to find the alleged infringing material);
- your contact information, including address, telephone number and email address, and the copyright owner's identity;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Tinder will terminate the accounts of repeat infringers.

## 12. Disclaimers.

TINDER PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) THE SERVICE WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN THE SERVICE WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH THE SERVICE WILL BE

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

ACCURATE, OR APPROPRIATE FOR YOUR PURPOSES.

TINDER ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER MEMBER OR THIRD PARTY POSTS, SENDS OR RECEIVES THROUGH THE SERVICE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK.

TINDER DISCLAIMS AND ASSUMES NO RESPONSIBILITY FOR ANY CONDUCT OF YOU OR ANY OTHER MEMBER, ON OR OFF THE SERVICE.

## 13. Third Party Services.

The Service may contain advertisements and promotions offered by third parties and links to other web sites or resources. Tinder is not responsible for the availability (or lack of availability) of such external websites or resources. If you choose to interact with the third parties made available through our Service, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

## 14. Limitation of Liability.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (II) THE CONDUCT OR CONTENT OF ANY MEMBERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR WEBSITES OR IN CONNECTION WITH THE SERVICE; OR (III) ANY UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED AT ANY TIME OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL TINDER'S AGGREGATE LIABILITY TO YOU FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

TO THE SERVICE OR THIS AGREEMENT EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO TINDER DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. Dispute Resolution Section

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Service for any reason, please contact Tinder Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Tinder, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Tinder" shall include our affiliates, employees, licensors, and service providers.

Tinder values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Tinder has a Dispute with you, Tinder agrees to first send a Notice to you at your most recent email address on file with us, or, if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Tinder to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Tinder's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Tinder agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Tinder requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Tinder's Dispute with you, Tinder agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Tinder may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Tinder engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND TINDER EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND TINDER EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST TINDER. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND TINDER AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL**

**WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

**15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT**

Any dispute, claim, or controversy between you and Tinder (that is not resolved informally by Tinder Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Service, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Tinder may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Tinder challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Tinder's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Tinder (except for small claims court actions) may be commenced only in the federal or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the Parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the Parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or Tinder shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Tinder at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Tinder sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration

and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Tinder of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Tinder is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Tinder initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Agreement (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b)

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Tinder are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all

disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Tinder and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against Tinder or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

- i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

- ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Tinder in writing and submitted to NAM and all Parties.

- iii. ***Bellwether Proceedings.*** **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for Tinder shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Tinder shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations**

presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Tinder and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

- iv. You and Tinder agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Tinder acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Tinder prior to the time of your consent to this Agreement and to any claims that accrue against you or Tinder after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or

against Tinder prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: tinderoptout@match.com. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Tinder after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. Governing Law.

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement, the Service, or your relationship with Tinder. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 above shall be governed by the Federal Arbitration Act.

## 17. Venue/Forum Selection.

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court).***

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Agreement, to the Service, or to your relationship with Tinder that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. Indemnity by You.

You agree, to the extent permitted under applicable law, to indemnify, defend and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of the Service, your Content, or your breach of this Agreement.

## 19. Entire Agreement; Other.

This Agreement, which includes the Privacy Policy, Cookie Policy, Safety Tips, Community Guidelines, and any terms disclosed to you if you purchase or have purchased additional features, products or services we offer on the Service, contains the entire agreement between you and Tinder regarding your relationship with Tinder and the use of the Service, with the following exception: anyone who opted out of the retroactive application of Section 15 is still subject to and bound by any prior agreements to arbitrate with Tinder as well as this agreement to arbitrate on a going forward basis. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of Tinder to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its Content terminate upon your death. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of this Agreement and you may not make any representations on behalf of or bind Tinder in any manner.

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

# EXHIBIT R

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# Match.com Terms of Use Agreement

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not Match. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Match Customer Service by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952- 5210.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

# 1. INTRODUCTION

***By accessing or using Match's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.***

**PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND Match. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.**

***We may update these Terms from time to time, so check this page regularly for updates.***

Welcome to Match, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and operated by Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada. As used in this Agreement, the terms "Match," "us," "we," the "Company", and "our" shall refer to Match Group, LLC and/or Match.com Global Services Limited, as appropriate. Together you and Match may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on Match.com (the "Website"), the Match mobile application (the "App"), or any other platforms or services Match may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Match ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

*Before you create an account on Match, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Match.*

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with Match;

3. You are single or separated from your spouse;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States;

6. You are not prohibited by law from using our Services;

7. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti- spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the Safety Tips;

- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

- Use our Services for any harmful, illegal, or nefarious purpose;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Match (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Match prior written consent;

- Express or imply that any statements you make are endorsed by Match;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Match prior written authorization;

- Use meta tags or code or other devices containing any reference to Match or the platform (or any trademark, trade name, service mark, logo or slogan of Match) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the Match application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network;

- Encourage, promote, or agree to engage in any activity that violates these Terms; or

- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—Match prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Match or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by Match;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Match or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Match provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3A. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3B. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by Match, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing users to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3C. OUR CONTENT

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

*Match owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Match does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Match community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email Match Customer Service by clicking here.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Plenty of Fish, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Match and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY MATCH

*Match grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Match grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Match and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT MATCH

*You own all of the content you provide to Match, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Match a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Match's license to Your Content shall be non-exclusive, except that Match's license shall be exclusive with respect to derivative works created through use of our Services. For example, Match would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Match can prevent the use of Your Content outside of our Services, you authorize Match to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

taken and used by third parties outside of our Services. Match is not obligated to take any action with regard to use of Your Content by other users or third parties. Match's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Match allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Match regarding our Services, you agree that Match may use and share such feedback for any purpose without compensating you.

You agree that Match may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from Match. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

Match may offer products and services for purchase through iTunes, Google Play or other external services authorized by Match (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Match may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

Match operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 8A. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

*To cancel a subscription*: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Match. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Match will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8B. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Match to charge the payment method you provide (your "Payment Method"). Match may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8C. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Match. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Match ceases providing our Services, or your account is otherwise closed or terminated.

Match, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Match may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Match shall have no liability to you or any third party in the event that Match exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT MATCH IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8D. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.*

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Match. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Match Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 8E. INSTALLMENT PLAN CONDITIONS

*If you agree to make a purchase pursuant to the installment plan option, your purchase will be subject to these additional terms and conditions, including around eligibility, payment, and cancellation.*

By selecting the option to pay in four payments and clicking subscribe, in addition to the terms set forth above, you agree to the following additional terms that will govern your installment plan purchase:

1. *Eligibility*. To be eligible, you must be a Match member in good standing residing in the United States of America. This offer may not be available to every customer and may not be available for all Services Match offers. Match will not use a consumer credit report to determine your eligibility for this Agreement.

2. *Payment*. You authorize Match to charge the Payment Method selected on a periodic basis (as determined when you register). You will be charged the full price of the qualifying product you selected spread equally over one initial payment due at the time of purchase and three subsequent payments (provided, however, that if the full price is not evenly divisible by four, your final payment amount may be smaller). The three subsequent payments will be charged in the increments you selected as part of your subscription plan. No interest or finance charges apply to this installment plan purchase. Any interest, finance charges or fees assessed by the issuer of your Payment Method may still apply. You are personally responsible for any applicable state, federal or other taxes that may be associated with your purchase of Services unless noted otherwise.

   You can choose to prepay your next schedule payment or the full remaining balance at any time by contacting Customer Care.

3. *Match's right to Terminate*. If Match is not able to charge any payment to your Payment Method, Match reserves the right to pursue any remedy that is available to it, including the right to suspend or terminate your Match subscription and/or Match account. You agree that Match and its affiliates have no liability related to the exercise of these remedies.

4. *Cancellation Policy*. Except as otherwise set forth herein, your subscription purchased through your installment plan will continue until terminated, cancelled, or not renewed by you or Match, as further described in this Agreement. If not terminated, cancelled, or not renewed, your Membership will continue to renew with installment payments, until you cancel or change your payment options, via your Account Settings. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires. If you cancel your subscription prior to completing all payments due, unless otherwise required by applicable law, the remaining balance of the subscription will remain due and payable pursuant to the installment payment schedule you agreed to.

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings" (the gear/pencil icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Match reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Match believes that you have violated these Terms, misused our Services, or behaved in a way that Match regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Match for any reason, these Terms continue and remain enforceable between you and Match, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Match does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT MATCH DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. MATCH MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. MATCH RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE MATCH TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY MATCH, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Match strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Match's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

MATCH PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. MATCH DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, MATCH MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

MATCH ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES; NOR DOES MATCH ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH MATCH. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. MATCH IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION,

DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

Match has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Match will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Match may also provide non-commercial links or references to third parties within its content. Match is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Match is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Match is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*Match's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) ANY UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF MATCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO MATCH FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST MATCH, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (I) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT,

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

CONTRACT, TORT, STATUTE, OR OTHERWISE), (II) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (III) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the European Union, European Economic Area, the United Kingdom, or Switzerland.

## 15A. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact Match Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Match, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Match" shall include our affiliates, employees, licensors, and service providers.

