# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARCUS BAKER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. |
| MATCH GROUP, INC., MATCH GROUP, LLC, HINGE, INC., HUMOR RAINBOW, INC., PEOPLE MEDIA, INC., and AFFINITY APPS LLC, | |
| Defendants. | |

## DECLARATION OF LAURIE BRADDOCK IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Laurie Braddock, declare:

1.      I have knowledge of the facts stated herein and would competently testify to the truth of these facts if called as a witness.

2.       I am the Sr. Director – Legal Affairs of Match Group, LLC. I have been employed by Match Group, LLC and its predecessors since April 2006. In my role as Sr. Director – Legal Affairs, I advise senior management on matters of company policy.

3.      Defendant Match Group, Inc. is a Delaware corporation with its principal place of business in Dallas, Texas.

4.      Defendant Hinge, Inc. is a Delaware corporation with its principal place of business in Dallas, Texas.

5.      Defendant Humor Rainbow, Inc. is a New York corporation with its principal place of business in Dallas, Texas.

DocuSign Envelope ID: BC3F56C4-653A-44A1-B92A-5700F6F96FC9

6.      Defendant People Media, Inc. is a Delaware corporation with its principal place of business in Dallas, Texas.

7.      Defendant Match Group, LLC is a Delaware limited liability company with its principal place of business in Dallas, Texas. Match Group, LLC's sole member is Match Group Holdings II, LLC, a Delaware limited liability company with its principal place of business in Dallas, Texas, and which itself has a sole member, Match Group Holdings I, LLC, organized and existing under the laws of the state of Delaware, with a principal place of business in Dallas, Texas. The sole member of Match Group Holdings I, LLC is Match Group, Inc. Accordingly, Match Group, LLC is a citizen of the states of Delaware and Texas.

8.      Defendant Affinity Apps LLC is a Delaware limited liability company with its principal place of business in Dallas, Texas. Affinity Apps, LLC's sole member is People Media, Inc., a Delaware corporation with its principal place of business in Dallas, Texas.

9.      I state under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2022

Signed: *Laurie Braddock*

Laurie Braddock
Sr. Director – Legal Affairs
Match Group, LLC