# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARCUS BAKER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MATCH GROUP, INC., MATCH GROUP, LLC, HINGE, INC., HUMOR RAINBOW, INC., PEOPLE MEDIA, INC., and AFFINITY APPS LLC, <br><br> Defendants. | Case No. |

## DECLARATION OF WILLIAM CHENG IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, William Cheng, declare:

1. I have knowledge of the facts stated herein and would competently testify to the truth of these facts if called as a witness.

2. I am the Director of Analytics for Tinder, which is an online dating service operated by Match Group, LLC ("MGL"). Given my position, I have knowledge of the operations of MGL and the Tinder brand, and have authority to make these statements.

3. There are more than 5,000 users of the Tinder service in Illinois.

4. I state under penalty of perjury that the foregoing is true and correct.

Executed on:

December 7, 2022

Signed: *William Cheng*

William Cheng
Director of Analytics for Tinder
Match Group, LLC