

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 12/13/2023

United States District Court for the Northern District of Texas, Dallas Division

Re: Baker v. Match Group, Inc. et al

USDC Case Number: 22cv6924

Dear Clerk:

Pursuant to the order entered by Honorable   Manish S. Shah   , on 11/28/2023, the above record was

☒    electronically transmitted to   United States District Court for the Northern District of Texas, Dallas Division

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/  J. Hollimon
Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016