Match values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Match has a Dispute with you, Match agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Match to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Match's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Match agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Match requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Match's Dispute with you, Match agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Match may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Match engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15B. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND MATCH EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND MATCH EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST MATCH. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND MATCH AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

## 15C. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and Match (that is not resolved informally by Match Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Match may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Match challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Match's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Match (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15D. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and Match shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or Match shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Match at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Match sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Match of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

portion of the filing fee. Match is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Match initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Match are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Match and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against Match or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/"), the additional protocols set forth below shall apply.

   i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

   ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Match in writing and submitted to NAM and all Parties.

   iii. *Bellwether Proceedings.* **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for Match shall each select 15 Demands for Arbitration (30 total), and no more than 30 individual arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Match shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Match and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

   iv. You and Match agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Match acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15E. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Match prior to the time of your consent to this Agreement and to any claims that accrue against you or Match after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Match prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: optout@match.com. Please do not direct any customer support inquiries optout@match.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Match after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).*

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

*To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court).*

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with Match that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Match consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify Match if a claim is made against Match due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Match, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and any Additional Terms Upon Purchase, contain the entire agreement between you and Match regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Match account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder may not be transferred or assigned by you but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Match in any manner.

## 21. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin*

For subscribers residing in New York:

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our Privacy Policy;

- You may review the New York Dating Service Consumer Bill of Rights here; For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio :

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

# EXHIBIT S



FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Download

# Terms

**Terms of Use Agreement**

[Archive](Archive)

Click [here](here) to download a PDF.

*Effective on 2/28/2022*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID , refunds are handled by Apple, not Hinge. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Hinge Customer Service at hello@hinge.co, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: Hinge, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

10014. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using Hinge's Services, you agree to be bound by this Terms of Use Agreement (the "Terms or "Agreement"), including our <u>Privacy Policy</u>, <u>Cookie Policy</u>, <u>Member Principles</u>, and <u>Safety Dating Advice</u>, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.*

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND HINGE. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update the Terms from time to time, so check this page regularly for updates.*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Welcome to Hinge, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Hinge, Inc. for all other users. As used in this Agreement, the terms "Hinge," "us," "we," the "Company", and "our" shall refer to Hinge, Inc. and/or MTCH Technology Services Limited, as appropriate. Together you and Hinge may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on www.hinge.co (the "Website"), the Hinge mobile application (the "App"), or any other platforms or services Hinge may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Member Principles, and Safety Dating Advice, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Hinge ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on Hinge, make sure you are eligible to use*

*our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Hinge.*

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

- You are at least 18 years old;

- You are legally qualified to enter a binding contract with Hinge;

- You are seeking a meaningful relationship.

- You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

- You are not on any list of individuals prohibited from conducting business with the United States;

- You are not prohibited by law from using our services;

- You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

- You are not required to register as a sex offender with any state, federal or local sex offender registry;

- You do not have more than one account on our Services; and

- You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account, and we retain the right to remove your access to our services without warning.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services and abide by our <u>Member Principles</u>;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the <u>Safety Tips</u>; and

- Maintain a strong password and take reasonable measures to protect the security of your login information.

- Present yourself respectfully and authentically by adding at least one photo that shows your face.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

- Use our Services for any harmful, illegal, or nefarious purpose;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Hinge (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Hinge's prior written consent;

- Express or imply that any statements you make are endorsed by Hinge;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index,

"data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Hinge's prior written authorization;

- Use meta tags or code or other devices containing any reference to Hinge or the platform (or any trademark, trade name, service mark, logo or slogan of Hinge) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our

- Services or Member Content or information without our written consent;

- Use, access, or publish the Hinge application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network;

- Encourage, promote, or agree to engage in any activity that violates these Terms; or

- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—Hinge prohibits uploading or sharing content that:**

- Could reasonably be deemed to be offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Hinge or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Was not written by you or was automatically generated, unless expressly authorized by Hinge;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Hinge or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Hinge provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.
The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/ debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

*not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by Hinge, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*Hinge owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Hinge does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Hinge community, and we do not tolerate any inappropriate content or misconduct, whether on

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly by tapping the three dots in the top right of any profile and selecting "Report". You may also submit a report by clicking <u>here</u>.

As set forth in our <u>Privacy Policy</u>, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click <u>here</u>), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how Hinge and its affiliates collect, use, and share your personal data, please read our <u>Privacy Policy</u>. By using our Services, you agree that we may use your personal data in accordance with our <u>Privacy Policy</u>.

## 6. RIGHTS YOU ARE GRANTED BY HINGE

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

*Hinge grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Hinge grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Hinge and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT HINGE

*You own all of the content you provide to Hinge, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Hinge a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third- party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Hinge's license to Your Content shall be non-exclusive, except that Hinge's license shall be exclusive with respect to derivative works created through use of our Services. For example, Hinge would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Hinge can prevent the use of Your Content outside of our Services, you authorize Hinge to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Hinge

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

is not obligated to take any action with regard to use of Your Content by other users or third parties. Hinge's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Hinge allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Hinge regarding our Services, you agree that Hinge may use and share such feedback for any purpose without compensating you.

You agree that Hinge may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from Hinge. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

Hinge may offer products and services for purchase through iTunes, Google Play or other external services authorized by Hinge (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Hinge may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

Hinge operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

<u>To cancel a subscription</u>: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Hinge. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Hinge subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Hinge subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Hinge may terminate your account immediately in its sole discretion. Hinge will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that

may be imposed on your payments (and as may change from time to time), and you authorize Hinge to charge the payment method you provide (your "Payment Method"). Hinge may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Hinge may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Hinge subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Service at hello@hinge.com.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.
To cancel a subscription, log in to the Website or App and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

To cancel a subscription, you can (1) log in to the Website or App and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Hinge. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Hinge ceases providing our Services, or your account is otherwise closed or terminated.

Hinge, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

charge. Hinge may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Hinge shall have no liability to you or any third party in the event that Hinge exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT HINGE IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Hinge. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Hinge Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Hinge, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You can delete your account at any time by logging into the App, going to the "Settings" tab, and selecting "Account" (the gear icon), and following the instructions to terminate your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Hinge reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Hinge believes that you have violated these Terms, misused our Services, or behaved in a way that Hinge regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Hinge for any reason, these Terms continue and remain enforceable between you and Hinge, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Hinge does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT HINGE DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. HINGE MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. HINGE RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE HINGE TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY HINGE, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Hinge strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Hinge's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

HINGE PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

A PARTICULAR PURPOSE OR NON-INFRINGEMENT. HINGE DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, HINGE MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

HINGE ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES; NOR DOES HINGE ASSUME RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH HINGE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. HINGE IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

Hinge has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Hinge will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our App.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Hinge may also provide non-commercial links or references to third parties within its content. Hinge is not

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Hinge is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Hinge is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*Hinge's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL HINGE, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF HINGE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL HINGE'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO HINGE FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST HINGE, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH

LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT..
THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.
SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. Hinge does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland .

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact Hinge Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Hinge, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Hinge" shall include our affiliates, employees, licensors, and service providers.

Hinge values its relationship with you and appreciates the mutual benefit

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Hinge has a Dispute with you, Hinge agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Hinge to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Hinge's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Hinge agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Hinge requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Hinge's Dispute with you, Hinge agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Hinge may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Hinge engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND HINGE EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND HINGE EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST HINGE. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND HINGE AGREE THAT THAT

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and Hinge (that is not resolved informally by Hinge Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Hinge may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Hinge challenges the small claims court election in your Dispute, and a court of competent jurisdiction

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Hinge's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Hinge (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and Hinge shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

**1. Commencing an Arbitration** – To initiate an arbitration, you or Hinge shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Hinge at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Hinge sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

**2. Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Hinge of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Hinge is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Hinge initiates an arbitration against you, we shall pay all fees.

**3. The Arbitrator** – The arbitration shall be conducted by a single, neutral

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

**4. Dispositive Motions**– The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

**5. Discovery**–Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to

the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

**6. Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

**7. Arbitration Hearing** – You and Hinge are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

**8. Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Hinge and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

**9. Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

**10. Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against Hinge or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution

Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Hinge in writing and submitted to NAM and all Parties.

iii. ***Bellwether Proceedings.* Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for Hinge shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Hinge shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different**

**Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Hinge and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

iv. You and Hinge agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Hinge acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Hinge prior to the time of your consent to this Agreement and to any claims that accrue against you or

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

Hinge after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Hinge prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@hinge.co. Please do not direct any customer support inquiries OptOut@hinge.co, as they will not be addressed; such inquiries should be directed to customer support at hello@hinge.co. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Hinge after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in

Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).***

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with Hinge that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Hinge consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

***You agree to indemnify Hinge if a claim is made against Hinge due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Hinge, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our <u>Privacy Policy</u>, <u>Cookie Policy</u>, <u>Member Principles</u>, and <u>Safety Dating Advice</u>, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the <u>Privacy Policy</u>, <u>Cookie Policy</u>, <u>Member Principles</u>, and <u>Safety Dating Advice</u>, and any Additional Terms Upon Purchase, contain the entire agreement between you and Hinge regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Hinge account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Hinge in any manner.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our Privacy Policy;

- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Index

**Mission**

**Labs**

**Blog**

**Careers**

**Press**

**Contact**

Resources

**Safe Dating Tips**

**Trust & Safety**

**FAQ**

Legal

**Cookie Policy**

**Privacy**

**Security**

**Terms**

© 2022 Hinge Inc.

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

# EXHIBIT T

 Menu                                                                    <u>Sign in</u>

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# PLENTYOFFISH TERMS OF USE AGREEMENT

Effective on February 28, 2022; **click here to download a PDF**

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not POF. You can request a refund from Apple through your Apple ID account on your phone or at **https://getsupport.apple.com**. All other users may request a refund by contacting POF Customer Service via **our Help Center**, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: POF, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at **(800) 952-5210**.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

## 1. INTRODUCTION

***By accessing or using POF's Services, you agree to be bound this Terms of Use Agreement (the "Terms" or "Agreement"), including our <u>Privacy Policy</u>, <u>Cookie Policy</u>, <u>Community Guidelines</u>, <u>and Safety Tips</u>, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND POF. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.**

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to POF, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Plentyoffish Media ULC for all other users. As used in this Agreement, the terms "POF," "us," "we," the "Company", and "our" shall refer to Plentyoffish Media ULC and/or MTCH Technology Services Limited, as appropriate. Together you and POF may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on pof.com (the "Website"), the POF mobile application (the "App"), or any other platforms or services POF may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, **and Safety Tips**, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from POF ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on POF, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant POF.*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with POF;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States;
5. You are not prohibited by law from using our Services;
6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

1. Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
2. Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
3. Use the latest version of the Website and/or App;
4. Treat other users in a courteous and respectful manner, both on and off our Services;
5. Be respectful when communicating with any of our customer care

representatives or other employees;

6. Review the **<u>Safety Tips</u>**;

7. Review and comply with the **<u>Community Guidelines</u>**, as updated from time to time; and

8. Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

1. Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

2. Use the Services in a way that damages the Services or prevents their use by other users;

3. Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

4. Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;

5. Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

6. Post or share Prohibited Content (see below);

7. Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

8. Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

9. Use another user's account;

10. Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

11. Violate the terms of the license granted to you by POF (see Section 6 below).

12. Disclose private or proprietary information that you do not have the right to disclose;

13. Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without POF's prior written consent;

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

14. Express or imply that any statements you make are endorsed by POF;

15. Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

16. Upload viruses or other malicious code or otherwise compromise the security of our Services;

17. Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

18. "Frame" or "mirror" any part of our Services without POF's prior written authorization;

19. Use meta tags or code or other devices containing any reference to POF or the platform (or any trademark, trade name, service mark, logo or slogan of POF) to direct any person to any other website for any purpose;

20. Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

21. Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

22. Use, access, or publish the POF application programming interface without our written consent;

23. Probe, scan or test the vulnerability of our Services or any system or network;

24. Encourage, promote, or agree to engage in any activity that violates these Terms; or

25. Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content – POF prohibits uploading or sharing content that:**

1. Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

2. Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

3. Is abusive, insulting or threatening, discriminatory or that promotes or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

encourages racism, sexism, hatred or bigotry;

4. Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

5. Is defamatory, libelous, or untrue;

6. Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

7. Involves the transmission of "junk" mail or "spam";

8. Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from POF or otherwise;

9. Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

10. Was not written by you or was automatically generated, unless expressly authorized by POF;

11. Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian—for the avoidance of doubt, POF does not allow any minors in photos, and any photo including a minor will be removed;

12. Is inconsistent with the intended use of the Services; or

13. May harm the reputation of POF or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

while using our Services ("Member Content"); and (iii) content that POF provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand and agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by POF, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***POF owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***POF does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful POF community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report User" link on a user's profile or in the messaging experience. You may also email POF Customer Service at **csr@pof.com**.

As set forth in our **Privacy Policy**, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click **here**), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how POF and its affiliates collect, use, and share your personal data, please read our **Privacy Policy**. By using our Services, you agree that we may use your personal data in accordance with our **Privacy Policy**.

## 6. RIGHTS YOU ARE GRANTED BY POF

***POF grants you the right to use and enjoy our Services, subject to these Terms.***

For as long as you comply with these Terms, POF grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by POF and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT POF

***You own all of the content you provide to POF, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to POF a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third- party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. POF's license to Your Content shall be non-exclusive, except that POF's license shall be exclusive with respect to derivative works created through use of our Services. For example, POF would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that POF can prevent the use of Your Content outside of our Services, you authorize POF to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. POF is not obligated to take any action with regard to use of Your Content by other users or third parties. POF's license to Your Content is subject to

your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for POF allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to POF regarding our Services, you agree that POF may use and share such feedback for any purpose without compensating you.

You agree that POF may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from POF. If you purchase a subscription, it will automatically renew – and you will be charged – until you cancel.***

**POF may offer products and services for purchase through iTunes, Google Play, or other external services authorized by POF (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). POF may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.**

**Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.**

**POF operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates – which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

<u>To cancel a subscription:</u> If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not POF. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your POF subscription and follow the instructions to cancel. You can also request assistance at **https://getsupport.apple.com**.

Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your POF subscription and follow the instructions to cancel. You can also request assistance at **https://play.google.com**. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, POF may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a POF subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. POF will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

**8b. INTERNAL PURCHASES AND SUBSCRIPTIONS**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.**

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize POF to charge the payment method you provide (your "Payment Method"). POF may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, POF may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a POF subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Account section. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool and following the link to let your upgrade expire. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to POF may be through MTCH Technology Services Limited, and if you reside in the United States, that your payment to POF may be through Plentyoffish Media LLC. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

**Virtual items are non-refundable and subject to certain conditions.**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited- use features including but not limited to tokens that are redeemable for other virtual items, such as Super Yes and Highlight," ("Virtual Item(s)") from POF. You may only purchase Virtual Items from us or our authorized partners through our Services.

Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when POF ceases providing our Services, or your account is otherwise closed or terminated.

POF, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. POF may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. POF shall have no liability to you or any third party in the event that POF exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT POF IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

<u>For subscribers residing in the EU, EEA, UK, and Switzerland:</u>

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

<u>For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:</u>

Your Right to Cancel - You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not POF. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at **https://getsupport.apple.com**. For any other purchase, please contact POF Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: POF, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us at **csr@pof.com** or send a facsimile to **214-853-4309**).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

You can delete your account at any time by logging into the Website or App, going to "Help", clicking "Delete account", and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

POF reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if POF believes that you have violated these Terms, misused our Services, or behaved in a way that POF regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by POF for any reason, these Terms continue and remain enforceable between you and POF, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our **Privacy Policy**.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***POF does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.***

**YOU UNDERSTAND THAT POF DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** POF MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. POF RESERVES THE RIGHT TO CONDUCT – AND YOU AUTHORIZE POF TO CONDUCT – ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE **SAFETY TIPS** AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY POF, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though POF strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

## 11. DISCLAIMER

*POF's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

POF PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. POF DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, POF MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

POF ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES POF ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH POF. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. POF IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

POF has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1.  A physical or electronic signature of a person authorized to act on behalf of

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to **copyright@match.com**, by phone to **214-576-3272** or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

POF will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

***Like many subscription-based services, there are ads on our websites.***

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. POF may also provide non-commercial links or references to third parties within its content. POF is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, POF is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. POF is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

***POF's liability is limited to the maximum extent allowed by applicable law.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL POF, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) ANY UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF POF HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL POF'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO POF FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST POF, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT. THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under **http://ec.europa.eu/odr**. POF does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact POF Customer Service first so we can try to resolve your concerns without the need of outside

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

assistance. If you choose to pursue a dispute, claim or controversy against POF, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "POF" shall include our affiliates, employees, licensors, and service providers.

POF values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If POF has a Dispute with you, POF agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables POF to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. POF's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and POF agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if POF requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss POF's Dispute with you, POF agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or POF may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and POF engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND POF EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND POF EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST POF. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND POF AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and POF (that is not resolved informally by POF Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or POF may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or POF challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to POF's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against POF (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and POF shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit **https://www.namadr.com/resources/rules-fees-forms** or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or POF shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the

requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to POF at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If POF sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to POF of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. POF is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If POF initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and POF are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a

response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **<u>Arbitration Award</u>** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and POF and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **<u>Mass Filing</u>** – If, at any time, 25 or more similar demands for arbitration are asserted against POF or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at **https://www.namadr.com/resources/rules-fees-forms/**), the additional protocols set forth below shall apply.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or POF in writing and submitted to NAM and all Parties.

iii. **Bellwether Proceedings. Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for POF shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for POF shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by POF and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

iv. You and POF agree that we each value the integrity and efficiency of the arbitration

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and POF acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or POF prior to the time of your consent to this Agreement and to any claims that accrue against you or POF after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against POF prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@pof.com. Please do not direct any customer support inquiries OptOut@pof.com, as they will not be addressed; such inquiries should be directed to Customer Service at **csr@pof.com**. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or POF after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).***

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with POF that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and POF consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

***You agree to indemnify POF if a claim is made against POF due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless POF, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips** (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

These Terms, with the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and any Additional Terms Upon Purchase, contain the entire agreement between you and POF regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your POF account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind POF in any manner.

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals" - rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our **Privacy Policy**;

- You may review the New York Dating Service Consumer Bill of Rights **here** ;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights **here**.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

<u>For subscribers residing in Illinois, New York, North Carolina, and Ohio:</u>

- • Our Services are widely available in the United States – if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

<u>For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:</u>

**Your Right to Cancel – You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

# POF Supplemental Terms of Use (LIVE!)

Effective: October 20, 2019

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as a POF user, and apply only to your use of the POF LIVE! service (the "LIVE! Services"). In addition to these Supplemental Terms of Use, your use of the LIVE! Services are governed by the Plenty of Fish Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the **Plenty of Fish Privacy Policy**, **the Plenty of Fish Community Guidelines**, and the **MeetMe Terms and Conditions and Privacy Policy**, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE! Services will be provided by The

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either a POF or Meet Group user, and that your content may be viewed by either a POF or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE! Services, and as such, except for the purchases made through POF, you understand and agree POF will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the **MeetMe Terms and Conditions and Privacy Policy**.

4. Because the LIVE! Services are hosted separately, certain of your settings in POF may not transfer over to the LIVE! Services. For example, hiding your profile in POF will not hide your profile on the LIVE! Services, and after hiding your profile on POF you may continue to be displayed on leaderboards on the LIVE! Services, or when you use the LIVE! Services for viewing or streaming.

5. From time to time, as part of the LIVE! Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the Plenty of Fish Terms of Use Agreement. The Live Credits are usable only on the LIVE! Services, and are not usable on the POF platform. Use of the Live Credits is expressly subject to the Gifts section of the **MeetMe Terms and Conditions and Privacy Policy**. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the **MeetMe Terms and Conditions and Privacy Policy**; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

**COMMUNITY**

Guidelines

Success stories

**HELP**

Help Centre

Conversation

Safety

Security

**COMPANY**

Press

Careers

The Latest Catch

blog

**LEGAL**

Terms of Use

Privacy Policy

Cookie policy

Intellectual property

Publication details

**LANGUAGES**

English

French

Spanish

Danish

German

Italian

Dutch

Portuguese

Swedish

Copyright 2001-2022 Plentyoffish Media ULC POF, PLENTYOFFISH, PLENTY OF FISH and PLENTY OF are registered trademarks of Plentyoffish Media ULC

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

# EXHIBIT U

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# Terms and Conditions

*Effective on February 28, 2022 click here to download PDF*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not PeopleMedia. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting PeopleMedia Customer Service by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: PeopleMedia, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using PeopleMedia's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.*

**PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND PEOPLEMEDIA. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.**

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to OurTime.com, operated by PeopleMedia, Inc. As used in this Agreement, the terms "PeopleMedia", "us", "we", the "Company", and "our" shall refer to PeopleMedia, Inc. Together you and PeopleMedia may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on OurTime.com (the "Website"), the OurTime.com mobile application (the "App"), or any other platforms or services OurTime.com may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from PeopleMedia ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

***Before you create an account on PeopleMedia, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant PeopleMedia.***

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with PeopleMedia;
3. You are single or separated from your spouse;
4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
5. You are not on any list of individuals prohibited from conducting business with the United States;
6. You are not prohibited by law from using our Services;
7. You have not committed, been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;
8. You are not required to register as a sex offender with any state, federal or local sex offender registry;
9. You do not have more than one account on our Services; and
10. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by PeopleMedia (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without PeopleMedia's prior written consent;
- Express or imply that any statements you make are endorsed by PeopleMedia;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without PeopleMedia's prior written authorization;
- Use meta tags or code or other devices containing any reference to PeopleMedia or the platform (or any trademark, trade name, service mark, logo or slogan of PeopleMedia) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the PeopleMedia application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network;
- Encourage, promote, or agree to engage in any activity that violates these Terms; or
- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content-PeopleMedia prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from PeopleMedia or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by PeopleMedia;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of PeopleMedia or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

### 3. CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that PeopleMedia provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

### 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

### 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by PeopleMedia, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

### 3c. OUR CONTENT

***PeopleMedia owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***PeopleMedia does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful PeopleMedia community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email PeopleMedia Customer Service by clicking here.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, Plenty of Fish, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how PeopleMedia and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY PEOPLEMEDIA

***PeopleMedia grants you the right to use and enjoy our Services, subject to these Terms.***

For as long as you comply with these Terms, PeopleMedia grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by PeopleMedia and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT PEOPLEMEDIA

***You own all of the content you provide to PeopleMedia, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to PeopleMedia a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. PeopleMedia's license to Your Content shall be non-exclusive, except that PeopleMedia's license shall be exclusive with respect to derivative works created through use of our Services. For example, PeopleMedia would have an exclusive license to screenshots of our Services that include Your Content.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

In addition, so that PeopleMedia can prevent the use of Your Content outside of our Services, you authorize PeopleMedia to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. PeopleMedia is not obligated to take any action with regard to use of Your Content by other users or third parties. PeopleMedia's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for PeopleMedia allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to PeopleMedia regarding our Services, you agree that PeopleMedia may use and share such feedback for any purpose without compensating you.

You agree that PeopleMedia may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from PeopleMedia. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

PeopleMedia may offer products and services for purchase through iTunes, Google Play or other external services authorized by PeopleMedia (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). PeopleMedia may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

<u>To cancel a subscription</u>: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not PeopleMedia. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your PeopleMedia subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your PeopleMedia subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, PeopleMedia may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a PeopleMedia subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. PeopleMedia will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

**8b. INTERNAL PURCHASES AND SUBSCRIPTIONS**

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize PeopleMedia to charge the payment method you provide (your "Payment Method"). PeopleMedia may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, PeopleMedia may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a PeopleMedia subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

**8c. VIRTUAL ITEMS**

***Virtual items are non-refundable and subject to certain conditions.***

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from PeopleMedia. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when PeopleMedia ceases providing our Services, or your account is otherwise closed or terminated.

PeopleMedia, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. PeopleMedia may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Item. PeopleMedia shall have no liability to you or any third party in the event that PeopleMedia exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT PEOPLEMEDIA IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

<u>For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:</u>

**Your Right to Cancel-You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not PeopleMedia. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact PeopleMedia Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: PeopleMedia, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

You can delete your account at any time by logging into the Website or App, going to "Settings" (the gear/pencil icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

PeopleMedia reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if PeopleMedia believes that you have violated these Terms, misused our Services, or behaved in a way that PeopleMedia regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by PeopleMedia for any reason, these Terms continue and remain enforceable between you and PeopleMedia, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

**10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS**

***PeopleMedia does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.***

**YOU UNDERSTAND THAT PEOPLEMEDIA DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** PEOPLEMEDIA MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. PEOPLEMEDIA RESERVES THE RIGHT TO CONDUCT— AND YOU AUTHORIZE PEOPLEMEDIA TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY PEOPLEMEDIA, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though PeopleMedia strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

**11. DISCLAIMER**

***PeopleMedia's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

PEOPLEMEDIA PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. PEOPLEMEDIA DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, PEOPLEMEDIA MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

PEOPLEMEDIA ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES, NOR DOES PEOPLEMEDIA ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH PEOPLEMEDIA. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. PEOPLEMEDIA IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

PeopleMedia has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;
3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;
4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;
5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

PeopleMedia will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. PeopleMedia may also provide non-commercial links or references to third parties within its content. PeopleMedia is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, PeopleMedia is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. PeopleMedia is not responsible or liable for such third parties' terms or actions.

**14. LIMITATION OF LIABILITY.**

***PeopleMedia's liability is limited to the maximum extent allowed by applicable law.***

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL PEOPLEMEDIA, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF PEOPLEMEDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL PEOPLEMEDIA'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO PEOPLEMEDIA FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST PEOPLEMEDIA, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

**15. DISPUTE RESOLUTION**

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the European Union, European Economic Area, the United Kingdom, or Switzerland.

**15a. INFORMAL DISPUTE RESOLUTION PROCESS**

If you are dissatisfied with our Services for any reason, please contact PeopleMedia Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against PeopleMedia, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "PeopleMedia" shall include our affiliates, employees, licensors, and service providers.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

PeopleMedia values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If PeopleMedia has a Dispute with you, PeopleMedia agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables PeopleMedia to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. PeopleMedia's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and PeopleMedia agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if PeopleMedia requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss PeopleMedia's Dispute with you, PeopleMedia agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or PeopleMedia may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and PeopleMedia engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

**15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER**

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND PEOPLEMEDIA EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND PEOPLEMEDIA EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST PEOPLEMEDIA. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND PEOPLEMEDIA AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

**15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT**

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

Any dispute, claim, or controversy between you and PeopleMedia (that is not resolved informally by PeopleMedia Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or PeopleMedia may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or PeopleMedia challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to PeopleMedia's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against PeopleMedia (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

**15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS**

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and PeopleMedia shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or PeopleMedia shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to PeopleMedia at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If PeopleMedia sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to PeopleMedia of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. PeopleMedia is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If PeopleMedia initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and PeopleMedia are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing at least 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

8. **<u>Arbitration Award</u>** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and PeopleMedia and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **<u>Mass Filing</u>** – If, at any time, 25 or more similar demands for arbitration are asserted against PeopleMedia or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or PeopleMedia in writing and submitted to NAM and all Parties.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

iii. ***Bellwether Proceedings.*** **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for PeopleMedia shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for PeopleMedia shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by PeopleMedia and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

iv. You and PeopleMedia agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and PeopleMedia acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or PeopleMedia prior to the time of your consent to this Agreement and to any claims that accrue against you or PeopleMedia after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against PeopleMedia prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OurTimeOptOut@peoplemedia.com. Please do not direct any customer support inquiries OurTimeOptOut@peoplemedia.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or PeopleMedia after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

## 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court).***

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with PeopleMedia that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and PeopleMedia consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

***You agree to indemnify PeopleMedia if a claim is made against PeopleMedia due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless PeopleMedia, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iv) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and any Additional Terms Upon Purchase, contain the entire agreement between you and PeopleMedia regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your PeopleMedia account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind PeopleMedia in any manner.

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States-if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel-You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.


Click here to view previous Terms and Conditions.

2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# EXHIBIT V

FILED DATE: 10/21/2022 8:06 PM   2022CH10435



# BLK TERMS OF USE AGREEMENT

*Effective on 02/28/2022 click **here** to download a PDF*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not BLK. You can request a refund from Apple through your Apple ID account on your phone or at **https://getsupport.apple.com**. All other users may request a refund by contacting BLK Customer Service by clicking **here**, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

for your account.

This notice shall be sent to: BLK, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at **(800) 952-5210**.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

## 1.    INTRODUCTION

***By accessing or using BLK's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies or procedures carefully before you create an account.***

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND BLK. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION,

**THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.**

**We may update these Terms from time to time, so check this page regularly for updates.**

Welcome to BLK, operated by Affinity Apps LLC. As used in this Agreement, the terms "BLK," "us," "we," the "Company", and "our" shall refer to Affinity Apps LLC. Together you and BLK may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on the BLK mobile application (the "App"), www.blk-app.com (the "Website"), or any other platforms or services BLK may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from BLK ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

**2.    ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

*Before you create an account on BLK, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant BLK.*

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with BLK;

3. You are single or separated from your spouse;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States;

6. You are not prohibited by law from using our Services;

7. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services or our affiliates'

services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the **Safety Tips**;

- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by BLK (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without BLK's prior written consent;

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

- Express or imply that any statements you make are endorsed by BLK;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without BLK's prior written authorization;

- Use meta tags or code or other devices containing any reference to BLK or the platform (or any trademark, trade name, service mark, logo or slogan of BLK) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the BLK application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network;

- Encourage, promote, or agree to engage in any activity that violates these Terms; or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—BLK prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from BLK or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by BLK;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of BLK or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3.    CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that BLK provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, unless expressly authorized by BLK, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***BLK owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4.    INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***BLK does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful BLK community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report" link on a user's profile. You may also email BLK Customer Service by clicking **here**.

As set forth in our **Privacy Policy**, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click **here**), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5.    PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how BLK and its affiliates collect, use, and share your

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

personal data, please read our **Privacy Policy**. By using our Services, you agree that we may use your personal data in accordance with our **Privacy Policy**.

## 6.   RIGHTS YOU ARE GRANTED BY BLK

*BLK grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, BLK grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by BLK and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7.   RIGHTS YOU GRANT BLK

*You own all of the content you provide to BLK, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to BLK a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. BLK's license to Your Content shall be non-exclusive, except that BLK's license shall be exclusive with respect to derivative works created through use of our Services. For example, BLK would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that BLK can prevent the use of Your Content outside of our

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Services, you authorize BLK to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. BLK is not obligated to take any action with regard to use of Your Content by other users or third parties. BLK's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for BLK allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to BLK regarding our Services, you agree that BLK may use and share such feedback for any purpose without compensating you.

You agree that BLK may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8.   PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from BLK. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

BLK may offer products and services for purchase through iTunes, Google Play or other external services authorized by BLK (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). BLK may

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

also offer products and services for purchase via credit card or other payment processors on the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

BLK operates a national business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not BLK. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your BLK subscription and follow the instructions to cancel. You can also request assistance at **https://getsupport.apple.com**. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your BLK subscription and follow the instructions to cancel. You can also request assistance at **https://play.google.com**. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, BLK may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a BLK subscription. In the event that your chargeback or other payment reversal is overturned, please contact **Customer Care**. BLK will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize BLK to charge the payment method you provide (your "Payment Method"). BLK may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, BLK may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a BLK subscription. In the event that your chargeback or other payment reversal is overturned, please contact **Customer Care.**

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the App and go to Settings. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may

result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from BLK. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when BLK ceases providing our Services, or your account is otherwise closed or terminated.

BLK, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

charge. BLK may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. BLK shall have no liability to you or any third party in the event that BLK exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT BLK IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**8d. REFUNDS**

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin::

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not BLK. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at **https://getsupport.apple.com**. For any other purchase, please contact BLK Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: BLK, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking **here** or send a facsimile to **214-853-4309**).

## 9.    ACCOUNT TERMINATION

***If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.***

You can delete your account at any time by logging into the App, going to "Settings" (the gear icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g.,**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**iTunes, Google Play) to avoid additional billing.**

BLK reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if BLK believes that you have violated these Terms, misused our Services, or behaved in a way that BLK regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by BLK for any reason, these Terms continue and remain enforceable between you and BLK, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our **Privacy Policy**.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

***BLK does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our** Safety Tips**.***

**YOU UNDERSTAND THAT BLK DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** BLK MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. BLK RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE BLK TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE **SAFETY TIPS** AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY BLK, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though BLK strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

***BLK's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.***

BLK PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. BLK DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR

ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, BLK MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

BLK ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES BLK ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH BLK. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. BLK IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

BLK has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement

("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to **copyright@match.com**, by phone to **214-576-3272** or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

BLK will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. BLK may also provide non-commercial links or references to third parties within its content. BLK is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, BLK is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. BLK is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY.

*BLK's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL BLK, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF BLK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL BLK'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO BLK FOR THE

SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST BLK, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the European Union, European Economic Area, the United Kingdom, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact BLK Customer Service first so we can try to resolve your concerns without the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

need of outside assistance. If you choose to pursue a dispute, claim or controversy against BLK, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "BLK" shall include our affiliates, employees, licensors, and service providers.

BLK values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If BLK has a Dispute with you, BLK agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables BLK to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. BLK's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and BLK agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if BLK requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss BLK's Dispute with you, BLK agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or BLK may initiate an arbitration (subject

to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and BLK engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND BLK EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND BLK EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST BLK. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND BLK AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and BLK (that is not resolved informally by BLK Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or BLK may elect to have an individual claim heard in small claims court. If the request to proceed in small

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or BLK challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to BLK's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against BLK (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and BLK shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section

15. For a copy of the NAM Rules, please visit **https://www.namadr.com/resources/rules-fees-forms** or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or BLK shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to BLK at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If BLK sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by

either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to BLK of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. BLK is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If BLK initiates an arbitration against you, we shall pay all fees.

3. **__The Arbitrator__** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **__Dispositive Motions__** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary

hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **<u>Discovery</u>** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **<u>Confidentiality</u>** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **<u>Arbitration Hearing</u>** – You and BLK are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing at least 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **<u>Arbitration Award</u>** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and BLK and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the

dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **<u>Mass Filing</u>** – If, at any time, 25 or more similar demands for arbitration are asserted against BLK or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or BLK in writing and submitted to NAM and all Parties.

    iii. Bellwether Proceedings. Bellwether proceedings are encouraged by

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for BLK shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for BLK shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by BLK and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims

will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

iv. ou and BLK agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and BLK acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or BLK prior to the time of your consent to this Agreement and to any claims that accrue against you or BLK after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against BLK prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: **BLKOptOut@peoplemedia.com**. Please do not direct any customer support inquiries **BLKOptOut@peoplemedia.com**, as they will not be addressed; such inquiries should be directed to **customer support**. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or BLK after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court).***

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with BLK that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and BLK consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify BLK if a claim is made against BLK due to your actions.*

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless BLK, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

***This Agreement supersedes any previous agreements or representations.***

These Terms, with the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and any Additional Terms Upon Purchase, contain the entire agreement between you and BLK regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your BLK account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder may not be transferred or assigned by you but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind BLK in any manner.

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

<u>For subscribers residing in New York:</u>

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our **Privacy Policy;**

- You may review the New York Dating Service Consumer Bill of Rights **here**;

<u>For subscribers residing in North Carolina:</u>

- You may review the North Carolina Buyer's Rights **here**.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

<u>For subscribers residing in Illinois, New York, North Carolina, and Ohio:</u>

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

<u>For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:</u>

**Your Right to Cancel — You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

BLK SUPPLEMENTAL TERMS OF USE (LIVE!)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as a BLK user, and apply only to your use of the BLK LIVE! service (the "LIVE! Services"). In addition to these Supplemental Terms of Use, your use of the LIVE! Services are governed by the BLK Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the **BLK Privacy Policy**, the **BLK Community Guidelines**, and the **MeetMe Terms and Conditions and Privacy Policy**. Pursuant to the BLK Terms of Use

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE! Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by a BLK or Meet Group user (or any other user of the Meet Group services), and that your content may be viewed by a BLK or Meet Group user (or any other user of the Meet Group services).

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE! Services, and as such, except for the purchases made through BLK, you understand and agree BLK will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the **MeetMe Terms and Conditions and Privacy Policy**.

4. Because the LIVE! Services are hosted separately, certain of your settings in BLK may not transfer over to the LIVE! Services. For example, turning off being shown in BLK will not hide your profile on the LIVE! Services, and after turning off being shown on BLK you may continue to be displayed on leaderboards on the LIVE! Services, or when you use the LIVE! Services for viewing or streaming.

5. From time to time, as part of the LIVE! Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the BLK Terms of Use Agreement. The Live Credits are usable only on the LIVE! Services, and are not usable on the BLK platform. Use of the Live Credits is expressly subject to the Gifts section of the **MeetMe Terms and Conditions and Privacy Policy**. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

180 DAYS FROM THE DATE OF PURCHASE.

6.  To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the **MeetMe Terms and Conditions and Privacy Policy**; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

Previous Versions

**12/08/2021**

Copyright © 2021 Affinity Apps. All rights reserved.

**Terms of Use     Privacy Policy     Cookie Policy     Safety Tips     Visit the BLK Blog**
**FAQs     Community Guidelines     Security     Español**

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# EXHIBIT W

FILED DATE: 10/21/2022 8:06 PM 2022CH10435



# CHISPA TERMS OF USE AGREEMENT

*Effective on 02/28/2022 click **here** to download a PDF*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not Chispa. You can request a refund from Apple through your Apple ID account on your phone or at **https://getsupport.apple.com**. All other users may request a refund by contacting Chispa Customer Service by clicking **here**, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: Chispa, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have

these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at **(800) 952-5210**.

***We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.***

## 1.   INTRODUCTION

***By accessing or using Chispa's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our [Privacy Policy](), [Cookie Policy](), [Community Guidelines](), and [Safety Tips](), so it is important that you read this Agreement and these policies or procedures carefully before you create an account.***

**PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND Chispa. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.**

**We may update these Terms from time to time, so check this page regularly for updates.**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Welcome to Chispa, operated by Affinity Apps LLC. As used in this Agreement, the terms "Chispa," "us," "we," the "Company", and "our" shall refer to Affinity Apps LLC. Together you and Chispa may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on the Chispa mobile application (the "App"), www.chispa-app.com (the "Website"), or any other platforms or services Chispa may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Chispa ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2.    ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on Chispa, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Chispa.*

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1.  You are at least 18 years old;

2.  You are legally qualified to enter a binding contract with Chispa;

3.  You are single or separated from your spouse;

4.  You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5.  You are not on any list of individuals prohibited from conducting business with the United States;

6.  You are not prohibited by law from using our Services;

7.  You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

8.  You are not required to register as a sex offender with any state, federal or local sex offender registry;

9.  You do not have more than one account on our Services; and

10. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the **Safety Tips**;

- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Chispa (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Chispa's prior written consent;

- Express or imply that any statements you make are endorsed by Chispa;

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Chispa's prior written authorization;

- Use meta tags or code or other devices containing any reference to Chispa or the platform (or any trademark, trade name, service mark, logo or slogan of Chispa) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the Chispa application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network;

- Encourage, promote, or agree to engage in any activity that violates these Terms; or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—Chispa prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Chispa or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by Chispa;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Chispa or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3.   CONTENT

***It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.***

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Chispa provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

***You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.***

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, unless expressly authorized by Chispa, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***Chispa owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

## 4.   INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***Chispa does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful Chispa community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report" link on a user's profile. You may also email Chispa Customer Service by clicking **here**.

As set forth in our **Privacy Policy**, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click **here**), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5.   PRIVACY

***Privacy is important to us. We have a separate policy about it that you should read.***

For information about how Chispa and its affiliates collect, use, and share your

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

personal data, please read our **Privacy Policy**. By using our Services, you agree that we may use your personal data in accordance with our **Privacy Policy**.

## 6.    RIGHTS YOU ARE GRANTED BY Chispa

*Chispa grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Chispa grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Chispa and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7.    RIGHTS YOU GRANT Chispa

*You own all of the content you provide to Chispa, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Chispa a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Chispa's license to Your Content shall be non-exclusive, except that Chispa's license shall be exclusive with respect to derivative works created through use of our Services. For example, Chispa would have an exclusive license to screenshots of our Services that include Your Content.

FILED DATE: 10/21/2022 8:06 PM 2022CH10435

In addition, so that Chispa can prevent the use of Your Content outside of our Services, you authorize Chispa to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Chispa is not obligated to take any action with regard to use of Your Content by other users or third parties. Chispa's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Chispa allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Chispa regarding our Services, you agree that Chispa may use and share such feedback for any purpose without compensating you.

You agree that Chispa may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8.    PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from Chispa. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

Chispa may offer products and services for purchase through iTunes, Google Play or other external services authorized by Chispa (each, an "External

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Service," and any purchases made thereon, an "External Service Purchase"). Chispa may also offer products and services for purchase via credit card or other payment processors on the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

Chispa operates a national business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

FILED DATE: 10/21/2022 8:06 PM  2022CH10435

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Chispa. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Chispa subscription and follow the instructions to cancel. You can also request assistance at **https://getsupport.apple.com**. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Chispa subscription and follow the instructions to cancel. You can also request assistance at **https://play.google.com**. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Chispa may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Chispa subscription. In the event that your chargeback or other payment reversal is overturned, please contact **Customer Care**. Chispa will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be

entitled to request a refund. See Section 8d below for more information.

**8b. INTERNAL PURCHASES AND SUBSCRIPTIONS**

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Chispa to charge the payment method you provide (your "Payment Method"). Chispa may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Chispa may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Chispa subscription. In the event that your chargeback or other payment reversal is overturned, please contact **Customer Care.**

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the App and go to Settings. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings. If a payment is not successfully processed, due to expiration, insufficient funds, or

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Chispa. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Chispa ceases providing our Services, or your account is otherwise closed or terminated.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Chispa, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Chispa may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Chispa shall have no liability to you or any third party in the event that Chispa exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT Chispa IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

**8d. REFUNDS**

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin::

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

**following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Chispa. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at **https://getsupport.apple.com**. For any other purchase, please contact Chispa Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Chispa, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking **here** or send a facsimile to **214-853-4309**).

## 9.    ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the App, going to "Settings" (the gear icon in the top right corner), and following the instructions

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Chispa reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Chispa believes that you have violated these Terms, misused our Services, or behaved in a way that Chispa regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Chispa for any reason, these Terms continue and remain enforceable between you and Chispa, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our **Privacy Policy**.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Chispa does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT Chispa DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. Chispa MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. Chispa RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE Chispa TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE **SAFETY TIPS** AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY Chispa, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Chispa strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Chispa's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

Chispa PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

INFRINGEMENT. Chispa DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, Chispa MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

Chispa ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES Chispa ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH Chispa. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. Chispa IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

Chispa has adopted the following policy towards copyright infringement in

accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to **copyright@match.com**, by phone to **214-576-3272** or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Chispa will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Chispa may also provide non-commercial links or references to third parties within its content. Chispa is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Chispa is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Chispa is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY.

*Chispa's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL Chispa, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF Chispa HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL Chispa'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO Chispa FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST Chispa, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the European Union, European Economic Area, the United Kingdom, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

If you are dissatisfied with our Services for any reason, please contact Chispa Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Chispa, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Chispa" shall include our affiliates, employees, licensors, and service providers.

Chispa values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Chispa has a Dispute with you, Chispa agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Chispa to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Chispa's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Chispa agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Chispa requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Chispa's Dispute with you, Chispa agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Chispa may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Chispa engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

**15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER**

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND Chispa EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND Chispa EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST Chispa. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT**

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND Chispa AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

**15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT**

Any dispute, claim, or controversy between you and Chispa (that is not resolved informally by Chispa Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims

that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Chispa may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Chispa challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Chispa's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Chispa (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

either Party. Any arbitration between you and Chispa shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit **https://www.namadr.com/resources/rules-fees-forms** or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **<u>Commencing an Arbitration</u>** – To initiate an arbitration, you or Chispa shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Chispa at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Chispa sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Chispa of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Chispa is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Chispa initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral

evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **<u>Discovery</u>** – Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **<u>Confidentiality</u>** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed

during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **<u>Arbitration Hearing</u>** – You and Chispa are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing at least 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **<u>Arbitration Award</u>** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Chispa and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an

improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **<u>Mass Filing</u>** – If, at any time, 25 or more similar demands for arbitration are asserted against Chispa or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Chispa in writing and submitted to NAM and all Parties.

iii. Bellwether Proceedings. Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for Chispa shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Chispa shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Chispa and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of

bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

iv. ou and Chispa agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Chispa acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Chispa prior to the time of your consent to this Agreement and to any claims that accrue against you or Chispa after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Chispa prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: **ChispaOptOut@peoplemedia.com**. Please do not direct any customer support inquiries **ChispaOptOut@peoplemedia.com**, as they will not be addressed; such inquiries should be directed to **customer support**. You

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Chispa after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court).***

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with Chispa that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

in Dallas County, Texas, U.S.A. You and Chispa consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify Chispa if a claim is made against Chispa due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Chispa, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

**By using our Services, you accept the Terms of this Agreement.**

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

**This Agreement supersedes any previous agreements or representations.**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

These Terms, with the **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, and any Additional Terms Upon Purchase, contain the entire agreement between you and Chispa regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Chispa account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder may not be transferred or assigned by you but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Chispa in any manner.

## 21. SPECIAL STATE TERMS

***Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin***

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our **Privacy Policy;**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

- You may review the New York Dating Service Consumer Bill of Rights **here**;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights **here**.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel — You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

Previous Versions

**6/19/2019**

Copyright © 2021 Affinity Apps. All rights reserved.

**Terms of Use**   **Privacy Policy**   **Cookie Policy**   **Safety Tips**   **FAQs**
**Community Guidelines**   **Security**   **Español**

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

FILED
10/21/2022 8:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20002002

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

# EXHIBIT X

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1553 of 1583 PageID #:1562

4/11/21, 8:17 PM

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

# Evaluating Perceptual Image Hashes at OkCupid



**ZACHARY JABLONS**
31 MAY 2017   ·   13 MIN READ



Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1554 of 1583 PageID #:1563

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

At OkCupid, we sometimes run into users
and bots that re-use the same photos we've
seen before. While sometimes we can
simply check if a photo has been seen (and
banned) before, we often run into the case
where a banned photo has been
manipulated slightly -- so an exact
comparison won't work. Even a slight shift
in the image would completely ruin an
exact match. This is a problem we
identified years ago, and we had a partial
solution using a simple perceptual hash
function. However over the years we've
become familiar with the failings of the
current system. The need for a more robust
approach magnified once we made photos
a requirement for new users.

There are a few ways to approach this
problem, however the most common way is
using a perceptual hash. For the
uninitiated, a hash in general is (according
to the almighty Wikipedia) a "function that
can be used to map data of arbitrary size to
data of fixed size", e.g. turning an image
into a bitstring that represents that image.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Traditionally this means a cryptographic hash (e.g. MD5, SHA-256), in which the slightest change in the input will produce a drastic change in the output. However, for our purposes, we want nearly the opposite -- a slight change in the input (like, shifting or rotating the image a bit) should produce little to no change in the output. This is where the idea of a perceptual image hash comes in.

Ultimately a perceptual image hash seeks to stay largely _invariant_ in its output to slight changes in the input, while producing a small (i.e., manageable) output. Armed with these sorts of functions, we should be able to check if a photo uploaded to the site is the same one that's just been slightly changed in an attempt to get around exact image checks.

The rest of this post details an exploration of four different perceptual hash algorithms that fit this format, under what transformations they fail to stay invariant and which ones perform better overall.

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

While we already had a perceptual hash system in place, it's time for an upgrade!

# Evaluation

For the rest of this blog post we'll be discussing perceptual image hash functions that take an arbitrary image and produce a fixed size bitstring. This allows us to just use the Hamming distance between bitstrings in our evaluations. Theoretically a perceptual hash could produce a dense representation of an image (i.e. a vector of floats), but that makes comparisons more complicated.

There's two main things we evaluate here:

1. Image Transforms (or attacks), i.e. what transformations would attackers apply to the images in order to try and fool a detection system

2. Perceptual Hash function accuracy

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

The goal of this evaluation is to determine how well perceptual hashes differentiate between entirely distinct image pairs and image pairs which are just an image and its transformed version.

# Evaluation Overview

We set this up as measuring distances in two cases:

1. Positive case -- the distances between images and the transformed versions of those images

2. Negative case -- the distances between distinct original images

We work with a sample of about 10k images on the site to balance getting this done in a reasonable amount of time and statistical significance, and from this sample we run 10 trials of each case on these images. For the negative case we actually sample 1k image pairs (and get their hash distances), whereas for the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

positive case we just evaluate a ton of transformations and their distances and then sample them down to 1k examples. This gives us a sense of how reliable each metric is -- although generally we didn't observe much significant variation.

One important thing to add here is that these images are deliberately filtered to make sure none of them came from spammers to prevent re-used spam photos from being treated as distinct image pairs. Additionally, we take the extra step of removing any non-unique photos (by comparing their exact hashes).

## Transformations

We identified five typical image transformations that our hardworking, tireless moderation team sees most commonly when dealing with spammers.

- Rotation (about the origin)
- Crop
- <u>Gamma correction</u>

FILED DATE: 10/21/2022 8:06 PM     2022CH10435

- Adding a border (or reverse crop)

- Salt & Pepper noise

| TRANSFORMATION | MILD | MEDIUM |
|----------------|------|--------|
| Rotation | 1–5 | 6–15 |
| Crop | 95–99 | 85–94 |
| Gamma correction | 1±0.01–0.25 | 1±0.26–0.5 |
| Border | 1–5 | 6–15 |
| S&P; Noise | 0.5–2.5 | 2.6–5 |



Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1560 of 1583 PageID #:1569

9/11/21, 8:17 PM

FILED DATE: 10/21/2022 8:06 PM    2022CH10435



Noise

Each of these transformations have a parameter that controls the intensity of the operation -- e.g. how many degrees to rotate. For simplicity of analysis, we specified three buckets of each of these parameters: mild, medium, and 🔥 **extreme** 🔥. Whenever a transformation is applied, the bucket is specified and the parameter is uniformly sampled from that bucket (see the table above for those buckets). In most of these analyses, each transformation / bucket is computed three separate times because more data is always better.

But wait there's mirr..ore! For each transformation application we flip a metaphorical coin and mirror the transformed image across its vertical axis. We skip the horizontal axis since it's just not seen as much in the wild -- one might

imagine that upside down pictures are a pretty obvious spam giveaway.

## Perceptual Hash functions

We won't go too much into the specifics of each perceptual hash function in this post since they're well detailed in the references provided. For simplicity we limited ourselves to evaluating four common perceptual hash functions:

- Difference Hash (denoted `diff_hash` or `ih_dhash` )

- Average Hash (denoted `average_hash` or `ih_avghash` )

- Perceptual (DCT) Hash (denoted `dct_hash` or `ih_phash` )

- Wavelet Hash (denoted `wavelet_hash` or `ih_whash` )

The implementations used here are all provided by Johannes Buchner's excellent and convenient Python ImageHash library.

## Normalized Hamming distance

## Normalized Hamming distance

Since each hash function is reducing the image to a bitstring, we use the Hamming distance to compare them. This is pretty much a fancy way of saying that we just measure how many bits are different between each hash.

In order to compare hash functions that produce different size bitstrings, we also normalize against the length of the bitstrings produced (given that we're not comparing bitstrings between hash functions, which wouldn't make a lot of sense anyways). So for example, when you see the histograms further down the line take note that the distances (i.e. the x-axis) are from zero to one. Effectively this is the ratio of bits that are different between the two bitstrings to the length of those bitstrings.

## Metrics

How do we measure the quality of a perceptual hash function? The primary paradigm that we'll evaluate these functions against is by looking at the

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1563 of 1583 PageID #:1572

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

functions against is by looking at the distributions of distances in the positive and negative cases for specific scenarios. Essentially, what we want is for the distribution (or histogram) of distances in each case to be fairly separate. There are a few ways to approach this, but we'll just consider three metrics:

- <u>EMD distance</u> (or Wasserstein distance as all the deep learning people mysteriously started calling it). We want this to be large.

- Intersection-over-Union (IoU) of the two histograms. We want this to be pretty small.

- Maximal <u>F1-score</u> at an optimal distance threshold. We want this to be real close to 1.

EMD may be the most consistent measure here since, say you have two histograms that are separate and want to compare them to two histograms which are also separate but further apart. Under the optimal F1 score and the IoU, both cases would already be optimal — however EMD

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1564 of 1583 PageID #:1573

would already be optimal -- however EMD
would favor the latter case.

We bring in the F1-score to give us a
threshold, which is discussed a bit more
later. The easiest way to think of this is
sliding that threshold along the x-axis, and
finding that which separates the
histograms optimally.

The histogram IoU is provided as an extra
comparison, and basically measures
directly how much each histogram overlaps
with the other.

# Results

## General Comparison

Let's say we set it up so that we're
evaluating all of the parameter buckets, all
of the hashes, and all of the
transformations. In this scenario -- if
you're looking for a quick answer here --

the best options *according to the metrics*
appear to be either the average or wavelet

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1565 of 1583 PageID #:1574

appear to be either the average or wavelet hashes, each performing about the same.

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|---|---|---|
| average_hash | 12.54 | 0.20 |
| diff_hash | 8.79 | 0.25 |
| dct_hash | 8.03 | 0.30 |
| wavelet_hash | 12.23 | 0.21 |

However, this can be deceiving -- and the histograms for each hash function evaluated illustrate why (less overlap is better).



FILED DATE: 10/21/2022 8:06 PM    2022CH10435







FILED DATE: 10/21/2022 8:06 PM   2022CH10435



As a baseline, look at the distribution of hashes when you use a cryptographic hash (which was very helpful to look at when debugging this evaluation).



We can see in this case that a cryptographic hash produces completely overlapping normal distributions centered around 0.5, which is as expected. I would then advise

interpreting all of the other histograms in this light -- the negative class *should* look

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

like that distribution, and the positive class
would ideally be entirely shifted to the left.

So at first glance you can see why the
metrics favor the wavelet and average
hashes -- it's pretty clear that both the
perceptual and difference hashes have a
more significant overlap of negative and
positive distances. However, we have to
consider the actual application -- if we want
to find the closest hash to a given picture's
hash, we want to be as insulated from false
positives as possible. This means that the
spread of negative distances seen in the
wavelet and average hashes could produce
more false positives in a case where we're
trying to find the closest match to a given
image!

So to take away some main findings from
this evaluation with everything turned on
(i.e. the hardest case), we see that for the
positive case:

- `dct_hash` and `diff_hash` have
  bimodal positive distance
  distributions, and are clearly fooled

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1569 of 1583 PageID #:1578

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

by something we're doing, since one of the modes is near the expected random distance.

- `wavelet_hash` and `average_hash` have what looks like sort of long-tail distance distributions that have less mass as distance increases, implying that less transformations 'confuse' them.

And for the negative case:

- `dct_hash` and `diff_hash` both have tight distributions around the 0.5 mark, behaving similarly to the cryptographic hash case.

- `wavelet_hash` and `average_hash` both have distributions that, while normal and centered around the expected random distance, spread pretty far in both directions. I don't have a great answer for why something like this happens, but my

best guess is that by capturing the information that they do, they're

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

somehow actually doing a better job of checking a higher level of image similarity (e.g. similar color palettes). This is probably worth investigating further.

Based on the above, I think it's fair to categorize `dct_hash` and `diff_hash` as (relatively) high precision, low recall perceptual hashes, and `wavelet_hash` and `average_hash` as high recall, low precision hashes.

# What transforms do certain hashes fail at?

So let's say we're incredibly concerned with that spread of negative case distances, and want to know what sacrifices we're going to have to make to use `dct_hash` or `diff_hash` instead.

## Invariance to Mirroring

The first thing we might want to accept that we can't really handle is the mirror operation, as shown by comparing the

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

operation, as shown by comparing the median distance in the positive case when the transformed image is mirrored to when it is not.

| HASH | MIRRORING OFF | MIRRORING ON |
|------|---------------|--------------|
| average_hash | 0.04 | 0.37 |
| diff_hash | 0.09 | 0.48 |
| dct_hash | 0.09 | 0.50 |
| wavelet_hash | 0.04 | 0.38 |

It appears that, while every hash does significantly better when the transformed image is unmirrored, `diff_hash` and `dct_hash` appear to be entirely fooled with their median distance approaching that of the expected random distance.

So with this, and the fact that you can only really mirror an image once, we can accept a lack of mirroring. Without mirroring, we get histograms that look more reasonable for those two low recall hashes.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435





With the mirroring removed however, the table below shows that the other hashes also get a significant metrics boost -- but of

course, the problem with the negative case distributions remains.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1573 of 1583 PageID #:1582

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|--------------|---------------|
| average_hash | 19.38 | 0.06 |
| diff_hash | 16.60 | 0.08 |
| dct_hash | 15.92 | 0.10 |
| wavelet_hash | 19.28 | 0.07 |

## Bringing down the spice level

One other thing to consider here is that these evaluations are all run on all of the transform parameter buckets. What if we assume that none of our attackers want to rotate images beyond like 5 degrees or crop less than 95% of the image? And are allergic to mirrors?

| HASH | EMD DISTANCE | HISTOGRAM IOU |
|------|--------------|---------------|
| average_hash | 22.49 | 0.00 |
| diff_hash | 20.79 | 0.00 |
| dct_hash | 20.53 | 0.00 |
| wavelet_hash | 22.39 | 0.01 |

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1574 of 1583 PageID #:1583

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

Check out those metrics above! It looks like some of them have achieved *full separability*!

In this case, we can clearly see that `diff_hash` and `dct_hash` get a significant boost in their metrics. Since this (of course) doesn't change the spread of distances for the negative case, if we're only concerned with the mild transform case then we might have a decent threshold to work with that doesn't produce too many false positives!

For brevity we'll focus on `diff_hash` for discussing this, since I've found that `dct_hash` behaves similarly. Below is the distance histogram comparison for the mild case.



FILED DATE: 10/21/2022 8:06 PM    2022CH10435



## Thresholding

We can use the distance threshold given to us by optimizing the F1-score to give us a cutoff (for those applications where we need one) such that any image pair whose distance lies below the threshold is considered the same, and any above is a distinct image.

If we look at the mild case, we notice that there are hashes that get nearly perfect F-1 score. This obviously only really applies to the mild case, but what transformation sacrifices do we have to make to use this threshold? Is it all transforms? Or do we just lose invariance to some of the more extreme transformations and not all?

So let's look at this for `diff_hash` : when we take the threshold we get from only looking at the mild transformation parameters, what's the percentage of positive cases we end up treating as distinct image pairs for

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

end up treating as distinct image pairs for
the rest of the transformations?

| TRANSFORMATION | EXTREME | MEDIUM | MILD |
|---|---|---|---|
| border | 5.80% | 0.08% | 0.00% |
| crop | 92.52% | 31.31% | 0.02% |
| gamma | 0.01% | 0.01% | 0.00% |
| rotate | 96.68% | 68.10% | 1.73% |
| sp_noise | 0.02% | 0.02% | 0.01% |

Apparently most of the time we rotate
beyond 15 degrees it completely falls apart
(example below) -- and the same can be
said for cropping down to less than 85% of
the image. It doesn't do great at the
medium case either, which for rotation is
from 6 to 15 degrees!

We took a look at that failure chance for
different hashes -- `average_hash` and `wavelet_hash` fail in the same places, however
to a lesser extent -- think 80% not 96% of

the time.

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1577 of 1583 PageID #:1586

Below is a quick example to illustrate what a 30 degree rotation looks like, using a picture of Alice -- our director of support.




Alice is to OkCupid like Tom is to MySpace.

# How long does this take anyways?

| HASH NAME | AVERAGE HASH TIME PER IMAGE (MS) |
|---|---|
| average_hash | 29.81 |
| diff_hash | 29.93 |
| dct_hash | 33.97 |
| wavelet_hash | 60.99 |

The slowest overall is the wavelet hash, with the rest of them pretty much clocking

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

in at the same amount of time taken.

Just as a quick note -- generally one of the slowest steps here is going to be resizing the image to the tiny hash size that most of these perceptual hashes use. This may seem weird at first, but it makes sense -- every other operation is generally working on a tiny (by modern computer standards) 16x16 array, so even those transformations with a high time complexity can take next to no time, whereas even a well optimized resize will have to work with a much larger image. This can also explain the variance in time each hash takes, since we don't resize images to a fixed size beforehand.

Nonetheless, each hash is pretty fast so it's not too much of a concern, especially when it can be done asynchronously from any sort of image uploading.

## Other notes

We investigated some other stuff that didn't produce much worthy of its own

FILED DATE: 10/21/2022 8:06 PM   2022CH10435

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1579 of 1583 PageID #:1588

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

section here, so here's some quick notes instead:

- Increasing the bitstring length (or hash size) led to significantly worse results for most of the perceptual hashes, likely because it's simply capturing too much detail.

- For the wavelet hash I tried a bunch of different image scales and wavelet strategies, none of them really made any significant difference metrics-wise except for using Daubechies wavelets instead of Haar -- which performed significantly worse.

# Conclusions & Future Work

The main draw that we've gotten from this is that there really isn't just one hashing

algorithm that handles everything we need. It is likely that we'll have to judiciously

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1580 of 1583 PageID #:1589

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

combine multiple perceptual hashes to get a workable solution. However, each of these hashes is rather cheap to compute (and I would argue could be further optimized), which means that computing multiple hashes per image is probably a viable basis to build an image similarity engine on.

One might, for example, use a low precision hash as an initial check followed by a high precision hash to separate out cases that might need review from those that are definitely the same image.

Some thoughts for future work:

- There are a ton of newer interesting hashes that are worth consideration.

- There's quite a few more ways to transform images that we see in the wild (e.g. adding captions, superimposing over other images with transparency, compression artifacts) that should be evaluated.

- It's definitely a bit weird which

Case: 1:22-cv-06924 Document #: 1-1 Filed: 12/09/22 Page 1581 of 1583 PageID #:1590

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

hashes behave similarly to each other. There's probably something meaningful going on there that's worth looking into.

- Evaluate / design a gating architecture as briefly described above

- We could investigate what characteristics of given image pairs cause the low precision hashes to be unreliable / give them a low distance, and use that to determine which algorithm's hash distances can be trusted for a given image pair.

- The end-to-end approach of training a Convolutional Net to embed images such that the positive / negative case distances separate nicely is probably the cool new hypebeast way forward. This would have the added advantage of being able to handle whatever

  transformations you can think of at training time.

FILED DATE: 10/21/2022 8:06 PM    2022CH10435

**OkCupid is hiring Click here to learn more**





## iOS Scroll Performance Tutorial

At OkCupid, 30% of iPhone users have a device that we consider to be underpowered. This makes it extremely important that we code our app to perform optimally across all

 **JORDAN GUGGENHEIM**
16 JUN 2017  ·  11 MIN READ

## The pitfalls of A/B testing in social networks

I'm frequently asked to help run A/B tests at OkCupid to measure what kind of impact a new feature or design change would have on our users. The usual

 **BRENTON MCMENAMIN**
18 APR 2017  ·  7 MIN READ

OkCupid Engineering Blog © 2021

Latest Posts  ·  Facebook  ·  Twitter  ·  Ghost

FILED DATE: 12/2/2022 2:40 PM  2022CH10435

FILED
12/2/2022 2:40 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH10435
Calendar, 5
20527738

In the Circuit Court of Cook County, Illinois

MARCUS BAKER, individually and on behalf )
of all others similarly situated, )
        Plaintiffs, )
        v. )
MATCH GROUP, INC. (individually, doing )
business as, and successor to Match Group )
LLC (f/k/a and d/b/a Match.com), et al. )
        Defendants. )

No. <u>2022CH10435</u>

*Notice and Acknowledgment of Receipt of Summons and Complaint*

NOTICE

To: Match Group, Inc.; Match Group, LLC; Hinge, Inc.; Humor Rainbow, Inc.; People Media, Inc.; and Affinity Apps, LLC

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that on <u>11/9/2022</u>, Defendants received the summons and complaint and agreed to waive service.

Signature _____

Stephen Broome
Counsel for Defendants

Date of Signature   <u>11/14/2022</u>